1  HAYNES AND BOONE, LLP
   David Clark/Bar No. 275204
2     david.clark@haynesboone.com
   600 Anton Boulevard, Suite 700
3  Costa Mesa, CA  92626
   Telephone:  (949) 202-3000
4  Facsimile:   (949) 202-3001

5  Attorney for Defendant
   TAMCO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DP ETIWANDA, LLC, a California limited liability company, | Case No. 5:21-cv-1238-JGB (SPx) |
| Plaintiff, | Hon. Jesus G. Bernal |
| vs. | Courtroom: 1 |
| SIMSMETAL USA CORP., a New York corporation; SA RECYCLING, a Delaware limited liability company; AMERON INTERNATIONAL, INC., a Delaware corporation; TAMCO, a California corporation; and DOES 1-20, inclusive, | **NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** **[L.R. 7.1-1; FRCP 7.1]** |
| Defendants. | |

---

**NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

4847-6109-4910 v.1

## NOTICE OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for TAMCO, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

Defendant TAMCO, through the undersigned, certifies that in addition to itself, the following parties may have a pecuniary interest in the outcome of this case: Plaintiff DP Etiwanda, LLC; Defendants Simsmetal USA Corp., SA Recycling, and Ameron International, Inc.; CMC Steel Fabricators, Inc.; Allied World Assurance Company, Inc.; and Gerdau Ameristeel US Inc.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant TAMCO, through the undersigned, certifies that its parent corporation, CMC Steel Fabricators, Inc., a Texas corporation, owns 10% or more of its stock.

DATED: October 8, 2021                HAYNES AND BOONE, LLP

                                      By:   /s/ David Clark
                                            David Clark
                                            Attorney for Defendant
                                            TAMCO

1

# CERTIFICATE OF SERVICE

I, the undersigned, certify that on October 8, 2021, I served the following documents on the interested parties in this action in the manner identified below:

**NOTICE OF INTERESTED PARTIES AND**

**CORPORATE DISCLOSURE STATEMENT**

[X] BY ELECTRONIC FILING. I caused such document(s) to be electronically filed and served through the United States District Court's CM/ECF System for the within action. This service complies with the Federal Rules of Civil Procedure. The file transmission was reported as complete and a copy of the Court's Notice of Electronic Filing will be maintained with the original document(s) in our office. Participants in the case who are registered CM/ECF users will be served by the District CM/ECF System. I declare that this service complies with the Federal Rules of Civil Procedure.

DATED: October 8, 2021                HAYNES AND BOONE, LLP

                                      By:   /s/ David Clark
                                            David Clark
                                            Attorney for Defendant
                                            TAMCO