1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PILLSBURY WINTHROP SHAW PITTMAN LLP
MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
REBECCA M. LEE (SBN 312039)
rebecca.lee@pillsburylaw.com
725 South Figueroa Street, 36th Floor
Los Angeles, CA  90017-5406
Telephone:    213.488.7100
Facsimile:    213.629.1033

*Attorneys for Defendant*
SIMS GROUP USA CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DP ETIWANDA, LLC,<br><br>                                   Plaintiff,<br><br>        vs.<br><br>SIMSMETAL USA CORP., et al.,<br><br>                                   Defendants. | Case No. 5:21-cv-01238 JGB (SPx)<br><br>Hon. Jesus G. Bernal<br><br>**DEFENDANT SIMS GROUP USA CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Complaint filed: 7/27/21 |
|---|---|

TO THE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

COMES NOW Defendant SIMS GROUP USA CORPORATION[1] (hereinafter, "Defendant SIMS GROUP") and answers Plaintiff's Complaint ("Complaint") herein, for itself and for no other Defendants, and admits, denies, and alleges as follows:

## **INTRODUCTION**

1.  Answering Paragraph 1 of the Complaint, Defendant SIMS GROUP states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 1 and denies such allegations on that basis.

2.  Answering Paragraph 2 of the Complaint, Defendant SIMS GROUP states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 2 and denies such allegations on that basis.

3.  Answering Paragraph 3 of the Complaint, Defendant SIMS GROUP states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of contained in the first sentence of Paragraph 3 and denies such allegations on that basis. Defendant SIMS GROUP denies the allegations contained in the second sentence of Paragraph 3. Defendant SIMS GROUP further denies that it is liable to Plaintiff and denies that Plaintiff is entitled to any relief as requested or otherwise.

4.  Answering Paragraph 4 of the Complaint, Defendant SIMS GROUP denies the allegations of Paragraph 4.

---

[1] The Complaint in this action erroneously names Simsmetal USA Corp. as a defendant in this case. Defendant will be responding as "Sims Group USA Corporation," a Delaware corporation.

**DEFENDANTS**

5.   Answering Paragraph 5 of the Complaint, Defendant SIMS GROUP states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5 and denies such allegations on that basis.

6.   Answering Paragraph 6 of the Complaint, Defendant SIMS GROUP states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6 and denies such allegations on that basis.

7.   Answering Paragraph 7 of the Complaint, Defendant SIMS GROUP states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7 and denies such allegations on that basis.

8.   Answering Paragraph 8 of the Complaint, Defendant SIMS GROUP denies the allegations contained in the first sentence of Paragraph 8. Defendant SIMS GROUP specifically denies that it "operated, controlled and/or used the Site…from 1984 to 2003." Defendant SIMS GROUP denies the second sentence of Paragraph 8.

9.   Answering Paragraph 9 of the Complaint, Defendant SIMS GROUP states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9 and denies such allegations on that basis.

10.   Answering Paragraph 10 of the Complaint, Defendant SIMS GROUP states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 10 and denies such allegations on that basis.

**JURISDICTION AND VENUE**

11.   Answering Paragraph 11 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis.

12.   Answering Paragraph 12 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis. Defendant SIMS GROUP otherwise denies the allegations of Paragraph 12.

13.     Answering Paragraph 13 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis. Defendant SIMS GROUP admits that it has transacted business in this district. Defendant SIMS GROUP otherwise denies the allegations of Paragraph 13.

14.     Answering Paragraph 14 of the Complaint, Defendant SIMS GROUP admits that the real property affect is in Rancho Cucamonga. Defendant SIMS GROUP denies the allegations of Paragraph 14.

## FACTUAL ALLEGATIONS

15.     Answering Paragraph 15 of the Complaint, Defendant SIMS GROUP states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 15 and denies such allegations on that basis.

16.     Answering Paragraph 16 of the Complaint, Defendant SIMS GROUP states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 16 and denies such allegations on that basis.

17.     Answering Paragraph 17 of the Complaint, Defendant SIMS GROUP states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 17 and denies such allegations on that basis.

18.     Answering Paragraph 18 of the Complaint, Defendant SIMS GROUP states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 18 and denies such allegations on that basis.

19.     Answering Paragraph 19 of the Complaint, Defendant SIMS GROUP states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 19 and denies such allegations on that basis.

20.     Answering Paragraph 20 of the Complaint, Defendant SIMS GROUP states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 20 and denies such allegations on that basis.

21.     Answering Paragraph 21 of the Complaint, Defendant SIMS GROUP denies the allegations of Paragraph 21.

22.     Answering Paragraph 22 of the Complaint, Defendant SIMS GROUP states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 22 and denies such allegations on that basis.

23.     Answering Paragraph 23 of the Complaint, Defendant SIMS GROUP denies the allegations contained in Paragraph 23. To the extent Paragraph 23 contains conclusions of law, no responsive pleading is required and Defendant SIMS GROUP further denies such allegations on that basis.

24.     Answering Paragraph 24 of the Complaint, Defendant SIMS GROUP denies the allegations contained in Paragraph 24. To the extent Paragraph 24 contains conclusions of law, no responsive pleading is required and Defendant SIMS GROUP further denies such allegations on that basis.

25.     Answering Paragraph 25 of the Complaint, Defendant SIMS GROUP states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 25 and denies such allegations on that basis.

## **FIRST CAUSE OF ACTION**

26.     Answering the allegations of Paragraph 26 of the Complaint, Defendant SIMS GROUP incorporates as though fully set forth herein its answers to Paragraphs 1 through 25, inclusive.

27.     Answering Paragraph 27 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis.

28.     Answering Paragraph 28 of the Complaint, Plaintiff's allegations are conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis. Defendant SIMS GROUP otherwise denies the allegations of Paragraph 28.

29.     Answering Paragraph 29 of the Complaint, Defendant SIMS GROUP states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 29 and denies such allegations on that basis. Defendant SIMS GROUP further states that Plaintiff's allegations contain conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis.

30.     Answering Paragraph 30 of the Complaint, Plaintiff's allegations contain conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis. Defendant SIMS GROUP otherwise denies the allegations of Paragraph 30.

31.     Answering Paragraph 31 of the Complaint, Plaintiff's allegations contain conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis. Defendant SIMS GROUP otherwise denies the allegations of Paragraph 31.

32.     Answering Paragraph 32 of the Complaint, Defendant SIMS GROUP denies that it is liable to Plaintiff and denies that Plaintiff is entitled to any relief as requested or otherwise.

33.     Answering Paragraph 33 of the Complaint, Defendant SIMS GROUP denies that it is liable to Plaintiff's and denies that Plaintiff is entitled to any relief as requested or otherwise. Defendant SIMS GROUP otherwise denies the allegations of Paragraph 33.

## SECOND CAUSE OF ACTION

34.     Answering the allegations of Paragraph 34 of the Complaint, Defendant SIMS GROUP incorporates as though fully set forth herein its answers to Paragraphs 1 through 33, inclusive.

35.     Answering Paragraph 35 of the Complaint, Plaintiff's allegations contain conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis.

36.     Answering Paragraph 36 of the Complaint, Plaintiff's allegations contain conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis. Defendant SIMS GROUP otherwise denies the allegations of Paragraph 36.

37.     Answering Paragraph 37 of the Complaint, Plaintiff's allegations contain conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis.

38.     Answering Paragraph 38 of the Complaint, Plaintiff's allegations contain conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis. Defendant SIMS GROUP otherwise denies the allegations of Paragraph 38.

39.     Answering Paragraph 39 of the Complaint, Defendant SIMS GROUP denies the allegations of Paragraph 39. Defendant SIMS GROUP further states that Plaintiff's allegations contain conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis.

40.     Answering Paragraph 40 of the Complaint, Plaintiff's allegations contain conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis. Defendant SIMS GROUP otherwise denies the allegations of Paragraph 40.

41.     Answering Paragraph 41 of the Complaint, Plaintiff's allegations contain conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis.

42.     Answering Paragraph 42 of the Complaint, Defendant SIMS GROUP denies the allegations of Paragraph 42.

43.     Answering Paragraph 43 of the Complaint, Defendant SIMS GROUP denies the allegations of Paragraph 43.

44.     Answering Paragraph 44 of the Complaint, Defendant SIMS GROUP denies the allegations of Paragraph 44.

45.     Answering Paragraph 45 of the Complaint, Plaintiff's allegations contain conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis. Defendant SIMS GROUP denies that it is liable to Plaintiff and denies that Plaintiff is entitled to any relief as requested or otherwise. Defendant SIMS GROUP otherwise denies the allegations of Paragraph 45.

46.     Answering Paragraph 46 of the Complaint, Defendant SIMS GROUP denies that it is liable to Plaintiff and denies that Plaintiff is entitled to any relief as requested or otherwise. Defendant SIMS GROUP otherwise denies the allegations of Paragraph 46.

### THIRD CAUSE OF ACTION

47.     Answering the allegations of Paragraph 45 of the Complaint, Defendant SIMS GROUP incorporates as though fully set forth herein its answers to Paragraphs 1 through 46, inclusive.

48.     Answering Paragraph 48 of the Complaint, Defendant SIMS GROUP denies that it is liable to Plaintiff and denies that Plaintiff are entitled to any relief as requested or otherwise.

### FOURTH CAUSE OF ACTION

49.     Answering the allegations of Paragraph 45 of the Complaint, Defendant SIMS GROUP incorporates as though fully set forth herein its answers to Paragraphs 1 through 48, inclusive.

50.     Answering Paragraph 50 of the Complaint, Defendant SIMS GROUP denies the allegations of Paragraph 50.

51.     Answering Paragraph 51 of the Complaint, Defendant SIMS GROUP denies the allegations of Paragraph 51. Defendant SIMS GROUP further states that Plaintiff's allegations contain conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis.

52.    Answering Paragraph 52 of the Complaint, Defendant SIMS GROUP denies that it is liable to Plaintiff and denies that Plaintiff is entitled to any relief as requested or otherwise. Defendant SIMS GROUP otherwise denies the allegations of Paragraph 52.

53.    Answering Paragraph 53 of the Complaint, Defendant SIMS GROUP denies that it is liable to Plaintiff and denies that Plaintiff is entitled to any relief as requested or otherwise. Defendant SIMS GROUP otherwise denies the allegations of Paragraph 53.

## FIFTH CAUSE OF ACTION

54.    Answering the allegations of Paragraph 45 of the Complaint, Defendant SIMS GROUP incorporates as though fully set forth herein its answers to Paragraphs 1 through 53, inclusive.

55.    Answering Paragraph 55, Defendant SIMS GROUP denies the allegations of Paragraph 55.

56.    Answering Paragraph 56 of the Complaint, Defendant SIMS GROUP denies the allegations of Paragraph 56.

57.    Answering Paragraph 57 of the Complaint, Defendant SIMS GROUP denies the allegations of Paragraph 57.

58.    Answering Paragraph 58 of the Complaint, Defendant SIMS GROUP denies the allegations of Paragraph 58.

## SIXTH CAUSE OF ACTION

59.    Answering the allegations of Paragraph 45 of the Complaint, Defendant SIMS GROUP incorporates as though fully set forth herein its answers to Paragraphs 1 through 58, inclusive.

60.    Answering Paragraph 60. of the Complaint, Defendant SIMS GROUP denies the allegations of Paragraph 60. Defendant SIMS GROUP further states that Plaintiff's allegations contain conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis.

61.     Answering Paragraph 61 of the Complaint, Defendant SIMS GROUP denies the allegations of Paragraph 61.

62.     Answering Paragraph 62 of the Complaint, Defendant SIMS GROUP denies the allegations of Paragraph 62.

63.     Answering Paragraph 63 of the Complaint, Defendant SIMS GROUP denies the allegations of Paragraph 63.

64.     Answering Paragraph 64 of the Complaint, Defendant SIMS GROUP denies that it is liable to Plaintiff and denies that Plaintiff is entitled to any relief as requested or otherwise.

65.     Answering Paragraph 65 of the Complaint, Defendant SIMS GROUP denies that it is liable to Plaintiff and denies that Plaintiff is entitled to any relief as requested or otherwise.

## SEVENTH CAUSE OF ACTION

66.     Answering the allegations of Paragraph 66 of the Complaint, Defendant SIMS GROUP incorporates as though fully set forth herein its answers to Paragraphs 1 through 65, inclusive.

67.     Answering Paragraph 67 of the Complaint, Defendant SIMS GROUP denies the allegations of Paragraph 67. Defendant SIMS GROUP further states that Plaintiff's allegations contain conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis.

68.     Answering Paragraph 68 of the Complaint, Defendant SIMS GROUP denies the allegations of Paragraph 68. Defendant SIMS GROUP further states that Plaintiff's allegations contain conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis.

69.     Answering Paragraph 69 of the Complaint, Defendant SIMS GROUP denies the allegations of Paragraph 69. Defendant SIMS GROUP further states that Plaintiff's allegations contain conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis.

-9-

70.     Answering Paragraph 70 of the Complaint, Defendant SIMS GROUP denies that it is liable to Plaintiff and denies that Plaintiff is entitled to any relief as requested or otherwise.

## EIGHTH CAUSE OF ACTION

71.     Answering the allegations of Paragraph 71 of the Complaint, Defendant SIMS GROUP incorporates as though fully set forth herein its answers to Paragraphs 1 through 70, inclusive.

72.     Answering Paragraph 72 of the Complaint, Plaintiff's allegations contain conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis.

73.     Answering Paragraph 73 of the Complaint, Defendant SIMS GROUP denies the allegations of Paragraph 73. Defendant SIMS GROUP further states that Plaintiff's allegations contain conclusions of law to which no responsive pleading is required and Defendant SIMS GROUP denies such allegations on that basis.

74.     Answering Paragraph 74 of the Complaint, Defendant SIMS GROUP denies that it is liable to Plaintiff and denies that Plaintiff is entitled to any relief as requested or otherwise. Defendant SIMS GROUP otherwise denies the allegations of Paragraph 74.

## PRAYER FOR RELIEF

Defendant SIMS GROUP denies that it is liable to Plaintiff and denies that Plaintiff is entitled to any relief as requested or otherwise.  To the extent Plaintiff's request for relief contains legal contentions and conclusions, Defendant SIMS GROUP is not required to admit or deny them, and, to the extent it contains other factual matters, Defendant SIMS GROUP denies each and every one of them.

## FIRST AFFIRMATIVE DEFENSE

1.     As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that Plaintiff's Complaint and each claim contained therein is barred on the grounds that the Complaint fails to state

1 facts sufficient to constitute a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

2.      As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that Plaintiff lacks standing to assert the claims in their Complaint because they have not suffered damage or injury.

## THIRD AFFIRMATIVE DEFENSE

3.      As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that the Complaint and each claim contained therein is barred, in whole or in part, by the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

4.      As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that Plaintiff's claims and requests for relief are barred, in whole or in part, by the doctrine of laches.

## FIFTH AFFIRMATIVE DEFENSE

5.      As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that Plaintiff's claims and requests for relief are barred, in whole or in part, by the doctrine of estoppel.

## SIXTH AFFIRMATIVE DEFENSE

6.      As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that to the extent the Plaintiff has suffered any harm, any such alleged harm was caused in whole or in part by the acts, wrongs, or omissions of other persons, entities, preexisting conditions, forces, and/or things over which Defendant SIMS GROUP had no control and for which Defendant SIMS GROUP is not responsible.

## SEVENTH AFFIRMATIVE DEFENSE

7.      As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that to the extent that Plaintiff has suffered any harm, such alleged harm was caused in whole or in part by the Plaintiff

and/or by third parties unrelated by contract or otherwise to Defendant SIMS GROUP.

## EIGHTH AFFIRMATIVE DEFENSE

8.     As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that the causes of action alleged in Plaintiff's Complaint are barred by the applicable statutes of limitation, including, without limitation, California Code of Civil Procedure sections 335, 338(a), (b), and (c); 338.1, 340, 340.8, and 343; Health and Safety Code section 25363 and 25360.4; and CERCLA section 113.

## NINTH AFFIRMATIVE DEFENSE

9.     As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that any injuries and damages that Plaintiff may have sustained, as alleged in Plaintiff's Complaint, were proximately caused by the negligence and fault of Plaintiff.  Plaintiff failed and neglected to exercise ordinary care, caution and prudence with respect to the injuries and matters alleged in the Complaint.

## TENTH AFFIRMATIVE DEFENSE

10.     As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that any injuries and damages that Plaintiff may have sustained, as alleged in Plaintiff's Complaint, were proximately caused by the knowing and voluntary assumption of the risk by Plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE

11.     As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that any injuries and damages that Plaintiff may have sustained, as alleged in Plaintiff's Complaint, to the extent not caused by the negligence and fault of Plaintiff, were proximately caused by the negligence or fault of persons or entities other than Defendant SIMS GROUP, over whom Defendant SIMS GROUP had no control, and for whose negligence and fault

-12-

1  Defendant SIMS GROUP is not responsible.

2  ## TWELFTH AFFIRMATIVE DEFENSE

3      12.    As a separate and affirmative defense, Defendant SIMS GROUP is

4  informed and believes, and on that basis alleges, that Plaintiff, at all relevant times,

5  failed to take reasonable action to mitigate the injuries and damages alleged in

6  Plaintiff's Complaint.

7  ## THIRTEENTH AFFIRMATIVE DEFENSE

8      13.    As a separate and affirmative defense, Defendant SIMS GROUP is

9  informed and believes, and on that basis alleges, that insofar as Plaintiff alleges

10  violation of regulations and standards set and enforced by governmental agencies,

11  including but not limited to the United States Environmental Protection Agency, the

12  California Air Resources Board, South Coast Air Quality Management District,

13  Regional Water Quality Control Board, Los Angeles Region, California Department

14  of Health, and the Department of Toxic Substances Control, the primary jurisdiction

15  over these matters resides with the governmental agencies and this Court should

16  dismiss Plaintiff's claims based thereon.

17  ## FOURTEENTH AFFIRMATIVE DEFENSE

18      14.    As a separate and affirmative defense, Defendant SIMS GROUP is

19  informed and believes, and on that basis alleges, that all conduct and activity of

20  Defendant SIMS GROUP alleged in the Plaintiff's Complaint conformed to or

21  exceeded all statutes, government regulations and industry standards applicable at

22  the time of said conduct and activity.

23  ## FIFTEENTH AFFIRMATIVE DEFENSE

24      15.    As a separate and affirmative defense, Defendant SIMS GROUP is

25  informed and believes, and on that basis alleges, that the actions of Defendant SIMS

26  GROUP conformed to industry standards and practices and were based upon the

27  state of knowledge existing at the time such actions took place.

28

-13-

## SIXTEENTH AFFIRMATIVE DEFENSE

16.     As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that Defendant SIMS GROUP owed no legal duty of care to Plaintiff and is therefore not liable for any injury or damage suffered by Plaintiff.

## SEVENTEENTH AFFIRMATIVE DEFENSE

17.     As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, the causes of action alleged in Plaintiff's Complaint are barred by the doctrine of waiver because Plaintiff engaged in conduct sufficient to constitute a waiver of any alleged breach of duty, act, omission, or any other conduct, if any, of Defendant SIMS GROUP alleged in the Complaint.

## EIGHTEENTH AFFIRMATIVE DEFENSE

18.     As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, Plaintiff's Complaint, and each claim contained therein, is barred on the ground that Defendant SIMS GROUP is not liable for any acts or omissions undertaken by or at the direction or sufferance of any local, state, or federal authority, including, but not limited to, acts or omissions made in accordance with permits, regulations, ordinances, statutes, and laws applicable at the time the acts or omissions alleged in the Complaint, if any, occurred.

## NINETEENTH AFFIRMATIVE DEFENSE

19.     As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that Plaintiff's injuries, if any, were caused by an act of God, not by any act of Defendant SIMS GROUP and, accordingly, Plaintiff may not recover damages from Defendant SIMS GROUP.

## TWENTIETH AFFIRMATIVE DEFENSE

20.     As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that each and every claim and cause

-14-

of action asserted in Plaintiff's Complaint is barred by some supervening and/or intervening or other outside cause not the responsibility of Defendant SIMS GROUP.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

21.     As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that there are other persons, parties and/or defendants who are at fault and proximately caused Plaintiff's injuries, if any. If Defendant SIMS GROUP is responsible to Plaintiff, which responsibility is expressly denied, Defendant SIMS GROUP is only liable for its proportionate share of non-economic damages, if any, as set forth in Civil Code section 1431.2.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

22.     As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that Plaintiff's nuisance and trespass claims are barred because Defendant SIMS GROUP had no control over the instrumentality allegedly causing a nuisance or trespass, when created.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

23.     As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that Plaintiff's nuisance and trespass claims are barred, in whole or in part, because the public benefits of Defendant SIMS GROUP's conduct outweigh any alleged harm resulting from the conduct.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

24.     As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that with respect to Plaintiff's causes of action for Continuing Public Nuisance, Continuing Private Nuisance, and Trespass, no cause of action arises because the conditions alleged by Plaintiff (which Defendant SIMS GROUP denies) cannot reasonably be abated and/or do not constitute a continuing nuisance or trespass.

-15-

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

25.    As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that Plaintiff's Complaint, and each cause of action therein, is barred because Defendant SIMS GROUP's conduct did not substantially and/or unreasonably interfere with Plaintiff's use and enjoyment of their real and personal property.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

26.    As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that Plaintiff's Complaint, and each and every cause of action therein, is barred because no substances under Defendant SIMS GROUP's control or emanating from the site in question improperly or unlawfully trespassed into Plaintiff's property or caused Plaintiff any actual damage.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

27.    As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that Plaintiff's Complaint, and each cause of action therein, is barred because Defendant SIMS GROUP's actions, at all times, were reasonable and necessary to the operation of its business in a properly zoned district.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

28.    As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that at all relevant times, Defendant SIMS GROUP acted with due care and in accordance with all statutory and regulatory requirements.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

29.    As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that Plaintiff has failed to state a claim upon which attorneys' fees and costs can be awarded.

## THIRTIETH AFFIRMATIVE DEFENSE

30.    As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that each cause of action set forth in Plaintiff's Complaint is barred on the grounds that it is preempted by federal and/or state law, in that the alleged causes of action purport to impose requirements and standards different from and in conflict with the standards imposed by federal and/or state law.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

31.    As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, in the event that materials were released by Defendant SIMS GROUP, the volume and toxicity of such were *de minimis*, both in absolute terms and relative to the contributions of other parties, and therefore were insufficient as a matter of law to give rise to liability.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

32.    As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that each cause of action set forth in Plaintiff's Complaint is barred on the grounds that Plaintiff has failed to plead that Defendant SIMS GROUP had such a unity of interest or ownership with any operator on the Site such that the corporate veil may be pierced to impose liability on Defendant SIMS GROUP for the conduct of a subsidiary corporation.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

33.    As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that each cause of action set forth in Plaintiff's Complaint is barred on the grounds that while Defendant SIMS GROUP acquired the stock of a subsidiary entity that may have operated on the Property, it did not acquire the liability of the subsidiary entity and Plaintiff has failed to plead any facts that provide any basis for imposing corporate successor liability on Defendant SIMS GROUP.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

34.    As a separate and affirmative defense, if CERCLA can be applied to Defendant SIMS GROUP, which Defendant SIMS GROUP denies, Defendant SIMS GROUP was not at any time, present or past, an owner or operator of the alleged facility, nor did Defendant SIMS GROUP by contract, agreement, or otherwise arrange for disposal or treatment, or arrange with a transporter for transport for disposal or treatment, of hazardous substances owned or possessed by Defendant SIMS GROUP, or by any other party or entity, at the alleged facility, nor did Defendant SIMS GROUP accept any hazardous substances for transport to disposal or treatment facilities, incineration vessels or sites selected by Defendant SIMS GROUP.  42 U.S.C. § 9607(a)(1)-(4).  Therefore, Defendant SIMS GROUP is not a potentially liable party herein.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

35.    As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, that if Defendant SIMS GROUP is found liable to Plaintiff under CERCLA, Plaintiff's claims under CERCLA or other law are barred insofar as they seek to recover costs that are not "necessary costs of response" incurred "consistent with the National Contingency Plan," as required by CERCLA § 107(a), 42 U.S.C. § 9607(a).

## THIRTY-SIXTH AFFIRMATIVE DEFENSE

36.    As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, Plaintiff's claim for natural resource damages is barred by the provisions barring initiation of an action for such damages prior to selection of the remedy, as set forth in Section 113 of CERCLA.

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE

37.    As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, Plaintiff's claim for natural resource damages is barred by Section 107(f) to the extent that it seeks recovery for injury to,

-18-

loss or destruction of resources that it cannot prove result from releases of hazardous substances by Defendant SIMS GROUP.

## THIRTY-EIGHTH AFFIRMATIVE DEFENSE

38.     As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, to the extent the statute upon which the Complaint purports to be based, 42 U.S.C. §§ 9601 et seq., has been violated, any such violation was caused in whole or in part by the acts, wrongs, or omissions of other persons, entities, preexisting conditions, forces, and/or things over which Defendant SIMS GROUP had no control and for which Defendant SIMS GROUP is not responsible.

## THIRTY-NINTH AFFIRMATIVE DEFENSE

39.     As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, to the extent the statute upon which the Complaint purports to be based, 42 U.S.C. §§ 9601 et seq., has been violated, any such violation was caused in whole or in part by the acts, wrongs, or omissions of other persons, entities, preexisting conditions, forces, and/or things over which Defendant SIMS GROUP had no control and for which Defendant SIMS GROUP is not responsible.

## FORTIETH AFFIRMATIVE DEFENSE

40.     As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, Defendant SIMS GROUP was not an "owner or operator" pursuant to 42 U.S.C. § 9601(20)(A) such that it would be liable for response costs for any contamination at the Site.

## FORTY-FIRST AFFIRMATIVE DEFENSE

41.     As a separate and affirmative defense, Defendant SIMS GROUP is informed and believes, and on that basis alleges, to the extent the statute upon which the Complaint purports to be based, California Business & Professions Code section 17200 et seq., has been violated, only public law enforcement officials, not private

-19-

litigants may recover civil penalties, pursuant to Bus. & Prof. C. §§ 17206, 17536.

## FORTY-SECOND AFFIRMATIVE DEFENSE

42.     As a separate and affirmative defense, Defendant SIMS GROUP has insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated, separate defenses available.  Defendant SIMS GROUP reserves the right to amend this Answer to add, delete, or modify defenses based upon legal theories which may or will be divulged through discovery or through further legal analysis of Plaintiffs' positions in this litigation.

## PRAYER FOR RELIEF

WHEREFORE, Defendant SIMS GROUP prays that:

1.     Plaintiff takes nothing by the way of its Complaint;

2.     That the Complaint, and each claim for relief contained therein, be dismissed against Defendant SIMS GROUP with prejudice;

3.     That judgement is entered in favor of Defendant SIMS GROUP;

4.     That Defendant SIMS GROUP recovers its costs and such other further relief as the Court may deem just and proper;

5.     That the Court grant such other and further relief as it may deem just and proper.

Dated:  October 8, 2021                Respectfully Submitted,

PILLSBURY WINTHROP SHAW
PITTMAN LLP
MARK E. ELLIOTT
REBECCA M. LEE


By:   /s/ Mark E. Elliott
        Mark E. Elliott

        Attorneys for Defendant
        SIMS GROUP USA CORPORATION

-20-