# EXHIBIT 3
# pt. 1

Exhibit 3
Page 27

# Property Solutions Inc.

## Environmental & Engineering Consulting

1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

# PHASE I ENVIRONMENTAL ASSESSMENT

of

SA Recycling - Rancho Cucamonga
8822 Etiwanda Avenue
Rancho Cucamonga, San Bernardino County, California 91739
BOA Project Number – 10-004211-ENV02-001

*Prepared for:*

Bank of America, NA
1075 Main Street
Mail Code: MA6-535-03-04
Waltham, Massachusetts 02451

*Prepared by:*

Property Solutions Incorporated
1270 Winchester Parkway, Suite 202
Smyrna, Georgia 30080

May 28, 2010

Property Solutions Project No. 20101181

# Property Solutions Inc.

**Environmental & Engineering Consulting**

1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

# PHASE I ENVIRONMENTAL ASSESSMENT

of

SA Recycling - Rancho Cucamonga
8822 Etiwanda Avenue
Rancho Cucamonga, San Bernardino County, California 91739
BOA Project Number – 10-004211-ENV02-001

*Prepared for:*

Bank of America, NA
1075 Main Street
Mail Code: MA6-535-03-04
Waltham, Massachusetts 02451

*Prepared by:*

Property Solutions Incorporated
1270 Winchester Parkway, Suite 202
Smyrna, Georgia 30080

Dated: May 28, 2010

Property Solutions Project No. 20101181

Heather-Nicole E. Hoffman
Environmental Consultant

J. Scott Boze, P.G.
Regional Manager

for
Kevin J. Billings, P.E.
Senior Vice President

We declare that, to the best of our professional knowledge and belief, we meet the definition of *Environmental Professional* as defined in §312.10 of 40 CFR 312 and we have the specific qualifications based on education, training, and experience to assess a property of the nature, history, and setting of the subject property. We have developed and performed the all appropriate inquiries in conformance with the standards and practices set forth in 40 CFR Part 312.

_____
Heather-Nicole E. Hoffman
Environmental Consultant

_____
J. Scott Boze, P.G.
Regional Manager

20101181

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 30

## TABLE OF CONTENTS

**SECTION**                                                                                                   **PAGE**

PROJECT SUMMARY

EXECUTIVE SUMMARY

1.0     INTRODUCTION ......................................................................................................................1

    1.1     PURPOSE ...........................................................................................................................1
    1.2     SCOPE OF WORK ...............................................................................................................1
    1.3     SIGNIFICANT ASSUMPTIONS .............................................................................................1
    1.4     SPECIAL TERMS AND CONDITIONS ...................................................................................1
    1.5     RELIANCE ..........................................................................................................................2

2.0     GENERAL PROPERTY CHARACTERISTICS ...........................................................2

    2.1     PROPERTY LOCATION ........................................................................................................2
    2.2     ADJACENT PROPERTIES......................................................................................................2
    2.3     PROPERTY DESCRIPTION ....................................................................................................3
    2.4     PROPERTY OPERATIONS .....................................................................................................4
    2.5     UTILITIES ..........................................................................................................................5

3.0     ENVIRONMENTAL SETTING ....................................................................................5

    3.1     REGIONAL PHYSIOGRAPHIC CONDITIONS .........................................................................5
    3.2     SOIL CONDITIONS ..............................................................................................................5
    3.3     GEOLOGIC CONDITIONS .....................................................................................................6
    3.4     GROUNDWATER CONDITIONS .............................................................................................6

4.0     RESULTS OF INVESTIGATION ..................................................................................6

    4.1     PROPERTY VISIT OBSERVATIONS ......................................................................................6
    4.1.1 ASTM SCOPE CONSIDERATIONS .......................................................................................7
    4.1.2 ASTM NON-SCOPE CONSIDERATIONS ............................................................................12
    4.2     ADJACENT PROPERTY AND VICINITY OBSERVATION .......................................................14
    4.3     RESULTS OF REGULATORY AGENCY LIST REVIEW AND FILE RESEARCH .........................14
    4.3.1 USEPA ENVIROFACTS .....................................................................................................14
    4.3.2 ENVIRONMENTAL DATABASE INFORMATION ....................................................................15
    4.3.3 LOCAL LISTS ...................................................................................................................18
    4.4     RESULTS OF PROPERTY HISTORY AND LAND USE REVIEW ..............................................19
    4.4.1 USER PROVIDED INFORMATION AND RESPONSIBILITIES ...................................................19
    4.4.2 HISTORICAL PROPERTY INFORMATION ............................................................................24
    4.4.3 INTERVIEWS ....................................................................................................................26
    4.4.4 PROPERTY SPECIFIC RECORDS ........................................................................................28
    4.5     SYNOPSIS OF PREVIOUS ENVIRONMENTAL INVESTIGATIONS AND PLANS..........................32
    4.6     ASBESTOS-CONTAINING MATERIALS................................................................................33
    4.7     MOLD/WATER INTRUSION ................................................................................................35

20101181

**Property Solutions** INC.   1270 Winchester Parkway  •  Suite 202  •  Smyrna, Georgia 30080  •  770-434-1997  •  Fax 770-434-1773

Exhibit 3
Page 31

5.0   CONCLUSIONS..................................................................................................36

6.0   RECOMMENDATIONS AND OPINIONS OF PROBABLE COST ....................................37

7.0   LIMITATIONS..................................................................................................38

8.0   REFERENCES ..................................................................................................38
    8.1   INFORMATION SOURCES.................................................................................38
    8.2   DEFINITIONS..................................................................................................39
    8.3   ACRONYMS....................................................................................................48
    8.4   PURPOSE ........................................................................................................49
    8.5   SIGNIFICANT ASSUMPTIONS..........................................................................50
    8.6   SPECIAL TERMS AND CONDITIONS ................................................................50

ATTACHMENT I      PROFESSIONAL QUALIFICATIONS

APPENDICES

APPENDIX A         FIGURES
- USGS TOPO MAP
- TAX MAP
- WETLAND MAP

APPENDIX B         PROPERTY DIAGRAM
APPENDIX C         PHOTOGRAPHS
APPENDIX D         USER CORRESPONDENCE
APPENDIX E         AERIAL PHOTOGRAPHS
APPENDIX F         HISTORIC MAPS
APPENDIX G         PREVIOUS REPORTS AND PLANS
APPENDIX H         CHAIN OF TITLE/ENVIRONMENTAL LIENS
APPENDIX I         CORRESPONDENCE
APPENDIX J         ENVIRONMENTAL DATABASE
APPENDIX K         AHERRA CERTIFICATION
APPENDIX L         ANALYTICAL RESULTS

20101181

**Property Solutions** INC.   1270 Winchester Parkway  •  Suite 202  •  Smyrna, Georgia 30080  •  770-434-1997  •  Fax 770-434-1773

Exhibit 3
Page 32

# PROJECT SUMMARY

| | | | |
|---|---|---|---|
| Client Name/User: | Bank of America | Property Visit Date: | May 3, 2010 |
| Client Contact: | Ms. Bernadette Quillinan | Construction Date: | Prior to 1977 |
| Property Solutions Project No.: | 20101181 | No. Bldgs./Units: | Two Bldg./One Unit |
| Property Solutions Project Manager: | Scott Boze | No. of Stories: | One story |
| Phone No.: | (770) 434-1997 (Ext. 202) | Bldg. Square Footage: | Approx. 3200 s.f. |
| Email: | sboze@propertysolutionsinc.com | Property Acreage: | Approx. 11 acres |
| Property Name: | SA Recycling - Rancho Cucamonga | Basement/Slab-on-grade: | Slab-on-grade and Pier and beam |
| Property Address: | 8822 Etiwanda Avenue | Property Use: | Recycling facility |
| Property Town, County, State: | Rancho Cucamonga, San Bernardino County, California | Property History: | Agricultural |
| Property Identification: | 0229-13-115-0000, 0229-13-116-0000, 0229-13-121-0000 | Other Improvements: | Canopies, concrete cap, rail lines, fencing, landscaping |

Our review of general property information, observation of adjacent properties, research of historical property information, including a review of environmental records, and a property visit revealed the following:

| | No Issue Identified | REC | HREC | ASTM Non-scope considerations | Refer to Section |
|---|---|---|---|---|---|
| Property Operations | | (1) | | | 2.4 |
| Neighboring Properties | X | | | | 2.2 |
| Historical Review | | (1) | | | 4.4 |
| Previous Reports | | (1) | | | 4.5 |
| Regulatory Review | X | | | | 4.3 |
| USTs | X | | | | 4.1.1 |
| ASTs | X | | | | 4.1.1 |
| PCBs | X | | | | 4.4.1 |
| Chemicals/Hazardous Materials/Raw Materials | X | | | | 4.1.1 |
| Waste Generation/Disposal | X | | | | 4.1.1 |
| Stressed Vegetation, Staining, and Odors | X | | | | 4.1.1 |
| Surficial Disturbances | X | | | | 4.1.1 |
| ACMs | | | | (2) | 4.6 |
| Radon | X | | | | 4.1.2 |
| Lead-Based Paint | | | | (3) | 4.1.2 |
| Lead in Drinking Water | X | | | | 4.1.2 |

20101181

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 33

| | No Issue Identified | REC | HREC | ASTM Non-scope considerations | Refer to Section |
|---|---|---|---|---|---|
| Other | | | | (4) | |

Notes: To understand the property and report, you must read the complete report.

We have performed a Phase I Environmental Assessment in conformance with the scope and limitations of ASTM Practice E 1527-05 of SA Recycling - Rancho Cucamonga located at 8822 Etiwanda Avenue in Rancho Cucamonga, San Bernardino County, California 91739.  Any exceptions to, or deletions from, this practice are described in Section 1.0 of this report.  This assessment has revealed no evidence of recognized environmental conditions in connection with the subject property except for the following:

Recognized Environmental Condition

(1)     The subject property is currently a metals recycling facility and maintains permits for use and generation of regulated and hazardous substances including petroleum products, PCBs and paint-related waste.  The operations yard is capped with concrete; however, there is the potential for unfiltered stormwater to flow from the yard off-site via the access drive.  SA Recycling has instituted management practices including dust control and a stormwater recovery system to mitigate impacts; however, there is the potential that current operation may impact the environmental integrity of the subject property.

Soil contamination was identified at the subject property in 1998 and on the railroad property adjoining to the south of the subject property in 1990 and 1992.  Records indicate that elevated concentrations of TPH (14,000 and 40,000 mg/kg) were identified in the area of a removed UST and elevated concentrations of metals were identified at the subject property.  No further documentation concerning the extent of contamination was available.

No perched water has been identified in the subject property area and groundwater is more than 400 feet below the surface, thus reducing the potential for groundwater contamination.  In addition, no sensitive receptors were identified in the immediate area and there does not appear to be an immediate health risk to the occupants of the subject property since the subject property is serviced by public water and sewer systems.  Based on these factors, while soil contamination is considered a Recognized Environmental Condition, no further investigation is recommended at this time.

ASTM Non-Scope Considerations

The following ASTM non-scope considerations were identified at the subject property based on the findings provided in this report:

(2)     Suspect ACM in the form of roofing materials, wallboard/joint compound, wall texture, and resilient flooring/mastic were not sampled as part of this assessment.  These non-friable materials are in good condition and should be sampled prior to repair, renovation, or demolition activities.

ACM in the form of plaster inside the subject house was observed to be damaged.  Property Solutions recommends that these materials be removed by a licensed contractor.

(3)     Based on the date of construction of the house (prior to 1938), lead-based paint may be present.  If the house is to be used as a residence, Property Solutions recommends a lead-based paint survey be conducted.

(4)     Less than 20 square feet of water-damaged ceiling tiles were observed in the office building.  Property Solutions recommends that the source of moisture be determined and repaired to prevent mold growth.

20101181

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 34

## EXECUTIVE SUMMARY

Property Solutions Incorporated (Property Solutions) conducted a Phase I Environmental Assessment of the SA Recycling - Rancho Cucamonga located at 8822 Etiwanda Avenue in Rancho Cucamonga, San Bernardino County, California 91739 (subject property) at the request of Bank of America, NA.

The subject property consists of two rectangular-shaped parcels of land consisting or approximately five acres and 1.7 acres, respectively, and an L-shaped parcel consisting of approximately five acres. The subject property is located on the west side of Etiwanda Avenue, south of the intersection of Etiwanda Avenue and Arrow Highway. The subject property is improved with a one-story house constructed prior to 1938 and a one-story office building constructed prior to 1977 (subject buildings). The subject property is also improved with a concrete cap over the operations yard areas, an asphalt drive, a perimeter wall, fencing and landscaping. The remaining portions of the subject property are covered with native vegetation. No water bodies are located on the subject property. No water bodies are located on the adjoining properties. Vehicular access to the subject property is gained via Etiwanda Avenue along the west side of the subject property.

The subject house consists of wood frame construction with on a pier and beam foundation. The interior finishes include wood flooring, resilient tile and carpeting and plaster walls and ceilings. The house is currently vacant. The subject office building consists of block and frame construction on a slab-on-grade foundation. The gross area of the subject office building is approximately 3,200 square feet. The subject office building and operations yard contains one tenant, SA Recycling. The subject office building interior finishes include 2'x4' ceiling tiles, wood paneled, painted block, and textured and painted wallboard walls and carpet and 9"x9" resilient floor tiles. Renovations to the subject office building included replacement of the ceiling tiles and lighting fixtures in 2002. The subject office building heated and cooled by electric units. The house is heated by a gas wall unit and electric evaporative cooler.

The subject property was historically used for agricultural purposes.

We have performed a Phase I Environmental Assessment in conformance with the scope and limitations of ASTM Practice E 1527-05 of SA Recycling - Rancho Cucamonga located at 8822 Etiwanda Avenue in Rancho Cucamonga, San Bernardino County, California 91739. Any exceptions to, or deletions from, this practice are described in Section 1.0 of this report. This assessment has revealed no evidence of recognized environmental conditions in connection with the subject property, except for the following:

1.  The subject property is currently a metals recycling facility and maintains permits for use and generation of regulated and hazardous substances including petroleum products, PCBs and paint-related waste. The operations yard is capped with concrete, however, there is the potential for unfiltered stormwater to flow from the yard off-site via the access drive. SA Recycling has instituted management practices including dust control

20101181

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 35

and a stormwater recovery system to mitigate impacts; however, there is the potential that current operation may impact the environmental integrity of the subject property.

Soil contamination was identified at the subject property in 1998 and on the railroad property adjoining to the south of the subject property in 1990 and 1992. Records indicate that elevated concentrations of TPH (14,000 and 40,000 mg/kg) were identified in the area of a removed UST and elevated concentrations of metals were identified at the subject property. No further documentation concerning the extent of contamination was available.

No perched water has been identified in the subject property area and groundwater is more than 400 feet below the surface, thus reducing the potential for groundwater contamination. In addition, no sensitive receptors were identified in the immediate area and there does not appear to be an immediate health risk to the occupants of the subject property since the subject property is serviced by public water and sewer systems. Based on these factors, while soil contamination is considered a Recognized Environmental Condition, no further investigation is recommended at this time.

<u>ASTM Non-Scope Considerations</u>

The following ASTM non-scope considerations were identified at the subject property based on the findings provided in this report:

2.      Suspect ACM in the form of roofing materials, wallboard/joint compound, wall texture, and resilient flooring/mastic were not sampled as part of this assessment. These non-friable materials are in good condition and should be sampled prior to repair, renovation, or demolition activities. Currently, there are no regulations requiring the removal of ACM unless it will be disturbed during renovation, repairs, or demolition. The USEPA recommends that as long as the ACM does not pose an imminent health threat, the materials can be managed under an Operations and Maintenance (O&M) Plan. Property Solutions recommends that an Asbestos-Containing Materials O&M Plan be developed and implemented at the subject property.

ACM in the form of plaster inside the subject house was observed to be damaged. Property Solutions recommends that these materials be removed by a licensed contractor.

3.      Based on the date of construction of the house (prior to 1938), lead-based paint may be present. If the house is to be used as a residence, Property Solutions recommends a lead-based paint survey be conducted.

4.      Less than 20 square feet of water-damaged ceiling tiles were observed in the office building. Property Solutions recommends that the source of moisture be determined and repaired to prevent mold growth.

20101181

**Property Solutions** INC.   1270 Winchester Parkway  •  Suite 202  •  Smyrna, Georgia 30080  •  770-434-1997  •  Fax 770-434-1773

Exhibit 3
Page 36

## 1.0    INTRODUCTION

Property Solutions Incorporated (Property Solutions) conducted a Phase I Environmental Assessment of SA Recycling - Rancho Cucamonga located at 8822 Etiwanda Avenue in Rancho Cucamonga, San Bernardino County, California 91739 (subject property) at the request of Bank of America.  Bank of America is considered the User, as defined in ASTM E 1527-05 Standard Practice for Environmental Site Assessments: Phase I Environmental Site Assessment Process. The subject property is identified as Parcels 0229-13-115-0000, 0229-13-116-000, and 0229-13-121-0000, according to the San Bernardino County Tax Assessor.

This Phase I Environmental Assessment was conducted in general accordance with Bank of America, NA's <u>General Services Agreement Number CW108417</u> dated October 6, 2009.  The work was authorized by the Standard Engagement Letter (SEL) dated April 16, 2010 for BOA Project Number – 10-004211-ENV02-001.

Per the ASTM practice and throughout this report, the Client will be considered the same as the User in the ASTM E 1527-05 practice.

### 1.1    Purpose

The purpose of a Phase I Environmental Assessment is to evaluate issues that may have an impact on the subject property and to meet the purpose of Bank of America, NA's <u>General Services Agreement Number CW108417</u> dated October 6, 2009 and the ASTM E 1527-05 practice. The purpose is further described in Section 8.4. This report is for the purpose of determining whether to make a loan evidenced by a note secured by the property.

### 1.2    Scope of Work

This Phase I Environmental Assessment was conducted in accordance with Bank of America, NA's <u>General Services Agreement Number CW108417</u> dated October 6, 2009.

### 1.3    Significant Assumptions

The significant assumptions made by Property Solutions in this report are per Bank of America, NA's <u>General Services Agreement Number CW108417</u> dated October 6, 2009, ASTM E 1527-05 practice, and as described further in Section 8.5.

### 1.4    Special Terms and Conditions

This Phase I Environmental Assessment was prepared in accordance with the stated and agreed upon Scope of Work.  This Phase I Environmental Assessment was prepared in accordance with Bank of America, NA's <u>General Services Agreement Number CW108417</u> dated October 6, 2009.  Special terms and conditions are described in Section 8.6.

**Property Solutions** INC.    1270 Winchester Parkway  •  Suite 202  •  Smyrna, Georgia 30080  •  770-434-1997  •  Fax 770-434-1773

Exhibit 3
Page 37

## 1.5    Reliance

Bank of America, N.A., its employees, agents, successors and assigns may rely upon this report in evaluating a request for an extension of credit to be secured by the subject property.  This report may also be used and relied upon by (a) any additional lender extending credit to be secured by the subject property (the credit to be extended by Bank of America, N.A. and such additional lender is referred to as the (Mortgage Loan")) and (b) any actual or prospective purchaser, transferee, assignee, or servicer of the Mortgage Loan (or any portion thereof), any actual or prospective investor (including agent or advisor) in any securities evidencing a beneficial interest in or backed by the Mortgage Loan (or any portion thereof), any rating agency actually or prospectively rating any such securities, any indenture trustee, and any institutional provider(s) from time to time of any liquidity facility or credit support for such financing.  In addition, this report or a reference to this report may be included or quoted in any offering circular, private placement memorandum, registration statement or prospectus and Property Solutions agrees to cooperate in answering questions by any of the above parties in connection with a securitization or transaction involving the Mortgage Loan (or any portion thereof) and/or such securities.  This report has no other purpose and should not be relied upon by any other person or entity.

## 2.0    GENERAL PROPERTY CHARACTERISTICS

## 2.1    Property Location

| Property Location | |
|---|---|
| Property Name | SA Recycling - Rancho Cucamonga |
| Property Address**(es)** | 8822 Etiwanda Avenue |
| Property Town, County, State, Zip | Rancho Cucamonga, San Bernardino County, California 91739 |
| Property Tax Identification | 0229-13-115-0000,   0229-13-116-0000,   0229-13-121-0000   (San Bernardino Tax Assessor) |
| Property Topographic Quadrangle | Guasti, California |
| Nearest Intersection | Etiwanda Avenue and Arrow Highway |
| Area Description | Industrial |

An excerpt from the USGS 7.5-minute series topographic quadrangle map of Guasti, California, locating the subject property, is included in Appendix A.

## 2.2    Adjacent Properties

Review of neighboring properties from the subject property and from public thoroughfares, and research of available information regarding the neighboring properties, were performed to identify evidence of environmental concerns that could adversely impact the subject property. The subject property is located in an industrial area of Rancho Cucamonga, California.

20101181                                          2

**Property Solutions** INC.    1270 Winchester Parkway  •  Suite 202  •  Smyrna, Georgia 30080  •  770-434-1997  •  Fax 770-434-1773

Exhibit 3
Page 38

| Direction | Property | Address | Operations |
|---|---|---|---|
| North | Ameron | 12455 Arrow Highway | Manufacturer of concrete pipe |
| East | Bernell Hydraulics | Etiwanda Avenue | Sales and service of hydraulic pipes, fittings and equipment |
| | Etiwanda Avenue | | |
| | Multi-tenant complex | 8821 Etiwanda Avenue | Bail bonds. Former tenants include Precision Tool Works, CJM Trucking and AG Transport |
| South | Atchison, Topeka & Santa Fe railroad line | | |
| | Reliant/RRI Energy | 8896 Etiwanda Avenue | Power generation |
| West | TAMCO | 12459 Arrow Highway | Steel recycling |

The neighboring properties were listed in the environmental databases reviewed or Envirofacts as follows:

12455 Arrow Highway – NEI, TRI, LUST, WMUD and Hist CORTESE

8810 Etiwanda – RCRA, San Bernardino County

8821 Etiwanda – San Bernardino County (four tenants)

8896/8898 Etiwanda – AFS, NEI, TRI, RCRA-LQG, RESPONSE, ENVIROSTAR, AST, WMUD, Hist UST, SWEEPS UST, CORTESE, San Bernardino County and HWP

12459 Arrow Highway – TRI, ENVIROSTAR, CERCLIS-NFRAP, LUST, SLIC, VCP and Hist CORTESE

Based upon a review of the environmental database and Property Solutions' observations, the neighboring properties to the north, south and west are listed with documented releases but are not a concern based on current regulatory status and/or topographic relations.  These properties are further discussed in Section 4.3.2.

A property diagram including neighboring properties is included in Appendix B.  Photographs including the neighboring properties are included in Appendix C.

## 2.3     Property Description

| Property Information | |
|---|---|
| Property Ownership Name | SA Recycling LLC (San Bernardino County Tax Assessor) |
| Date of Acquisition | 2009 (San Bernardino Tax Assessor records) |
| Property Acreage | Approximately 11 acres (ALTA survey, prior report, inference) |
| Property Shape | Irregular |
| Property Use | Recycling facility |
| Number of Buildings | Two  - one house, one office building |
| Number of Stories | One |
| Construction Dates | Prior to 1938 - house, prior to 1977 – office (aerial photographs) |
| Building Square Footage | Not report – house, 3,200 square feet (Mr. Talavera) |

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 39

| Property Information | |
| --- | --- |
| Basement/Slab-on-grade | Pier and beam – house, Slab-on-grade – office |
| Number of Units | One |
| Ceiling Finishes | Plaster – house, 2' x 4' ceiling tiles - office |
| Floor Finishes | Carpet, wood – house, Ceramic tile, 9"x9" resilient tile, carpet - office |
| Wall Finishes | Plaster – house, wood paneling, textured/painted wallboard, painted brick - office |
| HVAC (Energy Source & Type of System) | Evaporative cooler, gas wall unit – house, electric forced air system - office |
| Renovation Date | 2002 |
| Renovation Description | Replacement of office ceiling tiles and light fixtures (Mr. Talavera) |
| Vehicular Access | Etiwanda to the east of the subject property |
| Other Improvements | Concrete cap over operations yard areas, canopies, landscaping and fencing |
| Property Coverage | Footprints of the subject buildings, concrete cap over yard, associated parking areas, lawn areas, and native vegetation |

A property diagram of the subject property is included in Appendix B.

## 2.4    Property Operations

The subject property is utilized as recycling facility and occupied by SA Recycling.  Current operations include receiving scrap metal including appliances and vehicles; recovery of pollutants such as refrigerants, PCBs, and petroleum products from the scrap items; sorting of materials for size and type, resizing of the scrap materials via torch cutting and shearing; equipment maintenance; stormwater recovery and treatment; and administrative operations.

Waste generated include non-hazardous substances such as office waste and non-metal components of scrap items (i.e. cloth, plastic), automotive fluids (i.e. gasoline, oil, diesel fuel, antifreeze) and batteries recovered from scrap vehicles, refrigerants recovered from scrap vehicles and scrap appliances, PCBs from capacity and ballasts, mercury switches, occasionally asbestos from scrap materials, oily water from the oil/water separator and stormwater systems, oily absorbent used to contain spills, and stormwater.  Regulated and hazardous waste is disposed by licensed waste services.  Stormwater is filtered prior to discharge.

The grounds of the operations and waste storage areas of the subject property are capped with concrete, thereby decreasing potential impact to the subsurface.  Maintenance activities are primarily conducted under canopies.  Hazardous substances and wastes are stored under canopies and, primarily, within secondary containment.

20101181                                    4

**Property Solutions** INC.    1270 Winchester Parkway  •  Suite 202  •  Smyrna, Georgia 30080  •  770-434-1997  •  Fax 770-434-1773

Exhibit 3
Page 40

## 2.5    Utilities

Property Solutions was informed by Rocky Talavera of SA Recycling, that the following companies and municipality or authorities currently provide utility services to the subject property:

| Utility | Provider |
|---|---|
| Electricity | SCE |
| Natural Gas | Not provided |
| Sanitary Sewerage | Septic systems |
| Potable Water | City of Rancho Cucamonga |
| Solid Waste Removal | Contract waste haulers |
| Fuel Oil | Not applicable |
| Steam | Not applicable |

## 3.0    ENVIRONMENTAL SETTING

### 3.1    Regional Physiographic Conditions

| | |
|---|---|
| Topographic Quadrangle Name | Guasti, California |
| Property Elevation | 1,130 feet above mean sea level |
| Surface Gradient | Moderately to the south/southeast |
| Property Drainage | Stormwater in the operation yard is directed to inlets at the subject property and is filtered through a Storminator™ system. Stormwater for the remainder of the property infiltrated to the subsurface. |
| Regional Drainage | South |
| Closest Perennial Water body | No natural water bodies were identified within two miles |

A copy of the USGS 7.5-minute series topographic quadrangle map of Guasti, California is included in Appendix A.

### 3.2    Soil Conditions

| USDA County Soil Survey | |
|---|---|
| Information Source | USDA NRCS Web Survey |
| Soil Name | Hanford |
| Description: The Hanford soil series consists of coarse, sandy loam soils with a depth of at least 60 inches. The Hanford soils are well-drained with moderately rapid permeability, neutral to slightly alkaline reaction and slopes between zero and nine percent. | |
| Soil Name | Tujunga |

20101181                                   5

**Property Solutions** INC. 1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 41

| USDA County Soil Survey |
|---|
| Description: The Tujunga soil series consists of loamy sand textured soils with a depth of at least 60 inches. The Tujunga soils are somewhat excessively well-drained with rapid permeability, neutral to slightly alkaline reaction and slopes between zero and five percent. |

## 3.3    Geologic Conditions

| Information Source | USGS |
|---|---|
| Title of Publication | Ground Water Atlas of the United States, California region |
| Date of Publication | 1995 |
| Name of Unit | Pacific Border |
| Description of Unit: The subject property is located within the Pacific Border physiographic province, which is characterized by steep rolling hills and mountains and consists of severely folded, faulted, commonly metamorphosed marine and continental sediments. | |

## 3.4    Groundwater Conditions

| Information Source | Prior report |
|---|---|
| Title of Publication | Phase I ESA prepared by Hart Crowser |
| Date of Publication | 2003 |
| Underlying Aquifer | Chino No. 1 Hydrological Unit of the Upper Santa Ana River Valley |
| Description: Depth to groundwater in the area was recorded in 1995 to vary between 426 and 492 feet below surface.  No perched waters have been identified in the area. | |

| Expected Depth to Shallow Groundwater | 426 to 492 feet |
|---|---|
| Information Source | Prior report |
| Expected Direction of Shallow Groundwater Flow | South |
| Information Source | Topographic maps |

## 4.0    RESULTS OF INVESTIGATION

## 4.1    Property Visit Observations

| Property Visit Date | May 3, 2010 |
|---|---|
| Property Solutions Personnel and Title | Heather-Nicole Hoffman, Project Manager |
| Property Escort Name | Rocky Talavera |
| Property Escort Title | General Manager |
| Property Escort Company | SA Recycling |
| Property Escort Affiliation | Representative |
| Property Escort Years of Association with Subject Property:   11 | |
| The Key Site Manager questionnaire (KSM) was completed. | |

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 42

| Property Visit Date | May 3, 2010 |
|---|---|
| Person Completing KSM questionnaire Name | Rocky Talavera |
| Person Completing KSM questionnaire Company | SA Recycling |
| Person Completing KSM questionnaire Affiliation | Representative |
| Inaccessible Areas and Reason: None | |
| Weather Conditions:   Clear, light winds | Approximate Temperature: 70 degrees F |
| No weather conditions limiting observations were noted. | |
| Describe Limiting Conditions Present: None | |

Property Solutions observed the following areas during the property visit:

- All interior areas
- All exterior areas
- Property boundaries

Photographs taken during the property visit are included in Appendix C.

### 4.1.1   ASTM Scope Considerations

During the property visit the below ASTM Scope considerations were reviewed.   Visual evidence of the below ASTM Scope considerations were evaluated during the property visit.   In addition, the Rocky Talavera or Key Site Manager was questioned about the presence of the below ASTM Scope items.

| ASTM Scope Item | Evidence Observed | Rocky Talavera Aware of Item | Comment |
|---|---|---|---|
| USTs | No | No | Discussed below |
| ASTs | Yes | Yes | Discussed below |
| PCB electrical equipment | Yes | Yes | Utility-owned transformers. No evidence of leaking or staining.  Not a concern. |
| Hydraulic equipment | Yes | Yes | Installed post-1978 on concrete surface.  No evidence of significant leaks or stains.  Not a concern. |
| Chemicals, Hazardous Materials, and Raw Materials Storage and Usage | Yes | Yes | Discussed below |
| Waste Generation, Storage and Disposal | Yes | Yes | Discussed below |
| Wells, Sumps, Pits, and Floor Drains | Yes | Yes | Drains and sumps are located in the yard to collect stormwater for filtration.  Not a concern. |
| Stormwater Runoff and Surface Water | No | No | Discussed below |

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 43

| ASTM Scope Item | Evidence Observed | Rocky Talavera Aware of Item | Comment |
|---|---|---|---|
| Lagoons, Septic Systems, Separators | Yes | Yes | Septic systems are in use for the buildings sanitary waste.  No violations identified.  Not a concern. |
| Stressed Vegetation, Staining and Odors | Yes | Yes | Discussed below |
| Surficial Disturbances | No | No | |
| On-property Dry Cleaners | No | No | |

No issues of concern were noted during the property visit with the exception of the following:

**Underground Storage Tanks**

The following table is a list of former underground storage tanks (USTs) identified at the subject property:

| UST No. | Capacity (gallons) | Contents | Material of Construction | Date | Leak Detection | Corrosion Protection | Spill/ Overfill | Registered | Status |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 1000 | Diesel | UNK | 1972 | UNK | UNK | UNK | Y | REM |
| 02 | 600 | Gasoline | UNK | 1972 | UNK | UNK | UNK | Y | REM |
| 03 | 10,000 | Diesel | UNK | 1980 | UNK | UNK | UNK | Y | REM |

Date - Date of installation
UNK - Unknown
REM - Removed

| UST No. | Location/Former Location | Use/Former Use of Tank |
|---|---|---|
| 01 | Northwest | UNK |
| 02 | Northwest | UNK |
| 03 | Northwest | UNK |

Information available in the 2003 Hart Crowser Phase I ESA report indicates that two USTs were removed in 1989 and the remaining UST was removed in 1994.  A 1998 report reviewed by Hart Crowser confirmed that agency closure was obtained for all three tanks.

Based upon the above information, USTs are not expected to be an environmental concern at this time.  No further action is warranted at this time.

No evidence of high pressure natural gas or liquid petroleum transmission pipelines was observed within ten feet of the structures on the subject property.  Review of available property maps did not reveal the presence of easements for high pressure natural gas or liquid petroleum transmission pipelines within ten feet of the structures on the subject property.

**Property Solutions** INC.   1270 Winchester Parkway  •  Suite 202  •  Smyrna, Georgia 30080  •  770-434-1997  •  Fax 770-434-1773

Exhibit 3
Page 44

**Aboveground Storage Tanks**

The following table is a list of aboveground storage tanks (ASTs) identified on the subject property:

| AST No. | Capacity (gallons) | Contents | Material of construction | Secondary Containment | Registered | Status |
|---------|-------------------|----------|-------------------------|----------------------|-----------|--------|
| 01 | 1000 | Red-dye diesel | Double-wall steel | Yes | No | Active |
| 02 | 500 | Diesel | Double-wall steel | Yes | No | Active |

| AST No. | Location/Former Location | Use/Former Use of Tank |
|---------|-------------------------|------------------------|
| 01 | Maintenance area | Equipment maintenance |
| 02 | Maintenance area | Equipment maintenance |

ASTs are regulated in California by the county fire department under the provisions of regulations. The ASTs were observed to have secondary containment and be installed on concrete surfaces and under a canopy. Minor staining was observed in the areas of the ASTs, however, stormwater from each of these areas is collected and filtered for petroleum and metals prior to discharge.

Based upon the above information, ASTs are not expected to be an environmental concern at this time. No further action is warranted at this time.

**Polychlorinated Biphenyl-Containing Electrical Equipment**

A visual review was conducted for the presence of electrical equipment that could contain polychlorinated biphenyls (PCBs), an environmentally regulated material used in dielectric fluid in some electrical equipment. Southern California Edison (SCE) provides electrical service to the subject property.

The following table identifies the transformers observed on the subject property during the property visit:

| Trans-former No. | Location | Pad/Pole-Mounted | Owner | PCB Labels | Utility Company Markings | Staining/ Leaking |
|------------------|----------|------------------|-------|-----------|-------------------------|-------------------|
| 01 | West boundary | Pad | SCE | Yes | Yes | No |
| 02 | North of maintenance building | Pad | SCE | Yes | Yes | No |

Since the transformers owned by SCE based upon observed markings and labels, and no spills or leaks were observed in the area of the transformers, these transformers are not expected to be an environmental concern at the subject property.

20101181                                      9

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 45

Per 40 CFR 761.20 PCBs at concentrations of 50 ppm or greater, or PCB Items with PCB concentrations of 50 ppm or greater, sold before July 1, 1979, for purposes other than resale may be distributed in commerce only in a totally enclosed manner after that date.

Per 15 USC Chapter 53, Subchapter I, Section 2605(e)(2)(A), except as provided under subparagraph (B), effective one year after January 1, 1977, no person may manufacture, process, or distribute in commerce or use any polychlorinated biphenyl in any manner other than in a totally enclosed manner and (i) no person may manufacture any polychlorinated biphenyl after two years after January 1, 1977, and (ii) no person may process or distribute in commerce any polychlorinated biphenyl after two and one-half years after such date.

 **(A)** Dry-type transformers were observed at the subject property.  These transformers are not expected to pose a threat to the environmental condition of the subject property, due to the absence of liquid coolant.

Based upon the above information, PCB-containing electrical equipment is not expected to be an environmental concern at this time.

**Chemical, Hazardous Materials, and Raw Materials Storage and Usage**

The following materials were observed to be stored and used on the subject property during the property visit:

<strong>Materials Storage</strong>

| Material | Location | Container Type/Capacity | Quantity | Leaks/Spills | MSDS | Secondary Containment |
|---|---|---|---|---|---|---|
| Diesel fuel | Maintenance | ASTs/1,000 and 500 gallons | Less than 1,500 gallons | No | Yes | Yes |
| Hydraulic oil | Maintenance | Totes/250-gallons | Two | No | Yes | Yes |
| Lubricating oil | Maintenance | Drum/55-gallons | One | No | Yes | Yes |
| Miscellaneous paints, oils, cleaners | Maintenance | Cans/5-gallon and smaller | ~40 | No | Some | Yes |

Containers found on the subject property during the property visit were observed to have no leaks or spills, and appeared to be properly stored.  The chemicals observed at the subject property during the property visit are not expected to have adversely impacted the environmental condition of the subject property.

20101181                                              10

**Property Solutions** INC.   1270 Winchester Parkway  •  Suite 202  •  Smyrna, Georgia 30080  •  770-434-1997  •  Fax 770-434-1773

Exhibit 3
Page 46

Based upon the above information, the chemicals, hazardous substances, and raw materials stored and used on the subject property are not expected to be environmental concerns at this time.

**Waste Generation, Storage, and Disposal**

The following wastes were observed to be generated and stored at the subject property during the property visit:

| Waste | Location | Quantity | Spill/Leaks /Staining | Secondary Containment | Waste Manifest | Waste Handler |
|-------|----------|----------|-----------------------|-----------------------|----------------|---------------|
| Waste oil | Pollutant recovery | 250 gallons | Minor | Yes | Yes | Alarcon Waste Services |
| Reusable gasoline | Pollutant recovery | 250 gallons | Minor | Yes | Yes | Sonoma |
| Batteries | Hazardous waste storage | <20 | No | Yes | Yes | US Ecology |
| Miscellaneous hazardous materials | Hazardous waste storage | < 55 gallons | No | Yes | Yes | US Ecology |

These materials are collected and stored on concrete surfaces and under canopies. The ASR is encapsulated in cement to reduce air emissions and stormwater contamination. Waste manifests for the above materials were available for review and appear to be in order. Stormwater from each of these areas is collected and filtered for petroleum and metals prior to discharge. Based upon the above information, waste generation, storage, and disposal are not expected to be environmental concerns at this time.

**Stormwater Runoff and Surface Water**

The subject property is improved with the footprints of the subject buildings and associated paved parking areas and concrete-capped operations yard. The remainder of the subject property consists a rail yard and of limited landscaped areas. Stormwater runoff enters the onsite stormwater collection system via storm drains located within the subject property's yard. Stormwater for the entire yard is filtered through one of three water treatment areas prior to discharge. The stormwater system filters petroleum and metals from the stormwater and controls BOD (biological oxygen demand). Testing of the processed water is conducted on a regular basis. No discharge violations were identified.

The 1972 Amendments to the Federal Water Pollution Control Act (commonly known as the Clean Water Act [CWA]) prohibit the discharge of any pollutant to waters of the United States from a point source unless the discharge is authorized by a National Pollutant Discharge Elimination System (NPDES) permit. In 1987, the CWA was again amended by Congress to require implementation of a comprehensive national program for addressing problematic non-

20101181                                11

**Property Solutions** INC.    1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 47

agricultural, non-point sources of stormwater discharge. The rules and regulations of the NPDES program are included in 40 CFR 122.26.

Stormwater permitting for a property is based on the property's Standard Industrial Classification (SIC) Code (category of industrial activity). However, the NPDES program includes a "no exposure" exemption for facilities within an applicable category of industrial activity. Based on 40 CFR 122.26 B(14), the subject property must obtain an NPDES Stormwater Discharge Permit only if material handling equipment or activities, raw materials, intermediate products, final products, waste materials, by-products, or industrial machinery is exposed to stormwater. As materials and activities described above are associated with the subject property, stormwater permitting is applicable.

No surface water bodies (i.e., springs or swamps) were observed on the subject property.

Based upon the above information, stormwater runoff and surface water are not expected to be environmental concerns at this time.

**Stressed Vegetation, Staining, and Odors**

Staining was observed on the concrete surfaces in the operations yard. The concrete cap is several inches thick, thus reducing the possibility of impact to the subsurface. Furthermore, stormwater from the yard is collected and filtered for metals and petroleum products prior to discharge.

Based upon the above information, stressed vegetation, staining and odors are not expected to be environmental concerns at this time.

**Surficial Disturbance**

No surficial disturbances were noted.

Based upon the above information, surficial disturbances are not expected to be an environmental concern at this time.

**On-Property Dry Cleaners**

No dry cleaning operations were observed at the subject property at the time of the property visit. Mr. Talavera was not aware of dry cleaning operations at the subject property.

**4.1.2   ASTM Non-Scope Considerations**

During the property visit and investigation the below ASTM Non-Scope considerations were reviewed. Visual evidence of the below ASTM Non-Scope considerations were evaluated during the property visit. In addition, the Rocky Talavera or Key Site Manager was questioned about the presence of the below ASTM Non-Scope items.

20101181                                                    12

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 48

| ASTM Non-Scope Item | Evidence Observed | Rocky Talavera Aware of Item | Comment |
|---|---|---|---|
| Radon | No | No | Radon Zone 3<br>Mean Value 0.7<br>Based on propensity, type of construction and use, not a concern. |
| Lead-Based Paint | Yes | No | Discussed below |
| Lead in Drinking Water | No | No | Supplier is in compliance with lead and copper rule; not a concern. |
| Potential Wetlands | No | No | None observed. |
| Air Emissions | No | No | Shredder is no longer operating. |

No issues of concern were noted during the property visit with the exception of the following:

**Lead in Drinking Water**

Drinking water for the subject property is provided by City of Rancho Cucamonga. The City of Rancho Cucamonga was required to perform system-wide lead screening of their water system starting in 1992, under the USEPA "Lead and Copper Regulations" (Federal Register Volume 56, No. 26460). These regulations, promulgated in June 1991, require public water systems to perform screening and provide for public notification and corrective action to reduce the lead hazards present in the water system.

According to the 2009 Water Quality Report, the City of Rancho Cucamonga public water supply has met the 90th percentile for the lead action level of 15 parts per billion (ppb), and is currently in compliance with the USEPA's Lead and Copper Regulations.

**Potential Wetlands**

No evidence of wetland areas was observed on the subject property during the property visit. Review of the United States Department of the Interior, National Wetland Inventory map of **Guasti**, revealed that no delineated wetlands are located on the subject property.

Based upon the above information, wetland areas are not expected to be an environmental concern at this time.

A copy of the wetland map is included in Appendix A.

**Air Emissions**

No major air emissions sources were identified at the subject property during the property visit.

Based upon the above information, air emissions are not considered a significant environmental concern at this time. No further action is warranted at this time.

20101181                                    13

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 49

No indoor air quality complaints were reported during the investigation by the Key Site Manager or occupants interviewed.

## 4.2    Adjacent Property and Vicinity Observation

Review of neighboring properties from the subject property and from public thoroughfares, and research of available information regarding the neighboring properties, were performed to identify evidence of environmental concerns that could adversely impact the subject property. The subject property is located in an industrial area of Rancho Cucamonga, California.

The neighboring properties were listed in the environmental database reviewed and Envirofacts and are discussed below.  The adjacent properties are further discussed in Section 2.2.

## 4.3    Results of Regulatory Agency List Review and File Research

### 4.3.1    USEPA Envirofacts

Property Solutions contacted the United States Environmental Protection Agency (USEPA) through an on-line search via the Internet to obtain information concerning the subject property. Property Solutions performed a search of Envirofacts, a USEPA-generated website that integrates data extracted from five major USEPA program systems: Aerometric Information Retrieval System (AIRS)/AIRS Facility Subsystem (AFS), Comprehensive Environmental Response, Compensation and Liability Information System (CERCLIS), Permit Compliance System (PCS), Resource Conservation and Recovery Information System (RCRIS) and Toxic Chemical Release Inventory System (TRIS), using two integrating databases: Facility Index System (FINDS) and Envirofacts Master Chemical Integrator (EMCI).

Property Solutions generated a printout of all facilities under the programs identified above that are located within the subject property's zip code (91739).  The subject property and adjoining properties were listed among the sites identified during the query search. The query was executed on April 27, 2010.  The following tables summarize the listings for the subject property and adjoining properties.

**Toxic Releases Reported**

| Listing Type | Facility Name | Address | TRI ID No. | Media Released To | Chemicals Discharged | Reporting Years |
|---|---|---|---|---|---|---|
| Adjoining Property | IMS DIV TUBE CITY IMS | 12459 Arrow Highway | 91739MSDVT12459 | Air Emissions | Lead and manganese compounds | 2006-2008 |
| Adjoining Property | Tamco | 12459 Arrow Highway | 91739TMC12459 | Air Emissions and Off-site disposal | Aluminum, chromium, copper, lead, manganese, vanadium and zinc | 1991-2008 |

20101181                                                 14

**Property Solutions** INC.    1270 Winchester Parkway  •  Suite 202  •  Smyrna, Georgia 30080  •  770-434-1997  •  Fax 770-434-1773

Exhibit 3
Page 50

| Listing Type | Facility Name | Address | TRI ID No. | Media Released To | Chemicals Discharged | Reporting Years |
|---|---|---|---|---|---|---|
| Adjoining Property | Ameron | 12459 Arrow Highway | 91739WPRRW12459 | Not listed | Not listed | 2000 |
| Adjoining Property | Ameron | 12455 Arrow Highway | 91739MRNCN12455 | Air Emissions | 1,1,1 Trichloro-ethane and manganese | 2000-2008 |

## Hazardous Waste Handler

| Listing Type | Facility Name | Address | USEPA ID No. | Handler/Facility Classification |
|---|---|---|---|---|
| Subject Property | SimsMetal | 8822 Etiwanda | CAD981368228 | Small quantity generator |
| Adjoining Property | Ameron | 12455 Arrow Highway | CAT080033202 | Small quantity generator |
| Adjoining Property | Tamco | 12455 Arrow Highway | CAD982361404 | Large quantity generator |
| Adjoining Property | Bernell Hydraulics | 8821 Etiwanda | CAR000070748 | Small quantity generator |
| Adjoining Property | Bernell Hydraulics | 8810 Etiwanda | CAR000076950 | Small quantity generator |
| Adjoining Property | Burnell Hydraulics | 8821 Etiwanda | CAR000070748 | Small quantity generator |
| Adjoining Property | Reliant Energy Etiwanda | 8896 Etiwanda | CAD079548574 | Small quantity generator |

## Air Release Reported

| Listing Type | Facility Name | Address | Compliance System Plant ID No. | Compliance Status | Class Code |
|---|---|---|---|---|---|
| Adjoining Property | Reliant Energy Etiwanda | 8896 Etiwanda | 6071CA149115315 | In Compliance as of 4/1/10 | A |
| Adjoining Property | Southern California Edison | 9000 Etiwanda | 6071DA002149620 | In compliance as of 10/09 | A |

A copy of the search results is included in Appendix I.

### 4.3.2   Environmental Database Information

As part of the Phase I Environmental Assessment, Property Solutions utilized Environmental Data Resources, Inc. (EDR) of Milford, Connecticut, as an information source for regulatory agency environmental database records.  The environmental database was dated April 27, 2010.

Property Solutions INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 51

Data supplied by EDR is included in Appendix J. This database also includes the required documentation of sources checked as per Section 8.1.8 of the ASTM standard.

The following summary of the database information is divided into two columns. The first column lists sites as identified and located by EDR within the specified distance of the subject property. The second column lists orphan sites, which could not be located by EDR due to incomplete and/or inaccurate address information included in the United States Environmental Protection Agency (USEPA)/state databases, which Property Solutions identified as potentially lying within the search distance.

Although the exact locations of the orphan sites are frequently unknown, Property Solutions attempts to evaluate the potential adverse environmental impact that these sites may have on the subject property. This evaluation consists of reviewing street names in an effort to learn whether the street on which the site is located lies within the search distance of the subject property, a drive-by view of surrounding properties during the site visit, and evaluating the site type and information provided by government agencies. The orphan sites included in the following table are those Property Solutions identified as potentially located within the identified search distance. A complete list of sites is included in Appendix J.

### Environmental Database Summary

| Database | Radius | Plottable | Orphan |
|---|---|---|---|
| National Priorities List | 1 Mile | 0 | 0 |
| State/Tribal Hazardous Waste Sites | 1 Mile | 0 | 0 |
| RCRA Corrective Action Treatment/Storage/ Disposal (TSD) Facilities (CORRACTS) | 1 Mile | 1 | 0 |
| Delisted National Priorities List | ½ Mile | 0 | 0 |
| CERCLIS Sites | ½ Mile | 0 | 0 |
| CERCLIS No Further Remedial Action Planned (NFRAP) Sites | ½ Mile | 1 | 0 |
| RCRA Non-Corrective Action TSD Facilities | ½ Mile | 0 | 0 |
| State/Tribal Voluntary Cleanup Sites | ½ mile | 2 | 0 |
| State/Tribal Brownfield Sites/CERCLIS Equivalent | ½ mile | 7 | 0 |
| State/Tribal Leaking Registered Storage Tank Sites | ½ Mile | 5 | 0 |
| State/Tribal Solid Waste Landfill Sites/Facilities | ½ Mile | 1 | 0 |
| Historic Landfills | ½ Mile | 0 | 0 |
| Federal/State/Tribal Engineering Controls Registries | ½ Mile | 0 | 0 |
| Federal/State/Tribal Institutional Controls Registries | ½ Mile | 0 | 0 |
| RCRA Large Quantity Generators | Subject Property and Adjoining Properties | 1 | 0 |
| RCRA Small Quantity Generators | Subject Property and Adjoining Properties | 6 | 0 |

20101181                                    16

| Database | Radius | Plottable | Orphan |
|---|---|---|---|
| RCRA Non-Generators | Subject Property and Adjoining Properties | 0 | 0 |
| State/Tribal Registered Storage Tank Sites | Subject Property and Adjoining Properties | 3 | 0 |
| Manifest | Subject Property | 0 | 0 |
| Spill/Release Sites | Subject Property | 0 | 0 |
| Facility Index System(FINDS) | Subject Property | 1 | 0 |
| Emergency Response Notification System | Subject Property | 0 | 0 |
| Local UST sites | Subject Property and adjacent properties | 5 | 0 |

## Database Summary

A complete copy of the database report is attached as an appendix to this report. Those sites noted within the search radius with a closed status from regulators, or not listed with known, documented, or suspected release sites will not be discussed below but can be referred to in the database report. The above sites are not expected to significantly impact the subject property based on the regulatory status listed. In addition, those remaining sites which are expected to be hydraulically downgradient, at a sufficient distance from the subject property, or due to the urban setting and density of the area, will not be discussed below but can be referred to in the database report. These above sites are not expected to significantly impact the subject property based on the above factors and as per ASTM E 1527-05.

The following is a discussion of the database findings:

## Subject and Adjoining Properties

The subject property was listed on the FINDS, NPDES, Hist UST, RCRA, HAZNET, CA WDS, San Bernardino County, CHMIRS, SWRCY and EMI databases. The adjoining properties of were also listed on various databases, however, based on various factors including intervening distance, topographic relations, absence of reported releases, and/or current regulatory status, these sites have a low potential to impact the subject property.. Further information regarding these subject property listings is provided below.

## Resource Conservation and Recovery Act (Small) Quantity Generator

The Small Quantity Generator Site at the subject property is:

1.     Site Name:                    SimsMetal
        Address:                      8822 Etiwanda
                                      Etiwanda CA
        Facility ID No.:              CAD981368228
        Reported Waste Codes:         D008 Lead
        Violations:                   None reported

20101181                                          17

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 53

**State/Local Registered Storage Tanks**

| 1. | Site Name: | SimsMetal |
|----|------------|-----------|
|    | Address:   | 8822 Etiwanda |
|    |            | Etiwanda CA |
|    | Facility ID No.: | 00000054331 |
|    | No. of Tanks: | 3 |
|    | Contents:  | Diesel and gasoline – removed in 1989 and 1994 |

**FINDS**

| 1. | Site Name: | SimsMetal |
|----|------------|-----------|
|    | Address:   | 8822 Etiwanda |
|    |            | Etiwanda CA |
|    | Facility ID No.: | 110002682464 |
|    | FINDS System Program: | California Hazardous Waste Tracking System, RCRA |

The subject property, listed as 8822 Etiwanda (8822), SimsMetal, Pacific Coast Recycling (PCR), was also identified on the NPDES, HAZNET, WDS, San Bernardino County, EMI, SWRCY and CHMIRS databases.  Pertinent information from the databases includes the following:

NPDES - 8822 - WDID: 8 36I018337 for industrial stormwater, effective 9/11/03

 HAZNET – SimsMetal ID:  CAD981368228 for generation of various waste

 PAC: CAL000274364 for generation of various waste

San Bernardino County  - PCR – ID: PT0013872 registered HazMat handler, generator and appliance recycler, expires 7/31/2010

 PCR – ID: PT0002261 registered HazMat handler and generator, inactive 7/04

WDS – PCR ID: Santa Ana River 36I018337 for industrial wastewater

EMI – SimsMetal ID:20546  inventories of emissions from 1987 and 1990 at 1 ton/year

CHMIRS – Incident No: 03-3087 and 06-7063, incidents dated 6/17/2003 and 11/29/2006 concerning a fire and potential discharge of water used to fight the fire

 PAC - Incident 03-2640 – caller complained of metal dust from the facility

SWRCY – began operating as a recycler in 11/09

**4.3.3   Local Lists**

The below local types of records were researched or requested from third parties, the Key Site Manager or local regulatory agencies:

- Local Brownfield Lists
- Local Lists of Landfill/Solid Waste Disposal Sites
- Local Lists of Hazardous Waste/Contaminated Sites
- Local Lists of Registered Storage Tanks
- Local Land Records (For AULs)

**Property Solutions** INC.   1270 Winchester Parkway  •  Suite 202  •  Smyrna, Georgia 30080  •  770-434-1997  •  Fax 770-434-1773

Exhibit 3
Page 54

- Records of Emergency Release Reports
- Records of Contaminated Public Wells

The above information is discussed in Sections 4.3.1, and 4.4.4 and was duplicative of those sections.

## 4.4 Results of Property History and Land Use Review

### 4.4.1 User Provided Information and Responsibilities

This section is to describe tasks to be performed by the User that will help identify the possibility of recognized environmental conditions, environmental liens and AULs in connection with the subject property as required by the ASTM standard. These tasks do not require the technical expertise of an environmental professional. Any and all information that may be material to identifying recognized environmental conditions must be provided by the User if available. Per the ASTM standard, the environmental professional shall note in the report whether or not the User has reported to the environmental professional information pursuant to Section 6 of the ASTM standard.

Bank of America (User) is performing the Phase I Environmental Assessment for determining whether to make a loan evidenced by a note secured by the property and not for pre-purchase due diligence.

Since Bank of America has only recently become involved with the subject property, their knowledge of the subject property and environmental conditions is limited to information provided by the mortgage broker, previous investigations provided by the borrower broker, and by the borrower. Therefore, it is not expected that data gaps created by unanswered questions of the User (Bank of America) are significant. It is expected that Bank of America has facilitated interviews and information exchange with those knowledgeable of the property as best as possible.

There is a specific exemption, the so-called "lender liability" exemption, for a person, who without participating in the management of a facility, holds indicia of ownership primarily to protect his or her security interest in the vessel or facility (42 USC 9601(20)(A)(iii)).

In September 1996, Congress passed the Asset, Conservation, Lender Liability, and Deposit Insurance Act [Title II, Subtitle E, Sections 2502-2505 of the 1996 Omnibus Appropriations bill]. Reportedly, under the act, lenders that do not exercise decision making control over the property during the term of the loan will not risk federal liability.

**User Questionnaire**

The User has chosen not to complete the questionnaire citing a lack of pertinent knowledge of the environmental condition of the property in their role solely as a secured creditor. As Bank of America has no specific knowledge of the property unless otherwise noted and operations, they

20101181                                    19

**Property Solutions** INC.    1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 55

requested the consultant pursue this information.

A Key Site Manager Questionnaire was submitted to Rocky Talavera (key site manager) to be completed prior to the property visit.

| Contact Company | SA Recycling |
|---|---|
| Contact Name | Rocky Talavera |
| Contact Title | General Manager |
| Phone/Fax/Email | 909.899.4595 |
| Contact Date | April 30, 2010 |
| Request Medium | Email |
| Questionnaire completed? | YES |
| Completed by? | Rocky Talavera |
| Response Date | May 3, 2010 |
| Form of Response | Email |
| Was the questionnaire completed and returned prior to the property visit? | YES |

Summary of information provided in questionnaire:

The subject property is currently a recycling facility. Mr. Talavera provided details of storage tanks, hazardous substances, waste generated, hydraulic equipment and stormwater handling which are incorporated throughout this report.

The completed Key Site Manager Questionnaire and correspondence are included in Appendix D - User Correspondence.

As Bank of America did not complete the User Questionnaire, per the ASTM standard, this is considered a data gap; however, the data gap is not considered significant.

**Title and Judicial Records**

Per ASTM E 1527-05 Section 6.2, the User is required to provide and/or report to the environmental professional any environmental liens or activity and use limitations (AULs) so identified for the subject property. The environmental professional per the ASTM practice is not responsible to undertake a review of recorded land title records and judicial records for environmental liens or activity and use limitations.

No title records or information was provided to Property Solutions by the User.

No title records or information was provided to Property Solutions by the representatives of the property owner or the key site manager.

The User did not request Property Solutions to coordinate with a title company or title professional to undertake a review of Recorded Land Title records and judicial records for environmental liens or AULs. Therefore, no title records were searched and no information was

20101181                                    20

provided for environmental liens and AULs which is the responsibility of the User.  Per the ASTM standard this is considered a data gap.

## Environmental Liens or Activity and Use Limitations

Per ASTM E 1527-05 the User is required to provide and/or report to the environmental professional any environmental liens or AULs so identified for the subject property.  The environmental professional per the ASTM practice is not responsible to undertake a review of information to identify environmental liens or AULs.

The User did not provide information on environmental liens and AULs.  The User is not aware of environmental liens or AULs.

The User is not the owner, operator, prospective purchaser or tenant of the subject property.

No information concerning environmental liens and AULs was provided by the key site manager or representatives of the owner of the subject property.

## Knowledge of the User

Per the ASTM standard, it is the User's responsibility to communicate to the environmental professional any information that is material to recognized environmental conditions in connection with the subject property based on such specialized knowledge, actual knowledge, experience, or commonly known and reasonably ascertainable information within the local community.

Per the ASTM standard, the User must do so prior to the property visit.

Since Bank of America has only recently become involved with the subject property, their knowledge of the subject property and environmental conditions is limited to information provided by the mortgage broker, previous investigations provided by the borrower or broker, and by the borrower.  As Bank of America has no specific knowledge of the property and operations, they requested the consultant pursue this information.

The representatives of the property owner and key site manager had no specialized knowledge, actual knowledge, experience, or commonly known and reasonably ascertainable information within the local community concerning recognized environmental conditions at the subject property.

## Valuation Reduction for Environmental Issues

Per the ASTM standard, in a transaction involving the purchase of a parcel of commercial real estate, the user shall consider the relationship of the purchase price of the property to the fair market value of the property if the property was not affected by hazardous substances or petroleum products.  The User should try to identify an explanation for a significantly lower

20101181                                    21

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 57

price which does not reasonably reflect fair market value if the property was not contaminated, and make a written record of such explanation. The ASTM standard does not require that a real estate appraisal be obtained in order to ascertain fair market value of the property.

This report was prepared for potential pre-lending purposes and not for a purchase.

**Reason for Performing the Phase I Environmental Assessment**

Bank of America (User) is performing the Phase I Environmental Assessment for determining whether to make a loan evidenced by a note secured by the property and not for pre-purchase due diligence.

**Helpful Documents Provided Prior to Property Visit**

Per the ASTM standard, prior to the property visit, the property owner, key site manager (if any is identified), and User (if different from the property owner) shall be asked if they know whether any of the documents below exist and if so, whether copies can and will be provided within reasonable time and cost constraints including partial information. This information is to be provided prior to or at the beginning of the property visit.

| Documents | User | | Key Site Manager | | Property Owner | |
|---|---|---|---|---|---|---|
| | Exist | Provided | Exist | Provided | Exist | Provided |
| ESA reports | Yes | Yes | No | No | Yes | Yes |
| Environmental compliance audit reports | No | No | Yes | Reviewed onsite | Yes | Reviewed onsite |
| Environmental permits | No | No | Yes | Reviewed onsite | Yes | Reviewed onsite |
| UST/AST registrations | No | No | No | No | No | No |
| Underground Injection permits | No | No | No | No | No | No |
| MSDSs | No | No | Yes | Reviewed onsite | Yes | Reviewed onsite |
| Community Right-to-Know plan | No | No | Yes | Reviewed onsite | Yes | Reviewed onsite |
| Safety plans | No | No | Yes | Reviewed onsite | Yes | Reviewed onsite |
| SPCC plans | No | No | Yes | Reviewed onsite | Yes | Reviewed onsite |
| Emergency preparedness and prevention plans | No | No | Yes | Reviewed onsite | Yes | Reviewed onsite |
| Hydrogeologic reports | No | No | No | No | No | No |
| Government agency correspondence and violations | No | No | No | No | No | No |
| Hazardous waste generator notices or reports | No | No | Yes | Reviewed onsite | Yes | No |
| Geotechnical studies | No | No | No | No | No | No |
| Risk assessments | No | No | No | No | No | No |
| Recorded AULs | No | No | No | No | No | No |
| Environmental liens | No | No | No | No | No | No |
| Other | | | | | | |

20101181                                    22

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 58

**Proceedings Involving the Property**

Per the ASTM standard, prior to the site visit, the User (if different from the property owner), Key site manager (if any is identified), and property owner shall be asked whether they know of (1) any pending, threatened, or past litigation relevant to hazardous substances or petroleum products in, on, or from the property; (2) any pending, threatened, or past administrative proceedings relevant to hazardous substances or petroleum products in, on or from the property; and (3) any notices from any governmental entity regarding any possible violation of environmental laws or possible liability relating to hazardous substances or petroleum products.

The key site manager indicated based on a response dated May 3, 2010 via the Key Site Manager Questionnaire that they have no knowledge of (1) any pending, threatened, or past litigation relevant to hazardous substances or petroleum products in, on, or from the property; (2) any pending, threatened, or past administrative proceedings relevant to hazardous substances or petroleum products in, on or from the property; and (3) any notices from any governmental entity regarding any possible violation of environmental laws or possible liability relating to hazardous substances or petroleum products.

The representatives of the property owner indicated based on a response dated May 3, 2010 via the Key Site Manager Questionnaire that they have no knowledge of (1) any pending, threatened, or past litigation relevant to hazardous substances or petroleum products in, on, or from the property; (2) any pending, threatened, or past administrative proceedings relevant to hazardous substances or petroleum products in, on or from the property; and (3) any notices from any governmental entity regarding any possible violation of environmental laws or possible liability relating to hazardous substances or petroleum products.

The User did not respond to the questions whether they have any knowledge of (1) any pending, threatened, or past litigation relevant to hazardous substances or petroleum products in, on, or from the property; (2) any pending, threatened, or past administrative proceedings relevant to hazardous substances or petroleum products in, on or from the property; and (3) any notices from any governmental entity regarding any possible violation of environmental laws or possible liability relating to hazardous substances or petroleum products.

The lack of response is considered a data gap.

**User Identified Personnel**

As per ASTM E1527-05, Property Solutions requested information for current and past property personnel. The information and contacts below were identified and/or provided by the User/Client.

|  | Name | Company |
|---|---|---|
| User | Ms. Bernadette Quillinan | Bank of America, NA |
| Key Site Manager | Mr. Rocky Talavera | SA Recycling |

20101181                                              23

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 59

| | Name | Company |
|---|---|---|
| Current Property Owner | | SA Recycling |
| Current Property Owner Representative | Mr. Terry Adams | SA Recycling |
| Occupant | Mr. Rocky Talavera | SA Recycling |

## 4.4.2   Historical Property Information

The history of the subject property was researched to evaluate potential historical uses of the subject property of environmental concern.

The below standard historical sources were researched:

### Standard Historical Source Summary

| Historical Source | Source Checked? | Source | Earliest Date Obtained |
|---|---|---|---|
| Aerial Photos | Yes | EDR and Terra Server | 1938 |
| Fire Insurance Maps | Yes | EDR | No data |
| Property Tax File | Yes | San Bernardino County Assessor | 2010 |
| Recorded Land Title Records | No | N/A | |
| USGS 7.5 Minute Topo Maps | Yes | USGS | 1966 |
| Local Street Directories (city directories) | Yes | Garden Grove Public Library | 1898 |
| Building Department Records | Yes | Rancho Cucamonga Building and Safety Dept. | 1977 |
| Zoning/Land Use Records | Yes | Rancho Cucamonga Planning Dept. | 1994 |
| Other Historical Sources | No | N/A | |
| Miscellaneous Maps/Plans | No | N/A | |
| Newspapers | No | N/A | |
| Records | No | N/A | |
| Other Directories/ Phone books | No | N/A | |
| Prior Use Interviews | Yes | Rocky Talavera | |
| Previous Reports | Yes | Phase I ESA prepared by Hart Crowser in 2003 | |
| Chain of Title | No | N/A | |
| AULs and Environmental Liens | Yes | EDR | |

**Property Solutions** INC.   1270 Winchester Parkway  •  Suite 202  •  Smyrna, Georgia 30080  •  770-434-1997  •  Fax 770-434-1773

Exhibit 3
Page 60

## Historical Use Summary

| Decade | Property Use | Standard Source/Source |
|---|---|---|
| 1900 | No information | City Directories |
| 1910 | No information | City Directories |
| 1920 | No information | City Directories |
| 1930 | The northeastern portion of the subject property is improved with a small structure, consistent with the existing house.   The southwest of the subject property is improved with rail lines/side yard.   The remainder of the subject property is in agricultural production. | Aerial Photographs/EDR, City Directories/Ontario Library |
| 1940 | No information | Aerial Photographs/EDR, City Directories/Ontario Library |
| 1950 | No significant changes | Aerial Photographs/EDR, City Directories/Ontario Library |
| 1960 | No significant changes to the subject property.   The area to the west is developed with the existing industrial facility. | Aerial Photographs/EDR, Topo Quadrangle/USGS, City Directories/Ontario Library |
| 1970 | The western portion is developed with office building and yard.  Power plant is shown to the south, small structures shown to the east of the subject property. | Aerial Photographs/EDR, City Directories/Ontario Library |
| 1980 | The subject property   is occupied by Ferromet. | Aerial Photographs/EDR, Topo Quadrangle/USGS, City Directories/Ontario Library |
| 1990 | No changes to the subject property.  Area to the north is developed. | Aerial Photographs/EDR, Topo Quadrangle/USGS, City Directories/Ontario Library |
| 2000 | No significant changes. | Aerial Photographs/EDR, Topo Quadrangle/USGS, City Directories/Ontario Library |
| 2005 | The operations yard is covered in concrete. The subject property is occupied by Pacific Coast Recycling. | Aerial Photographs/EDR, Topo Quadrangle/USGS, City Directories/Ontario Library |

Copies of the aerial photographs are included in Appendix E.

Based on a review of the above standard historical sources, no information or concerns were identified on adjoining properties.

Based upon a review of the above historical information, no recognized environmental conditions on the subject property were identified with the exception of prior operations at the salvage yard identified in aerial photographs dating from 1977 to 2004 and regulatory records.

Per ASTM E 1527-05, "8.3.2 Uses of the Property—All obvious uses of the property shall be identified from the present, back to the property's first developed use, or back to 1940, whichever is earlier. This task requires reviewing only as many of the standard historical sources

**Property Solutions** INC.   1270 Winchester Parkway  •  Suite 202  •  Smyrna, Georgia 30080  •  770-434-1997  •  Fax 770-434-1773

Exhibit 3
Page 61

in 8.3.4.1 through 8.3.4.8 as are necessary and both reasonably ascertainable and likely to be useful (as described under Data Failure in 8.3.2.3). . . .  Such confirmation may come from one or more of the standard historical sources specified in 8.3.4.1 through 8.3.4.8, or it may come from other historical sources (such as someone with personal knowledge of the property; see 8.3.4.9). However, checking other historical sources (see 8.3.4.9) is not required. For purposes of 8.3.2, the term "developed use" includes agricultural uses and placement of fill dirt. The report shall describe all identified uses, justify the earliest date identified (for example, records showed no development of the property prior to the specific date), and explain the reason for any gaps in the history of use (for example, data failure)."

Per ASTM E 1527-05, "8.3.2.3 Data Failure—the historical research is complete when either: (1) the objectives in 8.3.1 through 8.3.2.2 are achieved; or (2) data failure is encountered.  Data Failure occurs when all of the standard historical sources that are reasonably ascertainable and likely to be useful have been reviewed and yet the objectives have not been met.  Data failure is not uncommon in trying to identify the use of the property at five year intervals back to first use or 1940 (whichever is earlier).  Notwithstanding a data failure, standard historical sources may be excluded if: (1) the source is not reasonably ascertainable, or (2) if past experience indicates that the source is not likely to be sufficiently useful, accurate, or complete in terms of satisfying the objectives. Other historical sources specified in 8.3.4.9 may be used to satisfy the objectives, but are not required to comply with this practice. If data failure is encountered, the report shall document the failure and, if any of the standard historical sources were excluded, give the reasons for their exclusion.  If the data failure represents a significant data gap, the report shall comment on the impact of the data gap on the ability of the environmental professional to identify recognized environmental conditions."

Based on the above information and standard historical sources searched, data failure has occurred.  However, historical use information is deemed sufficient to comply with the ASTM Standard.

Standard historical information is included in the appendices of this report.

### 4.4.3   Interviews

The objective of interviews is to obtain information indicating Recognized Environmental Conditions in connection with the subject property as well as AULs.  Property Solutions interviewed or made good faith efforts to interview the following:

| Represents | Interviewed | Name and title | Comments |
|---|---|---|---|
| Current Property Owner | No | SA Recycling | Representatives of the owner reviewed the Key Site Manager Questionnaire for accuracy. |
| Previous Property Owner | No | | |
| Current Property Owner Representative | No | | Representatives of the owner reviewed the Key Site Manager Questionnaire for accuracy. |

20101181                                   26

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 62

| Represents | Interviewed | Name and title | Comments |
|---|---|---|---|
| Previous Property Owner Representative | No | | |
| Key Site Manager | Yes | Rocky Talavera | Discussed below |
| Previous Key Site Manager | No | | |
| Current Property Occupants | Yes | Rocky Talavera, SA Recycling | Discussed below |
| Previous Property Occupants | No | | |
| Current Property Major Occupant | No | | No additional occupants. |
| Previous Property Major Occupant | No | | |
| Current Property Operator | Yes | Rocky Talavera, SA Recycling | Discussed below |
| Previous Property Operator | No | | |
| Neighboring Property Owner | No | | Subject property is not considered an abandoned property where there is evidence of potential unauthorized uses of the abandoned property or evidence of uncontrolled access to the abandoned property, therefore no interview with the neighboring property owners was performed. |
| Neighboring Property Occupants | No | | Subject property is not considered an abandoned property where there is evidence of potential unauthorized uses of the abandoned property or evidence of uncontrolled access to the abandoned property, therefore no interview with the neighboring property occupants was performed. |

## Current Key Site Manager, Owner Representative, Occupant, and Operator

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | Rocky Talavera | | | | | |
| Title | General Manager | | | | | |
| Company name | SA Recycling | | | | | |
| Phone number | 909.899.4595 | | | | | |
| Years associated with  subject property | 11 | | | | | |
| Information provided | In Person | X | Phone | | Written | X |
| Property visit date | May 3, 2010 | | | | | |
| Response date | May 3, 2010 | | | | | |
| Knows of RECs | Yes | | | No | X | |
| Knows of AULs | Yes | | | No | X | |
| Knows of environmental concerns | Yes | | | No | X | |
| Knows of potential environmental concerns | Yes | X | | No | | |
| Knows of off-property concerns | Yes | | | No | X | |

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 63

Comments:

Mr. Talavera provided information concerning the current operations including the use of hazardous substances and generation of hazardous waste.

### 4.4.4   Property Specific Records

During the course of the assessment of the subject property, Property Solutions contacted the following local, county, and state agencies and companies via phone, letter, or in person.

**Department of Health**

| Agency name | San Bernardino County Environmental Health |
|---|---|
| Contact name | Terri Williams |
| Contact title | Division Chief |
| Address | 385 N Arrowhead |
| City | San Bernardino |
| State | California |
| Contact date | May 4, 2010 |
| Request medium | In person |
| Response date | May 4, 2010 |
| Form of response | In person |

Response:
The department would not have any records concerning this type of operation.  Records are limited to primarily vector control and food safety.

**Fire Department**

| Agency name | Rancho Cucamonga Fire Department |
|---|---|
| Address | 10500 Civic Center Drive |
| City | Rancho Cucamonga |
| State | California |
| Contact date | April 29, 2010 |
| Request medium | Letter |
| Response date | Pending |

Response:
A response has not been received at the time of this report.

**Planning/Zoning Department**

| Agency name | Rancho Cucamonga Planning Department |
|---|---|
| Address | 10500 Civic Center Drive |
| City | Rancho Cucamonga |
| State | California |
| Contact date | May 2, 2010 |
| Request medium | Online www.gis.cityofrc.us |
| Response date | May 2, 2010 |

**Property Solutions** INC.   1270 Winchester Parkway  •  Suite 202  •  Smyrna, Georgia 30080  •  770-434-1997  •  Fax 770-434-1773

Exhibit 3
Page 64

| Form of response | Online |
|---|---|

Response:

The subject property is zoned Heavy Industrial.  No prior zoning information was available.

## Building Department/Inspection Department

| Agency name | Rancho Cucamonga Building and Safety Department |
|---|---|
| Contact name | Linda Courtney |
| Contact title | Sr. Administrative Secretary |
| Address | 10400 Civic Center Drive |
| City | Rancho Cucamonga |
| State | California |
| Contact date | April 29, 2010 |
| Request medium | Letter |
| Response date | May 3, 2010 |
| Form of response | Fax |

Response:

No permits for the subject buildings were identified.  A permit was issued in 2005 for the installation of four 1,000-gallon underground tanks and recovery well for recycling runoff water. A permit was also issued in 2005 for the construction of 1,905 feet of perimeter wall.  No other environmentally significant records were identified.

## Tax Assessor/Tax Department

| Agency name | San Bernardino County Tax Assessor |
|---|---|
| Address | 172 West 3rd |
| City | San Bernardino |
| State | California |
| Contact date | April 30, 2010 |
| Request medium | Online |
| Response date | April 30, 2010 |
| Form of response | Online www.co.san-bernardino.ca.us/assessor |

Response:

Property Solutions visited the San Bernardino County Assessor webpage, www.co.san-bernardino.ca.us/assessor, on April 30, 2010.  The webpage provided Property Solutions with a copy of a tax map for the subject property and the surrounding area and a copy of the tax information for the subject property.

Based on Property Solutions review of the tax map and tax information, the subject property is identified as parcels 0229-13-115-0000, 0229-13-116-000 and 0229-13-121-000; the subject property consists of rectangular-shaped parcels of land.  The acreage and improvement details were not available.  The subject property was acquired by the subject property owner SA Recycling LLC in 2009.  Previous owners included Ferromet Inc. from 1983 and Ameron Inc. prior to 1983.

20101181                                                29

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 65

A copy of the tax map is included in Appendix A.

**Electrical Utility**

| Agency name | Southern California Edison |
|---|---|
| Contact name | Mary Zepeda |
| Contact title | Environmental Specialist |
| Contact date | April 29, 2010 |
| Request medium | Fax 626.302.9130 |
| Response date | Pending |
| Form of response | |

Response:
A response has not been received at the time of this report.

**Sewer Department/Provider**

The subject property is provided with an on-property septic system.

**Water Department/Supplier**

| Agency name | Rancho Cucamonga Valley Water |
|---|---|
| Contact name | Pete Peters |
| Address | custserv@cvwdwater.com |
| City | Rancho Cucamonga |
| State | California |
| Contact date | April 29, 2010 |
| Request medium | Email |
| Response date | May 5, 2010 |
| Form of response | Phone |

Response:
RCVW supplies water to the subject property house.  No records of sewer connections were identified.  A copy of the 2009 Water Quality Report is appended.

**Others**

| Agency name | California Integrated Waste Management Board |
|---|---|
| Contact name | Dona Sturgess |
| Contact title | Senior Legal Analyst |
| Address | Legal Office – MS 5, PO Box 4025 |
| City | Sacremento |
| State | California |
| Contact date | April 29, 2010 |
| Request medium | Letter |
| Response date | Pending |
| Form of response | |

**Property Solutions** INC.   1270 Winchester Parkway  •  Suite 202  •  Smyrna, Georgia 30080  •  770-434-1997  •  Fax 770-434-1773

Exhibit 3
Page 66

Response:
A response has not been received at the time of this report.

| | |
|---|---|
| Agency name | Department of Toxic Substance Control |
| Contact title | Public Records Coordinator |
| Address | 5796 Corporate Avenue |
| City | Cypress |
| State | California |
| Contact date | April 29, 2010 |
| Request medium | Letter |
| Response date | April 29, 2010 |
| Form of response | Letter |

Response:
No records

| | |
|---|---|
| Agency name | South Coast Air Quality Management District |
| Address | 21865 Copley Drive |
| City | Diamond Bar |
| State | California |
| Contact date | April 29, 2010 |
| Request medium | Letter |
| Response date | Pending |
| Form of response | |

Response:
A response has not been received at the time of this report.

| | |
|---|---|
| Agency name | Santa Ana Regional Water Quality Control Board |
| Address | 3737 Main Street, Suite 500 |
| City | Riverside |
| State | California |
| Contact date | April 29, 2010 |
| Request medium | Letter |
| Response date | Pending |
| Form of response | |

Response:
A response has not been received at the time of this report.

**State Environmental Agency**

| | |
|---|---|
| Agency name | Office of Environmental Health Hazard Assessment |
| Address | PO Box 4010, MS 23B (#58c) |
| City | Sacramento |
| State | California |
| Contact date | April 29, 2010 |

20101181                                        31

**Property Solutions** INC.    1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 67

| Request medium | Letter |
|---|---|
| Response date | Pending |
| Form of response | |

Response:
A response has not been received at the time of this report.

At the time this report was prepared, some of the above local, county, and state agencies and companies had not responded to our information request as indicated.

According to ASTM E 1527-05, Section 8.1.4.2, information that has been requested must be reasonably ascertainable as part of performing the Phase I Environmental Assessment. Information that is reasonably ascertainable per ASTM means that information will be provided by the source within 20 calendar days of receiving a written, telephone, or in-person request.

Copies of the letters and records of communication are included in Appendix I.

## 4.5    Synopsis of Previous Environmental Investigations and Plans

| Complete Report Name | Phase I Environmental Site Assessment Update |
|---|---|
| Report Date | January 17, 2003 |
| Report Project Number | 16054 |
| Report Property Name | SimsMetal |
| Report Property Address | 8822 Etiwanda Avenue, Rancho Cucamonga, CA |
| Prepared by | Hart Crowser (Hart) |
| Consultant City & State Location | Not listed |
| Prepared for | Pacific Coast Recycling |
| Party City & State Location | Long Beach CA |
| The entire report including appendices was provided with the exception of page 11. | |
| The boundaries discussed in this report are different than those of the subject property identified by Property Solutions. | |
| Report and Subject Property Variations: The report covers only the western portion of the subject property. | |
| Information/Portions of Report not Included with Report: None | |

Scope of Services Performed Per Report:
Site reconnaissance, review of geology and hydrology, review of historical resources, review of prior reports, and review of regulatory records

Findings/Conclusions as Reported by Report Preparer:
Hart reviewed prior reports for the subject property.  These reports provided information concerning the removal of three USTs at the subject property, soil sampling at the subject property and at the property adjacent to the south.

Recommendations as Reported by Report Preparer:
Based on the historical presence of petroleum hydrocarbons and metals in the soil and the ongoing industrial processes at the subject property, a soil investigation was recommended by Hart.  In addition, Hart recommended the location and sampling near an abandoned clarifier in order to determine if the clarifier was properly closed.

20101181                                             32

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 68

<u>Report Historical Information and Findings</u>:
Based on sources reviewed, the subject property was a vineyard prior to the 1970s and then operated as a salvage yard.

<u>Property Solutions Findings and Conclusions</u>:
No additional information concerning soil conditions at or adjacent to the subject property was identified.

Environmental concerns were identified during the review of the previous report.  Contaminated soil was identified at the subject property in 1998 and at the adjoining property to the south is 1990 and 1992.

A copy of the previous report is included in Appendix G.

Property Solutions did not review any plans pertaining to the subject property.

## 4.6    Asbestos-Containing Materials

During the course of the property visit, Property Solutions performed a preliminary review of interior, accessible areas of the subject buildings for the presence of suspect asbestos-containing materials (ACMs).  This limited review was conducted for overview purposes only; additional suspect materials may exist in concealed locations (behind walls and above ceilings, within machinery, etc.).  Also, not all suspect materials may have been sampled due to the condition or the location of the suspect materials. Destructive sampling of suspect ACMs was not performed. Suspect ACMs in an overall undamaged condition were not sampled, as that will damage the materials.  Property Solutions will not be responsible for damaging materials or causing the materials to become friable. The USEPA defines asbestos-containing material as material containing greater than one percent asbestos.  This review was not a pre-demolition/renovation survey or for regulatory submittal purposes.

Suspect and/or presumed ACMs were observed within the subject buildings during the property visit.  No suspect and/or presumed friable materials were observed in the subject office building. The suspect and/or presumed ACMs are listed in the following table**s**.

### Non-Friable Materials

| Sample No. | Description of Material | Material Classification | Sample Location | Condition | Approx. Amount | % Asbestos/ Type |
|---|---|---|---|---|---|---|
| R1 | Plaster | Surf | House - north wall | Significantly damaged | 6000 s.f. | Pending |
| NS | Roofing materials | MISC | Both buildings | Undamaged | 5,000 s.f. | NS-SACM |
| NS | Wallboard/joint compound | MISC | Office building | Undamaged | 1,500 s.f | NS-SACM |
| NS | 9"x9" resilient floor tile, gray | MISC | Office building | Undamaged | 1,000 s.f. | NS-PACM |

PC - Point count
NS - Not sampled

20101181                                          33

**Property Solutions** INC.   1270 Winchester Parkway  •  Suite 202  •  Smyrna, Georgia 30080  •  770-434-1997  •  Fax 770-434-1773

Exhibit 3
Page 69

ND - Non-detect per PLM analysis
PACM - Presumed asbestos-containing material per OSHA (pre-1981 construction)
SACM - Suspect asbestos-containing material per USEPA Green Book
Condition - Undamaged, slightly damaged, damaged, significantly damaged
s.f. - Square feet
MISC - Miscellaneous
SURF - Surfacing material

A copy of the laboratory report is included in Appendix L

Based on the limited visual review conducted by Property Solutions, suspect asbestos-containing textured material, floor tile and mastic, drywall and joint compound were identified at the subject property.  These materials were observed to be in an overall undamaged condition at the time of the property visit.

Per the Occupational Safety and Health Administration (OSHA) regulation 29 CFR 1926.1101 (Asbestos) (k) (Communication of Hazards), thermal system insulation, surfacing material, and asphalt/vinyl flooring that are present in a building constructed prior to 1981, and have not been analytically tested in accordance with 29 CFR 1926.1101 (k) (5) and determined to be non-ACM, are to be presumed to contain asbestos.

It should be noted that 29 CFR 1926.1101 applies to work activities including demolition or salvage of structures where asbestos is present and construction, alteration, repair, maintenance, or renovation of structures, substrates, or portions thereof, that contain asbestos.

Review of 29 CFR 1926.1101 (k) (2) (Duties of Building and Facility Owners) reveals that building and/or facility owners must notify the following persons about the location and quantity of ACM and PACM at the work sites in their buildings and facilities:

- Prospective employers applying and bidding for work whose employees can be reasonably expected to work in or adjacent to areas containing ACM and/or PACM.
- Employees of the owner who will work in or adjacent to areas containing ACM and/or PACM.
- On multi-employer worksites, all employers of employees who will be performing work within or adjacent to areas containing ACM and/or PACM.
- Tenants who will occupy areas containing such material.

Any abatement or removal of asbestos-containing materials must be performed in accordance with applicable federal, state, and local regulations.

Based on the date of construction and the analytical results, PACM and vinyl/asbestos flooring are located on the subject property.  As indicated above, per OSHA regulations (29 CFR 1926.1101 (k)), building owners are required, under certain circumstances, to notify maintenance people and all persons potentially exposed to PACM at the facility of the presence and location of materials that contain (or are presumed to contain) asbestos.  Thermal system insulation, surfacing material, and asphalt/vinyl flooring materials that are present in a building constructed

20101181                                    34

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 70

prior to 1981, and have not been analytically tested and determined to be non-ACM, are to be presumed to contain asbestos, and should be addressed in accordance with 29 CFR 1926.1101, as well as other applicable federal, state, and local regulations.

Currently, there are no regulations requiring the removal of ACM unless it will be disturbed during renovation, repairs, or demolition.  The USEPA recommends that as long as the ACM does not pose an imminent health threat, the materials can be managed under an Operations and Maintenance (O&M) Plan.   Property Solutions recommends that an Asbestos-Containing Materials O&M Plan be developed and implemented at the subject property.

## 4.7    Mold/Water Intrusion

During the course of the Phase I Environmental Assessment property visit, Property Solutions performed limited observations for obvious signs of moisture, water intrusion, and potential mold at the subject property.  This was performed for overview purposes only and is not a mold assessment or inspection for regulatory submittal purposes.  Additional areas may exist in areas not observed or in concealed locations (behind walls and above ceiling tiles, etc.).  This was a limited visual review during a Phase I Environmental Assessment property visit of easily accessible areas for obvious signs of water intrusion and potential mold.  An engineering assessment and property maintenance personnel should be consulted to verify water intrusion due to engineering concerns and deficiencies and addressed as appropriate.

Molds produce tiny spores to reproduce, which waft through the indoor and outdoor air continually. When mold spores land on a damp spot indoors, they may begin growing and digesting whatever they are growing on in order to survive. There are molds that can grow on wood, paper, carpet, and foods. When excessive moisture or water accumulates indoors, mold growth will often occur, particularly if the moisture problem remains undiscovered or un-addressed. There is no practical way to eliminate all molds and mold spores in the indoor environment; the way to control indoor mold growth is to control moisture.  In addition, mold growth may be a problem after flooding.

Standards or Threshold Limit Values (TLVs) for airborne concentrations of mold, or mold spores, have not been set. Currently, there are no USEPA regulations or standards for airborne mold contaminants.

Mr. Talavera was unaware of past water damage and/or historic leaks.

### Visible Potential Mold/Water Intrusion

| Location | Mold Growth Observed | Water Intrusion Observed | Moist Areas/ Musty Odors Noted | Material Affected | Approx. Area | Potential Moisture Source |
|---|---|---|---|---|---|---|
| Office building | No | Yes | No | Ceiling tiles | 15 s.f. | Roof |

s.f. - Square feet

20101181                                            35

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 71

No obvious visual evidence of mold, water intrusion, water damage, or standing water was observed in the interior portions of the subject building accessed by Property Solutions during the property visit, with the exception of less than 15 square feet of water-stained ceiling tiles observed in the office building.  No musty odors indicative of a moisture problem or porous materials such as carpets and insulation in damp niches were observed during the property visit.

No botanical materials such as bark chips or potted plants in moist locations such as an atrium were observed during the property visit.  No indoor water features such as fountains, indoor waterfalls, or indoor swimming pools were observed in the subject building. Mr. Talavera was unaware of reported odor complaints, allergic reactions, or other symptoms possibly associated with mold growth. No problems evident in the building envelope or problematic conditions surrounding the air intake were observed. No operatives conducive to bioaerosol generation such as animal confinement operations, agricultural activities, or wetlands were observed on the subject property or adjacent properties.  This limited visual review was conducted for overview purposes only; mold may exist in concealed locations (behind walls, wallpaper, and ceilings, etc.).  Mr. Talavera was unaware of mold, water intrusion, water damage, standing water, or historic floods at the subject property.

Based on the above information, Property Solutions recommends that the source of moisture be identified and repair to prevent future mold growth.


## 5.0    CONCLUSIONS

We have performed a Phase I Environmental Assessment in conformance with the scope and limitations of ASTM Practice E 1527-05 of SA Recycling - Rancho Cucamonga located at 8822 Etiwanda Avenue in Rancho Cucamonga, San Bernardino County, California 91739.  Any exceptions to, or deletions from, this practice are described in Section 1.0 of this report.  This assessment has revealed no evidence of recognized environmental conditions in connection with the subject property except for the following:

1.    The subject property is currently a metals recycling facility and maintains permits for use and generation of regulated and hazardous substances including petroleum products, PCBs and paint-related waste.  The operations yard is capped with concrete, however, there is the potential for unfiltered stormwater to flow from the yard off-site via the access drive.  SA Recycling has instituted management practices including dust control and a stormwater recovery system to mitigate impacts; however, there is the potential that current operation may impact the environmental integrity of the subject property.

Soil contamination was identified at the subject property in 1998 and on the railroad property adjoining to the south of the subject property in 1990 and 1992.  Records indicate that elevated concentrations of TPH (14,000 and 40,000 mg/kg) were identified in the area of a removed UST and elevated concentrations of metals were identified at the subject property.  No further documentation concerning the extent of contamination was available.

20101181                                36

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 72

No perched water has been identified in the subject property area and groundwater is more than 400 feet below the surface, thus reducing the potential for groundwater contamination.  In addition, no sensitive receptors were identified in the immediate area and there does not appear to be an immediate health risk to the occupants of the subject property since the subject property is serviced by public water and sewer systems.  Based on these factors, while soil contamination is considered a Recognized Environmental Condition, no further investigation is recommended at this time.

ASTM Non-Scope Considerations

The following ASTM non-scope considerations were identified at the subject property based on the findings provided in this report:

2.    Suspect ACM in the form of roofing materials, wallboard/joint compound, wall texture, and resilient flooring/mastic were not sampled as part of this assessment.  These non-friable materials are in good condition and should be sampled prior to repair, renovation, or demolition activities.  Property Solutions recommends that an Asbestos-Containing Materials O&M Plan be developed and implemented at the subject property.

ACM in the form of plaster inside the subject house was observed to be damaged. Property Solutions recommends that these materials be removed by a licensed contractor.

3.    Based on the date of construction of the house (prior to 1938), lead-based paint may be present.  If the house is to be used as a residence, Property Solutions recommends a lead-based paint survey be conducted.

4.    Less than 20 square feet of water-damaged ceiling tiles were observed in the office building.  Property Solutions recommends that the source of moisture be determined and repaired to prevent mold growth.

## 6.0    RECOMMENDATIONS AND OPINIONS OF PROBABLE COST

Property Solutions recommends that an Asbestos-Containing Materials O&M Plan be developed and implemented at the subject property.

Cost to development an O&M Program is **$500.00**.

If the house is to be used as a residence, Property Solutions recommends a lead-based paint survey be conducted.

Property Solutions recommends that the source of moisture be determined and repaired to prevent mold growth.

20101181                                    37

**Property Solutions** INC.   1270 Winchester Parkway  •  Suite 202  •  Smyrna, Georgia 30080  •  770-434-1997  •  Fax 770-434-1773

Exhibit 3
Page 73

If the operations at the subject property will not continue, Property Solutions recommends that the hazardous materials be properly characterized and disposed.

Property Solutions recommends that the owner maintain proper housekeeping and best-management practices involving the stormwater recycling and filtration system.


## 7.0   LIMITATIONS

The conclusions and presented above are based upon the agreed upon scope of work outlined in the above report.  Consultant makes no guarantees as to the accuracy or completeness of information obtained from others.  It is possible that information exists beyond the scope of this investigation.   Additional information which was not available to Consultant at the time of writing the Report may result in a modification of the conclusions and presented.  The Services performed by Consultant have been conducted in a manner consistent with the level of care ordinarily exercised by members of our profession currently practicing under similar conditions. This report is not a legal opinion, but may under certain circumstances be prepared at the direction of counsel, may be in anticipation of litigation, and may be classified as an attorney client communication or as an attorney work product.


## 8.0   REFERENCES

### 8.1   Information Sources

1. United States Geological Survey's 7.5-minute topographic quadrangle map of <u>Guasti, California</u>.
2. United States Department of Agriculture, Natural Resources Conservation Service, Web Soil Survey.
3. <u>Geologic Map of California</u> produced by the United States Geological Survey.
4. <u>Water Quality Report</u> dated 2009 produced by the Rancho Cucamonga Valley Water District.
5. United States Department of the Interior, National Wetland Inventory Map
6. <u>USEPA's Map of Radon Zones</u> produced by the USEPA.
7. Aerial photographs provided by Environmental Data Resources, Inc.
8. Aerial photographs provided by TerraServer.
9. Polk's, Luskey's, and Haines City Directories.
10. Fire insurance maps, provided by Environmental Data Resources, Inc.
11. <u>The EDR Radius Map with GeoCheck</u>, produced by Environmental Data Resources, Inc.
12. Envirofacts Data Warehouse, produced by USEPA.
13. 2009 Stormwater Protection Plan for SA Recycling.
14. Phase I ESA Update prepared by Hart Crowser and dated January 2003.

**Property Solutions** INC.   1270 Winchester Parkway  •  Suite 202  •  Smyrna, Georgia 30080  •  770-434-1997  •  Fax 770-434-1773

Exhibit 3
Page 74

## 8.2    Definitions

<u>Abandoned property</u> – property that can be presumed to be deserted, or an intent to relinquish possession or control can be inferred from the general disrepair or lack of activity thereon such that a reasonable person could believe that there was an intent on the part of the current owner to surrender rights to the property.

<u>Activity and use limitations</u> – Legal or physical restrictions or limitations on the use of, or access to, a site or facility: (1) to reduce or eliminate potential exposure to hazardous substances or petroleum products in the soil or ground water on the property, or (2) to prevent activities that could interfere with the effectiveness of a response action, in order to ensure maintenance of a condition of no significant risk to public health or the environment. These legal or physical restrictions, which may include institutional and/or engineering controls, are intended to prevent adverse impacts to individuals or populations that may be exposed to hazardous substances and petroleum products in the soil or ground water on the property.[4]

[4] The term *AUL* is taken from the ASTM Standard Guide E 2091 to include both legal (that is, institutional) and physical (that is, engineering) controls within its scope. Other agencies, organizations, and jurisdictions may define or utilize these terms differently (for example, EPA and California do not include physical controls within their definitions of "*institutional controls*." Department of Defense and International County/City Management Association use "Land Use Controls." The term "land use restrictions" is used but not defined in the *Brownfields Amendments*).

<u>Actual knowledge</u> – the knowledge actually possessed by an individual who is a real person, rather than an entity. Actual knowledge is to be distinguished from constructive knowledge that is knowledge imputed to an individual or entity.

<u>Actual Knowledge Exception</u> – If the user or environmental professional(s) conducting an environmental site assessment has actual knowledge that the information being used from a prior environmental site assessment is not accurate or if it is obvious, based on other information obtained by means of the environmental site assessment or known to the person conducting the environmental site assessment, that the information being used is not accurate, such information from a prior environmental site assessment may not be used.

<u>Adjoining properties</u> – any real property or properties the border of which is contiguous or partially contiguous with that of the property, or that would be contiguous or partially contiguous with that of the property but for a street, road, or other public thoroughfare separating them.

<u>All appropriate inquiry</u> – that inquiry constituting "all appropriate inquiry into the previous ownership and uses of the property consistent with good commercial or customary practice" as defined in CERCLA, 42 U.S.C §9601(35)(B), that will qualify a party to a commercial real estate transaction for one of threshold criteria for satisfying the LLPs to CERCLA liability (42 U.S.C §9601(35)(A) & (B), §9607(b)(3), §9607(q); and §9607(r)), assuming compliance with other elements of the defense. See ASTM E 1527-05, Appendix X1.

<u>Bona fide prospective purchaser liability protection</u> – (42 U.S.C. §9607(r))—a person may qualify as a bona fide prospective purchaser if, among other requirements, such person made "all appropriate inquiries into the previous ownership and uses of the facility in accordance with

20101181                                     39

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 75

generally accepted good commercial and customary standards and practices." Knowledge of contamination resulting from all appropriate inquiry would not generally preclude this liability protection. A person must make all appropriate inquiry on or before the date of purchase. The facility must have been purchased after January 11, 2002. See ASTM E 1527-05, Appendix X1 for the other necessary requirements that are beyond the scope of this practice.

Business environmental risk – a risk which can have a material environmental or environmentally-driven impact on the business associated with the current or planned use of a parcel of commercial real estate, not necessarily limited to those environmental issues required to be investigated in this practice. Consideration of business environmental risk issues may involve addressing one or more non-scope considerations, some of which are identified in ASTM E 1527-05, Section 13.

Comparison with Subsequent Inquiry – It should not be concluded or assumed that an inquiry was not all appropriate inquiry merely because the inquiry did not identify recognized environmental conditions in connection with a property. Environmental site assessments must be evaluated based on the reasonableness of judgments made at the time and under the circumstances in which they were made. Subsequent environmental site assessments should not be considered valid standards to judge the appropriateness of any prior assessment based on hindsight, new information, use of developing technology or analytical techniques, or other factors.

Comprehensive Environmental Response, Compensation, and Liability Information System (CERCLIS) – the list of sites compiled by EPA that EPA has investigated or is currently investigating for potential hazardous substance contamination for possible inclusion on the National Priorities List.

Construction debris – concrete, brick, asphalt, and other such building materials discarded in the construction of a building or other improvement to property.

Contiguous property owner liability protection – (42 U.S.C. §9607(q))—a person may qualify for the contiguous property owner liability protection if, among other requirements, such person owns real property that is contiguous to, and that is or may be contaminated by hazardous substances from other real property that is not owned by that person. Furthermore, such person conducted all appropriate inquiry at the time of acquisition of the property and did not know or have reason to know that the property was or could be contaminated by a release or threatened release from the contiguous property. The all appropriate inquiry must not result in knowledge of contamination. If it does, then such person did "know" or "had reason to know" of contamination and would not be eligible for the contiguous property owner liability protection. See ASTM E 1527-05, Appendix X1 for the other necessary requirements that are beyond the scope of this practice.

Continued Viability of Environmental Site Assessment – Subject to ASTM E 1527-05, Section 4.8, an environmental site assessment meeting or exceeding this practice and completed less than 180 days prior to the date of acquisition[6] of the property or (for transactions not involving an

20101181                                    40

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 76

acquisition) the date of the intended transaction is presumed to be valid.[7] If within this period the assessment will be used by a different user than the user for whom the assessment was originally prepared, the subsequent user must also satisfy the User's Responsibilities in ASTM E 1527-05, Section 6. Subject to Section 4.8 and the User's Responsibilities set forth in ASTM E 1527-05, Section 6, an environmental site assessment meeting or exceeding this practice and for which the information was collected or updated within one year prior to the date of acquisition of the property or (for transactions not involving an acquisition) the date of the intended transaction may be used provided that the following components of the inquiries were conducted or updated within 180 days of the date of purchase or the date of the intended transaction: (i) interviews with owners, operators, and occupants; (ii) searches for recorded environmental cleanup liens; (iii) reviews of federal, tribal, state, and local government records; (iv) visual inspections of the property and of adjoining properties; and (v) the declaration by the environmental professional responsible for the assessment or update.

[6] Under "*All Appropriate Inquiry*" 40 C.F.R. Part 312, EPA defines date of acquisition as the date on which a person acquires title to the *property*.
[7] Subject to meeting the other requirements set forth in this section, for purpose of the *LLPs*, information collected in an assessment conducted prior to the effective date of the federal regulations for *All Appropriate Inquiry* or this practice can be used if the information was generated as a result of procedures that meet or exceed the requirements of the E 1527-97 or -00 standards.

<u>Contractual Issues Regarding Prior Assessment Usage</u> – The contractual and legal obligations between prior and subsequent users of environmental site assessments or between environmental professionals who conducted prior environmental site assessments and those who would like to use such prior environmental site assessments are beyond the scope of this practice.

<u>Data failure</u> – a failure to achieve the historical research objectives in ASTM E 1527-05, §8.3.1 through 8.3.2.2 even after reviewing the standard historical sources in §8.3.4.1 through 8.3.4.8 that are reasonably ascertainable and likely to be useful. Data failure is one type of data gap. See ASTM E 1527-05, 8.3.2.3.

<u>Data gap</u> – a lack of or inability to obtain information required by this practice despite good faith efforts by the environmental professional to gather such information. Data gaps may result from incompleteness in any of the activities required by this practice, including, but not limited to site reconnaissance (for example, an inability to conduct the site visit), and interviews (for example, an inability to interview the Key Site Manager, regulatory officials, etc.). See ASTM E 1527-05 §12.7.

<u>Demolition debris</u> – concrete, brick, asphalt, and other such building materials discarded in the demolition of a building or other improvement to property.

<u>Engineering controls (EC)</u> – physical modifications to a site or facility (for example, capping, slurry walls, or point of use water treatment) to reduce or eliminate the potential for exposure to hazardous substances or petroleum products in the soil or ground water on the property. Engineering controls are a type of activity and use limitation (AUL).

<u>Environmental lien</u> – a charge, security, or encumbrance upon title to a property to secure the payment of a cost, damage, debt, obligation, or duty arising out of response actions, cleanup, or

20101181                                   41

other remediation of hazardous substances or petroleum products upon a property, including (but not limited to) liens imposed pursuant to CERCLA 42 U.S.C. §§9607(1) & 9607(r) and similar state or local laws.

Environmental professional – a person meeting the education, training, and experience requirements as set forth in 40 CFR §312.10(b). See ASTM E 1527-05 Appendix X2. The person may be an independent contractor or an employee of the user.

Fill dirt – dirt, soil, sand, or other earth, that is obtained off-site, that is used to fill holes or depressions, create mounds, or otherwise artificially change the grade or elevation of real property. It does not include material that is used in limited quantities for normal landscaping activities.

Good faith – the absence of any intention to seek an unfair advantage or to defraud another party; an honest and sincere intention to fulfill one's obligations in the conduct or transaction concerned.

Hazardous substance – a substance defined as a hazardous substance pursuant to CERCLA 42 U.S.C.§9601(14), as interpreted by EPA regulations and the courts:" (A) any substance designated pursuant to section 1321(b)(2)(A) of Title 33, (B) any element, compound, mixture, solution, or substance designated pursuant to section 9602 of this title, (C) any hazardous waste having the characteristics identified under or listed pursuant to section 3001 of the Resource Conservation and Recovery Act of 1976 (RCRA), as amended, (42 U.S.C. §6921) (but not including any waste the regulation of which under RCRA (42 U.S.C.§§6901 et seq.) has been suspended by Act of Congress), (D) any toxic pollutant listed under section 1317(a) of Title 33, (E) any hazardous air pollutant listed under section 112 of the Clean Air Act (42 U.S.C. §7412), and (F) any imminently hazardous chemical substance or mixture with respect to which the Administrator (of EPA) has taken action pursuant to section 2606 of Title 15. The term does not include petroleum, including crude oil or any fraction thereof which is not otherwise specifically listed or designated as a hazardous substance under subparagraphs (A) through (F) of this paragraph, and the term does not include natural gas, natural gas liquids, liquefied natural gas, or synthetic gas usable for fuel (or mixtures of natural gas and such synthetic gas)." (See ASTM E 1527-05, Appendix X1.)

Hazardous waste – any hazardous waste having the characteristics identified under or listed pursuant to section 3001 of RCRA, as amended, (42 U.S.C. §6921) (but not including any waste the regulation of which under RCRA (42 U.S.C. §§6901-6992k) has been suspended by Act of Congress). RCRA is sometimes also identified as the Solid Waste Disposal Act. RCRA defines a hazardous waste, at 42 U.S.C. §6903, as: "a solid waste, or combination of solid wastes, which because of its quantity, concentration, or physical, chemical, or infectious characteristics may— (A) cause, or significantly contribute to an increase in mortality or an increase in serious irreversible, or incapacitating reversible, illness; or (B) pose a substantial present or potential hazard to human health or the environment when improperly treated, stored, transported, or disposed of, or otherwise managed."

20101181                                    42

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 78

Hazardous waste/contaminated sites – sites on which a release has occurred, or is suspected to have occurred, of any hazardous substance, hazardous waste, or petroleum products, and that release or suspected release has been reported to a government entity.

Historical recognized environmental condition – an environmental condition which in the past would have been considered a recognized environmental condition, but which may or may not be considered a recognized environmental condition currently. The final decision rests with the environmental professional and will be influenced by the current impact of the historical recognized environmental condition on the property. If a past release of any hazardous substances or petroleum products has occurred in connection with the property and has been remediated, with such remediation accepted by the responsible regulatory agency (for example, as evidenced by the issuance of a no further action letter or equivalent), this condition shall be considered an historical recognized environmental condition and included in the findings section of the Phase I Environmental Site Assessment report. The environmental professional shall provide an opinion of the current impact on the property of this historical recognized environmental condition in the opinion section of the report. If this historical recognized environmental condition is determined to be a recognized environmental condition at the time the Phase I Environmental Site Assessment is conducted, the condition shall be identified as such and listed in the conclusions section of the report.

IC/EC registries – databases of institutional controls or engineering controls that may be maintained by a federal, state, or local environmental agency for purposes of tracking sites that may contain residual contamination and AULs. The names for these may vary from program to program and state to state, and include terms such as Declaration of Environmental Use Restriction database (Arizona), list of "deed restrictions" (California), environmental real covenants list (Colorado), brownfields site list (Indiana, Missouri, Pennsylvania).

Innocent landowner defense – (42 U.S.C. §§9601(35) & 9607(b)(3)) – a person may qualify as one of three types of innocent landowners: (i) a person who "did not know and had no reason to know" that contamination existed on the property at the time the purchaser acquired the property; (ii) a government entity which acquired the property by escheat, or through any other involuntary transfer or acquisition, or through the exercise of eminent domain authority by purchase or condemnation; and (iii) a person who "acquired the facility by inheritance or bequest." To qualify for the first type of innocent landowner LLP, such person must have made all appropriate inquiry on or before the date of purchase. Furthermore, the all appropriate inquiry must not have resulted in knowledge of the contamination. If it does, then such person did "know" or "had reason to know" of contamination and would not be eligible for the innocent landowner defense. See ASTM E 1527-05, Appendix X1 for the other necessary requirements that are beyond the scope of this practice.

Institutional controls (IC) – a legal or administrative restriction (for example, "deed restrictions," restrictive covenants, easements, or zoning) on the use of, or access to, a site or facility to (1) reduce or eliminate potential exposure to hazardous substances or petroleum products in the soil or ground water on the property, or (2) to prevent activities that could interfere with the effectiveness of a response action, in order to ensure maintenance of a condition of no significant

20101181                                         43

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 79

risk to public health or the environment. An institutional control is a type of Activity and Use Limitation (AUL).

Interviews – those portions of ASTM E 1527-05 practice that are contained in Section 10 and 11 thereof and address questions to be asked of past and present owners, operators, and occupants of the property and questions to be asked of local government officials.

Key Site Manager – the person identified by the owner or operator of a property as having good knowledge of the uses and physical characteristics of the property. See ASTM E 1527-05, §10.5.1.

Landowner Liability Protections (LLPs) – landowner liability protections under CERCLA; these protections include the bona fide prospective purchaser liability protection, contiguous property owner liability protection, and innocent landowner defense from CERCLA liability. See 42 U.S.C. §§9601(35)(A), 9601(40), 9607(b), 9607(q), 9607(r).

Level of Inquiry is Variable – Not every property will warrant the same level of assessment. Consistent with good commercial or customary practice, the appropriate level of environmental site assessment will be guided by the type of property subject to assessment, the expertise and risk tolerance of the user, and the information developed in the course of the inquiry.

Major occupants – those tenants, subtenants, or other persons or entities each of which uses at least 40 % of the leasable area of the property or any anchor tenant when the property is a shopping center.

Material threat – a physically observable or obvious threat which is reasonably likely to lead to a release that, in the opinion of the environmental professional, is threatening and might result in impact to public health or the environment. An example might include an aboveground storage tank system that contains a hazardous substance and which shows evidence of damage. The damage would represent a material threat if it is deemed serious enough that it may cause or contribute to tank integrity failure with a release of contents to the environment.

Not Exhaustive – All appropriate inquiry does not mean an exhaustive assessment of a clean property. There is a point at which the cost of information obtained or the time required to gather it outweighs the usefulness of the information and, in fact, may be a material detriment to the orderly completion of transactions. One of the purposes of this practice is to identify a balance between the competing goals of limiting the costs and time demands inherent in performing an environmental site assessment and the reduction of uncertainty about unknown conditions resulting from additional information.

Obvious – that which is plain or evident; a condition or fact that could not be ignored or overlooked by a reasonable observer while visually or physically observing the property.

Occupants – those tenants, subtenants, or other persons or entities using the property or a portion of the property.

20101181                                                    44

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 80

<u>Operator</u> – the person responsible for the overall operation of a facility.

<u>Owner</u> – generally the fee owner of record of the property.

<u>Petroleum exclusion</u> – the exclusion from CERCLA liability provided in 42 U.S.C. §9601(14), as interpreted by the courts and EPA: "The term (hazardous substance) does not include petroleum, including crude oil or any fraction thereof which is not otherwise specifically listed or designated as a hazardous substance under subparagraphs (A) through (F) of this paragraph, and the term does not include natural gas, natural gas liquids, liquefied natural gas, or synthetic gas usable for fuel (or mixtures of natural gas and such synthetic gas)."

<u>Petroleum products</u> – those substances included within the meaning of the petroleum exclusion to CERCLA, 42 U.S.C. §9601(14), as interpreted by the courts and EPA, that is: petroleum, including crude oil or any fraction thereof which is not otherwise specifically listed or designated as a hazardous substance under Subparagraphs (A) through (F) of 42 U.S.C. §9601(14), natural gas, natural gas liquids, liquefied natural gas, and synthetic gas usable for fuel (or mixtures of natural gas and such synthetic gas). (The word fraction refers to certain distillates of crude oil, including gasoline, kerosene, diesel oil, jet fuels, and fuel oil, pursuant to Standard Definitions of Petroleum Statistics.[5])

[5] *Standard Definitions of Petroleum Statistics*, American Petroleum Institute, Fourth Edition, 1988.

<u>Practically reviewable</u> – information that is practically reviewable means that the information is provided by the source in a manner and in a form that, upon examination, yields information relevant to the property without the need for extraordinary analysis of irrelevant data. The form of the information shall be such that the user can review the records for a limited geographic area. Records that cannot be feasibly retrieved by reference to the location of the property or a geographic area in which the property is located are not generally practically reviewable. Most databases of public records are practically reviewable if they can be obtained from the source agency by the county, city, zip code, or other geographic area of the facilities listed in the record system. Records that are sorted, filed, organized, or maintained by the source agency only chronologically are not generally practically reviewable. Listings in publicly available records which do not have adequate address information to be located geographically are not generally considered practically reviewable. For large databases with numerous records (such as RCRA hazardous waste generators and registered underground storage tanks), the records are not practically reviewable unless they can be obtained from the source agency in the smaller geographic area of zip codes. Even when information is provided by zip code for some large databases, it is common for an unmanageable number of sites to be identified within a given zip code. In these cases, it is not necessary to review the impact of all of the sites that are likely to be listed in any given zip code because that information would not be practically reviewable. In other words, when so much data is generated that it cannot be feasibly reviewed for its impact on the property, it is not practically reviewable.

20101181                                    45

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 81

<u>Prior Assessment Usage</u> – The ASTM E 1527-05 practice recognizes that environmental site assessments performed in accordance with this practice will include information that subsequent users may want to use to avoid undertaking duplicative assessment procedures. Therefore, this practice describes procedures to be followed to assist users in determining the appropriateness of using information in environmental site assessments performed more than one year prior to the date of acquisition of the property or (for transactions not involving an acquisition) the date of the intended transaction. The system of prior assessment usage is based on the following principles that should be adhered to in addition to the specific procedures set forth elsewhere in the ASTM E 1527-05 practice.

<u>Property</u> – the real property that is the subject of the environmental site assessment described in the ASTM E 1527-05 practice. Real property includes buildings and other fixtures and improvements located on the property and affixed to the land.

<u>Publicly available</u> – information that is publicly available means that the source of the information allows access to the information by anyone upon request.

<u>Reasonably Ascertainable/Standard Sources</u> – availability of record information varies from information source to information source, including governmental jurisdictions.  The user or environmental professional is not obligated to identify, obtain, or review every possible record that might exist with respect to a property.  Instead, this practice identifies record information that shall be reviewed from standard sources, and the user or environmental professional is required to review only record information that is reasonably ascertainable to those standard sources.  Record information that is reasonable ascertainable means (1) information that is publicly available, (2) information that is obtainable from its source within reasonable time and cost constraints, and (3) information that is practically reviewable.

<u>Reasonable time and cost</u> – information that is obtainable within reasonable time and cost constraints means that the information will be provided by the source within 20 calendar days of receiving a written, telephone, or in-person request at no more than an nominal cost intended to cover the source's cost of retrieving and duplicating the information.  Information that can only be reviewed by a visit to the source is reasonably ascertainable if the visit is permitted by the source within 20 days of request.

<u>Recognized environmental conditions</u> – the presence or likely presence of any hazardous substances or petroleum products on a property under conditions that indicate an existing release, a past release, or a material threat of a release of any hazardous substances or petroleum products into structures on the property or into the ground, ground water, or surface water of the property. The term includes hazardous substances or petroleum products even under conditions in compliance with laws. The term is not intended to include de minimis conditions that generally do not present a threat to human health or the environment and that generally would not be the subject of an enforcement action if brought to the attention of appropriate governmental agencies. Conditions determined to be de minimis are not recognized environmental conditions.

20101181                                        46

**Property Solutions** INC.   1270 Winchester Parkway  •  Suite 202  •  Smyrna, Georgia 30080  •  770-434-1997  •  Fax 770-434-1773

Exhibit 3
Page 82

Recorded land title records – records of historical fee ownership, which may include leases, land contracts, and AULs on or of the property recorded in the place where land title records are, by law or custom, recorded for the local jurisdiction in which the property is located. (Often such records are kept by a municipal or county recorder or clerk.) Such records may be obtained from title companies or directly from the local government agency. Information about the title to the property that is recorded in a U.S. district court or any place other than where land title records are, by law or custom, recorded for the local jurisdiction in which the property is located, are not considered part of recorded land title records. See ASTM E 1527-05 §8.3.4.4.

Relevant experience (as used in the definition of  environmental professional) – participation in the performance of all appropriate inquiries investigations, environmental site  assessments, or other site investigations that may include environmental analyses, investigations, and remediation which involve the understanding of surface and subsurface environmental conditions and the processes used to evaluate these conditions and for which professional judgment was used to develop opinions regarding conditions indicative of releases or threatened releases (see 40 CFR §312.1(c)) to the subject property.

Rules of Engagement – The contractual and legal obligations between an environmental professional and a user (and other parties, if any) are outside the scope of this practice. No specific legal relationship between the environmental professional and the user is necessary for the user to meet the requirements of this practice.

Uncertainty Not Eliminated – No environmental site assessment can wholly eliminate uncertainty regarding the potential for recognized environmental conditions in connection with a property. Performance of this practice is intended to reduce, but not eliminate, uncertainty regarding the potential for recognized environmental conditions in connection with a property, and this practice recognizes reasonable limits of time and cost.

Use of Prior Information – Subject to the requirements set forth in ASTM E 1527-05, Section 4.6, users and environmental professionals may use information in prior environmental site assessments provided such information was generated as a result of procedures that meet or exceed the requirements of this practice. However, such information shall not be used without current investigation of conditions likely to affect recognized environmental conditions in connection with the property. Additional tasks may be necessary to document conditions that may have changed materially since the prior environmental site assessment was conducted.

User – the party seeking to use Practice E 1527 to complete an environmental site assessment of the property. A user may include, without limitation, a potential purchaser of property, a potential tenant of property, an owner of property, a lender, or a property manager. The user has specific obligations for completing a successful application of this practice as outlined in ASTM E 1527-05, Section 6.

Visually and/or physically observed – during a site visit pursuant to this practice, this term means observations made by vision while walking through a property and the structures located on it and observations made by the sense of smell, particularly observations of noxious or foul odors.

20101181                                                47

The term "walking through" is not meant to imply that disabled persons who cannot physically walk may not conduct a site visit; they may do so by the means at their disposal for moving through the property and the structures located on it.

## 8.3     Acronyms

*ACM* – asbestos-containing material
*AST* – aboveground storage tank
*ASTM* – American Society for Testing and Materials
*AUL* – Activity and Use Limitations
*bgs* – below ground surface
*CERCLA* – Comprehensive Environmental Response, Compensation and Liability Act of 1980 (as amended, 42 USC § 9601 et seq.)
*CERCLIS* – Comprehensive Environmental Response, Compensation and Liability Information System (maintained by EPA)
*CFR* – Code of Federal Regulations
*CORRACTS* – Facilities subject to Corrective Action under RCRA
*EA* – Environmental assessment
*ECRA* – Environmental Cleanup Responsibility Act
*EDR* – Environmental Data Resources, Inc.
*EPA* – United States Environmental Protection Agency
*EPCRA* – Emergency Planning and Community Right to Know Act ((also known as SARA Title III), 42 USC § 11001 et seq.)
*ERNS* – Emergency Response Notification System
*ESA* – Environmental Site Assessment (different than an *environmental compliance audit*, 3.2.27)
*FOIA* – U.S. Freedom of Information Act (5 U.S.C. §552 as amended by Public Law No. 104-231, 110 Stat.)
*FR* – Federal Register
*HREC* – Historical recognized environmental condition
*ICs* – Institutional Controls
*ISRA* – Industrial Site Recovery Act
*LBP* – Lead-based paint
*LLP* – Landowner Liability Protections under the *Brownfields Amendments*
*LRST* – Leaking registered storage tank
*LUST* – Leaking underground storage tank
*MSDS* – Material safety data sheet
*NCP* – National Contingency Plan
*NFRAP* – former CERCLIS sites where no further remedial action is planned under CERCLA
*NPDES* – National Pollutant Discharge Elimination System
*NPL* – National Priorities List
*NVLAP* – National Voluntary Laboratory Accreditation Program
*OSHA* – Occupational Safety and Health Administration
*PACM* – Presumed asbestos-containing material
*PCBs* – Polychlorinated biphenyls

20101181                                            48

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 84

*PLM* – Polarized light microscopy
*PRP* – Potentially responsible party (pursuant to CERCLA 42 USC § 9607(a))
*RCRA* – Resource Conservation and Recovery Act (as amended, 42 USC § 6901 et seq.)
*RCRIS* – Resource Conservation and Recovery Act Information System
*REC* – Recognized environmental condition
*ROC* – Record of communication
*RST* – Registered storage tank
*SACM* – Suspect asbestos-containing material
*SARA* – Superfund Amendments and Reauthorization Act of 1986 (amendment to CERCLA)
*SIC* – Standard Industrial Classification
*TEM* – Transmission electron microscopy
*TSDF* – Hazardous waste treatment, storage or disposal facility
*USC* – United States Code
*USEPA* –United States Environmental Protection Agency
*USGS* – United States Geological Survey
*UST* – Underground storage tank

## 8.4     Purpose

The purpose of a Phase I Environmental Assessment is to evaluate issues that may have an impact on the subject property.  The purpose of the ASTM E 1527-05 practice is to define good commercial and customary practice in the United States of America for conducting an environmental site assessment of a parcel of commercial real estate with respect to the range of contaminants within the scope of Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) (42 U.S.C. §9601) and petroleum products.  As such, the practice is intended to permit a User to satisfy one of the requirements to qualify for the innocent landowner, contiguous property owner, or bona fide prospective purchaser limitations on CERCLA liability (hereinafter, the "landowner liability protections," or "LLPs"): that is, the practice that constitutes "all appropriate inquiry into the previous ownership and uses of the property consistent with good commercial or customary practice" as defined at 42 U.S.C. §9601(35)(B).   The goal of this process is to identify the presence or likely presence of hazardous substances or petroleum products on the property and identify conditions that indicate an existing release, a past release, or a material threat of a release of hazardous substances or petroleum products into structures on the subject property or into the ground, groundwater, or surface of the subject property. The purpose of this report is not intended to include de minimis conditions that generally do not present a material risk of harm to public health or the environment and that generally would not be the subject of an enforcement action if brought to the attention of appropriate governmental agencies. This report is also not intended to serve as a compliance assessment of the subject property or to identify health and safety issues or procedures.  The ASTM E 1527-05 DOES NOT address whether requirements in addition to all appropriate inquiry have been met in order to qualify for the LLPs (for example, the duties specified in 42 U.S.C. §9601(b)(3)(a) and (b) and cited in Appendix X1 of the ASTM Standard, including the continuing obligation not to impede the integrity and effectiveness of activity and use limitations (AULs), or the duty to take reasonable steps to prevent releases, or the duty to comply with legally required release reporting obligations).

20101181                                    49

**Property Solutions** INC.   1270 Winchester Parkway  •  Suite 202  •  Smyrna, Georgia 30080  •  770-434-1997  •  Fax 770-434-1773

Exhibit 3
Page 85

The ASTM E 1527-05 practice DOES NOT address requirements of any state or local laws or of any federal laws other than the all appropriate inquiry provision of the LLPs. Per the ASTM Standard, Users are cautioned that federal, state, and local laws may impose environmental assessment obligations that are beyond the scope of this practice. Users should also be aware that there are likely to be other legal obligations with regard to hazardous substances or petroleum products discovered on the property that are not addressed in the ASTM practice and that may pose risks of civil and/or criminal sanctions for non-compliance.

## 8.5   Significant Assumptions

The following assumptions are made by Property Solutions in this report. Property Solutions relied on information derived from secondary sources including governmental agencies, the Client (User), designated representatives of the Client (User), Rocky Talavera, property owner, property owner representatives, computer databases, and personal interviews. Except as set forth in this report, Property Solutions has made no independent investigation as to the accuracy and completeness of the information derived from secondary sources including government agencies, the Client, designated representatives of the Client, Rocky Talavera, property owner, property owner representatives, computer databases, or personal interviews and has assumed that such information is accurate and complete. Property Solutions assumes information provided by or obtained from governmental agencies including information obtained from government websites is accurate and complete. Groundwater flow and depth to groundwater, unless otherwise specified by on-property well data, are assumed based on contours depicted on the United States Geological Survey topographic maps. Property Solutions assumes the property has been correctly and accurately identified by the Client (User), designated representative of the Client (User), Rocky Talavera, property owner, and property owner's representatives. Property Solutions assumes that the Client (User), Client representatives, Client Legal Counsel, designated representatives of the Client, Key Site Manager, Rocky Talavera, property owner, property owner representatives, and property brokers, used good faith in answering questions and in obtaining information for the subject property as defined in 10.8 of the ASTM E 1527-05 practice. This would also include obtaining those helpful documents from previous owners, operators, tenants, brokers, financial institutions etc. Property Solutions also assumes the Client will designate appropriate and knowledgeable people for performance of the Phase I Environmental Assessment including Key Site Managers.

## 8.6   Special Terms and Conditions

This Phase I Environmental Assessment was prepared in accordance with the stated and agreed upon Scope of Work. In order to perform a comprehensive environmental evaluation, subsurface investigation and testing would be required to definitively evaluate whether contamination has affected the subject property. Therefore, the findings and conclusions presented herein are based solely on the scope of work previously described and information gathered. No environmental assessment can wholly eliminate uncertainty regarding the potential for recognized environmental conditions in connection with a property. Performance of the ASTM practice is intended to reduce, but not eliminate, uncertainty regarding the potential for recognized

20101181                                    50

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 86

environmental conditions in connection with a property, and the ASTM practice recognizes reasonable limits of time and cost. Limitations to the assessment also include weather conditions, vegetation cover, parked cars, trucks, dumpsters, and anything limiting visual observation of or physical access to the subject property and neighboring properties. Vapor intrusion is not included in this scope of services and is considered an ASTM Non-scope consideration. This report and scope is not an environmental compliance audit.

Subject to Section 4.8 of the ASTM E 1527-05 Standard, an environmental site assessment meeting or exceeding the practice and completed less than 180 days prior to the date of acquisition of the property or (for transactions not involving an acquisition) the date of the intended transaction is presumed to be valid. If within this period the assessment will be used by a different user than the user (Client) for whom the assessment was originally prepared, the subsequent user (if authorized to rely on the report as identified in Section 1.5 Reliance of this report) must also satisfy the User's Responsibilities in Section 6 of the ASTM E 1527-05 standard. If this assessment is over 180 days old it is not valid and a new assessment should be performed per the ASTM standard.

This report was specifically and only prepared for the identified specific Client (user) and for their specific purpose; no other person or entity for any other purpose may use, or rely on this report or its contents unless specifically authorized in writing by Property Solutions Inc. Subsequent consultants and subsequent Users may not rely on this report or information included in this report. Property Solutions Inc. will not be held liable in any way for any and all unauthorized use of this report both currently and in the future. Consultants and subsequent Users must specifically and separately verify all information and not rely on the facts, findings, conclusions, and opinions of this report. Future use of this report by consultants or subsequent Users is strictly prohibited and not authorized to evaluate the appropriateness of using this information in environmental site assessments performed in the future by anyone other than Property Solutions Inc. Subsequent consultants and subsequent Users may not include this report or information included in this report (unless publicly available) without the written authorization of Property Solutions Inc.

No other special terms and conditions are applicable to this Phase I Environmental Assessment.

**Property Solutions** INC.   1270 Winchester Parkway • Suite 202 • Smyrna, Georgia 30080 • 770-434-1997 • Fax 770-434-1773

Exhibit 3
Page 87

# ATTACHMENT I PROFESSIONAL QUALIFICATIONS

Exhibit 3
Page 88

# J SCOTT BOZE, PG
**Regional Manager**

| | |
|---|---|
| **EDUCATION** | B.S. Geology, August 1969 |
| | University of Georgia |
| | Athens, Georgia |
| **ACCREDITATIONS** | |
| | Professional Geologist, Georgia No. 940, Florida No 1914; |
| | 40 Hour OSHA Hazardous Materials Training; |
| | Conducting Environmental Evaluations: Assessments and Audits; |
| | Management of Underground Storage Tanks; NationsBank, Environmental Site Assessment Certification Program; |
| | Asbestos in Buildings - Inspection and Assessment, and Management Planner; |
| | Storm Water Management for Construction Sites; Mold Assessment and Remediation in Buildings; The Princeton Course - Groundwater Pollution and Hydrology; |
| | Georgia Environmental Law |

## SUMMARY OF QUALIFICATIONS

Mr. Boze has over thirty years of advanced education, training, and experience in environmental site assessments, underground storage tank assessment and management, soil and water remediation, and land reclamation and mine permitting. Mr. Boze has performed and supervised numerous Phase I and 2 site assessments throughout the Southeastern United States as well as being responsible for the design and project management of remediation projects related to these site assessments. In addition, he has extensive experience in removal of underground storage tanks including preparation of contamination assessment reports and corrective action plans for contaminated underground storage tank sites. He is experienced in a broad spectrum of remediation methods including soil venting, bio-remediation, incineration and soil recycling. He has performed statistical analysis of Appendix I and II, ground water monitoring at various solid waste facilities and has also performed hazardous site investigations. Mr. Boze has been successful in removing a site from the Georgia Hazardous Site Inventory, under the Georgia Hazardous Site Response Act.

## REPRESENTATIVE PROJECT EXPERIENCE

*Phase I ESA's - Nationwide*

These projects typically include conducting on-site evaluations for the presence or absence of environmental concerns, conducting appropriate records research, and researching the history of the subject property. Property types that are typically evaluated range from undeveloped land to manufacturing facilities. The largest property evaluated by Mr. Boze, based on square footage, was a 350,000 square foot manufacturing facility in Charlotte, North Carolina area. The largest property evaluated by Mr. Boze, based on acreage, was a 600 acre undeveloped site in north Georgia

*Phase II ESA's - Nationwide*

These projects typically include conducting on-site subsurface evaluations to determine the presence or absence of soil and/or ground water contamination. Subsurface evaluations are accomplished by placing soil borings in appropriate areas of concern and collecting soil samples from the soil borings. Many times, the borings are converted to temporary ground water monitoring wells and samples of ground water are then collected. Samples are appropriately packaged for shipment to the laboratory, and analyzed for analytes of concern. Typically, this type of project is conducted on properties in close proximity to leaking underground storage tank sites, or at sites that may contain or be close to dry cleaning establishments or other businesses of potential environmental concern.

*Phase III ESA's – Southeastern United States*

These projects have typically included overseeing and/or conducting various remedial activities at contaminated sites. Remedial activities may include excavating and removing contaminated soil, implementing various on-site and/or ground water remediation systems, and ultimately bringing the site back to it's original condition. The largest project of this type in which Mr. Boze took part was the remediation of an emergency generator site in a small town in central Georgia. This small town utilized a large diesel fuel fired generator to supply auxiliary power when needed; a severe leak in the fuel line to the generator went undetected for an undetermined amount of time and ultimately, the site became greatly contaminated with diesel fuel and other petroleum products. Over 3,000 cubic yards of soil were removed from the site for thermal treatment, and the town spent over $300,000 in reclaiming the site.

Exhibit 3
Page 89

# KEVIN J. BILLINGS, P.E.
## SENIOR VICE PRESIDENT

**EDUCATION**     Bachelor of Electrical Engineering
                  Villanova University
                  Villanova, Pennsylvania

**ACCREDITATIONS**   Professional Engineer – PA **ENVIRONMENTAL**
                     EPA Accredited AHERA Asbestos Inspector & Management Planner
                     40-hour Health & Safety Training
                     8-hour Supervisor Training
                     Air & Waste Management Association

**HUD MAP TRAINING**  Baltimore
                      Philadelphia
                      New York

**SUMMARY OF QUALIFICATIONS**

Mr. Billings background includes execution of environmental evaluations involving:  Historic research of site usage, potential contamination identification, formulation of sampling and analysis plans, interpretation of analytical results, soil gas surveys, documentation through technical report writing; Resource Conservation and Recovery Act (RCRA) waste characterization; Industrial Waste management Audits; Toxic Substances Control Act (TSCA) Compliance Audits Recyclable Materials Research.  Mr. Billings has completed 40-hour OSHA training and has performed infield testing on numerous occasions.

Mr. Billings has overseen and performed Hundreds of Phase I Environmental Assessments for HUD as well as HUD MAP Phase I Environmental Assessments.

Mr. Billings has also been involved with NEPA studies including Environmental Impact statements, Environmental Assessments, and Categorical Exclusions.

Mr. Billings has been specifically involved in performing HUD MAP Environmental Assessments in Arkansas, Illinois, New York, Indiana, Ohio, Colorado, Kentucky, Massachusetts, New Jersey, Maryland, South Carolina, Washington, Texas, California, Idaho, Oregon, and Rhode Island and overseen others.

Mr. Billings technically reviewed and developed the Environmental Scope of services and guide for Federal Home Loan Bank of Boston which follows the HUD MAP scope but has specific requirements for each of the New England states.

In addition to the Phase I Environmental Assessments for HUD, Mr. Billings has performed and overseen thousands of assessments for Fannie Mae and Freddie Mac.

Mr. Billings has also performed and overseen well over 10,000 Phase I Environmental Assessments in the last 10 years in all 50 states.

Mr. Billings has also performed Phase II Subsurface Investigations for HUD and asbestos consulting.

The below information relates to Mr. Billings' large Superfund scale remediation and investigation experience:

**REPRESENTATIVE PROJECT EXPERIERNCE**

***Front Royal, VA- NPL Site***
Performed a review and evaluation of past environmental studies and remedial efforts undertaken at a large-scale industrial facility.  Performed TSCA and site evaluations for bankruptcy court appointed trustee.  Evaluations also included development of cost effective work plans for site remediation and power grid consolidation, saving approximately $276,000 per year in electricity costs.

*Kevin J. Billings, P.E.*
*Page 2*

### Marcus Hook, PA- NPL Site
Assisted in development of a detailed work plan for the removal of friable asbestos materials and developed a detailed work plan addressing PCB concerns on behalf of a client under an EPA administrative order at this site. Developed and implemented sampling and analysis plan for PCB contamination. EPA approved a cost-effective remediation plan encapsulating PCB contamination and foregoing supplementary sampling and analysis.

### Emergency Response - Media, PA
Team leader and project manager representing Media Water Company. A release of heating oil to a creek immediately upgradient of the client's drinking water intake occurred, impacting a population of approximately 45,000. An immediate threat to human health was evident; therefore, a temporary intake line was installed upgradient of the impacted area, mitigating the potential for a local fire disaster.

Combined efforts with the responsible party's cleanup contractor put the water filtration plant on-line within 24 hours.

### CERCLIS - Bensalem, PA
Project Management efforts involving site evaluation and remedial investigation of a one-hundred acre former Publiker Industries site. Investigations included ground penetrating radar surveys, installation of groundwater monitoring wells, advancement of soil borings, surface water and sediment sample collection, data evaluation, risk assessment, hazardous and non-hazardous waste remediation alternatives. The site was a former butadiene production plant that was located adjacent to another CERCLIS site identified as a wood preserving plant.

### CERCLIS - Norristown, PA
Project Management of comprehensive site evaluation of former fiber/paper plant and former tenant that handled hazardous wastes.

### State Superfund - Meadville, PA
Review and evaluation of previous reports and studies concerning the site. Performance of site inspection documenting current site conditions. After acceptance by State regulators, the site was redeveloped as an industrial/office park.

### State Superfund - Paoli, PA
Project management and site construction management of remedial efforts of former research and development facility under order of PADER. Contamination, including hex and trivalent chromium, lead, and arsenic, as well as volatile organic compounds, was remediated.

### Remediation - Carlisle Army Barracks, Carlisle, PA
Provided consulting engineering services for investigation of petroleum contamination related to underground storage tanks located at the barracks; development of corrective action plans, including removal/replacement of the USTs; and soil and groundwater remediation.

### Remediation - Former Industrial Site/Fuel Distribution Center, Philadelphia, PA
Performed review and evaluation of historic site operations dating back to the late 1800s that led to the discovery of a former oil tank farm. Preliminary sampling revealed the presence of contamination. After the development of a sampling and analysis plan, using probabilistic methods of contaminate flow analysis, the type, source and extent of contamination was determined.

# APPENDIX A
# FIGURES

Exhibit 3
Page 92





| US DEPARTMENT OF THE INTERIOR GEOLOGICAL SURVEY 7.5' TOPOGRAPHIC QUADRANGLE | | | |
|---|---|---|---|
| Property Solutions Inc. | SA Recycling - Rancho Cucamonga 8822 Etiwanda Avenue Rancho Cucamonga, CA 91739 | Project No.: 20101181 | |
| Topo Quad Name: Guasti, California | | Property Boundaries are Approximate | |

Subject Property

Exhibit 3
Page 93



| TAX MAP | | |
|---|---|---|
| Property Solutions Inc. | SA Recycling – Rancho Cucamonga<br>8822 Etiwanda<br>Rancho Cucamonga, CA 91739 | Project No.: 20101181 |

Exhibit 3<br>Page 94



WETLAND MAP

| Property Solutions Inc. | SA Recycling – Rancho Cucamonga<br>8822 Etiwanda<br>Rancho Cucamonga, CA 91739 | Project No.: 20101181 | |

Exhibit 3<br>Page 95

# APPENDIX B
# PROPERTY DIAGRAM

Exhibit 3
Page 96



## PROPERTY DIAGRAM

SA Recycling - Rancho Cucamonga
8822 Etiwanda Avenue
Rancho Cucamonga, San Bernardino County, California 91739

Project No.: 20101181

Not to Scale

**Property Solutions Inc.**
Environmental & Engineering Consulting
323 New Albany Road, Moorestown, NJ 08057
Phone: 856-813-3000 & Fax: 856-813-1069

| | |
|---|---|
| Drawn By: MNEH | |
| CAD By: PJA | |
| CAD On: 5/25/2010 | |
| Revised On: MM/DD/YY | |
| File: 20101181 02.dwg | |

NOTE: (1) ALL BOUNDARIES ARE APPROXIMATE.

**LEGEND**
- — · — SUBJECT PROPERTY BOUNDARY
- ┼┼┼ AT&SF RAILROAD TRACKS
- Ⓣ PAD-MOUNTED TRANSFORMER

8821 ETIWANDA AVE (RCRA)

ETIWANDA AVENUE

VACANT RESIDENCE

BERNELL HYDRAULICS
8820 ETIWANDA AVE
(WDS, CHMIRS COUNTY PERMIT)

NATIVE VEGETATION

ACCESS DRIVE

AMERON
12455 ARROW HGWY
(LUST, WMUD, HIST CORTESE)

EQUIPMENT STORAGE AREA

STORMINATOR SYSTEM

SWALE FOR EXCESS STORMWATER

GUARD SHACK

RELIANT / SOUTHERN CALIFORNIA EDISON POWER PLANT
8996 / 9000 ETIWANDA AVE
(RCRA, RESPONSE, ENVIROSTAR, AST, WMUD, HIST UST SWEEPS UST, CORTESE, SAN BERNARDINO COUNTY AND EMI)

MATERIAL HANDLING AREA

SEPTIC SYSTEM

OFFICE

TRUCK SCALE

CHEMICAL STORAGE (REMOVED USTs)

AST

ABANDONED SEPARATION EQUIPMENT

MAINTENANCE BUILDING

ABANDONED MILL

CONTAINER STORAGE

POLLUTANT RECOVERY AREA

NONFERROUS STORAGE

TAMCO
12459 ARROW HGWY
(ENVIROSTAR, NFRAP, LUST, SLIC, VCP, HIST CORTESE)

Exhibit 3
Page 97

# APPENDIX C
# PHOTOGRAPHS

Exhibit 3
Page 98

PHOTO 1.

Entrance drive to SA Recycling



PHOTO 2.

Scale and office building



PHOTO 3.

Looking west at the operations yard from the northeast of the yard



Property Solutions Inc.
Project No.: 20101181

Exhibit 3
Page 99

PHOTO 4.

Looking south from the northeast corner of the operations yard



PHOTO 5.

Looking west at the subject property house



PHOTO 6.

West and south sides of subject house



Property Solutions Inc.
Project No.: 20101181

Exhibit 3
Page 100

PHOTO 7.

Ameron adjoining to the north of the subject property



PHOTO 8.

Burnell Hydraulics adjoining to the east



PHOTO 9.

Bail bonds across Etiwanda to the east



Property Solutions Inc.
Project No.: 20101181

Exhibit 3
Page 101

PHOTO 10.

Reliant energy plant adjoining to the south of the subject property



PHOTO 11.

TAMCO adjoining to the west of the subject property



PHOTO 12.

Equipment storage area of yard



PHOTO 13.

Abandoned mill equipment



PHOTO 14.

Abandoned separator equipment



PHOTO 15.

Scrap material stockpile



Property Solutions Inc.
Project No.: 20101181

Exhibit 3
Page 103

PHOTO 16.

ASTs and flammable cabinet in maintenance area, secondary containment for AST and drums shown.



PHOTO 17.

Pollutant recovery area with totes of recovered product shown



PHOTO 18.

Chemical storage at northwest of subject property



 Property Solutions Inc.
Project No.: 20101181

Exhibit 3
Page 104

PHOTO 19.

Drums of new products in maintenance area



PHOTO 20.

Storminator ™ system in eastern portion of the operations yard



PHOTO 21.

Stormwater retention area at southeast of the operations yard



 Property Solutions Inc.
Project No.: 20101181

Exhibit 3
Page 105

PHOTO 22.

Utility-owned transformer outside maintenance building.



PHOTO 23.

Interior finishes in office building.



PHOTO 24.

Sampled plaster in house



Property Solutions Inc.
Project No.: 20101181

Exhibit 3
Page 106

# APPENDIX D
# USER CORRESPONDENCE

Exhibit 3
Page 107



**Property Solutions** INC.

Environmental & Engineering Consulting

## Key Site Manager Questionnaire

Please provide the following information, if available, before the property visit by Property Solutions. The key site manager should be a person with good knowledge of the uses and physical characteristics of the property, such as a property manager, building manager, the chief physical plant supervisor, or maintenance supervisor.

**Complete pages 1 through 3.** If applicable, provide information described in subsequent pages. If additional pages for response are necessary, please attach them to this form.

Please sign your name and print your name and the date below. By signing you state that the information you provided herein is accurate to the best of your knowledge.

| Signature | Date 5/3/2010 | Print Name Rocky Talavera |
|---|---|---|

### Property Information

| Property Name | Property Identification (e.g. Block & Lot or Parcel ID #) |
|---|---|
| SA. RECYCLING  RANCHO CUCAMONGA | #41 |

**Property Street Address**
8822 ETIWANDA AVE RANCHO CUCAMONGA CA 91739

| Property City | Property County | Property State & Zip |
|---|---|---|
| RANCHO CUCAMONGA | SAN BERNARDINO | CA 91739 |

| Property Size (acres) | # Buildings | # Units | # Stories | Square footage (total) |
|---|---|---|---|---|
| 45 a | 2 | | | |

| Foundation | Property Use |
|---|---|
| ☒ Slab-on-grade ☐ Basement | ☐ Commercial  ☐ Residential  ☒ Industrial  ☐ Other (specify) |

Describe renovations & provide dates: completed cement 9-2008. facility 100% paved (CEMENT).

### Key Site Manager Contact Information

| Key Site Manager Name & Title | Company |
|---|---|
| ROCKY TALAVERA | SA RECYCLING RANCHO CUCA. 1994 |

| Address | City | State & Zip |
|---|---|---|
| 8822 ETIWANDA AVE | RANCHO CUCA. | 91739 |

| Phone | Fax |
|---|---|
| 909-899-1767 | 909-899-4595 |

| Cell phone | Email |
|---|---|
| 562-3318339 | rtalavera@sarecycling.com |

### Current Property Owner

| Owner Name & Title | Company |
|---|---|
| | SA Recycling LLC |

| Address | City | State & Zip |
|---|---|---|
| 8822 Etiwanda Ave. | Rancho Cucamonga | Ca. 91739 |

| Date of Acquisition |
|---|
| 7-2008 |

Exhibit 3
Page 108

## 1. UTILITIES

| Utility | Provider | Utility | Provider |
|---|---|---|---|
| Electricity | SCE | Fuel Oil | |
| Natural Gas | | Steam | |
| Sanitary Sewerage | Septic | Solid Waste Removal (include medical waste) | |
| Potable Water | City | | |

If a potable water well and/or septic system is located at property, please complete Sections 5.1.6 and/or 5.1.8.

## 2.1 CURRENT OPERATIONS

Is the property currently used for any of the following operations? *(Check all that apply.)*

☐ Manufacturing operations ☐ Gasoline service station ☐ Automobile repair ☐ Printing facility ☐ Dry cleaning*
☐ Photodevelopment ☐ Junkyard or landfill ☒ Waste treatment, transfer, storage, disposal, processing, or recycling

*If dry cleaning operations currently occur or have occurred at property, please complete Section 5.1.9.

Describe current operations:

Facility open to public as full recycling center (FEEDER YARD)

## 2.2 PAST OPERATIONS & OWNERS

Has the property ever been used for any of the following operations? *(Check all that apply.)*

☐ Manufacturing operations ☐ Gasoline service station ☐ Automobile repair ☐ Printing facility ☐ Dry cleaning*
☐ Photodevelopment ☐ Junkyard or landfill ☒ Waste treatment, transfer, storage, disposal, processing, or recycling

*If dry cleaning operations currently occur or have occurred at property, please complete Section 5.1.9.

Describe property use/operations prior to the construction of buildings currently at the property:

Provide previous property owners, occupants, and/or operators. Attach pages as necessary.

| Company | Owner/ Occupant/ Operator | Dates of occupancy | Operations | Contact name & number |
|---|---|---|---|---|
| SIMSMETAL AMERICA | | 1999-2004 | Shredder operation | |
| Pacific Coast Recycling | | 2004-2008 | Shredder operation | |

## 2.3 NEIGHBORING OPERATIONS

Check any operations which occur, or have occurred in the past, at adjoining properties.

☒ Manufacturing operations ☐ Gasoline service station ☐ Automobile repair ☐ Printing facility ☐ Dry cleaning*
☐ Photodevelopment ☒ Junkyard or landfill ☒ Waste treatment, transfer, storage, disposal, processing, or recycling

## 3. EXISTING DOCUMENTATION

Does the following documentation exist? If yes, please provide copies.

| Yes | No | |
|---|---|---|
| ☐ | ☐ | ESA Reports |
| ☐ | ☐ | Env. Compliance Audit Reports |
| ☒ | ☐ | Environmental Permits |
| ☐ | ☐ | UST/AST registrations |
| ☐ | ☐ | Underground injection permits |
| ☒ | ☐ | MSDS |
| ☐ | ☐ | Hazardous waste generator notices |
| ☐ | ☐ | Geotechnical studies |
| ☐ | ☐ | Risk Assessments |

| Yes | No | |
|---|---|---|
| ☒ | ☐ | Community Right-to-know plan |
| ☒ | ☐ | Safety Plans |
| ☒ | ☐ | SPCC Plans |
| ☒ | ☐ | Emergency prepardness & prevention plans |
| ☐ | ☐ | Hydrogeologic reports |
| ☐ | ☐ | Government correspondence & violations |
| ☐ | ☐ | Recorded AUL |
| ☐ | ☐ | Environmental Liens |
| ☐ | ☐ | Other |

Exhibit 3
Page 109

## 4. KNOWN ENVIRONMENTAL CONCERNS

| | Yes | No |
|---|---|---|
| Are you aware of any pending, threatened, or past litigation relevant to *hazardous substances* or *petroleum products* in, on, or from the property? | ☐ | ☒ |
| Are you aware of any pending, threatened, or past administrative proceedings relevant to *hazardous substances* or *petroleum products* in, on, or from the property? | ☐ | ☒ |
| Are you aware of any notices from governmental agencies regarding possible violation of environmental laws or possible liability relating to *hazardous substances* or *petroleum products*? | ☐ | ☒ |
| Are you aware of any remediation activities that have occurred at the property or adjacent properties in response to contaminated soil, groundwater, and/or surface water? | ☐ | ☒ |
| Are you aware of any proposed remediations at the property? | ☐ | ☒ |

**If yes to any of the above, describe. Attach pages as necessary.** _____

Are you aware of any of the following currently or previously located at the subject property?
*(Check all that apply. If you answer yes to any of the items, provide the additional information described on the following pages.)*

| | Yes – currently | Yes – previously | No – never | If yes, provide additional information in section below |
|---|---|---|---|---|
| Underground storage tanks: | ☐ | ☐ | ☒ | 5.1.1 |
| Aboveground storage tanks: | ☒ | ☐ | ☐ | 5.1.2 |
| Electrical transformers or capacitors: | ☒ | ☐ | ☐ | 5.1.3 |
| Hydraulic equipment, including elevators, dock levelers, lifts, compactors, & balers: | ☐ | ☐ | ☒ | 5.1.3 |
| Chemical storage (greater than 5 gallons): | ☒ | ☐ | ☐ | 5.1.4 |
| Hazardous wastes, including used oil: | ☒ | ☐ | ☐ | 5.1.5 |
| Wells, including potable water wells, monitoring wells, test wells: | ☐ | ☐ | ☒ | 5.1.6 |
| Sumps: | ☐ | ☐ | ☒ | 5.1.6 |
| Pits: | ☒ | ☐ | ☐ | 5.1.6 |
| Floor drains: | ☐ | ☐ | ☒ | 5.1.6 |
| Surface water bodies, stormwater discharge, and/or wetlands: | ☒ | ☐ | ☐ | 5.1.7 |
| Lagoons: | ☒ | ☐ | ☐ | 5.1.8 |
| Septic systems: | ☒ | ☐ | ☐ | 5.1.8 |
| Oil water separators: | ☐ | ☐ | ☒ | 5.1.8 |
| Dry cleaners: | ☐ | ☐ | ☒ | 5.1.9 |
| Asbestos: | ☐ | ☐ | ☒ | 5.2.1 |
| Radon studies/mitigation systems: | ☐ | ☐ | ☒ | 5.2.2 |
| Lead: | ☐ | ☐ | ☒ | 5.2.3 |
| Air emissions, including emergency generators, fume hoods, & spray paint booths: | ☐ | ☐ | ☒ | 5.2.4 |
| Mold growth and/or water intrusion: | ☐ | ☐ | ☒ | 5.2.5 |

**If you have answered No to all of the above, you are finished with the Questionnaire.**

## 5.  ADDITIONAL INFORMATION

### Underground Storage Tanks (USTs)

If USTs are/were located at the property (including closed or removed USTs), complete the following tables:

| UST No. | Capacity (gallons) | Contents | Material of Construction | Install Date | LD? (Y/N) | CP? (Y/N) | S/O? (Y/N) | DLIT |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |

LD: Leak detection, CP: Corrosion Protection, S/O: Spill/Overflow Protection, DLIT: Date of last integrity test

| UST No. | Location/Former Location | Use/Former Use | Registered? (Y/N) | Permit No. | Status |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Status: ACT – Active, NIU - Not in use, REM – Removed, CIP – Closed in place

Do any underground pipelines traverse the property? Include easements.        Yes ☐    No ☒

Please attach additional UST information and documentation, including tightness test reports, closure reports, registration forms, permits, correspondence (e.g. No Further Action letters), and approvals.

### Aboveground Storage Tanks (ASTs)

If ASTs (include & indicate silos) are/were located at the property, please describe:

| Capacity (gallons) | Contents | Material of Construction | Location | Install Date | Secondary Containment? (Y/N) | Permit # &/or Facility # | Status | Registered? (Y/N) |
|---|---|---|---|---|---|---|---|---|
| 1000g 900 g | Red Dye | Steel | | | Y | | A | Y |
| 1000 | | double wall | | | Y | | A | Y |
| 240 | hydraulic | ~~Steel~~ totes | | | Y | | A | N |
| 240 | oil | ~~steel~~ | | | Y | | A | N |
| | | | | | | | | |
| | | | | | | | | |

Status: ACT – Active, NIU - Not in use, REM – Removed

Please attach any additional AST documentation.

## Electrical & Hydraulic Equipment

| | | |
|---|---|---|
| Are the transformers labeled "Non-PCB" or has the owner verified they are Non-PCB? | Yes ☐ | No ☐ |
| Have any releases of dielectric fluid occurred? | Yes ☐ | No ☐ |
| Are dry-type transformers located at the property? | Yes ☒ | No ☐ |
| Do any high-tension electric transmission lines traverse the property? Include easements. | Yes ☐ | No ☒ |

Number of hydraulic elevators at the property:  0     Number of cable-drawn elevators at property:  0

If applicable, who services the hydraulic elevators?  n/a

Describe any other hydraulic equipment at the property (including trash compactors, lifts, & dock levelers):

_____

If hydraulic elevators are located at property, have any hydraulic fluid releases occurred?    Yes ☐   No ☒

## Chemical Storage

| Chemical | Use | Amount Stored | Type of Container | MSDS present? (Y/N) | Leaks from container? |
|---|---|---|---|---|---|
| HYD-OIL | | drums | | | |
| RED DYE FUEL | | | | | |
| TRANSMISSION | | | | | |
| COOLANT | | | | | |
| | | | | | |
| | | | | | |

Has a significant release of chemicals (greater than 5 gallons) occurred at the property?    Yes ☐   No ☒

Are you aware of any parts cleaners or degreasers located at the property?    Yes ☐   No ☒

Please attach additional chemical storage information/documentation, including information concerning any releases, if applicable.

## Waste Generation

| Waste type/description | Location stored on property | Quantity generated per month | Waste manifest? (Y/N) | Waste handler |
|---|---|---|---|---|
| reuseable oil | north end of | 150 gal. | 250 totes | Alacon |
| reuseable gas | south end of | 150 gal. | " | Sonoma |
| | | | | |
| | | | | |

Please attach additional waste information, including copies of waste manifests for each above types of waste.

## Wells, Sumps, Pits, & Floor Drains

*Wells:* Describe wells present at the property, include quantity, type (monitoring, test, potable water supply, etc.), active/inactive, depths of wells, and locations.

**If water quality tests have been performed on water provided by wells, please attach copy of analytical results.**

*Sumps:* Describe location, whether they are equipped with pumps, and if so, to where the pumps discharge.

*Pits:* Describe pits' construction and whether equipped with sump. Include hydraulic elevator pits and quantity, and to where sump discharges or if it retains all it collects.

*Floor drains:* Indicate locations and to where they discharge.

Is/are grease trap(s) located at the property? If yes, please provide following information. Yes ☐ No ☒

Locations: _____  Construction: _____

Who services them? _____  How often cleaned out? _____

## Surface Water Bodies & Stormwater Discharge

Are stormwater retention or detention basins located at the property?  Yes ☒  No ☐

If yes, are there outflow or overflow structures?  Yes ☒  No ☐

Are there streams and/or ponds at the property?  Yes ☒  No ☐

Are wetlands located at the property?  Yes ☐  No ☒

If yes, where? _____

To where do roof drains/leaders discharge? _____

Does the property have a NPDES permit?  Yes ☐  No ☐

## Lagoons, Septic Systems, & Separators

*Lagoons:* Describe purpose, years of existence, and location:

*Septic system:* If currently or previously located at property, provide following: ☐ Active  ☐ Inactive  ☐ Closed
Type: ☒ Tank  ☐ Leach field  ☐ Spray field  ☐ Cesspool  ☐ Other (specify) _____

Describe location: main drive way entrance is a septic tank

*Separator:* If an oil/water separator is located at the property, provide following:

Location: _____  Discharges to: _____  Tank capacity: _____

Construction: _____  Permit required? _____  Used oil removed by: _____

Exhibit 3
Page 113

## Drycleaners

| | |
|---|---|
| Establishment Name | |
| Establishment Address | |
| Years of Operation | |
| Unit Manufacturer | |
| Unit Model | |
| Model Year | |
| Model Type | |
| Installation Date | |
| Original or Replacement Unit | |
| Air Discharge | ☐ Yes   ☐ No |
| Condensate Discharge | ☐ Yes   ☐ No |
| Condensate Receptor | ☐ Floor drain   ☐ Collection bucket   ☐ Other |
| Solvent Storage | (location and/or internal reservoir) |
| Solvent Supplier | |
| Method of Filling Solvent | ☐ Via pump truck directly   ☐ Poured by hand |
| Solvent Type | |
| Spent Solvent Removal | |
| Secondary Containment | ☐ Yes   Type ___   ☐ No |
| Solvent-resistant floor coating | ☐ Yes   ☐ No |
| Floor Drains or Sumps | ☐ Yes   ☐ No |
| Slab or basement | |
| Cracks or Staining | |
| Filters | ☐ Yes   ☐ No |
| Condensate Atomizer/Mister | ☐ Yes   ☐ No |
| RCRA Identification Number | |

## Material & Waste Handling

| Material | Location | Container Type/ Capacity | Disposal Method | Disposal Company | Manifests/ MSDS | Secondary Containment |
|---|---|---|---|---|---|---|
| Lint | | | | | | |
| Filters | | | | | | |
| Condensate | | | | | | |
| Spent Solvent | | | | | | |
| Off-spec chemicals | | | | | | |
| Fresh solvent | | | N/A | N/A | | |
| Other Chemicals | | | N/A | N/A | | |

Dry cleaning continued on next page.

## 5.1.9 Drycleaning - continued

| | | |
|---|---|---|
| Have secondary containment structures been installed around or beneath each machine or item of equipment in which dry cleaning solvents are used? | Yes ☐ | No ☐ |
| If yes, then indicate when the containment structure(s) was installed: | | |
| Have secondary containment structures been installed around or beneath each area where dry cleaning solvents and / or waste which contains dry cleaning solvents are stored? | Yes ☐ | No ☐ |
| If yes, indicate date when the containment structure(s) was installed: | | |
| Have the floor surfaces of the dry cleaning facility been sealed or otherwise rendered impervious in all areas in which solvents may leak, spill, or otherwise be released? | Yes ☐ | No ☐ |
| If yes, indicate when the floors were sealed: | | |
| Has new equipment with closed-loop technology been installed? | Yes ☐ | No ☐ |
| Has old equipment been retrofitted with closed-loop technology? | Yes ☐ | No ☐ |
| Have floor drains ever been present at the premises? | Yes ☐ | No ☐ |
| Has the facility ever been connected to a septic system? | Yes ☐ | No ☐ |
| Describe any spilling, leaking, seeping, pouring, emitting, emptying, dumping, or mis-application of dry cleaning solvents that has occurred at any time during the operation of the facility prior to this application (attach additional pages if necessary). If none, so state. | | |
| Describe how wastes are disposed of (attach additional pages if necessary). | | |

### Historical Dry Cleaning Operations

| Dry Cleaner Name | Address | RCRA ID Number | Years of Operation |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### 5.2.1 Asbestos-containing materials

Describe asbestos-containing materials (ACMs) at the property, amount, location, & type.

| | | |
|---|---|---|
| Has an asbestos survey been conducted at the property? | Yes ☐ | No ☑ |
| Has an asbestos abatement been conducted at the property? | Yes ☐ | No ☑ |
| Is an ACM Operations & Maintenance Plan in place at the property? | Yes ☐ | No ☑ |

**If yes to the above questions, please attach reports/documentation.**

### 5.2.2 Radon

| | | |
|---|---|---|
| Has a radon study been conducted at the property? **If yes, please provide.** | Yes ☐ | No ☑ |

Describe radon mitigation systems at the property, including type (active/passive) and locations.

### 5.2.3 Lead

| | | |
|---|---|---|
| Are there sources of lead (aside from lead-based paint – discussed below) at the property, such as water or soil contamination? | Yes ☐ | No ☑ |
| Are lead-based paints located at the property? If yes, describe locations. | Yes ☐ | No ☑ |

| | | |
|---|---|---|
| If the property is residential, does HUD own the property or does the owner receive mortgage insurance under a program administered by HUD? | Yes ☐ | No ☐ |
| If the property is residential, does the property (or any of its tenants) receive project-based rental assistance under a HUD program (including Section 8 housing)? | Yes ☐ | No ☐ |
| If yes to the above, is the amount more than $5,000 per year per unit? | Yes ☐ | No ☐ |
| Has a lead-based paint survey and/or abatement been conducted at the property? | Yes ☐ | No ☐ |

**If yes to the above question, please attach lead-based paint survey and/or abatement documentation.**

Exhibit 3
Page 116

### 5.2.4 Air Emissions

Have federal, state, county, or local permits been applied for and/or received for operations conducted at the property for air emissions? If yes, please describe – include permit number, issuing authority, purpose of permit, date of approval or denial, and expiration date.    Yes ☐    No ☐

---

If an emergency generator is located at property, please provide the following information:

| Make/model: | N/A | Kilowatts: | | Fuel: | |
| How often does it run? | | Owner: | | Tank size: | |
| Permits required? | | Location: | | Permit No. & Exp. Date: | |

Is/are there spray paint booth(s) located at the property? If yes, indicate frequency air filters are changed, disposal method, and whether air emissions permits are required.    Yes ☐    No ☐

---

### 5.2.5 Water Intrusion

| | | |
|---|---|---|
| Are you aware of any current water leaks? | Yes ☐ | No ☐ |
| Are you aware of any past water leaks? | Yes ☐ | No ☐ |
| Is/are the building(s) air conditioned? | Yes ☑ | No ☐ |
| Is mold visible in the building(s)? | Yes ☐ | No ☐ |
| Is there a pool or other water features (such as a fountain) in the building(s)? | Yes ☐ | No ☐ |
| Are the bathrooms and dryers (if applicable) vented to the exterior? | Yes ☑ | No ☐ |
| Have there been reports of illness due to air quality, or any indoor air quality or ventilation problems at the property? | Yes ☐ | No ☑ |
| Does property management have a mold response plan? | Yes ☐ | No ☑ |

Please attach water intrusion documentation, including a mold response plan, mold handling plan, or laboratory results from mold samples collected at the property.

Exhibit 3
Page 117

# APPENDIX E
# AERIAL PHOTOGRAPHS

Exhibit 3
Page 118



Subject Property

INQUIRY #: 2756424.4
YEAR: 1938
= 555'

 N

1938 AERIAL PHOTOGRAPH

| Property Solutions Inc. | SA Recycling - Rancho Cucamonga<br>8822 Etiwanda Avenue<br>Rancho Cucamonga, CA 91739 | Project No.: 20101181 |  |
|---|---|---|---|
| Aerial Company & Location: Environmental Data Resources, Milford CT | | Property Boundaries are Approximate | |

Exhibit 3
Page 119



1953 AERIAL PHOTOGRAPH

| | | |
|---|---|---|
| Property Solutions Inc. | SA Recycling - Rancho Cucamonga 8822 Etiwanda Avenue Rancho Cucamonga, CA 91739 | Project No.: 20101181 |
| Aerial Company & Location: Environmental Data Resources, Milford CT | | Property Boundaries are Approximate |

Exhibit 3
Page 120



Subject
Property

INQUIRY #:  2756424.4

YEAR:  1966

⬆ N

= 555'

**1966 AERIAL PHOTOGRAPH**

|  Property Solutions Inc. | SA Recycling - Rancho Cucamonga 8822 Etiwanda Avenue Rancho Cucamonga, CA 91739 | Project No.: 20101181 |  |
|---|---|---|---|
| Aerial Company & Location: Environmental Data Resources, Milford CT | | Property Boundaries are Approximate | |

Exhibit 3
Page 121





INQUIRY #: 2756424.4

YEAR: 1977

|—————| = 666'

**1977 AERIAL PHOTOGRAPH**

| Property Solutions Inc. | SA Recycling - Rancho Cucamonga<br>8822 Etiwanda Avenue<br>Rancho Cucamonga, CA 91739 | Project No.: 20101181 | |
|---|---|---|---|
| Aerial Company & Location: Environmental Data Resources, Milford CT | | Property Boundaries are Approximate | |

Exhibit 3
Page 122





| | | |
|---|---|---|
| **1990 AERIAL PHOTOGRAPH** | | |
| Property Solutions Inc. | SA Recycling - Rancho Cucamonga<br>8822 Etiwanda Avenue<br>Rancho Cucamonga, CA 91739 | Project No.: 20101181 |
| Aerial Company & Location: Environmental Data Resources, Milford CT | | Property Boundaries are Approximate |

Exhibit 3
Page 123





INQUIRY #: 2756424.4

YEAR: 1994

|⎯⎯⎯⎯⎯⎯| = 666'

↑ N

**1994 AERIAL PHOTOGRAPH**

| Property Solutions Inc. | SA Recycling - Rancho Cucamonga<br>8822 Etiwanda Avenue<br>Rancho Cucamonga, CA 91739 | Project No.: 20101181 | |
|---|---|---|---|
| Aerial Company & Location: Environmental Data Resources, Milford CT | | Property Boundaries are Approximate | |

Subject Property

Exhibit 3
Page 124





INQUIRY #: 2756424.4

YEAR: 2002

⬆ N

= 666'

Subject Property

2002 AERIAL PHOTOGRAPH

Property Solutions Inc.

SA Recycling - Rancho Cucamonga
8822 Etiwanda Avenue
Rancho Cucamonga, CA 91739

Project No.: 20101181

Aerial Company & Location: Environmental Data Resources, Milford CT

Property Boundaries are Approximate

Exhibit 3
Page 125




Subject Property

| 2005 AERIAL PHOTOGRAPH | | |
| --- | --- | --- |
| Property Solutions Inc. | SA Recycling - Rancho Cucamonga<br>8822 Etiwanda Avenue<br>Rancho Cucamonga, CA 91739 | Project No.: 20101181 |
| Aerial Company & Location: Environmental Data Resources, Milford CT | | Property Boundaries are Approximate |

Exhibit 3
Page 126





| 2009 AERIAL PHOTOGRAPH | | |
|---|---|---|
| Property Solutions Inc. | SA Recycling - Rancho Cucamonga 8822 Etiwanda Avenue Rancho Cucamonga, CA 91739 | Project No.: 20101181 |
| Aerial Company & Location: TerraServer | | Property Boundaries are Approximate |

Exhibit 3
Page 127

# APPENDIX F
# HISTORIC MAPS

Exhibit 3
Page 128

**Pacific Coast and SA Recycling**

8822 Etiwanda Avenue

Rancho Cucamonga, CA 91739

Inquiry Number: 2756424.3

April 28, 2010

# Certified Sanborn® Map Report



EDR® Environmental Data Resources Inc

440 Wheelers Farms Road
Milford, CT 06461
800.352.0050
www.edrnet.com

Exhibit 3
Page 129

## Certified Sanborn® Map Report

4/28/10

**Site Name:**
Pacific Coast and SA Recycling
8822 Etiwanda Avenue
Rancho Cucamonga, CA 91739

EDR Inquiry #  2756424.3

**Client Name:**
Property Solutions, Inc.
323 New Albany Road
Moorestown, NJ 08057

Contact:  Brian Gallagher



The complete Sanborn Library collection has been searched by EDR, and fire insurance maps covering the target property location provided by Property Solutions, Inc. were identified for the years listed below. The certified Sanborn Library search results in this report can be authenticated by visiting www.edrnet.com/sanborn and entering the certification number. Only Environmental Data Resources Inc. (EDR) is authorized to grant rights for commercial reproduction of maps by Sanborn Library LLC, the copyright holder for the collection.

### *Certified Sanborn Results:*

**Site Name:**        Pacific Coast and SA Recycling
**Address:**          8822 Etiwanda Avenue
**City, State, Zip:** Rancho Cucamonga, CA 91739
**Cross Street:**
**P.O. #**            20101181
**Project:**          20101181
**Certification #**   8CE4-4089-9C93



Sanborn® Library search results
Certification # 8CE4-4089-9C93

## UNMAPPED PROPERTY

This report certifies that the complete holdings of the Sanborn Library, LLC collection have been searched based on client supplied target property information, and fire insurance maps covering the target property were not found.

The Sanborn Library includes more than 1.2 million Sanborn fire insurance maps, which track historical property usage in approximately 12,000 American cities and towns. Collections searched:

✓ Library of Congress

✓ University Publications of America

✓ EDR Private Collection

*The Sanborn Library LLC Since 1866™*

**Limited Permission To Make Copies**

Property Solutions, Inc. (the client) is permitted to make up to THREE photocopies of this Sanborn Map transmittal and each fire insurance map accompanying this report solely for the limited use of its customer. No one other than the client is authorized to make copies. Upon request made directly to an EDR Account Executive, the client may be permitted to make a limited number of additional photocopies. This permission is conditioned upon compliance by the client, its customer and their agents with EDR's copyright policy; a copy of which is available upon request.

**Disclaimer - Copyright and Trademark notice**

This Report contains certain information obtained from a variety of public and other sources reasonably available to Environmental Data Resources, Inc. It cannot be concluded from this Report that coverage information for the target and surrounding properties does not exist from other sources. NO WARRANTY EXPRESSED OR IMPLIED, IS MADE WHATSOEVER IN CONNECTION WITH THIS REPORT. ENVIRONMENTAL DATA RESOURCES, INC. SPECIFICALLY DISCLAIMS THE MAKING OF ANY SUCH WARRANTIES, INCLUDING WITHOUT LIMITATION, MERCHANTABILITY OR FITNESS FOR A PARTICULAR USE OR PURPOSE. ALL RISK IS ASSUMED BY THE USER. IN NO EVENT SHALL ENVIRONMENTAL DATA RESOURCES, INC. BE LIABLE TO ANYONE, WHETHER ARISING OUT OF ERRORS OR OMISSIONS, NEGLIGENCE, ACCIDENT OR ANY OTHER CAUSE, FOR ANY LOSS OF DAMAGE, INCLUDING, WITHOUT LIMITATION, SPECIAL, INCIDENTAL CONSEQUENTIAL, OR EXEMPLARY DAMAGES. ANY LIABILITY ON THE PART OF ENVIRONMENTAL DATA RESOURCES, INC. IS STRICTLY LIMITED TO A REFUND OF THE AMOUNT PAID FOR THIS REPORT. Purchaser accepts this Report "AS IS". Any analyses, estimates, ratings, environmental risk levels or risk codes provided in this Report are provided for illustrative purposes only, and are not intended to provide, nor should they be interpreted as providing any facts regarding, or prediction or forecast of, any environmental risk for any property. Only a Phase I Environmental Site Assessment performed by an environmental professional can provide information regarding the environmental risk for any property. Additionally, the information provided in this Report is not to be construed as legal advice.

Copyright 2010 by Environmental Data Resources, Inc. All rights reserved. Reproduction in any media or format, in whole or in part, of any report or map of Environmental Data Resources, Inc., or its affiliates, is prohibited without prior written permission.

EDR and its logos (including Sanborn and Sanborn Map) are trademarks of Environmental Data Resources, Inc. or its affiliates. All other trademarks used herein are the property of their respective owners.

Exhibit 3
Page 130

2756424 - 3  -  page 2

# APPENDIX G
# PREVIOUS REPORTS
# AND PLANS

Exhibit 3
Page 131






# Phase I Environmental Site Assessment Update Report
**Simsmetal**
**8822 Etiwanda Avenue**
**Rancho Cucamonga, California**

**Prepared for:**

*Pacific Coast Recycling*
*482 Pier T Avenue - Berth 118*
*Long Beach, CA  90802*

*January 17, 2003*

*Project No. 16054*



**HARTCROWSER**
*Delivering smarter solutions*

Exhibit 3
Page 132



# Phase I Environmental
# Site Assessment Update Report
**Simsmetal**
**8822 Etiwanda Avenue**
**Rancho Cucamonga, California**

Prepared for
*Pacific Coast Recycling*
*482 Pier T Avenue - Berth 118*
*Long Beach, California  90802*

*December 30, 2002*

*16054*

Prepared by
**Hart Crowser, Inc.**

**Kevin Roberts, CAC, REA**
Environmental Scientist
REA 1 - 04898

**John Johnsen, REHS**
Senior Associate Scientist
REHS - 5650

Exhibit 3
Page 133



## EXECUTIVE SUMMARY

The results of Hart Crowser's Phase I Environmental Site Assessment (ESA) Update conducted at the Simsmetal property located at 8822 Etiwanda Avenue in Rancho Cucamonga, California (the Site) are presented in this report.

Hart Crowser, Inc. (Hart Crowser) was retained by Pacific Coast Recycling (PCR) to conduct a Phase I Environmental Site Assessment (ESA) Update of the Simsmetal facility located at 8822 Etiwanda Avenue in Rancho Cucamonga, California. This ESA Update relied on historical information contained in Hart Crowser's Phase I/II Environmental Site Assessment and Soil Assessment Report for the Site dated April 1998.

The Simsmetal facility is comprised of two contiguous parcels, encompassing approximately 6.2 acres. The site is currently used for automobile shredding operations, storage, and transportation of scrap metals and related activities. The smaller southern parcel is developed with an office building and truck scales. Most of the heavy machinery used in the Site operations is located on the larger, northern parcel.

Mr. Iverson, Simsmetal Operations Manager, stated that the site use and configuration has remained relatively unchanged over the past 23 years. Three or four years ago, a fire broke out in the shredder fluff pile according to Mr. Iverson. The fire quickly spread to the other parts of the facility. As a result, much of the machinery was replaced except for the two eddy current separators and the shredder. A 24-hour, 7-day per week fire watch was initiated for the Site as a direct result of the fire.

The Site's shredded waste is encapsulated with a combination of KASIL (a potassium silicate solution) and cement. The shredder fines are typically one inch or smaller in size. These are fed into a treatment plant where they are mixed with the KASIL and cement powder from a silo. The encapsulated waste is shipped to Chiquita Landfill daily as "alternative daily cover." Approximately 14 55-gallon drums of KASIL (reportedly non-hazardous) were observed in the treatment plant.

Hart Crowser has completed a Phase I ESA Update at the property located at 8822 Etiwanda Avenue in the city of Rancho Cucamonga, California. Based on our review of historical documentation, personal interviews, environmental and government agency records, and a Site reconnaissance, Hart Crowser identified the following Recognized Environmental Conditions (RECs) associated with the Site:

Exhibit 3
Page 134



- Based on the historical presence of petroleum hydrocarbons and metals in the soils at the Site, the ongoing industrial processes at the Site, and PCR's prospective purchase of the Site, a soil investigation is recommended.

- No documentation was available concerning the disposition of the historical clarifier associated with the former discharges from the Site. A geophysical survey and soil sampling are recommended to locate and confirm proper closure/abandonment of the clarifier.



EXECUTIVE SUMMARY ................................................................................................. I

1.0     INTRODUCTION ................................................................................................. 1

    1.1     PROJECT BACKGROUND .............................................................................. 1
    1.2     PROJECT OBJECTIVE ................................................................................... 1

2.0     SCOPE OF SERVICES .......................................................................................... 2

3.0     SITE DESCRIPTION .............................................................................................. 3

    3.1     LOCATION AND TOPOGRAPHY ................................................................... 3
    3.2     SITE IMPROVEMENTS ................................................................................. 3
    3.3     ENVIRONMENTAL SETTING ......................................................................... 3
    3.4     ADJACENT PROPERTIES .............................................................................. 4

4.0     HISTORY OF SITE USAGE .................................................................................. 4

5.0     SITE RECONNAISSANCE AND FILE REVIEW ................................................ 5

    5.1     FACILITY OPERATIONS ............................................................................... 6
    5.2     WATER SUPPLY .......................................................................................... 6
    5.3     WASTEWATER/STORM WATER ................................................................... 6
    5.4     STORAGE TANKS ........................................................................................ 7
    5.5     SPILL PREVENTION, CONTROL, AND REPORTING ....................................... 8
    5.6     HAZARDOUS MATERIALS AND WASTE MANAGEMENT ............................... 8
    5.7     POLYCHLORINATED BIPHENYLS AND PESTICIDES ...................................... 9
    5.8     PREVIOUS SITE INVESTIGATIONS ............................................................... 9

6.0     RECORDS REVIEW .............................................................................................. 11

    6.1     REGULATORY AGENCY RECORDS REVIEW ................................................. 11
    6.2     ENVIRONMENTAL DATABASE REVIEW ...................................................... 11
            Site ............................................................................................................ 11
            Off-Site ..................................................................................................... 12

7.0     CONCLUSIONS AND RECOMMENDATIONS .................................................... 12

8.0     LIMITATIONS ...................................................................................................... 13

9.0     QUALIFICATIONS ............................................................................................... 14

    9.1     CORPORATE ............................................................................................... 14
    9.2     INDIVIDUAL ............................................................................................... 14

10.0    REFERENCES ....................................................................................................... 14

Exhibit 3
Page 136



Figures -

Figure 1 - Site Map
Figure 2 - Site Plan

**Appendix A - Site Photographs**

**Appendix B - EDR Database Report**

**Appendix C – Documentation**

**Appendix D – Resumes**



## 1.0   INTRODUCTION

### 1.1   *Project Background*

Hart Crowser, Inc. (Hart Crowser) was retained by Pacific Coast Recycling (PCR) to conduct a Phase I Environmental Site Assessment (ESA) Update of the Simsmetal facility located at 8822 Etiwanda Avenue in Rancho Cucamonga, California. Figure 1 shows the vicinity of the Site; Figure 2 shows the site layout. This ESA Update was performed in accordance with our proposal 03-5-2200-052, dated December 6, 2002, and in telephone conversations with Mr. Dale Leuer, Maintenance Manager of PCR. We understand that PCR requests this environmental information on current property conditions and past practices at the Simsmetal property to assist in its assessment of the environmental status of the property for purposes of its potential purchase of the property. This ESA Update relies on historical information contained in Hart Crowser's Phase I/II Environmental Site Assessment and Soil Assessment Report for the Site dated April 1998. A copy of this report has been previously provided to PCR.

The information provided in this report is intended to assist PCR in its evaluation of potential adverse environmental conditions that may be present at the Site.

### 1.2   *Project Objective*

The objective of the ESA Update was to identify "recognized environmental conditions" that may exist on the Site. ASTM Practice E 1527-00, Standard Practice for Environmental Site Assessments: Phase I Environmental Site Assessment Process (the ASTM Practice) defines recognized environmental conditions as "the presence or likely presence of any hazardous substances or petroleum products on a property under conditions that indicate an existing release, a past release, or a material threat of a release of any hazardous substances or petroleum products into structures on the property or into the ground, groundwater, or surface water of the property."

The ESA Update was conducted in general accordance with the tasks as described in ASTM Practice E 1527-00, Standard Practice for Environmental Site Assessments. Since the information from a previous Phase I ESA by Hart Crowser dated April 1998, is being updated in this report, no additional historical research from aerial photographs, topographic maps, or building department files was conducted for this ESA Update.

Exhibit 3
Page 138



## 2.0   SCOPE OF SERVICES

The scope of services conducted for this Phase I ESA Update consisted of the following tasks:

■ *Site Reconnaissance* - A site reconnaissance was conducted by Hart Crowser personnel. Surface conditions and current activities on the Site and adjoining properties were observed. An inventory of potential contaminant sources on and adjacent to the Site was completed on the basis of visual observations.

■ *Interviews* - Interviews were conducted with Simsmetal personnel familiar with current and historical site operations.

■ *Records Review* - During the agency records review, published database information was reviewed from public agencies to assess whether current and past property usage within one mile of the Site may have created a potential for contamination of the subject property. The one mile radius for the records review was based on the ASTM Practice and consisted of the following:

■ Facilities (including the Site) located within a 1/8-mile radius are on the following lists:
■ Emergency response notification system (ERNS);
■ Resource Conservation and Recovery Act (RCRA) registered large generators of hazardous waste (LG GEN); and
■ RCRA registered small generators of hazardous waste (SM GEN).

2. The facilities (including the Site) located within a 0.25-mile radius are on the following lists:

- Registered underground storage tanks (USTs);
- Registered above ground storage tanks (ASTs); and
- RCRA violations and enforcement actions.

3. The facilities (including the Site) located within a 0.50-mile radius of the Site are on the following lists:

- Leaking underground storage tanks (LUST); and
- Solid Waste Landfills (SWLF).
- Comprehensive Environmental Response, Compensation and Liability Information System (CERCLIS);
- RCRA transport, storage and disposal facilities (RCRA TSD); and
- Deed restrictions.



4. The facilities (including the Site) located within a one-mile radius of the Site are on the following lists:

- State equivalent CERCLIS (SCL);
- State and Federal Superfund (SPL and NPL); and
- RCRA corrective action facilities.

■ *Evaluation, Analysis and Reporting* - Information collected during the above activities was evaluated and analyzed. This ESA Update report presents our findings and conclusions.

## 3.0 SITE DESCRIPTION

### 3.1 Location and Topography

The Site is located at 8822 Etiwanda Avenue in Rancho Cucamonga, California (Figure 1). It occupies approximately 6.2 acres of land and is located within the U.S. Geological Survey, 7.5 minute (Topographic) Map Guasti Quadrangle, California. The USGS map shows the Site is located at an elevation of approximately 1,130 feet above mean sea level. The land surface in the vicinity of the Site slopes to the south at approximately 80 feet per mile.

### 3.2 Site Improvements

The Simsmetal facility is comprised of two contiguous parcels, encompassing approximately 6.2 acres (Figure 2). The property is zoned for heavy industrial land use. The site is currently used for automobile shredding operations, storage, and transportation of scrap metals and related activities. Access to the site is by means of an access road connecting the southeastern section of the site to Etiwanda Avenue. The smaller southern parcel is developed with an office building and truck scales. Most of the heavy machinery used in the Site operations is located on the larger, northern parcel.

### 3.3 Environmental Setting

Regional geology is comprised of alluvial material originating in the San Gabriel Mountains and transported by the Santa Ana River (Earth Technics, 1986). The regional topography slopes gently downhill to the south.

The Site is located in the Upper Santa Ana Valley. This area is bordered by the Transverse Ranges (the San Gabriel and San Bernardino Mountains) to the north, the Jurupa Mountain and other Perris Block mountain ranges to the south, the

Exhibit 3
Page 140



San Jacinto Fault zone to the east, and the Chino Fault to the west (DTSC, 1993).

Hart Crowser contacted the California Regional Water Quality Control Board (CRWQCB), Santa Ana Region to obtain regional groundwater information for the vicinity of the Site. Mr. Kamron Saremi (Sanitary Engineering Associate) of the CRWQCB provided depth to groundwater data recorded in 1995. The depth to groundwater in 1995 ranged between 426 and 492 feet below ground surface. Mr. Saremi stated that he is not aware of perched aquifers in the Rancho Cucamonga area. The direction of groundwater flow in this area is to the south. Mr. Saremi stated the site lies within the Chino No. 1 Hydrologic Unit of the Upper Santa Ana Valley. Groundwater in this unit has been designated as having beneficial uses for municipal, agricultural, industrial, and process water (California Regional Water Quality Control Board).

### 3.4  Adjacent Properties

The Site is bounded by a concrete pipe manufacturer to the north (Ameron), a vacant parcel on the east, a railroad corridor and Edison Company generating plant on the south, and TAMCO Steel on the west. Several of these sites were listed on databases in the EDR report. They are discussed in Section 6.0.

## 4.0  HISTORY OF SITE USAGE

Hart Crowser interviewed Simsmetal Operations Manager, Mr. Steve Iverson, for information about the Site. Mr. Iverson also accompanied Hart Crowser personnel during the site reconnaissance, provided Site access, and answered questions, as necessary. Additional historical information of the Site usage was included from the 1998 Hart Crowser ESA report.

The primary usage of the site since construction of the shredder in or about 1973 has been the shredding of automobiles (and appliances since 1990) for production of ferrous metal for use as feedstock for steel mills.

Mr. Iverson stated that the site use and configuration has remained relatively unchanged over the past 23 years. Prior to the start of the shredding operation in 1973, the land was used as a vineyard. Until 1990, the only shredding at the facility was of automobiles. In 1990, Simsmetal began shredding appliances. Three or four years ago, a fire broke out in the shredder fluff pile according to Mr. Iverson. The fire quickly spread to the other parts of the facility. As a result, much of the machinery was replaced except for the two eddy current separators

Exhibit 3
Page 141



and the shredder. A 24-hour, 7-day per week fire watch was initiated for the Site as a direct result of the fire.

In the mid- to late-1970s, the Site was reportedly sold to a facility operated by Clean Steel. The Site was operated using its material (other than ferrous material) for metal recovery. The shredder residue (also called shredder fluff) was sent to Milliken Landfill until 1984. From approximately 1987 through 1997, the residue was sent to BKK Landfill in West Covina. From September 1997 through December 1997, the residue was sent to Copper Mountain Landfill in Yuma Arizona. Since December 1997, the residue reportedly has been sent to Bradley landfill in Sun Valley, California.

From 1987 onward, Simsmetal has treated its shredder residue as part of its in-line processing of metals. At the time of the site reconnaissance, the treated waste is reportedly sent to Chiquita Landfill where it is reportedly classified as "alternative daily cover."

Hart Crowser's aerial photograph interpretation from the 1998 report is included below:

- 1953. Site appears to be row crops. Edison plant is present south of site. Four ASTs and what appear to be four cooling tower installations are present on the Edison property.

- 1959. Site appears to have railroad related business. Two rail spurs serve Project site. Long narrow buildings (E-W orientation) near center of site and stacks of freight/cargo appear. Parking area to NW of site. Adjacent parcels undeveloped.

- 1986. Operations have expanded north and adjacent parcels have industrial-type activity. The east side adjacent parcel is still agricultural. No fluff piles noted.

- 1992. No notable changes, except that east-side adjacent parcel has been converted to industrial use.

## 5.0   SITE RECONNAISSANCE AND FILE REVIEW

Mr. Kevin Roberts, REA, CAC of Hart Crowser conducted a site reconnaissance on December 18, 2002, to identify current site uses and potential sources of



hazardous substances on site and off site. He was accompanied by Mr. Steve Iverson. Site photographs are presented in Appendix A.

## 5.1    Facility Operations

At the time of the Site reconnaissance, approximately 40% of the Site was paved with asphalt or concrete. The remainder of the Site was unpaved or covered with fill (reportedly slag). The area around the shredder was paved with concrete; the area around the office building was paved with asphalt; and the eastern portion of the site was covered with fill (reportedly slag).

The equipment on-site included a shredder, magnetic separator, two eddy current separators, and a series of conveyors to move the scrap between various machines and the separated scrap to stockpiling areas. Reportedly, all solid wastes generated from the Site flow through the shredder and then are conveyed through the separator where the metals are segregated by type. Shredder residue is treated as part of the online shredding process.

Relatively small quantities of treated shredder residue and material reportedly containing nonferrous metal with residue are stored in the northeast portion of the facility prior to further processing or disposal.

## 5.2    Water Supply

Water used at the Simsmetal facility is obtained from the City of Rancho Cucamonga. No wells were observed or reported on the site. A water well and associated water storage tank and tower were reported on the TAMCO property near the southeast corner of the Site. Reportedly, the water well is no longer in use.

## 5.3    Wastewater/Storm Water

The shredder contains a concrete-lined subsurface pit that collects residual liquids from the shredding operation as well as onsite storm water. The former wastewater and storm water collection and discharge process at the Site consisted of liquids entering the shredder pit and passing through a two-compartment clarifier prior to being discharged to a subsurface drain. The drain previously discharged to a channel at the western property boundary. Hart Crowser was unable to locate the former clarifier on the Site during the site reconnaissance. According to Site personnel, the clarifier associated with the former offsite storm water discharge was filled with concrete prior to regrading activities following a fire approximately four years ago. No documentation was

Exhibit 3
Page 143



available concerning the disposition of a former clarifier associated with the
drainage system on the Site.

The current wastewater and storm water collection system reportedly does not
discharge any liquids from the Site. While all wastewater and storm water at the
Site are still directed to the shredder pit, the contents of the pit are pumped to a
concrete-lined impoundment basin adjacent to the shredder where they are
allowed to evaporate. The Site is reportedly a member of the Metal Recyclers
Management Group (MRMG) that conducts a self-administered storm water-
monitoring program. The Santa Ana Regional Water Quality Control Board has
reportedly sampled the contents of the impoundment basin and indicated that
the discharged materials contain acceptable concentrations for onsite
management. Sampling documentation was reportedly on file at Simsmetal
offsite corporate office; therefore, Hart Crowser was unable to review these
documents at the time of the Site reconnaissance.

A septic tank and drain field located on the east side of the office building
receives discharged sanitary wastewater from the office building.

There is a drainage swale south of the railroad tracks, just behind the employee
parking area. This swale runs in an east-west direction. The swale formerly
received runoff from the Site south of the shredder. According to Mr. Iverson,
no liquids are currently discharged to the swale from the Site.

## 5.4  Storage Tanks

One 1,000-gallon diesel aboveground storage tank (AST) and one 500-gallon
diesel AST were located in the maintenance area on the southwestern portion of
the Site. Both of the ASTs contained double walls. No leaks or stains were
observed or reported for the ASTs. One portable 250-gallon hydraulic fluid AST
was also utilized at the site for servicing field equipment.

Three underground storage tanks (USTs) were formerly used at Simsmetal: one
1,000-gallon diesel UST; one 600-gallon gasoline UST; and one 10,000-gallon
diesel UST. All three USTs were previously located on the northern property
line near the northwest corner of the Site. Two USTs were removed in 1989;
the remaining UST was removed in 1994. Mr. Iverson stated that agency
closures were obtained for all three USTs; as subsequently confirmed by San
Bernardino County records (see 1998 report).

Exhibit 3
Page 144



## 5.5 Spill Prevention, Control, and Reporting

Simsmetal personnel indicated no significant spills (greater than five gallons) have occurred at the facility. Additionally, no spills were identified in the agency files reviewed.

## 5.6 Hazardous Materials and Waste Management

Various hazardous materials were stored on a covered concrete pad in the maintenance area on the Site. The area appeared to be well managed with no significant spills or leaks observed or reported. Motor oil was stored on the southwestern portion of the facility in 55-gallon drums. Mr. Iverson stated that only minor maintenance on facility equipment is performed at the Site. Used oil is stored on site prior to off-site recycling. The following types and amounts of hazardous materials were observed inside the maintenance building:

- Three 55-gallon drums of motor oil;

- Two 55-gallon drums of gear oil; and

- One 55-drum of ethylene glycol (antifreeze).

Five 55-gallon drums were also observed along the outside of the maintenance building. They reportedly contained motor oil and hydraulic fluid. No type of secondary containment was observed for the drums. No leaks or spills were observed or reported. Small amounts of spray paints, brake cleaners, and other flammable materials were stored inside a metal cabinet (non-flammable-type storage cabinet) in the maintenance building.

Hazardous wastes were stored in the maintenance building on a concrete pad. The wastes were contained in four 55-gallon drums. Simsmetal facility has a United States Environmental Protection Agency Generator Identification Numbers (USEPA ID Number). Hazardous waste manifests were on file at facility. The hazardous waste transporter of record was Asbury Environmental Services (AES). A copy of a recent hazardous waste manifest is contained in Appendix C.

Shredder waste is encapsulated with a combination of KASIL (a potassium silicate solution) and cement. The shredder fines are typically one inch or smaller in size. These are fed into a treatment plant where they are mixed with the KASIL and cement powder from a silo. The encapsulated waste is shipped to Chiquita Landfill (Class I) daily as "alternative daily cover." Approximately 14

Exhibit 3
Page 145



55-gallon drums of KASIL (reportedly non-hazardous) were observed in the treatment plant.

## 5.7 Polychlorinated Biphenyls and Pesticides

Two pad-mounted electrical transformers were associated with the Site. One was reportedly new and out of service. The second was located adjacent to the maintenance building and was labeled "No PCBs." Hart Crowser observed no evidence of leakage or staining associated with the active transformer.

Reportedly, the Site had been developed as a vineyard prior to 1973. Hart Crowser did not review any documentation nor observe any features at the Site that would indicate the application or use of onsite pesticides.

## 5.8 Previous Site Investigations

*Phase I Environmental Site Assessment and Soil Sampling Report, Ferromet, Inc., 8822 Etiwanda Avenue, Rancho Cucamonga, CA, April 1998,* by Hart Crowser. The results of the Phase I Assessment indicated areas at the Simsmetal facility where past or current activities may have resulted in the release of hazardous substances or petroleum products at the facility. To address these concerns, Hart Crowser implemented a soil sampling program.

Selected soil samples were analyzed for volatile organic compounds (VOCs), total petroleum hydrocarbons (TPH), polychlorinated biphenyls (PCBs), and RCRA metals. Additionally, Hart Crowser collected a sample of transformer fluid from a non-operational transformer located in a storage shed on the northern property line. This sample was analyzed for PCBs. The subsurface investigation completed at the Simsmetal facility yielded the following results:

- None of the samples analyzed contained detectable concentrations of VOCs;
- Two samples at one location contained elevated concentrations of TPH (14,000 and 40,000 mg/kg);
- None of the samples analyzed contained detectable concentrations of PCBs;
- The sample of transformer fluid contained 78% araclor (PCBs); and
- Fourteen samples contained elevated concentrations of metals.

*Santa Ana Regional Water Quality Control Board, General Industrial Activities Storm Water Permit (CAS000001 – General Permit), Storm Water Compliance Facility Inspection Report,* dated September 26, 2001. According to Mr. Scott Miller, Simsmetal, the site was inspected by Ms. Lisa Scola of Tetra Tech under contract to the RWQCB on August 23, 2001. The inspection reviewed the site

Exhibit 3
Page 146



operations, recordkeeping, and training program. The facility conducts storm water monitoring but not sampling. According to Mr. Miller, Simsmetal is a member of the MRMG and is not required to perform regular sampling of storm water. The facility is required to conduct periodic monitoring due to the potential for a 100-year flood event to impact the site. Identified areas of non-compliance in the report included an outdated SWPPP, the surrounding berm on the site was not being maintained, and silicate-containing drums along the northern perimeter did not have any type of secondary containment or overhead cover. Mr. Miller informed Hart Crowser that no violations or any other communication from the RWQCB had been received since the agency inspection of the Site.

*Preacquisition Site Assessment Report, Santa Fe Railroad Line, Second Subdivision Branch.* November 26, 1990 by Converse Environmental West (Converse). Converse conducted a site assessment along sections of the Santa Fe Railroad Line right-of-way for the Los Angeles County Transportation Commission (LACTC). The railroad right-of-way runs in an east-west direction and is located adjacent to the south of the Simsmetal facility. The assessment included record reviews, and sampling of areas indicated by the record reviews as warranting further investigation. The investigation in the area of the Simsmetal facility (designated Site #127) consisted of the placement of two borings to five feet below ground surface adjacent to the south of the Simsmetal facility. Laboratory analysis indicated 870-3,300 parts per million (ppm) total petroleum hydrocarbons and 130 ppm to 780 pm of chromium, lead, and zinc. Converse concluded that further investigation was warranted.

*Phase II Site Characterization Report, Contract No. RA-206, Site #127 Right-of-Way, Etiwanda, California.* December 8, 1992. Bryan A. Stirrat & Associates, Inc. (BSA) was retained by the Los Angeles County Transportation Commission to conduct. One near-surface sample (B4) was collected adjacent to the fence separating the Simsmetal property from the railroad right-of-way. Analytical results from the sample collected from B4 measured 2.118 ppm of polychlorinated biphenyls (PCBs). BSA concluded that the run-off from the Site is apparently contributing to contamination within the railroad right-of-way. The report recommended additional sampling in the area along the property line to delineate the lateral extent of PCB contamination.

*Additional Site Investigation Workplan (Revision 2.0), Site Number PA-SB-C-127, Rancho Cucamonga, California.* The report was dated October 2002 by TRC for The Burlington Northern and Santa Fe Railway Company (BNSF). This workplan outlines the scope of work recommended in the previously discussed *Phase II Site Characterization* report. The report proposes additional borings be drilled along the railroad right-of-way and in a drainage ditch perpendicular to the railroad right-of-way between the properties of Tamco and Simsmetal. Borings are also proposed on the Tamco and Simsmetal properties. The recommended analyses for the samples collected on the Simsmetal site include total petroleum hydrocarbons, Title 22 metals, and PCBs. According to Mr. Miller, TRC

Exhibit 3
Page 147



## 9.0 QUALIFICATIONS

### 9.1 Corporate

Hart Crowser, Inc. was founded in 1974 and, with nine offices nationwide, provides professional services in engineering and sciences applied to the earth and its environment. One of the main areas of practice is Waste Management and Engineering, which involves the application of science and engineering to contamination assessment and cleanup; the management, minimization, treatment, and disposal of hazardous, solid and industrial waste; and regulatory compliance. Phase I ESAs are a part of this practice area and have been conducted by Hart Crowser nationwide.

### 9.2 Individual

The qualifications of the Project Manager and of the other Environmental Professionals involved in this ESA meet the Hart Crowser corporate requirements for performing ESAs. Mr. Kevin Roberts and Dr. Alistaire Callender are Registered Environmental Assessors in the State of California. Resumes of these Environmental Professionals are provided in Appendix E.

## 10.0 REFERENCES

EDR Radius Map with Geocheck, "Simms Metals, 8822 Etiwanda Avenue, Rancho Cucamonga, CA 91739." December 11, 2002.

Bryan A. Stirrat & Associates, Inc., 1992. Phase II Site Characterization Report, Contract No. RA-206, Site #127 Right-of-Way, Etiwanda, California. December 8, 1992.

Converse Environmental West, Inc., 1990. *Preacquisition Site Assessment, Second Subdivision Branch, Los Angeles and San Bernardino counties.* November 26, 1990.

Hart Crowser. *Phase I/II Environmental Site Assessment and Soil Assessment Report, Ferromet, Inc., 8822 Etiwanda Avenue, Rancho Cucamonga, CA.* April 1998.

and Historical Underground Storage Tank database. No environmental
violations or releases were identified for the Site from the database information
in the EDR report.

**Off-Site**

The Etiwanda Generating Station, adjacent to the south of the Site was listed on
the Toxic Pits database. One active pit was listed. Due to the presence of an
active, responsible party (SCE), and downgradient site location (south), this
facility appears to present a limited environmental concern to the Site.

Ameron Steel, adjacent to the north, was listed on the CALSITES and Voluntary
Cleanup Program database. Both databases listed the facility status as No
Further Action; therefore, this site does not appear to present an environmental
concern to the Site.

TAMCO, adjacent to the west, was listed on the SLIC and LUST databases for a
release to the soil. According to information in the EDR report, it appears the
contamination was limited to the soil. The contaminated soil was excavated and
disposed. The status was listed as "case closed;" therefore, this site does not
appear to present an environmental concern to the Site.

No further facilities of significant environmental concern were identified from
the EDR report.

# 7.0   CONCLUSIONS AND RECOMMENDATIONS

Hart Crowser has completed a Phase I ESA Update at the property located at
8822 Etiwanda Avenue in the city of Rancho Cucamonga, California. Based on
our review of historical documentation, personal interviews, environmental and
government agency records, and a Site reconnaissance, Hart Crowser identified
the following Recognized Environmental Conditions (RECs) associated with the
Site:

- Based on the historical presence of petroleum hydrocarbons and metals
  in the soils at the Site, the ongoing industrial processes at the Site, and
  PCR's prospective purchase of the Site, a soil investigation is
  recommended.

- No documentation was available concerning the disposition of the
  historical clarifier associated with the former discharges from the Site. A

Hart Crowser
16054-00  January 17, 2003

Page 12

Exhibit 3
Page 149

geophysical survey and soil sampling are recommended to locate and confirm proper closure/abandonment of the clarifier.

## 8.0    LIMITATIONS

We have performed our services for this project in accordance with our Agreement, and with ASTM Practice E 1527-00 for Phase I ESA investigations; no guarantees are either expressed or implied.

The records search was limited to information available from public sources; this information is changing continually and is frequently incomplete. Unless we have actual knowledge to the contrary, information obtained from interviews or provided to us by EDR has been assumed to be correct and complete. We do not assume any liability for misrepresentation of information by others or for items not visible, accessible, or present on the Site at the time of the site visit.

There is no investigation that is thorough enough to preclude the presence of materials on the Site that presently, or in the future, may be considered hazardous. Because regulatory evaluation criteria are constantly changing, concentrations of contaminants present and considered to be acceptable may, in the future, become subject to different regulatory standards and require remediation. The scope of services performed is that which PCR agreed to in light of its own risk preference and other considerations.

Work for this project was performed, and this report prepared, in accordance with generally accepted professional practices for the nature and conditions of the work completed in the same or similar localities, at the time the work was performed. Opinions and judgments expressed herein, which are based on our understanding and interpretation of current regulatory standards, should not be construed as legal opinions. It is intended for the exclusive use of PCR for specific application to the referenced property. This report is not meant to represent a legal opinion. No other warranty, express or implied, is made. Any reliance on this report by third parties shall be at such party's sole risk.

It should be noted that Hart Crowser relied on verbal information provided by the individuals indicated herein. Hart Crowser can only relay this information and cannot be responsible for its accuracy or completeness. Any questions regarding our work and this report, the presentation of the information, and the interpretation of the data are welcome and should be referred to the project manager.

## 9.0   QUALIFICATIONS

### 9.1   *Corporate*

Hart Crowser, Inc. was founded in 1974 and, with nine offices nationwide, provides professional services in engineering and sciences applied to the earth and its environment.  One of the main areas of practice is Waste Management and Engineering, which involves the application of science and engineering to contamination assessment and cleanup; the management, minimization, treatment, and disposal of hazardous, solid and industrial waste; and regulatory compliance.  Phase I ESAs are a part of this practice area and have been conducted by Hart Crowser nationwide.

### 9.2   *Individual*

The qualifications of the Project Manager and of the other Environmental Professionals involved in this ESA meet the Hart Crowser corporate requirements for performing ESAs.  Mr. Kevin Roberts and Dr. Alistaire Callender are Registered Environmental Assessors in the State of California.  Resumes of these Environmental Professionals are provided in Appendix E.

## 10.0   REFERENCES

EDR Radius Map with Geocheck, "Simms Metals, 8822 Etiwanda Avenue, Rancho Cucamonga, CA 91739."  December 11, 2002.

Bryan A. Stirrat & Associates, Inc., 1992.  Phase II Site Characterization Report, Contract No. RA-206, Site #127 Right-of-Way, Etiwanda, California.  December 8, 1992.

Converse Environmental West, Inc., 1990.  *Preacquisition Site Assessment, Second Subdivision Branch, Los Angeles and San Bernardino counties.*  November 26, 1990.

Hart Crowser.  *Phase I/II Environmental Site Assessment and Soil Assessment Report, Ferromet, Inc., 8822 Etiwanda Avenue, Rancho Cucamonga, CA.*  April 1998.



TRC, 2002. *Additional Site Investigation Workplan (Revision 2.0), Site Number PA-SB-C-127, Rancho Cucamonga, California.* October 2002.

U.S. Geologic Survey. 1967. 7.5 Minute Series (Topographic) Guasti Quadrangle, California, photo revised 1980.

F:\DATA\JOBS\16000s\16054-PCR Fontana & Rancho Cucamonga ESAs\PCR-Rancho Cucamonga ESA\Report\PCR-Rancho Cucamonga ESA.FINAL.doc



Exhibit 3
Page 153

Figures

Exhibit 3
Page 154

**FIGURES**

Hart Crowser
16054-00

Exhibit 3
Page 155

**Site**

BASE MAP FROM SOUTHERN & CENTRAL CALIFORNIA
ATLAS & GAZETTEER
DeLORME MAPPING COMPANY, 1990

N
Not to Scale

| **HARTCROWSER** | PROJECT NAME: PCR - Rancho Cucamonga ESA Update |
| --- | --- |
| | GENERAL SITE VICINITY MAP |
| HC PROJECT NO.: 16054          DATE: December 30, 2002 | FIGURE 1 |

Exhibit 3
Page 156

Appendix A

Exhibit 3
Page 157

**APPENDIX A**
**SITE PHOTOGRAPHS**

Hart Crowser
16054-00



Photograph 1:        View of Site looking west.



Photograph 2:        View of treatment plant on the Site.

Exhibit 3
Page 159

Hart Crowser
16054-00



Photograph 3:        Segregation and storage of scrap metal on Site.



Photograph 4:        Maintenance area and shredder fluff storage on Site.

Exhibit 3
Page 160

Hart Crowser
16054-00



Photograph 5:      Chemical storage at Site.



Photograph 6:      View of shredder fluff and concrete debris at Site.

Exhibit 3
Page 161

Appendix B

Exhibit 3
Page 162

**APPENDIX B**
**EDR DATABASE REPORT**

Hart Crowser
16054-00

Exhibit 3
Page 163



**: Environmental**
**: Data**
**: Resources, Inc.**

# The EDR Radius Map
## with GeoCheck®

**Simms Metals**
**8822 Etiwanda Avenue**
**Rancho Cucamonga, CA  91739**

**Inquiry Number: 896349.1s**

**December 11, 2002**

## *The* Source
## For Environmental
## Risk Management
## Data

3530 Post Road
Southport, Connecticut 06890

**Nationwide Customer Service**

Telephone: 1-800-352-0050
Fax:            1-800-231-6802
Internet:      www.edrnet.com

FORM-XLB

Exhibit 3
Page 164

# TABLE OF CONTENTS

| SECTION | PAGE |
|---|---|
| Executive Summary | ES1 |
| Overview Map | 2 |
| Detail Map | 3 |
| Map Findings Summary | 4 |
| Map Findings | 6 |
| Orphan Summary | 54 |
| EPA Waste Codes | EPA-1 |
| Government Records Searched/Data Currency Tracking | GR-1 |

## GEOCHECK ADDENDUM

| | |
|---|---|
| Physical Setting Source Addendum | A-1 |
| Physical Setting Source Summary | A-2 |
| Physical Setting Source Map | A-6 |
| Physical Setting Source Map Findings | A-7 |
| Physical Setting Source Records Searched | A-10 |

*Thank you for your business.*
Please contact EDR at 1-800-352-0050
with any questions or comments.

**Disclaimer**
**Copyright and Trademark Notice**

This report contains information obtained from a variety of public and other sources. NO WARRANTY EXPRESSED OR IMPLIED, IS MADE WHATSOEVER IN CONNECTION WITH THIS REPORT. ENVIRONMENTAL DATA RESOURCES INC. SPECIFICALLY DISCLAIMS THE MAKING OF ANY SUCH WARRANTIES, INCLUDING WITHOUT LIMITATION, MERCHANTABILITY OR FITNESS FOR A PARTICULAR USE OR PURPOSE. ALL RISK IS ASSUMED BY THE USER. IN NO EVENT SHALL EDR BE LIABLE TO ANYONE, WHETHER ARISING OUT OF ERRORS OR OMISSIONS, NEGLIGENCE, ACCIDENT OR ANY OTHER CAUSE, FOR ANY LOSS OR DAMAGE, INCLUDING, WITHOUT LIMITATION, SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES.

Entire contents copyright 2001 by Environmental Data Resources, Inc. All rights reserved. Reproduction in any media or format, in whole or in part, of any report or map of Environmental Data Resources, Inc., or its affiliates, is prohibited without prior written permission.

EDR and the edr logos are trademarks of Environmental Data Resources, Inc. or its affiliates. All other trademarks used herein are the property of their respective owners.

# EXECUTIVE SUMMARY

A search of available environmental records was conducted by Environmental Data Resources, Inc. (EDR). The report meets the government records search requirements of ASTM Standard Practice for Environmental Site Assessments, E 1527-00. Search distances are per ASTM standard or custom distances requested by the user.

## TARGET PROPERTY INFORMATION

### ADDRESS

8822 ETIWANDA AVENUE
RANCHO CUCAMONGA, CA 91739

### COORDINATES

| | |
|---|---|
| Latitude (North): | 34.092700 - 34° 5' 33.7" |
| Longitude (West): | 117.523800 - 117° 31' 25.7" |
| Universal Tranverse Mercator: | Zone 11 |
| UTM X (Meters): | 451679.5 |
| UTM Y (Meters): | 3772363.5 |

## USGS TOPOGRAPHIC MAP ASSOCIATED WITH TARGET PROPERTY

| | |
|---|---|
| Target Property: | 2434117-A5 GUASTI, CA |
| Source: | USGS 7.5 min quad index |

## TARGET PROPERTY SEARCH RESULTS

The target property was identified in the following government records. For more information on this property see page 6 of the attached EDR Radius Map report:

| Site | Database(s) | EPA ID |
|---|---|---|
| SMISMETAL AMERICA/ETIWANDA DIVISION<br>8822 ETIWANDA AVE<br>ETIWANDA, CA  91739 | HAZNET | N/A |
| FERROMET INC<br>8822 ETIWANDA AVE<br>RANCHO CUCAMONGA, CA  90000 | HAZNET | N/A |
| SIMSMETAL AMERICA<br>8822 ETIWANDA AVE<br>ETIWANDA, CA  91739 | RCRIS-SQG<br>FINDS<br>AST<br>HIST UST | CAD981368228 |
| SIMSMETAL AMERICA<br>8822 ETIWANDA AVE<br>RANCHO CUCAMONGA, CA  91739 | San Bern. Co. Permit | N/A |

# EXECUTIVE SUMMARY

## DATABASES WITH NO MAPPED SITES

No mapped sites were found in EDR's search of available ( "reasonably ascertainable ") government records either on the target property or within the ASTM E 1527-00 search radius around the target property for the following databases:

### FEDERAL ASTM STANDARD

| | |
|---|---|
| NPL | National Priority List |
| Proposed NPL | Proposed National Priority List Sites |
| CERCLIS | Comprehensive Environmental Response, Compensation, and Liability Information System |
| CERC-NFRAP | CERCLIS No Further Remedial Action Planned |
| RCRIS-TSD | Resource Conservation and Recovery Information System |
| ERNS | Emergency Response Notification System |

### STATE ASTM STANDARD

| | |
|---|---|
| AWP | Annual Workplan Sites |
| Notify 65 | Proposition 65 Records |
| SWF/LF | Solid Waste Information System |
| LUST | Leaking Underground Storage Tank Information System |
| CA BOND EXP. PLAN | Bond Expenditure Plan |
| UST | List of Underground Storage Tank Facilities |
| VCP | Voluntary Cleanup Program Properties |
| CA FID UST | Facility Inventory Database |

### FEDERAL ASTM SUPPLEMENTAL

| | |
|---|---|
| CONSENT | Superfund (CERCLA) Consent Decrees |
| ROD | Records Of Decision |
| Delisted NPL | National Priority List Deletions |
| HMIRS | Hazardous Materials Information Reporting System |
| MLTS | Material Licensing Tracking System |
| MINES | Mines Master Index File |
| NPL Liens | Federal Superfund Liens |
| PADS | PCB Activity Database System |
| RAATS | RCRA Administrative Action Tracking System |
| TRIS | Toxic Chemical Release Inventory System |
| TSCA | Toxic Substances Control Act |
| SSTS | Section 7 Tracking Systems |
| FTTS | FIFRA/ TSCA Tracking System - FIFRA (Federal Insecticide, Fungicide, & Rodenticide Act)/TSCA (Toxic Substances Control Act) |

### STATE OR LOCAL ASTM SUPPLEMENTAL

| | |
|---|---|
| CLEANERS | Cleaner Facilities |
| CA WDS | Waste Discharge System |
| DEED | List of Deed Restrictions |

### EDR PROPRIETARY HISTORICAL DATABASES

| | |
|---|---|
| Coal Gas | Former Manufactured Gas (Coal Gas) Sites |

Exhibit 3
Page 167

# EXECUTIVE SUMMARY

## SURROUNDING SITES: SEARCH RESULTS

Surrounding sites were identified.

Elevations have been determined from the USGS 1 degree Digital Elevation Model and should be evaluated on a relative (not an absolute) basis. Relative elevation information between sites of close proximity should be field verified. EDR's definition of a site with an elevation equal to the target property includes a tolerance of +/- 10 feet. Sites with an elevation equal to or higher than the target property have been differentiated below from sites with an elevation lower than the target property (by more than 10 feet). Page numbers and map identification numbers refer to the EDR Radius Map report where detailed data on individual sites can be reviewed.

Sites listed in **bold italics** are in multiple databases.

Unmappable (orphan) sites are not considered in the foregoing analysis.

## FEDERAL ASTM STANDARD

**CORRACTS:** CORRACTS is a list of handlers with RCRA Corrective Action Activity. This report shows which nationally-defined corrective action core events have occurred for every handler that has had corrective action activity.

A review of the CORRACTS list, as provided by EDR, and dated 05/02/2002 has revealed that there is 1 CORRACTS site within approximately 1 mile of the target property.

| Equal/Higher Elevation | Address | Dist / Dir | Map ID | Page |
|---|---|---|---|---|
| *FNHJEH ENVIRONMENTAL MANAGEMEN* | *13579 WHITTRAM STREET* | *1/2 - 1  E* | *34* | *46* |

**RCRIS:** The Resource Conservation and Recovery Act database includes selected information on sites that generate, store, treat, or dispose of hazardous waste as defined by the Act. The source of this database is the U.S. EPA.

A review of the RCRIS-LQG list, as provided by EDR, and dated 09/09/2002 has revealed that there is 1 RCRIS-LQG site within approximately 0.25 miles of the target property.

| Equal/Higher Elevation | Address | Dist / Dir | Map ID | Page |
|---|---|---|---|---|
| *MOUNTAIN VISTA POWER GENERATIO* | *8996 ETIWANDA AVE SEE M* | *0 - 1/8  SW* | *16* | *18* |

**RCRIS:** The Resource Conservation and Recovery Act database includes selected information on sites that generate, store, treat, or dispose of hazardous waste as defined by the Act. The source of this database is the U.S. EPA.

A review of the RCRIS-SQG list, as provided by EDR, and dated 09/09/2002 has revealed that there are 6 RCRIS-SQG sites within approximately 0.25 miles of the target property.

| Equal/Higher Elevation | Address | Dist / Dir | Map ID | Page |
|---|---|---|---|---|
| *BERNELL HYDRAULICS INC* | *8821 ETIWANDA AVE* | *0 - 1/8* | *A7* | *10* |
| *BURNELL HYDROLICS* | *8810 ETIWANDA AVE* | *0 - 1/8  N* | *A8* | *11* |
| *CHAPARRAL TRUCKING* | *8729 ETIWANDA* | *0 - 1/8  N* | *15* | *17* |

| Lower Elevation | Address | Dist / Dir | Map ID | Page |
|---|---|---|---|---|
| *CALIFORNIA HOME BRANDS INC* | *8930 ETIWANDA AVE* | *0 - 1/8  S* | *B11* | *13* |

Exhibit 3
Page 168

## EXECUTIVE SUMMARY

| Lower Elevation | Address | Dist / Dir | Map ID | Page |
|---|---|---|---|---|
| NATIONAL CAN CORP | 8939 ETIWANDA AVE | 0 - 1/8  S | B14 | 17 |
| EPTC ETIWANDA | 8996 ETIWANDA AVE | 1/8 - 1/4 S | C17 | 19 |

**STATE ASTM STANDARD**

**CAL-SITES:** Formerly known as ASPIS, this database contains both known and potential hazardous substance sites. The source is the California Department of Toxic Substance Control.

A review of the Cal-Sites list, as provided by EDR, has revealed that there are 3 Cal-Sites sites within approximately 1 mile of the target property.

| Equal/Higher Elevation | Address | Dist / Dir | Map ID | Page |
|---|---|---|---|---|
| VISTA METALS CORPORATION | 13435 WHITTRAM AVE | 1/2 - 1  ENE | 29 | 31 |
| AMERON STEEL WIRE DIV | 12459 ARROW HWY A | 1/2 - 1  NW | E30 | 37 |
| TAMCO | 12549 ARROW HIGHWAY | 1/2 - 1  NW | E32 | 44 |

**CHMIRS:** The California Hazardous Material Incident Report System contains information on reported hazardous material incidents, i.e., accidental releases or spills. The source is the California Office of Emergency Services.

A review of the CHMIRS list, as provided by EDR, and dated 12/31/1994 has revealed that there is 1 CHMIRS site within approximately 1 mile of the target property.

| Lower Elevation | Address | Dist / Dir | Map ID | Page |
|---|---|---|---|---|
| Not reported | 9400 BLOCK ETAWANDA AVE | 1/2 - 1  S | 33 | 45 |

**CORTESE:** This database identifies public drinking water wells with detectable levels of contamination, hazardous substance sites selected for remedial action, sites with known toxic material identified through the abandoned site assessment program, sites with USTs having a reportable release and all solid waste disposal facilities from which there is known migration. The source is the California Environmental Protection Agency/Office of Emergency Information.

A review of the Cortese list, as provided by EDR, has revealed that there are 2 Cortese sites within approximately 1 mile of the target property.

| Equal/Higher Elevation | Address | Dist / Dir | Map ID | Page |
|---|---|---|---|---|
| TAMCO | 12459 ARROW HWY | 1/2 - 1  NW | E31 | 38 |
| CIRCLE K #0989 | 12852 FOOTHILL BLVD | 1/2 - 1  N | 35 | 51 |

**TOXIC PITS:** The Toxic Pits Cleanup Act Sites database identifies sites suspected of containing hazardous substances where cleanup has not yet been completed. The data come from the State Water Resources Control Board.

A review of the Toxic Pits list, as provided by EDR, has revealed that there is 1 Toxic Pits site within approximately 1 mile of the target property.

| Lower Elevation | Address | Dist / Dir | Map ID | Page |
|---|---|---|---|---|
| SCE, ETIWANDA GENERATING STAT. | 8996 ETIWANDA AVENUE | 1/8 - 1/4 S | C21 | 24 |

TC896349.1s  EXECUTIVE SUMMARY 4

Exhibit 3
Page 169

# EXECUTIVE SUMMARY

**WMUDS/SWAT:** The Waste Management Unit Database System is used for program tracking and inventory of waste management units. The source is the State Water Resources Control Board.

A review of the WMUDS/SWAT list, as provided by EDR, has revealed that there is 1 WMUDS/SWAT site within approximately 0.5 miles of the target property.

| Lower Elevation | Address | Dist / Dir | Map ID | Page |
|---|---|---|---|---|
| GENERATING STATION,ETIWANDA | 8996 ETIWANDA AVENUE | 1/8 - 1/4 S | C20 | 22 |

**HIST UST:** Historical UST Registered Database.

A review of the HIST UST list, as provided by EDR, and dated 10/15/1990 has revealed that there are 3 HIST UST sites within approximately 0.25 miles of the target property.

| Lower Elevation | Address | Dist / Dir | Map ID | Page |
|---|---|---|---|---|
| CHB FOODS INC METAL DECO. DIV | 8939 ETIWANDA AVE | 0 - 1/8 S | B12 | 15 |
| ETIWANDA LAUNCHER FACILITY | 8996 ETIWANDA AVE | 1/8 - 1/4 S | C19 | 22 |
| ETIWANDA GENERATING STATION | 8996 ETIWANDA AVE | 1/8 - 1/4 S | C22 | 24 |

## STATE OR LOCAL ASTM SUPPLEMENTAL

**CA SLIC:** SLIC Region comes from the California Regional Water Quality Control Board.

A review of the CA SLIC list, as provided by EDR, has revealed that there is 1 CA SLIC site within approximately 0.5 miles of the target property.

| Lower Elevation | Address | Dist / Dir | Map ID | Page |
|---|---|---|---|---|
| STERLING CAN | 8939 ETIWANDA AVENUE | 0 - 1/8 S | B13 | 17 |

**HAZNET:** The data is extracted from the copies of hazardous waste manifests received each year by the DTSC. The annual volume of manifests is typically 700,000-1,000,000 annually, representing approximately 350,000-500,000 shipments. Data from non-California manifests & continuation sheets are not included at the present time. Data are from the manifests submitted without correction, and therefore many contain some invalid values for data elements such as generator ID, TSD ID, waste category, & disposal method. The source is the Department of Toxic Substance Control is the agency

A review of the HAZNET list, as provided by EDR, has revealed that there are 7 HAZNET sites within approximately 0.25 miles of the target property.

| Equal/Higher Elevation | Address | Dist / Dir | Map ID | Page |
|---|---|---|---|---|
| BERNELL HYDRAULICS | 8810 ETIWANDA AVE | 0 - 1/8 N | A10 | 12 |
| *MOUNTAIN VISTA POWER GENERATIO* | *8996 ETIWANDA AVE SEE M* | *0 - 1/8 SW* | *16* | *18* |
| SOUTHLAND EQUIPMENT SERVICES | 13012 WHITTRAM AVE | 1/8 - 1/4 NE | D25 | 29 |
| PACIFIC RECYCLING ENTERPRISES | 13012 WITTRAM AVE. | 1/8 - 1/4 NE | D26 | 30 |
| PACIFIC KILN & INSULATIONS | 8639 ETIWANDA AVE | 1/8 - 1/4 N | 27 | 30 |

| Lower Elevation | Address | Dist / Dir | Map ID | Page |
|---|---|---|---|---|
| *CALIFORNIA HOME BRANDS INC* | *8930 ETIWANDA AVE* | *0 - 1/8 S* | *B11* | *13* |
| EPTC-ETIWANDA | 8998 ETIWANDA AVE | 1/8 - 1/4 S | C24 | 28 |

TC896349.1s EXECUTIVE SUMMARY 5

Exhibit 3
Page 170

## EXECUTIVE SUMMARY

**DEHS Permit System:** San Bernardino County Fire Department Hazardous Materials Division.

A review of the San Bern. Co. Permit list, as provided by EDR, has revealed that there are 6 San Bern. Co. Permit sites within approximately 0.25 miles of the target property.

| Equal/Higher Elevation | Address | Dist / Dir | Map ID | Page |
|---|---|---|---|---|
| PRECISION TOOL WORKS | 8821 ETIWANDA AVE | 0 - 1/8 | A5 | 9 |
| CJM TRUCKING CO | 8821 ETIWANDA | 0 - 1/8 | A6 | 10 |
| *BERNELL HYDRAULICS, INC.* | *8810 ETIWANDA AVE* | *0 - 1/8   N* | *A9* | *11* |
| V & L REPAIR | 13053 WHITTRAM AVE | 1/8 - 1/4 NE | 28 | 31 |

| Lower Elevation | Address | Dist / Dir | Map ID | Page |
|---|---|---|---|---|
| ETIWANDA GENERATING STA | 8996 ETIWANDA AVE | 1/8 - 1/4 S | C18 | 21 |
| EPTC-ETIWANDA | 8998 ETIWANDA AVE | 1/8 - 1/4 S | C23 | 27 |

TC896349.1s  EXECUTIVE SUMMARY 6

Exhibit 3
Page 171

# EXECUTIVE SUMMARY

Due to poor or inadequate address information, the following sites were not mapped:

| Site Name | Database(s) |
|---|---|
| USA CLEANERS | CLEANERS |
| ALMOND ELEMENTARY SCHOOL SITE (PROPOSED) | Cal-Sites |
| SCHER TIRE #32 | HAZNET, Cortese |
| BANANA STREET PIT | CERC-NFRAP |
| CAPITOL INDUSTRIAL PROPERTY | CERC-NFRAP |
| PACIFIC RECYCLING ENTERPRISES | CERC-NFRAP |
| KAISER STEEL CORP | HIST UST |
| CUCAMONGA COUNTY WATER DIST | HAZNET |
| SB CO TRANS | HAZNET |
| LEONARD HAYES | HAZNET |
| ARROW BUSINESS CENTER | HAZNET |
| RANCHO SCREEN PRINTING & EMBROIDERY | HAZNET |
| TEXACO REFINING AND MARKETING INC | HAZNET |
| ALEX AUTO DISMANTLING | HAZNET |
| NEW DAY CONSTRUCTION CO INC | RCRIS-SQG, FINDS |
| DOOR COMPONENTS | San Bern. Co. Permit |
| SCE-FORGE SUBSTATION | San Bern. Co. Permit |
| MAR-LYN CONTAINER CORP | San Bern. Co. Permit |
| SIERRA PRECISION | San Bern. Co. Permit |
| SCE-ETIWANDA SWITCHYARD | San Bern. Co. Permit |
| ALEX AUTO DISMANTLING | San Bern. Co. Permit |

TC896349.1s  EXECUTIVE SUMMARY 7

Exhibit 3
Page 172

## OVERVIEW MAP - 896349.1s - Hart Crowser, Inc.



| ☆ | Target Property |
| ▲ | Sites at elevations higher than or equal to the target property |
| ● | Sites at elevations lower than the target property |
| ▲ | Coal Gasification Sites |
| | National Priority List Sites |
| | Landfill Sites |

| ∿ | Power transmission lines |
| ∿ | Oil & Gas pipelines |
| | 100-year flood zone |
| | 500-year flood zone |
| | Wetlands |

| | Areas of Concern |

| TARGET PROPERTY: | Simms Metals |
| ADDRESS: | 8822 Etiwanda Avenue |
| CITY/STATE/ZIP: | Rancho Cucamonga CA 91739 |
| LAT/LONG: | 34.0927 / 117.5238 |

| CUSTOMER: | Hart Crowser, Inc. |
| CONTACT: | Kevin Roberts |
| INQUIRY #: | 896349.1s |
| DATE: | December 11, 2002 5:36 pm |

Copyright © 2002 EDR, Inc. © 2001 GDT, Inc. Rel. 07/2001. All Rights Reserved.

Exhibit 3
Page 173

## DETAIL MAP - 896349.1s - Hart Crowser, Inc.



| | | | |
|---|---|---|---|
| ★ | Target Property | | |
| ▲ | Sites at elevations higher than or equal to the target property | | |
| ◆ | Sites at elevations lower than the target property | | |
| ▲ | Coal Gasification Sites | | |
| ⚲ | Sensitive Receptors | | |
| | National Priority List Sites | | |
| | Landfill Sites | | |

Power transmission lines
Oil & Gas pipelines
100-year flood zone
500-year flood zone
Wetlands
Areas of Concern

| TARGET PROPERTY: | Simms Metals | CUSTOMER: | Hart Crowser, Inc. |
|---|---|---|---|
| ADDRESS: | 8822 Etiwanda Avenue | CONTACT: | Kevin Roberts |
| CITY/STATE/ZIP: | Rancho Cucamonga CA 91739 | INQUIRY #: | 896349.1s |
| LAT/LONG: | 34.0927 / 117.5238 | DATE: | December 11, 2002  5:36 pm |

Copyright © 2002 EDR, Inc. © 2001 GDT, Inc. Rel. 07/2001. All Rights Reserved.

Exhibit 3
Page 174

## MAP FINDINGS SUMMARY

| Database | Target Property | Search Distance (Miles) | < 1/8 | 1/8 - 1/4 | 1/4 - 1/2 | 1/2 - 1 | > 1 | Total Plotted |
|---|---|---|---|---|---|---|---|---|
| **FEDERAL ASTM STANDARD** | | | | | | | | |
| NPL | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| Proposed NPL | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| CERCLIS | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| CERC-NFRAP | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| CORRACTS | | 1.000 | 0 | 0 | 0 | 1 | NR | 1 |
| RCRIS-TSD | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| RCRIS Lg. Quan. Gen. | | 0.250 | 1 | 0 | NR | NR | NR | 1 |
| RCRIS Sm. Quan. Gen. | X | 0.250 | 5 | 1 | NR | NR | NR | 6 |
| ERNS | | TP | NR | NR | NR | NR | NR | 0 |
| **STATE ASTM STANDARD** | | | | | | | | |
| AWP | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| Cal-Sites | | 1.000 | 0 | 0 | 0 | 3 | NR | 3 |
| CHMIRS | | 1.000 | 0 | 0 | 0 | 1 | NR | 1 |
| Cortese | | 1.000 | 0 | 0 | 0 | 2 | NR | 2 |
| Notify 65 | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| Toxic Pits | | 1.000 | 0 | 1 | 0 | 0 | NR | 1 |
| State Landfill | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| WMUDS/SWAT | | 0.500 | 0 | 1 | 0 | NR | NR | 1 |
| LUST | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| CA Bond Exp. Plan | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| UST | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| VCP | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| CA FID UST | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| HIST UST | X | 0.250 | 1 | 2 | NR | NR | NR | 3 |
| **FEDERAL ASTM SUPPLEMENTAL** | | | | | | | | |
| CONSENT | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| ROD | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| Delisted NPL | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| FINDS | X | TP | NR | NR | NR | NR | NR | 0 |
| HMIRS | | TP | NR | NR | NR | NR | NR | 0 |
| MLTS | | TP | NR | NR | NR | NR | NR | 0 |
| MINES | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| NPL Liens | | TP | NR | NR | NR | NR | NR | 0 |
| PADS | | TP | NR | NR | NR | NR | NR | 0 |
| RAATS | | TP | NR | NR | NR | NR | NR | 0 |
| TRIS | | TP | NR | NR | NR | NR | NR | 0 |
| TSCA | | TP | NR | NR | NR | NR | NR | 0 |
| SSTS | | TP | NR | NR | NR | NR | NR | 0 |
| FTTS | | TP | NR | NR | NR | NR | NR | 0 |
| **STATE OR LOCAL ASTM SUPPLEMENTAL** | | | | | | | | |
| AST | X | TP | NR | NR | NR | NR | NR | 0 |

TC896349.1s  Page 4

Exhibit 3
Page 175

# MAP FINDINGS SUMMARY

| Database | Target Property | Search Distance (Miles) | < 1/8 | 1/8 - 1/4 | 1/4 - 1/2 | 1/2 - 1 | > 1 | Total Plotted |
|---|---|---|---|---|---|---|---|---|
| CLEANERS | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| CA WDS | | TP | NR | NR | NR | NR | NR | 0 |
| DEED | | TP | NR | NR | NR | NR | NR | 0 |
| CA SLIC | | 0.500 | 1 | 0 | 0 | NR | NR | 1 |
| HAZNET | X | 0.250 | 3 | 4 | NR | NR | NR | 7 |
| San Bern. Co. Permit | X | 0.250 | 3 | 3 | NR | NR | NR | 6 |

**EDR PROPRIETARY HISTORICAL DATABASES**

| Database | Target Property | Search Distance (Miles) | < 1/8 | 1/8 - 1/4 | 1/4 - 1/2 | 1/2 - 1 | > 1 | Total Plotted |
|---|---|---|---|---|---|---|---|---|
| Coal Gas | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |

AQUIFLOW - see EDR Physical Setting Source Addendum

TP = Target Property

NR = Not Requested at this Search Distance

* Sites may be listed in more than one database

TC896349.1s   Page 5

Exhibit 3
Page 176

| Map ID | | | |
|--------|--------|--------|--------|
| Direction | | | |
| Distance | | | |
| Distance (ft.) | | | EDR ID Number |
| Elevation | Site | Database(s) | EPA ID Number |

MAP FINDINGS

Coal Gas Site Search: No site was found in a search of Real Property Scan's ENVIROHAZ database.

---

**A1**    **SMISMETAL AMERICA/ETIWANDA DIVISION**           **HAZNET**    S104574077
**Target**    **8822 ETIWANDA AVE**                                          **N/A**
**Property**    **ETIWANDA, CA  91739**

Site 1 of 10 in cluster A

HAZNET:

| | |
|--|--|
| Gepaid: | CAD981368228 |
| Tepaid: | CAT080013352 |
| Gen County: | San Bernardino |
| Tsd County: | Los Angeles |
| Tons: | 5.0040 |
| Category: | Unspecified oil-containing waste |
| Disposal Method: | Recycler |
| Contact: | SIMSMETAL USA CORPORATION |
| Telephone: | (510) 412-5300 |
| Mailing Address: | 600 SOUTH 4TH STREET |
| | RICHMOND, CA 94804 - 3504 |
| County | San Bernardino |

| | |
|--|--|
| Gepaid: | CAD981368228 |
| Tepaid: | CAT000646117 |
| Gen County: | San Bernardino |
| Tsd County: | Kings |
| Tons: | .2500 |
| Category: | Unspecified oil-containing waste |
| Disposal Method: | Disposal, Land Fill |
| Contact: | SIMSMETAL USA CORPORATION |
| Telephone: | (510) 412-5300 |
| Mailing Address: | 600 SOUTH 4TH STREET |
| | RICHMOND, CA 94804 - 3504 |
| County | San Bernardino |

| | |
|--|--|
| Gepaid: | CAD981368228 |
| Tepaid: | CAT000646117 |
| Gen County: | San Bernardino |
| Tsd County: | Kings |
| Tons: | 3.85 |
| Category: | Unspecified oil-containing waste |
| Disposal Method: | Disposal, Land Fill |
| Contact: | SIMSMETAL USA CORPORATION |
| Telephone: | (510) 412-5300 |
| Mailing Address: | 600 SOUTH 4TH STREET |
| | RICHMOND, CA 94804 - 3504 |
| County | San Bernardino |

| | |
|--|--|
| Gepaid: | CAD981368228 |
| Tepaid: | CAT080013352 |
| Gen County: | San Bernardino |
| Tsd County: | Los Angeles |
| Tons: | 8.757 |
| Category: | Oil/water separation sludge |
| Disposal Method: | Recycler |
| Contact: | SIMSMETAL USA CORPORATION |
| Telephone: | (510) 412-5300 |
| Mailing Address: | 600 SOUTH 4TH STREET |
| | RICHMOND, CA 94804 - 3504 |

TC896349.1s  Page 6

Exhibit 3
Page 177

| Map ID<br>Direction<br>Distance<br>Distance (ft.)<br>Elevation | MAP FINDINGS | | | |
| --- | --- | --- | --- | --- |
| | Site | | Database(s) | EDR ID Number<br>EPA ID Number |

**SMISMETAL AMERICA/ETIWANDA DIVISION (Continued)** — S104574077

| County | San Bernardino |
| --- | --- |
| Gepaid: | CAD981368228 |
| Tepaid: | AZD983473539 |
| Gen County: | San Bernardino |
| Tsd County: | 99 |
| Tons: | .4848 |
| Category: | Polychlorinated biphenyls and material containing PCB's |
| Disposal Method: | Not reported |
| Contact: | SIMSMETAL USA CORPORATION |
| Telephone: | (510) 412-5300 |
| Mailing Address: | 600 SOUTH 4TH STREET |
| | RICHMOND, CA 94804 - 3504 |
| County | San Bernardino |

The CA HAZNET database contains 3 additional records for this site.
Please contact your EDR Account Executive for more information.

---

**A2**
**Target**
**Property**

**FERROMET INC**
**8822 ETIWANDA AVE**
**RANCHO CUCAMONGA, CA 90000**

HAZNET   S102795943
N/A

Site 2 of 10 in cluster A

| HAZNET: | |
| --- | --- |
| Gepaid: | CAC000887344 |
| Tepaid: | CAT080011059 |
| Gen County: | San Bernardino |
| Tsd County: | Los Angeles |
| Tons: | 1.4595 |
| Category: | Waste oil and mixed oil |
| Disposal Method: | Recycler |
| Contact: | FERROMET INC |
| Telephone: | (000) 000-0000 |
| Mailing Address: | 8822 ETIWANDA AVE |
| | ETIWANDA, CA 91739 |
| County | San Bernardino |

---

**A3**
**Target**
**Property**

**SIMSMETAL AMERICA**
**8822 ETIWANDA AVE**
**ETIWANDA, CA 91739**

RCRIS-SQG   1000367428
FINDS   CAD981368228
AST
HIST UST

Site 3 of 10 in cluster A

| RCRIS: | |
| --- | --- |
| Owner: | SIMSMETAL USA CORP |
| | (510) 412-5300 |
| EPA ID: | CAD981368228 |
| Contact: | SCOTT MILLER |
| | (510) 412-5300 |
| Classification: | Small Quantity Generator |
| Used Oil Recyc: | No |
| TSDF Activities: | Not reported |

Exhibit 3
Page 178

| Map ID | | | |
|---|---|---|---|
| Direction | | | |
| Distance | | | |
| Distance (ft.) | | | EDR ID Number |
| Elevation | Site | Database(s) | EPA ID Number |

**MAP FINDINGS**

### SIMSMETAL AMERICA (Continued)

1000367428

Violation Status: No violations found

**FINDS:**

Other Pertinent Environmental Activity Identified at Site:
Facility Registry System (FRS)
Resource Conservation and Recovery Act Information system (RCRAINFO)

**UST HIST:**

| Facility ID: | 54331 | | |
|---|---|---|---|
| Tank Num: | 1 | Container Num: | 0000000001 |
| Tank Capacity: | 9940 | Year Installed: | 1980 |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | DIESEL | Tank Construction: 1/4 inches | |
| Leak Detection: | Stock Inventor | | |
| Contact Name: | WM. HIGHTOWER | Telephone: | (714) 899-1767 |
| Total Tanks: | 3 | Region: | STATE |
| Facility Type: | 2 | Other Type: | RECYCLING |

| Facility ID: | 54331 | | |
|---|---|---|---|
| Tank Num: | 2 | Container Num: | #1 |
| Tank Capacity: | 555 | Year Installed: | 1972 |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | REGULAR | Tank Construction: 12 gauge | |
| Leak Detection: | Stock Inventor | | |
| Contact Name: | WM. HIGHTOWER | Telephone: | (714) 899-1767 |
| Total Tanks: | 3 | Region: | STATE |
| Facility Type: | 2 | Other Type: | RECYCLING |

| Facility ID: | 54331 | | |
|---|---|---|---|
| Tank Num: | 3 | Container Num: | #2 |
| Tank Capacity: | 1009 | Year Installed: | 1972 |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | UNLEADED | Tank Construction: 10 gauge | |
| Leak Detection: | Stock Inventor | | |
| Contact Name: | WM. HIGHTOWER | Telephone: | (714) 899-1767 |
| Total Tanks: | 3 | Region: | STATE |
| Facility Type: | 2 | Other Type: | RECYCLING |

Exhibit 3
Page 179

| Map ID<br>Direction<br>Distance<br>Distance (ft.)<br>Elevation | Site | | Database(s) | EDR ID Number<br>EPA ID Number |
|---|---|---|---|---|

**MAP FINDINGS**

**SIMSMETAL AMERICA (Continued)** — 1000367428

AST:
Region:       8
Owner:        SIMSMETAL AMERICA

---

| A4<br>Target<br>Property | **SIMSMETAL AMERICA**<br>**8822 ETIWANDA AVE**<br>**RANCHO CUCAMONGA, CA 91739** | San Bern. Co. Permit | S104770176<br>N/A |
|---|---|---|---|

Site 4 of 10 in cluster A

DEHS Permit:
Facility ID:        86008878
Permit Number:      9806126379
Permit Category:    HAZARDOUS MATERIAL HANDLER
Owner:              SIMSMETAL AMERICA
                    510 S 4TH ST
                    RICHMOND, CA 94804
Owner Phone:        -
Facility Phone:     909-8991767

Facility ID:        86008878
Permit Number:      9806126381
Permit Category:    STATE MANDATED FACILITY SERVICE FEE
Owner:              SIMSMETAL AMERICA
                    510 S 4TH ST
                    RICHMOND, CA 94804
Owner Phone:        -
Facility Phone:     909-8991767

Facility ID:        86008878
Permit Number:      9806126380
Permit Category:    HAZARDOUS WASTE GENERATOR
Owner:              SIMSMETAL AMERICA
                    510 S 4TH ST
                    RICHMOND, CA 94804
Owner Phone:        -
Facility Phone:     909-8991767

---

| A5<br><br>< 1/8<br>4 ft.<br>Higher | **PRECISION TOOL WORKS**<br>**8821 ETIWANDA AVE**<br>**RANCHO CUCAMONGA, CA 91739** | San Bern. Co. Permit | S104769130<br>N/A |
|---|---|---|---|

Site 5 of 10 in cluster A

DEHS Permit:
Facility ID:        94032361
Permit Number:      9411230048
Permit Category:    HAZARDOUS MATERIAL HANDLER
Owner:              STRUCK, JAY
                    8821 ETIWANDA AVE
                    RANCHO CUCAMONGA, CA 91739
Owner Phone:        909-8991781
Facility Phone:     909-8991781

Exhibit 3
Page 180

| Map ID<br>Direction<br>Distance<br>Distance (ft.)<br>Elevation | Site | MAP FINDINGS | Database(s) | EDR ID Number<br>EPA ID Number |
|---|---|---|---|---|

**PRECISION TOOL WORKS (Continued)**        S104769130

|  |  |
|---|---|
| Facility ID: | 94032361 |
| Permit Number: | 9709096180 |
| Permit Category: | STATE MANDATED FACILITY SERVICE FEE |
| Owner: | STRUCK, JAY |
|  | 8821 ETIWANDA AVE |
|  | RANCHO CUCAMONGA, CA 91739 |
| Owner Phone: | 909-8991781 |
| Facility Phone: | 909-8991781 |

---

**A6**    **CJM TRUCKING CO**                                San Bern. Co. Permit   S104765250

        **8821 ETIWANDA**                                                 N/A

**< 1/8**    **RANCHO CUCAMONGA, CA 91739**

**4 ft.**

**Higher**    **Site 6 of 10 in cluster A**

DEHS Permit:

|  |  |
|---|---|
| Facility ID: | 99047801 |
| Permit Number: | 9911101861 |
| Permit Category: | SPECIAL HANDLER |
| Owner: | CJM TRUCKING CO |
|  | 2715 HOLMES AVE |
|  | ONTARIO, CA 91761 |
| Owner Phone: | - |
| Facility Phone: | - |

|  |  |
|---|---|
| Facility ID: | 99047801 |
| Permit Number: | 9911101862 |
| Permit Category: | STATE MANDATED FACILITY SERVICE FEE |
| Owner: | CJM TRUCKING CO |
|  | 2715 HOLMES AVE |
|  | ONTARIO, CA 91761 |
| Owner Phone: | - |
| Facility Phone: | - |

|  |  |
|---|---|
| Facility ID: | 99047801 |
| Permit Number: | 9911101860 |
| Permit Category: | SPECIAL GENERATOR |
| Owner: | CJM TRUCKING CO |
|  | 2715 HOLMES AVE |
|  | ONTARIO, CA 91761 |
| Owner Phone: | - |
| Facility Phone: | - |

---

**A7**    **BERNELL HYDRAULICS INC**                                  RCRIS-SQG   1001967580

        **8821 ETIWANDA AVE**                                          FINDS   CAR000070748

**< 1/8**    **RANCHO CUCAMONGA, CA 91739**

**4 ft.**

**Higher**    **Site 7 of 10 in cluster A**

Exhibit 3
Page 181

| Map ID<br>Direction<br>Distance<br>Distance (ft.)<br>Elevation | Site | | Database(s) | EDR ID Number<br>EPA ID Number |
|---|---|---|---|---|

**BERNELL HYDRAULICS INC  (Continued)**                                                      1001967580

RCRIS:
Owner:          TERRANCE B JONES
                (909) 899-1751
EPA ID:         CAR000070748

Contact:        ENVIRONMENTAL MANAGER

Classification:   Small Quantity Generator
Used Oil Recyc: No
TSDF Activities: Not reported

Violation Status: No violations found

FINDS:
Other Pertinent Environmental Activity Identified at Site:
   Facility Registry System (FRS)
   Resource Conservation and Recovery Act Information system (RCRAINFO)

---

| A8<br>North<br>< 1/8<br>39 ft.<br>Higher | **BURNELL HYDROLICS**<br>**8810 ETIWANDA AVE**<br>**RANCHO CUCAMONGA, CA  91739** | **RCRIS-SQG**<br>**FINDS** | 1004675774<br>CAR000076950 |
|---|---|---|---|

Site 8 of 10 in cluster A

RCRIS:
Owner:          TERRANCE JONES
                (909) 899-1751
EPA ID:         CAR000076950

Contact:        ENVIRONMENTAL MANAGER

Classification:   Small Quantity Generator
Used Oil Recyc: No
TSDF Activities: Not reported

Violation Status: No violations found

FINDS:
Other Pertinent Environmental Activity Identified at Site:
   Facility Registry System (FRS)
   National Compliance Database (NCDB)
   Resource Conservation and Recovery Act Information system (RCRAINFO)

---

| A9<br>North<br>< 1/8<br>39 ft.<br>Higher | **BERNELL HYDRAULICS, INC.**<br>**8810 ETIWANDA AVE**<br>**RANCHO CUCAMONGA, CA  91739** | **AST**<br>San Bern. Co. Permit | S104764254<br>N/A |
|---|---|---|---|

Site 9 of 10 in cluster A

DEHS Permit:
Facility ID:        85004401
Permit Number:   0011066856
Permit Category:  ABOVEGROUND TANK REGISTRATION
Owner:            JONES, TERRY B
                  P O BOX 417
                  ETIWANDA, CA 91739
Owner Phone:     909-8991751
Facility Phone:   909-8991751

TC896349.1s  Page 11

Exhibit 3
Page 182

| Map ID Direction Distance Distance (ft.) Elevation | Site | MAP FINDINGS | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|---|

**BERNELL HYDRAULICS, INC. (Continued)**      S104764254

| | |
|---|---|
| Facility ID: | 85004401 |
| Permit Number: | 8701070257 |
| Permit Category: | SPECIAL HANDLER |
| Owner: | JONES, TERRY B |
| | P O BOX 417 |
| | ETIWANDA, CA 91739 |
| Owner Phone: | 909-8991751 |
| Facility Phone: | 909-8991751 |

| | |
|---|---|
| Facility ID: | 85004401 |
| Permit Number: | 9709099172 |
| Permit Category: | STATE MANDATED FACILITY SERVICE FEE |
| Owner: | JONES, TERRY B |
| | P O BOX 417 |
| | ETIWANDA, CA 91739 |
| Owner Phone: | 909-8991751 |
| Facility Phone: | 909-8991751 |

| | |
|---|---|
| Facility ID: | 85004401 |
| Permit Number: | 8510090122 |
| Permit Category: | SPECIAL GENERATOR |
| Owner: | JONES, TERRY B |
| | P O BOX 417 |
| | ETIWANDA, CA 91739 |
| Owner Phone: | 909-8991751 |
| Facility Phone: | 909-8991751 |

AST:

| | |
|---|---|
| Region: | 8 |
| Owner: | BERNELL HYDRAULICS, INC. |

---

| A10 North < 1/8 39 ft. Higher | **BERNELL HYDRAULICS** **8810 ETIWANDA AVE** **ETIWANDA, CA 91739** | **HAZNET** S103675019 N/A |
|---|---|---|

**Site 10 of 10 in cluster A**

HAZNET:

| | |
|---|---|
| Gepaid: | CAL000076923 |
| Tepaid: | AZC951206114 |
| Gen County: | San Bernardino |
| Tsd County: | 99 |
| Tons: | 0 |
| Category: | |
| Disposal Method: | Not reported |
| Contact: | TERRY JONES |
| Telephone: | (000) 000-0000 |
| Mailing Address: | PO BOX 417 |
| | RANCHO CUCAMONGA, CA 91739 |
| County | San Bernardino |

Exhibit 3 Page 183

| Map ID | | | |
|---|---|---|---|
| Direction | | | |
| Distance | | | |
| Distance (ft.) | | | EDR ID Number |
| Elevation | Site | Database(s) | EPA ID Number |

```
┌─────────────────────────────────────────┐
│              MAP FINDINGS                 │
└─────────────────────────────────────────┘
```

**BERNELL HYDRAULICS** (Continued)                                    S103675019

|  |  |
|---|---|
| Gepaid: | CAL000076923 |
| Tepaid: | AZC951206114 |
| Gen County: | San Bernardino |
| Tsd County: | 99 |
| Tons: | 160.09 |
| Category: | |
| Disposal Method: | Disposal, Land Fill |
| Contact: | TERRY JONES |
| Telephone: | (000) 000-0000 |
| Mailing Address: | PO BOX 417 |
|  | RANCHO CUCAMONGA, CA 91739 |
| County | San Bernardino |

|  |  |
|---|---|
| Gepaid: | CAL000076923 |
| Tepaid: | AZC951206114 |
| Gen County: | San Bernardino |
| Tsd County: | 99 |
| Tons: | 20 |
| Category: | Other inorganic solid waste |
| Disposal Method: | Disposal, Land Fill |
| Contact: | TERRY JONES |
| Telephone: | (000) 000-0000 |
| Mailing Address: | PO BOX 417 |
|  | RANCHO CUCAMONGA, CA 91739 |
| County | San Bernardino |

|  |  |
|---|---|
| Gepaid: | CAL000076923 |
| Tepaid: | AZC951206114 |
| Gen County: | San Bernardino |
| Tsd County: | 99 |
| Tons: | 60 |
| Category: | Unspecified oil-containing waste |
| Disposal Method: | Disposal, Land Fill |
| Contact: | TERRY JONES |
| Telephone: | (000) 000-0000 |
| Mailing Address: | PO BOX 417 |
|  | RANCHO CUCAMONGA, CA 91739 |
| County | San Bernardino |

|  |  |
|---|---|
| Gepaid: | CAL000076923 |
| Tepaid: | CAD981696420 |
| Gen County: | San Bernardino |
| Tsd County: | Los Angeles |
| Tons: | 27.105 |
| Category: | Waste oil and mixed oil |
| Disposal Method: | Transfer Station |
| Contact: | TERRY JONES |
| Telephone: | (000) 000-0000 |
| Mailing Address: | PO BOX 417 |
|  | RANCHO CUCAMONGA, CA 91739 |
| County | San Bernardino |

The CA HAZNET database contains 15 additional records for this site.
Please contact your EDR Account Executive for more information.

| B11 | **CALIFORNIA HOME BRANDS INC** | RCRIS-SQG | 1000252224 |
|---|---|---|---|
| South | 8930 ETIWANDA AVE | FINDS | CAD981399843 |
| < 1/8 | ETIWANDA, CA  91739 | HAZNET | |
| 438 ft. | | | |
| Lower | Site 1 of 4 in cluster B | | |

Exhibit 3
Page 184

| Map ID | | | | |
|---|---|---|---|---|
| Direction | | | | |
| Distance | | | | |
| Distance (ft.) | | | | EDR ID Number |
| Elevation | Site | | Database(s) | EPA ID Number |

MAP FINDINGS

**CALIFORNIA HOME BRANDS INC (Continued)**     1000252224

RCRIS:
| | |
|---|---|
| Owner: | CALIFORNIA HOME BRANDS |
| | (415) 555-1212 |
| EPA ID: | CAD981399843 |
| Contact: | ENVIRONMENTAL MANAGER |
| | (899) 254-5999 |

Classification: Small Quantity Generator
Used Oil Recyc: No
TSDF Activities: Not reported

Violation Status: No violations found

FINDS:
Other Pertinent Environmental Activity Identified at Site:
    Facility Registry System (FRS)
    Resource Conservation and Recovery Act Information system (RCRAINFO)

HAZNET:
| | |
|---|---|
| Gepaid: | CAD981399843 |
| Tepaid: | CAD044429835 |
| Gen County: | San Bernardino |
| Tsd County: | Los Angeles |
| Tons: | .1584 |
| Category: | Aqueous solution with 10% or more total organic residues |
| Disposal Method: | Treatment, Incineration |
| Contact: | Not reported |
| Telephone: | (000) 000-0000 |
| Mailing Address: | 1 RIVERFRONT PL |
| | NEWPORT, KY 41071 - 4548 |
| County | San Bernardino |

| | |
|---|---|
| Gepaid: | CAD981399843 |
| Tepaid: | CAD067786749 |
| Gen County: | San Bernardino |
| Tsd County: | Los Angeles |
| Tons: | 33.7120 |
| Category: | Asbestos-containing waste |
| Disposal Method: | Disposal, Land Fill |
| Contact: | Not reported |
| Telephone: | (000) 000-0000 |
| Mailing Address: | 1 RIVERFRONT PL |
| | NEWPORT, KY 41071 - 4548 |
| County | San Bernardino |

| | |
|---|---|
| Gepaid: | CAD981399843 |
| Tepaid: | CAD097030993 |
| Gen County: | San Bernardino |
| Tsd County: | Los Angeles |
| Tons: | .2085 |
| Category: | Liquids with pH <UN-> 2 |
| Disposal Method: | Treatment, Tank |
| Contact: | Not reported |
| Telephone: | (000) 000-0000 |
| Mailing Address: | 1 RIVERFRONT PL |
| | NEWPORT, KY 41071 - 4548 |
| County | San Bernardino |

Exhibit 3
Page 185

| Map ID | | | |
|---|---|---|---|
| Direction | | | |
| Distance | | | |
| Distance (ft.) | | | EDR ID Number |
| Elevation | Site | Database(s) | EPA ID Number |

**MAP FINDINGS**

### CALIFORNIA HOME BRANDS INC  (Continued)

1000252224

| | | |
|---|---|---|
| Gepaid: | CAD981399843 | |
| Tepaid: | CAD097030993 | |
| Gen County: | San Bernardino | |
| Tsd County: | Los Angeles | |
| Tons: | .4170 | |
| Category: | Aqueous solution (2 < pH < 12.5) containing reactive anions (azide, bromate, chlorate, cyanide, fluoride, hypochlorite, nitrite, perchlorate, and sulfide anions) | |
| Disposal Method: | Treatment, Tank | |
| Contact: | Not reported | |
| Telephone: | (000) 000-0000 | |
| Mailing Address: | 1 RIVERFRONT PL | |
| | NEWPORT, KY 41071 - 4548 | |
| County | San Bernardino | |

| | | |
|---|---|---|
| Gepaid: | CAD981399843 | |
| Tepaid: | CAT080011059 | |
| Gen County: | San Bernardino | |
| Tsd County: | Los Angeles | |
| Tons: | 5.2125 | |
| Category: | Waste oil and mixed oil | |
| Disposal Method: | Not reported | |
| Contact: | Not reported | |
| Telephone: | (000) 000-0000 | |
| Mailing Address: | 1 RIVERFRONT PL | |
| | NEWPORT, KY 41071 - 4548 | |
| County | San Bernardino | |

The CA HAZNET database contains 13 additional records for this site.
Please contact your EDR Account Executive for more information.

---

| B12 | CHB FOODS INC METAL DECO. DIV | **HIST UST** | U001569535 |
|---|---|---|---|
| South | 8939 ETIWANDA AVE | | N/A |
| < 1/8 | ETIWANDA, CA  91739 | | |
| 472 ft. | | | |
| Lower | **Site 2 of 4 in cluster B** | | |

**UST HIST:**

| | | | |
|---|---|---|---|
| Facility ID: | 16014 | | |
| Tank Num: | 1 | Container Num: | 1 |
| Tank Capacity: | 10000 | Year Installed: | 1966 |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | Not Reported | Tank Construction: | Not reported |
| Leak Detection: | | | |
| Contact Name: | G DIXON | Telephone: | (714) 899-2544 |
| Total Tanks: | 0 | Region: | STATE |
| Facility Type: | 2 | Other Type: | LITHO COATING |

| | | | |
|---|---|---|---|
| Facility ID: | 16014 | | |
| Tank Num: | 2 | Container Num: | M710-1 |
| Tank Capacity: | 10000 | Year Installed: | Not reported |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | DIESEL | Tank Construction: | Not reported |
| Leak Detection: | None | | |
| Contact Name: | G DIXON | Telephone: | (714) 899-2544 |
| Total Tanks: | 0 | Region: | STATE |
| Facility Type: | 2 | Other Type: | LITHO COATING |

| | |
|---|---|
| Facility ID: | 16014 |

Exhibit 3
Page 186

Map ID
Direction
Distance
Distance (ft.)
Elevation  Site

MAP FINDINGS

EDR ID Number
Database(s)     EPA ID Number

CHB FOODS INC METAL DECO. DIV  (Continued)                                U001569535

| | | | |
|---|---|---|---|
| Tank Num: | 3 | Container Num: | 2 |
| Tank Capacity: | 10000 | Year Installed: | 1966 |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | | | |
| Contact Name: | G DIXON | Telephone: | (714) 899-2544 |
| Total Tanks: | 0 | Region: | STATE |
| Facility Type: | 2 | Other Type: | LITHO COATING |

| | | | |
|---|---|---|---|
| Facility ID: | 16014 | | |
| Tank Num: | 4 | Container Num: | 3 |
| Tank Capacity: | 10000 | Year Installed: | 1966 |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | | | |
| Contact Name: | G DIXON | Telephone: | (714) 899-2544 |
| Total Tanks: | 0 | Region: | STATE |
| Facility Type: | 2 | Other Type: | LITHO COATING |

| | | | |
|---|---|---|---|
| Facility ID: | 16014 | | |
| Tank Num: | 5 | Container Num: | 4 |
| Tank Capacity: | 10000 | Year Installed: | 1966 |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | | | |
| Contact Name: | G DIXON | Telephone: | (714) 899-2544 |
| Total Tanks: | 0 | Region: | STATE |
| Facility Type: | 2 | Other Type: | LITHO COATING |

| | | | |
|---|---|---|---|
| Facility ID: | 16014 | | |
| Tank Num: | 6 | Container Num: | 5 |
| Tank Capacity: | 10000 | Year Installed: | 1966 |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | | | |
| Contact Name: | G DIXON | Telephone: | (714) 899-2544 |
| Total Tanks: | 0 | Region: | STATE |
| Facility Type: | 2 | Other Type: | LITHO COATING |

| | | | |
|---|---|---|---|
| Facility ID: | 16014 | | |
| Tank Num: | 7 | Container Num: | 6 |
| Tank Capacity: | 0 | Year Installed: | 1966 |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | | | |
| Contact Name: | G DIXON | Telephone: | (714) 899-2544 |
| Total Tanks: | 0 | Region: | STATE |
| Facility Type: | 2 | Other Type: | LITHO COATING |

| | | | |
|---|---|---|---|
| Facility ID: | 16014 | | |
| Tank Num: | 8 | Container Num: | 7 |
| Tank Capacity: | 10000 | Year Installed: | 1966 |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | None | | |
| Contact Name: | G DIXON | Telephone: | (714) 899-2544 |
| Total Tanks: | 0 | Region: | STATE |

Exhibit 3
Page 187

| Map ID<br>Direction<br>Distance<br>Distance (ft.)<br>Elevation | MAP FINDINGS | | |
|---|---|---|---|
| | Site | Database(s) | EDR ID Number<br>EPA ID Number |

**CHB FOODS INC METAL DECO. DIV** (Continued)                                          U001569535

    Facility Type:   2                              Other Type:    LITHO COATING

---

**B13**
**South**
**< 1/8**
**472 ft.**
**Lower**

**STERLING CAN**                                                                         **CA SLIC**   S102417030
**8939 ETIWANDA AVENUE**                                                                               N/A
**RANCHO CUCAMONGA, CA**

Site 3 of 4 in cluster B

SLIC Region 8:
    Facility ID:         171
    Type:              Soil
    Region:           8
    Facility Status:   Closed
    Lead Agency:     Regional Board
    Cross Street:    Not reported
    Sub Release:     PCE
    Staff:             PAH
    Location Code:   Not reported
    Thomas Bros mapNot reported
    Program:        SLIC
    CAO Number:     Not reported
    ACL Number:     Not reported
    Permit Number:  Not reported
    Complexity:     Not reported
    Comments:      Not reported

---

**B14**
**South**
**< 1/8**
**472 ft.**
**Lower**

**NATIONAL CAN CORP**                                                                    **RCRIS-SQG**   1000260483
**8939 ETIWANDA AVE**                                                                       **FINDS**   CAD041580945
**ETIWANDA, CA 91739**

Site 4 of 4 in cluster B

RCRIS:
    Owner:          NATIONAL CAN CORPORATION
                    (312) 399-3392
    EPA ID:         CAD041580945

    Contact:       ENVIRONMENTAL MANAGER
                    (714) 899-1731

    Classification:   Small Quantity Generator
    Used Oil Recyc: No
    TSDF Activities: Not reported

    Violation Status: No violations found

    FINDS:
    Other Pertinent Environmental Activity Identified at Site:
        AIRS Facility System (AIRS/AFS)
        Facility Registry System (FRS)
        Resource Conservation and Recovery Act Information system (RCRAINFO)
        Toxic Chemical Release Inventory System (TRIS)

---

**15**
**North**
**< 1/8**
**491 ft.**
**Higher**

**CHAPARRAL TRUCKING**                                                                   **RCRIS-SQG**   1000345270
**8729 ETIWANDA**                                                                           **FINDS**   CAD981438823
**ETIWANDA, CA 91739**

TC896349.1s  Page 17

Exhibit 3
Page 188

| Map ID<br>Direction<br>Distance<br>Distance (ft.)<br>Elevation | Site | | | | | Database(s) | EDR ID Number<br>EPA ID Number |
|---|---|---|---|---|---|---|---|

MAP FINDINGS

**CHAPARRAL TRUCKING (Continued)**      1000345270

RCRIS:
| | |
|---|---|
| Owner: | CHAPARRAL TRUCKING CO<br>(415) 555-1212 |
| EPA ID: | CAD981438823 |
| Contact: | ENVIRONMENTAL MANAGER<br>(714) 899-2556 |

Classification: Small Quantity Generator
Used Oil Recyc: No
TSDF Activities: Not reported

Violation Status: No violations found

FINDS:
Other Pertinent Environmental Activity Identified at Site:
Facility Registry System (FRS)
Resource Conservation and Recovery Act Information system (RCRAINFO)

---

| 16<br>SW<br>< 1/8<br>580 ft.<br>Higher | **MOUNTAIN VISTA POWER GENERATION**<br>**8996 ETIWANDA AVE SEE MAP**<br>**ETIWANDA, CA 91739** | **HAZNET**<br>**RCRIS-LQG** | 1001217613<br>CAR000038158 |
|---|---|---|---|

RCRIS:
| | |
|---|---|
| Owner: | MOUNTAIN VISTA POWER GEN LLC<br>(909) 899-7253 |
| EPA ID: | CAR000038158 |
| Contact: | PAUL LACROUIX<br>(909) 899-7253 |

Classification: Large Quantity Generator
Used Oil Recyc: No
TSDF Activities: Not reported

BIENNIAL REPORTS:
Last Biennial Reporting Year: 1999

| Waste | Quantity (Lbs) | Waste | Quantity (Lbs) |
|---|---|---|---|
| D001 | 450.00 | D007 | 4000.00 |
| F001 | 900.00 | F003 | 200.00 |
| F005 | 550.00 | | |

Violation Status: No violations found

HAZNET:
| | |
|---|---|
| Gepaid: | CAR000038158 |
| Tepaid: | CAD050806850 |
| Gen County: | San Bernardino |
| Tsd County: | Los Angeles |
| Tons: | .4750 |
| Category: | Hydrocarbon solvents (benzene, hexane, Stoddard, etc.) |
| Disposal Method: | Transfer Station |
| Contact: | MOUNTAIN VISTA POWER GEN LLC |
| Telephone: | (909) 899-7291 |
| Mailing Address: | 8996 ETIWANDA AVE<br>ETIWANDA, CA 91739 |
| County | San Bernardino |

Exhibit 3<br>Page 189

| Map ID<br>Direction<br>Distance<br>Distance (ft.)<br>Elevation | Site | MAP FINDINGS | Database(s) | EDR ID Number<br>EPA ID Number |
|---|---|---|---|---|

### MOUNTAIN VISTA POWER GENERATION (Continued)

1001217613

| | |
|---|---|
| Gepaid: | CAR000038158 |
| Tepaid: | CAD050806850 |
| Gen County: | San Bernardino |
| Tsd County: | Los Angeles |
| Tons: | .6793 |
| Category: | Unspecified organic liquid mixture |
| Disposal Method: | Transfer Station |
| Contact: | MOUNTAIN VISTA POWER GEN LLC |
| Telephone: | (909) 899-7291 |
| Mailing Address: | 8996 ETIWANDA AVE |
| | ETIWANDA, CA 91739 |
| County | San Bernardino |

| | |
|---|---|
| Gepaid: | CAR000038158 |
| Tepaid: | CAD050806850 |
| Gen County: | San Bernardino |
| Tsd County: | Los Angeles |
| Tons: | .3000 |
| Category: | Other inorganic solid waste |
| Disposal Method: | Transfer Station |
| Contact: | MOUNTAIN VISTA POWER GEN LLC |
| Telephone: | (909) 899-7291 |
| Mailing Address: | 8996 ETIWANDA AVE |
| | ETIWANDA, CA 91739 |
| County | San Bernardino |

| | |
|---|---|
| Gepaid: | CAR000038158 |
| Tepaid: | CAD009007626 |
| Gen County: | San Bernardino |
| Tsd County: | Los Angeles |
| Tons: | 16.8560 |
| Category: | Asbestos-containing waste |
| Disposal Method: | Disposal, Land Fill |
| Contact: | MOUNTAIN VISTA POWER GEN LLC |
| Telephone: | (909) 899-7291 |
| Mailing Address: | 8996 ETIWANDA AVE |
| | ETIWANDA, CA 91739 |
| County | San Bernardino |

| | |
|---|---|
| Gepaid: | CAR000038158 |
| Tepaid: | NVT330010000 |
| Gen County: | San Bernardino |
| Tsd County: | 99 |
| Tons: | 188.7872 |
| Category: | Other organic solids |
| Disposal Method: | Disposal, Land Fill |
| Contact: | MOUNTAIN VISTA POWER GEN LLC |
| Telephone: | (909) 899-7291 |
| Mailing Address: | 8996 ETIWANDA AVE |
| | ETIWANDA, CA 91739 |
| County | San Bernardino |

The CA HAZNET database contains 36 additional records for this site.
Please contact your EDR Account Executive for more information.

| | | |
|---|---|---|
| C17<br>South<br>1/8-1/4<br>702 ft.<br>Lower | **EPTC ETIWANDA**<br>**8996 ETIWANDA AVE**<br>**ETIWANDA, CA 91739**<br><br>Site 1 of 8 in cluster C | **RCRIS-SQG** 1000167575<br>**FINDS** CAD079548574 |

Exhibit 3
Page 190

| Map ID | | | MAP FINDINGS | | |
|---|---|---|---|---|---|
| Direction | | | | | |
| Distance | | | | | |
| Distance (ft.) | | | | | EDR ID Number |
| Elevation | Site | | | Database(s) | EPA ID Number |

**EPTC ETIWANDA (Continued)**        1000167575

RCRIS:

| Owner: | SO CALIFORNIA EDISON EPTC |
|---|---|
| | (310) 223-1904 |
| EPA ID: | CAD079548574 |

| Contact: | JOHN SLAYTON |
|---|---|
| | (310) 223-1904 |

Classification: Small Quantity Generator
Used Oil Recyc: No
TSDF Activities: Not reported

Violation Status: Violations exist

| Regulation Violated: | 264.220-230.K |
|---|---|
| Area of Violation: | TSD-OTHER REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 06/18/1998 |
| Actual Date Achieved Compliance: | 07/16/1998 |

| Enforcement Action: | WRITTEN INFORMAL |
|---|---|
| Enforcement Action Date: | 06/18/1998 |
| Penalty Type: | Not reported |

| Regulation Violated: | 262.20-23.B |
|---|---|
| Area of Violation: | GENERATOR-ALL REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 06/18/1998 |
| Actual Date Achieved Compliance: | 07/16/1998 |

| Enforcement Action: | WRITTEN INFORMAL |
|---|---|
| Enforcement Action Date: | 06/18/1998 |
| Penalty Type: | Not reported |

| Regulation Violated: | 262.40-43.D |
|---|---|
| Area of Violation: | GENERATOR-ALL REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 06/18/1998 |
| Actual Date Achieved Compliance: | 07/16/1998 |

| Enforcement Action: | WRITTEN INFORMAL |
|---|---|
| Enforcement Action Date: | 06/18/1998 |
| Penalty Type: | Not reported |

| Regulation Violated: | 262.10-12.A |
|---|---|
| Area of Violation: | GENERATOR-ALL REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 09/23/1993 |
| Actual Date Achieved Compliance: | 02/01/1995 |

| Enforcement Action: | WRITTEN INFORMAL |
|---|---|
| Enforcement Action Date: | 09/23/1993 |
| Penalty Type: | Final Monetary Penalty |

| Enforcement Action: | FINAL CONSENT DECREES |
|---|---|
| Enforcement Action Date: | 02/01/1995 |
| Penalty Type: | Final Monetary Penalty |

| Regulation Violated: | 264.90-94.F |
|---|---|
| Area of Violation: | TSD-GOUNDWATER MONITORING REQUIREMENTS |
| Date Violation Determined: | 09/23/1993 |
| Actual Date Achieved Compliance: | 02/01/1995 |

| Enforcement Action: | WRITTEN INFORMAL |
|---|---|
| Enforcement Action Date: | 09/23/1993 |
| Penalty Type: | Final Monetary Penalty |

| Enforcement Action: | FINAL CONSENT DECREES |
|---|---|

Exhibit 3
Page 191

| Map ID<br>Direction<br>Distance<br>Distance (ft.)<br>Elevation | Site | | Database(s) | EDR ID Number<br>EPA ID Number |
|---|---|---|---|---|

### EPTC ETIWANDA (Continued)

1000167575

| | |
|---|---|
| Enforcement Action Date: | 02/01/1995 |
| Penalty Type: | Final Monetary Penalty |
| Regulation Violated: | 264.220-230.K |
| Area of Violation: | TSD-OTHER REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 09/23/1993 |
| Actual Date Achieved Compliance: | 02/01/1995 |
| Enforcement Action: | WRITTEN INFORMAL |
| Enforcement Action Date: | 09/23/1993 |
| Penalty Type: | Final Monetary Penalty |
| Enforcement Action: | FINAL CONSENT DECREES |
| Enforcement Action Date: | 02/01/1995 |
| Penalty Type: | Final Monetary Penalty |

There are 8 violation record(s) reported at this site:

| Evaluation | Area of Violation | Date of<br>Compliance |
|---|---|---|
| Compliance Evaluation Inspection | TSD-OTHER REQUIREMENTS (OVERSIGHT) | 19980716 |
| | GENERATOR-ALL REQUIREMENTS (OVERSIGHT) | 19980716 |
| | GENERATOR-ALL REQUIREMENTS (OVERSIGHT) | 19980716 |
| Compliance Evaluation Inspection | GENERATOR-ALL REQUIREMENTS (OVERSIGHT) | 19950201 |
| | TSD-GOUNDWATER MONITORING REQUIREMENTS | 19950201 |
| | TSD-OTHER REQUIREMENTS (OVERSIGHT) | 19950201 |

FINDS:
Other Pertinent Environmental Activity Identified at Site:
    AIRS Facility System (AIRS/AFS)
    Biennial Reporting System (BRS)
    CAMDBS
    Facility Registry System (FRS)
    National Emissions Trends (NET)
    National Toxics Inventory (NTI)
    Resource Conservation and Recovery Act Information system (RCRAINFO)

---

| C18<br>South<br>1/8-1/4<br>702 ft.<br>Lower | ETIWANDA GENERATING STA<br>8996 ETIWANDA AVE<br>RANCHO CUCAMONGA, CA 91739 | San Bern. Co. Permit | S104766087<br>N/A |
|---|---|---|---|

Site 2 of 8 in cluster C

DEHS Permit:
| | |
|---|---|
| Facility ID: | 86008879 |
| Permit Number: | 0104058066 |
| Permit Category: | ABOVEGROUND TANK REGISTRATION |
| Owner: | HOUSTON IND POWER GEN,INC |
| | 8996 ETIWANDA AVE |
| | RANCHO CUCAMONGA, CA 91739 |
| Owner Phone: | - |
| Facility Phone: | - |

Exhibit 3<br>Page 192

| Map ID Direction Distance Distance (ft.) Elevation | Site | | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|---|

### ETIWANDA GENERATING STA  (Continued)

S104766087

Facility ID: 86008879
Permit Number: 9805275538
Permit Category: HAZARDOUS MATERIAL HANDLER
Owner: HOUSTON IND POWER GEN,INC
8996  ETIWANDA AVE
RANCHO CUCAMONGA, CA 91739
Owner Phone: -
Facility Phone: -

Facility ID: 86008879
Permit Number: 9709099803
Permit Category: STATE MANDATED FACILITY SERVICE FEE
Owner: HOUSTON IND POWER GEN,INC
8996  ETIWANDA AVE
RANCHO CUCAMONGA, CA 91739
Owner Phone: -
Facility Phone: -

Facility ID: 86008879
Permit Number: 9806166432
Permit Category: CONDITIONAL EXEMPTION ANNUAL FEE
Owner: HOUSTON IND POWER GEN,INC
8996  ETIWANDA AVE
RANCHO CUCAMONGA, CA 91739
Owner Phone: -
Facility Phone: -

Facility ID: 86008879
Permit Number: 9805275537
Permit Category: HAZARDOUS WASTE GENERATOR
Owner: HOUSTON IND POWER GEN,INC
8996  ETIWANDA AVE
RANCHO CUCAMONGA, CA 91739
Owner Phone: -
Facility Phone: -

---

**C19**
**South**
**1/8-1/4**
**702 ft.**
**Lower**

**ETIWANDA LAUNCHER FACILITY**
**8996 ETIWANDA AVE**
**ETIWANDA, CA  91739**

HIST UST     U001569544
N/A

Site 3 of 8 in cluster C

UST HIST:
| | | | |
|---|---|---|---|
| Facility ID: | 66323 | | |
| Tank Num: | 1 | Container Num: | 382 |
| Tank Capacity: | 200 | Year Installed: | 1984 |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | Not Reported | Tank Construction: | 2 inches |
| Leak Detection: | None | | |
| Contact Name: | MARIO A. FAVARO | Telephone: | (818) 302-1478 |
| Total Tanks: | 1 | Region: | STATE |
| Facility Type: | 2 | Other Type: | ELECTRIC UTILITY |

---

**C20**
**South**
**1/8-1/4**
**702 ft.**
**Lower**

**GENERATING STATION,ETIWANDA**
**8996 ETIWANDA AVENUE**
**RANCHO CUCAMONGA   CA, CA  91739**

WMUDS/SWAT   S103442798
N/A

Site 4 of 8 in cluster C

TC896349.1s  Page 22

Exhibit 3
Page 193

| Map ID Direction Distance Distance (ft.) Elevation | Site | | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|---|

## GENERATING STATION, ETIWANDA  (Continued)

S103442798

WMUDS:

| | |
|---|---|
| Region: | 8 |
| Date of Last Facility Edit: | Not reported |
| Last Facility Editors: | Not reported |
| Waste Discharge System ID: | 8 362300001 |
| Solid Waste Information ID: | Not reported |
| Waste Discharge System: | True |
| Solid Waste Assessment Test Program: | False |
| Facility Name: | Not reported |
| Toxic Pits Cleanup Act Program: | True |
| Resource Conservation Recovery Act Program: | True |
| Department of Defense: | False |
| Open to Public: | False |
| Number of WMUDS at Facility: | 1 |
| Facility Telephone: | Not reported |
| Primary Standard Industrial Classification: | 4911 |
| Secondary Standard Industrial Classification: | Not reported |
| Solid Waste Assessment Test Program Name: | Not reported |
| NPID: | Not reported |
| Tonnage: | 0 |
| Regional Board ID: | Not reported |
| Municipal Solid Waste: | False |
| Superorder: | False |
| Sub Chapter 15: | True |
| Reg. Board Project Officer: | RA |
| Section Range: | Not reported |
| RCRA Facility: | No |
| Waste Discharge Requirements: | A |
| Base Meridian: | Not reported |
| Waste List: | False |
| Facility Description: | Not reported |
| Self-Monitoring Rept. Frequency: | Quarterly Submittal |
| Threat to Water Quality: | |
| | Moderate Threat to Water Quality. A violation could have a major adverse impact on receiving biota, can cause aesthetic impairment to a significant human population, or render unusable a potential domestic or municipal water supply. Awsthetic impairment would include nuisance from a waste treatment facility. |
| Facility Type: | Industrial - Facility that treats and/or disposes of liquid or semisolid wastes from any servicing, producing, manufacturing or processing operation of whatever nature, including mining, gravel washing, geothermal operations, air conditioning, ship building and repairing, oil production, storage and disposal operations, water pumping. |
| Complexity: | Category A - Any major NPDES facility, any non-NPDES facility (particularly those with toxic wastes) that would be a major if discharge was made to surface or ground waters, or any Class I disposal site. Includes any small-volume complex facility (particularly those with toxicwastes) with numerous discharge points, leak detection systems or ground water monitoring wells. |
| Prime Waste: | Process Waste (Waste produced as part of the industrial/manufacturing process) - Hazardous/Influent or Solid Wastes that contain toxic, corrosive, ignitable or reactive substances and must be managed according to applicable DOHS standards. |
| Agency: | MOUNTAIN VISTA POWER GEN., LLC |
| Address: | 1111 LOUISIANA, 16TH FLOOR |
| | HOUSTON          TX 77002 |

Exhibit 3
Page 194

| Map ID Direction Distance Distance (ft.) Elevation | Site | | | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|---|---|

**MAP FINDINGS**

**GENERATING STATION,ETIWANDA (Continued)**       S103442798

| | |
|---|---|
| Department: | Not reported |
| Contact: | F. J. MEYER |
| Telephone: | (713) 207-6000 |
| Type: | Private |
| Landowner: | Not reported |
| Address: | Not reported |
| Telephone: | Not reported |
| Contact: | Not reported |

---

**C21**
**South**
**1/8-1/4**
**702 ft.**
**Lower**

**SCE, ETIWANDA GENERATING STAT.**      **Toxic Pits** S100925144
**8996 ETIWANDA AVENUE**      N/A
**SAN BERNARDINO, CA**

**Site 5 of 8 in cluster C**

TOXIC PITS:
| | | | | |
|---|---|---|---|---|
| Region: | 08 | Task #: | | 08004 |
| Owner: | | SOUTHERN CALIFORNIA EDISON | | |
| Num. of Pits: | 1 | 1/2 Mi Limit: | | Not reported |

Hydro Geological Assessment Report Due: Not Reported
Final Hydro Geological Assessment Review Completed: 10/31/87
| | | | |
|---|---|---|---|
| Cease Discharge Due: | Not reported | Cease Discharge Completed: | Not reported |
| Closure Due: | Not reported | Closure Completed: | Not reported |
| Status: | ACTIVE | | |

---

**C22**
**South**
**1/8-1/4**
**702 ft.**
**Lower**

**ETIWANDA GENERATING STATION**      **HIST UST** U001569542
**8996 ETIWANDA AVE**      N/A
**ETIWANDA, CA 91739**

**Site 6 of 8 in cluster C**

UST HIST:
| | | | |
|---|---|---|---|
| Facility ID: | 60030 | | |
| Tank Num: | 1 | Container Num: | 406 |
| Tank Capacity: | 550 | Year Installed: | 1952 |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | Not Reported | Tank Construction: 12 gauge | |
| Leak Detection: | None | | |
| Contact Name: | M.B. JOSEPH | Telephone: | (714) 987-2561 |
| Total Tanks: | 9 | Region: | STATE |
| Facility Type: | 2 | Other Type: | UTILITY |

| | | | |
|---|---|---|---|
| Facility ID: | 60030 | | |
| Tank Num: | 2 | Container Num: | 407 |
| Tank Capacity: | 120 | Year Installed: | 1952 |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | None | | |
| Contact Name: | M.B. JOSEPH | Telephone: | (714) 987-2561 |
| Total Tanks: | 9 | Region: | STATE |
| Facility Type: | 2 | Other Type: | UTILITY |

| | | | |
|---|---|---|---|
| Facility ID: | 60030 | | |
| Tank Num: | 3 | Container Num: | 1 |
| Tank Capacity: | 550 | Year Installed: | Not reported |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | None | | |

TC896349.1s Page 24

Exhibit 3
Page 195

| Map ID | | |
| Direction | | |
| Distance | | |
| Distance (ft.) | MAP FINDINGS | |
| Elevation   Site | | Database(s) |

EDR ID Number
EPA ID Number

**ETIWANDA GENERATING STATION (Continued)**                                    U001569542

| Contact Name: | M.B. JOSEPH | Telephone: | (714) 987-2561 |
| Total Tanks: | 9 | Region: | STATE |
| Facility Type: | 2 | Other Type: | UTILITY |

| Facility ID: | 60030 | | |
| Tank Num: | 4 | Container Num: | 7 |
| Tank Capacity: | 0 | Year Installed: | Not reported |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | None | | |
| Contact Name: | M.B. JOSEPH | Telephone: | (714) 987-2561 |
| Total Tanks: | 9 | Region: | STATE |
| Facility Type: | 2 | Other Type: | UTILITY |

| Facility ID: | 60030 | | |
| Tank Num: | 5 | Container Num: | 6 |
| Tank Capacity: | 0 | Year Installed: | Not reported |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | None | | |
| Contact Name: | M.B. JOSEPH | Telephone: | (714) 987-2561 |
| Total Tanks: | 9 | Region: | STATE |
| Facility Type: | 2 | Other Type: | UTILITY |

| Facility ID: | 60030 | | |
| Tank Num: | 6 | Container Num: | 5 |
| Tank Capacity: | 0 | Year Installed: | Not reported |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | None | | |
| Contact Name: | M.B. JOSEPH | Telephone: | (714) 987-2561 |
| Total Tanks: | 9 | Region: | STATE |
| Facility Type: | 2 | Other Type: | UTILITY |

| Facility ID: | 60030 | | |
| Tank Num: | 7 | Container Num: | 4 |
| Tank Capacity: | 0 | Year Installed: | Not reported |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | None | | |
| Contact Name: | M.B. JOSEPH | Telephone: | (714) 987-2561 |
| Total Tanks: | 9 | Region: | STATE |
| Facility Type: | 2 | Other Type: | UTILITY |

| Facility ID: | 60030 | | |
| Tank Num: | 8 | Container Num: | 3 |
| Tank Capacity: | 0 | Year Installed: | Not reported |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | None | | |
| Contact Name: | M.B. JOSEPH | Telephone: | (714) 987-2561 |
| Total Tanks: | 9 | Region: | STATE |
| Facility Type: | 2 | Other Type: | UTILITY |

| Facility ID: | 60030 | | |
| Tank Num: | 9 | Container Num: | 2 |
| Tank Capacity: | 0 | Year Installed: | Not reported |

TC896349.1s  Page 25

Exhibit 3
Page 196

| Map ID | | | | |
| Direction | | | | |
| Distance | | | | |
| Distance (ft.) | | | | EDR ID Number |
| Elevation | Site | | Database(s) | EPA ID Number |

### MAP FINDINGS

**ETIWANDA GENERATING STATION** (Continued) U001569542

| | | | |
|---|---|---|---|
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | None | | |
| Contact Name: | M.B. JOSEPH | Telephone: | (714) 987-2561 |
| Total Tanks: | 9 | Region: | STATE |
| Facility Type: | 2 | Other Type: | UTILITY |

| | | | |
|---|---|---|---|
| Facility ID: | 22179 | | |
| Tank Num: | 1 | Container Num: | 145 |
| Tank Capacity: | 480 | Year Installed: | 1970 |
| Tank Used for: | WASTE | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | Visual | | |
| Contact Name: | M. B. JOSEPH, ENG. III | Telephone: | (818) 572-1801 |
| Total Tanks: | 7 | Region: | STATE |
| Facility Type: | 2 | Other Type: | ELECTRIC UTILITY |

| | | | |
|---|---|---|---|
| Facility ID: | 22179 | | |
| Tank Num: | 2 | Container Num: | 146 |
| Tank Capacity: | 1300 | Year Installed: | 1950 |
| Tank Used for: | WASTE | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | Visual | | |
| Contact Name: | M. B. JOSEPH, ENG. III | Telephone: | (818) 572-1801 |
| Total Tanks: | 7 | Region: | STATE |
| Facility Type: | 2 | Other Type: | ELECTRIC UTILITY |

| | | | |
|---|---|---|---|
| Facility ID: | 22179 | | |
| Tank Num: | 3 | Container Num: | 147 |
| Tank Capacity: | 64000 | Year Installed: | 1980 |
| Tank Used for: | WASTE | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | Visual | | |
| Contact Name: | M. B. JOSEPH, ENG. III | Telephone: | (818) 572-1801 |
| Total Tanks: | 7 | Region: | STATE |
| Facility Type: | 2 | Other Type: | ELECTRIC UTILITY |

| | | | |
|---|---|---|---|
| Facility ID: | 22179 | | |
| Tank Num: | 4 | Container Num: | 148 |
| Tank Capacity: | 1600000 | Year Installed: | Not reported |
| Tank Used for: | WASTE | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | Visual | | |
| Contact Name: | M. B. JOSEPH, ENG. III | Telephone: | (818) 572-1801 |
| Total Tanks: | 7 | Region: | STATE |
| Facility Type: | 2 | Other Type: | ELECTRIC UTILITY |

| | | | |
|---|---|---|---|
| Facility ID: | 22179 | | |
| Tank Num: | 5 | Container Num: | 149 |
| Tank Capacity: | 500 | Year Installed: | Not reported |
| Tank Used for: | WASTE | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | Visual | | |
| Contact Name: | M. B. JOSEPH, ENG. III | Telephone: | (818) 572-1801 |
| Total Tanks: | 7 | Region: | STATE |
| Facility Type: | 2 | Other Type: | ELECTRIC UTILITY |

Exhibit 3
Page 197

| Map ID | | MAP FINDINGS | | |
|---|---|---|---|---|
| Direction | | | | |
| Distance | | | | |
| Distance (ft.) | | | | EDR ID Number |
| Elevation | Site | | Database(s) | EPA ID Number |

**ETIWANDA GENERATING STATION (Continued)** U001569542

| | | | |
|---|---|---|---|
| Facility ID: | 22179 | | |
| Tank Num: | 6 | Container Num: | 150 |
| Tank Capacity: | 500 | Year Installed: | Not reported |
| Tank Used for: | WASTE | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | Visual | | |
| Contact Name: | M. B. JOSEPH, ENG. III | Telephone: | (818) 572-1801 |
| Total Tanks: | 7 | Region: | STATE |
| Facility Type: | 2 | Other Type: | ELECTRIC UTILITY |

| | | | |
|---|---|---|---|
| Facility ID: | 22179 | | |
| Tank Num: | 7 | Container Num: | 151 |
| Tank Capacity: | 500 | Year Installed: | Not reported |
| Tank Used for: | WASTE | | |
| Type of Fuel: | Not Reported | Tank Construction: Not reported | |
| Leak Detection: | Visual | | |
| Contact Name: | M. B. JOSEPH, ENG. III | Telephone: | (818) 572-1801 |
| Total Tanks: | 7 | Region: | STATE |
| Facility Type: | 2 | Other Type: | ELECTRIC UTILITY |

| | | | |
|---|---|---|---|
| Facility ID: | 66344 | | |
| Tank Num: | 1 | Container Num: | 455 |
| Tank Capacity: | 0 | Year Installed: | Not reported |
| Tank Used for: | WASTE | | |
| Type of Fuel: | Not Reported | Tank Construction: X centimeters | |
| Leak Detection: | None | | |
| Contact Name: | ROB ZANDBERGEN | Telephone: | (714) 987-2561 |
| Total Tanks: | 1 | Region: | STATE |
| Facility Type: | 2 | Other Type: | ELECTRIC UTILITY |

---

| C23 | **EPTC-ETIWANDA** | San Bern. Co. Permit | S104766061 |
|---|---|---|---|
| South | **8998 ETIWANDA AVE** | | N/A |
| 1/8-1/4 | **RANCHO CUCAMONGA, CA 91739** | | |
| 710 ft. | | | |
| Lower | **Site 7 of 8 in cluster C** | | |

DEHS Permit:

| | |
|---|---|
| Facility ID: | 98046475 |
| Permit Number: | 0012157335 |
| Permit Category: | ABOVEGROUND TANK REGISTRATION |
| Owner: | SO CALIF EDISON |
| | P O BOX 800, QUAD 1A |
| | ROSEMEAD, CA 91770 |
| Owner Phone: | - |
| Facility Phone: | - |

| | |
|---|---|
| Facility ID: | 98046475 |
| Permit Number: | 9808247333 |
| Permit Category: | HAZARDOUS MATERIAL HANDLER |
| Owner: | SO CALIF EDISON |
| | P O BOX 800, QUAD 1A |
| | ROSEMEAD, CA 91770 |
| Owner Phone: | - |
| Facility Phone: | - |

TC896349.1s Page 27

Exhibit 3
Page 198

| Map ID<br>Direction<br>Distance<br>Distance (ft.)<br>Elevation | Site | MAP FINDINGS | Database(s) | EDR ID Number<br>EPA ID Number |
|---|---|---|---|---|

**EPTC-ETIWANDA  (Continued)**                                                      S104766061

| | |
|---|---|
| Facility ID: | 98046475 |
| Permit Number: | 9808247335 |
| Permit Category: | STATE MANDATED FACILITY SERVICE FEE |
| Owner: | SO CALIF EDISON |
| | P O BOX 800, QUAD 1A |
| | ROSEMEAD, CA 91770 |
| Owner Phone: | - |
| Facility Phone: | - |

| | |
|---|---|
| Facility ID: | 98046475 |
| Permit Number: | 9808247334 |
| Permit Category: | HAZARDOUS WASTE GENERATOR |
| Owner: | SO CALIF EDISON |
| | P O BOX 800, QUAD 1A |
| | ROSEMEAD, CA 91770 |
| Owner Phone: | - |
| Facility Phone: | - |

| C24<br>South<br>1/8-1/4<br>710 ft.<br>Lower | **EPTC-ETIWANDA**<br>**8998 ETIWANDA AVE**<br>**ETIWANDA, CA 91739** | **HAZNET** | S103675408<br>N/A |
|---|---|---|---|

Site 8 of 8 in cluster C

HAZNET:

| | |
|---|---|
| Gepaid: | CAD079548574 |
| Tepaid: | CAD982444481 |
| Gen County: | San Bernardino |
| Tsd County: | San Bernardino |
| Tons: | 4.2140 |
| Category: | Waste oil and mixed oil |
| Disposal Method: | Transfer Station |
| Contact: | SOUTHERN CALIFORNIA EDISON |
| Telephone: | (626) 302-1212 |
| Mailing Address: | ENVT'L AFFAIRS RM 405 2244 WALNUT GRV AV |
| | ROSEMEAD, CA 91770 |
| County | San Bernardino |

| | |
|---|---|
| Gepaid: | CAD079548574 |
| Tepaid: | CAD009007626 |
| Gen County: | San Bernardino |
| Tsd County: | Los Angeles |
| Tons: | 65.7384 |
| Category: | Asbestos-containing waste |
| Disposal Method: | Disposal, Land Fill |
| Contact: | SOUTHERN CALIFORNIA EDISON |
| Telephone: | (626) 302-1212 |
| Mailing Address: | ENVT'L AFFAIRS RM 405 2244 WALNUT GRV AV |
| | ROSEMEAD, CA 91770 |
| County | San Bernardino |

Exhibit 3<br>Page 199

| Map ID Direction Distance Distance (ft.) Elevation | Site | MAP FINDINGS | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|---|

**EPTC-ETIWANDA  (Continued)**                                                    S103675408

|  |  |
|---|---|
| Gepaid: | CAD079548574 |
| Tepaid: | CAD067786749 |
| Gen County: | San Bernardino |
| Tsd County: | Los Angeles |
| Tons: | 58.9960 |
| Category: | Asbestos-containing waste |
| Disposal Method: | Disposal, Land Fill |
| Contact: | SOUTHERN CALIFORNIA EDISON |
| Telephone: | (626) 302-1212 |
| Mailing Address: | ENVT'L AFFAIRS RM 405 2244 WALNUT GRV AV ROSEMEAD, CA 91770 |
| County | San Bernardino |

|  |  |
|---|---|
| Gepaid: | CAD079548574 |
| Tepaid: | CAT000646117 |
| Gen County: | San Bernardino |
| Tsd County: | Kings |
| Tons: | 143.2760 |
| Category: | Contaminated soil from site clean-ups |
| Disposal Method: | Disposal, Land Fill |
| Contact: | SOUTHERN CALIFORNIA EDISON |
| Telephone: | (626) 302-1212 |
| Mailing Address: | ENVT'L AFFAIRS RM 405 2244 WALNUT GRV AV ROSEMEAD, CA 91770 |
| County | San Bernardino |

|  |  |
|---|---|
| Gepaid: | CAD079548574 |
| Tepaid: | CAT000646117 |
| Gen County: | San Bernardino |
| Tsd County: | Kings |
| Tons: | 2.7875 |
| Category: | Unspecified oil-containing waste |
| Disposal Method: | Disposal, Land Fill |
| Contact: | SOUTHERN CALIFORNIA EDISON |
| Telephone: | (626) 302-1212 |
| Mailing Address: | ENVT'L AFFAIRS RM 405 2244 WALNUT GRV AV ROSEMEAD, CA 91770 |
| County | San Bernardino |

The CA HAZNET database contains 100 additional records for this site.
Please contact your EDR Account Executive for more information.

---

| D25 NE 1/8-1/4 963 ft. Higher | SOUTHLAND EQUIPMENT SERVICES 13012 WHITTRAM AVE RANCHO CUCAMONGA, CA  91730 | HAZNET | S103988798 N/A |
|---|---|---|---|

Site 1 of 2 in cluster D

HAZNET:

|  |  |
|---|---|
| Gepaid: | CAL000095186 |
| Tepaid: | CAT080013352 |
| Gen County: | San Bernardino |
| Tsd County: | Los Angeles |
| Tons: | .1668 |
| Category: | Unspecified aqueous solution |
| Disposal Method: | Recycler |
| Contact: | PARTNERSHIP |
| Telephone: | (000) 000-0000 |
| Mailing Address: | 13012 WHITTRAM AVE |

Exhibit 3
Page 200

| Map ID<br>Direction<br>Distance<br>Distance (ft.)<br>Elevation | Site | Database(s) | EDR ID Number<br>EPA ID Number |
|---|---|---|---|
| | **SOUTHLAND EQUIPMENT SERVICES (Continued)** | | S103988798 |
| | RANCHO CUCAMONGA, CA 91730 | | |
| | County    San Bernardino | | |

---

| | | | |
|---|---|---|---|
| **D26**<br>**NE**<br>**1/8-1/4**<br>**1009 ft.**<br>**Higher** | **PACIFIC RECYCLING ENTERPRISES**<br>**13012 WITTRAM AVE.**<br>**RANCHO CUCAMONGA, CA  91730** | **HAZNET** | **1000710155**<br>**N/A** |

Site 2 of 2 in cluster D

HAZNET:
| | |
|---|---|
| Gepaid: | CAL923034211 |
| Tepaid: | CAD980883177 |
| Gen County: | San Diego |
| Tsd County: | Kern |
| Tons: | 1.2510 |
| Category: | Tank bottom waste |
| Disposal Method: | Not reported |
| Contact: | PARTNERSHIP |
| Telephone: | (000) 000-0000 |
| Mailing Address: | P.O. BOX 478 |
| | RANCHO CUCAMONGA, CA 91739 - 0478 |
| County | San Diego |

---

| | | | |
|---|---|---|---|
| **27**<br>**North**<br>**1/8-1/4**<br>**1160 ft.**<br>**Higher** | **PACIFIC KILN  & INSULATIONS**<br>**8639 ETIWANDA AVE**<br>**RANCHO CUCAMONGA, CA  91739** | **HAZNET** | **S103674638**<br>**N/A** |

HAZNET:
| | |
|---|---|
| Gepaid: | CAP600928388 |
| Tepaid: | CAD000088252 |
| Gen County: | 0 |
| Tsd County: | Los Angeles |
| Tons: | .6880 |
| Category: | Unspecified organic liquid mixture |
| Disposal Method: | Transfer Station |
| Contact: | Not reported |
| Telephone: | (000) 000-0000 |
| Mailing Address: | 00000 |
| County | 0 |

| | |
|---|---|
| Gepaid: | CAP600928388 |
| Tepaid: | CAD000088252 |
| Gen County: | 0 |
| Tsd County: | Los Angeles |
| Tons: | .2293 |
| Category: | Paint sludge |
| Disposal Method: | Transfer Station |
| Contact: | Not reported |
| Telephone: | (000) 000-0000 |
| Mailing Address: | 00000 |
| County | 0 |

Exhibit 3
Page 201

| Map ID Direction Distance Distance (ft.) Elevation | Site | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|

## MAP FINDINGS

| | | |
|---|---|---|
| | **PACIFIC KILN & INSULATIONS (Continued)** | S103674638 |

| | | |
|---|---|---|
| | Gepaid: | CAP600928388 |
| | Tepaid: | CAD000088252 |
| | Gen County: | 0 |
| | Tsd County: | Los Angeles |
| | Tons: | .4587 |
| | Category: | Unspecified oil-containing waste |
| | Disposal Method: | Transfer Station |
| | Contact: | Not reported |
| | Telephone: | (000) 000-0000 |
| | Mailing Address: | 00000 |
| | County | 0 |

| 28 NE 1/8-1/4 1186 ft. Higher | **V & L REPAIR** **13053 WHITTRAM AVE** **RANCHO CUCAMONGA, CA 91739** | San Bern. Co. Permit | S104771773 N/A |
|---|---|---|---|

DEHS Permit:

| | |
|---|---|
| Facility ID: | 92028897 |
| Permit Number: | 9210291352 |
| Permit Category: | SPECIAL HANDLER |
| Owner: | VAFAI, IRADZI 13053  WHITTRAM AVE RANCHO CUCAMONGA, CA 91739 |
| Owner Phone: | 714-8991395 |
| Facility Phone: | 714-8991395 |

| | |
|---|---|
| Facility ID: | 92028897 |
| Permit Number: | 9709094886 |
| Permit Category: | STATE MANDATED FACILITY SERVICE FEE |
| Owner: | VAFAI, IRADZI 13053  WHITTRAM AVE RANCHO CUCAMONGA, CA 91739 |
| Owner Phone: | 714-8991395 |
| Facility Phone: | 714-8991395 |

| | |
|---|---|
| Facility ID: | 92028897 |
| Permit Number: | 9210291351 |
| Permit Category: | SPECIAL GENERATOR |
| Owner: | VAFAI, IRADZI 13053  WHITTRAM AVE RANCHO CUCAMONGA, CA 91739 |
| Owner Phone: | 714-8991395 |
| Facility Phone: | 714-8991395 |

| 29 ENE 1/2-1 3547 ft. Higher | **VISTA METALS CORPORATION** **13435 WHITTRAM AVE** **FONTANA, CA  92335** | Cal-Sites RCRIS-SQG FINDS HAZNET TRIS UST CA FID UST CERC-NFRAP San Bern. Co. Permit HIST UST | 1000395229 92335VSTMT13 |
|---|---|---|---|

Map ID
Direction
Distance
Distance (ft.)
Elevation    Site

MAP FINDINGS

EDR ID Number
Database(s)    EPA ID Number

**VISTA METALS CORPORATION (Continued)**                                          1000395229

CERCLIS-NFRAP Classification Data:
Site Incident Category: Not reported                    Federal Facility:  Not a Federal Facility
Non NPL Code:        NFRAP
Ownership Status:    Unknown                            NPL Status:      Not on the NPL
CERCLIS-NFRAP Assessment History:
    Assessment:        DISCOVERY                        Completed:    01/01/1985
    Assessment:        PRELIMINARY ASSESSMENT           Completed:    04/01/1985
    Assessment:        PRELIMINARY ASSESSMENT           Completed:    11/01/1988
    Assessment:        ARCHIVE SITE                     Completed:    11/01/1988

RCRIS:
    Owner:         NOT REQUIRED
                   (415) 555-1212
    EPA ID:        CAD008285033

    Contact:       ENVIRONMENTAL MANAGER
                   (714) 823-4278

    Classification:   Handler transports wastes, but commercial status is unknown, Small Quantity
                      Generator
    Used Oil Recyc: No
    TSDF Activities: Not reported

    Violation Status: No violations found

FINDS:
Other Pertinent Environmental Activity Identified at Site:
    Facility Registry System (FRS)
    Resource Conservation and Recovery Act Information system (RCRAINFO)

CAL-SITES:
    Facility ID        36340036
    Status:            REFOA - DOES NOT REQUIRE DTSC ACTION OR OVERSITE ACTIVITY. REFERED TO
                       OTHER AGENCY LEAD
    Status Date:       08/22/1995
    Lead:              Not reported
    Region:            4 - LONG BEACH
    Branch:            SB - SOUTHERN CA. - B
    File Name:         Not reported
    Status Name:       PROPERTY/SITE REFERRED TO ANOTHER AGENCY
    Lead Agency:       N/A                                    Not reported
    NPL:               Not reported
    SIC:               34 MANU - FABRICATED METAL PRODUCTS
    Facility Type:                           N/A
    Type Name:                               Not reported
    Staff Member Responsible for Site:       Not reported
    Supervisor Responsible for Site:         MMONROY
    Region Water Control Board:              SA - SANTA ANA
    Access:                                  Not reported
    Cortese:                                 Not reported
    Hazardous Ranking Score:                 Not reported
    Date Site Hazard Ranked:                 Not reported
    Groundwater Contamination:               Not reported
    No. of Contamination Sources:            0
    Lat/Long:                                0° 0´ 0.00" / 0° 0´ 0.00"
    Lat/long Method:                         Not reported
    State Assembly District Code:            Not reported
    State Senate District:                   Not reported

Exhibit 3
Page 203

| Map ID |  |  |
|---|---|---|
| Direction |  |  |
| Distance |  |  |
| Distance (ft.) |  | EDR ID Number |
| Elevation | Site | Database(s)  EPA ID Number |

### VISTA METALS CORPORATION (Continued)                                    1000395229

The CAL-SITES database may contain additional details for this site. Please contact your EDR Account Executive for more information.

HAZNET:
| | |
|---|---|
| Gepaid: | CAD008285033 |
| Tepaid: | AZC950823111 |
| Gen County: | San Bernardino |
| Tsd County: | 99 |
| Tons: | 16.8560 |
| Category: | Organic solids with halogens |
| Disposal Method: | Not reported |
| Contact: | VISTA METALS CORP |
| Telephone: | (909) 823-4278 |
| Mailing Address: | 13425 WHITTRAM AVE |
| | FONTANA, CA 92335 - 2948 |
| County | San Bernardino |

| | |
|---|---|
| Gepaid: | CAD008285033 |
| Tepaid: | AZC950823111 |
| Gen County: | San Bernardino |
| Tsd County: | 99 |
| Tons: | 80.9088 |
| Category: | Other organic solids |
| Disposal Method: | Not reported |
| Contact: | VISTA METALS CORP |
| Telephone: | (909) 823-4278 |
| Mailing Address: | 13425 WHITTRAM AVE |
| | FONTANA, CA 92335 - 2948 |
| County | San Bernardino |

| | |
|---|---|
| Gepaid: | CAD008285033 |
| Tepaid: | CAD093459485 |
| Gen County: | San Bernardino |
| Tsd County: | Fresno |
| Tons: | .0959 |
| Category: | Organic liquids with metals Alkaline solution (pH <UN-> 12.5) with metals (antimony, arsenic, barium, beryllium, cadmium, chromium, cobalt, copper, lead, mercury, molybdenum, nickel, selenium, silver, thallium, vanadium, and zinc) |
| Disposal Method: | Transfer Station |
| Contact: | VISTA METALS CORP |
| Telephone: | (909) 823-4278 |
| Mailing Address: | 13425 WHITTRAM AVE |
| | FONTANA, CA 92335 - 2948 |
| County | San Bernardino |

| | |
|---|---|
| Gepaid: | CAD008285033 |
| Tepaid: | CAD982444481 |
| Gen County: | San Bernardino |
| Tsd County: | San Bernardino |
| Tons: | 1.0000 |
| Category: | Other organic solids |
| Disposal Method: | Recycler |
| Contact: | VISTA METALS CORP |
| Telephone: | (909) 823-4278 |
| Mailing Address: | 13425 WHITTRAM AVE |
| | FONTANA, CA 92335 - 2948 |
| County | San Bernardino |

Exhibit 3
Page 204

**MAP FINDINGS**

Database(s)    EDR ID Number
EPA ID Number

---

### VISTA METALS CORPORATION (Continued)

1000395229

| | |
|---|---|
| Gepaid: | CAD008285033 |
| Tepaid: | CAT000613893 |
| Gen County: | San Bernardino |
| Tsd County: | Los Angeles |
| Tons: | .1125 |
| Category: | Aqueous solution with less than 10% total organic residues |
| Disposal Method: | Transfer Station |
| Contact: | VISTA METALS CORP |
| Telephone: | (909) 823-4278 |
| Mailing Address: | 13425 WHITTRAM AVE |
| | FONTANA, CA 92335 - 2948 |
| County | San Bernardino |

The CA HAZNET database contains 30 additional records for this site.
Please contact your EDR Account Executive for more information.

**FID:**

| | | | |
|---|---|---|---|
| Facility ID: | 36008337 | Regulate ID: | 00003286 |
| Reg By: | Active Underground Storage Tank Location | | |
| Cortese Code: | Not reported | SIC Code: | Not reported |
| Status: | Active | Facility Tel: | Not reported |
| Mail To: | Not reported | | |
| | 13425 WHITRAM AVE | | |
| | FONTANA, CA 92335 | | |
| Contact: | Not reported | Contact Tel: | Not reported |
| DUNs No: | Not reported | NPDES No: | Not reported |
| Creation: | 10/22/93 | Modified: | 00/00/00 |
| EPA ID: | Not reported | | |
| Comments: | Not reported | | |

**DEHS Permit:**

| | |
|---|---|
| Facility ID: | 86008811 |
| Permit Number: | 9901048545 |
| Permit Category: | UNDERGROUND STORAGE TANKS |
| Owner: | VISTA METALS CORPORATION |
| | 13425 WHITTRAM AVE |
| | FONTANA, CA 92335 |
| Owner Phone: | 909-8234278 |
| Facility Phone: | 909-8234278 |

| | |
|---|---|
| Facility ID: | 86008811 |
| Permit Number: | 9901048546 |
| Permit Category: | UNDERGROUND STORAGE TANK STATE FEE |
| Owner: | VISTA METALS CORPORATION |
| | 13425 WHITTRAM AVE |
| | FONTANA, CA 92335 |
| Owner Phone: | 909-8234278 |
| Facility Phone: | 909-8234278 |

| | |
|---|---|
| Facility ID: | 86008811 |
| Permit Number: | 0110109410 |
| Permit Category: | HAZARDOUS MATERIAL HANDLER |
| Owner: | VISTA METALS CORPORATION |
| | 13425 WHITTRAM AVE |
| | FONTANA, CA 92335 |
| Owner Phone: | 909-8234278 |
| Facility Phone: | 909-8234278 |

Exhibit 3
Page 205

Map ID
Direction
Distance
Distance (ft.)
Elevation   Site

| MAP FINDINGS |

Database(s)

EDR ID Number
EPA ID Number

**VISTA METALS CORPORATION (Continued)**                                    1000395229

| | |
|---|---|
| Facility ID: | 86008811 |
| Permit Number: | 9504181554 |
| Permit Category: | CAL ARP STATE SERVICE FEE |
| Owner: | VISTA METALS CORPORATION |
| | 13425 WHITTRAM AVE |
| | FONTANA, CA 92335 |
| Owner Phone: | 909-8234278 |
| Facility Phone: | 909-8234278 |

| | |
|---|---|
| Facility ID: | 86008811 |
| Permit Number: | 9806095902 |
| Permit Category: | CUPA CAL ARP FEE |
| Owner: | VISTA METALS CORPORATION |
| | 13425 WHITTRAM AVE |
| | FONTANA, CA 92335 |
| Owner Phone: | 909-8234278 |
| Facility Phone: | 909-8234278 |

| | |
|---|---|
| Facility ID: | 86008811 |
| Permit Number: | 9709099772 |
| Permit Category: | STATE MANDATED FACILITY SERVICE FEE |
| Owner: | VISTA METALS CORPORATION |
| | 13425 WHITTRAM AVE |
| | FONTANA, CA 92335 |
| Owner Phone: | 909-8234278 |
| Facility Phone: | 909-8234278 |

| | |
|---|---|
| Facility ID: | 86008811 |
| Permit Number: | 0109269253 |
| Permit Category: | 227053 |
| Owner: | VISTA METALS CORPORATION |
| | 13425 WHITTRAM AVE |
| | FONTANA, CA 92335 |
| Owner Phone: | 909-8234278 |
| Facility Phone: | 909-8234278 |

| | |
|---|---|
| Facility ID: | 86008811 |
| Permit Number: | 0109269254 |
| Permit Category: | 227054 |
| Owner: | VISTA METALS CORPORATION |
| | 13425 WHITTRAM AVE |
| | FONTANA, CA 92335 |
| Owner Phone: | 909-8234278 |
| Facility Phone: | 909-8234278 |

| | |
|---|---|
| Facility ID: | 86008811 |
| Permit Number: | 0110109409 |
| Permit Category: | HAZARDOUS WASTE GENERATOR |
| Owner: | VISTA METALS CORPORATION |
| | 13425 WHITTRAM AVE |
| | FONTANA, CA 92335 |
| Owner Phone: | 909-8234278 |
| Facility Phone: | 909-8234278 |

UST HIST:
| | | | |
|---|---|---|---|
| Facility ID: | 3286 | | |
| Tank Num: | 1 | Container Num: | #1 |

TC896349.1s Page 35

Exhibit 3
Page 206

| Map ID | | | MAP FINDINGS | | | |
|---|---|---|---|---|---|---|
| Direction | | | | | | |
| Distance | | | | | | |
| Distance (ft.) | | | | | | EDR ID Number |
| Elevation | Site | | | | Database(s) | EPA ID Number |

**VISTA METALS CORPORATION** (Continued)　　　　　　　　　　　　　　1000395229

| Tank Capacity: | 7500 | Year Installed: | Not reported |
|---|---|---|---|
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | DIESEL | Tank Construction: Not reported | |
| Leak Detection: | None | | |
| Contact Name: | Not reported | Telephone: | (714) 823-4278 |
| Total Tanks: | 7 | Region: | STATE |
| Facility Type: | 2 | Other Type: | ALUMINUM RECYCLYLE |

| Facility ID: | 3286 | | |
|---|---|---|---|
| Tank Num: | 2 | Container Num: | #2 |
| Tank Capacity: | 7500 | Year Installed: | 1973 |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | DIESEL | Tank Construction: Not reported | |
| Leak Detection: | None | | |
| Contact Name: | Not reported | Telephone: | (714) 823-4278 |
| Total Tanks: | 7 | Region: | STATE |
| Facility Type: | 2 | Other Type: | ALUMINUM RECYCLYLE |

| Facility ID: | 3286 | | |
|---|---|---|---|
| Tank Num: | 3 | Container Num: | #3 |
| Tank Capacity: | 7500 | Year Installed: | 1973 |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | DIESEL | Tank Construction: Not reported | |
| Leak Detection: | None | | |
| Contact Name: | Not reported | Telephone: | (714) 823-4278 |
| Total Tanks: | 7 | Region: | STATE |
| Facility Type: | 2 | Other Type: | ALUMINUM RECYCLYLE |

| Facility ID: | 3286 | | |
|---|---|---|---|
| Tank Num: | 4 | Container Num: | #4 |
| Tank Capacity: | 7500 | Year Installed: | 1973 |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | DIESEL | Tank Construction: Not reported | |
| Leak Detection: | None | | |
| Contact Name: | Not reported | Telephone: | (714) 823-4278 |
| Total Tanks: | 7 | Region: | STATE |
| Facility Type: | 2 | Other Type: | ALUMINUM RECYCLYLE |

| Facility ID: | 3286 | | |
|---|---|---|---|
| Tank Num: | 5 | Container Num: | #5 |
| Tank Capacity: | 2000 | Year Installed: | Not reported |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | DIESEL | Tank Construction: Not reported | |
| Leak Detection: | None | | |
| Contact Name: | Not reported | Telephone: | (714) 823-4278 |
| Total Tanks: | 7 | Region: | STATE |
| Facility Type: | 2 | Other Type: | ALUMINUM RECYCLYLE |

| Facility ID: | 3286 | | |
|---|---|---|---|
| Tank Num: | 6 | Container Num: | #6 |
| Tank Capacity: | 1000 | Year Installed: | Not reported |
| Tank Used for: | PRODUCT | | |
| Type of Fuel: | REGULAR | Tank Construction: Not reported | |
| Leak Detection: | None | | |
| Contact Name: | Not reported | Telephone: | (714) 823-4278 |
| Total Tanks: | 7 | Region: | STATE |
| Facility Type: | 2 | Other Type: | ALUMINUM RECYCLYLE |

Exhibit 3
Page 207

| Map ID Direction Distance Distance (ft.) Elevation | Site | | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|---|

**VISTA METALS CORPORATION  (Continued)**                           1000395229

| | |
|---|---|
| Facility ID: | 3286 |
| Tank Num: | 7 |
| Tank Capacity: | 0 |
| Tank Used for: | WASTE |
| Type of Fuel: | WASTE OIL |
| Leak Detection: | None |
| Contact Name: | Not reported |
| Total Tanks: | 7 |
| Facility Type: | 2 |

| | |
|---|---|
| Container Num: | #7 |
| Year Installed: | Not reported |
| Tank Construction: | Not reported |
| Telephone: | (714) 823-4278 |
| Region: | STATE |
| Other Type: | ALUMINUM RECYCLYLE |

State UST:
| | |
|---|---|
| Facility ID: | 86008811 |
| Total Tanks: | 1 |
| Region: | STATE |
| Local Agency: | 36000 |

---

**E30** **AMERON STEEL WIRE DIV**                    Cal-Sites  1000367607
**NW** **12459 ARROW HWY A**                            FINDS  CAD008288102
**1/2-1** **ETIWANDA, CA  91739**                    RCRIS-LQG
**3826 ft.**                                              VCP
**Higher** Site 1 of 3 in cluster E

RCRIS:
| | |
|---|---|
| Owner: | AMERON STEEL |
| | (415) 555-1212 |
| EPA ID: | CAD008288102 |
| Contact: | FRANK SANSKE |
| | (714) 899-1723 |

Classification: Large Quantity Generator
Used Oil Recyc: No
TSDF Activities: Not reported

BIENNIAL REPORTS:
Last Biennial Reporting Year: 1999

| Waste | Quantity (Lbs) | Waste | Quantity (Lbs) |
|---|---|---|---|
| D001 | 7500.00 | D002 | 24966.85 |
| D009 | 15.00 | | |

Violation Status: No violations found

FINDS:
Other Pertinent Environmental Activity Identified at Site:
Facility Registry System (FRS)
Resource Conservation and Recovery Act Information system (RCRAINFO)

VCP:
| | |
|---|---|
| Facility ID | 36340064 |
| Facility Status | No Further Action |

CAL-SITES:
| | |
|---|---|
| Facility ID | 36340064 |
| Status: | NFA - NO FURTHER ACTION FOR DTSC |
| Status Date: | 04/23/1996 |
| Lead: | DTSC |
| Region: | 4 - LONG BEACH |
| Branch: | SA - SOUTHERN CA. - A |
| File Name: | AMERON STEEL & WIRE PROPERTY |
| Status Name: | NO FURTHER ACTION FOR DTSC |

TC896349.1s  Page 37

Exhibit 3
Page 208

| Map ID | | | | |
|---|---|---|---|---|
| Direction | | | | |
| Distance | | | | |
| Distance (ft.) | | | | **EDR ID Number** |
| Elevation | Site | | Database(s) | **EPA ID Number** |

### MAP FINDINGS

**AMERON STEEL WIRE DIV (Continued)**                                                    1000367607

| | | |
|---|---|---|
| Lead Agency: | DEPT OF TOXIC SUBSTANCES CONTROL | Not reported |
| NPL: | Not reported | |
| SIC: | 34 MANU - FABRICATED METAL PRODUCTS | |
| Facility Type: | VOLUNTARY CLEANUP PROGRAM | |
| Type Name: | VCP | |
| Staff Member Responsible for Site: | MISKAROU | |
| Supervisor Responsible for Site: | HJECHE | |
| Region Water Control Board: | LN - LAHONTAN | |
| Access: | Not reported | |
| Cortese: | Not reported | |
| Hazardous Ranking Score: | Not reported | |
| Date Site Hazard Ranked: | Not reported | |
| Groundwater Contamination: | Unknown | |
| No. of Contamination Sources: | 0 | |
| Lat/Long: | 0° 0' 0.00" / 0° 0' 0.00" | |
| Lat/long Method: | Not reported | |
| State Assembly District Code: | 62 | |
| State Senate District: | 32 | |

The CAL-SITES database may contain additional details for this site.
Please contact your EDR Account Executive for more information.

---

| | | | |
|---|---|---|---|
| E31 | **TAMCO** | **FINDS** | 1000174704 |
| NW | **12459 ARROW HWY** | **HAZNET** | 91739TMC 12 |
| 1/2-1 | **RANCHO CUCAMONGA, CA 91739** | **LUST** | |
| 3828 ft. | | Cortese | |
| Higher | **Site 2 of 3 in cluster E** | **RCRIS-LQG** | |
| | | **TRIS** | |
| | | **UST** | |
| | | **CA SLIC** | |
| | | **CERC-NFRAP** | |
| | | San Bern. Co. Permit | |
| | | **HIST UST** | |

CERCLIS-NFRAP Classification Data:

| | | | |
|---|---|---|---|
| Site Incident Category: | Not reported | Federal Facility: | Not a Federal Facility |
| Non NPL Code: | NFRAP | | |
| Ownership Status: | Unknown | NPL Status: | Not on the NPL |

CERCLIS-NFRAP Assessment History:

| | | | |
|---|---|---|---|
| Assessment: | DISCOVERY | Completed: | 03/29/1993 |
| Assessment: | ARCHIVE SITE | Completed: | 06/21/1994 |
| Assessment: | PRELIMINARY ASSESSMENT | Completed: | 06/21/1994 |

CERCLIS-NFRAP Alias Name(s):
PREVIOUS EPA ID# CAD 983 662 560

RCRIS:

| | |
|---|---|
| Owner: | TAMCO |
| | (415) 555-1212 |
| EPA ID: | CAD982361404 |
| Contact: | ENVIRONMENTAL MANAGER |
| Classification: | Large Quantity Generator |
| Used Oil Recyc: | No |
| TSDF Activities: | Not reported |

BIENNIAL REPORTS:
Last Biennial Reporting Year: 1999

| Waste | Quantity (Lbs) | Waste | Quantity (Lbs) |
|---|---|---|---|
| D001 | 1061.23 | D006 | 56000.00 |

TC896349.1s  Page 38

Exhibit 3
Page 209

| Map ID Direction Distance Distance (ft.) Elevation | Site | | | | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|---|---|---|

**TAMCO (Continued)**                                                   **1000174704**

| | | | |
|---|---|---|---|
| D018 | 911.23 | D039 | 11369.95 |
| D040 | 911.23 | K061 | 19604600.00 |

Violation Status: No violations found

FINDS:
Other Pertinent Environmental Activity Identified at Site:
    AIRS Facility System (AIRS/AFS)
    Biennial Reporting System (BRS)
    Facility Registry System (FRS)
    National Emissions Trends (NET)
    National Toxics Inventory (NTI)
    Resource Conservation and Recovery Act Information system (RCRAINFO)
    Toxic Chemical Release Inventory System (TRIS)

State LUST:

| | |
|---|---|
| Cross Street: | Not reported |
| Qty Leaked: | Not reported |
| Case Number | 083602379T |
| Reg Board: | 8 |
| Chemical: | Gasoline |
| Lead Agency: | Local Agency |
| Local Agency : | 36000 |
| Case Type : | Soil only |
| Status: | Not reported |
| County: | San Bernardino |
| Abate Method: | Excavate and Dispose - remove contaminated soil and dispose in approved site |

| | | | |
|---|---|---|---|
| Review Date: | Not reported | Confirm Leak: | Not reported |
| Workplan: | Not reported | Prelim Assess: | Not reported |
| Pollution Char: | Not reported | Remed Plan: | Not reported |
| Remed Action: | Not reported | Monitoring: | Not reported |
| Close Date: | 4/28/94 | | |
| Release Date: | Not reported | | |
| Cleanup Fund Id : | Not reported | | |
| Discover Date : | 11/4/93 | | |
| Enforcement Dt : | Not reported | | |
| Enf Type: | Not reported | | |
| Enter Date : | 1/14/94 | | |
| Funding: | Not reported | | |
| Staff Initials: | Not reported | | |
| How Discovered: | Tank Closure | | |
| How Stopped: | Close Tank | | |
| Interim : | Yes | | |
| Leak Cause: | Unknown | | |
| Leak Source: | Unknown | | |
| MTBE Date : | Not reported | | |
| Max MTBE GW : | Not reported | | |
| MTBE Tested: | Site NOT Tested for MTBE.Includes Unknown and Not Analyzed. | | |
| Priority: | Not reported | | |
| Local Case # : | Not reported | | |
| Beneficial: | Not reported | | |
| Staff : | CAB | | |
| GW Qualifier : | Not reported | | |
| Max MTBE Soil : | Not reported | | |
| Soil Qualifier : | Not reported | | |
| Hydr Basin #: | Not reported | | |
| Operator : | Not reported | | |
| Oversight Prgm: | Local Oversight Program UST | | |

TC896349.1s Page 39

Exhibit 3
Page 210

Map ID
Direction
Distance
Distance (ft.)
Elevation  Site

## MAP FINDINGS

EDR ID Number
EPA ID Number

Database(s)

**TAMCO (Continued)**                                                    1000174704

Oversight Prgm : LOP
Review Date :       10/20/94
Stop Date :         11/4/93
Work Suspended :Not reported
Responsible Party:TAMCO
RP Address:         12459 ARROW HWY., RANCHO CUCAMONGA CA 91739
Global Id:          T0607100309
Org Name:           Not reported
Contact Person:     Not reported
MTBE Conc:          0
Mtbe Fuel:          Not reported
Water System Name:          KAISER STEEL RESOURCES
Well Name:                  WELL 01
Distance To Lust:           5778.339202
Waste Discharge Global ID:  Not reported
Waste Disch Assigned Name: Not reported

LUST Region 8:
Region:              8
Substance:           8006619                    Cross Street:    Not reported
Regional Board:      08
Local Case Num:      Not reported
Facility Status:     Case Closed
Staff:               CAB
Lead Agency:         Local Agency
Local Agency:        San Bernardino County Fire Dept.
Abate Method:        Excavate and Dispose - remove contaminated soil and dispose in approved
                     site
Qty Leaked:          Not reported
County:              San Bernardino
Review Date:         Not reported            Confirm Leak:    Not reported
Workplan:            Not reported            Prelim Assess:   Not reported
Pollution Char:      Not reported            Remed Plan:      Not reported
Remed Action:        Not reported            Monitoring:      Not reported
Close Date:          4/28/1994
Cleanup Fund Id :    Not reported
Discover Date :      11/04/1993
Enforcement Dt :     Not reported
Enf Type:            Not reported
Enter Date :         1/14/1994
Funding:             Not reported
Staff Initials:      Not reported
How Discovered:      Tank Closure
How Stopped:         Close Tank
Interim :            Yes
Lat/Lon :            34.1007265 / -117.5235672
Leak Cause:          Unknown
Leak Source:         Unknown
Beneficial:          Not reported
MTBE Date :          Not reported
MTBE Tested :        NT
Max MTBE GW :        Not reported
GW Qualifies :       Not reported
Max MTBE Soil :      Not reported
Soil Qualifies :     Not reported
Hydr Basin #:        Not reported
Operator :           Not reported
Oversight Prgm : LOP

Exhibit 3
Page 211

| Map ID Direction Distance Distance (ft.) Elevation | Site | | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|---|

**TAMCO (Continued)**                                                                1000174704

| | |
|---|---|
| Priority : | Not reported |
| Work Suspended | Not reported |
| Responsible Party | TAMCO |
| Well name: | WELL 01 |
| Distance From Lust: | 5778.33920236096544968123 |
| Waste Disch Global Id: | W0607101058 |
| MTBE Class: | * |
| Waste Disch Assigned Name: | 01S/06W-16A01 S |
| Case Type: | S |
| Global ID: | T0607100309 |
| How Stopped Date: | 11/04/1993 |
| Organization Name: | Not reported |
| Contact Person: | Not reported |
| RP Address: | 12459 ARROW HWY., RANCHO CUCAMONGA CA 91739 |
| MTBE Concentration: | 0 |
| MTBE Fuel: | 1 |
| Case Number: | 083602379T |
| Water System Name: | KAISER STEEL RESOURCES |
| Summary: | Not reported |

HAZNET:

| | |
|---|---|
| Gepaid: | CAD982361404 |
| Tepaid: | CAD050099696 |
| Gen County: | San Bernardino |
| Tsd County: | Los Angeles |
| Tons: | .2293 |
| Category: | Aqueous solution with less than 10% total organic residues |
| Disposal Method: | Not reported |
| Contact: | JACK D STUTZ PRESIDENT/CEO |
| Telephone: | (909) 899-0631 |
| Mailing Address: | PO BOX 325 |
| | RANCHO CUCAMONGA, CA 91739 - 0325 |
| County | San Bernardino |

| | |
|---|---|
| Gepaid: | CAD982361404 |
| Tepaid: | CAD089446710 |
| Gen County: | San Bernardino |
| Tsd County: | Los Angeles |
| Tons: | .1251 |
| Category: | Aqueous solution with 10% or more total organic residues |
| Disposal Method: | Recycler |
| Contact: | JACK D STUTZ PRESIDENT/CEO |
| Telephone: | (909) 899-0631 |
| Mailing Address: | PO BOX 325 |
| | RANCHO CUCAMONGA, CA 91739 - 0325 |
| County | San Bernardino |

| | |
|---|---|
| Gepaid: | CAD982361404 |
| Tepaid: | CAT000613927 |
| Gen County: | San Bernardino |
| Tsd County: | San Bernardino |
| Tons: | .3753 |
| Category: | Liquids with halogenated organic compounds > 1000 mg/l |
| Disposal Method: | Not reported |
| Contact: | JACK D STUTZ PRESIDENT/CEO |
| Telephone: | (909) 899-0631 |
| Mailing Address: | PO BOX 325 |
| | RANCHO CUCAMONGA, CA 91739 - 0325 |
| County | San Bernardino |

Exhibit 3
Page 212

Map ID
Direction
Distance
Distance (ft.)                                                                      EDR ID Number
Elevation   Site                                                  Database(s)        EPA ID Number

MAP FINDINGS

### TAMCO (Continued)                                                    1000174704

|  |  |
|---|---|
| Gepaid: | CAD982361404 |
| Tepaid: | CAT000613927 |
| Gen County: | San Bernardino |
| Tsd County: | San Bernardino |
| Tons: | 21.6735 |
| Category: | Liquids with halogenated organic compounds > 1000 mg/l |
| Disposal Method: | Transfer Station |
| Contact: | JACK D STUTZ PRESIDENT/CEO |
| Telephone: | (909) 899-0631 |
| Mailing Address: | PO BOX 325 |
|  | RANCHO CUCAMONGA, CA 91739 - 0325 |
| County | San Bernardino |

|  |  |
|---|---|
| Gepaid: | CAD982361404 |
| Tepaid: | CAT000613927 |
| Gen County: | San Bernardino |
| Tsd County: | San Bernardino |
| Tons: | 2.5766 |
| Category: | Hydrocarbon solvents (benzene, hexane, Stoddard, etc.) |
| Disposal Method: | Transfer Station |
| Contact: | JACK D STUTZ PRESIDENT/CEO |
| Telephone: | (909) 899-0631 |
| Mailing Address: | PO BOX 325 |
|  | RANCHO CUCAMONGA, CA 91739 - 0325 |
| County | San Bernardino |

The CA HAZNET database contains 154 additional records for this site.
Please contact your EDR Account Executive for more information.

CORTESE:

| Reg Id: | 083602379T |
|---|---|
| Region: | CORTESE |
| Reg By: | Leaking Underground Storage Tanks |

SLIC Region 8:

| Facility ID: | 168 |
|---|---|
| Type: | Soil |
| Region: | 8 |
| Facility Status: | Closed |
| Lead Agency: | Regional Board |
| Cross Street: | Not reported |
| Sub Release: | LEAD |
| Staff: | XXX |
| Location Code: | Not reported |
| Thomas Bros map | Not reported |
| Program: | SLIC |
| CAO Number: | Not reported |
| ACL Number: | Not reported |
| Permit Number: | Not reported |
| Complexity: | M |
| Comments: | Not reported |

Exhibit 3
Page 213

| Map ID | | |
|---|---|---|
| Direction | | |
| Distance | | |
| Distance (ft.) | | EDR ID Number |
| Elevation   Site | | Database(s)   EPA ID Number |

**MAP FINDINGS**

### TAMCO (Continued)                                                                  1000174704

DEHS Permit:
Facility ID:          86008874
Permit Number:    9311195821
Permit Category:  UNDERGROUND STORAGE TANKS
Owner:                TAMCO
                          P O BOX 325
                          RANCHO CUCAMONGA, CA 91739
Owner Phone:      909-8990660
Facility Phone:     909-8990660

Facility ID:          86008874
Permit Number:    9311195822
Permit Category:  UNDERGROUND STORAGE TANK STATE FEE
Owner:                TAMCO
                          P O BOX 325
                          RANCHO CUCAMONGA, CA 91739
Owner Phone:      909-8990660
Facility Phone:     909-8990660

Facility ID:          86008874
Permit Number:    8701071237
Permit Category:  HAZARDOUS MATERIAL HANDLER
Owner:                TAMCO
                          P O BOX 325
                          RANCHO CUCAMONGA, CA 91739
Owner Phone:      909-8990660
Facility Phone:     909-8990660

Facility ID:          86008874
Permit Number:    9709099799
Permit Category:  STATE MANDATED FACILITY SERVICE FEE
Owner:                TAMCO
                          P O BOX 325
                          RANCHO CUCAMONGA, CA 91739
Owner Phone:      909-8990660
Facility Phone:     909-8990660

Facility ID:          86008874
Permit Number:    0206040354
Permit Category:  227054
Owner:                TAMCO
                          P O BOX 325
                          RANCHO CUCAMONGA, CA 91739
Owner Phone:      909-8990660
Facility Phone:     909-8990660

Facility ID:          86008874
Permit Number:    8612020024
Permit Category:  HAZARDOUS WASTE GENERATOR
Owner:                TAMCO
                          P O BOX 325
                          RANCHO CUCAMONGA, CA 91739
Owner Phone:      909-8990660
Facility Phone:     909-8990660

UST HIST:
Facility ID:          15449

TC896349.1s  Page 43

Exhibit 3
Page 214

Map ID
Direction
Distance
Distance (ft.)
Elevation    Site                                                                                                    Database(s)    EDR ID Number
                                                                                                                                  EPA ID Number

| | | | |
|---|---|---|---|

**TAMCO  (Continued)**                                                                                                            1000174704

| | | | | |
|---|---|---|---|---|
| Tank Num: | 1 | Container Num: | 004 | |
| Tank Capacity: | 50000 | Year Installed: | 1975 | |
| Tank Used for: | PRODUCT | | | |
| Type of Fuel: | DIESEL | Tank Construction: Not reported | | |
| Leak Detection: | Stock Inventor, None | | | |
| Contact Name: | Not reported | Telephone: | (714) 987-2521 | |
| Total Tanks: | 4 | Region: | STATE | |
| Facility Type: | 2 | Other Type: | STEEL MILL | |
| | | | | |
| Facility ID: | 15449 | | | |
| Tank Num: | 2 | Container Num: | 003 | |
| Tank Capacity: | 50000 | Year Installed: | 1975 | |
| Tank Used for: | PRODUCT | | | |
| Type of Fuel: | DIESEL | Tank Construction: Not reported | | |
| Leak Detection: | Stock Inventor, None | | | |
| Contact Name: | Not reported | Telephone: | (714) 987-2521 | |
| Total Tanks: | 4 | Region: | STATE | |
| Facility Type: | 2 | Other Type: | STEEL MILL | |
| | | | | |
| Facility ID: | 15449 | | | |
| Tank Num: | 3 | Container Num: | 002 | |
| Tank Capacity: | 50000 | Year Installed: | 1975 | |
| Tank Used for: | PRODUCT | | | |
| Type of Fuel: | DIESEL | Tank Construction: Not reported | | |
| Leak Detection: | Stock Inventor, None | | | |
| Contact Name: | Not reported | Telephone: | (714) 987-2521 | |
| Total Tanks: | 4 | Region: | STATE | |
| Facility Type: | 2 | Other Type: | STEEL MILL | |
| | | | | |
| Facility ID: | 15449 | | | |
| Tank Num: | 4 | Container Num: | 001 | |
| Tank Capacity: | 50000 | Year Installed: | 1975 | |
| Tank Used for: | PRODUCT | | | |
| Type of Fuel: | DIESEL | Tank Construction: Not reported | | |
| Leak Detection: | Stock Inventor, None | | | |
| Contact Name: | Not reported | Telephone: | (714) 987-2521 | |
| Total Tanks: | 4 | Region: | STATE | |
| Facility Type: | 2 | Other Type: | STEEL MILL | |

State UST:
Facility ID:      86008874
Total Tanks:      1
Region:           STATE
Local Agency:     36000

---

**E32**         **TAMCO**                                                                    **Cal-Sites**    **S101661358**
**NW**          **12549 ARROW HIGHWAY**                                                                        **N/A**
**1/2-1**       **RANCHO CUCAMONGA, CA  91739**
**3828 ft.**
**Higher**      **Site 3 of 3 in cluster E**

CAL-SITES:
Facility ID      36330050
Status:          REFOA - DOES NOT REQUIRE DTSC ACTION OR OVERSITE ACTIVITY. REFERED TO
                 OTHER AGENCY LEAD
Status Date:     08/31/1995
Lead:            Not reported
Region:          4 - LONG BEACH
Branch:          SB - SOUTHERN CA. - B

Exhibit 3
Page 215

| Map ID Direction Distance Distance (ft.) Elevation | Site | | | | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|---|---|---|

MAP FINDINGS

**TAMCO (Continued)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　S101661358

| | |
|---|---|
| File Name: | TAMCO |
| Status Name: | PROPERTY/SITE REFERRED TO ANOTHER AGENCY |
| Lead Agency: | N/A　　　　　　　　　　　　　　　　　　　　　Not reported |
| NPL: | Not reported |
| SIC: | 33 MANU - PRIMARY METAL INDUSTRIES |
| Facility Type: | N/A |
| Type Name: | Not reported |
| Staff Member Responsible for Site: | Not reported |
| Supervisor Responsible for Site: | Not reported |
| Region Water Control Board: | Not reported |
| Access: | Not reported |
| Cortese: | Not reported |
| Hazardous Ranking Score: | Not reported |
| Date Site Hazard Ranked: | Not reported |
| Groundwater Contamination: | Not reported |
| No. of Contamination Sources: | 0 |
| Lat/Long: | 0˚ 0´ 0.00˝ / 0˚ 0´ 0.00˝ |
| Lat/long Method: | Not reported |
| State Assembly District Code: | Not reported |
| State Senate District: | Not reported |

The CAL-SITES database may contain additional details for this site.
Please contact your EDR Account Executive for more information.

---

**33**
**South**
**1/2-1**
**4142 ft.**
**Lower**

**9400 BLOCK ETAWANDA AVENUE**
**FONTANA, CA**

**CHMIRS**　**S100218825**
**N/A**

CHMIRS:

| | |
|---|---|
| OES Control Number: | 8910701　　　DOT ID:　　1338 |
| DOT Hazard Class: | Flammable solids, spontaneously combustible materials and materials that are dangerous when wet |
| Chemical Name: | PHOSPHORUS, RED |
| Extent of Release: | Not reported |
| CAS Number: | Not reported　　Quantity Released:　20 |
| Environmental Contamination: | Ground　　Property Use:　Vacant Lot |
| Incident Date: | 10-SEP-89　　Date Completed:　11-SEP-89 |
| Time Completed : | 330 |
| Physical State Stored : | Solid |
| Physical State Released : | Solid |
| Release Unit : | Lbs. |
| Container Description : | 2 |
| Container Type : | 05 |
| Container Material : | Plastic Fiberglass , Rigid |
| Level Of Container : | Ground Level |
| Container Capacity : | 20 |
| Container Capacity Units (code) : | 1 |
| Extent Of Release (code) : | 7 |
| Agency Id Number : | 36709 |
| Agency Incident Number : | 41-091089-01 |
| OES Incident Number : | 8910701 |
| Time Notified : | 1700 |
| Surrounding Area : | 600 |
| Estimated Temperature : | 60 |
| Property Management : | K |
| More Than Two Substances Involved? : | Not reported |
| Special Studies 1 : | Not reported |

Exhibit 3
Page 216

| Map ID Direction Distance Distance (ft.) Elevation | Site | | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|---|

**MAP FINDINGS**

| (Continued) | | | | S100218825 |

Special Studies 2 :      Not reported
Special Studies 3 :      Not reported
Special Studies 4 :      Not reported
Special Studies 5 :      Not reported
Special Studies 6 :      Not reported
Responding Agency Personel # Of Injuries :      0
Responding Agency Personel # Of Fatalities :      0
Resp Agncy Personel # Of Decontaminated :      0
Others Number Of Decontaminated :      0
Others Number Of Injuries :      0
Others Number Of Fatalities :      0
Vehicle Make/year :      Not reported
Vehicle License Number :      Not reported
Vehicle State :      Not reported
Vehicle Id Number :      Not reported
CA/DOT/PUC/ICC Number :      Not reported
Company Name :      Not reported
Reporting Officer Name/ID :      RONALD A. RIPLEY
Report Date :      03-OCT-89
Comments :      Not reported
Facility Telephone Number :      714 387-3044

---

| 34 East 1/2-1 4569 ft. Higher | FNHJEH ENVIRONMENTAL MANAGEMENT, INC. 13579 WHITTRAM STREET FONTANA, CA 92335 | | RCRIS-SQG FINDS RCRIS-TSD CORRACTS | 1000367263 CAT080025711 |

**CORRACTS Data:**

EPA Id:      CAT080025711
Region:      9
State:      CA
Area Name:      ENTIRE FACILITY
Original Scheduled Date:      Not reported
New Scheduled Date:      Not reported
Actual Date:      03/06/1995
Corrective Action:      CA075LO - CA Prioritization, Facility or area was assigned a low corrective action priority

**RCRIS Corrective Action Summary:**
Event:      CA Prioritization, Facility or area was assigned a low corrective action priority.
Event Date:      03/06/1995

**RCRIS:**
Owner:      FNHJEH ENVIRONMENTAL MANAGEMENT, INC.
     (415) 555-1212
EPA ID:      CAT080025711

Contact:      ENVIRONMENTAL MANAGER
     (213) 595-7431

Classification:      Handler transports wastes, but commercial status is unknown, TSDF
Used Oil Recyc: No
TSDF Activities: Not reported

**BIENNIAL REPORTS:**
Last Biennial Reporting Year: 1999

| Waste | Quantity (Lbs) | Waste | Quantity (Lbs) |
|---|---|---|---|
| D001 | 2220.07 | D002 | 2300.06 |

TC896349.1s    Page 46

Exhibit 3 Page 217

| Map ID<br>Direction<br>Distance<br>Distance (ft.)<br>Elevation | Site | MAP FINDINGS | Database(s) | EDR ID Number<br>EPA ID Number |
|---|---|---|---|---|

**FNHJEH ENVIRONMENTAL MANAGEMENT, INC. (Continued)**                                              1000367263

D008          500.00                              F001          95602.25

Violation Status: Violations exist

| | |
|---|---|
| Regulation Violated:<br>Area of Violation:<br>Date Violation Determined:<br>Actual Date Achieved Compliance: | 264.10-18.B<br>TSD-OTHER REQUIREMENTS (OVERSIGHT)<br>06/12/2001<br>06/12/2001 |
| Regulation Violated:<br>Area of Violation:<br>Date Violation Determined:<br>Actual Date Achieved Compliance: | 264.400-406.Q<br>TSD-CHEMICAL/PHYSICAL/BIOLOGICAL REQUIREMENTS<br>05/21/2001<br>06/12/2001 |
| Enforcement Action:<br>Enforcement Action Date:<br>Penalty Type: | WRITTEN INFORMAL<br>06/12/2001<br>Not reported |
| Regulation Violated:<br>Area of Violation:<br>Date Violation Determined:<br>Actual Date Achieved Compliance: | 270<br>TSD-OTHER REQUIREMENTS (OVERSIGHT)<br>11/15/1999<br>Not reported |
| Enforcement Action:<br>Enforcement Action Date:<br>Penalty Type: | WRITTEN INFORMAL<br>07/13/2000<br>Not reported |
| Regulation Violated:<br>Area of Violation:<br>Date Violation Determined:<br>Actual Date Achieved Compliance: | 264.10-18.B<br>TSD-OTHER REQUIREMENTS (OVERSIGHT)<br>11/15/1999<br>Not reported |
| Enforcement Action:<br>Enforcement Action Date:<br>Penalty Type: | WRITTEN INFORMAL<br>07/13/2000<br>Not reported |
| Regulation Violated:<br>Area of Violation:<br>Date Violation Determined:<br>Actual Date Achieved Compliance: | 270<br>TSD-OTHER REQUIREMENTS (OVERSIGHT)<br>11/15/1999<br>Not reported |
| Enforcement Action:<br>Enforcement Action Date:<br>Penalty Type: | WRITTEN INFORMAL<br>07/13/2000<br>Not reported |
| Regulation Violated:<br>Area of Violation:<br>Date Violation Determined:<br>Actual Date Achieved Compliance: | 264.140-150.H<br>TSD-FINANCIAL RESPONSIBILITY REQUIREMENTS<br>11/15/1999<br>10/02/2000 |
| Enforcement Action:<br>Enforcement Action Date:<br>Penalty Type: | WRITTEN INFORMAL<br>11/15/1999<br>Not reported |
| Regulation Violated:<br>Area of Violation:<br>Date Violation Determined:<br>Actual Date Achieved Compliance: | 264.140-150.H<br>TSD-FINANCIAL RESPONSIBILITY REQUIREMENTS<br>11/15/1999<br>10/02/2000 |
| Enforcement Action:<br>Enforcement Action Date:<br>Penalty Type: | WRITTEN INFORMAL<br>11/15/1999<br>Not reported |
| Regulation Violated:<br>Area of Violation: | 263<br>TRANSPORTER-ALL REQUIREMENTS (OVERSIGHT) |

Exhibit 3<br>Page 218

| Map ID | | | | |
|---|---|---|---|---|
| Direction | | | | |
| Distance | | | | |
| Distance (ft.) | | | | EDR ID Number |
| Elevation | Site | | Database(s) | EPA ID Number |

**MAP FINDINGS**

### FNHJEH ENVIRONMENTAL MANAGEMENT, INC. (Continued) 1000367263

| | |
|---|---|
| Date Violation Determined: | 08/25/1998 |
| Actual Date Achieved Compliance: | Not reported |
| | |
| Enforcement Action: | FINAL CONSENT DECREES |
| Enforcement Action Date: | 08/25/1998 |
| Penalty Type: | Final Monetary Penalty |
| | |
| Regulation Violated: | 264.10-18.B |
| Area of Violation: | TSD-OTHER REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 03/23/1998 |
| Actual Date Achieved Compliance: | 10/07/1998 |
| | |
| Enforcement Action: | FINAL 3008(A) COMPLIANCE ORDER |
| Enforcement Action Date: | 09/22/1998 |
| Penalty Type: | Final Monetary Penalty |
| | |
| Regulation Violated: | 264.10-18.B |
| Area of Violation: | TSD-OTHER REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 04/15/1997 |
| Actual Date Achieved Compliance: | 12/23/1997 |
| | |
| Enforcement Action: | FINAL 3008(A) COMPLIANCE ORDER |
| Enforcement Action Date: | 08/27/1997 |
| Penalty Type: | Final Monetary Penalty |
| | |
| Regulation Violated: | 264.70-77.E |
| Area of Violation: | TSD-OTHER REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 04/15/1997 |
| Actual Date Achieved Compliance: | 12/23/1997 |
| | |
| Enforcement Action: | FINAL 3008(A) COMPLIANCE ORDER |
| Enforcement Action Date: | 08/27/1997 |
| Penalty Type: | Final Monetary Penalty |
| | |
| Regulation Violated: | 264.190-201.J |
| Area of Violation: | TSD-OTHER REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 04/15/1997 |
| Actual Date Achieved Compliance: | 12/23/1997 |
| | |
| Enforcement Action: | FINAL 3008(A) COMPLIANCE ORDER |
| Enforcement Action Date: | 08/27/1997 |
| Penalty Type: | Final Monetary Penalty |
| | |
| Regulation Violated: | 264.140-150.H |
| Area of Violation: | TSD-FINANCIAL RESPONSIBILITY REQUIREMENTS |
| Date Violation Determined: | 12/20/1995 |
| Actual Date Achieved Compliance: | 06/10/1996 |
| | |
| Enforcement Action: | WRITTEN INFORMAL |
| Enforcement Action Date: | 12/06/1995 |
| Penalty Type: | Not reported |
| | |
| Regulation Violated: | 264.30-37.C |
| Area of Violation: | TSD-OTHER REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 12/06/1995 |
| Actual Date Achieved Compliance: | 06/10/1996 |
| | |
| Enforcement Action: | WRITTEN INFORMAL |
| Enforcement Action Date: | 12/06/1995 |
| Penalty Type: | Not reported |
| | |
| Regulation Violated: | 270 |
| Area of Violation: | TSD-OTHER REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 12/06/1995 |

Exhibit 3
Page 219

| Map ID | | | | |
|---|---|---|---|---|
| Direction | | **MAP FINDINGS** | | |
| Distance | | | | |
| Distance (ft.) | | | | EDR ID Number |
| Elevation | Site | | Database(s) | EPA ID Number |

**FNHJEH ENVIRONMENTAL MANAGEMENT, INC. (Continued)**                1000367263

| Actual Date Achieved Compliance: | 06/10/1996 |
|---|---|

| Enforcement Action: | WRITTEN INFORMAL |
|---|---|
| Enforcement Action Date: | 12/06/1995 |
| Penalty Type: | Not reported |

| Regulation Violated: | 264.110-120.G |
|---|---|
| Area of Violation: | TSD-CLOSURE/POST-CLOSURE REQUIREMENTS |
| Date Violation Determined: | 01/31/1995 |
| Actual Date Achieved Compliance: | 06/10/1996 |

| Regulation Violated: | 264.190-201.J |
|---|---|
| Area of Violation: | TSD-OTHER REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 01/31/1995 |
| Actual Date Achieved Compliance: | 06/10/1996 |

| Regulation Violated: | 262.10-12.A |
|---|---|
| Area of Violation: | GENERATOR-ALL REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 01/31/1995 |
| Actual Date Achieved Compliance: | 06/10/1996 |

| Regulation Violated: | 264.10-18.B |
|---|---|
| Area of Violation: | TSD-OTHER REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 01/31/1995 |
| Actual Date Achieved Compliance: | 06/10/1996 |

| Regulation Violated: | 264.50-56.D |
|---|---|
| Area of Violation: | TSD-OTHER REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 12/06/1993 |
| Actual Date Achieved Compliance: | 12/22/1994 |

| Enforcement Action: | WRITTEN INFORMAL |
|---|---|
| Enforcement Action Date: | 12/06/1993 |
| Penalty Type: | Not reported |

| Regulation Violated: | 264.70-77.E |
|---|---|
| Area of Violation: | TSD-OTHER REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 12/06/1993 |
| Actual Date Achieved Compliance: | 12/22/1994 |

| Enforcement Action: | WRITTEN INFORMAL |
|---|---|
| Enforcement Action Date: | 12/06/1993 |
| Penalty Type: | Not reported |

| Regulation Violated: | 262.10-12.A |
|---|---|
| Area of Violation: | GENERATOR-ALL REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 12/06/1993 |
| Actual Date Achieved Compliance: | 12/22/1994 |

| Enforcement Action: | WRITTEN INFORMAL |
|---|---|
| Enforcement Action Date: | 12/06/1993 |
| Penalty Type: | Not reported |

| Regulation Violated: | 264.190-201.J |
|---|---|
| Area of Violation: | TSD-OTHER REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 12/06/1993 |
| Actual Date Achieved Compliance: | 12/22/1994 |

| Enforcement Action: | WRITTEN INFORMAL |
|---|---|
| Enforcement Action Date: | 12/06/1993 |
| Penalty Type: | Not reported |

| Regulation Violated: | 264.10-18.B |
|---|---|
| Area of Violation: | TSD-OTHER REQUIREMENTS (OVERSIGHT) |

TC896349.1s  Page 49

Exhibit 3
Page 220

Map ID
Direction
Distance
Distance (ft.)                                                                                              EDR ID Number
Elevation    Site                                                                        Database(s)        EPA ID Number

---

**FNHJEH ENVIRONMENTAL MANAGEMENT, INC. (Continued)**                                              1000367263

| | |
|---|---|
| Date Violation Determined: | 12/06/1993 |
| Actual Date Achieved Compliance: | 12/22/1994 |
| | |
| Enforcement Action: | WRITTEN INFORMAL |
| Enforcement Action Date: | 12/06/1993 |
| Penalty Type: | Not reported |
| | |
| Regulation Violated: | 264.10-18.B |
| Area of Violation: | TSD-OTHER REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 05/14/1993 |
| Actual Date Achieved Compliance: | 12/22/1994 |
| | |
| Regulation Violated: | 264.140-150.H |
| Area of Violation: | TSD-FINANCIAL RESPONSIBILITY REQUIREMENTS |
| Date Violation Determined: | 05/14/1993 |
| Actual Date Achieved Compliance: | 12/22/1994 |
| | |
| Regulation Violated: | 263 |
| Area of Violation: | TRANSPORTER-ALL REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 05/24/1990 |
| Actual Date Achieved Compliance: | 05/14/1993 |
| | |
| Enforcement Action: | WRITTEN INFORMAL |
| Enforcement Action Date: | 07/06/1990 |
| Penalty Type: | Not reported |
| | |
| Regulation Violated: | 262.50-60 |
| Area of Violation: | GENERATOR-ALL REQUIREMENTS (OVERSIGHT) |
| Date Violation Determined: | 05/24/1990 |
| Actual Date Achieved Compliance: | 05/14/1993 |
| | |
| Enforcement Action: | WRITTEN INFORMAL |
| Enforcement Action Date: | 07/06/1990 |
| Penalty Type: | Not reported |

Exhibit 3
Page 221

| Map ID | | | |
|---|---|---|---|
| Direction | | | |
| Distance | | | |
| Distance (ft.) | | | EDR ID Number |
| Elevation | Site | Database(s) | EPA ID Number |

## MAP FINDINGS

### FNHJEH ENVIRONMENTAL MANAGEMENT, INC. (Continued)

1000367263

There are 28 violation record(s) reported at this site:

| Evaluation | Area of Violation | Date of Compliance |
|---|---|---|
| Financial Record Review | TSD-OTHER REQUIREMENTS (OVERSIGHT) | 20010612 |
| Compliance Evaluation Inspection | TSD-CHEMICAL/PHYSICAL/BIOLOGICAL REQUIREMENTS | 20010612 |
| A Significant Non-Complier (SNC) | TSD-OTHER REQUIREMENTS (OVERSIGHT) | |
| | TSD-OTHER REQUIREMENTS (OVERSIGHT) | |
| | TSD-OTHER REQUIREMENTS (OVERSIGHT) | |
| Compliance Evaluation Inspection | TSD-FINANCIAL RESPONSIBILITY REQUIREMENTS | 20001002 |
| Other Evaluation | TSD-FINANCIAL RESPONSIBILITY REQUIREMENTS | 20001002 |
| Other Evaluation | TRANSPORTER-ALL REQUIREMENTS (OVERSIGHT) | |
| Compliance Evaluation Inspection | TSD-OTHER REQUIREMENTS (OVERSIGHT) | 19981007 |
| Compliance Evaluation Inspection | TSD-OTHER REQUIREMENTS (OVERSIGHT) | 19971223 |
| | TSD-OTHER REQUIREMENTS (OVERSIGHT) | 19971223 |
| | TSD-OTHER REQUIREMENTS (OVERSIGHT) | 19971223 |
| Compliance Evaluation Inspection | TSD-OTHER REQUIREMENTS (OVERSIGHT) | 19960610 |
| | TSD-OTHER REQUIREMENTS (OVERSIGHT) | 19960610 |
| | TSD-FINANCIAL RESPONSIBILITY REQUIREMENTS | 19960610 |
| Compliance Evaluation Inspection | TSD-CLOSURE/POST-CLOSURE REQUIREMENTS | 19960610 |
| | TSD-OTHER REQUIREMENTS (OVERSIGHT) | 19960610 |
| | TSD-OTHER REQUIREMENTS (OVERSIGHT) | 19960610 |
| | GENERATOR-ALL REQUIREMENTS (OVERSIGHT) | 19960610 |
| Compliance Evaluation Inspection | TSD-OTHER REQUIREMENTS (OVERSIGHT) | 19941222 |
| | TSD-OTHER REQUIREMENTS (OVERSIGHT) | 19941222 |
| | TSD-OTHER REQUIREMENTS (OVERSIGHT) | 19941222 |
| | GENERATOR-ALL REQUIREMENTS (OVERSIGHT) | 19941222 |
| | TSD-OTHER REQUIREMENTS (OVERSIGHT) | 19941222 |
| Compliance Evaluation Inspection | TSD-OTHER REQUIREMENTS (OVERSIGHT) | 19941222 |
| | TSD-FINANCIAL RESPONSIBILITY REQUIREMENTS | 19941222 |
| Compliance Evaluation Inspection | TRANSPORTER-ALL REQUIREMENTS (OVERSIGHT) | 19930514 |
| | GENERATOR-ALL REQUIREMENTS (OVERSIGHT) | 19930514 |

FINDS:

Other Pertinent Environmental Activity Identified at Site:
Facility Registry System (FRS)
Resource Conservation and Recovery Act Information system (RCRAINFO)
Toxic Chemical Release Inventory System (TRIS)

| 35<br>North<br>1/2-1<br>4981 ft.<br>Higher | **CIRCLE K #0989**<br>**12852 FOOTHILL BLVD**<br>**RANCHO CUCAMONGA, CA 91730** | **LUST**<br>**Cortese** | S104025229<br>N/A |
|---|---|---|---|

State LUST:

| Cross Street: | ETIWANDA |
|---|---|
| Qty Leaked: | Not reported |
| Case Number | 083602685T |
| Reg Board: | 8 |
| Chemical: | Unleaded Gasoline |
| Lead Agency: | Local Agency |
| Local Agency : | 36000 |
| Case Type: | Soil only |
| Status: | Not reported |
| County: | San Bernardino |
| Review Date: | Not reported |
| Workplan: | Not reported |

| | |
|---|---|
| Confirm Leak: | Not reported |
| Prelim Assess: | Not reported |

Exhibit 3
Page 222

| Map ID | | | |
|---|---|---|---|
| Direction | | | |
| Distance | | | |
| Distance (ft.) | | | EDR ID Number |
| Elevation | Site | Database(s) | EPA ID Number |

MAP FINDINGS

### CIRCLE K #0989 (Continued)                                                              S104025229

| | | | |
|---|---|---|---|
| Pollution Char: | Not reported | Remed Plan: | Not reported |
| Remed Action: | Not reported | Monitoring: | Not reported |
| Close Date: | 2/27/96 | | |
| Release Date: | Not reported | | |
| Cleanup Fund Id : | Not reported | | |
| Discover Date : | 5/17/95 | | |
| Enforcement Dt : | Not reported | | |
| Enf Type: | Not reported | | |
| Enter Date : | 9/20/95 | | |
| Funding: | Not reported | | |
| Staff Initials: | Not reported | | |
| How Discovered: | Tank Closure | | |
| How Stopped: | Close Tank | | |
| Interim : | Not reported | | |
| Leak Cause: | Unknown | | |
| Leak Source: | Unknown | | |
| MTBE Date : | Not reported | | |
| Max MTBE GW : | Not reported | | |
| MTBE Tested: | Site NOT Tested for MTBE.Includes Unknown and Not Analyzed. | | |
| Priority: | Not reported | | |
| Local Case # : | Not reported | | |
| Beneficial: | Not reported | | |
| Staff : | CAB | | |
| GW Qualifier : | Not reported | | |
| Max MTBE Soil : | Not reported | | |
| Soil Qualifier : | Not reported | | |
| Hydr Basin #: | Not reported | | |
| Operator : | Not reported | | |
| Oversight Prgm: | Local Oversight Program UST | | |
| Oversight Prgm : | LOP | | |
| Review Date : | 6/19/96 | | |
| Stop Date : | 5/15/95 | | |
| Work Suspended : | Not reported | | |
| Responsible Party | CIRCLE K STORES, INC. | | |
| RP Address: | P.O. BOX 52084, PHOENIX, AZ 85072 | | |
| Global Id: | T0607100383 | | |
| Org Name: | Not reported | | |
| Contact Person: | Not reported | | |
| MTBE Conc: | 0 | | |
| Mtbe Fuel: | Not reported | | |
| Water System Name: | | Not reported | |
| Well Name: | | Not reported | |
| Distance To Lust: | | 7398.492335 | |
| Waste Discharge Global ID: | | Not reported | |
| Waste Disch Assigned Name: | | Not reported | |

| LUST Region 8: | | | |
|---|---|---|---|
| Region: | 8 | | |
| Substance: | 12031 | Cross Street: | ETIWANDA |
| Regional Board: | 08 | | |
| Local Case Num: | 95022 | | |
| Facility Status: | Case Closed | | |
| Staff: | CAB | | |
| Lead Agency: | Local Agency | | |
| Local Agency: | San Bernardino County Fire Dept. | | |
| Qty Leaked: | Not reported | | |
| County: | San Bernardino | | |
| Review Date: | Not reported | Confirm Leak: | Not reported |

Exhibit 3
Page 223

| Map ID | | | |
|---|---|---|---|
| Direction | | | |
| Distance | | | |
| Distance (ft.) | | | EDR ID Number |
| Elevation | Site | | Database(s) | EPA ID Number |

**MAP FINDINGS**

### CIRCLE K #0989 (Continued)

S104025229

| | | | |
|---|---|---|---|
| Workplan: | Not reported | Prelim Assess: | Not reported |
| Pollution Char: | Not reported | Remed Plan: | Not reported |
| Remed Action: | Not reported | Monitoring: | Not reported |
| Close Date: | 2/27/1996 | | |
| Cleanup Fund Id : | Not reported | | |
| Discover Date : | 05/17/1995 | | |
| Enforcement Dt : | Not reported | | |
| Enf Type: | Not reported | | |
| Enter Date : | 9/20/1995 | | |
| Funding: | Not reported | | |
| Staff Initials: | Not reported | | |
| How Discovered: | Tank Closure | | |
| How Stopped: | Close Tank | | |
| Interim : | Not reported | | |
| Lat/Lon : | 34.1062514 / -117.5250233 | | |
| Leak Cause: | Unknown | | |
| Leak Source: | Unknown | | |
| Beneficial: | Not reported | | |
| MTBE Date : | Not reported | | |
| MTBE Tested : | NT | | |
| Max MTBE GW : | Not reported | | |
| GW Qualifies : | Not reported | | |
| Max MTBE Soil : | Not reported | | |
| Soil Qualifies : | Not reported | | |
| Hydr Basin #: | Not reported | | |
| Operator : | Not reported | | |
| Oversight Prgm : | LOP | | |
| Priority : | Not reported | | |
| Work Suspended : | Not reported | | |
| Responsible Party | CIRCLE K STORES, INC. | | |
| Well name: | WELL 01 | | |
| Distance From Lust: | 7578.41060888986902994710 | | |
| Waste Disch Global Id: | W0607101058 | | |
| MTBE Class: | * | | |
| Waste Disch Assigned Name: | 01S/06W-16A01 S | | |
| Case Type: | S | | |
| Global ID: | T0607100383 | | |
| How Stopped Date: | 05/15/1995 | | |
| Organization Name: | Not reported | | |
| Contact Person: | Not reported | | |
| RP Address: | P.O. BOX 52084, PHOENIX, AZ 85072 | | |
| MTBE Concentration: | 0 | | |
| MTBE Fuel: | 1 | | |
| Case Number: | 083602685T | | |
| Water System Name: | KAISER STEEL RESOURCES | | |
| Summary: | ONE 6000 GAL. AND TWO 10,000 GAL. USTS REMOVED 5/16/95. TPH AND TOTAL BTEX OF 12,000 MG/KG AND 6,435 MG/KG | | |

### CORTESE:

| | |
|---|---|
| Reg Id: | 083602685T |
| Region: | CORTESE |
| Reg By: | Leaking Underground Storage Tanks |

Exhibit 3
Page 224

ORPHAN SUMMARY

| City | EDR ID | Site Name | Site Address | Zip | Database(s) |
|------|--------|-----------|--------------|-----|-------------|
| ETIWANDA | S104567961 | CUCAMONGA COUNTY WATER DIST | 5815 ETIWANDA, AVE/LLOYD MICHAEL WATER | 91739 | HAZNET |
| FONTANA | S102841412 | SB CO TRANS | 17618 ARROW RT | 92335 | HAZNET |
| FONTANA | S109636159 | LEONARD HAYES | 17371 ARROW ROUTE HIGHWAY | 92335 | HAZNET |
| FONTANA | S105286050 | USA CLEANERS | 18150-D ARROW ROUTE | 92335 | CLEANERS |
| FONTANA | 1003877946 | BANANA STREET PIT | 9900 BLOCK OF BANANA ST | 92335 | CERC-NFRAP |
| FONTANA | 1003879079 | CAPITOL INDUSTRIAL PROPERTY | S END OF INDUSTRY N OR RIVERSIDE | 92335 | CERC-NFRAP |
| FONTANA | U001574870 | KAISER STEEL CORP | 9400 ETIWANDA AV GATE 8 | 92335 | HIST UST |
| FONTANA | S104735520 | ALMOND ELEMENTARY SCHOOL SITE (PROPOSED) | W OF ALMOND AVE., S OF FOOTHILL BLVD. | 92335 | Cal-Sites |
| RANCHO CUCAMONGA | 1000473141 | NEW DAY CONSTRUCTION CO INC | 9567 ARROW RTE BLDG 1 STE E | 91730 | RCRIS-SQG, FINDS |
| RANCHO CUCAMONGA | S104572695 | ARROW BUSINESS CENTER | 10980 ARROW ROUTE STE 103 | 91730 | HAZNET |
| RANCHO CUCAMONGA | S104905407 | DOOR COMPONENTS | 9271 ARROW RT | 91730 | San Bern. Co. Permit |
| RANCHO CUCAMONGA | S104905507 | SCE-FORGE SUBSTATION | 11711 ARROW RT | 91730 | San Bern. Co. Permit |
| RANCHO CUCAMONGA | S104905675 | MARLYN CONTAINER CORP | 10955 ARROW RT 101 | 91730 | San Bern. Co. Permit |
| RANCHO CUCAMONGA | S105091700 | RANCHO SCREEN PRINTING & EMBROIDERY | 10722 ARROW ROUTE UNIT 302 | 91730 | HAZNET |
| RANCHO CUCAMONGA | S105159062 | SIERRA PRECISION | 11027 ARROW RT | 91730 | San Bern. Co. Permit |
| RANCHO CUCAMONGA | S104905499 | SCE ETIWANDA SWITCHYARD | 9000 ETIWANDA | 91730 | San Bern. Co. Permit |
| RANCHO CUCAMONGA | S100670210 | TEXACO REFINING AND MARKETING INC | 71689 HWY-111 | 91730 | HAZNET |
| RANCHO CUCAMONGA | S103949264 | ALEX AUTO DISMANTLING | 13109 WHITTRAM AVE UNIT C | 91730 | HAZNET |
| RANCHO CUCAMONGA | S104763412 | ALEX AUTO DISMANTLING | 13109 WHITTRAM AVE C | 91730 | San Bern. Co. Permit |
| RANCHO CUCAMONGO | 1003879838 | PACIFIC RECYCLING ENTERPRISES | 13012 WITTRAM AVE | 91730 | CERC-NFRAP |
| UPLAND | S104591353 | SCHER TIRE #32 | 913 FOOTHILL BLVD | 91730 | HAZNET, Cortese |

Exhibit 3
Page 225

# EPA Waste Codes Addendum

Code    Description

D001    IGNITABLE HAZARDOUS WASTES ARE THOSE WASTES WHICH HAVE A FLASHPOINT OF LESS
THAN 140 DEGREES FAHRENHEIT AS DETERMINED BY A PENSKY-MARTENS CLOSED CUP
FLASH POINT TESTER.  ANOTHER METHOD OF DETERMINING THE FLASH POINT OF A
WASTE IS TO REVIEW THE MATERIAL SAFETY DATA SHEET, WHICH CAN BE OBTAINED
FROM THE MANUFACTURER OR DISTRIBUTOR OF THE MATERIAL.  LACQUER THINNER IS AN
EXAMPLE OF A COMMONLY USED SOLVENT WHICH WOULD BE CONSIDERED AS IGNITABLE
HAZARDOUS WASTE.

D002    A WASTE WHICH HAS A PH OF LESS THAN 2 OR GREATER THAN 12.5 IS CONSIDERED TO
BE A CORROSIVE HAZARDOUS WASTE.  SODIUM HYDROXIDE, A CAUSTIC SOLUTION WITH A
HIGH PH, IS OFTEN USED BY INDUSTRIES TO CLEAN OR DEGREASE PARTS.
HYDROCHLORIC ACID, A SOLUTION WITH A LOW PH, IS USED BY MANY INDUSTRIES TO
CLEAN METAL PARTS PRIOR TO PAINTING.  WHEN THESE CAUSTIC OR ACID SOLUTIONS
BECOME CONTAMINATED AND MUST BE DISPOSED, THE WASTE WOULD BE A CORROSIVE
HAZARDOUS WASTE.

D006    CADMIUM

D007    CHROMIUM

D008    LEAD

D009    MERCURY

D018    BENZENE

D039    TETRACHLOROETHYLENE

D040    TRICHLOROETHYLENE

F001    THE FOLLOWING SPENT HALOGENATED SOLVENTS USED IN DEGREASING:
TETRACHLOROETHYLENE, TRICHLOROETHYLENE, METHYLENE CHLORIDE,
1,1,1-TRICHLOROETHANE, CARBON TETRACHLORIDE, AND CHLORINATED FLUOROCARBONS;
ALL SPENT SOLVENT MIXTURES/BLENDS USED IN DEGREASING CONTAINING, BEFORE USE,
A TOTAL OF TEN PERCENT OR MORE (BY VOLUME) OF ONE OR MORE OF THE ABOVE
HALOGENATED SOLVENTS OR THOSE SOLVENTS LISTED IN F002, F004, AND F005, AND
STILL BOTTOMS FROM THE RECOVERY OF THESE SPENT SOLVENTS AND SPENT SOLVENT
MIXTURES.

F003    THE FOLLOWING SPENT NON-HALOGENATED SOLVENTS: XYLENE, ACETONE, ETHYL
ACETATE, ETHYL BENZENE, ETHYL ETHER, METHYL ISOBUTYL KETONE, N-BUTYL
ALCOHOL, CYCLOHEXANONE, AND METHANOL; ALL SPENT SOLVENT MIXTURES/BLENDS
CONTAINING, BEFORE USE, ONLY THE ABOVE SPENT NON-HALOGENATED SOLVENTS; AND
ALL SPENT SOLVENT MIXTURES/BLENDS CONTAINING, BEFORE USE, ONE OR MORE OF THE
ABOVE NON-HALOGENATED SOLVENTS, AND, A TOTAL OF TEN PERCENT OR MORE (BY
VOLUME) OF ONE OR MORE OF THOSE SOLVENTS LISTED IN F001, F002, F004, AND
F005, AND STILL BOTTOMS FROM THE RECOVERY OF THESE SPENT SOLVENTS AND SPENT
SOLVENT MIXTURES.

F005    THE FOLLOWING SPENT NON-HALOGENATED SOLVENTS: TOLUENE, METHYL ETHYL KETONE,
CARBON DISULFIDE, ISOBUTANOL, PYRIDINE, BENZENE, 2-ETHOXYETHANOL, AND
2-NITROPROPANE; ALL SPENT SOLVENT MIXTURES/BLENDS CONTAINING, BEFORE USE, A

# EPA Waste Codes Addendum

| Code | Description |
|------|-------------|
| | TOTAL OF TEN PERCENT OR MORE (BY VOLUME) OF ONE OR MORE OF THE ABOVE NON-HALOGENATED SOLVENTS OR THOSE SOLVENTS LISTED IN F001, F002, OR F004; AND STILL BOTTOMS FROM THE RECOVERY OF THESE SPENT SOLVENTS AND SPENT SOLVENT MIXTURES. |
| K061 | EMISSION CONTROL DUST/SLUDGE FROM THE PRIMARY PRODUCTION OF STEEL IN ELECTRIC FURNACES. |

Exhibit 3
Page 227

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

To maintain currency of the following federal and state databases, EDR contacts the appropriate governmental agency on a monthly or quarterly basis, as required.

**Elapsed ASTM days:** Provides confirmation that this EDR report meets or exceeds the 90-day updating requirement of the ASTM standard.

## FEDERAL ASTM STANDARD RECORDS

**NPL:** National Priority List
    Source: EPA
    Telephone: N/A
    National Priorities List (Superfund). The NPL is a subset of CERCLIS and identifies over 1,200 sites for priority cleanup under the Superfund Program. NPL sites may encompass relatively large areas. As such, EDR provides polygon coverage for over 1,000 NPL site boundaries produced by EPA's Environmental Photographic Interpretation Center (EPIC) and regional EPA offices.

    Date of Government Version: 10/24/02                Date of Data Arrival at EDR: 11/04/02
    Date Made Active at EDR: 12/09/02                   Elapsed ASTM days: 35
    Database Release Frequency: Semi-Annually          Date of Last EDR Contact: 11/04/02

### NPL Site Boundaries

Sources:

EPA's Environmental Photographic Interpretation Center (EPIC)
    Telephone: 202-564-7333

EPA Region 1                                        EPA Region 6
Telephone 617-918-1143                              Telephone: 214-655-6659

EPA Region 3                                        EPA Region 8
Telephone 215-814-5418                              Telephone: 303-312-6774

EPA Region 4
Telephone 404-562-8033

**Proposed NPL:** Proposed National Priority List Sites
    Source: EPA
    Telephone: N/A

    Date of Government Version: 10/24/02                Date of Data Arrival at EDR: 11/04/02
    Date Made Active at EDR: 12/09/02                   Elapsed ASTM days: 35
    Database Release Frequency: Semi-Annually          Date of Last EDR Contact: 11/04/02

**CERCLIS:** Comprehensive Environmental Response, Compensation, and Liability Information System
    Source: EPA
    Telephone: 703-413-0223
    CERCLIS contains data on potentially hazardous waste sites that have been reported to the USEPA by states, municipalities, private companies and private persons, pursuant to Section 103 of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA). CERCLIS contains sites which are either proposed to or on the National Priorities List (NPL) and sites which are in the screening and assessment phase for possible inclusion on the NPL.

    Date of Government Version: 08/15/02                Date of Data Arrival at EDR: 09/23/02
    Date Made Active at EDR: 10/28/02                   Elapsed ASTM days: 35
    Database Release Frequency: Quarterly              Date of Last EDR Contact: 09/23/02

**CERCLIS-NFRAP:** CERCLIS No Further Remedial Action Planned
    Source: EPA
    Telephone: 703-413-0223
    As of February 1995, CERCLIS sites designated "No Further Remedial Action Planned" (NFRAP) have been removed from CERCLIS. NFRAP sites may be sites where, following an initial investigation, no contamination was found, contamination was removed quickly without the need for the site to be placed on the NPL, or the contamination was not serious enough to require Federal Superfund action or NPL consideration. EPA has removed approximately 25,000 NFRAP sites to lift the unintended barriers to the redevelopment of these properties and has archived them as historical records so EPA does not needlessly repeat the investigations in the future. This policy change is part of the EPA's Brownfields Redevelopment Program to help cities, states, private investors and affected citizens to promote economic redevelopment of unproductive urban sites.

TC896349.1s    Page GR-1

Exhibit 3
Page 228

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: 09/15/02
Date Made Active at EDR: 10/28/02
Database Release Frequency: Quarterly

Date of Data Arrival at EDR: 10/03/02
Elapsed ASTM days: 25
Date of Last EDR Contact: 09/23/02

**CORRACTS:** Corrective Action Report
Source: EPA
Telephone: 800-424-9346
CORRACTS identifies hazardous waste handlers with RCRA corrective action activity.

Date of Government Version: 05/02/02
Date Made Active at EDR: 07/15/02
Database Release Frequency: Semi-Annually

Date of Data Arrival at EDR: 05/06/02
Elapsed ASTM days: 70
Date of Last EDR Contact: 09/09/02

**RCRIS:** Resource Conservation and Recovery Information System
Source: EPA/NTIS
Telephone: 800-424-9346
Resource Conservation and Recovery Information System. RCRIS includes selective information on sites which generate,
transport, store, treat and/or dispose of hazardous waste as defined by the Resource Conservation and Recovery
Act (RCRA).

Date of Government Version: 09/09/02
Date Made Active at EDR: 10/28/02
Database Release Frequency: Varies

Date of Data Arrival at EDR: 09/24/02
Elapsed ASTM days: 34
Date of Last EDR Contact: 09/24/02

**ERNS:** Emergency Response Notification System
Source: EPA/NTIS
Telephone: 202-260-2342
Emergency Response Notification System. ERNS records and stores information on reported releases of oil and hazardous
substances.

Date of Government Version: 12/31/01
Date Made Active at EDR: 07/15/02
Database Release Frequency: Varies

Date of Data Arrival at EDR: 07/02/02
Elapsed ASTM days: 13
Date of Last EDR Contact: 10/28/02

## FEDERAL ASTM SUPPLEMENTAL RECORDS

**BRS:** Biennial Reporting System
Source: EPA/NTIS
Telephone: 800-424-9346
The Biennial Reporting System is a national system administered by the EPA that collects data on the generation
and management of hazardous waste. BRS captures detailed data from two groups: Large Quantity Generators (LQG)
and Treatment, Storage, and Disposal Facilities.

Date of Government Version: 12/31/99
Database Release Frequency: Biennially

Date of Last EDR Contact: 09/16/02
Date of Next Scheduled EDR Contact: 12/16/02

**CONSENT:** Superfund (CERCLA) Consent Decrees
Source: EPA Regional Offices
Telephone: Varies
Major legal settlements that establish responsibility and standards for cleanup at NPL (Superfund) sites. Released
periodically by United States District Courts after settlement by parties to litigation matters.

Date of Government Version: N/A
Database Release Frequency: Varies

Date of Last EDR Contact: N/A
Date of Next Scheduled EDR Contact: N/A

**ROD:** Records Of Decision
Source: EPA
Telephone: 703-416-0223
Record of Decision. ROD documents mandate a permanent remedy at an NPL (Superfund) site containing technical
and health information to aid in the cleanup.

Exhibit 3
Page 229

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: 12/21/01
Database Release Frequency: Annually

Date of Last EDR Contact: 10/07/02
Date of Next Scheduled EDR Contact: 01/06/03

**DELISTED NPL:** National Priority List Deletions
Source: EPA
Telephone: N/A
The National Oil and Hazardous Substances Pollution Contingency Plan (NCP) establishes the criteria that the
EPA uses to delete sites from the NPL. In accordance with 40 CFR 300.425.(e), sites may be deleted from the
NPL where no further response is appropriate.

Date of Government Version: 10/18/02
Database Release Frequency: Quarterly

Date of Last EDR Contact: 11/04/02
Date of Next Scheduled EDR Contact: 02/03/03

**FINDS:** Facility Index System/Facility Identification Initiative Program Summary Report
Source: EPA
Telephone: N/A
Facility Index System. FINDS contains both facility information and 'pointers' to other sources that contain more
detail. EDR includes the following FINDS databases in this report: PCS (Permit Compliance System), AIRS (Aerometric
Information Retrieval System), DOCKET (Enforcement Docket used to manage and track information on civil judicial
enforcement cases for all environmental statutes), FURS (Federal Underground Injection Control), C-DOCKET (Criminal
Docket System used to track criminal enforcement actions for all environmental statutes), FFIS (Federal Facilities
Information System), STATE (State Environmental Laws and Statutes), and PADS (PCB Activity Data System).

Date of Government Version: 10/10/02
Database Release Frequency: Quarterly

Date of Last EDR Contact: 10/07/02
Date of Next Scheduled EDR Contact: 01/06/03

**HMIRS:** Hazardous Materials Information Reporting System
Source: U.S. Department of Transportation
Telephone: 202-366-4555
Hazardous Materials Incident Report System. HMIRS contains hazardous material spill incidents reported to DOT.

Date of Government Version: 07/31/02
Database Release Frequency: Annually

Date of Last EDR Contact: 10/21/02
Date of Next Scheduled EDR Contact: 01/20/03

**MLTS:** Material Licensing Tracking System
Source: Nuclear Regulatory Commission
Telephone: 301-415-7169
MLTS is maintained by the Nuclear Regulatory Commission and contains a list of approximately 8,100 sites which
possess or use radioactive materials and which are subject to NRC licensing requirements. To maintain currency,
EDR contacts the Agency on a quarterly basis.

Date of Government Version: 10/21/02
Database Release Frequency: Quarterly

Date of Last EDR Contact: 10/08/02
Date of Next Scheduled EDR Contact: 01/06/03

**MINES:** Mines Master Index File
Source: Department of Labor, Mine Safety and Health Administration
Telephone: 303-231-5959

Date of Government Version: 09/10/02
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 09/30/02
Date of Next Scheduled EDR Contact: 12/30/02

**NPL LIENS:** Federal Superfund Liens
Source: EPA
Telephone: 205-564-4267
Federal Superfund Liens. Under the authority granted the USEPA by the Comprehensive Environmental Response, Compensation
and Liability Act (CERCLA) of 1980, the USEPA has the authority to file liens against real property in order
to recover remedial action expenditures or when the property owner receives notification of potential liability.
USEPA compiles a listing of filed notices of Superfund Liens.

TC896349.1s   Page GR-3

Exhibit 3
Page 230

## GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: 10/15/91
Database Release Frequency: No Update Planned

Date of Last EDR Contact: 11/25/02
Date of Next Scheduled EDR Contact: 02/24/03

**PADS:** PCB Activity Database System
Source: EPA
Telephone: 202-564-3887
PCB Activity Database. PADS identifies generators, transporters, commercial storers and/or brokers and disposers
of PCB's who are required to notify the EPA of such activities.

Date of Government Version: 06/28/02
Database Release Frequency: Annually

Date of Last EDR Contact: 11/13/02
Date of Next Scheduled EDR Contact: 02/10/03

**RAATS:** RCRA Administrative Action Tracking System
Source: EPA
Telephone: 202-564-4104
RCRA Administration Action Tracking System. RAATS contains records based on enforcement actions issued under RCRA
pertaining to major violators and includes administrative and civil actions brought by the EPA. For administration
actions after September 30, 1995, data entry in the RAATS database was discontinued. EPA will retain a copy of
the database for historical records. It was necessary to terminate RAATS because a decrease in agency resources
made it impossible to continue to update the information contained in the database.

Date of Government Version: 04/17/95
Database Release Frequency: No Update Planned

Date of Last EDR Contact: 09/10/02
Date of Next Scheduled EDR Contact: 12/09/02

**TRIS:** Toxic Chemical Release Inventory System
Source: EPA
Telephone: 202-260-1531
Toxic Release Inventory System. TRIS identifies facilities which release toxic chemicals to the air, water and
land in reportable quantities under SARA Title III Section 313.

Date of Government Version: 12/31/00
Database Release Frequency: Annually

Date of Last EDR Contact: 09/24/02
Date of Next Scheduled EDR Contact: 12/23/02

**TSCA:** Toxic Substances Control Act
Source: EPA
Telephone: 202-260-5521
Toxic Substances Control Act. TSCA identifies manufacturers and importers of chemical substances included on the
TSCA Chemical Substance Inventory list. It includes data on the production volume of these substances by plant
site.

Date of Government Version: 12/31/98
Database Release Frequency: Every 4 Years

Date of Last EDR Contact: 09/09/02
Date of Next Scheduled EDR Contact: 12/09/02

**FTTS INSP:** FIFRA/ TSCA Tracking System - FIFRA (Federal Insecticide, Fungicide, & Rodenticide Act)/TSCA (Toxic Substances Control Act)
Source: EPA
Telephone: 202-564-2501

Date of Government Version: 04/25/02
Database Release Frequency: Quarterly

Date of Last EDR Contact: 09/24/02
Date of Next Scheduled EDR Contact: 12/23/02

**SSTS:** Section 7 Tracking Systems
Source: EPA
Telephone: 202-564-5008
Section 7 of the Federal Insecticide, Fungicide and Rodenticide Act, as amended (92 Stat. 829) requires all
registered pesticide-producing establishments to submit a report to the Environmental Protection Agency by March
1st each year. Each establishment must report the types and amounts of pesticides, active ingredients and devices
being produced, and those having been produced and sold or distributed in the past year.

Date of Government Version: 12/31/00
Database Release Frequency: Annually

Date of Last EDR Contact: 10/22/02
Date of Next Scheduled EDR Contact: 01/20/03

## GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

**FTTS:** FIFRA/ TSCA Tracking System - FIFRA (Federal Insecticide, Fungicide, & Rodenticide Act)/TSCA (Toxic Substances Control Act)
  Source: EPA/Office of Prevention, Pesticides and Toxic Substances
  Telephone: 202-564-2501
  FTTS tracks administrative cases and pesticide enforcement actions and compliance activities related to FIFRA,
    TSCA and EPCRA (Emergency Planning and Community Right-to-Know Act). To maintain currency, EDR contacts the
    Agency on a quarterly basis.

  Date of Government Version: 04/25/02
  Database Release Frequency: Quarterly

  Date of Last EDR Contact: 09/24/02
  Date of Next Scheduled EDR Contact: 12/23/02

### STATE OF CALIFORNIA ASTM STANDARD RECORDS

**AWP:** Annual Workplan Sites
  Source: California Environmental Protection Agency
  Telephone: 916-323-3400
  Known Hazardous Waste Sites. California DTSC's Annual Workplan (AWP), formerly BEP, identifies known hazardous
    substance sites targeted for cleanup.

  Date of Government Version: 10/04/02
  Date Made Active at EDR: 10/23/02
  Database Release Frequency: Annually

  Date of Data Arrival at EDR: 10/07/02
  Elapsed ASTM days: 16
  Date of Last EDR Contact: 10/07/02

**CAL-SITES:** Calsites Database
  Source: Department of Toxic Substance Control
  Telephone: 916-323-3400
  The Calsites database contains potential or confirmed hazardous substance release properties. In 1996, California
    EPA reevaluated and significantly reduced the number of sites in the Calsites database.

  Date of Government Version: 10/01/00
  Date Made Active at EDR: 11/22/00
  Database Release Frequency: Quarterly

  Date of Data Arrival at EDR: 10/30/00
  Elapsed ASTM days: 23
  Date of Last EDR Contact: 10/08/02

**CHMIRS:** California Hazardous Material Incident Report System
  Source: Office of Emergency Services
  Telephone: 916-845-8400
  California Hazardous Material Incident Reporting System. CHMIRS contains information on reported hazardous material
    incidents (accidental releases or spills).

  Date of Government Version: 12/31/94
  Date Made Active at EDR: 04/24/95
  Database Release Frequency: No Update Planned

  Date of Data Arrival at EDR: 03/13/95
  Elapsed ASTM days: 42
  Date of Last EDR Contact: 11/25/02

**CORTESE:** "Cortese" Hazardous Waste & Substances Sites List
  Source: CAL EPA/Office of Emergency Information
  Telephone: 916-323-9100
  The sites for the list are designated by the State Water Resource Control Board (LUST), the Integrated Waste
    Board (SWF/LS), and the Department of Toxic Substances Control (Cal-Sites).

  Date of Government Version: 04/01/01
  Date Made Active at EDR: 07/26/01
  Database Release Frequency: Varies

  Date of Data Arrival at EDR: 05/29/01
  Elapsed ASTM days: 58
  Date of Last EDR Contact: 10/28/02

**NOTIFY 65:** Proposition 65 Records
  Source: State Water Resources Control Board
  Telephone: 916-445-3846
  Proposition 65 Notification Records. NOTIFY 65 contains facility notifications about any release which could impact
    drinking water and thereby expose the public to a potential health risk.

TC896349.1s    Page GR-5

Exhibit 3
Page 232

## GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: 10/21/93
Date Made Active at EDR: 11/19/93
Database Release Frequency: No Update Planned

Date of Data Arrival at EDR: 11/01/93
Elapsed ASTM days: 18
Date of Last EDR Contact: 10/21/02

**TOXIC PITS:** Toxic Pits Cleanup Act Sites
Source: State Water Resources Control Board
Telephone: 916-227-4364
Toxic PITS Cleanup Act Sites. TOXIC PITS identifies sites suspected of containing hazardous substances where cleanup
has not yet been completed.

Date of Government Version: 07/01/95
Date Made Active at EDR: 09/26/95
Database Release Frequency: No Update Planned

Date of Data Arrival at EDR: 08/30/95
Elapsed ASTM days: 27
Date of Last EDR Contact: 11/04/02

**SWF/LF (SWIS):** Solid Waste Information System
Source: Integrated Waste Management Board
Telephone: 916-341-6320
Active, Closed and Inactive Landfills. SWF/LF records typically contain an inve ntory of solid waste disposal
facilities or landfills. These may be active or i nactive facilities or open dumps that failed to meet RCRA Section
4004 criteria for solid waste landfills or disposal sites.

Date of Government Version: 09/13/02
Date Made Active at EDR: 10/08/02
Database Release Frequency: Quarterly

Date of Data Arrival at EDR: 09/16/02
Elapsed ASTM days: 22
Date of Last EDR Contact: 09/16/02

**WMUDS/SWAT:** Waste Management Unit Database
Source: State Water Resources Control Board
Telephone: 916-227-4448
Waste Management Unit Database System. WMUDS is used by the State Water Resources Control Board staff and the
Regional Water Quality Control Boards for program tracking and inventory of waste management units. WMUDS is composed
of the following databases: Facility Information, Scheduled Inspections Information, Waste Management Unit Information,
SWAT Program Information, SWAT Report Summary Information, SWAT Report Summary Data, Chapter 15 (formerly Subchapter
15) Information, Chapter 15 Monitoring Parameters, TPCA Program Information, RCRA Program Information, Closure
Information, and Interested Parties Information.

Date of Government Version: 04/01/00
Date Made Active at EDR: 05/10/00
Database Release Frequency: Quarterly

Date of Data Arrival at EDR: 04/10/00
Elapsed ASTM days: 30
Date of Last EDR Contact: 09/11/02

**LUST:** Leaking Underground Storage Tank Information System
Source: State Water Resources Control Board
Telephone: 916-341-5740
Leaking Underground Storage Tank Incident Reports. LUST records contain an inventory of reported leaking underground
storage tank incidents. Not all states maintain these records, and the information stored varies by state.

Date of Government Version: 07/11/02
Date Made Active at EDR: 09/03/02
Database Release Frequency: Quarterly

Date of Data Arrival at EDR: 07/18/02
Elapsed ASTM days: 47
Date of Last EDR Contact: 10/11/02

**CA BOND EXP. PLAN:** Bond Expenditure Plan
Source: Department of Health Services
Telephone: 916-255-2118
Department of Health Services developed a site-specific expenditure plan as the basis for an appropriation of
Hazardous Substance Cleanup Bond Act funds. It is not updated.

Date of Government Version: 01/01/89
Date Made Active at EDR: 08/02/94
Database Release Frequency: No Update Planned

Date of Data Arrival at EDR: 07/27/94
Elapsed ASTM days: 6
Date of Last EDR Contact: 05/31/94

Exhibit 3
Page 233

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

## CA UST:

**UST:** Active UST Facilities
Source: SWRCB
Telephone: 916-341-5700
Active UST facilities gathered from the local regulatory agencies

Date of Government Version: 01/17/02
Date Made Active at EDR: 02/12/02
Database Release Frequency: Semi-Annually

Date of Data Arrival at EDR: 01/21/02
Elapsed ASTM days: 22
Date of Last EDR Contact: 10/16/02

**VCP:** Voluntary Cleanup Program Properties
Source: Department of Toxic Substances Control
Telephone: 916-323-3400
Contains low threat level properties with either confirmed or unconfirmed releases and the project proponents have request that DTSC oversee investigation and/or cleanup activities and have agreed to provide coverage for DTSC's costs.

Date of Government Version: 10/10/02
Date Made Active at EDR: 10/23/02
Database Release Frequency: Quarterly

Date of Data Arrival at EDR: 10/14/02
Elapsed ASTM days: 9
Date of Last EDR Contact: 10/14/02

**CA FID UST:** Facility Inventory Database
Source: California Environmental Protection Agency
Telephone: 916-445-6532
The Facility Inventory Database (FID) contains a historical listing of active and inactive underground storage tank locations from the State Water Resource Control Board. Refer to local/county source for current data.

Date of Government Version: 10/31/94
Date Made Active at EDR: 09/29/95
Database Release Frequency: No Update Planned

Date of Data Arrival at EDR: 09/05/95
Elapsed ASTM days: 24
Date of Last EDR Contact: 12/28/98

**HIST UST:** Hazardous Substance Storage Container Database
Source: State Water Resources Control Board
Telephone: 916-341-5700
The Hazardous Substance Storage Container Database is a historical listing of UST sites. Refer to local/county source for current data.

Date of Government Version: 10/15/90
Date Made Active at EDR: 02/12/91
Database Release Frequency: No Update Planned

Date of Data Arrival at EDR: 01/25/91
Elapsed ASTM days: 18
Date of Last EDR Contact: 07/26/01

## STATE OF CALIFORNIA ASTM SUPPLEMENTAL RECORDS

**AST:** Aboveground Petroleum Storage Tank Facilities
Source: State Water Resources Control Board
Telephone: 916-227-4382
Registered Aboveground Storage Tanks.

Date of Government Version: 05/21/02
Database Release Frequency: Quarterly

Date of Last EDR Contact: 11/04/02
Date of Next Scheduled EDR Contact: 02/03/03

**CLEANERS:** Cleaner Facilities
Source: Department of Toxic Substance Control
Telephone: 916-225-0873
A list of drycleaner related facilities that have EPA ID numbers. These are facilities with certain SIC codes: power laundries, family and commercial; garment pressing and cleaner's agents; linen supply; coin-operated laundries and cleaning; drycleaning plants, except rugs; carpet and upholster cleaning; industrial launderers; laundry and garment services.

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: 03/18/02
Database Release Frequency: Annually

Date of Last EDR Contact: 10/07/02
Date of Next Scheduled EDR Contact: 01/06/03

**CA WDS:** Waste Discharge System
Source: State Water Resources Control Board
Telephone: 916-657-1571
Sites which have been issued waste discharge requirements.

Date of Government Version: 09/16/02
Database Release Frequency: Quarterly

Date of Last EDR Contact: 09/23/02
Date of Next Scheduled EDR Contact: 12/23/02

**DEED:** List of Deed Restrictions
Source: Department of Toxic Substances Control
Telephone: 916-323-3400
The use of recorded land use restrictions is one of the methods the DTSC uses to protect the public from unsafe
exposures to hazardous substances and wastes.

Date of Government Version: 10/04/02
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 10/07/02
Date of Next Scheduled EDR Contact: 01/06/03

**HAZNET:** Hazardous Waste Information System
Source: California Environmental Protection Agency
Telephone: 916-255-1136
Facility and Manifest Data. The data is extracted from the copies of hazardous waste manifests received each year
by the DTSC. The annual volume of manifests is typically 700,000 - 1,000,000 annually, representing approximately
350,000 - 500,000 shipments. Data are from the manifests submitted without correction, and therefore many contain
some invalid values for data elements such as generator ID, TSD ID, waste category, and disposal method.

Date of Government Version: 12/31/00
Database Release Frequency: Annually

Date of Last EDR Contact: 11/12/02
Date of Next Scheduled EDR Contact: 02/10/03

## LOCAL RECORDS

### ALAMEDA COUNTY:

**Local Oversight Program Listing of UGT Cleanup Sites**
Source: Alameda County Environmental Health Services
Telephone: 510-567-6700

Date of Government Version: 07/12/02
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 10/28/02
Date of Next Scheduled EDR Contact: 01/27/03

**Underground Tanks**
Source: Alameda County Environmental Health Services
Telephone: 510-567-6700

Date of Government Version: 06/01/02
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 10/28/02
Date of Next Scheduled EDR Contact: 01/27/03

### CONTRA COSTA COUNTY:

**Site List**
Source: Contra Costa Health Services Department
Telephone: 925-646-2286
List includes sites from the underground tank, hazardous waste generator and business plan/2185 programs.

Date of Government Version: 06/05/02
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 12/02/02
Date of Next Scheduled EDR Contact: 03/03/03

TC896349.1s    Page GR-8

Exhibit 3
Page 235

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

**FRESNO COUNTY:**

**CUPA Resources List**
Source: Dept. of Community Health
Telephone: 559-445-3271
Certified Unified Program Agency. CUPA's are responsible for implementing a unified hazardous materials and hazardous waste management regulatory program. The agency provides oversight of businesses that deal with hazardous materials, operate underground storage tanks or aboveground storage tanks.

Date of Government Version: 07/31/02
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 11/12/02
Date of Next Scheduled EDR Contact: 02/10/03

**KERN COUNTY:**

**Underground Storage Tank Sites & Tanks Listing**
Source: Kern County Environment Health Services Department
Telephone: 661-862-8700
Kern County Sites and Tanks Listing.

Date of Government Version: 06/01/02
Database Release Frequency: Quarterly

Date of Last EDR Contact: 12/02/02
Date of Next Scheduled EDR Contact: 03/03/03

**LOS ANGELES COUNTY:**

**List of Solid Waste Facilities**
Source: La County Department of Public Works
Telephone: 818-458-5185

Date of Government Version: 01/01/02
Database Release Frequency: Varies

Date of Last EDR Contact: 11/21/02
Date of Next Scheduled EDR Contact: 02/17/03

**City of El Segundo Underground Storage Tank**
Source: City of El Segundo Fire Department
Telephone: 310-607-2239

Date of Government Version: 08/01/02
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 11/18/02
Date of Next Scheduled EDR Contact: 02/17/03

**City of Long Beach Underground Storage Tank**
Source: City of Long Beach Fire Department
Telephone: 562-570-2543

Date of Government Version: 05/30/02
Database Release Frequency: Annually

Date of Last EDR Contact: 11/25/02
Date of Next Scheduled EDR Contact: 02/24/03

**City of Torrance Underground Storage Tank**
Source: City of Torrance Fire Department
Telephone: 310-618-2973

Date of Government Version: 08/01/02
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 11/18/02
Date of Next Scheduled EDR Contact: 02/17/03

**City of Los Angeles Landfills**
Source: Engineering & Construction Division
Telephone: 213-473-7869

Date of Government Version: 03/01/02
Database Release Frequency: Varies

Date of Last EDR Contact: 09/16/02
Date of Next Scheduled EDR Contact: 12/16/02

Exhibit 3
Page 236

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

**HMS: Street Number List**
  Source: Department of Public Works
  Telephone: 626-458-3517
  Industrial Waste and Underground Storage Tank Sites.

    Date of Government Version: 08/29/02                    Date of Last EDR Contact: 11/18/02
    Database Release Frequency: Semi-Annually              Date of Next Scheduled EDR Contact: 02/17/03

**Site Mitigation List**
  Source: Community Health Services
  Telephone: 323-890-7806
  Industrial sites that have had some sort of spill or complaint.

    Date of Government Version: 02/28/02                    Date of Last EDR Contact: 11/18/02
    Database Release Frequency: Annually                   Date of Next Scheduled EDR Contact: 02/17/03

**San Gabriel Valley Areas of Concern**
  Source: EPA Region 9
  Telephone: 415-972-3178
  San Gabriel Valley areas where VOC contamination is at or above the MCL as designated by region 9 EPA office.

    Date of Government Version: 12/31/98                    Date of Last EDR Contact: 06/29/99
    Database Release Frequency: No Update Planned          Date of Next Scheduled EDR Contact: N/A


**MARIN COUNTY:**

**Underground Storage Tank Sites**
  Source: Public Works Department Waste Management
  Telephone: 415-499-6647
  Currently permitted USTs in Marin County.

    Date of Government Version: 08/06/02                    Date of Last EDR Contact: 11/04/02
    Database Release Frequency: Semi-Annually              Date of Next Scheduled EDR Contact: 02/03/03


**NAPA COUNTY:**

**Sites With Reported Contamination**
  Source: Napa County Department of Environmental Management
  Telephone: 707-253-4269

    Date of Government Version: 09/30/02                    Date of Last EDR Contact: 09/30/02
    Database Release Frequency: Semi-Annually              Date of Next Scheduled EDR Contact: 12/30/02

**Closed and Operating Underground Storage Tank Sites**
  Source: Napa County Department of Environmental Management
  Telephone: 707-253-4269

    Date of Government Version: 09/30/02                    Date of Last EDR Contact: 09/30/02
    Database Release Frequency: Annually                   Date of Next Scheduled EDR Contact: 12/30/02


**ORANGE COUNTY:**

**List of Underground Storage Tank Cleanups**
  Source: Health Care Agency
  Telephone: 714-834-3446
  Orange County Underground Storage Tank Cleanups (LUST).

Exhibit 3
Page 237

## GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: 11/27/01
Database Release Frequency: Quarterly

Date of Last EDR Contact: 09/10/02
Date of Next Scheduled EDR Contact: 12/09/02

**List of Underground Storage Tank Facilities**
Source: Health Care Agency
Telephone: 714-834-3446
Orange County Underground Storage Tank Facilities (UST).

Date of Government Version: 11/27/01
Database Release Frequency: Quarterly

Date of Last EDR Contact: 09/10/02
Date of Next Scheduled EDR Contact: 12/09/02

**List of Industrial Site Cleanups**
Source: Health Care Agency
Telephone: 714-834-3446
Petroleum and non-petroleum spills.

Date of Government Version: 10/24/00
Database Release Frequency: Annually

Date of Last EDR Contact: 09/10/02
Date of Next Scheduled EDR Contact: 12/09/02

### PLACER COUNTY:

**Master List of Facilities**
Source: Placer County Health and Human Services
Telephone: 530-889-7312
List includes aboveground tanks, underground tanks and cleanup sites.

Date of Government Version: 10/22/02
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 09/23/02
Date of Next Scheduled EDR Contact: 12/23/02

### RIVERSIDE COUNTY:

**Listing of Underground Tank Cleanup Sites**
Source: Department of Public Health
Telephone: 909-358-5055
Riverside County Underground Storage Tank Cleanup Sites (LUST).

Date of Government Version: 09/26/02
Database Release Frequency: Quarterly

Date of Last EDR Contact: 10/21/02
Date of Next Scheduled EDR Contact: 01/20/03

**Underground Storage Tank Tank List**
Source: Health Services Agency
Telephone: 909-358-5055

Date of Government Version: 09/04/02
Database Release Frequency: Quarterly

Date of Last EDR Contact: 10/21/02
Date of Next Scheduled EDR Contact: 01/20/03

### SACRAMENTO COUNTY:

**CS - Contaminated Sites**
Source: Sacramento County Environmental Management
Telephone: 916-875-8406

Date of Government Version: 06/11/02
Database Release Frequency: Quarterly

Date of Last EDR Contact: 11/04/02
Date of Next Scheduled EDR Contact: 02/03/03

**ML - Regulatory Compliance Master List**
Source: Sacramento County Environmental Management
Telephone: 916-875-8406
Any business that has hazardous materials on site - hazardous material storage sites, underground storage tanks,
waste generators.

TC896349.1s   Page GR-11

Exhibit 3
Page 238

## GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: 06/11/02
Database Release Frequency: Quarterly

Date of Last EDR Contact: 11/04/02
Date of Next Scheduled EDR Contact: 02/03/03

### SAN BERNARDINO COUNTY:

**Hazardous Material Permits**
Source: San Bernardino County Fire Department Hazardous Materials Division
Telephone: 909-387-3041
This listing includes underground storage tanks, medical waste handlers/generators, hazardous materials handlers, hazardous waste generators, and waste oil generators/handlers.

Date of Government Version: 06/27/02
Database Release Frequency: Quarterly

Date of Last EDR Contact: 09/10/02
Date of Next Scheduled EDR Contact: 12/10/02

### SAN DIEGO COUNTY:

**Solid Waste Facilities**
Source: Department of Health Services
Telephone: 619-338-2209
San Diego County Solid Waste Facilities.

Date of Government Version: 08/01/00
Database Release Frequency: Varies

Date of Last EDR Contact: 11/25/02
Date of Next Scheduled EDR Contact: 02/24/03

**Hazardous Materials Management Division Database**
Source: Hazardous Materials Management Division
Telephone: 619-338-2268
The database includes: HE58 - This report contains the business name, site address, business phone number, establishment 'H' permit number, type of permit, and the business status. HE17 - In addition to providing the same information provided in the HE58 listing, HE17 provides inspection dates, violations received by the establishment, hazardous waste generated, the quantity, method of storage, treatment/disposal of waste and the hauler, and information on underground storage tanks. Unauthorized Release List - Includes a summary of environmental contamination cases in San Diego County (underground tank cases, non-tank cases, groundwater contamination, and soil contamination are included.)

Date of Government Version: 03/31/02
Database Release Frequency: Quarterly

Date of Last EDR Contact: 10/09/02
Date of Next Scheduled EDR Contact: 01/06/03

### SAN FRANCISCO COUNTY:

**Local Oversite Facilities**
Source: Department Of Public Health San Francisco County
Telephone: 415-252-3920

Date of Government Version: 09/16/02
Database Release Frequency: Quarterly

Date of Last EDR Contact: 09/10/02
Date of Next Scheduled EDR Contact: 12/09/02

**Underground Storage Tank Information**
Source: Department of Public Health
Telephone: 415-252-3920

Date of Government Version: 09/16/02
Database Release Frequency: Quarterly

Date of Last EDR Contact: 09/10/02
Date of Next Scheduled EDR Contact: 12/09/02

TC896349.1s    Page GR-12

Exhibit 3
Page 239

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

**SAN MATEO COUNTY:**

**Fuel Leak List**
Source:  San Mateo County Environmental Health Services Division
Telephone: 650-363-1921

Date of Government Version: 10/28/02
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 10/28/02
Date of Next Scheduled EDR Contact: 01/27/03

**Business Inventory**
Source:  San Mateo County Environmental Health Services Division
Telephone: 650-363-1921
List includes Hazardous Materials Business Plan, hazardous waste generators, and underground storage tanks.

Date of Government Version: 05/01/02
Database Release Frequency: Annually

Date of Last EDR Contact: 01/14/02
Date of Next Scheduled EDR Contact: 01/13/03

**SANTA CLARA COUNTY:**

**Fuel Leak Site Activity Report**
Source:  Santa Clara Valley Water District
Telephone: 408-265-2600

Date of Government Version: 07/23/02
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 09/30/02
Date of Next Scheduled EDR Contact: 12/30/02

**Hazardous Material Facilities**
Source:  City of San Jose Fire Department
Telephone: 408-277-4659

Date of Government Version: 01/03/02
Database Release Frequency: Annually

Date of Last EDR Contact: 09/10/02
Date of Next Scheduled EDR Contact: 12/09/02

**SOLANO COUNTY:**

**Leaking Underground Storage Tanks**
Source:  Solano County Department of Environmental Management
Telephone: 707-421-6770

Date of Government Version: 06/01/02
Database Release Frequency: Quarterly

Date of Last EDR Contact: 09/17/02
Date of Next Scheduled EDR Contact: 12/16/02

**Underground Storage Tanks**
Source:  Solano County Department of Environmental Management
Telephone: 707-421-6770

Date of Government Version: 06/01/02
Database Release Frequency: Quarterly

Date of Last EDR Contact: 09/17/02
Date of Next Scheduled EDR Contact: 12/16/02

**SONOMA COUNTY:**

**Leaking Underground Storage Tank Sites**
Source:  Department of Health Services
Telephone: 707-565-6565

Date of Government Version: 11/29/01
Database Release Frequency: Quarterly

Date of Last EDR Contact: 10/28/02
Date of Next Scheduled EDR Contact: 01/27/03

TC896349.1s   Page GR-13

Exhibit 3
Page 240

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

**SUTTER COUNTY:**

**Underground Storage Tanks**
  Source:  Sutter County Department of Agriculture
  Telephone:  530-822-7500

  Date of Government Version: 07/01/01
  Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 10/21/02
Date of Next Scheduled EDR Contact: 01/06/03


**VENTURA COUNTY:**

**Inventory of Illegal Abandoned and Inactive Sites**
  Source:  Environmental Health Division
  Telephone:  805-654-2813
  Ventura County Inventory of Closed, Illegal Abandoned, and Inactive Sites.

  Date of Government Version: 09/01/02
  Database Release Frequency: Annually

Date of Last EDR Contact: 11/25/02
Date of Next Scheduled EDR Contact: 02/24/03

**Listing of Underground Tank Cleanup Sites**
  Source:  Environmental Health Division
  Telephone:  805-654-2813
  Ventura County Underground Storage Tank Cleanup Sites (LUST).

  Date of Government Version: 09/04/02
  Database Release Frequency: Quarterly

Date of Last EDR Contact: 09/16/02
Date of Next Scheduled EDR Contact: 12/16/02

**Underground Tank Closed Sites List**
  Source:  Environmental Health Division
  Telephone:  805-654-2813
  Ventura County Operating Underground Storage Tank Sites (UST)/Underground Tank Closed Sites List.

  Date of Government Version: 10/21/02
  Database Release Frequency: Quarterly

Date of Last EDR Contact: 10/14/02
Date of Next Scheduled EDR Contact: 01/13/03

**Business Plan, Hazardous Waste Producers, and Operating Underground Tanks**
  Source:  Ventura County Environmental Health Division
  Telephone:  805-654-2813
  The BWT list indicates by site address whether the Environmental Health Division has Business Plan (B), Waste
  Producer (W), and/or Underground Tank (T) information.

  Date of Government Version: 09/13/02
  Database Release Frequency: Quarterly

Date of Last EDR Contact: 09/16/02
Date of Next Scheduled EDR Contact: 12/16/02


**YOLO COUNTY:**

**Underground Storage Tank Comprehensive Facility Report**
  Source:  Yolo County Department of Health
  Telephone:  530-666-8646

  Date of Government Version: 10/28/02
  Database Release Frequency: Annually

Date of Last EDR Contact: 10/21/02
Date of Next Scheduled EDR Contact: 01/20/03

Exhibit 3
Page 241

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

## California Regional Water Quality Control Board (RWQCB) LUST Records

**LUST REG 1:** Active Toxic Site Investigation
Source: California Regional Water Quality Control Board North Coast (1)
Telephone: 707-576-2220
Del Norte, Humboldt, Lake, Mendocino, Modoc, Siskiyou, Sonoma, Trinity counties. For more current information,
please refer to the State Water Resources Control Board's LUST database.

Date of Government Version: 02/01/01          Date of Last EDR Contact: 11/25/02
Database Release Frequency: No Update Planned  Date of Next Scheduled EDR Contact: 02/24/03

**LUST REG 2:** Fuel Leak List
Source: California Regional Water Quality Control Board San Francisco Bay Region (2)
Telephone: 510-286-0457

Date of Government Version: 07/01/02          Date of Last EDR Contact: 10/14/02
Database Release Frequency: Quarterly          Date of Next Scheduled EDR Contact: 01/13/03

**LUST REG 3:** Leaking Underground Storage Tank Database
Source: California Regional Water Quality Control Board Central Coast Region (3)
Telephone: 805-549-3147

Date of Government Version: 08/19/02          Date of Last EDR Contact: 11/18/02
Database Release Frequency: Quarterly          Date of Next Scheduled EDR Contact: 02/17/03

**LUST REG 4:** Underground Storage Tank Leak List
Source: California Regional Water Quality Control Board Los Angeles Region (4)
Telephone: 213-266-6600
Los Angeles, Ventura counties. For more current information, please refer to the State Water Resources Control
Board's LUST database.

Date of Government Version: 08/09/01          Date of Last EDR Contact: 09/30/02
Database Release Frequency: No Update Planned  Date of Next Scheduled EDR Contact: 12/30/02

**LUST REG 5:** Leaking Underground Storage Tank Database
Source: California Regional Water Quality Control Board Central Valley Region (5)
Telephone: 916-255-3125

Date of Government Version: 10/01/02          Date of Last EDR Contact: 10/08/02
Database Release Frequency: Quarterly          Date of Next Scheduled EDR Contact: 01/06/03

**LUST REG 6L:** Leaking Underground Storage Tank Case Listing
Source: California Regional Water Quality Control Board Lahontan Region (6)
Telephone: 916-542-5424
For more current information, please refer to the State Water Resources Control Board's LUST database.

Date of Government Version: 01/02/02          Date of Last EDR Contact: 10/08/02
Database Release Frequency: No Update Planned  Date of Next Scheduled EDR Contact: 01/06/03

**LUST REG 6V:** Leaking Underground Storage Tank Case Listing
Source: California Regional Water Quality Control Board Victorville Branch Office (6)
Telephone: 760-346-7491

Date of Government Version: 10/25/02          Date of Last EDR Contact: 10/08/02
Database Release Frequency: Quarterly          Date of Next Scheduled EDR Contact: 01/06/03

**LUST REG 7:** Leaking Underground Storage Tank Case Listing
Source: California Regional Water Quality Control Board Colorado River Basin Region (7)
Telephone: 760-346-7491

Exhibit 3
Page 242

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: 07/02/02
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 09/30/02
Date of Next Scheduled EDR Contact: 12/30/02

**LUST REG 8:** Leaking Underground Storage Tanks
Source: California Regional Water Quality Control Board Santa Ana Region (8)
Telephone: 909-782-4498
California Regional Water Quality Control Board Santa Ana Region (8). For more current information, please refer to the State Water Resources Control Board's LUST database.

Date of Government Version: 07/23/01
Database Release Frequency: No Update Planned

Date of Last EDR Contact: 11/13/02
Date of Next Scheduled EDR Contact: 02/10/03

**LUST REG 9:** Leaking Underground Storage Tank Report
Source: California Regional Water Quality Control Board San Diego Region (9)
Telephone: 858-467-2980
Orange, Riverside, San Diego counties. For more current information, please refer to the State Water Resources Control Board's LUST database.

Date of Government Version: 03/01/01
Database Release Frequency: No Update Planned

Date of Last EDR Contact: 10/21/02
Date of Next Scheduled EDR Contact: 01/20/03

## California Regional Water Quality Control Board (RWQCB) SLIC Records

**SLIC REG 1:** Active Toxic Site Investigations
Source: California Regional Water Quality Control Board, North Coast Region (1)
Telephone: 707-576-2220

Date of Government Version: 02/01/01
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 11/25/02
Date of Next Scheduled EDR Contact: 02/24/03

**SLIC REG 2:** Spills, Leaks, Investigation & Cleanup Cost Recovery Listing
Source: Regional Water Quality Control Board San Francisco Bay Region (2)
Telephone: 510-286-0457
Any contaminated site that impacts groundwater or has the potential to impact groundwater.

Date of Government Version: 07/01/02
Database Release Frequency: Quarterly

Date of Last EDR Contact: 10/14/02
Date of Next Scheduled EDR Contact: 01/13/03

**SLIC REG 3:** Spills, Leaks, Investigation & Cleanup Cost Recovery Listing
Source: California Regional Water Quality Control Board Central Coast Region (3)
Telephone: 805-549-3147
Any contaminated site that impacts groundwater or has the potential to impact groundwater.

Date of Government Version: 08/19/02
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 11/18/02
Date of Next Scheduled EDR Contact: 02/17/03

**SLIC REG 4:** Spills, Leaks, Investigation & Cleanup Cost Recovery Listing
Source: Region Water Quality Control Board Los Angeles Region (4)
Telephone: 213-576-6600
Any contaminated site that impacts groundwater or has the potential to impact groundwater.

Date of Government Version: 08/01/02
Database Release Frequency: Quarterly

Date of Last EDR Contact: 10/28/02
Date of Next Scheduled EDR Contact: 01/27/03

**SLIC REG 5:** Spills, Leaks, Investigation & Cleanup Cost Recovery Listing
Source: Regional Water Quality Control Board Central Valley Region (5)
Telephone: 916-855-3075
Unregulated sites that impact groundwater or have the potential to impact groundwater.

## GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: 10/01/02
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 10/08/02
Date of Next Scheduled EDR Contact: 01/06/03

**SLIC REG 6V:** Spills, Leaks, Investigation & Cleanup Cost Recovery Listing
Source: Regional Water Quality Control Board, Victorville Branch
Telephone: 619-241-6583

Date of Government Version: 07/19/01
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 10/09/02
Date of Next Scheduled EDR Contact: 01/06/03

**SLIC REG 8:** Spills, Leaks, Investigation & Cleanup Cost Recovery Listing
Source: California Region Water Quality Control Board Santa Ana Region (8)
Telephone: 909-782-3298

Date of Government Version: 06/01/02
Database Release Frequency: Semi-Annually

Date of Last EDR Contact: 10/07/02
Date of Next Scheduled EDR Contact: 01/06/03

**SLIC REG 9:** Spills, Leaks, Investigation & Cleanup Cost Recovery Listing
Source: California Regional Water Quality Control Board San Diego Region (9)
Telephone: 858-467-2980

Date of Government Version: 03/01/02
Database Release Frequency: Annually

Date of Last EDR Contact: 12/02/02
Date of Next Scheduled EDR Contact: 03/03/03

### EDR PROPRIETARY HISTORICAL DATABASES

**Former Manufactured Gas (Coal Gas) Sites:** The existence and location of Coal Gas sites is provided exclusively to
EDR by Real Property Scan, Inc. ©Copyright 1993 Real Property Scan, Inc. For a technical description of the types
of hazards which may be found at such sites, contact your EDR customer service representative.

---

#### Disclaimer Provided by Real Property Scan, Inc.

The information contained in this report has predominantly been obtained from publicly available sources produced by entities
other than Real Property Scan. While reasonable steps have been taken to insure the accuracy of this report, Real Property
Scan does not guarantee the accuracy of this report. Any liability on the part of Real Property Scan is strictly limited to a refund
of the amount paid. No claim is made for the actual existence of toxins at any site. This report does not constitute a legal
opinion.

---

### OTHER DATABASE(S)

Depending on the geographic area covered by this report, the data provided in these specialty databases may or may not be
complete. For example, the existence of wetlands information data in a specific report does not mean that all wetlands in the
area covered by the report are included. Moreover, the absence of any reported wetlands information does not necessarily
mean that wetlands do not exist in the area covered by the report.

**Oil/Gas Pipelines/Electrical Transmission Lines:** This data was obtained by EDR from the USGS in 1994. It is referred to by
USGS as GeoData Digital Line Graphs from 1:100,000-Scale Maps. It was extracted from the transportation category including
some oil, but primarily gas pipelines and electrical transmission lines.

**Sensitive Receptors:** There are individuals deemed sensitive receptors due to their fragile immune systems and special sensitivity
to environmental discharges. These sensitive receptors typically include the elderly, the sick, and children. While the location of all
sensitive receptors cannot be determined, EDR indicates those buildings and facilities - schools, daycares, hospitals, medical centers,
and nursing homes - where individuals who are sensitive receptors are likely to be located.

**Flood Zone Data:** This data, available in select counties across the country, was obtained by EDR in 1999 from the Federal
Emergency Management Agency (FEMA). Data depicts 100-year and 500-year flood zones as defined by FEMA.

**NWI:** National Wetlands Inventory. This data, available in select counties across the country, was obtained by EDR
in 2002 from the U.S. Fish and Wildlife Service.

TC896349.1s   Page GR-17

Exhibit 3
Page 244

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

### STREET AND ADDRESS INFORMATION

© 2001 Geographic Data Technology, Inc., Rel. 07/2001. This product contains proprietary and confidential property of Geographic Data Technology, Inc. Unauthorized use, including copying for other than testing and standard backup procedures, of this product is expressly prohibited.

TC896349.1s    Page GR-18

Exhibit 3
Page 245

# GEOCHECK ®- PHYSICAL SETTING SOURCE ADDENDUM

**TARGET PROPERTY ADDRESS**

SIMMS METALS
8822 ETIWANDA AVENUE
RANCHO CUCAMONGA, CA 91739

**TARGET PROPERTY COORDINATES**

Latitude (North):                34.092701 - 34° 5' 33.7"
Longitude (West):              117.523804 - 117° 31' 25.7"
Universal Tranverse Mercator:  Zone 11
UTM X (Meters):                451679.5
UTM Y (Meters):                3772363.5

EDR's GeoCheck Physical Setting Source Addendum has been developed to assist the environmental professional with the collection of physical setting source information in accordance with ASTM 1527-00, Section 7.2.3. Section 7.2.3 requires that a current USGS 7.5 Minute Topographic Map (or equivalent, such as the USGS Digital Elevation Model) be reviewed. It also requires that one or more additional physical setting sources be sought when (1) conditions have been identified in which hazardous substances or petroleum products are likely to migrate to or from the property, and (2) more information than is provided in the current USGS 7.5 Minute Topographic Map (or equivalent) is generally obtained, pursuant to local good commercial or customary practice, to assess the impact of migration of recognized environmental conditions in connection with the property. Such additional physical setting sources generally include information about the topographic, hydrologic, hydrogeologic, and geologic characteristics of a site, and wells in the area.

Assessment of the impact of contaminant migration generally has two principle investigative components:

1. Groundwater flow direction, and
2. Groundwater flow velocity.

Groundwater flow direction may be impacted by surface topography, hydrology, hydrogeology, characteristics of the soil, and nearby wells. Groundwater flow velocity is generally impacted by the nature of the geologic strata. EDR's GeoCheck Physical Setting Source Addendum is provided to assist the environmental professional in forming an opinion about the impact of potential contaminant migration.

Exhibit 3
Page 246

## GEOCHECK® - PHYSICAL SETTING SOURCE SUMMARY

**GROUNDWATER FLOW DIRECTION INFORMATION**

Groundwater flow direction for a particular site is best determined by a qualified environmental professional using site-specific well data. If such data is not reasonably ascertainable, it may be necessary to rely on other sources of information, such as surface topographic information, hydrologic information, hydrogeologic data collected on nearby properties, and regional groundwater flow information (from deep aquifers).

**TOPOGRAPHIC INFORMATION**

Surface topography may be indicative of the direction of surficial groundwater flow. This information can be used to assist the environmental professional in forming an opinion about the impact of nearby contaminated properties or, should contamination exist on the target property, what downgradient sites might be impacted.

**USGS TOPOGRAPHIC MAP ASSOCIATED WITH THIS SITE**

    Target Property:        2434117-A5 GUASTI, CA
    Source: USGS 7.5 min quad index

**GENERAL TOPOGRAPHIC GRADIENT AT TARGET PROPERTY**

    Target Property:        General South

Source: General Topographic Gradient has been determined from the USGS 1 Degree Digital Elevation Model and should be evaluated on a relative (not an absolute) basis. Relative elevation information between sites of close proximity should be field verified.

**HYDROLOGIC INFORMATION**

Surface water can act as a hydrologic barrier to groundwater flow. Such hydrologic information can be used to assist the environmental professional in forming an opinion about the impact of nearby contaminated properties or, should contamination exist on the target property, what downgradient sites might be impacted.

Refer to the Physical Setting Source Map following this summary for hydrologic information (major waterways and bodies of water).

**FEMA FLOOD ZONE**

| | FEMA Flood |
|---|---|
| Target Property County | Electronic Data |
| SAN BERNARDINO, CA | YES - refer to the Overview Map and Detail Map |
| | |
| Flood Plain Panel at Target Property: | 06071C8634F |
| | |
| Additional Panels in search area: | 06071C8635F |
| | 06071C8633F |

**NATIONAL WETLAND INVENTORY**

| | NWI Electronic |
|---|---|
| NWI Quad at Target Property | Data Coverage |
| GUASTI | YES - refer to the Overview Map and Detail Map |

**HYDROGEOLOGIC INFORMATION**

Hydrogeologic information obtained by installation of wells on a specific site can often be an indicator of groundwater flow direction in the immediate area. Such hydrogeologic information can be used to assist the environmental professional in forming an opinion about the impact of nearby contaminated properties or, should contamination exist on the target property, what downgradient sites might be impacted.

Exhibit 3
Page 247

# GEOCHECK® - PHYSICAL SETTING SOURCE SUMMARY

**Site-Specific Hydrogeological Data*:**
Search Radius:        2.0 miles
Status:               Not found

## AQUIFLOW®

Search Radius: 2.000 Miles.

EDR has developed the AQUIFLOW Information System to provide data on the general direction of groundwater flow at specific points. EDR has reviewed reports submitted by environmental professionals to regulatory authorities at select sites and has extracted the date of the report, groundwater flow direction as determined hydrogeologically, and the depth to water table.

| MAP ID | LOCATION FROM TP | GENERAL DIRECTION GROUNDWATER FLOW |
|--------|------------------|-------------------------------------|
| A2 | 1/2 - 1 Mile North | SW |
| A3 | 1/2 - 1 Mile North | Not Reported |
| 5 | 1 - 2 Miles SE | SSW |

For additional site information, refer to Physical Setting Source Map Findings.

## GROUNDWATER FLOW VELOCITY INFORMATION

Groundwater flow velocity information for a particular site is best determined by a qualified environmental professional using site specific geologic and soil strata data. If such data are not reasonably ascertainable, it may be necessary to rely on other sources of information, including geologic age identification, rock stratigraphic unit and soil characteristics data collected on nearby properties and regional soil information. In general, contaminant plumes move more quickly through sandy-gravelly types of soils than silty-clayey types of soils.

## GEOLOGIC INFORMATION IN GENERAL AREA OF TARGET PROPERTY

Geologic information can be used by the environmental professional in forming an opinion about the relative speed at which contaminant migration may be occurring.

**ROCK STRATIGRAPHIC UNIT**                    **GEOLOGIC AGE IDENTIFICATION**

| Era: | Cenozoic | | Category: | Stratifed Sequence |
|------|----------|---|----------|---------------------|
| System: | Quaternary | | | |
| Series: | Quaternary | | | |
| Code: | Q | *(decoded above as Era, System & Series)* | | |

Geologic Age and Rock Stratigraphic Unit Source: P.G. Schruben, R.E. Arndt and W.J. Bawiec, Geology of the Conterminous U.S. at 1:2,500,000 Scale - a digital representation of the 1974 P.B. King and H.M. Beikman Map, USGS Digital Data Series DDS - 11 (1994).

## DOMINANT SOIL COMPOSITION IN GENERAL AREA OF TARGET PROPERTY

The U.S. Department of Agriculture's (USDA) Soil Conservation Service (SCS) leads the National Cooperative Soil Survey (NCSS) and is responsible for collecting, storing, maintaining and distributing soil survey information for privately owned lands in the United States. A soil map in a soil survey is a representation of soil patterns in a landscape. Soil maps for STATSGO are compiled by generalizing more detailed (SSURGO) soil survey maps. The following information is based on Soil Conservation Service STATSGO data.

* ©1996 Site-specific hydrogeological data gathered by CERCLIS Alerts, Inc., Bainbridge Island, WA. All rights reserved. All of the information and opinions presented are those of the cited EPA report(s), which were completed under a Comprehensive Environmental Response Compensation and Liability Information System (CERCLIS) investigation

Exhibit 3
Page 248

## GEOCHECK® - PHYSICAL SETTING SOURCE SUMMARY

| Soil Component Name: | URBAN LAND |
|---|---|
| Soil Surface Texture: | variable |
| Hydrologic Group: | Not reported |
| Soil Drainage Class: | Not reported |

Hydric Status: Soil does not meet the requirements for a hydric soil.

| Corrosion Potential - Uncoated Steel: | Not Reported |
|---|---|
| Depth to Bedrock Min: | > 10 inches |
| Depth to Bedrock Max: | > 10 inches |

### Soil Layer Information

| Layer | Boundary | | Classification | | | Permeability Rate (in/hr) | Soil Reaction (pH) |
|---|---|---|---|---|---|---|---|
| | Upper | Lower | Soil Texture Class | AASHTO Group | Unified Soil | | |
| 1 | 0 inches | 6 inches | variable | Not reported | Not reported | Max: 0.00<br>Min: 0.00 | Max: 0.00<br>Min: 0.00 |

### OTHER SOIL TYPES IN AREA

Based on Soil Conservation Service STATSGO data, the following additional subordinant soil types may appear within the general area of target property.

| Soil Surface Textures: | gravelly - loamy sand<br>coarse sandy loam<br>stony - loamy sand<br>fine sand<br>silt loam<br>sandy loam<br>fine sandy loam<br>clay loam<br>gravelly - sandy loam<br>loamy fine sand |
|---|---|
| Surficial Soil Types: | gravelly - loamy sand<br>coarse sandy loam<br>stony - loamy sand<br>fine sand<br>silt loam<br>sandy loam<br>fine sandy loam<br>clay loam<br>gravelly - sandy loam<br>loamy fine sand |
| Shallow Soil Types: | fine sandy loam<br>gravelly - loam |
| Deeper Soil Types: | gravelly - fine sandy loam<br>sand<br>silty clay loam |

TC896349.1s  Page A-4

Exhibit 3
Page 249

## GEOCHECK® - PHYSICAL SETTING SOURCE SUMMARY

gravelly - sandy loam
loam

### ADDITIONAL ENVIRONMENTAL RECORD SOURCES

According to ASTM E 1527-00, Section 7.2.2, "one or more additional state or local sources of environmental records may be checked, in the discretion of the environmental professional, to enhance and supplement federal and state sources... Factors to consider in determining which local or additional state records, if any, should be checked include (1) whether they are reasonably ascertainable, (2) whether they are sufficiently useful, accurate, and complete in light of the objective of the records review (see 7.1.1), and (3) whether they are obtained, pursuant to local, good commercial or customary practice." One of the record sources listed in Section 7.2.2 is water well information. Water well information can be used to assist the environmental professional in assessing sources that may impact groundwater flow direction, and in forming an opinion about the impact of contaminant migration on nearby drinking water wells.

### WELL SEARCH DISTANCE INFORMATION

| DATABASE | SEARCH DISTANCE (miles) |
|---|---|
| Federal USGS | 1.000 |
| Federal FRDS PWS | Nearest PWS within 1 mile |
| State Database | 1.000 |

### FEDERAL USGS WELL INFORMATION

| MAP ID | WELL ID | LOCATION FROM TP |
|---|---|---|
| No Wells Found | | |

### FEDERAL FRDS PUBLIC WATER SUPPLY SYSTEM INFORMATION

| MAP ID | WELL ID | LOCATION FROM TP |
|---|---|---|
| No PWS System Found | | |

Note: PWS System location is not always the same as well location.

### STATE DATABASE WELL INFORMATION

| MAP ID | WELL ID | LOCATION FROM TP |
|---|---|---|
| 1 | 1038 | 1/2 - 1 Mile ESE |
| 4 | 1039 | 1/2 - 1 Mile SE |

TC896349.1s  Page A-5

Exhibit 3
Page 250

## PHYSICAL SETTING SOURCE MAP - 896349.1s

N   County Boundary
N   Major Roads
N   Contour Lines
N   Earthquake Fault Lines
Ⓦ   Water Wells
Ⓟ   Public Water Supply Wells
|   Groundwater Flow Direction
ⒼⒾ   Indeterminate Groundwater Flow at Location
ⒼⓋ   Groundwater Flow Varies at Location
●   Cluster of Multiple Icons

◎   Earthquake epicenter, Richter 5 or greater
ⒸⒽⒹ   Closest Hydrogeological Data
●   Oil, gas or related wells

| TARGET PROPERTY: | Simms Metals | CUSTOMER: | Hart Crowser, Inc. |
| ADDRESS: | 8822 Etiwanda Avenue | CONTACT: | Kevin Roberts |
| CITY/STATE/ZIP: | Rancho Cucamonga CA 91739 | INQUIRY #: | 896349.1s |
| LAT/LONG: | 34.0927 / 117.5238 | DATE: | December 11, 2002  5:37 pm |

Copyright © 2002 EDR, Inc © 2001 GDT, Inc. Rel. 07/2001. All Rights Reserved.

Exhibit 3
Page 251

# GEOCHECK® - PHYSICAL SETTING SOURCE MAP FINDINGS

Map ID
Direction
Distance
Elevation

| | | Database | EDR ID Number |
|---|---|---|---|

**1**
**ESE**
**1/2 - 1 Mile**
**Higher**

                                                    **CA WELLS**    **1038**

**Water System Information:**

| | | | |
|---|---|---|---|
| Prime Station Code: | 01S/06W-16A01 S | User ID: | 36C |
| FRDS Number: | 3601058001 | County: | San Beernardino |
| District Number: | 66 | Station Type: | WELL/AMBNT/MUN/INTAKE |
| Water Type: | Well/Groundwater | Well Status: | Active Raw |
| Source Lat/Long: | 340523.0 1173032.0 | Precision: | 100 Feet (one Second) |
| Source Name: | WELL 01 | | |
| System Number: | 3601058 | | |
| System Name: | KAISER STEEL | | |
| Organization That Operates System: | | | |
| | Not Reported | | |
| Pop Served: | Unknown, Small System | Connections: | Unknown, Small System |
| Area Served: | Not Reported | | |

**Sample Information:** * Only Findings Above Detection Level Are Listed

| | | | |
|---|---|---|---|
| Sample Collected: | 10/02/1987 | Findings: | F .600 UG/L |
| Chemical: | CHLOROFORM (THM) | | |

---

**A2**
**North**
**1/2 - 1 Mile**
**Higher**

| | | | |
|---|---|---|---|
| Site ID: | 083602685T | | |
| Groundwater Flow: | SW | | **AQUIFLOW**   **37839** |
| Shallow Water Depth: | Not Reported | | |
| Deep Water Depth: | Not Reported | | |
| Average Water Depth: | <425 | | |
| Date: | 07/05/1995 | | |

---

**A3**
**North**
**1/2 - 1 Mile**
**Higher**

| | | | |
|---|---|---|---|
| Site ID: | Not Reported | | |
| Groundwater Flow: | Not Reported | | **AQUIFLOW**   **37816** |
| Shallow Water Depth: | 8.14 | | |
| Deep Water Depth: | 14.58 | | |
| Average Water Depth: | Not Reported | | |
| Date: | 05/15/1998 | | |

---

**4**
**SE**
**1/2 - 1 Mile**
**Lower**

                                                    **CA WELLS**    **1039**

**Water System Information:**

| | | | |
|---|---|---|---|
| Prime Station Code: | 01S/06W-16J01 S | User ID: | 36C |
| FRDS Number: | 3601058002 | County: | San Beernardino |
| District Number: | 66 | Station Type: | WELL/AMBNT/MUN/INTAKE |
| Water Type: | Well/Groundwater | Well Status: | Active Raw |
| Source Lat/Long: | 340505.0 1173032.0 | Precision: | 100 Feet (one Second) |
| Source Name: | WELL 02 | | |
| System Number: | 3601058 | | |
| System Name: | KAISER STEEL | | |
| Organization That Operates System: | | | |
| | Not Reported | | |
| Pop Served: | Unknown, Small System | Connections: | Unknown, Small System |
| Area Served: | Not Reported | | |

TC896349.1s  Page A-7

Exhibit 3
Page 252

## GEOCHECK® - PHYSICAL SETTING SOURCE MAP FINDINGS

Map ID
Direction
Distance
Elevation

| | | | Database | EDR ID Number |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **5**<br>**SE**<br>**1 - 2 Miles**<br>**Lower** | Site ID:<br>Groundwater Flow:<br>Shallow Water Depth:<br>Deep Water Depth:<br>Average Water Depth:<br>Date: | 083600079T<br>SSW<br>18 ft<br>Not Reported<br>Not Reported<br>05/25/1995 | **AQUIFLOW** | **50256** |

## GEOCHECK® - PHYSICAL SETTING SOURCE MAP FINDINGS
### RADON

**AREA RADON INFORMATION**

Federal EPA Radon Zone for SAN BERNARDINO County: 2

Note: Zone 1 indoor average level > 4 pCi/L.
: Zone 2 indoor average level >= 2 pCi/L and <= 4 pCi/L.
: Zone 3 indoor average level < 2 pCi/L.

Federal Area Radon Information for Zip Code: 91739

Number of sites tested: 1

| Area | Average Activity | % <4 pCi/L | % 4-20 pCi/L | % >20 pCi/L |
|------|-----------------|------------|--------------|-------------|
| Living Area - 1st Floor | 0.900 pCi/L | 100% | 0% | 0% |
| Living Area - 2nd Floor | Not Reported | Not Reported | Not Reported | Not Reported |
| Basement | Not Reported | Not Reported | Not Reported | Not Reported |

TC896349.1s  Page A-9

Exhibit 3
Page 254

# PHYSICAL SETTING SOURCE RECORDS SEARCHED

## HYDROLOGIC INFORMATION

**Flood Zone Data:** This data, available in select counties across the country, was obtained by EDR in 1999 from the Federal Emergency Management Agency (FEMA). Data depicts 100-year and 500-year flood zones as defined by FEMA.

**NWI:** National Wetlands Inventory. This data, available in select counties across the country, was obtained by EDR in 2002 from the U.S. Fish and Wildlife Service.

## HYDROGEOLOGIC INFORMATION

### AQUIFLOW$^R$  Information System
    Source: EDR proprietary database of groundwater flow information
    EDR has developed the AQUIFLOW Information System (AIS) to provide data on the general direction of groundwater flow at specific points. EDR has reviewed reports submitted to regulatory authorities at select sites and has extracted the date of the report, hydrogeologically determined groundwater flow direction and depth to water table information.

## GEOLOGIC INFORMATION

### Geologic Age and Rock Stratigraphic Unit
    Source: P.G. Schruben, R.E. Arndt and W.J. Bawiec, Geology of the Conterminous U.S. at 1:2,500,000 Scale - A digital representation of the 1974 P.B. King and H.M. Beikman Map, USGS Digital Data Series DDS - 11 (1994).

### STATSGO:  State Soil Geographic Database
    The U.S. Department of Agriculture's (USDA) Soil Conservation Service (SCS) leads the national Cooperative Soil Survey (NCSS) and is responsible for collecting, storing, maintaining and distributing soil survey information for privately owned lands in the United States. A soil map in a soil survey is a representation of soil patterns in a landscape. Soil maps for STATSGO are compiled by generalizing more detailed (SSURGO) soil survey maps.

## ADDITIONAL ENVIRONMENTAL RECORD SOURCES

### FEDERAL WATER WELLS

**PWS:** Public Water Systems
    Source: EPA/Office of Drinking Water
    Telephone: 202-260-2805
    Public Water System data from the Federal Reporting Data System. A PWS is any water system which provides water to at least 25 people for at least 60 days annually. PWSs provide water from wells, rivers and other sources.

**PWS ENF:** Public Water Systems Violation and Enforcement Data
    Source: EPA/Office of Drinking Water
    Telephone: 202-260-2805
    Violation and Enforcement data for Public Water Systems from the Safe Drinking Water Information System (SDWIS) after August 1995. Prior to August 1995, the data came from the Federal Reporting Data System (FRDS).

**USGS Water Wells:** In November 1971 the United States Geological Survey (USGS) implemented a national water resource information tracking system. This database contains descriptive information on sites where the USGS collects or has collected data on surface water and/or groundwater. The groundwater data includes information on more than 900,000 wells, springs, and other sources of groundwater.

Exhibit 3
Page 255

# PHYSICAL SETTING SOURCE RECORDS SEARCHED

## STATE RECORDS

**California Drinking Water Quality Database**
Source:  Department of Health Services
Telephone: 916-324-2319
The database includes all drinking water compliance and special studies monitoring for the state of California
since 1984. It consists of over 3,200,000 individual analyses along with well and water system information.

**California Oil and Gas Well Locations for District 2, 3, 5 and 6**
Source:  Department of Conservation
Telephone: 916-323-1779

## RADON

**Area Radon Information**
Source: USGS
Telephone: 303-202-4210
The National Radon Database has been developed by the U.S. Environmental Protection Agency
(USEPA) and is a compilation of the EPA/State Residential Radon Survey and the National Residential Radon Survey.
The study covers the years 1986 - 1992. Where necessary data has been supplemented by information collected at
private sources such as universities and research institutions.

**EPA Radon Zones**
Source: EPA
Telephone: 202-564-9370
Sections 307 & 309 of IRAA directed EPA to list and identify areas of U.S. with the potential for elevated indoor
radon levels.

## OTHER

**Epicenters:**  World earthquake epicenters, Richter 5 or greater
Source:  Department of Commerce, National Oceanic and Atmospheric Administration

**California Earthquake Fault Lines:**     The fault lines displayed on EDR's Topographic map are digitized quaternary fault lines,
prepared in 1975 by the United State Geological Survey.  Additional information (also from 1975) regarding activity at specific fault
lines comes from California's Preliminary Fault Activity Map prepared by the California Division of Mines and Geology.

Exhibit 3
Page 256

Appendix C

Exhibit 3
Page 257

**APPENDIX C**
**DOCUMENTATION**

Hart Crowser
16054-00

Exhibit 3
Page 258

State of California — Environmental Protection Agency
Form Approved OMB No. 2050-0039 (Expires 9-30-99)
Please print or type. Form designed for use on elite (12-pitch) typewriter.

See Instructions on back of page 6.

Department of Toxic Substances Control
Sacramento, California

| **UNIFORM HAZARDOUS WASTE MANIFEST** | 1. Generator's US EPA ID No. | Manifest Document No. | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law. |

1. Generator's US EPA ID No. `C A 0 9 8 1 1 3 6 8 1 2 8`  4 5 5 9 6

3. Generator's Name and Mailing Address
SIMSMETAL AMERICA ETIWANDA
822 ETIWANDA AVE
ETIWANDA CA 91739

4. Generator's Phone ( 909 ) 899 1767

5. Transporter 1 Company Name
TRANSPORTON X REMEDIATION INC

6. US EPA ID Number
C A 0 0 6 3 5 4 7 9 9 6

7. Transporter 2 Company Name

8. US EPA ID Number

9. Designated Facility Name and Site Address
CHEMICAL WASTE MANAGEMENT INC
3525 OLD SKYLINE ROAD
KETTLEMAN CITY CA 93239

10. US EPA ID Number
C A T 0 0 0 6 4 6 1 1 7

A. State Manifest Document Number
21345596

B. State Generator's ID
# H N 03 6 02 7 6 2 3

D. Transporter's Phone 1 800 32 11030

G. State Facility's ID

H. Facility's Phone 800 322 2964

| 11. US DOT Description (including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste Number |
| | No. | Type | | | |
| a. NON RCRA HAZARDOUS WASTE SOLID (OILY ABSORBA-TS + DEBRIS) | 003 | DM | 00900 | P | State 223 EPA/Other RCRA |
| b. | | | | | State EPA/Other |
| c. | | | | | State EPA/Other |
| d. | | | | | State EPA/Other |

J. Additional Descriptions for Materials Listed Above
11A KB 2684 OILY ABSORBANTS + DEBRIS
ENV 171

K. Handling Codes for Wastes Listed Above

15. Special Handling Instructions and Additional Information
IN CASE OF EMERGENCY CONTACT PTR
1800 3211030

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

Printed/Typed Name JACK SCHIODLER  Signature  Month 06 Day 13 Year 02

17. Transporter 1 Acknowledgement of Receipt of Materials
Printed/Typed Name MICHAEL WALSC  Signature  Wal  Month 06 Day 13 Year 02

18. Transporter 2 Acknowledgement of Receipt of Materials
Printed/Typed Name  Signature  Month Day Year

19. Discrepancy Indication Space

20. Facility Owner or Operator Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.
Printed/Typed Name  Signature  Month Day Year

**DO NOT WRITE BELOW THIS LINE.**

DTSC 8022A (1/99)
EPA 8700—22

Yellow: GENERATOR RETAINS

Exhibit 3
Page 259

# Phase II Site Characterization Report

# Contract No. RA-206

# Site #127 Right-of-Way

Etiwanda, California

December 8, 1992

Prepared For:

Los Angeles County Transportation Commission
818 West Seventh Street
Suite 1100
Los Angeles, California 90017

Prepared By:



BRYAN A. STIRRAT & ASSOCIATES, INC.
1360 Valley Vista Drive
Diamond Bar, California 91765
(714) 860-7777

Exhibit 3
Page 260

# TABLE OF CONTENTS

**TITLE**          **PAGE NO.**

**EXECUTIVE SUMMARY**     **ES-1**

1.0    **PURPOSE OF INVESTIGATION**     **1-1**

2.0    **SITE DESCRIPTION**     **2-1**

    2.1    Drainage Ditch Area     2-1
    2.2    Ferromet Drainage Area     2-2
    2.3    TAMCO Drainage Overflow Area     2-2

3.0    **TECHNICAL EVALUATION AND RESULTS**     **3-1**

    3.1    Drainage Ditch Area     3-1
    3.2    Ferromet Drainage Area     3-3
    3.3    TAMCO Drainage Overflow Area     3-3

4.0    **RISK BASED REMEDIAL ALTERNATIVES
AND COST ESTIMATES**     **4-1**

5.0    **RECOMMENDATIONS**     **5-1**

**APPENDICES**

APPENDIX A:  Laboratory Analyses
APPENDIX B:  Boring logs
APPENDIX C:  Laboratory Reports and Chain-of-Custody Forms

**TABLES**

Table 3-1:    Soil Sample Analyses Summary Data (August 19, 1992)
Table 3-1:    Total Threshold Limit Concentrations (TTLCs)

**FIGURES**

Figure 1:    Site Map

BRYAN A. STIRRAT & ASSOCIA

# EXECUTIVE SUMMARY

**Bryan A. Stirrat & Associates, Inc. (BAS)** was contracted (Contract # RA-206) by the Los Angeles County Transportation Commission (LACTC) to perform a Phase II Environmental Site Investigation on an Atchison Topeka & Santa Fe (AT & SF) railroad right-of-way (Site #127) in the City of Etiwanda. In accordance with this contract, a work plan and health and safety plan were developed and submitted for LACTC approval on July 31, 1992. These plans were approved on August 4, 1992. This report documents the activities conducted at the site, the findings of the investigation, and presents recommendations for further work.

In the Phase I Site Investigation, several areas located within the site boundaries were identified as having surface evidence of potential environmental concern. The purpose of the Phase II Investigation was to evaluate subsurface conditions at these areas. Soil borings were drilled in each of the areas, and soil samples were collected for laboratory analyses.

Results of the laboratory analyses showed soil contamination from petroleum hydrocarbons, metals, diesel fuel, and PCBs. The vertical and lateral extent of this contamination cannot be determined from the information available from this investigation. Therefore, **BAS** recommends that additional testing be performed along the northern border of the right-of-way and within the north/south trending drainage ditch which runs between the Ferromet property and the TAMCO steel yard property.

Phase II Site Characterization Report
(LACTCRPT#1:206\ES:9272-4:9-23-92)

ES-1

BRYAN A. STIRRAT & ASSOCIATE

Exhibit 3
Page 262

# 1.0 PURPOSE OF INVESTIGATION

The purpose of this Phase II Site Characterization Investigation was to evaluate subsurface conditions at areas identified during the previous Phase I Investigation as being potentially contaminated, determine whether contamination exists, and make recommendations regarding potential investigations and/or remediation measures based on the results of Phase II soil sample analyses. Three surface samples and three soil borings were drilled at the project site. Soil samples were collected and analyzed as specified in the work plan submitted to the LACTC on July 31, 1992. This report documents the activities performed at the site, the results of the analytical testing performed on the collected soil samples, potential remedial alternatives for those areas found to be contaminated, and recommendations regarding further investigations and/or remediation efforts. It is the intent of this report to present the information in a concise and manageable format so that the LACTC can make an informed decision as to the need for additional investigation(s) and/or site remediation.

## 2.0   SITE DESCRIPTION

The site is located in the City of Etiwanda along the AT & SF Railroad west of Etiwanda
Avenue. The site is the right-of-way along the AT & SF Railroad, Pasadena Branch at Site
#127 located adjacent to 8822 Etiwanda Avenue, Etiwanda, California. A site map is
provided as Figure 1. The right-of-way located south of the railroad tracks consists of
scattered railroad ballast and a dirt road adjacent to a chain link fence along the property
line of the Southern California Edison Etiwanda Electrical Generating Plant. The right-of-
way north of the railroad tracks extends to a chain link fence that corresponds to the
property line of a large steel yard and an automobile shredding yard, as shown in Figure 1.
Additionally, the site has a drainage ditch aligning north-south that flows under a wooden
bridge supporting the railroad tracks. Within a few feet north of the north boundary of the
right-of-way is a dark gray stained drainage ditch which flows east into the larger north-
south trending drainage ditch. The dark staining does not appear to extend onto the right-
of-way except when the smaller drainage ditch flows into the larger drainage ditch as shown
in Figure 1. The features that were investigated are described below and are shown in
Figure 1.

### 2.1   DRAINAGE DITCH AREA

A north/south trending drainage ditch bisects the project site. Run-off from the
two adjacent properties (Ferromet Inc. and TAMCO) drains directly into this
ditch. Run-off from either adjacent property could contribute to contamination
in the north/south drainage ditch. Run-off from the Ferromet property is of
concern because, as an auto shredding operation, there is the potential for
metals, petroleum hydrocarbon, and PCB contamination. Run-off from the
TAMCO steel yard could potentially bring petroleum hydrocarbon and metals
contamination.

Immediately adjacent and north of the railroad right-of-way, and west of the
north/south trending drainage ditch is the TAMCO company site. An east/west
trending drainage ditch on the TAMCO property drains runoff onto the right-of-
way (Figure 1). The area where the runoff drains onto the right-of-way is heavily
stained and is moist from regular drainage water. Located just north and west of

BRYAN A. STIRRAT & ASSOCIATES

Exhibit 3
Page 264



Exhibit 3
Page 265

the east-west trending ditch is a sump, clarifier, and puddle of standing water
that contain dark colored water. In the middle of the north-south trending
drainage ditch is a low puddled area just south of the wooden bridge (Figure 1).

The Phase I Investigation identified hydrocarbon and metals contamination from
discrete soil samples collected from 1 and 5 feet. The Phase I Investigation
analyzed soil for Benzene, Toluene, Ethylbenzene, and Xylenes (BTEX) by EPA
Method 8020. None of these compounds were detected with the exception of
xylenes which were found in extremely low levels (6 ppb). This indicates that
gasoline type contamination is very unlikely. The Phase I soil samples were also
analyzed for total recoverable petroleum hydrocarbons (TRPH) with results
varying from 280 mg/kg to 3300 mg/kg. Phase I soil samples analyzed for
metals identified high levels of chromium, lead, and zinc.

## 2.2    FERROMET DRAINAGE AREA

No obvious staining was observed in the right-of-way adjacent to the auto
shredding yard. However, auto shredding is known to produce PCB constituents
in the shredding waste.

## 2.3    TAMCO DRAINAGE OVERFLOW AREA

There is no obvious staining from the steel yard onto the right-of-way south of
the steel yard area. However storm water drains several acres of dark stained
soil in the steel yard by sheet flow into the shallow east-west trending drainage
ditch. During any sizable rain storm, the east-west drainage certainly overflows
onto the right-of-way. The east-west trending drainage ditch is heavily stained.
Therefore, two near surface soil samples were collected with a hand auger along
the chain link fence to check for past drainage overflow of the east-west trending
drainage ditch onto the right-of-way.

BRYAN A. STIRRAT & ASSOCIATES

Exhibit 3
Page 266

## 3.0  TECHNICAL EVALUATION AND RESULTS

On August 20 and 27, 1992, **BAS** conducted field sampling activities at the project site in accordance with the work plan submitted to the LACTC on July 31, 1992. Soil samples were collected from three soil borings and three surface sampling locations. Site soils were found to be generally fine to medium grained sands and silty sands. The borings were drilled and samples collected to investigate the three areas of concern listed in Section 2.0. The results of laboratory analyses of soil samples collected from these borings is described below, and summarized in Table 3-1. It should be noted that total recoverable petroleum hydrocarbons (TRPH) were detected in all soil samples collected at the site. TRPH concentrations are expected to fall below the detection limit as contamination decreases. However, in no instance at this site did the concentration fall below 21 mg/kg. In an attempt to verify the laboratory analyses, three random samples were reanalyzed and the lab QA/QC data reviewed. Results of these efforts appear to confirm the original findings. Although this is not common, the majority of the detected TRPH concentrations are below 100 mg/kg and are not considered to be of significant concern.

Results from laboratory analyses are provided in Appendix A. Boring logs are provided in Appendix B. Laboratory reports and completed Chain-of-Custody forms are provided in Appendix C.

### 3.1  DRAINAGE DITCH AREA

Three soil borings (B1, B2, and B3) were drilled in the drainage ditch area described in Section 2.1. Soil boring B1 was drilled in the soil stained area at the east end of the east/west trending drainage ditch. Soil boring B2 was drilled at the low point in the north/south trending drainage ditch immediately north of the wooden bridge. Soil boring B3 was drilled at the low point in the north/south trending drainage ditch south of the wooden bridge. Each boring was drilled to a total depth of 20 feet, with soil samples collected at depths of 1, 5, 10, 15, and 20 feet. The result of soil sample analyses is provided in Table 3-1. Total recoverable petroleum hydrocarbons (TRPH) were detected in each of the samples collected. The samples from each boring which exhibited the

Exhibit 3
Page 267

BRYAN A. STIRRAT & ASSOCIA

## TABLE 3-1
## SOIL SAMPLE ANALYSES
## SUMMARY DATA
### (AUGUST 20 & 27, 1992)

| SAMPLE I.D. | TRPH (mg/kg) | TPH Diesel (mg/kg) | TTLC Metals* (mg/kg) | PCBs (mg/kg) |
|---|---|---|---|---|
| **LOCATION B1:** | | | | |
| B1-1 | 411 | ND | <TTLC | NA |
| B1-5 | 25 | NA | NA | NA |
| B1-10 | 37 | NA | <TTLC | NA |
| B1-15 | 25 | NA | NA | NA |
| B1-20 | 25 | NA | NA | NA |
| **LOCATION B2:** | | | | |
| B2-1 | 1,890 | 7 | <TTLC | 1.247 |
| B2-5 | 220 | NA | NA | NA |
| B2-10 | 29 | NA | NA | NA |
| B2-15 | 29 | NA | NA | NA |
| B2-20 | 1,520 | NA | <TTLC | NA |
| **LOCATION B3:** | | | | |
| B3-1 | 829 | 122 | <TTLC | NA |
| B3-5 | 29 | NA | NA | NA |
| B3-10 | 33 | NA | NA | NA |
| B3-15 | 21 | NA | NA | NA |
| B3-20 | 79 | NA | <TTLC | NA |
| **LOCATION B4:** | | | | |
| B4 | NA | NA | NA | 2.118 |
| **LOCATION B5:** | | | | |
| B5 | 60 | NA | <TTLC | NA |
| **LOCATION B6:** | | | | |
| B6 | 73 | NA | <TTLC | NA |

(LACTCRPT#1\206:SUMMARY:9272-4:9-23-92)

**NOTES:**

* A variety of metals were detected. However, only those in excess
  of TTLC (Total Threshold Limit Concentrations) levels are reported
  in this table. Refer to Appendix A for detected metals concentrations.

- TRPH = Total Recoverable Petroleum Hydrocarbons
- TPH  = Total Petroleum Hydrocarbons (Diesel)
- mg/kg = milligram per kilogram
- NA   = Not analyzed.
- ND   = Not Detected above the laboratory method detection limit

BRYAN A. STIRRAT & ASSOCIATES

Exhibit 3
Page 268

highest concentrations of TRPH (B1-1, B2-1, and B3-1) were further analyzed
for total petroleum hydrocarbons diesel (TPH diesel). Two samples from each
boring which exhibited the highest TRPH concentrations (B1-1, B1-20, B2-1, B2-
20, B3-1, and B3-20) were further analyzed for metals. In addition, sample B2-1
was further analyzed for PCBs.

The TRPH concentration detected in sample B1-1 (411 mg/l) is the only sample
from location B1 to have a concentration greater than 37 mg/kg. At a depth of
five feet below ground surface, the TRPH concentration in B1 was significantly
reduced (25 mg/kg). However, from this point down, TRPH concentrations
remained constant. TRPH concentrations collected from B2 varied
dramatically. At a depth of one foot, a TRPH concentration was detected at
1,890 mg/kg. Between depths of one foot and ten feet, the TRPH
concentrations reduced with depth. Between ten feet and fifteen feet, the TRPH
level stabilized at 29 mg/kg. At twenty feet, the TRPH concentration (1520
mg/kg) was nearly equal to the original near surface concentration. However,
the samples were collected using a hand auger due to limited drill rig access and
there is a possibility that soil from near the surface may have sluffed into the
open hole prior to sample collection. The TRPH concentration detected in
sample B3-1 (829 mg/l) is the only sample from location B3 to have a TRPH
concentration greater than 79 mg/kg. At a depth of five feet below ground
surface, the TRPH concentration in B3 was significantly reduced. These near
surface concentrations are in the same range as those found in the Phase I
Investigation.

No TPH diesel contamination was detected in a sample collected from boring
B1. Sample B2-1 had the highest TRPH concentration reported from location
B2 and was subsequently analyzed for TPH diesel. Only 7 mg/kg of diesel was
detected. In addition, soil sample B2-1 was found to be contaminated with PCBs
(Aroclor 1248) at 2,118 ug/kg. Sample B3-1 reported the highest TRPH
concentration at location B3, and had a TPH diesel concentration of 122 mg/kg.

A variety of metals were detected at each location. At location B1, thirteen
metals were detected in samples B1-1 and B1-10. In general, total metals
concentrations neither increased nor decreased with depth. Individual metals
varied a great deal in some cases, but no overall trend was apparent. At location

BRYAN A. STIRRAT & ASSOCIA

Exhibit 3
Page 269

B2, thirteen metals were detected at a depth of 1 foot, while twelve were detected in the twenty-foot sample. In general the concentrations of the individual metals remained consistent between the two samples with only relatively minor changes with depth. At location B3, fourteen metals were detected at a depth of one foot, while thirteen were detected in the twenty-foot sample. The concentrations of the individual metals in the one-foot sample exhibited higher concentrations than were detected in the twenty-foot sample. None of the detected levels were found to exceed the Total Threshold Limit Concentrations (TTLC) levels (Table 3-2). No background sampling was conducted at the site. A general comparison to the mean concentrations of metals in soils of the western United States shows that the concentrations detected are well within the established range. The metal concentrations were generally lower than those detected during the Phase I Investigation.

## 3.2     FERROMET DRAINAGE AREA

One near-surface sample (B4) was collected immediately adjacent to the fence separating the project site from the Ferromet property. This sample (B4) was analyzed for PCBs to determine if storm water run-off from the Ferromet property could be impacting the soil within the right-of-way. Results of the analyses showed the same PCB compound which was found in sample B2-1, but at a higher concentration (2,118 ug/kg). This indicates that the run-off from the Ferromet property is apparently contributing to contamination within the right-of-way.

## 3.3     TAMCO DRAINAGE OVERFLOW AREA

Two near-surface samples were collected immediately adjacent to the fence separating the project site from the TAMCO property and the east/west trending drainage ditch. TRPH concentrations detected at both locations were relatively low. A variety of metals were detected at each location. Twelve metals were detected at location B5, while thirteen were detected in sample B6. Detected concentrations at each location were generally similar. However, at location B6 elevated levels of lead (204 mg/kg) and zinc (428 mg/kg) were detected. All detected metals concentrations were below TTLC levels.

# TABLE 3-2
# TOTAL THRESHOLD LIMIT
# CONCENTRATIONS (TTLCs*)

## CALIFORNIA
## PERSISTENT AND BIOACCUMULATIVE
## TOXIC SUBSTANCES (1)

| SUBSTANCE | TTLC (mg/kg) |
|---|---|
| Antimony and/or Antimony Compounds | 500 |
| Arsenic and/or Arsenic Compounds | 500 |
| Asbestos | 1.0 (as percent) |
| Barium and/or Barium Compounds (excluding Barite) | 10,000 |
| Berylium and/or Berylium Compounds | 75 |
| Cadmium and/or Cadmium Compounds | 100 |
| Chromium (VI) Compounds | 500 |
| Chromium and/or Chromium Compounds | 2,500 |
| Cobalt and/or cobalt Compounds | 800 |
| Copper and/or Copper Compounds | 2,500 |
| Fluoride Salts | 18,000 |
| Lead and/or Lead Compounds | 1,000 |
| Mercury and/or Mercury Compounds | 20 |
| Molybdenum and/or Molybdenum Compounds | 3,500 |
| Nickel and/or Nickel Compounds | 2,000 |
| Selenium and/or Selenium Compounds | 100 |
| Silver and/or Silver Compounds | 100 |
| Thallium and/or Thallium Compounds | 700 |
| Vanadium and/or Vanadium Compounds | 2,400 |
| Zinc and/or Zinc Compounds | 5,000 |

(LACTCRPT2:DATA-206:TLTTHRE:9271:09/15/97)

* TTLC values are calculated on the concentrations of the elements, not the compounds.

(1) California Code of Regulations, Title 22, Division 4, Chapter 30, Article 11, Section 66699.

Exhibit 3
Page 271

BRYAN A. STIRRAT & ASSOCIA

## 4.0 RISK BASED REMEDIAL ALTERNATIVES AND COST ESTIMATES

Based on the evaluation of the results from the soil sample analyses, soil contamination at the site was identified. However, the vertical and horizontal extent of contamination at each of the sampling locations has not been completely established. Therefore, only a preliminary evaluation of potential remedial alternatives and costs can be made at this time.

Contamination at the site is predominantly from hydrocarbon compounds with low levels of PCBs also detected. The hydrocarbon contaminated soil can be treated on-site with a variety of remediation technologies, including, bioremediation, thermal oxidation, chemical oxidation, or fixation. However, considering the relatively small quantities (approximately 10 cubic yards) of contaminated soil anticipated, the cost of on-site remediation is probably prohibitive unless a larger volume of contaminated soil is identified. In addition, with the exception of fixation, these treatments would have no impact on the PCB contamination.

Alternatively, the hydrocarbon contaminated soil can be excavated and transported to an off-site treatment, recycle or disposal facility. Potential off-site treatment, recycling, or disposal options include thermal or biological treatment, soil recycling with road base or cold batch asphalt, or disposal at an appropriate disposal facility. Based on the low concentration levels of hydrocarbon compounds identified in the Phase II investigation, thermal and biological treatment do not appear to be warranted or cost effective. The PCB contaminated soil, can be excavated and transported to an off-site treatment or disposal facility. Potential off-site treatment or disposal options include thermal destruction at an appropriate out of state facility, and disposal at a Class I disposal facility. Based on the low levels of PCB contamination identified in the Phase II investigation, and the existence of Class I disposal facilities within the state, off-site thermal treatment does not appear to be cost-effective.

Therefore, based on the limited information obtained to date, the remedial methods that are the most cost effective for the small volume of hydrocarbon contaminated soil at this site is excavation and transport to an appropriate off-site disposal or soil recycling facility. The remedial method that is the most cost-effective for the PCB contaminated soil at this site is excavation and transport to an appropriate off-site disposal facility.

## 5.0   RECOMMENDATIONS

Based on the results of the soil sample analyses, the following recommendations are
provided.

o      **Drainage Ditch Area:** The results of the soil sample analyses at locations B1, B2,
       and B3 showed concentrations of TRPH, TPH diesel, metals and PCBs. TRPH
       concentrations range from 411 mg/kg to 1890 mg/kg at the surface and reduce
       substantially in samples collected at five feet below ground surface. The
       concentration of TPH diesel compounds were only elevated in one surface
       sample and all metal concentrations were less than TTLC levels. A PCB
       compound was detected in a surface sample at just over 1 mg/kg. Therefore,
       BAS recommends the extent of TRPH and PCB contamination be further
       defined, so proper remediation actions, if needed, can be evaluated.

o      **Ferromet Drainage Area:** One surface soil sample was collected at Location B4
       to test for PCB compounds that might impact the right-of-way from the
       Ferromet auto shredding operation. A PCB compound was detected just above
       2 mg/kg. Therefore, BAS recommends that additional near surface and
       subsurface samples be collected in the area along the property line adjacent to
       the Ferromet site in order to determine the lateral extent of PCB contamination.

o      **TAMCO Drainage Overflow Area:** Two surface soil samples were collected to
       evaluate the potential impact to soils from storm water runoff from the TAMCO
       steel yard. The samples had TRPH concentrations of less than 100 mg/kg and
       all metal concentrations were below the TTLC levels. Therefore, BAS
       recommends that no additional work be performed in this area unless TRPH
       concentrations of 60 to 73 mg/kg are of concern.

BRYAN A. STIRRAT & ASSOCIATES

**CLIENT:**   **LOS ANGELES COUNTY**                                    **JOB #9272-4-4**
**TRANSPORTATION COMMISSION**

This report, including all related activities, was prepared or conducted under the direct supervision of Darryl G. Miller, Division Engineer, Environmental Services Division. Our professional services have been performed using that degree of care and skill ordinarily exercised under similar circumstances by other geologists and engineers practicing in this field. No other warranty, expressed or implied, is made as to the professional advice in this report.

_____                              Dec 8 1992
Darryl G. Miller, Division Engineer                        Date
Environmental Services Division
California Registered Geologist, Number 3388

## TABLE A-1
## LABORATORY DATA
## LOCATION B1
## (AUGUST 27, 1992)

| PARAMETER | MDL | DEPTH/ SAMPLE I.D. | | | | |
|---|---|---|---|---|---|---|
| | | 1'<br>B1-1 | 5'<br>B1-5 | 10'<br>B1-10 | 15'<br>B1-15 | 20'<br>B1-20 |
| TRPH 418.1 (mg/kg) | 1 | 411 | 25 | 37 | 25 | 25 |
| TPH-Diesel M8015 (mg/kg): | 5 | ND | NA | NA | NA | NA |
| TTLC Metals (mg/kg) | | | | | | |
| Antimony 7040 | 0.009 | 0.25 | NA | 0.12 | NA | NA |
| Arsenic 7061 | 0.02 | 0.91 | NA | 0.87 | NA | NA |
| Barium 7080 | 5 | 63.5 | NA | 108 | NA | NA |
| Beryllium 7090 | 0.2 | ND | NA | ND | NA | NA |
| Cadmium 7130 | 0.09 | 0.6 | NA | 0.5 | NA | NA |
| Chromium 7190 | 0.7 | 15 | NA | 13 | NA | NA |
| Cobalt 7200 | 1 | 6.1 | NA | 16 | NA | NA |
| Copper 7210 | 0.2 | 39.8 | NA | 20.4 | NA | NA |
| Lead 7420 | 2 | 11.3 | NA | 10 | NA | NA |
| Mercury 7470 | 0.02 | 1.15 | NA | ND | NA | NA |
| Molybdenum 7480 | 4 | ND | NA | ND | NA | NA |
| Nickel 7520 | 1 | 15 | NA | 17 | NA | NA |
| Selenium 7741 | 0.008 | 0.04 | NA | 0.05 | NA | NA |
| Silver 7760 | 0.3 | ND | NA | 0.6 | NA | NA |
| Thallium 7840 | 5 | ND | NA | ND | NA | NA |
| Vanadium 7910 | 9 | 39 | NA | 138 | NA | NA |
| Zinc 7950 | 0.2 | 138 | NA | 57 | NA | NA |

NOTES:                                             (LACTC RPT#1\DATA 206:RAW1:9271:09/23/92)

MDL = Method Detection Limit

TRPH = Total Recoverable Petroleum Hydrocarbons

TPH = Total Petroleum Hydrocarbons Diesel

TTLC = Total Threshold Limit Concentration

NA = Not Analyzed

ND = Not Detected above MDL

mg/kg = milligrams per kilograms

Exhibit 3
Page 276

BRYAN A. STIRRAT & ASSOCIATI

## TABLE A-2
## LABORATORY DATA
## LOCATION B2
## (AUGUST 27, 1992)

| PARAMETER | MDL | DEPTH/SAMPLE I.D. | | | | |
|---|---|---|---|---|---|---|
| | | 1'<br>B2-1 | 5'<br>B2-5 | 10'<br>B2-10 | 15'<br>B2-15 | 20'<br>B2-20 |
| TRPH 418.1 (mg/kg) | 1 | 1,890 | 220 | 29 | 29 | 1520 |
| TPH-DIESEL M8015 (mg/kg): | 5 | 7 | NA | NA | NA | NA |
| TTLC Metals (mg/kg): | | | | | | |
| Antimony 7040 | 0.009 | 0.28 | NA | NA | NA | 0.43 |
| Arsenic 7061 | 0.02 | 0.75 | NA | NA | NA | 0.96 |
| Barium 7080 | 5 | 83 | NA | NA | NA | 82 |
| Beryllium 7090 | 0.2 | ND | NA | NA | NA | ND |
| Cadmium 7130 | 0.09 | 0.8 | NA | NA | NA | 0.95 |
| Chromium 7190 | 0.7 | 20.8 | NA | NA | NA | 28 |
| Cobalt 7200 | 1 | 8.8 | NA | NA | NA | 9 |
| Copper 7210 | 0.2 | 25.4 | NA | NA | NA | 33 |
| Lead 7420 | 2 | 19 | NA | NA | NA | 21 |
| Mercury 7470 | 0.02 | 0.14 | NA | NA | NA | ND |
| Molybdenum 7480 | 4 | ND | NA | NA | NA | ND |
| Nickel 7520 | 1 | 14.4 | NA | NA | NA | 18 |
| Selenium 7741 | 0.008 | 0.046 | NA | NA | NA | 0.04 |
| Silver 7760 | 0.3 | ND | NA | NA | NA | ND |
| Thallium 7840 | 5 | ND | NA | NA | NA | ND |
| Vanadium 7910 | 9 | 86 | NA | NA | NA | 51 |
| Zinc 7950 | 0.2 | 87 | NA | NA | NA | 103 |
| Organochlorine pesticides & PCBs 8080 (mg/kg): | | | | | | |
| alpha-BHC | 0.002 | ND | NA | NA | NA | NA |
| gamma-BHC | 0.003 | ND | NA | NA | NA | NA |
| beta-BHC | 0.004 | ND | NA | NA | NA | NA |
| Heptachlor | 0.002 | ND | NA | NA | NA | NA |
| delta-BHC | 0.006 | ND | NA | NA | NA | NA |
| Aldrin | 0.003 | ND | NA | NA | NA | NA |
| Heptachlor epoxide | 0.056 | ND | NA | NA | NA | NA |
| Endosulfan I | 0.009 | ND | NA | NA | NA | NA |
| 4,4'-DDD | 0.003 | ND | NA | NA | NA | NA |
| Endosulfant II | 0.001 | ND | NA | NA | NA | NA |
| 4,4'-DDT | 0.004 | ND | NA | NA | NA | NA |
| Endrin aldehyde | 0.007 | ND | NA | NA | NA | NA |
| Endosulfan sulfate | 0.003 | ND | NA | NA | NA | NA |
| Methoxychlor | 0.008 | ND | NA | NA | NA | NA |
| Aroclor 1016 | 0.015 | ND | NA | NA | NA | NA |

Exhibit 3
Page 277

BRYAN A. STIRRAT & ASSOCIA

## TABLE A-2
## LABORATORY DATA
## LOCATION B2
## (AUGUST 27, 1992)

| PARAMETER | MDL | DEPTH/SAMPLE I.D. | | | | |
|---|---|---|---|---|---|---|
| | | 1'<br>B2-1 | 5'<br>B2-5 | 10'<br>B2-10 | 15'<br>B2-15 | 20'<br>B2-20 |
| Organochlorine pesticides & PCBs 8080 (mg/kg)   (Continued): | | | | | | |
| Aroclor 1221 | 0.044 | ND | NA | NA | NA | NA |
| Aroclor 1232 | 0.118 | ND | NA | NA | NA | NA |
| Aroclor 1242 | 0.01 | ND | NA | NA | NA | NA |
| Aroclor 1248 | 0.01 | 1.247 | NA | NA | NA | NA |
| Aroclor 1254 | 0.01 | ND | NA | NA | NA | NA |
| Aroclor 1260 | 0.01 | ND | NA | NA | NA | NA |

NOTE:                                                                      (LACTC RPT2:206/RAW2:9271:09/23/92)

MDL = Method Detection Limit

TRPH = Total Recoverable Petroleum Hydrocarbons

TPH = Total Petroleum Hydrocarbons Diesel

TTLC = Total Threshold Limit Concentration

PCBs = Polychlorinated Biphenyls

NA = Not Analyzed

ND = Not Detected above MDL

mg/kg = milligrams per kilograms

BRYAN A. STIRRAT & ASSOCIATES

Exhibit 3
Page 278

## TABLE A-3
## LABORATORY DATA
## LOCATION B3
## (AUGUST 27, 1992)

| PARAMETER | MDL | DEPTH/ SAMPLE I.D. | | | | |
|---|---|---|---|---|---|---|
| | | 1' B3-1 | 5' B3-5 | 10' B3-10 | 15' B3-15 | 20' B3-20 |
| TRPH 418.1 (mg/kg) | 1 | 829 | 29 | 33 | 21 | 79 |
| TPH-Diesel M8015 (mg/kg): | 5 | 122 | NA | NA | NA | NA |
| TTLC Metals (mg/kg) | | | | | | |
| Antimony 7040 | 0.009 | 0.985 | NA | NA | NA | 0.044 |
| Arsenic 7061 | 0.02 | 2.15 | NA | NA | NA | 0.47 |
| Barium 7080 | 5 | 92 | NA | NA | NA | 71 |
| Beryllium 7090 | 0.2 | ND | NA | NA | NA | ND |
| Cadmium 7130 | 0.09 | 2.05 | NA | NA | NA | 0.95 |
| Chromium 7190 | 0.7 | 66.5 | NA | NA | NA | 4 |
| Cobalt 7200 | 1 | 8 | NA | NA | NA | 6.4 |
| Copper 7210 | 0.2 | 76.5 | NA | NA | NA | 6.6 |
| Lead 7420 | 2 | 58 | NA | NA | NA | 10 |
| Mercury 7470 | 0.02 | 0.8 | NA | NA | NA | 0.04 |
| Molybdenum 7480 | 4 | ND | NA | NA | NA | ND |
| Nickel 7520 | 1 | 32 | NA | NA | NA | 7 |
| Selenium 7741 | 0.008 | 0.27 | NA | NA | NA | 0.321 |
| Silver 7760 | 0.3 | 1 | NA | NA | NA | 0.6 |
| Thallium 7840 | 5 | ND | NA | NA | NA | ND |
| Vanadium 7910 | 9 | 35 | NA | NA | NA | ND |
| Zinc 7950 | 0.2 | 225 | NA | NA | NA | 33.7 |

NOTES:                                         (LACTC RPT#1\DATA 206:RAW3:9271:09/15/92)

MDL = Method Detection Limit

TRPH = Total Recoverable Petroleum Hydrocarbons

TPH = Total Petroleum Hydrocarbons Diesel

TTLC = Total Threshold Limit Concentration

NA = Not Analyzed

ND = Not Detected above MDL

mg/kg = milligrams per kilograms

Exhibit 3
Page 279

BRYAN A. STIRRAT & ASSOCIA.

## TABLE A-4
## LABORATORY DATA
## LOCATION B4, B5, B6
## (AUGUST 27, 1992)

| PARAMETER | MDL | SAMPLE I.D. | | |
|---|---|---|---|---|
| | | B-4 | B-5 | B-6 |
| TRPH 418.1 (mg/kg) | 1 | NA | 60 | 73 |
| TTLC Metals (mg/kg): | | | | |
| Antimony 7040 | 0.009 | NA | 0.19 | 0.21 |
| Arsenic 7061 | 0.02 | NA | 1.1 | 1.4 |
| Barium 7080 | 5 | NA | 93 | 52 |
| Beryllium 7090 | 0.2 | NA | ND | ND |
| Cadmium 7130 | 0.09 | NA | 1.2 | 2.6 |
| Chromium 7190 | 0.7 | NA | 15 | 12 |
| Cobalt 7200 | 1 | NA | 11 | 9 |
| Copper 7210 | 0.2 | NA | 32.6 | 35 |
| Lead 7420 | 2 | NA | 43.4 | 204 |
| Mercury 7470 | 0.02 | NA | ND | 0.09 |
| Molybdenum 7480 | 4 | NA | ND | ND |
| Nickel 7520 | 1 | NA | 25.8 | 29 |
| Selenium 7741 | 0.008 | NA | 0.03 | 0.05 |
| Silver 7760 | 0.3 | NA | ND | ND |
| Thallium 7840 | 5 | NA | ND | ND |
| Vanadium 7910 | 9 | NA | 50 | 50 |
| Zinc 7950 | 0.2 | NA | 143 | 428 |
| Organochlorine pesticides & PCBs 8080 (mg/kg): | | | | |
| alpha-BHC | 0.002 | NA | NA | NA |
| gamma-BHC | 0.003 | NA | NA | NA |
| beta-BHC | 0.004 | NA | NA | NA |
| Heptachlor | 0.002 | NA | NA | NA |
| delta-BHC | 0.006 | NA | NA | NA |
| Aldrin | 0.003 | NA | NA | NA |
| Heptachlor epoxide | 0.056 | NA | NA | NA |
| Endosulfan I | 0.009 | NA | NA | NA |
| 4,4'-DDD | 0.003 | NA | NA | NA |
| Endosulfant II | 0.001 | NA | NA | NA |
| 4,4'-DDT | 0.004 | NA | NA | NA |
| Endrin aldehyde | 0.007 | NA | NA | NA |
| Endosulfan sulfate | 0.003 | NA | NA | NA |

BRYAN A. STIRRAT & ASSOCIATE:

Exhibit 3
Page 280

# TABLE A-4
## LABORATORY DATA
## LOCATION B4, B5, B6
## (AUGUST 27, 1992)

| PARAMETER | MDL | SAMPLE I.D. | | |
| --- | --- | --- | --- | --- |
| | | B-4 | B-5 | B-6 |
| Organochlorine pesticides & PCBs 8080 (mg/kg)  (Continued): | | | | |
| Methoxychlor | 0.008 | NA | NA | NA |
| Aroclor 1016 | 0.015 | ND | NA | NA |
| Aroclor 1221 | 0.044 | ND | NA | NA |
| Aroclor 1232 | 0.118 | ND | NA | NA |
| Aroclor 1242 | 0.01 | ND | NA | NA |
| Aroclor 1248 | 0.01 | 2.118 | NA | NA |
| Aroclor 1254 | 0.01 | ND | NA | NA |
| Aroclor 1260 | 0.01 | ND | NA | NA |

NOTES:                                    (LACTC RPT#1\DATA 206:RAW4:9271:09/23/92)

MDL = Method Detection Limit

TRPH = Total Recoverable Petroleum Hydrocarbons

TTLC = Total Threshold Limit Concentration

PCBs = Polychlorinated Biphenyls

ND = Not Detected above MDL

NA = Not Analyzed

mg/kg = milligrams per kilograms

Exhibit 3
Page 281

BRYAN A. STIRRAT & ASSOCIA

Exhibit 3
Page 282

Exhibit 3
Page 283



**TRC**
*Customer-Focused Solutions*

# ADDITIONAL SITE INVESTIGATION WORKPLAN (REVISION 2.0)

# SITE NUMBER PA-SB-C-127 RANCHO CUCAMONGA, CALIFORNIA

*Prepared for*

## The Burlington Northern and Santa Fe Railway Company

Topeka, Kansas

*Prepared by*

## TRC

Irvine, California

Project No. 30769
October 2002

TRC
21 Technology Drive
Irvine, California 92618
Telephone 949-727-9336
Facsimile 949-727-7399

# TABLE OF CONTENTS

PAGE NO.

LIST OF FIGURES                                                                iv

1.0  INTRODUCTION                                                              1

2.0  SITE BACKGROUND                                                          1

3.0  SCOPE OF WORK                                                            2
     3.1  Additional Field Investigation                                      2
     3.2  Laboratory Testing Program                                          3
     3.3  Report Preparation                                                  4

4.0  SCHEDULE                                                                 4

5.0  REFERENCES                                                               4


APPENDIX A:  HEALTH AND SAFETY PLAN

All TRC paper is recyclable and made from recycled paper.

**TRC**
*Customer Focused Solutions*

Exhibit 3
Page 285

**TABLE OF CONTENTS**
(Continued)

## LIST OF FIGURES

FIGURE NO.                              TITLE

1              Site Location Map
2              Site Map



# 1.0 INTRODUCTION

1. This Additional Site Investigation Workplan Revision 2.0 (Workplan) has been prepared on behalf of The Burlington Northern and Santa Fe Railway Company (BNSF) to describe the activities for additional assessment of soil conditions at and adjacent to Site Number PA-SB-C-127 (Site), located in Rancho Cucamonga, California (Figure 1). The purpose of this additional investigation is to more fully characterize soil contamination encountered in previous investigations that were conducted on behalf of the Los Angeles County Transportation Commission (LACTC) in 1990 and 1992.

2. The Site background, proposed scope of work and schedule are described in the following sections.

# 2.0 SITE BACKGROUND

1. The Site consists of an area on the north side of the railroad right-of-way (R/W) adjacent to 8822 Etiwanda Avenue in Rancho Cucamonga, California. Chain link fences along the property line separate the R/W from properties to the north. The property to the northeast is occupied by an automobile shredding yard. The property to the northwest is occupied by the Tamco Steel Facility. The properties to the north are topographically higher than the Site and generally drain towards the Site. The Site is bisected by a drainage ditch running in a north-south direction and flowing to the south under a wooden railroad bridge.

2. The Site is currently owned by the San Bernardino Associated Governments (SANBAG) and is slated for continued use as a railroad R/W.

3. A Phase I Site Assessment (Converse Environmental West [CEW], 1990) was previously performed at the Site. CEW drilled and sampled two test borings at the Site to depths of approximately 5 feet below grade (fbg). Soil samples from these borings were found to have maximum concentrations of Total Recoverable Petroleum Hydrocarbons (TRPH), benzene, toluene, ethylbenzene, xylenes, chromium, lead and zinc of 3,300 milligrams per kilogram (mg/kg), 0.6 micrograms per kilogram (ug/kg), 2.2 ug/kg, 1.1 ug/kg, 5.5 ug/kg, 400 mg/kg, 190 mg/kg and 780 mg/kg, respectively.



4. A Phase II Site Assessment was performed at the Site in 1992 (Bryan A. Stirrat & Associates, Inc. [BAS], 1992) on behalf of LACTC. Three test borings (B1, B2 and B3) were drilled to depths of approximately 20 fbg and three surface samples (B4, B5 and B6) were collected (Figure 2).

5. In soil samples analyzed during BAS' investigation, TRPH concentrations ranged from 21 mg/kg to a maximum of 1,890 mg/kg. Benzene, toluene, ethylbenzene and xylenes were not analyzed for during BAS' investigation. Chromium concentrations ranged from 4 to 400 mg/kg. Lead concentrations ranged from 10 to 204 mg/kg. Polychlorinated biphenyls (PCB) concentrations ranged from 1.247 mg/kg to 2.118 mg/kg. BAS reported that, "the run-off from the Ferromet property (i.e., the automobile shredding yard located to the northeast of the Site) is apparently contributing to contamination within the right-of-way."

## 3.0 SCOPE OF WORK

### 3.1 ADDITIONAL FIELD INVESTIGATION

1. The proposed additional field investigation program consists of drilling and sampling 19 test borings. The locations of the proposed test borings are shown on Figure 2. The proposed test borings will be drilled and sampled to depths ranging from 10 fbg to 30 fbg. The rationale for the test boring locations and depths is as follows:

   - Proposed test boring TRC-1 will be drilled and sampled to a depth of 30 fbg adjacent to the location of BAS' test boring B2. BAS' test boring B2 had the highest concentration of TRPH, and TRPH was detected in the soil sample from 20 fbg (the termination depth of the test boring). The location and depth of proposed test boring TRC-1 were selected to further evaluate these conditions.

   - Proposed test borings TRC-2 and -3 will be drilled and sampled to depths of 10 fbg. They will be located in the drainage ditch to the north of proposed test boring TRC-1. These locations were selected to evaluate the potential for contaminants to be migrating onto the Site from possible upstream sources that drain into the ditch.

   - Proposed test borings TRC-4 and -5 will be drilled and sampled to depths of 10 fbg. They will be located on a diagonal to the northeast of proposed test boring TRC-1. These locations were selected to evaluate the potential for contaminants to be migrating onto the Site from the adjacent auto shredding facility.

   - Proposed test borings TRC-6 and -7 will be drilled and sampled to depths of 10 fbg. They will be located on a diagonal to the northwest of proposed test boring TRC-1. These locations were selected to evaluate the potential for contaminants to be migrating onto the Site from the adjacent Tamco Steel Facility.



- Proposed test borings TRC-8 and -9 will be drilled and sampled to depths of 10 fbg. They will be located to the east and west of proposed test boring TRC-1. These locations were selected to evaluate the potential for contaminants detected in BAS' test boring B2 to be migrating from the R/W.

- Proposed test borings TRC-10 through TRC-13 will be drilled and sampled to depths of 10 fbg. They will be located on the auto shredding company property to evaluate soil conditions in this area.

- Proposed test borings TRC-14 through TRC-19 will be drilled and sampled to depths of 10 fbg. They will be located on Tamco Steel Company property to evaluate soil conditions in this area.

2. Borings will be drilled and sampled using direct push techniques. These techniques have the advantage of not generating any drill cuttings. The borings will be backfilled with bentonite chips that will then be hydrated.

3. Soil samples will be obtained from approximately 0.5 fbg, 5 fbg and at 5-foot intervals thereafter to the boring termination depths. Soil samples will be retrieved using a ring-lined sampler. The samples will be sealed with Teflon sheeting and polyurethane caps, and wrapped with tape. Each sample will be labeled with the project number, boring number, sample depth, sampler's initials and date of collection. After the samples have been labeled and documented in the Chain-of-Custody record, they will be placed in a cooler with ice. The samples will be transported to a State of California-certified analytical laboratory for analysis.

4. Drilling equipment will be decontaminated between borings. Sampling equipment will be decontaminated between samples. Decontamination will be performed by washing using a non-phosphate detergent and double rinsing with potable water.

## 3.2 LABORATORY TESTING PROGRAM

1. Carbon chain analysis will be performed on each of the soil samples from the proposed test borings following EPA Method 8015(m). The soil samples from depths of 0.5 and 5 fbg from each test boring will be analyzed for metals following EPA Methods 6000/7000 series, and for PCB following EPA Method 8080. In any sample where the concentration of a metal exceeds ten times the Soluble Threshold Limit Concentration (STLC), the soluble concentration of that metal will be measured following the California Waste Extraction Test (WET) Method.



2. The six soil samples having the highest concentration of petroleum hydrocarbons, as measured by EPA Method 8015(m), will also be analyzed for volatile organic compounds following EPA Method 8260 and semivolatile organic compounds following EPA Method 8270. If any of these samples happen to be from a depth of 0.5 fbg, they will not be analyzed for VOC as many regulatory agencies do not consider such shallow samples to be representative of VOC conditions at a site.

3. Laboratory analyses will be performed by a State of California-certified analytical laboratory.

## 3.3 REPORT PREPARATION

1. Following completion of the field investigation and laboratory testing program, a report will be prepared to summarize the investigation and present the results. Copies of boring logs, Chain-of-Custody forms and laboratory reports will be included as appendices to the report. The report will be prepared under the supervision of an engineer registered in the State of California.

## 4.0  SCHEDULE

1. Upon approval of this workplan by the SANBAG, the proposed activities will be implemented. The field work is anticipated to require 2 to 3 days to complete. Laboratory tests will be performed on a standard 2-week turn around time. Following receipt of the laboratory data, the report will be completed within about four weeks.

## 5.0  REFERENCES

Converse Environmental West, Inc., 1990. *Preacquisition Site Assessment, Second Subdivision Branch, Los Angeles and San Bernardino Counties.* November 26, 1990.

Bryan A. Stirrat & Associates, Inc., 1992. *Phase II Site Characterization Report, Contract No. RA-206, Site #127 Right-of-Way, Etiwanda, California.* December 8, 1992.

4



Exhibit 3
Page 290



SITE

SITE LOCATION MAP

SITE NO. PA-SB-C-127
RANCHO CUCAMONGA, CALIFORNIA

TRC          FIGURE 1

0        2,000        4,000 FEET

SCALE

NOTES: 1. BASE MAP FROM USGS GUASTI, CALIFORNIA (1981)
7.5 MINUTE TOPOGRAPHIC QUADRANGLE.

2. ALL LOCATIONS ARE APPROXIMATE.

Exhibit 3
Page 291

SITE MAP

LACTC – ETIWANDA, PHASE II

LEGEND :

B1 ● BORING LOCATION (BAS)

■ NEW BORING LOCATION

⊕ PROPOSED BORING LOCATION

JOB NO. 9272
DATE SEPT. 1992
DRAWN BY: PTN
CHECKED BY: M

BRYAN A. STIRRAT & ASSOCIATES
CIVIL AND ENVIRONMENTAL ENGINEERS
1160 VALLEY VISTA DRIVE • DIAMOND BAR, CA 91765

(714) 860-7777

FERROMET
AUTO SHREDDING
COMPANY

CHAIN LINK FENCE

DRAINAGE DITCH

WOODEN BRIDGE OVER
DRAINAGE DITCH

TAMCO COMPANY
STEEL YARD

SURFACE WATER
DRAINAGE DIRECTION

CLARIFIER

STANDING
WATER

DARK STAINING

SUMP

DRAINAGE DITCH
FOR STEEL YARD

CHAIN LINK FENCE

RAILROAD TRACKS
( 2 SETS )

DRAINAGE DITCH

CHAIN-LINK FENCE

SOUTHERN CALIFORNIA EDISON
GENERATING PLANT

B4

B2

B3

B5

B6

HA-1

HA-2

NOT TO SCALE

N

Exhibit 3
Page 292

Exhibit 3
Page 293

OCT-30-2001 12:08 FROM:                    8994595              TO:1 510 412 5421        P.002/003

# Santa Ana Regional Water Quality Control Board
## General Industrial Activities Storm Water Permit (CAS000001 - General Permit)
### Storm Water Compliance Facility Inspection Report

**WDID:** 014340

**Status Code:** Active

**Facility Name:** Simsmetal America

**Facility Address:** 8822 Etiwanda Avenue
Etiwanda, CA 91739

**Facility Contact:** Bill Gorgeous

**Facility Phone:** 909-899-1767

*MRMG Group Monitoring Plan participant*

**Receiving Water Name:**
Santa Ana River

**Facility Size:** 6 Acre(s)

**Impervious Area:** 50%

**Primary SIC Code:**
5093 - Scrap Recycling Facilities

**Date of Inspection:** August 23, 2001

**Inspector(s):** Lisa Scola (Tt)

**Type of Inspection:** Compliance

## General Results:

Simsmetal was inspected to determine compliance with NPDES General Permit No. CAS000001 on August 23, 2001. Simsmetal is a scrap materials recycler. The inspector met with Mr. Scott Miller, Simsmetal Corporate Quality Assurance lawyer who was conducting a routine quality check, Mr. Bill Gorgeous, Site Engineer, and Mr. Steve Iverson, Site Manager to review pertinent files. The inspector toured the facility with Mr. Miller and Mr. Gorgeous.

The facility is situated about 1/4 mile off of Etiwanda Avenue and can be reached by an access road. A partially constructed, although not fully maintained, berm surrounds the site with the exception of the front gate. The topography of the site has all sides sloping towards the center. The facility occupies 6.2 acres of mostly unpaved ground. The facility uses water for dust control. Primary site operations consist of a large crane is situated next to the mill. Scrap materials are stored in a material storage bin next to the maintenance and power building. A majority of the site consists of a large ferrous stockpile, stripped auto bodies, and equipment storage. The stockpiles and outdoor storage areas were observed to be clean of heavy oil stains. On-site chemical storage in the storage area includes drums of oil, antifreeze, diesel gasoline, batteries, and other fluids.

Overall good housekeeping practices and an excellent training program were noted at the facility, with the exceptions noted below.

The facility states that there was no sampling (although there was monitoring) for the last two years because there was no storm water discharge from the site. The facility states that it confirmed with MRMG that it did not have to sample, but would not be removed from the group monitoring program because of the potential for the 100-year flood. The facility states that the site is like a bowl and all storm water flow moves and pools at the center of the site. The inspector confirmed that observation. Also, the inspector noted that there might be a potential for water to flow off the site in areas where the berm was not maintained and out the front gate parking area past the south perimeter and to potentially install a rolling berm or other containment devise at the front entrance to reduce the potential for storm water run off.

During the on-site file review, a SWPPP was available but did not accurately reflect site conditions such as an outdated site map and personnel that were no longer with the company. The annual report, training

014340

26-Sep-01

Exhibit 3
Page 294

Santa Ana Regional Water Quality Control Board
General Industrial Activities Storm Water Permit (CAS000001 - General Permit)
Storm Water Compliance Facility Inspection Report

documentation, and monitoring plan were available for review.

## Identified Areas of Potential Noncompliance:

The SWPPP does not identify a pollution prevention team (CAS000001 Attachment A.3.).

The facility site map was missing or incomplete in the SWPPP (CAS000001 Attachment A.4.).

The facility has not implemented appropriate BMPs to reduce or prevent pollutants in storm water discharges (CAS000001 Section B.3.):

Based upon site observations, the facility should revise their list of BMPs to fully implement measures to control or prevent storm water contamination. This may include employee training, other structural, and non-structural controls. The following items provide justification for this requirement.

- The berm surrounding site requires some attention, it is not continuously maintained along the north, east, and west perimeter.

- Silicate drums were stored outside along north perimeter without secondary containment or overhead cover. The facility removed the drums during inspection.

Other issues of noncompliance observed during the site inspection:

The facility site map had not been updated to reflect that the clarifier and storm water discharge channel were removed from the site.

The SWPPP was not signed.

The pollution prevention team identified in the SWPPP needs to be updated with current on-site facility personnel.

## The facility is implementing the following model storm water BMPs:

The record keeping and training program were noted as model BMPs.

014340                                                           26-Sep-01

Exhibit 3
Page 295

Appendix D

Exhibit 3

Page 296

**APPENDIX D**
**RESUMES**

Hart Crowser
16054-00

Exhibit 3
Page 297



# HART CROWSER, INC.

## ALISTAIRE B. CALLENDER
Principal
Regional Manager

### EDUCATION

University of Oklahoma: Ph.D., Environmental Science,
University of Oklahoma: M.S., Environmental Science,
University of West Indies: B.Sc., Chemistry,
Water and Wastewater Technical School, Missouri: Diploma Water and Wastewater Technology,
University of California, Los Angeles: Certificate, The Executive Program In Management

### REGISTRATIONS/CERTIFICATION

Registered Environmental Assessor (REA): California, 1988, No. REA-00159
OSHA 40-Hour Health & Safety Training Course

### REPRESENTATIVE EXPERIENCE

Dr. Callender, a Principal at Hart Crowser Inc., and manager of the Long Beach office, has worked for over 22 years in the fields of hazardous waste management, environmental chemistry, water treatment, wastewater treatment, industrial waste treatment, waste minimization and contaminated site investigation and remediation. He has broad experience in regulatory issues, project management, and working with regulatory agencies. He has been project manager on several projects involving investigation and remediation of sites impacted by petroleum hydrocarbons. He has provided support to the legal profession as an expert witness, and teaches at the University of California-Irvine in their extension program.

Representative project experience includes:

- ◆ Project Manager of a multi-year, multi-million dollar contract with the Los Angeles County Metropolitan Transportation Authority (MTA), under which a wide variety of environmental engineering services were provided for the Metro Red Line Subway project. Dr. Callender managed a team of over 20 contractors, coordinated the activities of the project team with the client ( The MTA), and negotiated with several regulatory agencies and other affected parties. Dr. Callender's role also included participating in public meetings to present project activities to interested parties. Other activities included preparation of NEPA/CEQA documents, Phase I and Phase II site assessments, development of remedial options, and implementation of the use of ArcView as a way of accessing and viewing environmental data.

- ◆ Development and implementation of underground storage tank management program for Douglas Aircraft Company, including: tank and pipeline leak testing, installation of leak detection equipment, and investigation of soil and groundwater contamination resulting from tank leaks. Implemented a free product recovery program to reclaim jet fuel released as a result of leaks in a refueling line. Also performed due diligence evaluation prior to Douglas acquisition of property at the Long Beach Airport.

S:\003171R.001.SNA 3/94

Exhibit 3
Page 298

 **ALISTAIRE B. CALLENDER**
Page 2

- Project Manager for characterization of site impacted by diesel and gasoline releases from an adjacent gas station, and development of a Remediation Program to remove free product and treat impacted soil. Provided expert witness support in litigation brought by property owner against gas station owners.

- Dr. Callender was project manager for a study evaluating and remediating a concrete pipe manufacturing facility. The facility was converted to a business park, and the project involved identifying the environmental issues, and solving them so that the site could be redeveloped. Activities included obtaining closure of underground storage tanks, excavation and bioremediation of petroleum hydrocarbon contaminated soil; and performance of a Preliminary Endangerment Assessment (PEA). Dr. Callender coordinated the activities of several contractors, including demolition and remediation contractors, interacted with regulatory agencies and obtained closure status for the facility. Property has been redeveloped and is now used for commercial activities.

- Regulatory Compliance audit for manufacturing facility producing molded products. Evaluated compliance with RCRA, Cal OSHA and Hazardous Waste Management Regulations.

- Directed Phase I \Phase II site assessments of properties prior to acquisition of these properties for construction of the Domenigoni Valley reservoir in Southern California. The client was the Metropolitan Water District of Southern California

- Project Manager for project investigating a state Superfund site. Project scope included development and implementation of a Remedial Investigation/Feasibility Study (RI/FS) and preparation of a Remedial Action Plan (RAP). Site was impacted by metals, primarily lead and hydrocarbons.

- Project Manager for several Phase II environmental site assessments to evaluate the presence and extent of contamination, and implementation of remediation programs. Projects include landfill investigations as well as assessments of industrial sites contaminated with halogenated solvents, petroleum hydrocarbons, and metals.

- Project Manager for Phase I environmental site assessments (ESAs) projects ranging in size from one site to as many as 150 sites. These ESAs have been conducted for real estate development companies, law firms, financial institutions and municipalities.

- Development and implementation of soil gas monitoring as an investigative tool at sites contaminated by volatile organic compounds, including landfill sites.

- Quality Assurance Officer for a U.S. EPA Superfund site investigation. Duties included preparation of the Quality Assurance Project Plan.

- Project Manager for a study evaluating U.S. EPA protocols for vadose zone monitoring at hazardous waste treatment facilities.

- Project Coordinator for a study evaluating the long-term environmental impacts of land treatment of oily residues from petroleum refineries.

Dr. Callender has worked on projects evaluating chemical and biological water quality in lakes and reservoirs. His experience in this area includes evaluating the quality of seepage water from reservoirs. He also worked on a project to optimize land treatment (Bioremediation) of oily residues.

Exhibit 3
Page 299



**ALISTAIRE B. CALLENDER**
Page 3

As a private consultant to engineering firms, Dr. Callender has provided technical recommendations on monitoring of hazardous waste land treatment sites and monitoring and treatment of industrial wastes, particularly those generated by the food industry. He served as a lecturer in chemistry for several years at the College of Arts, Science and Technology in Jamaica.

Dr. Callender has provided expert witness testimony in cases involving the investigation and remediation of contaminated sites. He has also presented training seminars to the legal and banking professions on aspects of the waste management practice.

**AFFILIATIONS**

American Chemical Society
Water Environment Federation
ASTM
Air and Waste Management Association
National Groundwater Association

**PUBLICATIONS**

Dr. Callender is the author or co-author of several technical publications. A list of publications is available on request.

Exhibit 3
Page 300



**HART CROWSER, INC.**

**JOHN R. JOHNSEN**
Senior Associate Scientist

**EDUCATION**

B.A., General Biology, May 1988, California State University, Northridge
Post-Baccalaureate studies in Environmental and Occupational Health

**REGISTRATIONS/CERTIFICATION**
Registered Environmental Health Specialist - Certification No. 5650
OSHA 40-Hour Health & Safety Training Course

**REPRESENTATIVE EXPERIENCE**

Mr. Johnsen, a Senior Associate Scientist at Hart Crowser, Inc. has worked for over 10 years in the fields of environmental regulatory compliance, hazardous waste management, wastewater management, waste minimization as well as contaminated site demolition, and soil & groundwater remediation. He has supported construction and operation projects including a 5,000 cfm vapor extraction system a 5,000 and a 9,000 gpm groundwater treatment system as well as numerous smaller projects. He has established and implemented waste management programs for major industrial companies and has been responsible for assuring regulatory compliance for numerous remediation projects. He has experience in dealing with numerous Federal, state and local regulatory agencies throughout the United States.

Representative project experience includes:

- Project Coordinator for the Glendale North & South Operable Unit Interim Remedial Action. Mr. Johnsen currently represents the Glendale Respondents group (approximately 25 industrial companies) as the technical interface with EPA, DHS, and other agencies involved in the CERCLA project. The project objective is to construct a 5,000-gpm groundwater treatment system consisting of air stripping and liquid phase GAC, eight groundwater extraction wells, over a mile of conveyance piping, and deliver the treated water to the City of Glendale as a potable water source.

- Project Supervisor for the Lockheed Shipyard Sediment Operable Unit. Mr. Johnsen has worked with EPA Region 10 to come to a common sense approach to site remediation. Negotiations effectively showed EPA that the Record of Decision required remedy was not a feasible option for site remediation. This will result in a savings of approximately $20 million for remedy implementation.

- Technical Committee member for Yellow Water Road, Florida CERCLA site. Quick, effective and successful implementation of the remedy led to the site being deleted from the NPL within 2 years of remedy implementation. Region 4 EPA listed project as a Superfund success.

- Jackson Drop Forge, Jackson, Michigan. Oversaw subsurface removal of several hundred waste containers in area adjacent to a river. Interfaced with contractors performing removal as well as all involved regulatory agencies.

- Former RCA site, Cherry Hill, New Jersey. Responsible for all permitting and regulatory interactions relating to the closure and demolition of the former RCA facility. This included closure of groundwater remediation activities at the site, closure of air permits for boilers, industrial waste discharges and utilities.

Exhibit 3
Page 301



**JOHN JOHNSEN**
Page 2

- Mr. Johnsen managed activities relating to both RCRA and CERCLA landfills and associated leachate treatments systems for the former Martin Marietta Aluminum facility in The Dalles, Oregon. Activities included establishing a compliance program and work towards finalization of a RCRA Part B Permit for the site.

- Negotiated soil closure prior to addressing groundwater issues for the former International Light Metals facility in Torrance, California, thereby allowing for site re-development prior to addressing groundwater concerns.

- Mr. Johnsen has led efforts to reduce regulatory compliance requirements for sites including, but not limited to former RCA site, East Windsor, New Jersey, Lockheed Martin sites in Valley Forge, Pennsylvania, Charlotte, North Carolina, Utica, New York, Leamington, Utah, Goldendale Washington, Seattle, Washington, multiple sites in Burbank California, former Teledyne, Palo Alto, California, former Loral-Librascope, Rancho Santa Margarita, California, former Lockheed Propulsion Facility, Beaumont, California.

- Instrumental in design and implementation of hazardous waste compliance program for major aerospace facility in Southern California.

- Has implemented successful waste minimization and re-use plans for operating manufacturing and research and development facilities (Rockwell, Rocketdyne).

- Served as "First Responder" and hazardous waste spill team leader for active aerospace manufacturing and testing facilities (Rockwell Rocketdyne).

Mr. Johnsen began his career as an inspector for the Los Angeles Department of Health Services. From there he moved on to manage hazardous waste and industrial wastewater issues for active aerospace facilities. There his skills were also utilized to expand compliance auditing programs. Mr. Johnsen also worked for Lockheed Martin Corporate Environment Safety and Health. His duties included regulatory negotiations involving clean-up levels, site closures, drinking water permits, Consent Decrees, Administrative Orders on Consent, and RCRA Part B Permits. Mr. Johnsen also participated in audits of operating companies to assure that proper management systems were in place to assure compliance with RCRA, TSCA and CWA requirements.

Exhibit 3
Page 302



# HART CROWSER, INC.

## KEVIN A. ROBERTS
PROJECT MANAGER

### EDUCATION
B.A., Biology/Environmental Science, Principia College, Illinois.
Certificate, Environmental Compliance Auditing, Cal. State Long Beach, CA
Seminar on Fundamentals of Mold, Sampling, and Report Interpretation

### REGISTRATIONS/CERTIFICATION
California-certified Asbestos Consultant, No. 94-1524
California Registered Environmental Assessor, No. 04898
California DHS Certified Lead-based Paint Inspector/Assessor #3530
OSHA 40-hour HAZWOPER Standards Certification

### REPRESENTATIVE PROJECT EXPERIENCE
Mr. Roberts recently joined Hart Crowser as a Project Manager and Environmental Scientist. He has over 14 years
of experience conducting site characterizations, asbestos and lead surveys, and indoor air quality assessments for
commercial and industrial clients. He has managed site characterization projects with heavy metal-contaminated
soil and asbestos-contaminated soil for real estate developers and industrial facilities. He has conducted annual
environmental audits for industrial and commercial business parks. In addition, Mr. Roberts has prepared technical
reports with appropriate recommendations, developed specifications for abatement, and provided contractor
oversight.

- Conducted environmental site assessment at a San Jose trucking facility for Comerica Bank. Identified
  waste disposal and storage practices that potentially impacted the soil and groundwater. Recommended
  additional soil sampling beneath a former UST where fuel oxygenates had not been analyzed.

- Conducted Phase I ESA for a long-term golf club manufacturer for Comerica Bank. Concerns included
  open containers of toluene used to remove excess paint from golf clubs, and a clarifier used to receive
  metal shavings wash water. Recommended subsurface investigation to delineate potential contaminants.

- Conducted Phase I ESA for electronic component manufacture for Comerica Bank. Reviewed industrial
  processes, hazardous materials handling and disposal practices, and conducted an asbestos survey.
  Recommended subsurface investigation for compressor room that appeared badly stained with compressor
  fluid and area of potential underground storage tank vent pipe.

- Performed environmental site assessment for machine shop in northern California for Comerica Bank.
  Concerns included past use of trichloroethene in metal grinding and industrial processing. Unlabeled
  chemical containers stored in outdoor shed. Phase II recommendation identified TCE plume beneath
  facility.

- Conducted Phase I ESA of automobile dealer in San Bernardino for Comerica Bank. Clarifier used to
  receive onsite discharge of wastewater from automobile washing. Recommended subsurface sampling
  beneath inlet and outlet of clarifier.

- Performed comprehensive asbestos survey for multi-building apartment complex for Home Savings of
  America. Identified, sampled, and quantified potential asbestos-containing materials (ACMs) from offices,
  common areas, and tenant apartments. Wrote report with appropriate abatement recommendations.

Exhibit 3
Page 303

**KEVIN ROBERTS**
Page 2

- Conducted annual environmental audit of ten commercial business parks for Northwestern Mutual Life. Reviewed and evaluated hazardous material storage and disposal practices of tenants. One tenant was using methyl chloride to remove excess glue in a wood laminating facility. The previous year's recommendation to discontinue use of the chemical was disregarded. The process wastewater became contaminated. The cost to the tenant to dispose of the hazardous wastewater was $40,000.

- Participated in $180,000 lead-contaminated dust investigation for industrial warehouse. Identified lead dust in manufacturing facility due to suspected HVAC dispersal from a former circuit board manufacturing and soldering operation. Abatement included complete building renovation and the removal of roof-mounted HVACs and the roof.

- Conducted soil investigation for the Port of LA at the former Todd Ship Yard. Directed trenching operation to delineate horizontal and vertical extent of 400 cubic yards for crude oil-contaminated soil. Sampled soil piles for TPH, VOC, and CAM-17 metals. Wrote report with appropriate hazwaste disposal recommendations.

- Managed $140,000 soil characterization project for 2,000 tons of heavy metal-contaminated soil at Port of Long Beach. Managed contractors, negotiated with regulatory agencies, and wrote report. Instituted pilot study to segregate lead-impacted soil based on soil particle size. Produced significant cost savings for client.

- Wrote SWPPP for scrap metal recycler. Negotiated with RWQCB for mutually acceptable solution for stormwater discharge consistent with guidelines. Stormwater treatment device installed at facility.

- Conducted compliance audit for twelve dry cleaner facilities. Evaluated equipment, permits, discharge, and hazardous material storage and disposal compliance with various regulatory agencies' guidelines.

- Performed indoor air testing for medical treatment facilities. Utilized Zefon and Andersen samplers to collect viable and non-viable samples for airborne fungal spores. Wrote specifications for mold abatement procedures, directed mold abatement personnel, and performed clearance sampling.

Performed numerous Phase I ESAs and asbestos surveys for commercial and industrial clients. Provided asbestos contractor oversight and air clearance monitoring. Identified areas of suspect historical contamination for one-mile corridor of $1 million Metro Rail II project. Conducted lead surveys including March Air Force Base Military Housing Units. Wrote reports with appropriate recommendations; performed groundwater well development and sampling; and provided AQMD 1166 monitoring using an OVA. Technical writer/editor for reports and proposals.

Exhibit 3
Page 304

**Symbols**

☐

☐

Ⓢ    Sample retained

Ⓛ    Sample retained and selected for laboratory analysis

▽    First encountered groundwater level

▼    Potentiometric groundwater level

**Photoionization Device (PID) Readings**

**Locations Monitored**

BZ -   Breathing zone
A -   Top of auger
C -   Drill cuttings
S -   Sample

Reported in parts per million (ppmv).

ND = non-detect.

All contacts are approximate.

# UNIFIED SOIL CLASSIFICATION SYSTEM (USCS)[1]

| MAJOR DIVISIONS | | | | SYMBOLS | | TYPICAL DESCRIPTIONS |
|---|---|---|---|---|---|---|
| COARSE-GRAINED SOILS — MORE THAN HALF OF MATERIAL IS LARGER THAN NO. 200 SIEVE SIZE | | GRAVEL — MORE THAN HALF OF COARSE FRACTION IS LARGER THAN NO. 4 SIEVE SIZE | CLEAN GRAVEL | | GW | WELL-GRADED GRAVELS, GRAVEL - SAND MIXTURES, LITTLE OR NO FINES |
| | | | | | GP | POORLY GRADED GRAVELS, GRAVEL - SAND MIXTURES, LITTLE OR NO FINES |
| | | | GRAVEL WITH FINES | | GM | SILTY GRAVELS, GRAVEL - SAND - SILT MIXTURES |
| | | | | | GC | CLAYEY GRAVELS, GRAVEL - SAND - CLAY MIXTURES |
| | | SAND — MORE THAN HALF OF COARSE FRACTION IS SMALLER THAN NO. 4 SIEVE SIZE | CLEAN SAND | | SW | WELL-GRADED SANDS, GRAVELLY SANDS, LITTLE OR NO FINES |
| | | | | | SP | POORLY GRADED SANDS, GRAVELLY SANDS, LITTLE OR NO FINES |
| | | | SAND WITH FINES | | SM | SILTY SANDS, SAND - SILT MIXTURES |
| | | | | | SC | CLAYEY SANDS, SAND - CLAY MIXTURES |
| FINE-GRAINED SOILS — MORE THAN HALF OF MATERIAL IS SMALLER THAN NO. 200 SIEVE SIZE | | SILT and CLAY | LOW LIQUID LIMIT [2] | | ML | INORGANIC SILTS AND VERY FINE SANDS, ROCK FLOUR, SILTY OR CLAYEY FINE SANDS OR CLAYEY SILTS WITH SLIGHT PLASTICITY |
| | | | | | CL | INORGANIC CLAYS OF LOW TO MEDIUM PLASTICITY, GRAVELLY CLAYS, SANDY CLAYS, SILTY CLAYS, LEAN CLAYS |
| | | | | | OL | ORGANIC SILTS AND ORGANIC SILTY CLAYS OF LOW PLASTICITY |
| | | | HIGH LIQUID LIMIT [2] | | MH | INORGANIC SILTS, MICACEOUS OR DIATOMACEOUS FINE SANDY OR SILTY SOILS, ELASTIC SILTS |
| | | | | | CH | INORGANIC CLAYS OF HIGH PLASTICITY |
| | | | | | OH | ORGANIC CLAYS OF MEDIUM TO HIGH PLASTICITY, ORGANIC SILTS |
| HIGHLY ORGANIC SOILS | | | | | PT | PEAT, HUMUS, SWAMP SOILS WITH HIGH ORGANIC CONTENTS |

**Notes:**

1. For a complete description of the Unified Soil Classification System, see "Geotechnical Branch Training Manual Nos. 4, 5, and 6" published in 1986 by the Bureau of Reclamation, Geotechnical Branch, Division of Research and Laboratory Services, Engineering and Research Center, Denver, Colorado.

2. Liquid limit is defined as that moisture content, expressed as a percentage of the dry mass of soil, at which the soil first shows a small but definite shear strength as the moisture is reduced.

Report: HC4KEY. File: PCR PHASE II RANCHO CUCAMONGA GPJ. 2/26/03

**Project:** PCR Phase II Soil Investigation and Geophysical Survey Rancho Cucamonga, California

**Project Number:** 16057

**Key to Log of Boring**





Exhibit 3
Page 305

| Downhole Depth (ft bgs) | Samples | | | Remarks | Geologic Description | Unified Soil Classification Code (USCS) | Lithology |
|---|---|---|---|---|---|---|---|
| | Interval Retained | Number | Ambient / Headspace PID (ppmv) | | | | |
| 0 | | | | | | | 0 |
| | S | RCB-1@1' | 0.0 / 0.2 | | 10YR 4/3: brown, dry, low density, silty SAND with minor gravel fragments and rootlets, no odor, no discoloration | SM | |
| 5 | S | RCB-1@5' | 0.0 / 0.0 | | 10YR 4/3: brown, dry, low density, silty SAND with minor gravel fragments and rootlets, no odor, no discoloration | SM | 5 |
| 10 | S | RCB-1@10' | 0.0 / 0.0 | | 10YR 4/3: brown, dry, low density, silty SAND with minor gravel fragments and rootlets, no odor, no discoloration | SM | 10 |
| 15 | S | RCB-1@15' | 0.0 / 0.0 | | 10YR 4/3: brown, dry, low density, silty SAND with minor gravel fragments and rootlets, no odor, no discoloration. Bottom of boring at 15.5 feet. | SM | 15 |
| 20 | | | | | | | 20 |

Report HCA: File: PCR PHASE II RANCHO CUCAMONGA.GPJ. 2/26/03

**NOTES:**

1. Refer to Key to Log of Boring for explanation of descriptive terms and symbols.

2. Descriptions apply only at the specific boring location and time the boring was advanced, and are not representative of subsurface conditions at other locations or times.

**DRILLING PROCESS NOTES:**

| Date Drilled: | 1/14/03 |
|---|---|
| Logged By: | Ryan Mitcheltree |
| Drilling Contractor: | Vironex, Inc. |
| Drilling Method: | Geoprobe / Direct Push |
| Sampling Method: | Acetate Liner |
| Sample Diameter: | 1 inch |
| Total Depth: | 15.5 feet |

**Project: PCR Phase II Soil Investigation and Geophysical Survey**
**Rancho Cucamonga, California**
**Project Number: 16057**
**Project Number: 16057**

**Log of Boring RCB-1**
*Sheet 1 of 1*





Exhibit 3
Page 306



| Downhole Depth (ft bgs) | Samples | | | Remarks | Geologic Description | Unified Soil Classification Code (USCS) | Lithology |
| | Interval Retained | Number | Ambient / Headspace PID (ppmv) | | | | |
|---|---|---|---|---|---|---|---|
| 0 | | | | | | | |
| | S | RCB-10@1' | 0.0 / 0.0 | | brownish gray, dry, low density, gravelly sandy SILT, no odor, no discoloration | ML | |
| 5 | S | RCB-10@5' | 0.0 / 0.1 | | brownish gray, dry, low density, gravelly sandy SILT, no odor, no discoloration | ML | |
| 10 | S | RCB-10@10' | 0.0 / 0.0 | | brownish gray, dry, low density, SAND, no odor, no discoloration | SP | |
| 15 | S | RCB-10@15' | 0.0 / 0.0 | | brownish gray, dry, low density, SAND, no odor, no discoloration<br>Bottom of boring at 15.5 feet. | SP | |
| 20 | | | | | | | |

Report HC4  File: PCR PHASE II RANCHO CUCAMONGA.GPJ  2/26/03

**NOTES:**

1. Refer to Key to Log of Boring for explanation of descriptive terms and symbols.

2. Descriptions apply only at the specific boring location and time the boring was advanced, and are not representative of subsurface conditions at other locations or times.

**DRILLING PROCESS NOTES:**

| Date Drilled: | 1/14/03 |
| Logged By: | Ryan Mitcheltree |
| Drilling Contractor: | Vironex, Inc. |
| Drilling Method: | Geoprobe / Direct Push |
| Sampling Method: | Acetate Liner |
| Sample Diameter: | 1 inch |
| Total Depth: | 15.5 feet |

**Project:** **PCR Phase II Soil Investigation and Geophysical Survey**
**Rancho Cucamonga, California**

**Project Number:** 16057

**Log of Boring RCB-10**
Sheet 1 of 1

**HARTCROWSER**

Exhibit 3
Page 307

| Downhole Depth (ft bgs) | Samples | | | Remarks | Geologic Description | Unified Soil Classification Code (USCS) | Lithology | |
| | Interval Retained | Number | Ambient / Headspace PID (ppmv) | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0 | | | | | | | | 0 |
| | S | RCB-11@1' | 0.0 / 0.1 | | dry, silty SAND, no odor, no discoloration | SM | | |
| 5 | S | RCB-11@5' | 0.0 / 0.0 | | dry, silty SAND, no odor, no discoloration | SM | | 5 |
| 10 | S | RCB-11@10' | 0.0 / 0.1 | | dry, silty SAND, no odor, no discoloration | SM | | 10 |
| 15 | S | RCB-11@15' | 0.0 / 0.1 | | dry, silty SAND, no odor, no discoloration | SM | | 15 |
| | | | | | Bottom of boring at 15.5 feet. | | | |
| 20 | | | | | | | | 20 |

Report: HC4  File: PCR PHASE II RANCHO CUCAMONGA GPJ; 22603

**NOTES:**
1. Refer to Key to Log of Boring for explanation of descriptive terms and symbols.

2. Descriptions apply only at the specific boring location and time the boring was advanced, and are not representative of subsurface conditions at other locations or times.

**DRILLING PROCESS NOTES:**
| | |
|---|---|
| Date Drilled: | 1/14/03 |
| Logged By: | Ryan Mitcheltree |
| Drilling Contractor: | Vironex, Inc. |
| Drilling Method: | Geoprobe / Direct Push |
| Sampling Method: | Acetate Liner |
| Sample Diameter: | 1 inch |
| Total Depth: | 15.5 feet |

**Project: PCR Phase II Soil Investigation and Geophysical Survey**
Rancho Cucamonga, California

Project Number: 16057

**Log of Boring RCB-11**
Sheet 1 of 1


**HARTCROWSER**

Exhibit 3
Page 308

| Downhole Depth (ft bgs) | Samples | | | Remarks | Geologic Description | Unified Soil Classification Code (USCS) | Lithology | |
|---|---|---|---|---|---|---|---|---|
| | Interval Retained | Number | Ambient / Headspace PID (ppmv) | | | | | |
| **0** | | | | | | | | **0** |
| | S | RCB-12@1' | 0.0 / 0.0 | | dry, low density, silty clayey SAND, no odor, no discoloration | SP | | |
| **5** | S | RCB-12@5' | 0.0 / 0.1 | | dry, low density, silty clayey SAND, no odor, no discoloration | SP | | **5** |
| **10** | S | RCB-12@10' | 0.0 / 0.2 | | dry, low density, silty clayey SAND | SP | | **10** |
| **15** | S | RCB-12@15' | 0.0 / 0.0 | | dry, low density, silty clayey SAND | SP | | **15** |
| | | | | | Bottom of boring at 15.5 feet. | | | |
| **20** | | | | | | | | **20** |

Report HC4; File: PCR PHASE II RANCHO CUCAMONGA.GPJ; 2/26/03

**NOTES:**

1. Refer to Key to Log of Boring for explanation of descriptive terms and symbols.

2. Descriptions apply only at the specific boring location and time the boring was advanced, and are not representative of subsurface conditions at other locations or times.

**DRILLING PROCESS NOTES:**

| | |
|---|---|
| Date Drilled: | 1/14/03 |
| Logged By: | Ryan Mitcheltree |
| Drilling Contractor: | Vironex, Inc. |
| Drilling Method: | Geoprobe / Direct Push |
| Sampling Method: | Acetate Liner |
| Sample Diameter: | 1 inch |
| Total Depth: | 15.5 feet |

**Project: PCR Phase II Soil Investigation and Geophysical Survey Rancho Cucamonga, California**

**Project Number: 16057**



**Log of Boring RCB-12**
*Sheet 1 of 1*



Exhibit 3
Page 309

| Downhole Depth (ft bgs) | Samples | | | Remarks | Geologic Description | Unified Soil Classification Code (USCS) | Lithology | |
|---|---|---|---|---|---|---|---|---|
| | Interval Retained | Number | Ambient / Headspace PID (ppmv) | | | | | |
| 0 | | | | | | | | 0 |
| | S | RCB-13@1' | 0.0 / 0.0 | | dry, silty sandy CLAY, no odor, no discoloration | CL | | |
| 5 | S | RCB-13@5' | 0.0 / 0.0 | | dry, silty sandy CLAY, no odor, no discoloration | CL | | 5 |
| 10 | S | RCB-13@10' | 0.0 / 0.0 | | dry, silty sandy CLAY, no odor, no discoloration | CL | | 10 |
| 15 | S | RCB-13@15' | 0.0 / 0.0 | | dry, silty sandy CLAY, no odor, no discoloration | CL | | 15 |
| | | | | | Bottom of boring at 15.5 feet. | | | |
| 20 | | | | | | | | 20 |

Report HC4; File: PCR PHASE II RANCHO CUCAMONGA.GPJ; 2/28/03

**NOTES:**

1. Refer to Key to Log of Boring for explanation of descriptive terms and symbols.

2. Descriptions apply only at the specific boring location and time the boring was advanced, and are not representative of subsurface conditions at other locations or times.

**DRILLING PROCESS NOTES:**

| | |
|---|---|
| Date Drilled: | 1/14/03 |
| Logged By: | Ryan Mitcheltree |
| Drilling Contractor: | Vironex, Inc. |
| Drilling Method: | Geoprobe / Direct Push |
| Sampling Method: | Acetate Liner |
| Sample Diameter: | 1 inch |
| Total Depth: | 15.5 feet |

**Project: PCR Phase II Soil Investigation and Geophysical Survey Rancho Cucamonga, California**

**Project Number: 16057**



**Log of Boring RCB-13**
*Sheet 1 of 1*

 

Exhibit 3
Page 310

| Downhole Depth (ft bgs) | Samples | | | Remarks | Geologic Description | Unified Soil Classification Code (USCS) | Lithology | |
| | Interval Retained | Number | Ambient / Headspace PID (ppmv) | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0 | | | | | | | | 0 |
| | S | RCB-14@1' | 0.0 / 0.1 | | dry, low density, silty SAND, no odor, no discoloration | SM | | |
| 5 | S | RCB-14@5' | 0.2 / 0.2 | | dry, low density, silty SAND, no odor, no discoloration | SM | | 5 |
| 10 | S | RCB-14@10' | 0.1 / 0.1 | | dry, low density, SAND, no odor, no discoloration | SM | | 10 |
| 15 | S | RCB-14@15' | 0.1 / 0.1 | | dry, low density, SAND, no odor, no discoloration | SM | | 15 |
| | | | | | Bottom of boring at 15.5 feet. | | | |
| 20 | | | | | | | | 20 |

Report HC4, File: PCR PHASE II RANCHO CUCAMONGA.GPJ,  2/28/03

**NOTES:**
1. Refer to Key to Log of Boring for explanation of descriptive terms and symbols.

2. Descriptions apply only at the specific boring location and time the boring was advanced, and are not representative of subsurface conditions at other locations or times.

**DRILLING PROCESS NOTES:**
| | |
|---|---|
| Date Drilled: | 1/14/03 |
| Logged By: | Ryan Mitcheltree |
| Drilling Contractor: | Vironex, Inc. |
| Drilling Method: | Geoprobe / Direct Push |
| Sampling Method: | Acetate Liner |
| Sample Diameter: | 1 inch |
| Total Depth: | 15.5 feet |

**Project: PCR Phase II Soil Investigation and Geophysical Survey**
Rancho Cucamonga, California

Project Number: 16057



**Log of Boring RCB-14**
Sheet 1 of 1

**HARTCROWSER**



Exhibit 3
Page 311

| Downhole Depth (ft bgs) | Samples | | | Remarks | Geologic Description | Unified Soil Classification Code (USCS) | Lithology | |
|---|---|---|---|---|---|---|---|---|
| | Interval Retained | Number | Ambient / Headspace PID (ppmv) | | | | | |
| 0 | | | | | | | | 0 |
| | S | RCB-15@1' | 0.0 / 0.0 | | dry, gravelly silty sandy CLAY | CL | | |
| 5 | S | RCB-15@5' | 0.0 / 0.0 | | dry, gravelly silty sandy CLAY | CL | | 5 |
| 10 | S | RCB-15@10' | 0.0 / 0.1 | | dry, low density, SAND, no odor, no discoloration | SM | | 10 |
| 15 | S | RCB-15@15' | 0.1 / 15 | | dry, low density, SAND, no odor, no discoloration | SM | | 15 |
| | | | | | Bottom of boring at 15.5 feet. | | | |
| 20 | | | | | | | | 20 |

Report: HC4;   File: PCR PHASE II RANCHO CUCAMONGA.GPJ;   2/26/03

**NOTES:**

1. Refer to Key to Log of Boring for explanation of descriptive terms and symbols.

2. Descriptions apply only at the specific boring location and time the boring was advanced, and are not representative of subsurface conditions at other locations or times.

**DRILLING PROCESS NOTES:**

| | |
|---|---|
| Date Drilled: | 1/14/03 |
| Logged By: | Ryan Mitcheltree |
| Drilling Contractor: | Vironex, Inc. |
| Drilling Method: | Geoprobe / Direct Push |
| Sampling Method: | Acetate Liner |
| Sample Diameter: | 1 inch |
| Total Depth: | 15.5 feet |

**Project: PCR Phase II Soil Investigation and Geophysical Survey Rancho Cucamonga, California**

**Project Number: 16057**



**Log of Boring RCB-15**
Sheet 1 of 1

**HARTCROWSER**

Exhibit 3
Page 312

| Downhole Depth (ft bgs) | Samples | | | Remarks | Geologic Description | Unified Soil Classification Code (USCS) | Lithology | |
|---|---|---|---|---|---|---|---|---|
| | Interval Retained | Number | Ambient / Headspace PID (ppmv) | | | | | |
| 0 | | | | | | | | 0 |
| | S | RCB-16@1' | 0.0 / 0.1 | | dry, low density, silty SAND, no odor, no discoloration | SM | | |
| 5 | S | RCB-16@5' | 0.1 / 2.0 | | dry, low density, silty SAND, no odor, no discoloration | SM | | 5 |
| 10 | S | RCB-16@10' | 2.0 / 15 | | dry, low density, silty SAND, no odor, no discoloration | SM | | 10 |
| 15 | S | RCB-16@15' | 2.1 / 20 | | dry, low density, silty SAND, no odor, no discoloration | SM | | 15 |
| | | | | | Bottom of boring at 15.5 feet. | | | |
| 20 | | | | | | | | 20 |

Report: HCK, File: PCR PHASE II RANCHO CUCAMONGA.GPJ, 2/26/03

**NOTES:**

1. Refer to Key to Log of Boring for explanation of descriptive terms and symbols.

2. Descriptions apply only at the specific boring location and time the boring was advanced, and are not representative of subsurface conditions at other locations or times.

**DRILLING PROCESS NOTES:**

| | |
|---|---|
| Date Drilled: | 1/14/03 |
| Logged By: | Ryan Mitcheltree |
| Drilling Contractor: | Vironex, Inc. |
| Drilling Method: | Geoprobe / Direct Push |
| Sampling Method: | Acetate Liner |
| Sample Diameter: | 1 inch |
| Total Depth: | 15.5 feet |

**Project: PCR Phase II Soil Investigation and Geophysical Survey Rancho Cucamonga, California**

Project Number: 16057

**Log of Boring RCB-16**
Sheet 1 of 1



**HARTCROWSER**

Exhibit 3
Page 313

| Downhole Depth (ft bgs) | Samples | | | Remarks | Geologic Description | Unified Soil Classification Code (USCS) | Lithology | |
|---|---|---|---|---|---|---|---|---|
| | Interval Retained | Number | Ambient / Headspace PID (ppmv) | | | | | |
| 0 | | | | | | | | 0 |
| | S | RCB-17@1' | 0.0 / 0.0 | | dry, high density, silty CLAY, no odor, no discoloration | CL | | |
| 5 | S | RCB-17@5' | 0.0 / 1.0 | | dry, high density, silty CLAY, no odor, no discoloration | CL | | 5 |
| 10 | S | RCB-17@10' | 0.0 / 2.0 | | dry, high density, silty CLAY, no odor, no discoloration | CL | | 10 |
| 15 | S | RCB-17@15' | 0.0 / 15.1 | | dry, high density, silty CLAY, no odor, no discoloration | CL | | 15 |
| | | | | | Bottom of boring at 15.5 feet. | | | |
| 20 | | | | | | | | 20 |

**NOTES:**

1. Refer to Key to Log of Boring for explanation of descriptive terms and symbols.

2. Descriptions apply only at the specific boring location and time the boring was advanced, and are not representative of subsurface conditions at other locations or times.

**DRILLING PROCESS NOTES:**

| | |
|---|---|
| Date Drilled: | 1/14/03 |
| Logged By: | Ryan Mitcheltree |
| Drilling Contractor: | Vironex, Inc. |
| Drilling Method: | Geoprobe / Direct Push |
| Sampling Method: | Acetate Liner |
| Sample Diameter: | 1 inch |
| Total Depth: | 15.5 feet |

Report HC4  File: PCR PHASE II RANCHO CUCAMONGA.GPJ  2/26/03

**Project: PCR Phase II Soil Investigation and Geophysical Survey Rancho Cucamonga, California**

Project Number: 16057



**Log of Boring RCB-17**
Sheet 1 of 1



**HARTCROWSER**

Exhibit 3
Page 314

| Downhole Depth (ft bgs) | Samples | | | Remarks | Geologic Description | Unified Soil Classification Code (USCS) | Lithology | |
|---|---|---|---|---|---|---|---|---|
| | Interval Retained | Number | Ambient / Headspace PID (ppmv) | | | | | |
| 0 | | | | | | | | 0 |
| | S | RCB-2@1' | 0.0 / 100 | | greenish gray, dry, high density, SAND, faint hydrocarbon odor | SP | | |
| 5 | S | RCB-2@5' | 0.0 / 157 | | greenish gray, dry, high density, SAND, faint hydrocarbon odor | SP | | 5 |
| 10 | S | RCB-2@10' | 0.0 / 52.1 | | greenish gray, dry, high density, SAND, faint hydrocarbon odor, however, less apparent odor than 1' and 5' samples | SP | | 10 |
| 15 | S | RCB-2@15' | 0.0 / 0.1 | | high density, dry, gravelly SAND, no odor, no discoloration | SP | | 15 |
| | | | | | Bottom of boring at 15.5 feet. | | | |
| 20 | | | | | | | | 20 |

Report HC4; File PCR PHASE II RANCHO CUCAMONGA.GPJ; 2/26/03

**NOTES:**

1. Refer to Key to Log of Boring for explanation of descriptive terms and symbols.

2. Descriptions apply only at the specific boring location and time the boring was advanced, and are not representative of subsurface conditions at other locations or times.

**DRILLING PROCESS NOTES:**

| Date Drilled: | 1/14/03 |
|---|---|
| Logged By: | Ryan Mitcheltree |
| Drilling Contractor: | Vironex, Inc. |
| Drilling Method: | Geoprobe / Direct Push |
| Sampling Method: | Acetate Liner |
| Sample Diameter: | 1 inch |
| Total Depth: | 15.5 feet |

**Project:** **PCR Phase II Soil Investigation and Geophysical Survey**
Rancho Cucamonga, California

Project Number: 16057




**Log of Boring RCB-2**
*Sheet 1 of 1*



Exhibit 3
Page 315

| Downhole Depth (ft bgs) | Samples | | | Remarks | Geologic Description | Unified Soil Classification Code (USCS) | Lithology | |
|---|---|---|---|---|---|---|---|---|
| | Interval Retained | Number | Ambient / Headspace PID (ppmV) | | | | | |
| 0 | | | | | | | | 0 |
| | S | RCB-3@1' | 0.0 / 0.0 | | 10YR 4/3: brown, silty SAND, no odor, no discoloration | SM | | |
| 5 | S | RCB-3@5' | 0.1 / 0.1 | | 10YR 4/3: brown, silty SAND, no odor, no discoloration | SM | | 5 |
| 10 | S | RCB-3@10' | 0.0 / 0.0 | | 10YR 4/3: brown, silty SAND, no odor, no discoloration | SM | | 10 |
| 15 | S | RCB-3@15' | 0.0 / 0.0 | | 10YR 4/3: brown, silty SAND, no odor, no discoloration | SM | | 15 |
| | | | | | Bottom of boring at 15.5 feet. | | | |
| 20 | | | | | | | | 20 |

Report: HC4,  File: PCR PHASE II RANCHO CUCAMONGA.GPJ,  2/26/03

**NOTES:**

1. Refer to Key to Log of Boring for explanation of descriptive terms and symbols.

2. Descriptions apply only at the specific boring location and time the boring was advanced, and are not representative of subsurface conditions at other locations or times.

**DRILLING PROCESS NOTES:**

| | |
|---|---|
| Date Drilled: | 1/14/03 |
| Logged By: | Ryan Mitcheltree |
| Drilling Contractor: | Vironex, Inc. |
| Drilling Method: | Geoprobe / Direct Push |
| Sampling Method: | Acetate Liner |
| Sample Diameter: | 1 inch |
| Total Depth: | 15.5 feet |

**Project: PCR Phase II Soil Investigation and Geophysical Survey**
Rancho Cucamonga, California

Project Number: 16057



**Log of Boring RCB-3**
Sheet 1 of 1



Exhibit 3
Page 316

| Downhole Depth (ft bgs) | Samples | | | Remarks | Geologic Description | Unified Soil Classification Code (USCS) | Lithology | |
|---|---|---|---|---|---|---|---|---|
| | Interval Retained | Number | Ambient / Headspace PID (ppmv) | | | | | |
| 0 | | | | | | | | 0 |
| | S | RCB-4@1' | 0.0 / 0.0 | | 10YR 3/3: dark brown, dry, SAND, no odor, no discoloration | SP | | |
| 5 | S | RCB-4@5' | 0.0 / 0.1 | | 10YR 3/3: dark brown, dry, SAND, no odor, no discoloration | SP | | 5 |
| 10 | S | RCB-4@10' | 0.0 / 0.0 | | 10YR 3/3: dark brown, silty CLAY, no odor, no discoloration | CL | | 10 |
| 15 | S | RCB-4@15' | 0.0 / 0.0 | | 10YR 3/3: dark brown, silty CLAY, no odor, no discoloration. Bottom of boring at 15.5 feet. | CL | | 15 |
| 20 | | | | | | | | 20 |

Report HC4   File: PCR PHASE II RANCHO CUCAMONGA.GPJ   2/26/03

**NOTES:**
1. Refer to Key to Log of Boring for explanation of descriptive terms and symbols.

2. Descriptions apply only at the specific boring location and time the boring was advanced, and are not representative of subsurface conditions at other locations or times.

**DRILLING PROCESS NOTES:**
Date Drilled:            1/14/03
Logged By:               Ryan Mitcheltree
Drilling Contractor:     Vironex, Inc.
Drilling Method:         Geoprobe / Direct Push
Sampling Method:         Acetate Liner
Sample Diameter:         1 inch
Total Depth:             15.5 feet

**Project: PCR Phase II Soil Investigation and Geophysical Survey Rancho Cucamonga, California**

Project Number: 16057



**Log of Boring RCB-4**
Sheet 1 of 1


**HARTCROWSER**

Exhibit 3
Page 317

| | Samples | | | | | | |
|---|---|---|---|---|---|---|---|
| Downhole Depth (ft bgs) | Interval Retained | Number | Ambient / Headspace PID (ppmv) | Remarks | Geologic Description | Unified Soil Classification Code (USCS) | Lithology |
| 0 | S | RCB-5@1' | 0.0 / 0.1 | | greenish gray, silty SAND, faint hydrocarbon odor | SM | |
| 5 | S | RCB-5@5' | 0.0 / 100 | | greenish gray, silty SAND, faint hydrocarbon odor | SM | |
| 10 | S | RCB-5@10' | 0.0 / 150 | | greenish gray, silty SAND, faint hydrocarbon odor | SM | |
| 15 | S | RCB-5@15' | 0.0 / 100 | | greenish gray, silty SAND, faint hydrocarbon odor | SM | |
| | | | | | Bottom of boring at 15.5 feet. | | |
| 20 | | | | | | | |

Report: HC4, File: PCR PHASE II RANCHO CUCAMONGA.GPJ, 2/25/03

**NOTES:**

1. Refer to Key to Log of Boring for explanation of descriptive terms and symbols.

2. Descriptions apply only at the specific boring location and time the boring was advanced, and are not representative of subsurface conditions at other locations or times.

**DRILLING PROCESS NOTES:**

| | |
|---|---|
| Date Drilled: | 1/14/03 |
| Logged By: | Ryan Mitcheltree |
| Drilling Contractor: | Vironex, Inc. |
| Drilling Method: | Geoprobe / Direct Push |
| Sampling Method: | Acetate Liner |
| Sample Diameter: | 1 inch |
| Total Depth: | 15.5 feet |

**Project: PCR Phase II Soil Investigation and Geophysical Survey**
Rancho Cucamonga, California

**Project Number: 16057**



**Log of Boring RCB-5**
*Sheet 1 of 1*

**HARTCROWSER**



Exhibit 3
Page 318

| Downhole Depth (ft bgs) | Samples | | | Remarks | Geologic Description | Unified Soil Classification Code (USCS) | Lithology | |
|---|---|---|---|---|---|---|---|---|
| | Interval Retained | Number | Ambient / Headspace PID (ppmv) | | | | | |
| 0 | | | | | | | | 0 |
| | S | RCB-6@1' | 0.0 / 0.1 | | brown, dry, low density, SILT, no odor, no discoloration | ML | | |
| 5 | S | RCB-6@5' | 0.0 / 0.0 | | brown, dry, low density, SILT, no odor, no discoloration | ML | | 5 |
| 10 | S | RCB-6@10' | 0.0 / 0.0 | | brown, dry, silty SAND, no odor, no discoloration | SM | | 10 |
| 15 | S | RCB-6@15' | 0.0 / 0.0 | | brown, dry, silty SAND, no odor, no discoloration | SM | | 15 |
| | | | | | Bottom of boring at 15.5 feet. | | | |
| 20 | | | | | | | | 20 |

Report: HC4, File: PCR PHASE II RANCHO CUCAMONGA.GPJ, 2/26/03

**NOTES:**
1. Refer to Key to Log of Boring for explanation of descriptive terms and symbols.

2. Descriptions apply only at the specific boring location and time the boring was advanced, and are not representative of subsurface conditions at other locations or times.

**DRILLING PROCESS NOTES:**
| | |
|---|---|
| Date Drilled: | 1/14/03 |
| Logged By: | Ryan Mitcheltree |
| Drilling Contractor: | Vironex, Inc. |
| Drilling Method: | Geoprobe / Direct Push |
| Sampling Method: | Acetate Liner |
| Sample Diameter: | 1 inch |
| Total Depth: | 15.5 feet |

**Project: PCR Phase II Soil Investigation and Geophysical Survey Rancho Cucamonga, California**

Project Number: 16057



**Log of Boring RCB-6**
Sheet 1 of 1



**HARTCROWSER**

Exhibit 3
Page 319

| Downhole Depth (ft bgs) | Samples | | | Remarks | Geologic Description | Unified Soil Classification Code (USCS) | Lithology |
| | Interval Retained | Number | Ambient / Headspace PID (ppmv) | | | | |
|---|---|---|---|---|---|---|---|
| 0 | | | | | | | |
| | S | RCB-7@1' | 0.0 / 0.0 | | brownish gray, dry, silty SAND | SM | |
| 5 | S | RCB-7@5' | 0.0 / 0.0 | | brownish gray, dry, silty SAND | SM | |
| 10 | S | RCB-7@10' | 0.0 / 0.0 | | brownish gray, dry, gravelly SAND | SP | |
| 15 | S | RCB-7@15' | 0.0 / 0.0 | | brownish gray, dry, gravelly SAND | SP | |
| | | | | | Bottom of boring at 15.5 feet. | | |
| 20 | | | | | | | |

Report HC4; File PCR PHASE II RANCHO CUCAMONGA.GPJ  2/26/03

**NOTES:**
1. Refer to Key to Log of Boring for explanation of descriptive terms and symbols.

2. Descriptions apply only at the specific boring location and time the boring was advanced, and are not representative of subsurface conditions at other locations or times.

**DRILLING PROCESS NOTES:**
| | |
|---|---|
| Date Drilled: | 1/14/03 |
| Logged By: | Ryan Mitcheltree |
| Drilling Contractor: | Vironex, Inc. |
| Drilling Method: | Geoprobe / Direct Push |
| Sampling Method: | Acetate Liner |
| Sample Diameter: | 1 inch |
| Total Depth: | 15.5 feet |

**Project: PCR Phase II Soil Investigation and Geophysical Survey**
Rancho Cucamonga, California

Project Number: 16057

**Log of Boring RCB-7**
Sheet 1 of 1





**HARTCROWSER**

Exhibit 3
Page 320

| Downhole Depth (ft bgs) | Interval Retained | Samples | | Remarks | Geologic Description | Unified Soil Classification Code (USCS) | Lithology |
|---|---|---|---|---|---|---|---|
| | | Number | Ambient / Headspace PID (ppmv) | | | | |
| 0 | | | | | | | |
| | S | RCB-8@1' | 0.0 / 0.1 | | brown, dry, low density, silty SAND, no odor, no discoloration | SM | |
| 5 | S | RCB-8@5' | 0.0 / 0.1 | | brown, dry, low density, silty SAND, no odor, no discoloration | SM | |
| 10 | S | RCB-8@10' | 0.0 / 0.0 | | brown, dry, low density, silty SAND, no odor, no discoloration | SM | |
| 15 | S | RCB-8@15' | 0.0 / 0.0 | | brown, dry, low density, silty SAND, no odor, no discoloration | SM | |
| | | | | | Bottom of boring at 15.5 feet. | | |
| 20 | | | | | | | |

Report HC4,  File PCR PHASE II RANCHO CUCAMONGA GPJ,  2/26/03

**NOTES:**
1. Refer to Key to Log of Boring for explanation of descriptive terms and symbols.

2. Descriptions apply only at the specific boring location and time the boring was advanced, and are not representative of subsurface conditions at other locations or times.

**DRILLING PROCESS NOTES:**
| | |
|---|---|
| Date Drilled: | 1/14/03 |
| Logged By: | Ryan Mitcheltree |
| Drilling Contractor: | Vironex, Inc. |
| Drilling Method: | Geoprobe / Direct Push |
| Sampling Method: | Acetate Liner |
| Sample Diameter: | 1 inch |
| Total Depth: | 15.5 feet |

**Project: PCR Phase II Soil Investigation and Geophysical Survey Rancho Cucamonga, California**

**Project Number: 16057**



**Log of Boring RCB-8**
*Sheet 1 of 1*



Exhibit 3
Page 321

| Downhole Depth (ft bgs) | Samples | | | Remarks | Geologic Description | Unified Soil Classification Code (USCS) | Lithology | |
|---|---|---|---|---|---|---|---|---|
| | Interval Retained | Number | Ambient / Headspace PID (ppmv) | | | | | |
| 0 | | | | | | | | 0 |
| | S | RCB-9@1' | 0.0 / 0.1 | | brown, dry, low density, silty SAND, no odor, no discoloration | SM | | |
| 5 | S | RCB-9@5' | 0.1 / 0.2 | | brown, dry, low density, silty SAND, no odor, no discoloration | SM | | 5 |
| 10 | S | RCB-9@10' | 0.0 / 1.2 | | 10YR4/3: brown, dry, low density, silty SAND, no odor, no discoloration | SM | | 10 |
| 15 | S | RCB-9@15' | 0.1 / 2.1 | | 10YR4/3: brown, dry, low density, silty SAND, no odor, no discoloration. Bottom of boring at 15.5 feet. | SM | | 15 |
| 20 | | | | | | | | 20 |

Report HC4  File PCR PHASE II RANCHO CUCAMONGA GPJ  2/26/03

**NOTES:**
1. Refer to Key to Log of Boring for explanation of descriptive terms and symbols.
2. Descriptions apply only at the specific boring location and time the boring was advanced, and are not representative of subsurface conditions at other locations or times.

**DRILLING PROCESS NOTES:**
Date Drilled: 1/14/03
Logged By: Ryan Mitcheltree
Drilling Contractor: Vironex, Inc.
Drilling Method: Geoprobe / Direct Push
Sampling Method: Acetate Liner
Sample Diameter: 1 inch
Total Depth: 15.5 feet

**Project: PCR Phase II Soil Investigation and Geophysical Survey Rancho Cucamonga, California**

Project Number: 16057

  

**Log of Boring RCB-9**
Sheet 1 of 1

Exhibit 3
Page 322

www.hartcrowser.com

Anchorage
2550 Denali Street, Suite 705
Anchorage, Alaska 99503-2737
Fax 907.276.2104
Tel 907.276.7475

Boston
100 Cummings Center, Suite 347C
Beverly, Massachusetts 01915-6123
Fax 978.921.8164
Tel 978.921.8163

Denver
274 Union Boulevard, Suite 200
Lakewood, Colorado 80228-1835
Fax 303.987.8907
Tel 303.986.6950

Edmonds
120 Third Avenue South, Suite 110
Edmonds, Washington 98020-8411
Fax 425.778.9417
Tel 425.775.4682

Eureka
1257 Main Street
Fortuna, California 95540
Fax 707.726.9146
Tel 707.726.9145

Fairbanks
1896 Marika Street, Unit 1
Fairbanks, Alaska 99709-5545
Fax 907.451.6056
Tel 907.451.4496

Jersey City
150 Warren Street, Second Floor
Jersey City, New Jersey 07302-6443
Fax 201.985.8182
Tel 201.985.8100

Juneau
319 Seward Street, Suite 1
Juneau, Alaska 99801-1173
Fax 907.586.1071
Tel 907.586.6534

Long Beach
One World Trade Center, Suite 2460
Long Beach, California 90831-2460
Fax 562.495.6361
Tel 562.495.6360

Portland
Five Centerpointe Drive, Suite 240
Lake Oswego, Oregon 97035-8652
Fax 503.620.6918
Tel 503.620.7284

Seattle
1910 Fairview Avenue East
Seattle, Washington 98102-3699
Fax 206.328.5581
Tel 206.324.9530

 Printed on a minimum 10% recycled post-consumer fiber.

Exhibit 3



Exhibit 3
Page 324



ALTA/ACSM LAND TITLE SURVEY

Exhibit 3
Page 325

# APPENDIX H
# CHAIN OF TITLE /
# ENVIRONMENTAL LIENS

Exhibit 3
Page 326

**Not provided**

Exhibit 3
Page 327

# APPENDIX I
# CORRESPONDENCE

Exhibit 3
Page 328

# Property Information Management System

**San Bernardino County**

**Office of the Assessor**



PROPERTY INFORMATION REPORT FOR PARCEL 0229-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

**San Bernardino County Assessor**



| Property Information | |
|---|---|

| | |
|---|---|
| **Property Address (Main Situs)** | Protected per CA. Govt. Code Sect. 6254.21 |
| | Protected per CA. Govt. Code Sect. 6254.21 |
| **Owner and Mailing Address** | SA RECYCLING LLC |
| | C/O DAN NAVABPOUR |
| | Protected per CA. Govt. Code Sect. 6254.21 |
| | Protected per CA. Govt. Code Sect. 6254.21 |
| **Effective Date** | 10/01/2007 |

| | |
|---|---|
| **Parcel** | 0229131160000 |
| **Parcel Status** | ACTIVE |
| **Parcel Type** | REAL PROPERTY |
| **Property ID** | |
| **Tax Status** | ASSESSED BY COUNTY |
| **Use Code** | SFR |
| **Land Access** | PUBLIC PAVED |
| **Size** | 3.501 TO 7.000 ACRES |
| **Land Type** | INDUSTRIAL |
| **District** | ONTARIO |
| **Resp Group** | REAL PROPERTY |
| **Resp Unit** | COMMERCIAL ZONE OR USE |

## Current Owners

| | | Document Numbers |
|---|---|---|
| **Name** | SA RECYCLING LLC | |
| **R/I** | SOLE OWNER | 20070533893 |
| **% Int** | 100.0000000 | |
| **Type** | BILLED OWNER | |
| **Acquisition Date** | 09/18/2007 | |
| **Document Date** | 09/18/2007 | |
| **Inactive Date** | NONE | |

## Legal Parcel Map

| Parcel Map | Parcel Nbr | Unit | Book | Page |
|---|---|---|---|---|
| | 0229131160000 | | | |

## Legal Description

PTN WEST ETIWANDA LAND AND TOWN CO SUB DESC AS COM NW COR LOT 9 SD SUB TH S O DEG 22 MIN 55 SECONDSW ALG W LI SD LOT 292 FT TH S 89 DEG 37 MIN 05 SECONDS E 630.62 FT PARALLEL WITH N LI SD LOT 9 TO  TRUE POB TH S 0 DEG 22 MIN 55 SECONDS W PARALLEL WITH W LI LOTS 9 AND 11 SD SUB 334.51 FT TO N LI  FIRST ST AND DEPOT GROUNDS TH N 88 DEG 09 MIN 45 SECONDS E ALG SD N LI FIRST ST TO C/L OF A VAC ST RUNNING N AND S BETWEEN LOTS 7 AND 8 SD SUB TH N ALG SD C/L TO PT 482 FT S OF S LI LOT 6 SD SUB TH E TO W LI ETIWANDA AVE TH N 190 FT TO PT 292 FT S OF S LI SD LOT 6 TH W TO TRUE POB EX ST

Exhibit 3
Page 330

**San Bernardino County Assessor**



**No Legal Reason for Change Found**

**No Active Homeowner's Exemptions Found**

# Property Information Management System

**San Bernardino County**

**Office of the Assessor**



PROPERTY INFORMATION REPORT FOR PARCEL 0229-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

**San Bernardino County Assessor**



| **Property Information** | | |
|---|---|---|

| | | **Parcel** | 0229131150000 |
|---|---|---|---|
| **Property Address (Main Situs)** | Protected per CA. Govt. Code Sect. 6254.21 | **Parcel Status** | ACTIVE |
| | Protected per CA. Govt. Code Sect. 6254.21 | **Parcel Type** | REAL PROPERTY |
| | | **Property ID** | |
| | | **Tax Status** | ASSESSED BY COUNTY |
| **Owner and Mailing Address** | SA RECYCLING LLC | **Use Code** | HVY INDUST |
| | C/O DANIEL NAVABPOUR ESQ | **Land Access** | PRIVATE UNPAVED |
| | Protected per CA. Govt. Code Sect. 6254.21 | **Size** | 3.501 TO 7.000 ACRES |
| | Protected per CA. Govt. Code Sect. 6254.21 | **Land Type** | INDUSTRIAL |
| | | **District** | ONTARIO |
| **Effective Date** | 12/18/2009 | **Resp Group** | REAL PROPERTY |
| | | **Resp Unit** | INDUSTRIAL ZONE OR USE |

### Current Owners

| | | **Document Numbers** |
|---|---|---|
| **Name** | SA RECYCLING LLC | |
| **R/I** | SOLE OWNER | 20090522973 |
| **% Int** | 100.0000000 | |
| **Type** | BILLED OWNER | |
| **Acquisition Date** | 11/23/2009 | |
| **Document Date** | 11/23/2009 | |
| **Inactive Date** | NONE | |

### Legal Parcel Map

| Parcel Map | Parcel Nbr | Unit | Book | Page |
|---|---|---|---|---|
| | 0229131150000 | | | |

### Legal Description

THAT PTN WEST ETIWANDA LAND AND TOWN CO SUB DESC AS COM NW COR LOT 9 SD SUB TH S 0 DEG 22 MIN 55   SECONDS W ALG W LI SD LOT 292 FT TO TRUE POB TH CONT S 0 DEG 22 MIN 55 SECONDS W ALG W LI LOTS 9   AND 11 SD SUB 356.25 FT TO SW COR SD LOT 11 TH N 88 DEG 09 MIN 45 SECONDS E ALG N LI FIRST ST AND  DEPOT GROUNDS 631.08 FT TH N 0 DEG 22 MIN 55 SECONDS E PARALLEL WITH W LI SD LOTS 9 AND 11 A      DISTANCE OF 334.51 FT TH N 89 DEG 37 MIN 05 SECONDS W 630.62 FT TO TRUE POB

Exhibit 3

Page 333

**San Bernardino County Assessor**



**No Legal Reason for Change Found**

**No Active Homeowner's Exemptions Found**

Exhibit 3

Page 334

# Property Information Management System

**San Bernardino County**

**Office of the Assessor**



PROPERTY INFORMATION REPORT FOR PARCEL 0229-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

## San Bernardino County Assessor



| Property Information | Parcel was Split |
|---|---|

**Property Address (Main Situs)** Protected per CA. Govt. Code Sect. 6254.21

Protected per CA. Govt. Code Sect. 6254.21

**Owner and Mailing Address** ATCHISON TOPEKA AND SANTA FE RR CO

C/O ATTN  DIVISION MANAGER

Protected per CA. Govt. Code Sect. 6254.21

Protected per CA. Govt. Code Sect. 6254.21

**Effective Date** 05/10/1993

**Parcel** 0229131210000

**Parcel Status** INACTIVE

**Parcel Type** REAL PROPERTY

**Property ID**

**Tax Status** ASSESSED BY STATE BOA

**Use Code** VACANT

**Land Access**

**Size** 1.501 TO 3.500 ACRES

**Land Type** PUBLIC FACILITIES

**District** ONTARIO

**Resp Group** REAL PROPERTY

**Resp Unit** COMMERCIAL ZONE OR USE

### Current Owners

| **Name** ATCHISON TOPEKA AND SANTA FE RR CO | **Document Numbers** |
|---|---|
| **R/I** SOLE OWNER | 9300000000000 |
| **% Int** 100.0000000 | |
| **Type** BILLED OWNER | |
| **Acquisition Date** NONE | |
| **Document Date** 03/01/1992 | |
| **Inactive Date** 01/06/2009 | |

### Legal Parcel Map

| Parcel Map | Parcel Nbr | Unit | Book | Page |
|---|---|---|---|---|
| | 0229131210000 | | | |

### Legal Description

MAP 804 36 7Q PARCEL NO 38 ***** SBE LAND CHG FOR 93 PG 13 *****

**No Legal Reason for Change Found**

Exhibit 3

Page 336

**San Bernardino County Assessor**



**No Active Homeowner's Exemptions Found**

# Property Solutions INC.

## Environmental & Engineering Consulting

323 New Albany Road • Moorestown, New Jersey 08057 • 856-813-3000 • Fax 856-813-1073

April 29, 2010

City of Rancho Cucamonga Department of Building & Safety
10500 Civic Center Dr
P.O. Box 807
Rancho Cucamonga, CA 91730

(909) 477-2711 Fax

**Re:     SA Recycling**
**8822 Etiwanda Avenue**
**Rancho Cucamonga, San Bernardino County, California**
**Property Solutions Project #: 20101181**

Dear Freedom of Information Officer:

Property Solutions Inc. is conducting a Phase I Environmental Assessment & a Property Condition Assessment of the aforementioned property.  As part of a property assessment, we wish to determine whether government agencies possess records on the subject property that may include potential environmental concerns.  We request information on the following:

- **Outstanding building code violations**
- **Permits for Underground or Aboveground Storage Tanks (UST/AST), installation or removal for the current building or any other prior building on this property**
- **Demolition/renovation permits for the current building of any other prior building on this property**
- **Dates of when building permits and Certificate of Occupancy were issued**

**If you have any questions, please call me at 856-813-3000 ext 302, or email me at ecoordinator@propertysolutionsinc.com.**  If you have no information on the property, please fill in the box below and fax back to me at 856-813-1073. Thank you for your assistance.

Sincerely,
Property Solutions Inc.

Ryan Martin, Environmental Coordinator
ecoordinator@propertysolutionsinc.com

| No Files for subject property or address |
|---|
| Name: _____ |
| Title:  _____ |
| Phone: _____ |
| X _____  _____ |
|      Signature                           Date |

SERVING YOUR NEEDS NATIONWIDE FROM OUR OFFICES IN:

PHILA   •   NY   •   CHICAGO   •   LA   •   DALLAS   •   PORTLAND   •   ATLANTA   •   BALTIMORE

Exhibit 3
Page 338

# Property Solutions INC.

## Environmental & Engineering Consulting

323 New Albany Road • Moorestown, New Jersey 08057 • 856-813-3000 • Fax 856-813-1073

April 29, 2010

City of Rancho Cucamonga Department of Building & Safety
10500 Civic Center Dr
P.O. Box 807
Rancho Cucamonga, CA 91730

(909) 477-2711 Fax

**Re:     SA Recycling**
**8822 Etiwanda Avenue**
**Rancho Cucamonga, San Bernardino County, California**
**Property Solutions Project #: 20101181**

Dear Freedom of Information Officer:

Property Solutions Inc. is conducting a Phase I Environmental Assessment & a Property Condition Assessment of the aforementioned property.  As part of a property assessment, we wish to determine whether government agencies possess records on the subject property that may include potential  concerns.  We request information on the following:

- The current zoning designation of the subject property and when it received this designation
- The zoning designation of the subject property prior to receiving the current designation

**If you have any questions, please call me at 856-813-3000 ext 302, or email me at ecoordinator@propertysolutionsinc.com.**  If you have no information on the property, please fill in the box below and fax back to me at 856-813-1073. Thank you for your assistance.

Sincerely,
Property Solutions Inc.

Ryan Martin, Environmental Coordinator
ecoordinator@propertysolutionsinc.com

| No Files for subject property or address |
| --- |
| Name: _____ |
| Title:  _____ |
| Phone: _____ |
| X _____  _____ |
| Signature                            Date |

# Property Solutions INC.

**Environmental & Engineering Consulting**

323 New Albany Road • Moorestown, New Jersey 08057 • 856-813-3000 • Fax 856-813-1073

April 29, 2010

City of Rancho Cucamonga Fire Department
10500 Civic Center Dr
Rancho Cucamonga, CA 91730

**Re:     SA Recycling**
**8822 Etiwanda Avenue**
**Rancho Cucamonga, San Bernardino County, California**
**Property Solutions Project #: 20101181**

 Dear Freedom of Information Officer:

Property Solutions Inc. is conducting a Phase I Environmental Assessment & a Property Condition Assessment of the aforementioned property.  As part of a property assessment, we wish to determine whether government agencies possess records on the subject property that may include potential concerns.  We request information on the following:

- **Outstanding fire code violations**
- **Fires or spills**
- **Outstanding building code violations**
- **Permits for Underground or Aboveground Storage Tanks (UST/AST), installation or removal**
- **Demolition/renovation permits**
- **The date of the last fire inspection**
- **The date when the Certificate of Occupancy was issued**

**If you have any questions, please call me at 856-813-3000 ext 302, or email me at ecoordinator@propertysolutionsinc.com.**  If you have no information on the property, please fill in the box below and fax back to me at 856-813-1073. Thank you for your assistance.

Sincerely,
Property Solutions Inc.

Ryan Martin, Environmental Coordinator
ecoordinator@propertysolutionsinc.com

| No Files for subject property or address |
|---|
| Name: _____ |
| Title: _____ |
| Phone: _____ |
| X _____ _____ |
| Signature                        Date |

SERVING YOUR NEEDS NATIONWIDE FROM OUR OFFICES IN:

PHILA  •  NY  •  CHICAGO  •  LA  •  DALLAS  •  PORTLAND  •  ATLANTA  •  BALTIMORE

Exhibit 3
Page 340

# **Property Solutions** INC.

Environmental & Engineering Consulting

323 New Albany Road • Moorestown, New Jersey 08057 • 856-813-3000 • Fax 856-813-1073

April 29, 2010

San Bernardino Health Department
Environmental Health
351 N. Mt. View Avenue
San Bernardino, CA 92415-0010

**Re:     SA Recycling**
         **8822 Etiwanda Avenue**
         **Rancho Cucamonga, San Bernardino County, California**
         **Property Solutions Project #: 20101181**

Dear Freedom of Information Officer:

Property Solutions Inc. is conducting a Phase I Environmental Assessment of the aforementioned property.  As part of a property assessment, we wish to determine whether government agencies possess records on the subject property that may include potential environmental concerns.  We request information on the following:

- UST/AST removal or installation
- LBP or ACM abatement
- Hazardous releases or responses
- Environmental health code violations
- Water supply concerns
- Records of any current or prior septic tank systems or wells on the subject property

**If you have any questions, please call me at 856-813-3000 ext 302, or email me at ecoordinator@propertysolutionsinc.com.**  If you have no information on the property, please fill in the box below and fax back to me at 856-813-1073. Thank you for your assistance.

Sincerely,
Property Solutions Inc.

Ryan Martin, Environmental Coordinator
ecoordinator@propertysolutionsinc.com

```
+--------------------------------------------------+
|         No Files for subject property or address  |
| Name: _____          |
| Title: _____         |
| Phone: _____          |
|                                                   |
| X _____  _____          |
|     Signature                  Date               |
+--------------------------------------------------+
```

SERVING YOUR NEEDS NATIONWIDE FROM OUR OFFICES IN:

PHILA   •   NY   •   CHICAGO   •   LA   •   DALLAS   •   PORTLAND   •   ATLANTA   •   BALTIMORE

Exhibit 3
Page 341

# Property Solutions INC.

Environmental & Engineering Consulting

323 New Albany Road • Moorestown, New Jersey 08057 • 856-813-3000 • Fax 856-813-1073

April 29, 2010

CVWD
Rancho Cucamonga, CA

**Re:**    **SA Recycling**
        **8822 Etiwanda Avenue**
        **Rancho Cucamonga, San Bernardino County, California**
        **Property Solutions Project #: 20101181**

**To Whom It May Concern**:

Property Solutions Inc. is conducted a Phase I Environmental Assessment of the aforementioned property.  As part of the property assessment, we wish to determine the water and sewer provider of the subject property.

If the **CVWD** is indeed the water and sewer provider, please provide me with the following information:

- Date of water connection
- Water violations (if applicable)
- Date of sewer hookup
- Special sewer permits (if applicable)
- Sewer discharge violations (if applicable)

**If you have any questions, please call me at 856-813-3000 ext 302, or email me at ecoordinator@propertysolutionsinc.com.**  If you have no information on the property, please fill in the box below and fax back to me at 856-813-1073. Thank you for your assistance.

Sincerely,
Property Solutions Inc.

Ryan Martin, Environmental Coordinator
ecoordinator@propertysolutionsinc.com

| No Files for subject property or address |
| --- |
| Name: _____ |
| Title: _____ |
| Phone: _____ |
| X _____  _____ |
|     Signature                    Date |

# Property Solutions INC.

### Environmental & Engineering Consulting

323 New Albany Road • Moorestown, New Jersey 08057 • 856-813-3000 • Fax 856-813-1073

April 29, 2010

Mary Zepeda
Environmental Specialist
Water/Waste Group
Corporate Environment, Health & Safety Division Southern California Edison
Fax: (626) 302-9130

**Re:     SA Recycling**
**8822 Etiwanda Avenue**
**Rancho Cucamonga, San Bernardino County, California**
**Property Solutions Project #: 20101181**

**To Whom It May Concern**:

Property Solutions Inc. is conducting a Phase I Environmental Assessment of the aforementioned property.  As part of a property assessment, we wish to determine whether **SoCal Edison** provides power to the subject property. Property Solutions Inc also requests information regarding the PCB content and records of leaks in regard to any transformers located at the property.

**If you have any questions, please call me at 856-813-3000 ext 302, or email me at ecoordinator@propertysolutionsinc.com.**  If you have no information on the property, please fill in the box below and fax back to me at 856-813-1073. Thank you for your assistance.

Sincerely,
Property Solutions Inc.

Ryan Martin, Environmental Coordinator
ecoordinator@propertysolutionsinc.com

| No Files for subject property or address |
| :-- |
| Name: _____ |
| Title:  _____ |
| Phone: _____ |
| |
| X _____  _____ |
| Signature                        Date |

# Property Solutions INC.

### Environmental & Engineering Consulting

323 New Albany Road • Moorestown, New Jersey 08057 • 856-813-3000 • Fax 856-813-1073

April 29, 2010

Dona Sturgess, Senior Legal Analyst
California Integrated Waste Management Board
Legal Office – MS 5
P.O. Box 4025
Sacramento, CA 95812-4025

VIA FACSIMILE: 916-341-6082

**Re:     SA Recycling**
**        8822 Etiwanda Avenue**
**        Rancho Cucamonga, San Bernardino County, California**
**        Property Solutions Project #: 20101181**

Dear Ms. Sturgess:

Property Solutions Inc. is conducting a Phase I Environmental Assessment at the aforementioned subject property.  As part of a property assessment, we wish to determine whether governmental agencies possess records on the subject property that may include potential environmental concerns. These concerns include, but are not limited to, hazardous materials storage, hazardous releases, and health code violations.

**If you have any questions, please call me at 856-813-3000 ext 302, or email me at ecoordinator@propertysolutionsinc.com.** If you have no information on the property, please fill in the box below and fax back to me at 856-813-1073. Thank you for your assistance.

Sincerely,
Property Solutions Inc.

Ryan Martin, Environmental Coordinator
ecoordinator@propertysolutionsinc.com

| No Files for subject property or address |
|---|
| Name: _____ |
| Title: _____ |
| Phone: _____ |
| |
| X _____ _____ |
| Signature                          Date |

SERVING YOUR NEEDS NATIONWIDE FROM OUR OFFICES IN:

PHILA   •   NY   •   CHICAGO   •   LA   •   DALLAS   •   PORTLAND   •   ATLANTA   •   BALTIMORE

Exhibit 3
Page 344

# Property Solutions INC.

**Environmental & Engineering Consulting**

323 New Albany Road • Moorestown, New Jersey 08057 • 856-813-3000 • Fax 856-813-1073

April 29, 2010

Public Records Coordinator
Department of Toxic Substances Control
5796 Corporate Avenue
Cypress, CA 90630-4732

VIA FACSIMILE: 714-484-5318

**Re:    SA Recycling**
**8822 Etiwanda Avenue**
**Rancho Cucamonga, San Bernardino County, California**
**Property Solutions Project #: 20101181**

Dear Public Records Coordinator:

Property Solutions Inc. is conducting a Phase I Environmental Assessment at the aforementioned subject property.  As part of a property assessment, we wish to determine whether governmental agencies possess records on the subject property that may include potential environmental concerns. These concerns include, but are not limited to hazardous material storage and emergency responses.

**If you have any questions, please call me at 856-813-3000 ext 302, or email me at ecoordinator@propertysolutionsinc.com.**  If you have no information on the property, please fill in the box below and fax back to me at 856-813-1073. Thank you for your assistance.

Sincerely,
Property Solutions Inc.

Ryan Martin, Environmental Coordinator
ecoordinator@propertysolutionsinc.com

| No Files for subject property or address |
|---|
| Name: _____ |
| Title: _____ |
| Phone: _____ |
| X _____  _____ |
| Signature                      Date |

# Property Solutions INC.

### Environmental & Engineering Consulting

323 New Albany Road • Moorestown, New Jersey 08057 • 856-813-3000 • Fax 856-813-1073

April 29, 2010

Santa Ana Regional Water Quality Control Board
Attention: Annette Subriar - File Review Request
3737 Main Street, Suite 500
Riverside, California 92501-3348

VIA FACSIMILE: 951-781-6288

**Re:     SA Recycling**
**8822 Etiwanda Avenue**
**Rancho Cucamonga, San Bernardino County, California**
**Property Solutions Project #: 20101181**

Dear Laura Gallardo:

Property Solutions Inc. is conducting a Phase I Environmental Assessment of the aforementioned property.  As part of a property assessment, we wish to determine whether government agencies possess records on the subject property that may include potential environmental concerns.  We request information on the following:

- Underground/Aboveground Storage Tank (UST/AST) removal or installation
- Lead-Based Paint (LBP) or Asbestos-Containing Material (ACM) abatement
- Hazardous releases or responses
- Environmental health code violations
- Water supply concerns

**If you have any questions, please call me at 856-813-3000 ext 302, or email me at ecoordinator@propertysolutionsinc.com.** If you have no information on the property, please fill in the box below and fax back to me at 856-813-1073. Thank you for your assistance.

Sincerely,
Property Solutions Inc.

Ryan Martin, Environmental Coordinator
ecoordinator@propertysolutionsinc.com

| No Files for subject property or address |
|---|
| Name: _____ |
| Title: _____ |
| Phone: _____ |
| |
| X _____  _____ |
|    Signature                Date |



# CITY OF RANCHO CUCAMONGA
## Building and Safety Department
### 10500 Civic Center Dr.
### Rancho Cucamonga, Ca. 91730
Tel: (909)477-2710
Fax: (909)477-2711

# FAX

DATE: _5/3_   NO. OF PGS. _5_

TO: _Ryan Martin_   FROM: _____

FAX: _____   PHONE: _____

RE: _8822 Etiwanda Ave_

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply

● Comments:

Exhibit 3
Page 347



*Mayor*
DONALD J. KURTH, M.D.
*Mayor Pro Tem*
L. DENNIS MICHAEL
*Councilmembers*
REX GUTIERREZ
SAM SPAGNOLO
DIANE WILLIAMS
*City Manager*
JACK LAM, AICP



THE CITY OF RANCHO CUCAMONGA

RANCHO CUCAMONGA

MAIN BUILDING PERMIT MUST HAVE BEEN UNDER THE COUNTY OF SAN BERNARDINO BEFORE 1977.

THIS IS ALL BUILDING AND SAFETY HAS ON FILE

THANK YOU

LINDA COURTNEY
SR. ADMINISTRATIVE SECRETARY
909-477-2710  EXT. 4227

10500 Civic Center Dr. • P.O. Box 807 • Rancho Cucamonga, CA 91729-0807 • Tel 909-477-2700 • Fax 909-477-2849 • www.cityofrc.us

Exhibit 3
Page 348

**BUILDING AND SAFETY DIVISION**
10500 Civic Center Drive
Rancho Cucamonga, CA 91730
TEL # (909) 477-2710
FAX # (909) 477-2711

T H E       C I T Y       O F

R A N C H O       C U C A M O N G A

---

**SITE ADDRESS : 8822 ETIWANDA AVE**

**PERMIT NO :    PMT2005-05710**

VALUATION       :

ISSUED : November 16, 2005

PROJECT DESCRIPTION :       (4) 10,000 GALLON UNDERGROUND WATER STORAGE TANKS & RECOVERY WELL FOR RECYCLING RUNOFF WATER (ELECTRICAL UNDER SEPARATE PERMIT)

| Owner | Case Notes : |
|---|---|
| PACIFIC COAST RECYCLING | Fire Department may require a standpipe system. |
| 482 PIER 1 | Per Chief Mike Bell, FCS will not need to perform any inspection nor |
| LONG BEACH, CA 90802 | will a standpipe system be required. |
| | 1.obtain letter from eng. that system will work as designed |
| Telephone    :   562-628-8115 | 2. backfill tanks to level to install sump pump lines call for inspection, |
| | *note that a soils report of compaction is required |
| Contractor | License No. | 3. after conection of sump pump lines are insp. comp. backfill and barricades as necessary call for final |
| | | provide plumbing schematic showing 2 tank system vs. original 4 tank system with supply and return lines and devices. show all components |
| Telephone    : | relating to this permit, wet stamped and signed by engineer. |
| | I recommend use of pea gravel ( 3/8" agg ) as further backfill; compacted native fill will further destroy tank structures............... |
| | Fixture type |

| Item | Rate | Unit Qty | Work Covered |
|---|---|---|---|
| | | | BLD : Y    ELE : N |
| | | | MEC : N    PLM : N |
| | | | FIR : |
| | | | Construction Types |
| | | | |
| | | Occupancy Groups | |

---

**Fees**

| Type | By | T.C. | Amount |
|---|---|---|---|
| | | Total: | $0.00 |

**Mechanical Equipment**

| Equipment Type | Qty |
|---|---|
| | |

**Plumbing Equipment**

| Equipment Type | Qty |
|---|---|
| | |

---

I certify that I have read this permit and state that all information, on both front and back, is correct. I agree to comply with all city and county ordinances & state laws relating to building construction, & hereby authorize representatives of this city to enter upon the above mentioned property for inspection purposes.

Signature of Applicant or Agent _____   Date _____

This is a permit when properly completed, and signed, and is subject to expiration if work thereunder is not commenced or suspended or abandoned for 180 days.

Exhibit 3
Page 349

THE CITY OF

RANCHO CUCAMONGA

BUILDING AND SAFETY DIVISION
10500 Civic Center Drive
Rancho Cucamonga, CA 91730
TEL # (909) 477-2710
FAX # (909) 477-2711

**SITE ADDRESS : 8822 ETIWANDA AVE**     **PERMIT NO. : PMT2005-02394**

VALUATION :

ISSUED : May 10, 2005

PROJECT DESCRIPTION : 1,905 FT BLOCK WALL AROUND PERIMETER, (2) PILASTERS

**Owner**
PACIFIC COAST RECYCLING
8822 ETIWANDA AVE.
RANCHO CUCAMONGA, CA 91739

Telephone :

**Contractor**
KORA CEMENT
4938 LANTE ST.
BALDWIN PARK, CA 91706

**License No.**
CON764023

Telephone : 626-962-7389

| Item | Rate | Unit Qty |
|---|---|---|

**Work Covered**
BLD : Y    ELE :
MEC :     PLM :
FIR :

**Construction Types**

**Occupancy Groups**

**Case Notes :**
footing poured without inspection and wall grouted without same. contact supervisor Merry Westerlin to arrange resolution. 'pot hole existing footing in 3 places.

**Electrical Fixtures**

| Fixture Type | Qty |
|---|---|

**Fees**

| Type | By | T.C. | Amount |
|---|---|---|---|
| | | Total: | $0.00 |

**Mechanical Equipment**

| Equipment Type | Qty |
|---|---|

**Plumbing Equipment**

| Equipment Type | Qty |
|---|---|

I certify that I have read this permit and state that all information, on both front and back, is correct. I agree to comply with all city and county ordinances & state laws relating to building construction, & hereby authorize representatives of this city to enter upon the above mentioned property for inspection purposes.

Signature of Applicant or Agent _____ Date _____

This is a permit when properly completed, and signed, and is subject to expiration if work thereunder is not commenced or suspended or abandoned for 180 days.

Exhibit 3
Page 350

BUILDING AND SAFETY DIVISION
10500 Civic Center Drive
Rancho Cucamonga, CA 91730
TEL # (909) 477-2710
FAX # (909) 477-2711

T H E      C I T Y      O F

R A N C H O      C U C A M O N G A

## SITE ADDRESS : 8822 ETIWANDA AVE

**PERMIT NO. : PMT2007-01406**

VALUATION                 :

**ISSUED : April 30, 2007**

PROJECT DESCRIPTION :      NEW 1200 AMP SERVICE

**Owner**
PACIFIC COAST RECYCLING
8822 ETIWANDA AVE.
RANCHO CUCAMONGA, CA 91739

Telephone    :

**Contractor**
MEL SMITH ELECTRIC
10950 DALE ST.
STANTON, CA 90680

**License No.**
CON394741

Telephone    :    714-761-3205

| Item | Rate | Unit Qty |
| --- | --- | --- |

**Work Covered**
BLD :         ELE : Y
MEC :         PLM :
FIR :

**Construction Types**

**Occupancy Groups**

**Case Notes :**

### Electrical Fixtures

| Fixture Type | Qty |
| --- | --- |
| Service/Sub Panels Each | 1 |

| Fees | | | |
| --- | --- | --- | --- |
| Type | By | T.C. | Amount |
| | | Total: | $0.00 |

### Mechanical Equipment

| Equipment Type | Qty |
| --- | --- |

### Plumbing Equipment

| Equipment Type | Qty |
| --- | --- |

I certify that I have read this permit and state that all information, on both front and back, is correct. I agree to comply with all city and county ordinances & state laws relating to building construction, & hereby authorize representatives of this city to enter upon the above mentioned property for inspection purposes.

Signature of Applicant or Agent _____ Date _____

This is a permit when properly completed, and signed, and is subject to expiration if work thereunder is not commenced or suspended or abandoned for 180 days.

Exhibit 3
Page 351

BUILDING AND SAFETY DIVISION
10500 Civic Center Drive
Rancho Cucamonga, CA 91730
TEL # (909) 477-2710
FAX # (909) 477-2711

T H E      C I T Y      O F

R A N C H O      C U C A M O N G A

| SITE ADDRESS : 8822 ETIWANDA AVE | PERMIT NO : PMT2006-00331 |

VALUATION           :                                    ISSUED : March 02, 2006

PROJECT DESCRIPTION :    Installation of Underground Fire Line for Pacific Coast Recycling (DRC2004-01033)

**Owner**
PACIFIC COAST RECYCLING
482 PIER 1
LONG BEACH, CA 90802

Telephone    :

**Contractor**
NORSTAR PLUMBING & ENG., INC**
8780 19TH STREET
NO. 310
ALTA LOMA, CA 91701
Telephone    :    909-481-9488

**License No.**
BUS035003
CON633471  A/C36
LIABDPA5502424
WORK7600000915101

**Work Covered**
BLD : N        ELE : N
MEC : N        PLM : N
FIR : Y

**Construction Types**

**Occupancy Groups**

| Item | Rate | Unit Qty |
|------|------|----------|

**Case Notes :**

**Electrical Fixtures**

| Fixture Type | Qty |
|--------------|-----|

**Fees**

| Type | By | T.C. | Amount |
|------|----|----|--------|
|      |    | Total: | $0.00 |

**Mechanical Equipment**

| Equipment Type | Qty |
|----------------|-----|

**Plumbing Equipment**

| Equipment Type | Qty |
|----------------|-----|

I certify that I have read this permit and state that all information, on both front and back, is correct. I agree to comply with all city and county ordinances & state laws relating to building construction, & hereby authorize representatives of this city to enter upon the above mentioned property for inspection purposes.

Signature of Applicant or Agent _____ Date _____

This is a permit when properly completed, and signed, and is subject to expiration if work thereunder is not commenced  or suspended  or abandoned for 180 days.

Exhibit 3
Page 352



## Property Solutions INC.

Environmental & Engineering Consulting

323 New Albany Road · Moorestown, New Jersey 08057 · 856-813-3000 · Fax 856-813-1073

April 29, 2010

Public Records Coordinator
Department of Toxic Substances Control
5796 Corporate Avenue
Cypress, CA 90630-4732

VIA FACSIMILE: 714-484-5318
PACIFIC COAST RECYCLING (CLOVIS SITE)
Re:    **SA Recycling**
       **8822 Etiwanda Avenue**
       **Rancho Cucamonga, San Bernardino County, California**
       **Property Solutions Project #: 20101181**

Dear Public Records Coordinator:

Property Solutions Inc. is conducting a Phase I Environmental Assessment at the aforementioned subject property. As part of a property assessment, we wish to determine whether governmental agencies possess records on the subject property that may include potential environmental concerns. These concerns include, but are not limited to hazardous material storage and emergency responses.

**If you have any questions, please call me at 856-813-3000 ext 302, or email me at ecoordinator@propertysolutionsinc.com.** If you have no information on the property, please fill in the box below and fax back to me at 856-813-1073. Thank you for your assistance.

Sincerely,
Property Solutions Inc.

Ryan Martin, Environmental Coordinator
ecoordinator@propertysolutionsinc.com

| ☐ No Files for subject property or address |  |
| --- | --- |
| Name: _____ APR 29 2010 _____ |  |
| Title: |  |
| Phone: _____ YPRESS _____ |  |
| X _____ |  |
| Signature | Date |

SERVING YOUR NEEDS NATIONWIDE FROM OUR OFFICES IN:

PHILA  ·  NY  ·  CHICAGO  ·  LA  ·  DALLAS  ·  PORTLAND  ·  ATLANTA  ·  BALTIMORE

Exhibit 3
Page 353



## Property Solutions INC.
Environmental & Engineering Consulting

323 New Albany Road • Moorestown, New Jersey 08057 • 856-813-3000 • Fax 856-813-1073

April 29, 2010

San Bernardino Health Department
Environmental Health
351 N. Mt. View Avenue
San Bernardino, CA 92415-0010

**Re:     SA Recycling**
**8822 Etiwanda Avenue**
**Rancho Cucamonga, San Bernardino County, California**
**Property Solutions Project #: 20101181**

Dear Freedom of Information Officer:

Property Solutions Inc. is conducting a Phase I Environmental Assessment of the aforementioned property. As part of a property assessment, we wish to determine whether government agencies possess records on the subject property that may include potential environmental concerns. We request information on the following:

- ▫ UST/AST removal or installation
- ▫ LBP or ACM abatement
- ▫ Hazardous releases or responses
- ▫ Environmental health code violations
- ▫ Water supply concerns
- ▫ Records of any current or prior septic tank systems or wells on the subject property

**If you have any questions, please call me at 856-813-3000 ext 302, or email me at ecoordinator@propertysolutionsinc.com.** If you have no information on the property, please fill in the box below and fax back to me at 856-813-1073. Thank you for your assistance.

Sincerely,
Property Solutions Inc.

*Bin Gallghon for*

Ryan Martin, Environmental Coordinator
ecoordinator@propertysolutionsinc.com

```
☑ No Files for subject property or address
Name: County of San Bdno
Title: EHS
Phone: 387 - 4655

X Charul Bennett    5/5/10
  Signature              Date
```

SERVING YOUR NEEDS NATIONWIDE FROM OUR OFFICES IN:

PHILA   •   NY   •   CHICAGO   •   LA   •   DALLAS   •   PORTLAND   •   ATLANTA   •   BALTIMORE

Exhibit 3
Page 354

Case 5:21-cv-01238-SSS-SP   Document 33-3   Filed 11/08/21   Page 329 of 430   Page ID #:534



**Result**

8768 ETIWANDA AV
Rancho Cucamonga, CA
91739

**Tract/Parcel Map :**
N/A

**Longitude DMS :**
117d 31' 30" W

**Latitude DMS :**
34d 5' 37" N

**State X Coordinate :**
6705462.56941000000

**State Y Coordinate :**
1856828.87506000000

Return to Main

Available GIS Maps Online

Questions – Comments – Issues

**Change View :** BaseMap

RANCHO CUCAMONGA

**Zoning Information**
Zoning :   HEAVY INDUSTRIAL (HI)
Specific Plan :   INDUSTRIAL SPECIFIC PLAN
Planned Community :
Overlay District :

Zoning View

**General Plan Information**
General Plan : HEAVY INDUSTRIAL
General Plan : INDUSTRIAL
Approval :   Adopted by Planning Commission Date: 9/26/01 Res. #01-93
     Adopted by City Council Date: 10/17/01 Res. #01-237
     Revision updates as of 2007
     General Plan Update Information

General Plan View

**Census Data**
Census Tract :   002203    City Demographics : Statistical Profile
Census Block Group : 1               Facts & Figures
                        INsideRancho.com
                        U.S. Census Bureau

**Areas Of Interest**
Redevelopment Area : IN

**Services and Utilities**

| | | | |
|---|---|---|---|
| Cable : | Charter Communications | Animal Services : | Animal Care & Adoption Center |
| Trash Pickup : | Burrtec | Fire : | Fire Protection District |
| Trash Day : | Monday | Police : | Police Department |
| Street Sweeper : | Public Works | | |
| Sweep Schedule : | Every Other Thursday | Community Services : | RCpark.com |
| Electric : | Southern California Edison | Library : | Library Services |
| Gas : | Southern California Gas | IVR & Permits : | Phone & Online Permit Systems |
| Water : | Cucamonga Valley Water District | Business License : | Business License Online Renewal |
| | | Street Light Repair : | Southern California Edison |

**Special Districts**
Assessment District :   AD 85-PD-R
Benefit Assessment District :
Community Facilities District : CFD 85-1
Landscape District :
Street Light District :
General :         Special Districts Information

**Environmental**
Flood Zone :   X             Effective Date :   08/28/2008; 08/28/2008
Special Hazard Flood Area : F      FEMA Information : FEMA Website; FEMA Website
FIRM Panel :   06071C8635H; 06071C8634H

**Schools**
School District :       Etiwanda       College : Chaffey
High School District : Chaffey Joint Union High    General : Schools Information

**Parks within a mile**
No Parks Found

Back to City of Rancho Cucamonga Homepage



Exhibit 3

Page 356

1 of 1      05/04/10 1:34 AM

# Property Information Management System

**San Bernardino County**

**Office of the Assessor**



PIMS PACKAGE REPORT FOR PARCEL 0229-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

**San Bernardino County Assessor**



| **Property Information** | |
|---|---|

**Property Address (Main Situs)** Protected per CA. Govt. Code Sect. 6254.21

Protected per CA. Govt. Code Sect. 6254.21

**Owner and Mailing Address** SA RECYCLING LLC

C/O DAN NAVABPOUR

Protected per CA. Govt. Code Sect. 6254.21

Protected per CA. Govt. Code Sect. 6254.21

**Effective Date** 10/01/2007

**Parcel** 0229131160000
**Parcel Status** ACTIVE
**Parcel Type** REAL PROPERTY
**Property ID**
**Tax Status** ASSESSED BY COUNTY
**Use Code** SFR
**Land Access** PUBLIC PAVED
**Size** 3.501 TO 7.000 ACRES
**Land Type** INDUSTRIAL
**District** ONTARIO
**Resp Group** REAL PROPERTY
**Resp Unit** COMMERCIAL ZONE OR USE

## Current Owners

| **Name** SA RECYCLING LLC | **Document Numbers** |
|---|---|
| **R/I** SOLE OWNER | 20070533893 |
| **% Int** 100.0000000 | |
| **Type** BILLED OWNER | |
| **Acquisition Date** 09/18/2007 | |
| **Document Date** 09/18/2007 | |
| **Inactive Date** NONE | |

## Legal Parcel Map

| Parcel Map | Parcel Nbr | Unit | Book | Page |
|---|---|---|---|---|
| | 0229131160000 | | | |

## Legal Description

PTN WEST ETIWANDA LAND AND TOWN CO SUB DESC AS COM NW COR LOT 9 SD SUB TH S O DEG 22 MIN 55 SECONDSW ALG W LI SD LOT 292 FT TH S 89 DEG 37 MIN 05 SECONDS E 630.62 FT PARALLEL WITH N LI SD LOT 9 TO  TRUE POB TH S 0 DEG 22 MIN 55 SECONDS W PARALLEL WITH W LI LOTS 9 AND 11 SD SUB 334.51 FT TO N LI  FIRST ST AND DEPOT GROUNDS TH N 88 DEG 09 MIN 45 SECONDS E ALG SD N LI FIRST ST TO C/L OF A VAC ST RUNNING N AND S BETWEEN LOTS 7 AND 8 SD SUB TH N ALG SD C/L TO PT 482 FT S OF S LI LOT 6 SD SUB TH E TO W LI ETIWANDA AVE TH N 190 FT TO PT 292 FT S OF S LI SD LOT 6 TH W TO TRUE POB EX ST

**San Bernardino County Assessor**



<span style="color:red">**No Legal Reason for Change Found**</span>

<span style="color:red">**No Active Homeowner's Exemptions Found**</span>

**San Bernardino County Assessor**



| Prior Roll History | |
|---|---|

### Year: 2009

| | | | |
|---|---|---|---|
| **TRA** | 15080 | **Land Value** | 1,732,817 |
| **Supplement** | NO | **Improvement Value** | 0 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** | 0229131160000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** | SA RECYCLING LLC | **Total Penalties** | 0 |
| **Joint Owner** | | **Total Value** | 1,732,817 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 1,732,817 |

### Year: 2008

| | | | |
|---|---|---|---|
| **TRA** | 15080 | **Land Value** | 1,698,840 |
| **Supplement** | NO | **Improvement Value** | 0 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** | 0229131160000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** | SA RECYCLING LLC | **Total Penalties** | 0 |
| **Joint Owner** | | **Total Value** | 1,698,840 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 1,698,840 |

### Year: 2007

| | | | |
|---|---|---|---|
| **TRA** | 15080 | **Land Value** | 1,081,694 |
| **Supplement** | YES | **Improvement Value** | 0 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** | 0229131160000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** | ETIWANDA DEVELOPMENT LLC | **Total Penalties** | 0 |
| **Joint Owner** | | **Total Value** | 1,081,694 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 1,081,694 |

Exhibit 3
Page 360

## San Bernardino County Assessor



### Year: 2006

| | | | |
|---|---|---|---|
| **TRA** 15080 | | **Land Value** | 1,060,484 |
| **Supplement** NO | | **Improvement Value** | 0 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** 0229131160000 | | **Pers Prop Penalty** | 0 |
| **Billed Owner** ETIWANDA DEVELOPMENT LLC | | **Total Penalties** | 0 |
| **Joint Owner** | | **Total Value** | 1,060,484 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 1,060,484 |

### Year: 2005

| | | | |
|---|---|---|---|
| **TRA** 15080 | | **Land Value** | 1,039,690 |
| **Supplement** NO | | **Improvement Value** | 0 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** 0229131160000 | | **Pers Prop Penalty** | 0 |
| **Billed Owner** ETIWANDA DEVELOPMENT LLC | | **Total Penalties** | 0 |
| **Joint Owner** | | **Total Value** | 1,039,690 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 1,039,690 |

### Year: 2004

| | | | |
|---|---|---|---|
| **TRA** 15080 | | **Land Value** | 33,657 |
| **Supplement** YES | | **Improvement Value** | 10,715 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** 0229131160000 | | **Pers Prop Penalty** | 0 |
| **Billed Owner** SCHIRO, JENNIE TR | | **Total Penalties** | 0 |
| **Joint Owner** SCHIRO, SAM TR | | **Total Value** | 44,372 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 44,372 |

Exhibit 3
Page 361

## San Bernardino County Assessor



### Year: 2003

| | | | |
|---|---|---|---|
| **TRA** | 15080 | **Land Value** | 33,040 |
| **Supplement** | NO | **Improvement Value** | 10,519 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** | 0229131160000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** | SCHIRO, JENNIE TR | **Total Penalties** | 0 |
| **Joint Owner** | SCHIRO, SAM TR | **Total Value** | 43,559 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 43,559 |

### Year: 2002

| | | | |
|---|---|---|---|
| **TRA** | 15080 | **Land Value** | 32,392 |
| **Supplement** | NO | **Improvement Value** | 10,313 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** | 0229131160000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** | SCHIRO, JENNIE TR | **Total Penalties** | 0 |
| **Joint Owner** | SCHIRO, SAM TR | **Total Value** | 42,705 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 42,705 |

### Year: 2001

| | | | |
|---|---|---|---|
| **TRA** | 15080 | **Land Value** | 31,757 |
| **Supplement** | NO | **Improvement Value** | 10,111 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** | 0229131160000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** | SCHIRO, JENNIE TR | **Total Penalties** | 0 |
| **Joint Owner** | SCHIRO, SAM TR | **Total Value** | 41,868 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 41,868 |

Exhibit 3
Page 362

## San Bernardino County Assessor



### Year: 2000

| | | | |
|---|---|---|---|
| **TRA** | 15080 | **Land Value** | 31,134 |
| **Supplement** | NO | **Improvement Value** | 9,913 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** | 0229131160000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** | SCHIRO, JENNIE TR | **Total Penalties** | 0 |
| **Joint Owner** | SCHIRO, SAM TR | **Total Value** | 41,047 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 41,047 |

### Year: 1999

| | | | |
|---|---|---|---|
| **TRA** | 15080 | **Land Value** | 30,524 |
| **Supplement** | NO | **Improvement Value** | 9,719 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** | 0229131160000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** | SCHIRO, JENNIE TR | **Total Penalties** | 0 |
| **Joint Owner** | SCHIRO, SAM TR | **Total Value** | 40,243 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 40,243 |

### Year: 1998

| | | | |
|---|---|---|---|
| **TRA** | 15080 | **Land Value** | 29,970 |
| **Supplement** | NO | **Improvement Value** | 9,542 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** | 0229131160000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** | SCHIRO, JENNIE TR | **Total Penalties** | 0 |
| **Joint Owner** | SCHIRO, SAM TR | **Total Value** | 39,512 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 39,512 |

Exhibit 3
Page 363

**San Bernardino County Assessor**



### Year: 1997

| | | | |
|---|---|---|---|
| **TRA** | 15080 | **Land Value** | 29,382 |
| **Supplement** | NO | **Improvement Value** | 9,355 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** | 0229131160000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** | SCHIRO, JENNIE TR | **Total Penalties** | 0 |
| **Joint Owner** | SCHIRO, SAM TR | **Total Value** | 38,737 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 38,737 |

### Year: 1996

| | | | |
|---|---|---|---|
| **TRA** | 15080 | **Land Value** | 28,806 |
| **Supplement** | NO | **Improvement Value** | 9,172 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** | 0229131160000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** | SCHIRO, JENNIE TR | **Total Penalties** | 0 |
| **Joint Owner** | SCHIRO, SAM TR | **Total Value** | 37,978 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 37,978 |

### Year: 1995

| | | | |
|---|---|---|---|
| **TRA** | 15080 | **Land Value** | 28,490 |
| **Supplement** | NO | **Improvement Value** | 9,072 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** | 0229131160000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** | SCHIRO, JENNIE TR | **Total Penalties** | 0 |
| **Joint Owner** | SCHIRO, SAM TR | **Total Value** | 37,562 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 37,562 |

Exhibit 3
Page 364

**San Bernardino County Assessor**



### Year: 1994

| | | | |
|---|---|---|---|
| **TRA** | 15080 | **Land Value** | 28,155 |
| **Supplement** | NO | **Improvement Value** | 8,966 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** | 0229131160000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** | SCHIRO, JENNIE TR | **Total Penalties** | 0 |
| **Joint Owner** | SCHIRO, SAM TR | **Total Value** | 37,121 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 37,121 |

### Year: 1993

| | | | |
|---|---|---|---|
| **TRA** | 15080 | **Land Value** | 27,603 |
| **Supplement** | NO | **Improvement Value** | 8,790 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** | 0229131160000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** | SCHIRO, JENNIE TR | **Total Penalties** | 0 |
| **Joint Owner** | SCHIRO, SAM TR | **Total Value** | 36,393 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 36,393 |

Exhibit 3

Page 365

**San Bernardino County Assessor**



## Parcel History

| | | Multi Parcel List |
|---|---|---|
| **Event Date** | 09/18/2007 | |
| **Event Group/Type** | TRANSFER - 100% PER RECORDED DOCUMENT | |
| **Multi Parcel** | No | |

| | | Multi Parcel List |
|---|---|---|
| **Event Date** | 04/02/2004 | |
| **Event Group/Type** | TRANSFER - 100% PER RECORDED DOCUMENT | |
| **Multi Parcel** | No | |

| | | Multi Parcel List |
|---|---|---|
| **Event Date** | 10/12/1989 | |
| **Event Group/Type** | TRANSFER - WORKED IN OLD SYSTEM (100% OR PARTIAL) | |
| **Multi Parcel** | No | |

| | | Multi Parcel List |
|---|---|---|
| **Event Date** | 10/12/1989 | |
| **Event Group/Type** | TRANSFER - WORKED IN OLD SYSTEM (100% OR PARTIAL) | |
| **Multi Parcel** | No | |

| | | Multi Parcel List |
|---|---|---|
| **Event Date** | 02/28/1973 | |
| **Event Group/Type** | CREATE - WORKED IN OLD SYSTEM (NONREPAR) | |
| **Multi Parcel** | No | |

Exhibit 3

Page 366

**San Bernardino County Assessor**



## Ownership History

---

**Owner Name: SA RECYCLING LLC**

---

| | | **Document Numbers** |
|---|---|---|
| **R/I** | SOLE OWNER | |
| **% Int** | 100.0000000 | 20070533893 |
| **Type** | BILLED OWNER | |
| **Acquisition Date** | 09/18/2007 | |
| **Document Date** | 09/18/2007 | |
| **Inactive Date** | NONE | |

**Owner Name: ETIWANDA DEVELOPMENT LLC**

---

| | | **Document Numbers** |
|---|---|---|
| **R/I** | SOLE OWNER | |
| **% Int** | 100.0000000 | 20040227999 |
| **Type** | BILLED OWNER | |
| **Acquisition Date** | 04/02/2004 | |
| **Document Date** | 04/02/2004 | |
| **Inactive Date** | 09/17/2007 | |

**Owner Name: SCHIRO, JENNIE TR**

---

| | | **Document Numbers** |
|---|---|---|
| **R/I** | TRUST REVOCABLE | |
| **% Int** | 0.0000000 | 8938245200000 |
| **Type** | BILLED OWNER | |
| **Acquisition Date** | 01/01/1973 | |
| **Document Date** | 10/12/1989 | |
| **Inactive Date** | 04/01/2004 | |

**Owner Name: SCHIRO, JOSEPH TR**

---

| | | **Document Numbers** |
|---|---|---|
| **R/I** | TRUST REVOCABLE | |
| **% Int** | 0.0000000 | 8938245200000 |
| **Type** | OTHER OWNER | |
| **Acquisition Date** | 01/01/1973 | |
| **Document Date** | 10/12/1989 | |
| **Inactive Date** | 04/01/2004 | |

---

Exhibit 3
Page 367

**San Bernardino County Assessor**



### Owner Name: SCHIRO, SAM TR

| | | Document Numbers |
|---|---|---|
| **R/I** | TRUST REVOCABLE | |
| **% Int** | 0.0000000 | 8938245200000 |
| **Type** | JOINT MAIL OWNER | |
| **Acquisition Date** | 01/01/1973 | |
| **Document Date** | 10/12/1989 | |
| **Inactive Date** | 04/01/2004 | |

### Owner Name: SCHIRO, JENNIE TR

| | | Document Numbers |
|---|---|---|
| **R/I** | TRUST REVOCABLE | |
| **% Int** | 0.0000000 | 8938245200000 |
| **Type** | BILLED OWNER | |
| **Acquisition Date** | 01/01/1973 | |
| **Document Date** | 10/12/1989 | |
| **Inactive Date** | 10/11/1989 | |

### Owner Name: SCHIRO, JOSEPH TR

| | | Document Numbers |
|---|---|---|
| **R/I** | TRUST REVOCABLE | |
| **% Int** | 0.0000000 | 8938245200000 |
| **Type** | OTHER OWNER | |
| **Acquisition Date** | 01/01/1973 | |
| **Document Date** | 10/12/1989 | |
| **Inactive Date** | 10/11/1989 | |

### Owner Name: SCHIRO, SAMTR

| | | Document Numbers |
|---|---|---|
| **R/I** | TRUST REVOCABLE | |
| **% Int** | 0.0000000 | 8938245200000 |
| **Type** | JOINT MAIL OWNER | |
| **Acquisition Date** | 01/01/1973 | |
| **Document Date** | 10/12/1989 | |
| **Inactive Date** | 10/11/1989 | |

Exhibit 3
Page 368

**San Bernardino County Assessor**



**Owner Name: SCHIRO, JENNIE**

|  |  |  |
|---|---|---|
| **R/I** | SOLE OWNER | **Document Numbers** |
| **% Int** | 0.0000000 | |
| **Type** | BILLED OWNER | |
| **Acquisition Date** | NONE | |
| **Document Date** | NONE | |
| **Inactive Date** | 10/11/1989 | |

**San Bernardino County Assessor**



## New Supplements

**Supplement Date: 09/18/2007**

| | | | |
|---|---|---|---|
| Roll Type | REGULAR SUPPLEMENT | Supp Type | OWNERSHIP TRANSFER |
| Supp Year | 2007 | New Land | 1,698,840 |
| Revised IND | | New Imprv | 0 |
| Corrected Date | | Old Land | 1,081,694 |
| Correction Code | | Old Imprv | 0 |
| Legal Status | SECURED | New HOX | 0 |
| TRA | 15080 | Old HOX | 0 |
| NOPIC Date | 12/16/2007 | Supp HOX | 0 |
| Extract Date | 03/08/2008 | Special Exem | 0 |
| Months Prorated | 9 | Impr Penalty | 0 |
| Corr Status | | Prior Supps | 0 |
| Original Parcel | 0229131160000 | Net Value | 617,146 |
| Billed Owner | SA RECYCLING LLC | | |
| Joint Owner | | | |

**Supplement Date: 04/02/2004**

| | | | |
|---|---|---|---|
| Roll Type | REGULAR SUPPLEMENT | Supp Type | OWNERSHIP TRANSFER |
| Supp Year | 2004 | New Land | 1,019,304 |
| Revised IND | | New Imprv | 0 |
| Corrected Date | | Old Land | 33,657 |
| Correction Code | | Old Imprv | 10,715 |
| Legal Status | SECURED | New HOX | 0 |
| TRA | 15080 | Old HOX | 0 |
| NOPIC Date | 08/20/2004 | Supp HOX | 0 |
| Extract Date | 01/08/2005 | Special Exem | 0 |
| Months Prorated | 12 | Impr Penalty | 0 |
| Corr Status | | Prior Supps | 0 |
| Original Parcel | 0229131160000 | Net Value | 974,932 |
| Billed Owner | ETIWANDA DEVELOPMENT LLC | | |
| Joint Owner | | | |

Exhibit 3
Page 370

**San Bernardino County Assessor**



**Supplement Date: 04/02/2004**

| | | | |
|---|---|---|---|
| **Roll Type** | INTERIM SUPPLEMENT | **Supp Type** | OWNERSHIP TRANSFER |
| **Supp Year** | 2004 | **New Land** | 1,019,304 |
| **Revised IND** | | **New Imprv** | 0 |
| **Corrected Date** | | **Old Land** | 33,040 |
| **Correction Code** | | **Old Imprv** | 10,519 |
| **Legal Status** | SECURED | **New HOX** | 0 |
| **TRA** | 15080 | **Old HOX** | 0 |
| **NOPIC Date** | 08/20/2004 | **Supp HOX** | 0 |
| **Extract Date** | 01/08/2005 | **Special Exem** | 0 |
| **Months Prorated** | 2 | **Impr Penalty** | 0 |
| **Corr Status** | | **Prior Supps** | 0 |
| **Original Parcel** | 0229131160000 | **Net Value** | **975,745** |
| **Billed Owner** | ETIWANDA DEVELOPMENT LLC | | |
| **Joint Owner** | | | |

Exhibit 3

Page 371

# Property Information Management System

**San Bernardino County**

**Office of the Assessor**



PIMS PACKAGE REPORT FOR PARCEL 0229-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

## San Bernardino County Assessor



| **Property Information** | |
|---|---|

**Parcel** 0229131150000

**Property Address (Main Situs)** Protected per CA. Govt. Code Sect. 6254.21

Protected per CA. Govt. Code Sect. 6254.21

**Parcel Status** ACTIVE

**Parcel Type** REAL PROPERTY

**Property ID**

**Tax Status** ASSESSED BY COUNTY

**Owner and Mailing Address** SA RECYCLING LLC

C/O DANIEL NAVABPOUR ESQ

Protected per CA. Govt. Code Sect. 6254.21

Protected per CA. Govt. Code Sect. 6254.21

**Use Code** HVY INDUST

**Land Access** PRIVATE UNPAVED

**Size** 3.501 TO 7.000 ACRES

**Land Type** INDUSTRIAL

**District** ONTARIO

**Effective Date** 12/18/2009

**Resp Group** REAL PROPERTY

**Resp Unit** INDUSTRIAL ZONE OR USE

### Current Owners

| | | Document Numbers |
|---|---|---|
| **Name** SA RECYCLING LLC | | |
| **R/I** SOLE OWNER | | 20090522973 |
| **% Int** 100.0000000 | | |
| **Type** BILLED OWNER | | |
| **Acquisition Date** 11/23/2009 | | |
| **Document Date** 11/23/2009 | | |
| **Inactive Date** NONE | | |

### Legal Parcel Map

| Parcel Map | Parcel Nbr | Unit | Book | Page |
|---|---|---|---|---|
| | 0229131150000 | | | |

### Legal Description

THAT PTN WEST ETIWANDA LAND AND TOWN CO SUB DESC AS COM NW COR LOT 9 SD SUB TH S 0 DEG 22 MIN 55   SECONDS W ALG W LI SD LOT 292 FT TO TRUE POB TH CONT S 0 DEG 22 MIN 55 SECONDS W ALG W LI LOTS 9   AND 11 SD SUB 356.25 FT TO SW COR SD LOT 11 TH N 88 DEG 09 MIN 45 SECONDS E ALG N LI FIRST ST AND  DEPOT GROUNDS 631.08 FT TH N 0 DEG 22 MIN 55 SECONDS E PARALLEL WITH W LI SD LOTS 9 AND 11 A     DISTANCE OF 334.51 FT TH N 89 DEG 37 MIN 05 SECONDS W 630.62 FT TO TRUE POB

Exhibit 3

Page 373

**San Bernardino County Assessor**



<span style="color:red">**No Legal Reason for Change Found**</span>

<span style="color:red">**No Active Homeowner's Exemptions Found**</span>

Exhibit 3
Page 374

**San Bernardino County Assessor**



## Prior Roll History

### Year: 2009

| | | | |
|---|---|---|---|
| **TRA** 15080 | | Land Value | 294,431 |
| **Supplement** NO | | Improvement Value | 204,251 |
| **Correction Date** | | Improvement Penalty | 0 |
| **Correction Code** | | Pers Prop Value | 0 |
| **Original Parcel** 0229131150000 | | Pers Prop Penalty | 0 |
| **Billed Owner** FERROMET INC | | Total Penalties | 0 |
| **Joint Owner** | | Total Value | 498,682 |
| | | HOX Exemptions | 0 |
| | | Special Exemptions | 0 |
| | | **Net Value** | **498,682** |

### Year: 2008

| | | | |
|---|---|---|---|
| **TRA** 15080 | | Land Value | 288,658 |
| **Supplement** NO | | Improvement Value | 200,246 |
| **Correction Date** 04/28/2009 | | Improvement Penalty | 0 |
| **Correction Code** 570I | | Pers Prop Value | 0 |
| **Original Parcel** 0229131150000 | | Pers Prop Penalty | 0 |
| **Billed Owner** FERROMET INC | | Total Penalties | 0 |
| **Joint Owner** | | Total Value | 488,904 |
| | | HOX Exemptions | 0 |
| | | Special Exemptions | 0 |
| | | **Net Value** | **488,904** |

### Year: 2007

| | | | |
|---|---|---|---|
| **TRA** 15080 | | Land Value | 282,998 |
| **Supplement** NO | | Improvement Value | 196,320 |
| **Correction Date** 04/28/2009 | | Improvement Penalty | 0 |
| **Correction Code** 570I | | Pers Prop Value | 0 |
| **Original Parcel** 0229131150000 | | Pers Prop Penalty | 0 |
| **Billed Owner** FERROMET INC | | Total Penalties | 0 |
| **Joint Owner** | | Total Value | 479,318 |
| | | HOX Exemptions | 0 |
| | | Special Exemptions | 0 |
| | | **Net Value** | **479,318** |

Exhibit 3
Page 375

**San Bernardino County Assessor**



### Year: 2006

| | | | |
|---|---|---|---|
| **TRA** 15080 | | **Land Value** | 277,449 |
| **Supplement** YES | | **Improvement Value** | 134,470 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** 0229131150000 | | **Pers Prop Penalty** | 0 |
| **Billed Owner** FERROMET INC | | **Total Penalties** | 0 |
| **Joint Owner** | | **Total Value** | 411,919 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 411,919 |

### Year: 2005

| | | | |
|---|---|---|---|
| **TRA** 15080 | | **Land Value** | 272,009 |
| **Supplement** NO | | **Improvement Value** | 131,833 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** 0229131150000 | | **Pers Prop Penalty** | 0 |
| **Billed Owner** FERROMET INC | | **Total Penalties** | 0 |
| **Joint Owner** | | **Total Value** | 403,842 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 403,842 |

### Year: 2004

| | | | |
|---|---|---|---|
| **TRA** 15080 | | **Land Value** | 266,675 |
| **Supplement** NO | | **Improvement Value** | 129,248 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** 0229131150000 | | **Pers Prop Penalty** | 0 |
| **Billed Owner** FERROMET INC | | **Total Penalties** | 0 |
| **Joint Owner** | | **Total Value** | 395,923 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 395,923 |

Exhibit 3
Page 376

## San Bernardino County Assessor



### Year: 2003

| | | |
|---|---|---|
| **TRA** 15080 | **Land Value** | 261,787 |
| **Supplement** NO | **Improvement Value** | 126,879 |
| **Correction Date** | **Improvement Penalty** | 0 |
| **Correction Code** | **Pers Prop Value** | 0 |
| **Original Parcel** 0229131150000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** FERROMET INC | **Total Penalties** | 0 |
| **Joint Owner** | **Total Value** | 388,666 |
| | **HOX Exemptions** | 0 |
| | **Special Exemptions** | 0 |
| | **Net Value** | 388,666 |

### Year: 2002

| | | |
|---|---|---|
| **TRA** 15080 | **Land Value** | 256,654 |
| **Supplement** NO | **Improvement Value** | 124,391 |
| **Correction Date** | **Improvement Penalty** | 0 |
| **Correction Code** | **Pers Prop Value** | 0 |
| **Original Parcel** 0229131150000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** FERROMET INC | **Total Penalties** | 0 |
| **Joint Owner** | **Total Value** | 381,045 |
| | **HOX Exemptions** | 0 |
| | **Special Exemptions** | 0 |
| | **Net Value** | 381,045 |

### Year: 2001

| | | |
|---|---|---|
| **TRA** 15080 | **Land Value** | 251,622 |
| **Supplement** NO | **Improvement Value** | 121,952 |
| **Correction Date** | **Improvement Penalty** | 0 |
| **Correction Code** | **Pers Prop Value** | 0 |
| **Original Parcel** 0229131150000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** FERROMET INC | **Total Penalties** | 0 |
| **Joint Owner** | **Total Value** | 373,574 |
| | **HOX Exemptions** | 0 |
| | **Special Exemptions** | 0 |
| | **Net Value** | 373,574 |

Exhibit 3

Page 377

# San Bernardino County Assessor



### Year: 2000

| | | | |
|---|---|---|---|
| **TRA** 15080 | | **Land Value** | 246,688 |
| **Supplement** NO | | **Improvement Value** | 119,561 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** 0229131150000 | | **Pers Prop Penalty** | 0 |
| **Billed Owner** FERROMET INC | | **Total Penalties** | 0 |
| **Joint Owner** | | **Total Value** | 366,249 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 366,249 |

### Year: 1999

| | | | |
|---|---|---|---|
| **TRA** 15080 | | **Land Value** | 241,851 |
| **Supplement** NO | | **Improvement Value** | 117,217 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** 0229131150000 | | **Pers Prop Penalty** | 0 |
| **Billed Owner** FERROMET INC | | **Total Penalties** | 0 |
| **Joint Owner** | | **Total Value** | 359,068 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 359,068 |

### Year: 1998

| | | | |
|---|---|---|---|
| **TRA** 15080 | | **Land Value** | 237,458 |
| **Supplement** NO | | **Improvement Value** | 115,088 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** 0229131150000 | | **Pers Prop Penalty** | 0 |
| **Billed Owner** FERROMET INC | | **Total Penalties** | 0 |
| **Joint Owner** | | **Total Value** | 352,546 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 352,546 |

Exhibit 3

Page 378

## San Bernardino County Assessor



### Year: 1997

| | | | |
|---|---|---|---|
| **TRA** | 15080 | **Land Value** | 232,802 |
| **Supplement** | NO | **Improvement Value** | 112,831 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** | 0229131150000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** | FERROMET INC | **Total Penalties** | 0 |
| **Joint Owner** | | **Total Value** | 345,633 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 345,633 |

### Year: 1996

| | | | |
|---|---|---|---|
| **TRA** | 15080 | **Land Value** | 228,237 |
| **Supplement** | NO | **Improvement Value** | 110,619 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** | 0229131150000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** | FERROMET INC | **Total Penalties** | 0 |
| **Joint Owner** | | **Total Value** | 338,856 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 338,856 |

### Year: 1995

| | | | |
|---|---|---|---|
| **TRA** | 15080 | **Land Value** | 225,731 |
| **Supplement** | NO | **Improvement Value** | 109,405 |
| **Correction Date** | | **Improvement Penalty** | 0 |
| **Correction Code** | | **Pers Prop Value** | 0 |
| **Original Parcel** | 0229131150000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** | FERROMET INC | **Total Penalties** | 0 |
| **Joint Owner** | | **Total Value** | 335,136 |
| | | **HOX Exemptions** | 0 |
| | | **Special Exemptions** | 0 |
| | | **Net Value** | 335,136 |

## San Bernardino County Assessor



### Year: 1994

| | | |
|---|---|---|
| **TRA** 15080 | **Land Value** | 223,076 |
| **Supplement** NO | **Improvement Value** | 108,119 |
| **Correction Date** | **Improvement Penalty** | 0 |
| **Correction Code** | **Pers Prop Value** | 0 |
| **Original Parcel** 0229131150000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** FERROMET INC | **Total Penalties** | 0 |
| **Joint Owner** | **Total Value** | 331,195 |
| | **HOX Exemptions** | 0 |
| | **Special Exemptions** | 0 |
| | **Net Value** | 331,195 |

### Year: 1993

| | | |
|---|---|---|
| **TRA** 15080 | **Land Value** | 218,702 |
| **Supplement** NO | **Improvement Value** | 105,999 |
| **Correction Date** | **Improvement Penalty** | 0 |
| **Correction Code** | **Pers Prop Value** | 0 |
| **Original Parcel** 0229131150000 | **Pers Prop Penalty** | 0 |
| **Billed Owner** FERROMET INC | **Total Penalties** | 0 |
| **Joint Owner** | **Total Value** | 324,701 |
| | **HOX Exemptions** | 0 |
| | **Special Exemptions** | 0 |
| | **Net Value** | 324,701 |

**San Bernardino County Assessor**



| Parcel History | |
|---|---|
| **Event Date** | 11/23/2009 |
| **Event Group/Type** | TRANSFER - 100% PER RECORDED DOCUMENT |
| **Multi Parcel** | No |

**Multi Parcel List**

| | |
|---|---|
| **Event Date** | 06/23/2006 |
| **Event Group/Type** | NEW CONST - ADDITION WORKED PER INSPECTION |
| **Multi Parcel** | No |

**Multi Parcel List**

| | |
|---|---|
| **Event Date** | 06/01/1998 |
| **Event Group/Type** | TRANSFER - 100% PER SBE LEOP |
| **Multi Parcel** | No |

**Multi Parcel List**

| | |
|---|---|
| **Event Date** | 11/30/1983 |
| **Event Group/Type** | TRANSFER - WORKED IN OLD SYSTEM (100% OR PARTIAL) |
| **Multi Parcel** | No |

**Multi Parcel List**

| | |
|---|---|
| **Event Date** | 02/28/1973 |
| **Event Group/Type** | CREATE - WORKED IN OLD SYSTEM (NONREPAR) |
| **Multi Parcel** | No |

**Multi Parcel List**

Exhibit 3
Page 381

**San Bernardino County Assessor**



## Ownership History

### Owner Name: SA RECYCLING LLC

| | | Document Numbers |
|---|---|---|
| **R/I** | SOLE OWNER | |
| **% Int** | 100.0000000 | 20090522973 |
| **Type** | BILLED OWNER | |
| **Acquisition Date** | 11/23/2009 | |
| **Document Date** | 11/23/2009 | |
| **Inactive Date** | NONE | |

### Owner Name: FERROMET INC

| | | Document Numbers |
|---|---|---|
| **R/I** | CORPORATION | |
| **% Int** | 100.0000000 | 1998060100011 |
| **Type** | BILLED OWNER | |
| **Acquisition Date** | 11/30/1983 | |
| **Document Date** | 11/30/1983 | |
| **Inactive Date** | 11/22/2009 | |

### Owner Name: FERROMET INC

| | | Document Numbers |
|---|---|---|
| **R/I** | CORPORATION | |
| **% Int** | 100.0000000 | 8328047900000 |
| **Type** | BILLED OWNER | |
| **Acquisition Date** | NONE | |
| **Document Date** | 11/30/1983 | |
| **Inactive Date** | 05/31/1998 | |

### Owner Name: AMERON, INC

| | | Document Numbers |
|---|---|---|
| **R/I** | SOLE OWNER | |
| **% Int** | 0.0000000 | |
| **Type** | BILLED OWNER | |
| **Acquisition Date** | NONE | |
| **Document Date** | NONE | |
| **Inactive Date** | 11/29/1983 | |

Exhibit 3
Page 382

**San Bernardino County Assessor**



## New Supplements

**Supplement Date: 06/23/2006**

| | | | |
|---|---|---|---|
| **Roll Type** | REGULAR SUPPLEMENT | **Supp Type** | CONSTRUCTION COMPLETION |
| **Supp Year** | 2006 | **New Land** | 277,449 |
| **Revised IND** | | **New Imprv** | 192,470 |
| **Corrected Date** | | **Old Land** | 277,449 |
| **Correction Code** | | **Old Imprv** | 134,470 |
| **Legal Status** | SECURED | **New HOX** | 0 |
| **TRA** | 15080 | **Old HOX** | 0 |
| **NOPIC Date** | 04/28/2009 | **Supp HOX** | 0 |
| **Extract Date** | 08/07/2009 | **Special Exem** | 0 |
| **Months Prorated** | 12 | **Impr Penalty** | 0 |
| **Corr Status** | | **Prior Supps** | 0 |
| **Original Parcel** | 0229131150000 | **Net Value** | **58,000** |
| **Billed Owner** | FERROMET INC | | |
| **Joint Owner** | | | |



# CITY OF RANCHO CUCAMONGA
## Building and Safety Department
## 10500 Civic Center Dr.
## Rancho Cucamonga, Ca. 91730
### Tel: (909)477-2710
### Fax: (909)477-2711

# FAX

DATE: 5/3

NO. OF PGS. 5

TO: Ryan Marten

FROM: _____

FAX: _____

PHONE: _____

RE: 8822 Etiwanda Ave

☐ Urgent       ☐ For Review       ☐ Please Comment       ☐ Please Reply

● Comments:

Exhibit 3
Page 384



Mayor
DONALD J. KURTH, M.D.

Mayor Pro Tem
L. DENNIS MICHAEL

Councilmembers
REX GUTIERREZ
SAM SPAGNOLO
DIANE WILLIAMS

City Manager
JACK LAM, AICP



THE CITY OF RANCHO CUCAMONGA

RANCHO CUCAMONGA

MAIN BUILDING PERMIT MUST HAVE BEEN UNDER THE COUNTY OF SAN BERNARDINO BEFORE 1977.

THIS IS ALL BUILDING AND SAFETY HAS ON FILE

THANK YOU

LINDA COURTNEY
SR. ADMINISTRATIVE SECRETARY
909-477-2710 EXT. 4227

10500 Civic Center Dr. • P.O. Box 807 • Rancho Cucamonga, CA 91729-0807 • Tel 909-477-2700 • Fax 909-477-2849 • www.cityofrc.us

Exhibit 3
Page 385

BUILDING AND SAFETY DIVISION
10500 Civic Center Drive
Rancho Cucamonga, CA 91730
TEL # (909) 477-2710
FAX # (909) 477-2711

T H E   C I T Y   O F
R A N C H O   C U C A M O N G A

**SITE ADDRESS : 8822 ETIWANDA AVE**　　　　　　　　**PERMIT NO : PMT2005-05710**

VALUATION :

ISSUED : November 16, 2005

PROJECT DESCRIPTION :　(4) 10,000 GALLON UNDERGROUND WATER STORAGE TANKS & RECOVERY WELL FOR RECYCLING RUNOFF WATER (ELECTRICAL UNDER SEPARATE PERMIT)

**Owner**
PACIFIC COAST RECYCLING
482 PIER 1
LONG BEACH, CA 90802

Telephone : 562-628-8115

**Contractor**　　　　　　**License No.**

Telephone :

| Item | Rate | Unit Qty | Work Covered |
|---|---|---|---|
| | | | BLD : Y  ELE : N |
| | | | MEC : N  PLM : N |
| | | | FIR : |

**Construction Types**

**Occupancy Groups**

**Fees**

| Type | By | T.C. | Amount |
|---|---|---|---|
| | | Total: | $0.00 |

**Case Notes :**
Fire Department may require a standpipe system.
Per Chief Mike Bell, FCS will not need to perform any inspection nor will a standpipe system be required.
1. obtain letter from eng. that system will work as designed
2. backfill tanks to level to install sump pump lines call for inspection,
*note that a soils report of compaction is required
3. after conection of sump pump lines are insp. comp. backfill and barricades as necessary call for final
provide plumbing schematic showing 2 tank system vs. original 4 tank system with supply and return lines and devices. show all components relating to this permit. wet stamped and signed by engineer.
I recommend use of pea gravel [ 3/8" agg ] as further backfill; compacted native fill will further destroy tank structures..............

**Fixture type**

**Mechanical Equipment**

| Equipment Type | Qty |
|---|---|

**Plumbing Equipment**

| Equipment Type | Qty |
|---|---|

I certify that I have read this permit and state that all information, on both front and back, is correct. I agree to comply with all city and county ordinances & state laws relating to building construction, & hereby authorize representatives of this city to enter upon the above mentioned property for inspection purposes.

Signature of Applicant or Agent _____ Date _____

This is a permit when properly completed, and signed, and is subject to expiration if work thereunder is not commenced or suspended or abandoned for 180 days.

Exhibit 3
Page 386

BUILDING AND SAFETY DIVISION
10500 Civic Center Drive
Rancho Cucamonga,CA 91730
TEL # (909) 477-2710
FAX # (909) 477-2711

THE    CITY    OF

RANCHO    CUCAMONGA

**SITE ADDRESS : 8822 ETIWANDA AVE**                    **PERMIT NO. PMT2005-02394**

VALUATION            :                                   ISSUED : May 10, 2005
PROJECT DESCRIPTION :        1,905 FT BLOCK WALL AROUND PERIMETER, (2) PILASTERS

| Owner | Case Notes : |
|---|---|
| PACIFIC COAST RECYCLING | footing poured without inspection and wall grouted without same. |
| 8822 ETIWANDA AVE. | contact supervisor Merry Westerlin to arrange resolution. pot hole |
| RANCHO CUCAMONGA, CA 91739 | existing footing in 3 places. |

Telephone     :

| Contractor | License No. |
|---|---|
| KORA CEMENT | CON764023 |
| 4938 LANTE ST. | |
| BALDWIN PARK, CA 91706 | |

Telephone    :   626-962-7389

**Electrical Fixtures**

Fixture Type                                                    Qty

| Item | Rate | Unit Qty | Work Covered |
|---|---|---|---|
| | | | BLD : Y    ELE : |
| | | | MEC :     PLM : |
| | | | FIR : |
| | | | **Construction Types** |

**Occupancy Groups**

| Fees | | | | **Mechanical Equipment** | |
|---|---|---|---|---|---|
| Type | By | T.C. | Amount | Equipment Type | Qty |
| | | Total: | $0.00 | | |

**Plumbing Equipment**

Equipment Type                                                  Qty

I certify that I have read this permit and state that all information, on both front and back, is correct. I agree to comply with all city and county ordinances & state laws relating to building construction, & hereby authorize representatives of this city to enter upon the above mentioned property for inspection purposes.

Signature of Applicant or Agent _____    Date _____

This is a permit when properly completed, and signed, and is subject to expiration if work thereunder is not commenced or suspended or abandoned for 180 days.

Exhibit 3
Page 387

BUILDING AND SAFETY DIVISION
10500 Civic Center Drive
Rancho Cucamonga, CA 91730
TEL # (909) 477-2710
FAX # (909) 477-2711

THE CITY OF

RANCHO CUCAMONGA

## SITE ADDRESS : 8822 ETIWANDA AVE

**PERMIT NO. : PMT2007-01406**

VALUATION :

ISSUED : April 30, 2007

PROJECT DESCRIPTION : NEW 1200 AMP SERVICE

**Owner**
PACIFIC COAST RECYCLING
8822 ETIWANDA AVE.
RANCHO CUCAMONGA, CA 91739

Telephone :

**Contractor**
MEL SMITH ELECTRIC
10960 DALE ST.
STANTON, CA 90680

**License No.**
CON394741

Telephone : 714-761-3205

| Item | Rate | Unit Qty |
|------|------|----------|

**Work Covered**
BLD : ELE : Y
MEC : PLM :
FIR :

**Construction Types**

**Occupancy Groups**

**Case Notes :**

### Electrical Fixtures

| Fixture Type | Qty |
|--------------|-----|
| Service/Sub Panels Each | 1 |

### Fees

| Type | By | T.C. | Amount |
|------|-----|------|--------|
| | Total: | | $0.00 |

### Mechanical Equipment

| Equipment Type | Qty |
|----------------|-----|

### Plumbing Equipment

| Equipment Type | Qty |
|----------------|-----|

I certify that I have read this permit and state that all information, on both front and back, is correct. I agree to comply with all city and county ordinances & state laws relating to building construction, & hereby authorize representatives of this city to enter upon the above mentioned property for inspection purposes.

Signature of Applicant or Agent _____ Date _____

This is a permit when property completed, and signed, and is subject to expiration if work thereunder is not commenced or suspended or abandoned for 180 days.

Exhibit 3
Page 388

BUILDING AND SAFETY DIVISION
10500 Civic Center Drive
Rancho Cucamonga, CA 91730
TEL. # (909) 477-2710
FAX # (909) 477-2711

T H E       C I T Y       O F

R A N C H O            C U C A M O N G A

| SITE ADDRESS : 8822 ETIWANDA AVE | PERMIT NO : PMT2006-00331 |
|---|---|

VALUATION            :                                          ISSUED : March 02, 2006

PROJECT DESCRIPTION :      Installation of Underground Fire Line for Pacific Coast Recycling (DRC2004-01033)

| Owner | Case Notes : |
|---|---|
| PACIFIC COAST RECYCLING | |
| 482 PIER 1 | |
| LONG BEACH, CA 90802 | |

Telephone     :

Contractor
NORSTAR PLUMBING & ENG., INC**
8780 19TH STREET
NO. 310
ALTA LOMA, CA 91701
Telephone    :    909-481-9488

License No.
BUS035003
CON633471  A/C36
LIABDPA5502424
WORK7600000915101

**Electrical Fixtures**

| Fixture Type | Qty |
|---|---|

| Item | Rate | Unit Qty |
|---|---|---|

**Work Covered**
BLD : N       ELE : N
MEC : N       PLM : N
FIR : Y

**Construction Types**

**Occupancy Groups**

| Fees | | | |
|---|---|---|---|
| Type | By | T.C. | Amount |
| | | Total: | $0.00 |

**Mechanical Equipment**

| Equipment Type | Qty |
|---|---|

**Plumbing Equipment**

| Equipment Type | Qty |
|---|---|

I certify that I have read this permit and state that all information, on both front and back, is correct. I agree to comply with all city and county ordinances & state laws relating to building construction, & hereby authorize representatives of this city to enter upon the above mentioned property for inspection purposes.

Signature of Applicant or Agent _____   Date _____

This is a permit when properly completed, and signed, and is subject to expiration if work thereunder is not commenced or suspended or abandoned for 180 days.

Exhibit 3
Page 389



# Property Solutions INC.

Environmental & Engineering Consulting

323 New Albany Road • Moorestown, New Jersey 08057 • 856-813-3000 • Fax 856-813-1073

April 29, 2010

Public Records Coordinator
Department of Toxic Substances Control
5796 Corporate Avenue
Cypress, CA 90630-4732

VIA FACSIMILE: 714-484-5318
PACIFIC COAST RECYCLING (CLOVIS SITE)

Re:    **SA Recycling**
       **8822 Etiwanda Avenue**
       **Rancho Cucamonga, San Bernardino County, California**
       **Property Solutions Project #: 20101181**

Dear Public Records Coordinator:

Property Solutions Inc. is conducting a Phase I Environmental Assessment at the aforementioned subject property. As part of a property assessment, we wish to determine whether governmental agencies possess records on the subject property that may include potential environmental concerns. These concerns include, but are not limited to hazardous material storage and emergency responses.

**If you have any questions, please call me at 856-813-3000 ext 302, or email me at ecoordinator@propertysolutionsinc.com.** If you have no information on the property, please fill in the box below and fax back to me at 856-813-1073. Thank you for your assistance.

Sincerely,
Property Solutions Inc.

Ryan Martin, Environmental Coordinator
ecoordinator@propertysolutionsinc.com

| ☐ No Files for subject property or address |  |
| --- | --- |
| Name: | APR 2 9 2010 |
| Title: |  |
| Phone: |  |
| X |  |
| Signature | Date |

SERVING YOUR NEEDS NATIONWIDE FROM OUR OFFICES IN:

PHILA  •  NY  •  CHICAGO  •  LA  •  DALLAS  •  PORTLAND  •  ATLANTA  •  BALTIMORE

Exhibit 3
Page 390

http://oaspub.epa.gov/enviro/fii_query_dtl.disp_program_facility?p_registry_id=110002682464

Last updated on 05/07/2010



### Facility Registry System (FRS)

You are here: EPA Home   Envirofacts   FRS   Report

## Facility Detail Report





### SIMSMETAL AMERICA
8822 ETIWANDA AVE
ETIWANDA, CA 91739
EPA Registry Id: 110002682464



The facility locations displayed come from the FRS Spatial Coordinates tables. They are the best representative locations for the displayed facilities based on the accuracy of the collection method and quality assurance checks performed against each location. The North American Datum of 1983 is used to display all coordinates.

### Environmental Interests

| Information System | Information System ID | Environmental Interest Type | Data Source | Last Updated Date | Supplemental Environmental Interests: |
|---|---|---|---|---|---|
| HAZARDOUS WASTE TRACKING SYSTEM - DATAMART | CAD981368228 | STATE MASTER | HWTS-DATAMART | | - HAZARDOU WASTE PROGRAM |
| RESOURCE CONSERVATION AND RECOVERY ACT INFORMATION SYSTEM | CAD981368228 | SQG (ACTIVE) | NOTIFICATION (RCRA) | 10/07/2002 | |

**Additional EPA Reports:**   MyEnvironment   Enforcement and Compliance   Site Demographics   Watershed Report

### Standard Industrial Classification Codes (SIC)

No SIC Codes returned.

### National Industry Classification System Codes (NAICS)

No NAICS Codes returned.

### Facility Codes and Flags

| | |
|---|---|
| EPA Region: | 09 |
| Duns Number: | 041467015 |
| Congressional District Number: | 42 |
| Legislative District Number: | |
| HUC Code/Watershed: | 18070203 / SANTA ANA |
| US Mexico Border Indicator: | NO |
| Federal Facility: | |
| Tribal Land: | NO |

### Facility Mailing Addresses

| Affiliation Type | Delivery Point | City Name | State | Postal Code | Information System |
|---|---|---|---|---|---|
| OWNER | 600 S 4TH ST | RICHMOND | CA | 948043504 | RCRAINFO |
| REGULATORY CONTACT | 600 S 4TH ST | RICHMOND | CA | 948043504 | RCRAINFO |
| FACILITY MAILING ADDRESS | 8822 ETIWANDA AVE | ETIWANDA | CA | 91739 | RCRAINFO |

### Contacts

| Affiliation Type | Full Name | Office Phone | Information System | Mailing Address |
|---|---|---|---|---|
| REGULATORY CONTACT | SCOTT MILLER | 5104125300 | RCRAINFO | View |

### Alternative Names

| Alternative Name | Source of Data |
|---|---|
| SIMSMETAL AMERICA/ETIWANDA DIVISION | HWTS-DATAMART |

### Organizations

| Affiliation Type | Name | DUNS Number | Information System | Mailing Address |
|---|---|---|---|---|
| OWNER | SIMSMETAL USA CORP | | RCRAINFO | View |

Query executed on: MAY-07-2010

Exhibit 3
Page 391



U.S. ENVIRONMENTAL PROTECTION AGENCY

**Envirofacts Data Warehouse**

Recent Additions | Contact Us | **Search:** ○ All EPA ○ This Area [ ] Go

You are here: EPA Home | Envirofacts | Multisystem | Query Results



## Query Results



**ZIP Code:** 91739

### LIST OF EPA-REGULATED FACILITIES IN ENVIROFACTS

To see a report on a facility click on the underlined Facility Name. Click on the underlined "View Facility Information" link to view EPA Facility information for the facility.

Go To Bottom Of The Page

| FACILITY NAME/ ADDRESS | FACILITY INFORMATION | Permitted Discharges to Water? | Toxic Releases Reported? | Hazardous Waste Handler? | Active or Archived Superfund Report? | Air Releases Reported? |
|---|---|---|---|---|---|---|
| AIR LIQUIDE CORPORATION 12550 ARROW HIGHWAY ETIWANDA, CA 91739 | View Facility Information | NO | **YES** | **YES** | NO | **YES** |
| AMERON INTERNATIONAL CONCRETE STEEL PIPE GROUP SOUTHERN CALFORNIA DIVISION 12455 ARROW ROUTE ETIWANDA, CA 91739 | View Facility Information | NO | **YES** | **YES** | NO | NO |
| AMERON STEEL WIRE DIV 12459 ARROW HWY A ETIWANDA, CA 91739 | View Facility Information | NO | **YES** | **YES** | NO | NO |
| BERNELL HYDRAULICS INC 8821 ETIWANDA AVE RANCHO CUCAMONGA, CA 917390417 | View Facility Information | NO | NO | **YES** | NO | NO |

Exhibit 3
Page 392

| | | | | | | |
|---|---|---|---|---|---|---|
| BERNELL HYDRAULICS INCORPORATED 8810 ETIWANDA AVENUE RANCHO CUCAMONGA, CA 91739 | View Facility Information | NO | NO | **YES** | NO | NO |
| BIOHAZORB 7087 MARIGOLD CT RANCHO CUCAMONGA, CA 91739 | View Facility Information | NO | NO | **YES** | NO | NO |
| CALIFORNIA HOME BRANDS INC 8930 ETIWANDA AVE ETIWANDA, CA 91739 | View Facility Information | NO | NO | **YES** | NO | NO |
| CARSON INDUSTRIES 8613 ETIWANDA ETIWANDA, CA 91739 | View Facility Information | NO | **YES** | NO | NO | NO |
| CHAPARRAL TRUCKING 8729 ETIWANDA ETIWANDA, CA 91739 | View Facility Information | NO | NO | **YES** | NO | NO |
| CHEVRON 301784 8075 MONET AVE RANCHO CUCAMONGA, CA 91739 | View Facility Information | NO | NO | **YES** | NO | NO |
| CHEVRON STATION NO 201595 12659 FOOTHILL BLVD RANCHO CUCAMONGA, CA 91739 | View Facility Information | NO | NO | **YES** | NO | NO |
| CHEVRON STATION NO 99956 12576 BASELINE RD ETIWANDA, CA 917391848 | View Facility Information | NO | NO | **YES** | NO | NO |
| CIRCLE K STORE #989 12854 FOOTHILL BLVD ETIWANDA, CA 91739 | View Facility Information | NO | NO | **YES** | NO | NO |

Exhibit 3
Page 393

| | | | | | | |
|---|---|---|---|---|---|---|
| CMC STEEL FABRICATORS INC (DBA CMC FONTANA) 12451 ARROW RT ETIWANDA, CA 91739 | View Facility Information | NO | **YES** | NO | NO | NO |
| COSTCO WHOLESALE 449 12649 FOOTHILL BLVD RANCHO CUCAMONGA, CA 91739 | View Facility Information | NO | NO | **YES** | NO | NO |
| CPI IMAGES LLC 8250 DAY CREEK BLVD RANCHO CUCAMONGA, CA 91739 | View Facility Information | NO | NO | **YES** | NO | NO |
| DEL MONTE CORP 12467 BASELINE ETIWANDA, CA 91739 | View Facility Information | NO | NO | **YES** | NO | NO |
| FREEWAY TRUCK PARTS 8613 ETIWANDA AVE ETIWANDA, CA 91739 | View Facility Information | NO | NO | **YES** | NO | NO |
| IMS DIV TUBE CITY IMS 12459 ARROW RTE RANCHO CUCAMONGA, CA 91739 | View Facility Information | NO | **YES** | NO | NO | NO |
| INLAND EMPIRE REGIONAL COMPOSTING AUTHORITY 12645 SIXTH ST. RANCHO CUCAMONGA, CA 91739 | View Facility Information | NO | NO | NO | NO | **YES** |
| MARKET PLACE CLEANERS 12859 FOOTHILL BLVD STE B RANCHO CUCAMONGA, CA 91739 | View Facility Information | NO | NO | **YES** | NO | NO |
| PARALLEL PRODUCTS 12281 ARROW ROUTE RANCHO CUCAMONGA, CA 917399601 | View Facility Information | NO | **YES** | NO | NO | **YES** |

Exhibit 3
Page 394

| | | | | | | |
|---|---|---|---|---|---|---|
| RELIANT ENERGY ETIWANDA L L C 8996 ETIWANDA AVENUE ETIWANDA, CA 91739 | View Facility Information | NO | NO | **YES** | NO | **YES** |
| SIMSMETAL AMERICA 8822 ETIWANDA AVE ETIWANDA, CA 91739 | View Facility Information | NO | NO | **YES** | NO | NO |
| SOUTHERN CALIFORNIA EDISON 9000 ETIWANDA AVE ETIWANDA, CA 91739 | View Facility Information | NO | NO | NO | NO | **YES** |
| STERLING CAN CORPORATION 8939 ETIWANDA ETIWANDA, CA 91739 | View Facility Information | NO | **YES** | **YES** | NO | NO |
| TAMCO INCORPORATED 12459 ARROW HIGHWAY RANCHO CUCAMONGA, CA 917390325 | View Facility Information | NO | **YES** | **YES** | NO | **YES** |
| VICTORIA VILLAGE CLEANERS 7270 VICTORIA PARK LN RANCHO CUCAMONGA, CA 91739 | View Facility Information | NO | NO | **YES** | NO | NO |
| WAL-MART #1922 12549 FOOTHILL BOULEVARD RANCHO CUCAMONGA, CA 91739 | View Facility Information | NO | NO | **YES** | NO | NO |
| WEST COAST HAULERS INC 13253 WHITTRAM AVE RANCHO CUCAMONGA, CA 91739 | View Facility Information | NO | NO | **YES** | NO | NO |

Go To Top Of The Page

**Total Number of Facilities Displayed:**
30

EPA HomePrivacy and Security NoticeContact Us

Last updated on Tuesday, April 27, 2010
http://oaspub.epa.gov/enviro/fii_master.fii_retrieve?
fac_search=primary_name&fac_value=&fac_search_type=Beginning
+With&postal_code=91739&location_address=&add_search_type=Beginning
+With&city_name=&county_name=&state_code=&epa_region_code=&sic_code=&all_programs=YES&sic_code_desc=&chem_name=&chem_search=Beginning
+With&cas_num=&page_no=1&output_sql_switch=FALSE&report=1&database_type=ENVIROFACTS

Print As-Is

Exhibit 3
Page 396

# APPENDIX J
# ENVIRONMENTAL DATABASE

Exhibit 3
Page 397

**Pacific Coast and SA Recycling**
8822 Etiwanda Avenue
Rancho Cucamonga, CA  91739

Inquiry Number: 2756424.2s
April 27, 2010

# The EDR Radius Map™  Report with GeoCheck®



EDR® Environmental Data Resources Inc

440 Wheelers Farms Road
Milford, CT 06461
Toll Free: 800.352.0050
www.edrnet.com

Exhibit 3
Page 398

*FORM-BPK-MER*

## TABLE OF CONTENTS

**SECTION**                                                **PAGE**

**Executive Summary** .......................................................... **ES1**

**Overview Map** .......................................................... **2**

**Detail Map** .......................................................... **3**

**Map Findings Summary** .......................................................... **4**

**Map Findings** .......................................................... **8**

**Orphan Summary** .......................................................... **160**

**Government Records Searched/Data Currency Tracking** .......................................................... **GR-1**

## GEOCHECK ADDENDUM

**Physical Setting Source Addendum** .......................................................... **A-1**

**Physical Setting Source Summary** .......................................................... **A-2**

**Physical Setting SSURGO Soil Map** .......................................................... **A-5**

**Physical Setting Source Map** .......................................................... **A-9**

**Physical Setting Source Map Findings** .......................................................... **A-10**

**Physical Setting Source Records Searched** .......................................................... **A-12**

*Thank you for your business.*
Please contact EDR at 1-800-352-0050
with any questions or comments.

**Disclaimer - Copyright and Trademark Notice**

This Report contains certain information obtained from a variety of public and other sources reasonably available to Environmental Data Resources, Inc. It cannot be concluded from this Report that coverage information for the target and surrounding properties does not exist from other sources. **NO WARRANTY EXPRESSED OR IMPLIED, IS MADE WHATSOEVER IN CONNECTION WITH THIS REPORT. ENVIRONMENTAL DATA RESOURCES, INC. SPECIFICALLY DISCLAIMS THE MAKING OF ANY SUCH WARRANTIES, INCLUDING WITHOUT LIMITATION, MERCHANTABILITY OR FITNESS FOR A PARTICULAR USE OR PURPOSE. ALL RISK IS ASSUMED BY THE USER. IN NO EVENT SHALL ENVIRONMENTAL DATA RESOURCES, INC. BE LIABLE TO ANYONE, WHETHER ARISING OUT OF ERRORS OR OMISSIONS, NEGLIGENCE, ACCIDENT OR ANY OTHER CAUSE, FOR ANY LOSS OF DAMAGE, INCLUDING, WITHOUT LIMITATION, SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES. ANY LIABILITY ON THE PART OF ENVIRONMENTAL DATA RESOURCES, INC. IS STRICTLY LIMITED TO A REFUND OF THE AMOUNT PAID FOR THIS REPORT.** Purchaser accepts this Report "AS IS". Any analyses, estimates, ratings, environmental risk levels or risk codes provided in this Report are provided for illustrative purposes only, and are not intended to provide, nor should they be interpreted as providing any facts regarding, or prediction or forecast of, any environmental risk for any property. Only a Phase I Environmental Site Assessment performed by an environmental professional can provide information regarding the environmental risk for any property. Additionally, the information provided in this Report is not to be construed as legal advice.

Copyright 2010 by Environmental Data Resources, Inc. All rights reserved. Reproduction in any media or format, in whole or in part, of any report or map of Environmental Data Resources, Inc., or its affiliates, is prohibited without prior written permission.

EDR and its logos (including Sanborn and Sanborn Map) are trademarks of Environmental Data Resources, Inc. or its affiliates. All other trademarks used herein are the property of their respective owners.

TC2756424.2s   Page 1

Exhibit 3
Page 399

## EXECUTIVE SUMMARY

A search of available environmental records was conducted by Environmental Data Resources, Inc (EDR). The report was designed to assist parties seeking to meet the search requirements of EPA's Standards and Practices for All Appropriate Inquiries (40 CFR Part 312), the ASTM Standard Practice for Environmental Site Assessments (E 1527-05) or custom requirements developed for the evaluation of environmental risk associated with a parcel of real estate.

**TARGET PROPERTY INFORMATION**

**ADDRESS**

8822 ETIWANDA AVENUE
RANCHO CUCAMONGA, CA 91739

**COORDINATES**

| | |
|---|---|
| Latitude (North): | 34.093800 - 34° 5' 37.7'' |
| Longitude (West): | 117.525900 - 117° 31' 33.2'' |
| Universal Tranverse Mercator: | Zone 11 |
| UTM X (Meters): | 451486.4 |
| UTM Y (Meters): | 3772486.5 |
| Elevation: | 1132 ft. above sea level |

**USGS TOPOGRAPHIC MAP ASSOCIATED WITH TARGET PROPERTY**

| | |
|---|---|
| Target Property Map: | 34117-A5 GUASTI, CA |
| Most Recent Revision: | 1981 |

**AERIAL PHOTOGRAPHY IN THIS REPORT**

| | |
|---|---|
| Photo Year: | 2005 |
| Source: | USDA |

**TARGET PROPERTY SEARCH RESULTS**

The target property was identified in the following records. For more information on this property see page 8 of the attached EDR Radius Map report:

| Site | Database(s) | EPA ID |
|---|---|---|
| 8822 ETIWANDA AVE.<br>8822 ETIWANDA AVE.<br>RANCHO CUCAMONGA, CA | NPDES<br>CHMIRS | N/A |
| 8822 ETIWANDA AVE<br>8822 ETIWANDA AVE<br>RANCHO CUCAMONGA, CA | CHMIRS | N/A |
| SMISMETAL AMERICA/ETIWANDA DIVISI<br>8822 ETIWANDA AVE<br>ETIWANDA, CA  91739 | HAZNET | N/A |
| PACIFIC COAST RECYCLING<br>8822 ETIWANDA AVE<br>RANCHO CUCAMONGA, CA  91739 | San Bern. Co. Permit | N/A |

# EXECUTIVE SUMMARY

| | | |
|---|---|---|
| SIMSMETAL AMERICA<br>8822 ETIWANDA AVE<br>ETIWANDA, CA  91739 | RCRA-SQG<br>FINDS<br>HIST UST<br>SWEEPS UST<br>HAZNET<br>EMI | CAD981368228 |
| PACIFIC COAST RECYCLING LLC<br>8822 ETIWANDA AVE<br>RANCHO CUCAMONGA, CA  91739 | SWRCY<br>CHMIRS<br>San Bern. Co. Permit<br>HAZNET | N/A |
| PAC COAST RECYCLING LLC<br>8822 ETIWANDA AVE<br>RANCHO CUCAMONGA, CA  91739 | CA WDS | N/A |

## DATABASES WITH NO MAPPED SITES

No mapped sites were found in EDR's search of available ("reasonably ascertainable ") government records either on the target property or within the search radius around the target property for the following databases:

## STANDARD ENVIRONMENTAL RECORDS

### Federal NPL site list

NPL ....................... National Priority List
Proposed NPL ................ Proposed National Priority List Sites
NPL LIENS ................ Federal Superfund Liens

### Federal Delisted NPL site list

Delisted NPL ................ National Priority List Deletions

### Federal CERCLIS list

CERCLIS ................... Comprehensive Environmental Response, Compensation, and Liability Information System
FEDERAL FACILITY .......... Federal Facility Site Information listing

### Federal RCRA non-CORRACTS TSD facilities list

RCRA-TSDF ................ RCRA - Treatment, Storage and Disposal

### Federal RCRA generators list

RCRA-CESQG .............. RCRA - Conditionally Exempt Small Quantity Generator

### Federal institutional controls / engineering controls registries

US ENG CONTROLS ......... Engineering Controls Sites List

Exhibit 3
Page 401

## EXECUTIVE SUMMARY

US INST CONTROL ............ Sites with Institutional Controls

### Federal ERNS list

ERNS ......................... Emergency Response Notification System

### State and tribal leaking storage tank lists

INDIAN LUST ................. Leaking Underground Storage Tanks on Indian Land

### State and tribal registered storage tank lists

UST ......................... Active UST Facilities
INDIAN UST .................. Underground Storage Tanks on Indian Land
FEMA UST .................... Underground Storage Tank Listing

### State and tribal voluntary cleanup sites

INDIAN VCP .................. Voluntary Cleanup Priority Listing

### ADDITIONAL ENVIRONMENTAL RECORDS

### Local Brownfield lists

US BROWNFIELDS ........... A Listing of Brownfields Sites

### Local Lists of Landfill / Solid Waste Disposal Sites

DEBRIS REGION 9 ........... Torres Martinez Reservation Illegal Dump Site Locations
ODI ......................... Open Dump Inventory
HAULERS .................... Registered Waste Tire Haulers Listing
INDIAN ODI ................. Report on the Status of Open Dumps on Indian Lands

### Local Lists of Hazardous waste / Contaminated Sites

US CDL ..................... Clandestine Drug Labs
HIST Cal-Sites .............. Historical Calsites Database
SCH ........................ School Property Evaluation Program
Toxic Pits .................. Toxic Pits Cleanup Act Sites
CDL ........................ Clandestine Drug Labs
US HIST CDL ................ National Clandestine Laboratory Register

### Local Lists of Registered Storage Tanks

CA FID UST ................. Facility Inventory Database

### Local Land Records

LIENS 2 .................... CERCLA Lien Information
LUCIS ...................... Land Use Control Information System
LIENS ...................... Environmental Liens Listing
DEED ....................... Deed Restriction Listing

### Records of Emergency Release Reports

HMIRS ...................... Hazardous Materials Information Reporting System

Exhibit 3
Page 402

## EXECUTIVE SUMMARY

LDS......................... Land Disposal Sites Listing
MCS......................... Military Cleanup Sites Listing

### Other Ascertainable Records

DOT OPS.................... Incident and Accident Data
DOD........................ Department of Defense Sites
FUDS....................... Formerly Used Defense Sites
CONSENT.................... Superfund (CERCLA) Consent Decrees
ROD........................ Records Of Decision
UMTRA...................... Uranium Mill Tailings Sites
MINES...................... Mines Master Index File
TRIS....................... Toxic Chemical Release Inventory System
TSCA....................... Toxic Substances Control Act
FTTS....................... FIFRA/ TSCA Tracking System - FIFRA (Federal Insecticide, Fungicide, & Rodenticide Act)/TSCA (Toxic Substances Control Act)
HIST FTTS.................. FIFRA/TSCA Tracking System Administrative Case Listing
SSTS....................... Section 7 Tracking Systems
ICIS....................... Integrated Compliance Information System
PADS....................... PCB Activity Database System
MLTS....................... Material Licensing Tracking System
RADINFO.................... Radiation Information Database
RAATS...................... RCRA Administrative Action Tracking System
CA BOND EXP. PLAN.......... Bond Expenditure Plan
Notify 65.................. Proposition 65 Records
DRYCLEANERS................ Cleaner Facilities
WIP........................ Well Investigation Program Case List
INDIAN RESERV.............. Indian Reservations
SCRD DRYCLEANERS........... State Coalition for Remediation of Drycleaners Listing
HWT........................ Registered Hazardous Waste Transporter Database
COAL ASH EPA.............. Coal Combustion Residues Surface Impoundments List
COAL ASH DOE.............. Sleam-Electric Plan Operation Data
MWMP....................... Medical Waste Management Program Listing
PCB TRANSFORMER........... PCB Transformer Registration Database
FINANCIAL ASSURANCE....... Financial Assurance Information Listing

### EDR PROPRIETARY RECORDS

### EDR Proprietary Records

Manufactured Gas Plants.... EDR Proprietary Manufactured Gas Plants
EDR Historical Auto Stations.. EDR Proprietary Historic Gas Stations
EDR Historical Cleaners...... EDR Proprietary Historic Dry Cleaners

### SURROUNDING SITES: SEARCH RESULTS

Surrounding sites were identified in the following databases.

Elevations have been determined from the USGS Digital Elevation Model and should be evaluated on a relative (not an absolute) basis. Relative elevation information between sites of close proximity should be field verified. Sites with an elevation equal to or higher than the target property have been differentiated below from sites with an elevation lower than the target property.
Page numbers and map identification numbers refer to the EDR Radius Map report where detailed data on individual sites can be reviewed.

Sites listed in **bold italics** are in multiple databases.

Unmappable (orphan) sites are not considered in the foregoing analysis.

## EXECUTIVE SUMMARY

**STANDARD ENVIRONMENTAL RECORDS**

### Federal CERCLIS NFRAP site List

CERC-NFRAP: Archived sites are sites that have been removed and archived from the inventory of CERCLIS sites. Archived status indicates that, to the best of EPA's knowledge, assessment at a site has been completed and that EPA has determined no further steps will be taken to list this site on the National Priorities List (NPL), unless information indicates this decision was not appropriate or other considerations require a recommendation for listing at a later time. This decision does not necessarily mean that there is no hazard associated with a given site; it only means that, based upon available information, the location is not judged to be a potential NPL site.

A review of the CERC-NFRAP list, as provided by EDR, and dated 06/23/2009 has revealed that there is 1 CERC-NFRAP site within approximately 0.5 miles of the target property.

| Equal/Higher Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| TAMCO | 12459 ARROW HWY | NW 1/4 - 1/2 (0.438 mi.) | G40 | 78 |

### Federal RCRA CORRACTS facilities list

CORRACTS: CORRACTS is a list of handlers with RCRA Corrective Action Activity. This report shows which nationally-defined corrective action core events have occurred for every handler that has had corrective action activity.

A review of the CORRACTS list, as provided by EDR, and dated 12/11/2009 has revealed that there is 1 CORRACTS site within approximately 1 mile of the target property.

| Equal/Higher Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| FNHJEH ENVIRONMENTAL MANAGEMEN | 13579 WHITTRAM STREET | E 1/2 - 1 (0.862 mi.) | I48 | 131 |

### Federal RCRA generators list

RCRA-LQG: RCRAInfo is EPA's comprehensive information system, providing access to data supporting the Resource Conservation and Recovery Act (RCRA) of 1976 and the Hazardous and Solid Waste Amendments (HSWA) of 1984. The database includes selective information on sites which generate, transport, store, treat and/or dispose of hazardous waste as defined by the Resource Conservation and Recovery Act (RCRA). Large quantity generators (LQGs) generate over 1,000 kilograms (kg) of hazardous waste, or over 1 kg of acutely hazardous waste per month.

A review of the RCRA-LQG list, as provided by EDR, and dated 01/13/2010 has revealed that there is 1 RCRA-LQG site within approximately 0.25 miles of the target property.

| Lower Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| RELIANT ENERGY ETIWANDA GENERA | 8996 ETIWANDA AVENUE | S 1/8 - 1/4 (0.152 mi.) | E24 | 45 |

## EXECUTIVE SUMMARY

RCRA-SQG: RCRAInfo is EPA's comprehensive information system, providing access to data supporting the Resource Conservation and Recovery Act (RCRA) of 1976 and the Hazardous and Solid Waste Amendments (HSWA) of 1984. The database includes selective information on sites which generate, transport, store, treat and/or dispose of hazardous waste as defined by the Resource Conservation and Recovery Act (RCRA). Small quantity generators (SQGs) generate between 100 kg and 1,000 kg of hazardous waste per month.

A review of the RCRA-SQG list, as provided by EDR, and dated 01/13/2010 has revealed that there are 6 RCRA-SQG sites within approximately 0.25 miles of the target property.

| Equal/Higher Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *FREEWAY TRUCK PARTS* | *8613 ETIWANDA AVE* | *N 1/8 - 1/4 (0.138 mi.)* | *D23* | *43* |

| Lower Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *BURNELL HYDROLICS* | *8810 ETIWANDA AVE* | *SE 0 - 1/8 (0.015 mi.)* | *B10* | *25* |
| *BERNELL HYDRAULICS INC* | *8821 ETIWANDA AVE* | *SSE 0 - 1/8 (0.021 mi.)* | *B14* | *28* |
| *CALIFORNIA HOME BRANDS INC* | *8930 ETIWANDA AVE* | *S 0 - 1/8 (0.110 mi.)* | *C18* | *36* |
| *NATIONAL CAN CORP* | *8939 ETIWANDA AVE* | *S 0 - 1/8 (0.110 mi.)* | *C19* | *39* |
| *EPTC ETIWANDA* | *8996 ETIWANDA AVE* | *S 1/8 - 1/4 (0.152 mi.)* | *E27* | *53* |

### State- and tribal - equivalent NPL

RESPONSE: Identifies confirmed release sites where DTSC is involved in remediation, either in a lead or oversight capacity. These confirmed release sites are generally high-priority and high potential risk.

A review of the RESPONSE list, as provided by EDR, and dated 02/08/2010 has revealed that there is 1 RESPONSE site within approximately 1 mile of the target property.

| Lower Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *SOUTHERN CALIFORNIA EDISON - E* | *8998 ETIWANDA AVENUE* | *S 1/8 - 1/4 (0.154 mi.)* | *E32* | *71* |

### State- and tribal - equivalent CERCLIS

ENVIROSTOR: The Department of Toxic Substances Control's (DTSC's) Site Mitigation and Brownfields Reuse Program's (SMBRP's) EnviroStor database identifes sites that have known contamination or sites for which there may be reasons to investigate further. The database includes the following site types: Federal Superfund sites (National Priorities List (NPL)); State Response, including Military Facilities and State Superfund; Voluntary Cleanup; and School sites. EnviroStor provides similar information to the information that was available in CalSites, and provides additional site information, including, but not limited to, identification of formerly-contaminated properties that have been released for reuse, properties where environmental deed restrictions have been recorded to prevent inappropriate land uses, and risk characterization information that is used to assess potential impacts to public health and the environment at contaminated sites.

A review of the ENVIROSTOR list, as provided by EDR, and dated 02/08/2010 has revealed that there are 6 ENVIROSTOR sites within approximately 1 mile of the target property.

| Equal/Higher Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *TI WIRE* | *12459 ARROW HWY A* | *NW 1/4 - 1/2 (0.438 mi.)* | *G41* | *96* |
| Status: No Further Action | | | | |
| TAMCO | 12549 ARROW HIGHWAY | NW 1/4 - 1/2 (0.438 mi.) | G42 | 103 |
| Status: Refer: Other Agency | | | | |

## EXECUTIVE SUMMARY

| Equal/Higher Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *FONTANA STEEL, INC.* <br> Status: No Further Action | *12451 ARROW ROUTE* | *NW 1/4 - 1/2 (0.484 mi.)* | *H46* | *110* |
| *VISTA METALS CORP* <br> Status: Refer: Other Agency | *13435 WHITTRAM AVE* | *E 1/2 - 1 (0.645 mi.)* | *47* | *112* |
| *ADVANCED ENVIRONMENTAL INC* <br> Status: Active | *13579 WHITTRAM AVE* | *E 1/2 - 1 (0.862 mi.)* | *I49* | *155* |

| Lower Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *SOUTHERN CALIFORNIA EDISON - E* <br> Status: Active | *8998 ETIWANDA AVENUE* | *S 1/8 - 1/4 (0.154 mi.)* | *E32* | *71* |

### State and tribal landfill and/or solid waste disposal site lists

SWF/LF: The Solid Waste Facilities/Landfill Sites records typically contain an inventory of solid waste disposal facilities or landfills in a particular state. The data come from the Integrated Waste Management Board's Solid Waste Information System (SWIS) database.

A review of the SWF/LF list, as provided by EDR, and dated 02/22/2010 has revealed that there is 1 SWF/LF site  within approximately  0.5 miles of the target property.

| Lower Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| INLAND EMPIRE REGIONAL COMPOST | 12645 SIXTH STREET | SSW 1/4 - 1/2 (0.480 mi.) | 44 | 105 |

### State and tribal leaking storage tank lists

LUST: The Leaking Underground Storage Tank Incident Reports contain an inventory of reported leaking underground storage tank incidents. The data come from the State Water Resources Control Board Leaking Underground Storage Tank Information System.

A review of the LUST list, as provided by EDR, and dated 03/22/2010 has revealed that there are 3 LUST sites within approximately  0.5 miles of the target property.

| Equal/Higher Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *AIR LIQUIDE* <br> Status: Completed - Case Closed | *12550 ARROW RTE* | *NW 1/4 - 1/2 (0.398 mi.)* | *F37* | *76* |
| *TAMCO* <br> Status: Completed - Case Closed | *12459 ARROW HWY* | *NW 1/4 - 1/2 (0.438 mi.)* | *G40* | *78* |
| AMERON STEEL AND WIRE <br> Status: Completed - Case Closed | 12459 ARROW HWY | NW 1/4 - 1/2 (0.438 mi.) | G43 | 104 |

Exhibit 3
Page 406

## EXECUTIVE SUMMARY

SLIC: SLIC Region comes from the California Regional Water Quality Control Board.

A review of the SLIC list, as provided by EDR, and dated 03/22/2010 has revealed that there are 2 SLIC sites within approximately 0.5 miles of the target property.

| Equal/Higher Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *TAMCO*<br>Facility Status: Completed - Case Closed | *12459 ARROW HWY* | *NW 1/4 - 1/2 (0.438 mi.)* | *G40* | *78* |

| Lower Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| STERLING CAN<br>Facility Status: Completed - Case Closed | 8939 ETIWANDA AVENUE | S 0 - 1/8 (0.110 mi.) | C20 | 40 |

### State and tribal registered storage tank lists

AST: The Aboveground Storage Tank database contains registered ASTs. The data come from the State Water Resources Control Board's Hazardous Substance Storage Container Database.

A review of the AST list, as provided by EDR, and dated 08/01/2009 has revealed that there are 3 AST sites within approximately 0.25 miles of the target property.

| Equal/Higher Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *ECOLOGY AUTO PARTS* | *8639 ETIWANDA AVE* | *N 0 - 1/8 (0.097 mi.)* | *D17* | *34* |

| Lower Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *ETIWANDA GENERATING STATION* | *8996 ETIWANDA AVE* | *S 1/8 - 1/4 (0.152 mi.)* | *E28* | *58* |
| *SCE-ETIWANDA SWITCHYARD* | *9000 ETIWANDA AVE* | *S 1/8 - 1/4 (0.155 mi.)* | *E33* | *73* |

### State and tribal voluntary cleanup sites

VCP: Contains low threat level properties with either confirmed or unconfirmed releases and the project proponents have request that DTSC oversee investigation and/or cleanup activities and have agreed to provide coverage for DTSC's costs.

A review of the VCP list, as provided by EDR, and dated 02/08/2010 has revealed that there are 2 VCP sites within approximately 0.5 miles of the target property.

| Equal/Higher Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *TI WIRE* | *12459 ARROW HWY A* | *NW 1/4 - 1/2 (0.438 mi.)* | *G41* | *96* |
| *FONTANA STEEL, INC.* | *12451 ARROW ROUTE* | *NW 1/4 - 1/2 (0.484 mi.)* | *H46* | *110* |

### ADDITIONAL ENVIRONMENTAL RECORDS

### Local Lists of Landfill / Solid Waste Disposal Sites

TC2756424.2s   EXECUTIVE SUMMARY 8

Exhibit 3
Page 407

## EXECUTIVE SUMMARY

WMUDS/SWAT: The Waste Management Unit Database System is used for program tracking and inventory of waste management units.  The source is the State Water Resources Control Board.

A review of the WMUDS/SWAT list, as provided by EDR, and dated 04/01/2000 has revealed that there are 2 WMUDS/SWAT sites within approximately  0.5 miles of the target property.

| Equal/Higher Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *AMERON INTL CONCRETE & STEEL P* | *12455 ARROW ROUTE* | *NW 1/4 - 1/2 (0.481 mi.)* | *H45* | *106* |

| Lower Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *GENERATING STATION,ETIWANDA* | *8996 ETIWANDA AVENUE* | *S 1/8 - 1/4 (0.152 mi.)* | *E25* | *50* |

SWRCY: A listing of recycling facilities in California.

A review of the SWRCY list, as provided by EDR, and dated 01/06/2010 has revealed that there is 1 SWRCY site  within approximately  0.5 miles of the target property.

| Lower Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *ALLSTATE PAPER & METAL RECYCLI* | *8889 ETIWANDA AVE* | *S 0 - 1/8 (0.072 mi.)* | *C15* | *31* |

### Local Lists of Registered Storage Tanks

HIST UST: Historical UST Registered Database.

A review of the HIST UST list, as provided by EDR, and dated 10/15/1990 has revealed that there are 4 HIST UST sites within approximately  0.25 miles of the target property.

| Equal/Higher Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *BROOKS PRODUCTS* | *8585 ETIWANDA AVE* | *N 1/8 - 1/4 (0.182 mi.)* | *34* | *73* |

| Lower Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *CHB FOODS INC METAL DECO. DIV* | *8939 ETIWANDA AVE* | *S 0 - 1/8 (0.110 mi.)* | *C21* | *41* |
| ETIWANDA LAUNCHER FACILITY | 8996 ETIWANDA AVE | S 1/8 - 1/4 (0.152 mi.) | E26 | 53 |
| *ETIWANDA GENERATING STATION* | *8996 ETIWANDA AVE* | *S 1/8 - 1/4 (0.152 mi.)* | *E28* | *58* |

SWEEPS UST: Statewide Environmental Evaluation and Planning System.  This underground storage tank listing was updated and maintained by a company contacted by the SWRCB in the early 1990's.  The listing is no longer updated or maintained.  The local agency is the contact for more information  on a site on the SWEEPS list.

A review of the SWEEPS UST list, as provided by EDR, and dated 06/01/1994 has revealed that there is 1 SWEEPS UST site  within approximately  0.25 miles of the target property.

| Lower Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *ETIWANDA GENERATING STATION* | *8996 ETIWANDA AVE* | *S 1/8 - 1/4 (0.152 mi.)* | *E28* | *58* |

## EXECUTIVE SUMMARY

*Other Ascertainable Records*

RCRA-NonGen: RCRAInfo is EPA's comprehensive information system, providing access to data supporting the Resource Conservation and Recovery Act (RCRA) of 1976 and the Hazardous and Solid Waste Amendments (HSWA) of 1984.  The database includes selective information on sites which generate, transport, store, treat and/or dispose of hazardous waste as defined by the Resource Conservation and Recovery Act (RCRA).  Non-Generators do not presently generate hazardous waste.

A review of the RCRA-NonGen list, as provided by EDR, and dated 01/13/2010 has revealed that there is 1 RCRA-NonGen site  within approximately  0.25 miles of the target property.

| Equal/Higher Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *CHAPARRAL TRUCKING* | *8729 ETIWANDA* | *E 0 - 1/8 (0.008 mi.)* | *8* | *21* |

Cortese: The sites for the list are designated by the State Water Resource Control Board (LUST), the Integrated Waste Board (SWF/LS), and the Department of Toxic Substances Control (Cal-Sites).  This listing is no longer updated by the state agency.

A review of the Cortese list, as provided by EDR, and dated 01/06/2010 has revealed that there is 1 Cortese site  within approximately  0.5 miles of the target property.

| Lower Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| SOUTHERN CALIFORNIA EDISON - E | 8998 ETIWANDA AVENUE | S 1/8 - 1/4 (0.154 mi.) | E31 | 71 |

HIST CORTESE: The sites for the list are designated by the State Water Resource Control Board [LUST], the Integrated Waste Board [SWF/LS], and the Department of Toxic Substances Control [CALSITES].

A review of the HIST CORTESE list, as provided by EDR, and dated 04/01/2001 has revealed that there are 3 HIST CORTESE sites within approximately  0.5 miles of the target property.

| Equal/Higher Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| AIR LIQUIDE | 12550 ARROW RT | NW 1/4 - 1/2 (0.400 mi.) | F38 | 78 |
| AMERON STEEL AND WIRE | 12459 ETIWANDA | NW 1/4 - 1/2 (0.438 mi.) | G39 | 78 |
| *TAMCO* | *12459 ARROW HWY* | *NW 1/4 - 1/2 (0.438 mi.)* | *G40* | *78* |

San Bern. Co. Permit: San  Bernardino  County  Fire  Department  Hazardous  Materials  Division.

A review of the San Bern. Co. Permit list, as provided by EDR, and dated 03/16/2010 has revealed that there are 12 San Bern. Co. Permit sites within approximately  0.25 miles of the target property.

| Equal/Higher Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *ECOLOGY AUTO PARTS* | *8639 ETIWANDA AVE* | *N 0 - 1/8 (0.097 mi.)* | *D17* | *34* |
| CARSON IINDUSTRIES | 8613 ETIWANDA AVE | N 1/8 - 1/4 (0.138 mi.) | D22 | 43 |

| Lower Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *BERNELL HYDRAULICS* | *8810 ETIWANDA AVE* | *SE 0 - 1/8 (0.015 mi.)* | *B9* | *23* |
| PRECISION TOOL WORKS | 8821 ETIWANDA AVE | SSE 0 - 1/8 (0.021 mi.) | B11 | 27 |
| CJM TRUCKING COMPANY | 8821 ETIWANDA | SSE 0 - 1/8 (0.021 mi.) | B12 | 27 |
| A G TRANSPORT | 8821 ETIWANDA | SSE 0 - 1/8 (0.021 mi.) | B13 | 27 |
| *ALLSTATE PAPER & METAL RECYCLI* | *8889 ETIWANDA AVE* | *S 0 - 1/8 (0.072 mi.)* | *C15* | *31* |

Exhibit 3
Page 409

## EXECUTIVE SUMMARY

| Lower Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *ETIWANDA GENERATING STATION* | *8996 ETIWANDA AVE* | *S 1/8 - 1/4 (0.152 mi.)* | *E28* | *58* |
| ETIWANDA FACILITY | 8998 ETIWANDA AVE | S 1/8 - 1/4 (0.154 mi.) | E30 | 70 |
| *SCE-ETIWANDA SWITCHYARD* | *9000 ETIWANDA AVE* | *S 1/8 - 1/4 (0.155 mi.)* | *E33* | *73* |
| VERIZON WIRELESS - CONCOURSE | 9039 ETIWANDA AVE | S 1/8 - 1/4 (0.183 mi.) | E35 | 75 |
| *V & L REPAIR* | *13053 WHITTRAM* | *E 1/8 - 1/4 (0.201 mi.)* | *36* | *75* |

PROC: A listing of certified processors.

A review of the PROC list, as provided by EDR, and dated 01/06/2010 has revealed that there is 1 PROC site  within approximately  0.5 miles of the target property.

| Lower Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *WARREN ENTERPRISES INC* | *8889 ETIWANDA AVE* | *S 0 - 1/8 (0.072 mi.)* | *C16* | *32* |

HWP: Detailed information on permitted hazardous waste facilities and corrective action (a??cleanupsa??) tracked in EnviroStor.

A review of the HWP list, as provided by EDR, and dated 02/08/2010 has revealed that there are 2 HWP sites within approximately 1 mile  of the target property.

| Equal/Higher Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *FNHJEH ENVIRONMENTAL MANAGEMEN* | *13579 WHITTRAM STREET* | *E 1/2 - 1 (0.862 mi.)* | *I48* | *131* |

| Lower Elevation | Address | Direction / Distance | Map ID | Page |
|---|---|---|---|---|
| *EPTC-ETIWANDA* | *8998 ETIWANDA AVE* | *S 1/8 - 1/4 (0.154 mi.)* | *E29* | *68* |

# EXECUTIVE SUMMARY

Due to poor or inadequate address information, the following sites were not mapped:

| Site Name | Database(s) |
|---|---|
| VISTA METALS | HIST CORTESE |
| FORT IRWIN LUCKY FUSE DISPOSAL | WMUDS/SWAT, HIST CORTESE, CHMIRS |
| KAISER STEEL CORP | SWEEPS UST |
| BANANA STREET PIT | CERC-NFRAP |
| CAPITOL INDUSTRIAL PROPERTY | CERC-NFRAP |
| 13012 WHITTRAM AVE | CERC-NFRAP |
| SHEA-KENNY | AST |
| ROBERT BAVIER/ UNION PACIFIC RAILR | HAZNET |
| KAISER COMMERCE CENTER | RCRA-LQG |
| BILL JIMENEZ | San Bern. Co. Permit |
| FONTANA AUTO DISMANTLING | San Bern. Co. Permit |
| AMERICAN TRUCK DISMANTLING | San Bern. Co. Permit |
| ALL AUTO PARTS COMPANY | San Bern. Co. Permit |
| PARTSTOP, INC. | San Bern. Co. Permit |
| ALL AUTO PARTS COMPANY | San Bern. Co. Permit |
| CINGULAR WIRELESS # 35358 | San Bern. Co. Permit |
| AMERICAN UNITED RECYCLING | San Bern. Co. Permit |
| CAMERON WELDING SUPPLIES | San Bern. Co. Permit |
| WEST COAST PERFORMANCE | San Bern. Co. Permit |
| ETIWANDA GENERATING STATION | SLIC |
| RECYCLING FACILITY | CA WDS |
| PACIFIC SALT AND CHEMICAL CO | MINES |

# OVERVIEW MAP- 2756424.2s



| | |
|---|---|
| Target Property | Indian Reservations BIA |
| Sites at elevations higher than or equal to the target property | Power transmission lines |
| Sites at elevations lower than the target property | Oil & Gas pipelines |
| Manufactured Gas Plants | 100-year flood zone |
| National Priority List Sites | 500-year flood zone |
| Dept. Defense Sites | National Wetland Inventory |
| | Areas of Concern |

0   1/4   1/2   1 Miles

This report includes Interactive Map Layers to display and/or hide map information. The legend includes only those icons for the default map view.

| | |
|---|---|
| SITE NAME: | Pacific Coast and SA Recycling |
| ADDRESS: | 8822 Etiwanda Avenue |
| | Rancho Cucamonga CA 91739 |
| LAT/LONG: | 34.0938 / 117.5259 |

| | |
|---|---|
| CLIENT: | Property Solutions, Inc. |
| CONTACT: | Brian Gallagher |
| INQUIRY #: | 2756424.2s |
| DATE: | April 27, 2010  3:19 pm |

Copyright © 2010 EDR, Inc. © 2010 Tele Atlas Rel. 07/2007.

EXHIBIT 3
Page 412

# DETAIL MAP - 2756424.2s



**Target Property**

△ Sites at elevations higher than or equal to the target property

◆ Sites at elevations lower than the target property

▲ Manufactured Gas Plants

♪ Sensitive Receptors

▧ National Priority List Sites

▥ Dept. Defense Sites

▥ Indian Reservations BIA

/\/ Power transmission lines

/\/ Oil & Gas pipelines

▨ 100-year flood zone

▨ 500-year flood zone

▥ National Wetland Inventory

▦ Areas of Concern

This report includes Interactive Map Layers to display and/or hide map information. The legend includes only those icons for the default map view.

| SITE NAME: | Pacific Coast and SA Recycling |
|---|---|
| ADDRESS: | 8822 Etiwanda Avenue |
| | Rancho Cucamonga CA 91739 |
| LAT/LONG: | 34.0938 / 117.5259 |

| CLIENT: | Property Solutions, Inc. |
|---|---|
| CONTACT: | Brian Gallagher |
| INQUIRY #: | 2756424.2s |
| DATE: | April 27, 2010  3:28 pm |

Copyright © 2010 EDR, Inc. © 2010 Tele Atlas Rel. 07/2007.

Exhibit 3
Page 4 13

## MAP FINDINGS SUMMARY

| Database | Target Property | Search Distance (Miles) | < 1/8 | 1/8 - 1/4 | 1/4 - 1/2 | 1/2 - 1 | > 1 | Total Plotted |
|---|---|---|---|---|---|---|---|---|
| **STANDARD ENVIRONMENTAL RECORDS** | | | | | | | | |
| ***Federal NPL site list*** | | | | | | | | |
| NPL | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| Proposed NPL | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| NPL LIENS | | TP | NR | NR | NR | NR | NR | 0 |
| ***Federal Delisted NPL site list*** | | | | | | | | |
| Delisted NPL | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| ***Federal CERCLIS list*** | | | | | | | | |
| CERCLIS | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| FEDERAL FACILITY | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| ***Federal CERCLIS NFRAP site List*** | | | | | | | | |
| CERC-NFRAP | | 0.500 | 0 | 0 | 1 | NR | NR | 1 |
| ***Federal RCRA CORRACTS facilities list*** | | | | | | | | |
| CORRACTS | | 1.000 | 0 | 0 | 0 | 1 | NR | 1 |
| ***Federal RCRA non-CORRACTS TSD facilities list*** | | | | | | | | |
| RCRA-TSDF | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| ***Federal RCRA generators list*** | | | | | | | | |
| RCRA-LQG | | 0.250 | 0 | 1 | NR | NR | NR | 1 |
| RCRA-SQG | X | 0.250 | 4 | 2 | NR | NR | NR | 6 |
| RCRA-CESQG | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| ***Federal institutional controls / engineering controls registries*** | | | | | | | | |
| US ENG CONTROLS | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| US INST CONTROL | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| ***Federal ERNS list*** | | | | | | | | |
| ERNS | | TP | NR | NR | NR | NR | NR | 0 |
| ***State- and tribal - equivalent NPL*** | | | | | | | | |
| RESPONSE | | 1.000 | 0 | 1 | 0 | 0 | NR | 1 |
| ***State- and tribal - equivalent CERCLIS*** | | | | | | | | |
| ENVIROSTOR | | 1.000 | 0 | 1 | 3 | 2 | NR | 6 |
| ***State and tribal landfill and/or solid waste disposal site lists*** | | | | | | | | |
| SWF/LF | | 0.500 | 0 | 0 | 1 | NR | NR | 1 |
| ***State and tribal leaking storage tank lists*** | | | | | | | | |
| LUST | | 0.500 | 0 | 0 | 3 | NR | NR | 3 |
| SLIC | | 0.500 | 1 | 0 | 1 | NR | NR | 2 |

Exhibit 3
Page 414

## MAP FINDINGS SUMMARY

| Database | Target Property | Search Distance (Miles) | < 1/8 | 1/8 - 1/4 | 1/4 - 1/2 | 1/2 - 1 | > 1 | Total Plotted |
|---|---|---|---|---|---|---|---|---|
| INDIAN LUST | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| *State and tribal registered storage tank lists* | | | | | | | | |
| UST | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| AST | | 0.250 | 1 | 2 | NR | NR | NR | 3 |
| INDIAN UST | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| FEMA UST | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| *State and tribal voluntary cleanup sites* | | | | | | | | |
| INDIAN VCP | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| VCP | | 0.500 | 0 | 0 | 2 | NR | NR | 2 |
| **ADDITIONAL ENVIRONMENTAL RECORDS** | | | | | | | | |
| *Local Brownfield lists* | | | | | | | | |
| US BROWNFIELDS | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| *Local Lists of Landfill / Solid Waste Disposal Sites* | | | | | | | | |
| DEBRIS REGION 9 | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| ODI | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| WMUDS/SWAT | | 0.500 | 0 | 1 | 1 | NR | NR | 2 |
| SWRCY | X | 0.500 | 1 | 0 | 0 | NR | NR | 1 |
| HAULERS | | TP | NR | NR | NR | NR | NR | 0 |
| INDIAN ODI | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| *Local Lists of Hazardous waste / Contaminated Sites* | | | | | | | | |
| US CDL | | TP | NR | NR | NR | NR | NR | 0 |
| HIST Cal-Sites | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| SCH | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| Toxic Pits | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| CDL | | TP | NR | NR | NR | NR | NR | 0 |
| US HIST CDL | | TP | NR | NR | NR | NR | NR | 0 |
| *Local Lists of Registered Storage Tanks* | | | | | | | | |
| CA FID UST | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| HIST UST | X | 0.250 | 1 | 3 | NR | NR | NR | 4 |
| SWEEPS UST | X | 0.250 | 0 | 1 | NR | NR | NR | 1 |
| *Local Land Records* | | | | | | | | |
| LIENS 2 | | TP | NR | NR | NR | NR | NR | 0 |
| LUCIS | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| LIENS | | TP | NR | NR | NR | NR | NR | 0 |
| DEED | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| *Records of Emergency Release Reports* | | | | | | | | |
| HMIRS | | TP | NR | NR | NR | NR | NR | 0 |
| CHMIRS | X | TP | NR | NR | NR | NR | NR | 0 |
| LDS | | TP | NR | NR | NR | NR | NR | 0 |

Exhibit 3
Page 415

## MAP FINDINGS SUMMARY

| Database | Target Property | Search Distance (Miles) | < 1/8 | 1/8 - 1/4 | 1/4 - 1/2 | 1/2 - 1 | > 1 | Total Plotted |
|---|---|---|---|---|---|---|---|---|
| MCS | | TP | NR | NR | NR | NR | NR | 0 |
| *Other Ascertainable Records* | | | | | | | | |
| RCRA-NonGen | | 0.250 | 1 | 0 | NR | NR | NR | 1 |
| DOT OPS | | TP | NR | NR | NR | NR | NR | 0 |
| DOD | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| FUDS | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| CONSENT | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| ROD | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| UMTRA | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| MINES | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| TRIS | | TP | NR | NR | NR | NR | NR | 0 |
| TSCA | | TP | NR | NR | NR | NR | NR | 0 |
| FTTS | | TP | NR | NR | NR | NR | NR | 0 |
| HIST FTTS | | TP | NR | NR | NR | NR | NR | 0 |
| SSTS | | TP | NR | NR | NR | NR | NR | 0 |
| ICIS | | TP | NR | NR | NR | NR | NR | 0 |
| PADS | | TP | NR | NR | NR | NR | NR | 0 |
| MLTS | | TP | NR | NR | NR | NR | NR | 0 |
| RADINFO | | TP | NR | NR | NR | NR | NR | 0 |
| FINDS | X | TP | NR | NR | NR | NR | NR | 0 |
| RAATS | | TP | NR | NR | NR | NR | NR | 0 |
| CA BOND EXP. PLAN | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| CA WDS | X | TP | NR | NR | NR | NR | NR | 0 |
| NPDES | X | TP | NR | NR | NR | NR | NR | 0 |
| Cortese | | 0.500 | 0 | 1 | 0 | NR | NR | 1 |
| HIST CORTESE | | 0.500 | 0 | 0 | 3 | NR | NR | 3 |
| Notify 65 | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| DRYCLEANERS | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| WIP | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| San Bern. Co. Permit | X | 0.250 | 6 | 6 | NR | NR | NR | 12 |
| HAZNET | X | TP | NR | NR | NR | NR | NR | 0 |
| EMI | X | TP | NR | NR | NR | NR | NR | 0 |
| INDIAN RESERV | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| SCRD DRYCLEANERS | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| PROC | | 0.500 | 1 | 0 | 0 | NR | NR | 1 |
| HWP | | 1.000 | 0 | 1 | 0 | 1 | NR | 2 |
| HWT | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| COAL ASH EPA | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| COAL ASH DOE | | TP | NR | NR | NR | NR | NR | 0 |
| MWMP | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| PCB TRANSFORMER | | TP | NR | NR | NR | NR | NR | 0 |
| FINANCIAL ASSURANCE | | TP | NR | NR | NR | NR | NR | 0 |

**EDR PROPRIETARY RECORDS**

| *EDR Proprietary Records* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Manufactured Gas Plants | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| EDR Historical Auto Stations | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| EDR Historical Cleaners | | 0.250 | 0 | 0 | NR | NR | NR | 0 |

Exhibit 3
Page 416

## MAP FINDINGS SUMMARY

| Database | Target Property | Search Distance (Miles) | < 1/8 | 1/8 - 1/4 | 1/4 - 1/2 | 1/2 - 1 | > 1 | Total Plotted |
|---|---|---|---|---|---|---|---|---|

NOTES:

TP = Target Property

NR = Not Requested at this Search Distance

Sites may be listed in more than one database

TC2756424.2s   Page 7

Exhibit 3
Page 417

| | MAP FINDINGS |
|---|---|

Map ID
Direction
Distance
Elevation     Site

Database(s)

EDR ID Number
EPA ID Number

**A1**                                                                    **NPDES**    **S106400596**
**Target**     **8822 ETIWANDA AVE.**                                     **CHMIRS**    **N/A**
**Property**   **RANCHO CUCAMONGA, CA**

**Site 1 of 7 in cluster A**

**Actual:**    NPDES:
**1132 ft.**       Npdes Number:                           Not reported
               Facility Status:                        Active
               Agency Id:                              33466
               Region:                                 8
               Regulatory Measure Id:                  213720
               Order No:                               97-03-DWQ
               Regulatory Measure Type:                Storm water industrial
               Place Id:                               249504
               WDID:                                   8 36I018337
               Program Type:                           INDSTW
               Adoption Date Of Regulatory Measure:    Not reported
               Effective Date Of Regulatory Measure:   9/11/2003
               Expiration Date Of Regulatory Measure:  Not reported
               Termination Date Of Regulatory Measure: Not reported
               Discharge Name:                         Pacific Coast Recycling LLC
               Discharge Address:                      482 Pier T Ave
               Discharge City:                         Long Beach
               Discharge State:                        CA
               Discharge Zip:                          90802-6209

               CHMIRS:
               OES Incident Number:                    03-3087
               OES notification:                       6/17/200308:18:44 AM
               OES Date:                               Not reported
               OES Time:                               Not reported
               Incident Date:                          Not reported
               **Date Completed:**                     **Not reported**
               Property Use:                           Not reported
               Agency Id Number:                       Not reported
               Agency Incident Number:                 Not reported
               Time Notified:                          Not reported
               Time Completed:                         Not reported
               Surrounding Area:                       Not reported
               Estimated Temperature:                  Not reported
               Property Management:                    Not reported
               Special Studies 1:                      Not reported
               Special Studies 2:                      Not reported
               Special Studies 3:                      Not reported
               Special Studies 4:                      Not reported
               Special Studies 5:                      Not reported
               Special Studies 6:                      Not reported
               More Than Two Substances Involved?:         Not reported
               Resp Agncy Personel # Of Decontaminated:    Not reported
               Responding Agency Personel # Of Injuries:   Not reported
               Responding Agency Personel # Of Fatalities: Not reported
               Others Number Of Decontaminated:        Not reported
               Others Number Of Injuries:              Not reported
               Others Number Of Fatalities:            Not reported
               Vehicle Make/year:                      Not reported
               Vehicle License Number:                 Not reported
               Vehicle State:                          Not reported
               Vehicle Id Number:                      Not reported

Exhibit 3
Page 418

| Map ID Direction Distance Elevation | Site | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|

**(Continued)**                                                                                           **S106400596**

| | |
|---|---|
| CA/DOT/PUC/ICC Number: | Not reported |
| Company Name: | Not reported |
| Reporting Officer Name/ID: | Not reported |
| Report Date: | Not reported |
| Comments: | Not reported |
| Facility Telephone: | Not reported |
| Waterway Involved: | No |
| Waterway: | Not reported |
| Spill Site: | Not reported |
| Cleanup By: | Contractor |
| Containment: | Not reported |
| What Happened: | Not reported |
| Type: | Not reported |
| Measure: | Not reported |
| Other: | Not reported |
| Date/Time: | Not reported |
| Year: | 2003 |
| Agency: | Pacific Coast Recycling |
| Incident Date: | 6/17/200312:00:00 AM |
| Admin Agency: | San Bernardino County Health Department |
| Amount: | Not reported |
| Contained: | Unknown |
| Site Type: | Other |
| E Date: | Not reported |
| Substance: | Unknown Materials |
| Quantity Released: | Not reported |
| BBLS: | 0 |
| Cups: | 0 |
| CUFT: | 0 |
| Gallons: | 0.000000 |
| Grams: | 0 |
| Pounds: | 0 |
| Liters: | 0 |
| Ounces: | 0 |
| Pints: | 0 |
| Quarts: | 0 |
| Sheen: | 0 |
| Tons: | 0 |
| Unknown: | 0 |
| Description: | Not reported |
| Evacuations: | 0 |
| Number of Injuries: | 0 |
| Number of Fatalities: | 0 |
| Description: | Currently there is a fire ongoing in a recycling yard and there is a potential release of water run off. There has not been any release at this time. There will be vacuum trucks to try and avoid the run-off. |

---

| | | | |
|---|---|---|---|
| **A2** | | **CHMIRS** | **S109041000** |
| **Target Property** | **8822 ETIWANDA AVE RANCHO CUCAMONGA, CA** | | **N/A** |

**Site 2 of 7 in cluster A**

| **Actual: 1132 ft.** | CHMIRS: | |
|---|---|---|
| | OES Incident Number: | 06-7063 |
| | OES notification: | 11/29/2006 09:17:00 PM |
| | OES Date: | Not reported |
| | OES Time: | Not reported |

Exhibit 3
Page 419

| Map ID Direction Distance Elevation | Site | MAP FINDINGS | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|---|

**(Continued)**                                                                                          S109041000

| | |
|---|---|
| Incident Date: | Not reported |
| **Date Completed:** | **Not reported** |
| Property Use: | Not reported |
| Agency Id Number: | Not reported |
| Agency Incident Number: | Not reported |
| Time Notified: | Not reported |
| Time Completed: | Not reported |
| Surrounding Area: | Not reported |
| Estimated Temperature: | Not reported |
| Property Management: | Not reported |
| Special Studies 1: | Not reported |
| Special Studies 2: | Not reported |
| Special Studies 3: | Not reported |
| Special Studies 4: | Not reported |
| Special Studies 5: | Not reported |
| Special Studies 6: | Not reported |
| More Than Two Substances Involved?: | Not reported |
| Resp Agncy Personel # Of Decontaminated: | Not reported |
| Responding Agency Personel # Of Injuries: | Not reported |
| Responding Agency Personel # Of Fatalities: | Not reported |
| Others Number Of Decontaminated: | Not reported |
| Others Number Of Injuries: | Not reported |
| Others Number Of Fatalities: | Not reported |
| Vehicle Make/year: | Not reported |
| Vehicle License Number: | Not reported |
| Vehicle State: | Not reported |
| Vehicle Id Number: | Not reported |
| CA/DOT/PUC/ICC Number: | Not reported |
| Company Name: | Not reported |
| Reporting Officer Name/ID: | Not reported |
| Report Date: | Not reported |
| Comments: | Not reported |
| Facility Telephone: | Not reported |
| Waterway Involved: | Not reported |
| Waterway: | Santa Anna River |
| Spill Site: | Not reported |
| Cleanup By: | Contractor |
| Containment: | Not reported |
| What Happened: | Not reported |
| Type: | Not reported |
| Measure: | Not reported |
| Other: | Not reported |
| Date/Time: | Not reported |
| Year: | 2006 |
| Agency: | San Bernadino Co. Fire |
| Incident Date: | 11/29/2006 12:00:00 AM |
| Admin Agency: | San Bernardino County Health Department |
| Amount: | Not reported |
| Contained: | Yes |
| Site Type: | Industrial Plant |
| E Date: | Not reported |
| Substance: | Firefighting run-off - Metal |
| Quantity Released: | Not reported |
| BBLS: | 0 |
| Cups: | 0 |
| CUFT: | 0 |
| Gallons: | 0.000000 |

Exhibit 3
Page 420

| Map ID<br>Direction<br>Distance<br>Elevation | Site | Database(s) | EDR ID Number<br>EPA ID Number |
|---|---|---|---|

**(Continued)** S109041000

| | |
|---|---|
| Grams: | 0 |
| Pounds: | 0 |
| Liters: | 0 |
| Ounces: | 0 |
| Pints: | 0 |
| Quarts: | 0 |
| Sheen: | 0 |
| Tons: | 0 |
| Unknown: | 0 |
| Description: | Not reported |
| Evacuations: | 0 |
| Number of Injuries: | 0 |
| Number of Fatalities: | 0 |
| Description: | While fighting a fire this run-off was produced.  Potential to release 100,000 gals of run-off into Santa Anna River. |

---

**A3**
**Target**
**Property**

**SMISMETAL AMERICA/ETIWANDA DIVISION**
**8822 ETIWANDA AVE**
**ETIWANDA, CA  91739**

HAZNET    S104574077
N/A

**Site 3 of 7 in cluster A**

**Actual:**
**1132 ft.**

HAZNET:

| | |
|---|---|
| Gepaid: | CAD981368228 |
| Contact: | SCOTT A MILLER MNGR ENVTL AFFA |
| Telephone: | 5104125345 |
| Facility Addr2: | Not reported |
| Mailing Name: | Not reported |
| Mailing Address: | 600 SOUTH 4TH STREET |
| Mailing City,St,Zip: | RICHMOND, CA 948043504 |
| Gen County: | San Bernardino |
| TSD EPA ID: | Not reported |
| TSD County: | Kings |
| Waste Category: | Unspecified oil-containing waste |
| Disposal Method: | Disposal, Land Fill |
| Tons: | 0.45 |
| Facility County: | Not reported |
| | |
| Gepaid: | CAD981368228 |
| Contact: | SIMSMETAL USA CORPORATION |
| Telephone: | 5104125300 |
| Facility Addr2: | Not reported |
| Mailing Name: | Not reported |
| Mailing Address: | 600 SOUTH 4TH STREET |
| Mailing City,St,Zip: | RICHMOND, CA 948043504 |
| Gen County: | San Bernardino |
| TSD EPA ID: | CAT080013352 |
| TSD County: | Los Angeles |
| Waste Category: | Unspecified oil-containing waste |
| Disposal Method: | Recycler |
| Tons: | 5.0040 |
| Facility County: | San Bernardino |
| | |
| Gepaid: | CAD981368228 |
| Contact: | SIMSMETAL USA CORPORATION |
| Telephone: | 5104125300 |
| Facility Addr2: | Not reported |
| Mailing Name: | Not reported |

Exhibit 3
Page 421

| Map ID<br>Direction<br>Distance<br>Elevation | Site | | Database(s) | EDR ID Number<br>EPA ID Number |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | **SMISMETAL AMERICA/ETIWANDA DIVISION  (Continued)** | | | **S104574077** |

| | | |
|---|---|---|
| | Mailing Address: | 600 SOUTH 4TH STREET |
| | Mailing City,St,Zip: | RICHMOND, CA 948043504 |
| | Gen County: | San Bernardino |
| | TSD EPA ID: | CAT000646117 |
| | TSD County: | Kings |
| | Waste Category: | Unspecified oil-containing waste |
| | Disposal Method: | Disposal, Land Fill |
| | Tons: | .2500 |
| | Facility County: | San Bernardino |
| | | |
| | Gepaid: | CAD981368228 |
| | Contact: | SIMSMETAL USA CORPORATION |
| | Telephone: | 5104125300 |
| | Facility Addr2: | Not reported |
| | Mailing Name: | Not reported |
| | Mailing Address: | 600 SOUTH 4TH STREET |
| | Mailing City,St,Zip: | RICHMOND, CA 948043504 |
| | Gen County: | San Bernardino |
| | TSD EPA ID: | AZD983473539 |
| | TSD County: | 99 |
| | Waste Category: | Polychlorinated biphenyls and material containing PCB's |
| | Disposal Method: | Not reported |
| | Tons: | .4848 |
| | Facility County: | San Bernardino |
| | | |
| | Gepaid: | CAD981368228 |
| | Contact: | SIMSMETAL USA CORPORATION |
| | Telephone: | 5104125300 |
| | Facility Addr2: | Not reported |
| | Mailing Name: | Not reported |
| | Mailing Address: | 600 SOUTH 4TH STREET |
| | Mailing City,St,Zip: | RICHMOND, CA 948043504 |
| | Gen County: | San Bernardino |
| | TSD EPA ID: | AZD983473539 |
| | TSD County: | 99 |
| | Waste Category: | Polychlorinated biphenyls and material containing PCB's |
| | Disposal Method: | Recycler |
| | Tons: | 3.8074 |
| | Facility County: | San Bernardino |

Click this hyperlink while viewing on your computer to access
5 additional CA_HAZNET: record(s) in the EDR Site Report.

---

| | | | |
|---|---|---|---|
| **A4**<br>**Target**<br>**Property** | **PACIFIC COAST RECYCLING**<br>**8822 ETIWANDA AVE**<br>**RANCHO CUCAMONGA, CA  91739** | | **San Bern. Co. Permit** | **S105974374**<br>**N/A** |

**Site 4 of 7 in cluster A**

| | | |
|---|---|---|
| **Actual:**<br>**1132 ft.** | San Bern. Co. Permit: | |
| | Region: | SAN BERNARDINO |
| | Facility ID: | FA0007940 |
| | Owner: | SA RECYCLING LLC |
| | Permit Number: | PT0013872 |
| | Permit Category: | HAZMAT HANDLER 0-10 EMPLOYEES (W/GEN PRMT) |
| | Facility Status: | ACTIVE |
| | Expiration Date: | 7/31/2010  12:00:00AM |

Exhibit 3
Page 422

| Map ID<br>Direction<br>Distance<br>Elevation | Site | MAP FINDINGS | Database(s) | EDR ID Number<br>EPA ID Number |
|---|---|---|---|---|

**PACIFIC COAST RECYCLING  (Continued)**                                                          S105974374

|  |  |
|---|---|
| Region: | SAN BERNARDINO |
| Facility ID: | FA0007940 |
| Owner: | SA RECYCLING LLC |
| Permit Number: | PT0013871 |
| Permit Category: | GENERATOR - 0-10 EMPLOYEES |
| Facility Status: | ACTIVE |
| Expiration Date: | 7/31/2010  12:00:00AM |

|  |  |
|---|---|
| Region: | SAN BERNARDINO |
| Facility ID: | FA0007940 |
| Owner: | SA RECYCLING LLC |
| Permit Number: | PT0018793 |
| Permit Category: | APPLIANCE RECYCLER |
| Facility Status: | ACTIVE |
| Expiration Date: | 7/31/2010  12:00:00AM |

---

**A5**     **SIMSMETAL AMERICA**                     **RCRA-SQG**  **1000367428**
**Target**  **8822 ETIWANDA AVE**                 **FINDS**  **CAD981368228**
**Property**  **ETIWANDA, CA  91739**              **HIST UST**
                                                    **SWEEPS UST**
**Site 5 of 7 in cluster A**                 **HAZNET**
                                                    **EMI**

**Actual:**
**1132 ft.**    RCRA-SQG:

| Date form received by agency: | 07/15/1998 |
|---|---|
| Facility name: | SIMSMETAL AMERICA |
| Facility address: | 8822 ETIWANDA AVE |
| | ETIWANDA, CA 91739 |
| EPA ID: | CAD981368228 |
| Contact: | SCOTT  MILLER |
| Contact address: | 600 S FOURTH ST |
| | RICHMOND, CA 948043504 |
| Contact country: | US |
| Contact telephone: | (510) 412-5300 |
| Contact email: | Not reported |
| EPA Region: | 09 |
| Classification: | Small Small Quantity Generator |
| Description: | Handler: generates more than 100 and less than 1000 kg of hazardous<br>waste during any calendar month and accumulates less than 6000 kg of<br>hazardous waste at any time; or generates 100 kg or less of hazardous<br>waste during any calendar month, and accumulates more than 1000 kg of<br>hazardous waste at any time |

| Owner/Operator Summary: | |
|---|---|
| Owner/operator name: | SIMSMETAL USA CORP |
| Owner/operator address: | 600 S FOURTH ST |
| | RICHMOND, CA 94804 |
| Owner/operator country: | Not reported |
| Owner/operator telephone: | (510) 412-5300 |
| Legal status: | Private |
| Owner/Operator Type: | Owner |
| Owner/Op start date: | Not reported |
| Owner/Op end date: | Not reported |

| Owner/operator name: | NOT REQUIRED |
|---|---|
| Owner/operator address: | NOT REQUIRED |
| | NOT REQUIRED, ME 99999 |

Exhibit 3<br>Page 423

| Map ID Direction Distance Elevation | Site | MAP FINDINGS | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|---|

**SIMSMETAL AMERICA  (Continued)**                                          **1000367428**

Owner/operator country:        Not reported
Owner/operator telephone:      (415) 555-1212
Legal status:                  Private
Owner/Operator Type:           Operator
Owner/Op start date:           Not reported
Owner/Op end date:             Not reported

Handler Activities Summary:
U.S. importer of hazardous waste:      No
Mixed waste (haz. and radioactive):    Unknown
Recycler of hazardous waste:           No
Transporter of hazardous waste:        No
Treater, storer or disposer of HW:     No
Underground injection activity:        No
On-site burner exemption:              No
Furnace exemption:                     No
Used oil fuel burner:                  No
Used oil processor:                    No
User oil refiner:                      No
Used oil fuel marketer to burner:      No
Used oil Specification marketer:       No
Used oil transfer facility:            No
Used oil transporter:                  No
Off-site waste receiver:               Verified to be non-commercial

Historical Generators:
Date form received by agency:09/01/1996
Facility name:                 SIMSMETAL AMERICA
Classification:                Small Quantity Generator

Hazardous Waste Summary:
Waste code:                    D008
Waste name:                    LEAD

Violation Status:              No violations found

FINDS:

Registry ID:           110002682464

Environmental Interest/Information System
California Hazardous Waste Tracking System - Datamart (HWTS-DATAMART)
provides California with information on hazardous waste shipments for
generators, transporters, and treatment, storage, and disposal
facilities.

RCRAInfo is a national information system that supports the Resource
Conservation and Recovery Act (RCRA) program through the tracking of
events and activities related to facilities that generate, transport,
and treat, store, or dispose of hazardous waste. RCRAInfo allows RCRA
program staff to track the notification, permit, compliance, and
corrective action activities required under RCRA.

HIST UST:
Region:                STATE

TC2756424.2s  Page 14

Exhibit 3
Page 424

| Map ID Direction Distance Elevation | Site | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|

MAP FINDINGS

**SIMSMETAL AMERICA  (Continued)**                                                          **1000367428**

Facility ID:          00000054331
Facility Type:        Other
Other Type:           RECYCLING
Total Tanks:          0003
Contact Name:         WM. HIGHTOWER
Telephone:            7148991767
Owner Name:           FERROMET INC.
Owner Address:        8822 ETIWANDA AVE.
Owner City,St,Zip:    ETIWANDA, CA 91739

Tank Num:             001
Container Num:        0000000001
Year Installed:       1980
Tank Capacity:        00009940
Tank Used for:        PRODUCT
Type of Fuel:         DIESEL
Tank Construction:    1/4 inches
Leak Detection:       Stock Inventor

Tank Num:             002
Container Num:        #1
Year Installed:       1972
Tank Capacity:        00000555
Tank Used for:        PRODUCT
Type of Fuel:         REGULAR
Tank Construction:    12 gauge
Leak Detection:       Stock Inventor

Tank Num:             003
Container Num:        #2
Year Installed:       1972
Tank Capacity:        00001009
Tank Used for:        PRODUCT
Type of Fuel:         UNLEADED
Tank Construction:    10 gauge
Leak Detection:       Stock Inventor

SWEEPS UST:
Status:               A
Comp Number:          54331
Number:               9
Board Of Equalization: 44-021208
Ref Date:             08-28-91
Act Date:             08-28-91
Created Date:         02-29-88
Tank Status:          A
Owner Tank Id:        1
Swrcb Tank Id:        36-000-054331-000001
Actv Date:            07-01-85
Capacity:             9940
Tank Use:             M.V. FUEL
Stg:                  P
Content:              DIESEL
Number Of Tanks:      2

Status:               A
Comp Number:          54331

Exhibit 3
Page 425

| Map ID<br>Direction<br>Distance<br>Elevation | | | | MAP FINDINGS | | | EDR ID Number |
|---|---|---|---|---|---|---|---|
| | Site | | | | | Database(s) | EPA ID Number |

**SIMSMETAL AMERICA  (Continued)**                                    1000367428

    Number:                      9
    Board Of Equalization:       44-021208
    Ref Date:                    08-28-91
    Act Date:                    08-28-91
    Created Date:                02-29-88
    Tank Status:                 A
    Owner Tank Id:               #2
    Swrcb Tank Id:               36-000-054331-000002
    Actv Date:                   07-01-85
    Capacity:                    1009
    Tank Use:                    M.V. FUEL
    Stg:                         P
    Content:                     REG UNLEADED
    Number Of Tanks:             Not reported

    HAZNET:
    Gepaid:                      CAD981368228
    Contact:                     SCOTT A MILLER MNGR ENVTL AFFA
    Telephone:                   5104125345
    Facility Addr2:              Not reported
    Mailing Name:                Not reported
    Mailing Address:             600 SOUTH 4TH STREET
    Mailing City,St,Zip:         RICHMOND, CA 948043504
    Gen County:                  San Bernardino
    TSD EPA ID:                  CAT080013352
    TSD County:                  San Bernardino
    Waste Category:              Unspecified aqueous solution
    Disposal Method:             Recycler
    Tons:                        0.06
    Facility County:             San Bernardino

    EMI:
    Year:                                        1987
    County Code:                                 36
    Air Basin:                                   SC
    Facility ID:                                 20546
    Air District Name:                           SC
    SIC Code:                                    5093
    Air District Name:                           SOUTH COAST AQMD
    Community Health Air Pollution Info System:  Not reported
    Consolidated Emission Reporting Rule:        Not reported
    Total Organic Hydrocarbon Gases Tons/Yr:     0
    Reactive Organic Gases Tons/Yr:              0
    Carbon Monoxide Emissions Tons/Yr:           0
    NOX - Oxides of Nitrogen Tons/Yr:            0
    SOX - Oxides of Sulphur Tons/Yr:             0
    Particulate Matter Tons/Yr:                  1
    Part. Matter 10 Micrometers & Smllr Tons/Yr: 0

    Year:                                        1990
    County Code:                                 36
    Air Basin:                                   SC
    Facility ID:                                 20546
    Air District Name:                           SC
    SIC Code:                                    5093
    Air District Name:                           SOUTH COAST AQMD

Exhibit 3
Page 426

| Map ID Direction Distance Elevation | Site | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|

| | MAP FINDINGS | |

**SIMSMETAL AMERICA (Continued)**                                                                      1000367428

| | |
|---|---|
| Community Health Air Pollution Info System: | Not reported |
| Consolidated Emission Reporting Rule: | Not reported |
| Total Organic Hydrocarbon Gases Tons/Yr: | 0 |
| Reactive Organic Gases Tons/Yr: | 0 |
| Carbon Monoxide Emissions Tons/Yr: | 0 |
| NOX - Oxides of Nitrogen Tons/Yr: | 0 |
| SOX - Oxides of Sulphur Tons/Yr: | 0 |
| Particulate Matter Tons/Yr: | 1 |
| Part. Matter 10 Micrometers & Smllr Tons/Yr: | 1 |

---

**A6**           **PACIFIC COAST RECYCLING LLC**                              SWRCY      S102795943
**Target**       **8822 ETIWANDA AVE**                                        CHMIRS     N/A
**Property**     **RANCHO CUCAMONGA, CA 91739**                   San Bern. Co. Permit
                                                                      HAZNET

**Site 6 of 7 in cluster A**

**Actual:**      SWRCY:
**1132 ft.**

| | |
|---|---|
| Certification Status: | O |
| Facility Phone Number: | (909) 899-1767 |
| Date facility became certified: | 9/16/2009 |
| Date facility began operating: | 11/9/2009 |
| Date facility ceased operating: | Still operating |
| Whether The Facility Is Grandfathered: | Not reported |
| Convenience Zone Where Faciltiy Located: | Not Accepted |
| Convenience Zone Where Faciltiy Located 2: | Not Accepted |
| Convenience Zone Where Faciltiy Located 3: | Not Accepted |
| Convenience Zone Where Faciltiy Located 4: | Not Accepted |
| Convenience Zone Where Faciltiy Located 5: | Not Accepted |
| Convenience Zone Where Faciltiy Located 6: | Not Accepted |
| Convenience Zone Where Faciltiy Located 7: | Not Accepted |
| Aluminum Beverage Containers Redeemed: | AL |
| Glass Beverage Containers Redeemed: | GL |
| Plastic Beverage Containers Redeemed: | PL |
| Other mat beverage containers redeemed: | Not reported |
| Refillable Beverage Containers Redeemed: | Not reported |

CHMIRS:

| | |
|---|---|
| OES Incident Number: | 03-2640 |
| OES notification: | 5/21/200310:45:05 PM |
| OES Date: | Not reported |
| OES Time: | Not reported |
| Incident Date: | Not reported |
| **Date Completed:** | **Not reported** |
| Property Use: | Not reported |
| Agency Id Number: | Not reported |
| Agency Incident Number: | Not reported |
| Time Notified: | Not reported |
| Time Completed: | Not reported |
| Surrounding Area: | Not reported |
| Estimated Temperature: | Not reported |
| Property Management: | Not reported |
| Special Studies 1: | Not reported |
| Special Studies 2: | Not reported |
| Special Studies 3: | Not reported |
| Special Studies 4: | Not reported |
| Special Studies 5: | Not reported |
| Special Studies 6: | Not reported |

Exhibit 3
Page 427

| Map ID | | | |
|---|---|---|---|
| Direction | | | |
| Distance | | | |
| Elevation | Site | Database(s) | EDR ID Number<br>EPA ID Number |

**MAP FINDINGS**

**PACIFIC COAST RECYCLING LLC  (Continued)**                                    S102795943

| | |
|---|---|
| More Than Two Substances Involved?: | Not reported |
| Resp Agncy Personel # Of Decontaminated: | Not reported |
| Responding Agency Personel # Of Injuries: | Not reported |
| Responding Agency Personel # Of Fatalities: | Not reported |
| Others Number Of Decontaminated: | Not reported |
| Others Number Of Injuries: | Not reported |
| Others Number Of Fatalities: | Not reported |
| Vehicle Make/year: | Not reported |
| Vehicle License Number: | Not reported |
| Vehicle State: | Not reported |
| Vehicle Id Number: | Not reported |
| CA/DOT/PUC/ICC Number: | Not reported |
| Company Name: | Not reported |
| Reporting Officer Name/ID: | Not reported |
| Report Date: | Not reported |
| Comments: | Not reported |
| Facility Telephone: | Not reported |
| Waterway Involved: | Not reported |
| Waterway: | Not reported |
| Spill Site: | Not reported |
| Cleanup By: | N/a |
| Containment: | Not reported |
| What Happened: | Not reported |
| Type: | Not reported |
| Measure: | Not reported |
| Other: | Not reported |
| Date/Time: | Not reported |
| Year: | 2003 |
| Agency: | Citizen |
| Incident Date: | 5/21/200312:00:00 AM |
| Admin Agency: | San Bernardino County Health Department |
| Amount: | Not reported |
| Contained: | Unknown |
| Site Type: | Industrial Plant |
| E Date: | Not reported |
| Substance: | Metal dust |
| Quantity Released: | Not reported |
| BBLS: | 0 |
| Cups: | 0 |
| CUFT: | 0 |
| Gallons: | 0.000000 |
| Grams: | 0 |
| Pounds: | 0 |
| Liters: | 0 |
| Ounces: | 0 |
| Pints: | 0 |
| Quarts: | 0 |
| Sheen: | 0 |
| Tons: | 0 |
| Unknown: | 0 |
| Description: | Not reported |
| Evacuations: | 0 |
| Number of Injuries: | 0 |
| Number of Fatalities: | 0 |
| Description: | Per caller he works at a near by business and is outside a lot and is concerned about the amount of dust that emanates from a near by recycling plant.  Caller has attempted to contact local agencies to |

Exhibit 3
Page 428

| Map ID Direction Distance Elevation | Site | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|

**PACIFIC COAST RECYCLING LLC  (Continued)**                                      S102795943

                seek assistance but was unsuccessful to date.

San Bern. Co. Permit:
| | |
|---|---|
| Region: | SAN BERNARDINO |
| Facility ID: | FA0006201 |
| Owner: | SIMSMETAL AMERICA |
| Permit Number: | PT0002261 |
| Permit Category: | HAZMAT HANDLER 0-10 EMPLOYEES (W/GEN PRMT) |
| Facility Status: | INACTIVE |
| Expiration Date: | 7/31/2004  12:00:00AM |

| | |
|---|---|
| Region: | SAN BERNARDINO |
| Facility ID: | FA0006201 |
| Owner: | SIMSMETAL AMERICA |
| Permit Number: | PT0002260 |
| Permit Category: | GENERATOR - 0-10 EMPLOYEES |
| Facility Status: | INACTIVE |
| Expiration Date: | 7/31/2004  12:00:00AM |

HAZNET:
| | |
|---|---|
| Gepaid: | CAL000274364 |
| Contact: | DALE LEUER |
| Telephone: | 5626288115 |
| Facility Addr2: | Not reported |
| Mailing Name: | Not reported |
| Mailing Address: | 482 PIER T AVENUE |
| Mailing City,St,Zip: | LONG BEACH, CA 908020000 |
| Gen County: | San Bernardino |
| TSD EPA ID: | CAT080013352 |
| TSD County: | Los Angeles |
| Waste Category: | Unspecified oil-containing waste |
| Disposal Method: | Recycler |
| Tons: | 15.84 |
| Facility County: | San Bernardino |

| | |
|---|---|
| Gepaid: | CAL000274364 |
| Contact: | DALE LEUER |
| Telephone: | 5626288115 |
| Facility Addr2: | Not reported |
| Mailing Name: | Not reported |
| Mailing Address: | 482 PIER T AVENUE |
| Mailing City,St,Zip: | LONG BEACH, CA 908020000 |
| Gen County: | San Bernardino |
| TSD EPA ID: | NVT330010000 |
| TSD County: | 99 |
| Waste Category: | Unspecified oil-containing waste |
| Disposal Method: | H132 |
| Tons: | 0.25 |
| Facility County: | San Bernardino |

| | |
|---|---|
| Gepaid: | CAL000274364 |
| Contact: | DALE LEUER |
| Telephone: | 5626288115 |
| Facility Addr2: | Not reported |
| Mailing Name: | Not reported |
| Mailing Address: | 482 PIER T AVENUE |

Exhibit 3
Page 429

| Map ID Direction Distance Elevation | Site | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|

**PACIFIC COAST RECYCLING LLC  (Continued)**                                                S102795943

| | |
|---|---|
| Mailing City,St,Zip: | LONG BEACH, CA 908020000 |
| Gen County: | San Bernardino |
| TSD EPA ID: | NVT330010000 |
| TSD County: | 99 |
| Waste Category: | Polychlorinated biphenyls and material containing PCB's |
| Disposal Method: | H132 |
| Tons: | 0.1102 |
| Facility County: | San Bernardino |

| | |
|---|---|
| Gepaid: | CAL000274364 |
| Contact: | DALE LEUER |
| Telephone: | 5626288115 |
| Facility Addr2: | Not reported |
| Mailing Name: | Not reported |
| Mailing Address: | 482 PIER T AVENUE |
| Mailing City,St,Zip: | LONG BEACH, CA 908020000 |
| Gen County: | San Bernardino |
| TSD EPA ID: | AZR000030452 |
| TSD County: | 99 |
| Waste Category: | Waste oil and mixed oil |
| Disposal Method: | Not reported |
| Tons: | 0.418 |
| Facility County: | San Bernardino |

| | |
|---|---|
| Gepaid: | CAL000274364 |
| Contact: | DALE LEUER |
| Telephone: | 5626288115 |
| Facility Addr2: | Not reported |
| Mailing Name: | Not reported |
| Mailing Address: | 482 PIER T AVENUE |
| Mailing City,St,Zip: | LONG BEACH, CA 908020000 |
| Gen County: | San Bernardino |
| TSD EPA ID: | NVT330010000 |
| TSD County: | 99 |
| Waste Category: | Other organic solids |
| Disposal Method: | H132 |
| Tons: | 1 |
| Facility County: | San Bernardino |

Click this hyperlink while viewing on your computer to access
9 additional CA_HAZNET: record(s) in the EDR Site Report.

---

| | | | |
|---|---|---|---|
| **A7** **Target** **Property** | **PAC COAST RECYCLING LLC** **8822 ETIWANDA AVE** **RANCHO CUCAMONGA, CA  91739** | **CA WDS** | **S104770176** **N/A** |

**Site 7 of 7 in cluster A**

| | | |
|---|---|---|
| **Actual:** **1132 ft.** | CA WDS: | |
| | Facility ID: | Santa Ana River  36I018337 |
| | Facility Type: | Industrial - Facility that treats and/or disposes of liquid or semisolid wastes from any servicing, producing, manufacturing or processing operation of whatever nature, including mining, gravel washing, geothermal operations, air conditioning, ship building and repairing, oil production, storage and disposal operations, water pumping. |
| | Facility Status: | Active - Any facility with a continuous or seasonal discharge that is under Waste Discharge Requirements. |

TC2756424.2s   Page 20

Exhibit 3
Page 430

| Map ID<br>Direction<br>Distance<br>Elevation | Site | Database(s) | EDR ID Number<br>EPA ID Number |
|---|---|---|---|

| | | |
|---|---|---|
| | **PAC COAST RECYCLING LLC  (Continued)** | **S104770176** |

| | |
|---|---|
| NPDES Number: | CAS000001 The 1st 2 characters designate the state. The remaining 7 are assigned by the Regional Board |
| Subregion: | 8 |
| Facility Telephone: | 9098991767 |
| Facility Contact: | Bill Gorges |
| Agency Name: | PAC COAST RECYCLING LLC |
| Agency Address: | 482 Pier T Ave |
| Agency City,St,Zip: | Long Beach 908026209 |
| Agency Contact: | SANDERS TERRY |
| Agency Telephone: | 3106288100 |
| Agency Type: | ? |
| SIC Code: | 0 |
| SIC Code 2: | Not reported |
| Primary Waste: | Not reported |
| Primary Waste Type: | Not reported |
| Secondary Waste: | Not reported |
| Secondary Waste Type: | Not reported |
| Design Flow: | 0 |
| Baseline Flow: | 0 |
| Reclamation: | Not reported |
| POTW: | Not reported |
| Treat To Water: | Minor Threat to Water Quality. A violation of a regional board order should cause a relatively minor impairment of beneficial uses compared to a major or minor threat. Not: All nurds without a TTWQ will be considered a minor threat to water quality unless coded at a higher Level. A Zero (0) may be used to code those NURDS that are found to represent no threat to water quality. |
| Complexity: | Category C - Facilities having no waste treatment systems, such as cooling water dischargers or thosewho must comply through best management practices, facilities with passive waste treatment and disposal systems, such as septic systems with subsurface disposal, or dischargers having waste storage systems with land disposal such as dairy waste ponds. |

---

| | | |
|---|---|---|
| **8**<br>**East**<br>**< 1/8**<br>**0.008 mi.**<br>**43 ft.** | **CHAPARRAL TRUCKING**<br>**8729 ETIWANDA**<br>**ETIWANDA, CA  91739** | **RCRA-NonGen   1000345270**<br>**FINDS   CAD981438823** |

| | |
|---|---|
| **Relative:**<br>**Higher** | RCRA-NonGen: |
| | Date form received by agency:09/15/1986 |
| | Facility name:  CHAPARRAL TRUCKING |
| **Actual:**<br>**1132 ft.** | Facility address:  8729 ETIWANDA<br>ETIWANDA, CA 91739 |
| | EPA ID:  CAD981438823 |
| | Mailing address:  P O BOX 3695<br>HUMBLE, TX 77347 |
| | Contact:  ENVIRONMENTAL  MANAGER |
| | Contact address:  8729 ETIWANDA<br>ETIWANDA, CA 91739 |
| | Contact country:  US |
| | Contact telephone:  (714) 899-2556 |
| | Contact email:  Not reported |
| | EPA Region:  09 |
| | Classification:  Non-Generator |
| | Description:  Handler: Non-Generators do not presently generate hazardous waste |

Exhibit 3
Page 431

| | MAP FINDINGS | |
|---|---|---|

Map ID
Direction
Distance
Elevation    Site        Database(s)    EDR ID Number / EPA ID Number

**CHAPARRAL TRUCKING  (Continued)**      **1000345270**

Owner/Operator Summary:
Owner/operator name:      CHAPARRAL TRUCKING CO
Owner/operator address:      NOT REQUIRED
     NOT REQUIRED, ME 99999
Owner/operator country:      Not reported
Owner/operator telephone:      (415) 555-1212
Legal status:      Private
Owner/Operator Type:      Owner
Owner/Op start date:      Not reported
Owner/Op end date:      Not reported

Owner/operator name:      NOT REQUIRED
Owner/operator address:      NOT REQUIRED
     NOT REQUIRED, ME 99999
Owner/operator country:      Not reported
Owner/operator telephone:      (415) 555-1212
Legal status:      Private
Owner/Operator Type:      Operator
Owner/Op start date:      Not reported
Owner/Op end date:      Not reported

Handler Activities Summary:
U.S. importer of hazardous waste:      No
Mixed waste (haz. and radioactive):      Unknown
Recycler of hazardous waste:      No
Transporter of hazardous waste:      No
Treater, storer or disposer of HW:      No
Underground injection activity:      No
On-site burner exemption:      No
Furnace exemption:      No
Used oil fuel burner:      No
Used oil processor:      No
User oil refiner:      No
Used oil fuel marketer to burner:      No
Used oil Specification marketer:      No
Used oil transfer facility:      No
Used oil transporter:      No
Off-site waste receiver:      Verified to be non-commercial

Violation Status:      No violations found

FINDS:

Registry ID:      110002705252

Environmental Interest/Information System
     RCRAInfo is a national information system that supports the Resource
     Conservation and Recovery Act (RCRA) program through the tracking of
     events and activities related to facilities that generate, transport,
     and treat, store, or dispose of hazardous waste. RCRAInfo allows RCRA
     program staff to track the notification, permit, compliance, and
     corrective action activities required under RCRA.

Exhibit 3
Page 432

| Map ID Direction Distance Elevation | Site | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|

MAP FINDINGS

---

| B9 SE < 1/8 0.015 mi. 81 ft. | BERNELL HYDRAULICS 8810 ETIWANDA AVE RANCHO CUCAMONGA, CA 91739 | CA WDS CHMIRS San Bern. Co. Permit | S104764254 N/A |

**Site 1 of 6 in cluster B**

**Relative:**
**Lower**

**Actual:**
**1124 ft.**

CA WDS:

| | |
|---|---|
| Facility ID: | Santa Ana River 36I011575 |
| Facility Type: | Industrial - Facility that treats and/or disposes of liquid or semisolid wastes from any servicing, producing, manufacturing or processing operation of whatever nature, including mining, gravel washing, geothermal operations, air conditioning, ship building and repairing, oil production, storage and disposal operations, water pumping. |
| Facility Status: | Active - Any facility with a continuous or seasonal discharge that is under Waste Discharge Requirements. |
| NPDES Number: | CAS000001 The 1st 2 characters designate the state. The remaining 7 are assigned by the Regional Board |
| Subregion: | 8 |
| Facility Telephone: | 9098991751 |
| Facility Contact: | TERRY JONES |
| Agency Name: | JONES TERRY |
| Agency Address: | PO Box 417 |
| Agency City,St,Zip: | Rancho Cucamonga 917390417 |
| Agency Contact: | TERRY JONES |
| Agency Telephone: | 9098991751 |
| Agency Type: | Private |
| SIC Code: | 0 |
| SIC Code 2: | Not reported |
| Primary Waste: | Not reported |
| Primary Waste Type: | Not reported |
| Secondary Waste: | Not reported |
| Secondary Waste Type: | Not reported |
| Design Flow: | 0 |
| Baseline Flow: | 0 |
| Reclamation: | Not reported |
| POTW: | Not reported |
| Treat To Water: | Minor Threat to Water Quality. A violation of a regional board order should cause a relatively minor impairment of beneficial uses compared to a major or minor threat. Not: All nurds without a TTWQ will be considered a minor threat to water quality unless coded at a higher Level. A Zero (0) may be used to code those NURDS that are found to represent no threat to water quality. |
| Complexity: | Category C - Facilities having no waste treatment systems, such as cooling water dischargers or thosewho must comply through best management practices, facilities with passive waste treatment and disposal systems, such as septic systems with subsurface disposal, or dischargers having waste storage systems with land disposal such as dairy waste ponds. |

CHMIRS:

| | |
|---|---|
| OES Incident Number: | 02-0970 |
| OES notification: | 2/20/200201:01:46 PM |
| OES Date: | Not reported |
| OES Time: | Not reported |
| Incident Date: | Not reported |
| **Date Completed:** | **Not reported** |
| Property Use: | Not reported |
| Agency Id Number: | Not reported |

Exhibit 3
Page 433

| MAP FINDINGS |
| --- |

Map ID
Direction
Distance
Elevation    Site                                                    Database(s)    EDR ID Number
                                                                                 EPA ID Number

---

**BERNELL HYDRAULICS  (Continued)**                                              S104764254

| | |
| --- | --- |
| Agency Incident Number: | Not reported |
| Time Notified: | Not reported |
| Time Completed: | Not reported |
| Surrounding Area: | Not reported |
| Estimated Temperature: | Not reported |
| Property Management: | Not reported |
| Special Studies 1: | Not reported |
| Special Studies 2: | Not reported |
| Special Studies 3: | Not reported |
| Special Studies 4: | Not reported |
| Special Studies 5: | Not reported |
| Special Studies 6: | Not reported |
| More Than Two Substances Involved?: | Not reported |
| Resp Agncy Personel # Of Decontaminated: | Not reported |
| Responding Agency Personel # Of Injuries: | Not reported |
| Responding Agency Personel # Of Fatalities: | Not reported |
| Others Number Of Decontaminated: | Not reported |
| Others Number Of Injuries: | Not reported |
| Others Number Of Fatalities: | Not reported |
| Vehicle Make/year: | Not reported |
| Vehicle License Number: | Not reported |
| Vehicle State: | Not reported |
| Vehicle Id Number: | Not reported |
| CA/DOT/PUC/ICC Number: | Not reported |
| Company Name: | Not reported |
| Reporting Officer Name/ID: | Not reported |
| Report Date: | Not reported |
| Comments: | Not reported |
| Facility Telephone: | Not reported |
| Waterway Involved: | Yes |
| Waterway: | a dry channel |
| Spill Site: | Not reported |
| Cleanup By: | Responsible Party |
| Containment: | Not reported |
| What Happened: | Not reported |
| Type: | Not reported |
| Measure: | Not reported |
| Other: | Not reported |
| Date/Time: | Not reported |
| Year: | 2002 |
| Agency: | San Bernardino Co. Fire |
| Incident Date: | 2/20/200212:00:00 AM |
| Admin Agency: | San Bernardino County Health Department |
| Amount: | Not reported |
| Contained: | Yes |
| Site Type: | Merchant/Business |
| E Date: | Not reported |
| Substance: | Used Oil |
| Quantity Released: | Not reported |
| BBLS: | 0 |
| Cups: | 0 |
| CUFT: | 0 |
| Gallons: | 500 |
| Grams: | 0 |
| Pounds: | 0 |
| Liters: | 0 |
| Ounces: | 0 |

Exhibit 3
Page 434

| Map ID | | Database(s) | EDR ID Number |
|---|---|---|---|
| Direction | | | EPA ID Number |
| Distance | | | |
| Elevation | Site | | |

MAP FINDINGS

**BERNELL HYDRAULICS  (Continued)**                                          S104764254

| | | |
|---|---|---|
| Pints: | 0 | |
| Quarts: | 0 | |
| Sheen: | 0 | |
| Tons: | 0 | |
| Unknown: | 0 | |
| Description: | Not reported | |
| Evacuations: | 0 | |
| Number of Injuries: | 0 | |
| Number of Fatalities: | 0 | |
| Description: | Possibly employees were throwing used oil over the wall.  Some of that oil went into a dry channel behind the wall. This case is under investigation. | |

San Bern. Co. Permit:
| | |
|---|---|
| Region: | SAN BERNARDINO |
| Facility ID: | FA0001427 |
| Owner: | JONES, TERRY B |
| Permit Number: | PT0001609 |
| Permit Category: | SPECIAL GENERATOR(B) |
| Facility Status: | ACTIVE |
| Expiration Date: | 9/30/2010  12:00:00AM |

| | |
|---|---|
| Region: | SAN BERNARDINO |
| Facility ID: | FA0001427 |
| Owner: | JONES, TERRY B |
| Permit Number: | PT0001608 |
| Permit Category: | SPECIAL HANDLER |
| Facility Status: | ACTIVE |
| Expiration Date: | 9/30/2010  12:00:00AM |

| | |
|---|---|
| Region: | SAN BERNARDINO |
| Facility ID: | FA0001427 |
| Owner: | JONES, TERRY B |
| Permit Number: | PT0001619 |
| Permit Category: | ABOVEGROUND PETROLEUM STORAGE (AST) (SPCC) |
| Facility Status: | INACTIVE |
| Expiration Date: | 9/30/2010  12:00:00AM |

---

**B10**        **BURNELL HYDROLICS**                                RCRA-SQG   1004675774
**SE**         **8810 ETIWANDA AVE**                                  FINDS   CAR000076950
**< 1/8**      **RANCHO CUCAMONGA, CA  91739**
**0.015 mi.**
**81 ft.**     **Site 2 of 6 in cluster B**

**Relative:**   RCRA-SQG:
**Lower**       Date form received by agency: 07/03/2000
               Facility name:            BURNELL HYDROLICS
**Actual:**     Facility address:         8810 ETIWANDA AVE
**1124 ft.**                              RANCHO CUCAMONGA, CA 917390417
               EPA ID:                   CAR000076950
               Contact:                  T J JONES
               Contact address:          8810 ETIWANDA AVE
                                         RANCHO CUCAMONGA, CA 917390417
               Contact country:          US
               Contact telephone:        (909) 899-1751
               Contact email:            Not reported
               EPA Region:               09

Exhibit 3
Page 435

| MAP FINDINGS |
|---|

Map ID
Direction
Distance
Elevation    Site                                                    Database(s)    EDR ID Number
                                                                                    EPA ID Number

---

**BURNELL HYDROLICS  (Continued)**                                                  **1004675774**

    Classification:            Small Small Quantity Generator
    Description:               Handler: generates more than 100 and less than 1000 kg of hazardous
                                waste during any calendar month and accumulates less than 6000 kg of
                                hazardous waste at any time; or generates 100 kg or less of hazardous
                                waste during any calendar month, and accumulates more than 1000 kg of
                                hazardous waste at any time

Owner/Operator Summary:
    Owner/operator name:       TERRANCE JONES
    Owner/operator address:    8810 ETIWANDA AVE
                                RANCHO CUCAMONGA, CA 91739
    Owner/operator country:    Not reported
    Owner/operator telephone:  (909) 899-1751
    Legal status:              Private
    Owner/Operator Type:       Owner
    Owner/Op start date:       Not reported
    Owner/Op end date:         Not reported

Handler Activities Summary:
    U.S. importer of hazardous waste:        No
    Mixed waste (haz. and radioactive):      Unknown
    Recycler of hazardous waste:             No
    Transporter of hazardous waste:          No
    Treater, storer or disposer of HW:       No
    Underground injection activity:          No
    On-site burner exemption:                No
    Furnace exemption:                       No
    Used oil fuel burner:                    No
    Used oil processor:                      No
    User oil refiner:                        No
    Used oil fuel marketer to burner:        No
    Used oil Specification marketer:         No
    Used oil transfer facility:              No
    Used oil transporter:                    No
    Off-site waste receiver:                 Verified to be non-commercial

Hazardous Waste Summary:
    Waste code:                D039
    Waste name:                TETRACHLOROETHYLENE

    Violation Status:          No violations found

FINDS:

    Registry ID:               110011914170

    Environmental Interest/Information System
                        NCDB (National Compliance Data Base) supports implementation of the
                        Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) and the
                        Toxic Substances Control Act (TSCA). The system tracks inspections in
                        regions and states with cooperative agreements, enforcement actions,
                        and settlements.

                        RCRAInfo is a national information system that supports the Resource
                        Conservation and Recovery Act (RCRA) program through the tracking of
                        events and activities related to facilities that generate, transport,

Exhibit 3
Page 436

| Map ID Direction Distance Elevation | Site | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|

**BURNELL HYDROLICS  (Continued)**        **1004675774**

and treat, store, or dispose of hazardous waste. RCRAInfo allows RCRA program staff to track the notification, permit, compliance, and corrective action activities required under RCRA.

---

**B11**
**SSE**
**< 1/8**
**0.021 mi.**
**112 ft.**

**PRECISION TOOL WORKS**
**8821 ETIWANDA AVE**
**RANCHO CUCAMONGA, CA  91739**

**San Bern. Co. Permit**    **S104769130**
   **N/A**

Site 3 of 6 in cluster B

**Relative:**
**Lower**

**Actual:**
**1123 ft.**

San Bern. Co. Permit:
Region:            SAN BERNARDINO
Facility ID:        FA0005397
Owner:            STRACK, JAY
Permit Number:    PT0007280
Permit Category:  HAZMAT HANDLER 0-10 EMPLOYEES (W/GEN PRMT)
Facility Status:    INACTIVE
Expiration Date:  12/31/2007  12:00:00AM

---

**B12**
**SSE**
**< 1/8**
**0.021 mi.**
**112 ft.**

**CJM TRUCKING COMPANY**
**8821 ETIWANDA**
**RANCHO CUCAMONGA, CA  91739**

**San Bern. Co. Permit**    **S104765250**
   **N/A**

Site 4 of 6 in cluster B

**Relative:**
**Lower**

**Actual:**
**1123 ft.**

San Bern. Co. Permit:
Region:            SAN BERNARDINO
Facility ID:        FA0002212
Owner:            CJM TRUCKING COMPANY
Permit Number:    PT0009805
Permit Category:  SPECIAL HANDLER
Facility Status:    INACTIVE
Expiration Date:  11/30/2007  12:00:00AM

Region:            SAN BERNARDINO
Facility ID:        FA0002212
Owner:            CJM TRUCKING COMPANY
Permit Number:    PT0009804
Permit Category:  SPECIAL GENERATOR(B)
Facility Status:    INACTIVE
Expiration Date:  11/30/2007  12:00:00AM

---

**B13**
**SSE**
**< 1/8**
**0.021 mi.**
**112 ft.**

**A G TRANSPORT**
**8821 ETIWANDA**
**RANCHO CUCAMONGA, CA  91739**

**San Bern. Co. Permit**    **S108240185**
   **N/A**

Site 5 of 6 in cluster B

**Relative:**
**Lower**

**Actual:**
**1123 ft.**

San Bern. Co. Permit:
Region:            SAN BERNARDINO
Facility ID:        FA0010759
Owner:            CONTENERO, DANIEL
Permit Number:    PT0018476
Permit Category:  SPECIAL HANDLER

Exhibit 3
Page 437

| Map ID<br>Direction<br>Distance<br>Elevation | Site | Database(s) | EDR ID Number<br>EPA ID Number |
|---|---|---|---|

**MAP FINDINGS**

**A G TRANSPORT  (Continued)**                                                      **S108240185**

Facility Status:     INACTIVE
Expiration Date:   1/31/2009  12:00:00AM

Region:              SAN BERNARDINO
Facility ID:          FA0010759
Owner:               CONTENERO, DANIEL
Permit Number:    PT0018475
Permit Category:  SPECIAL GENERATOR(B)
Facility Status:     INACTIVE
Expiration Date:   1/31/2009  12:00:00AM

---

| | | | |
|---|---|---|---|
| **B14**<br>**SSE**<br>**< 1/8**<br>**0.021 mi.**<br>**112 ft.** | **BERNELL HYDRAULICS INC**<br>**8821 ETIWANDA AVE**<br>**RANCHO CUCAMONGA, CA  91739** | | **RCRA-SQG   1001967580**<br>**FINDS    CAR000070748**<br>**HAZNET** |

**Site 6 of 6 in cluster B**

**Relative:**
**Lower**

RCRA-SQG:
Date form received by agency: 04/17/2000
Facility name:               BERNELL HYDRAULICS INC
Facility address:            8821 ETIWANDA AVE
                             RANCHO CUCAMONGA, CA 917390417

**Actual:**
**1123 ft.**

EPA ID:                      CAR000070748
Mailing address:            P O BOX 417
                             RANCHO CUCAMONGA, CA 917390417
Contact:                     T J JONES
Contact address:            8810 ETIWANDA AVE
                             RANCHO CUCAMONGA, CA 917390417
Contact country:            US
Contact telephone:          (909) 899-1751
Contact email:              Not reported
EPA Region:                  09
Classification:             Small Small Quantity Generator
Description:                 Handler: generates more than 100 and less than 1000 kg of hazardous
                             waste during any calendar month and accumulates less than 6000 kg of
                             hazardous waste at any time; or generates 100 kg or less of hazardous
                             waste during any calendar month, and accumulates more than 1000 kg of
                             hazardous waste at any time

Owner/Operator Summary:
Owner/operator name:        TERRANCE B JONES
Owner/operator address:     8810 ETIWANDA AVE
                             RANCHO CUCAMONGA, CA 91739
Owner/operator country:     Not reported
Owner/operator telephone:   (909) 899-1751
Legal status:               Private
Owner/Operator Type:        Owner
Owner/Op start date:        Not reported
Owner/Op end date:          Not reported

Handler Activities Summary:
U.S. importer of hazardous waste:          No
Mixed waste (haz. and radioactive):  Unknown
Recycler of hazardous waste:              No
Transporter of hazardous waste:           No
Treater, storer or disposer of HW:        No
Underground injection activity:            No

**Exhibit 3**
**Page 438**

| | MAP FINDINGS | |
|---|---|---|

Map ID
Direction
Distance
Elevation      Site      Database(s)      EDR ID Number
EPA ID Number

**BERNELL HYDRAULICS INC  (Continued)**      **1001967580**

| | |
|---|---|
| On-site burner exemption: | No |
| Furnace exemption: | No |
| Used oil fuel burner: | No |
| Used oil processor: | No |
| User oil refiner: | No |
| Used oil fuel marketer to burner: | No |
| Used oil Specification marketer: | No |
| Used oil transfer facility: | No |
| Used oil transporter: | No |
| Off-site waste receiver: | Verified to be non-commercial |

Hazardous Waste Summary:

| | |
|---|---|
| Waste code: | D000 |
| Waste name: | Not Defined |
| | |
| Waste code: | D039 |
| Waste name: | TETRACHLOROETHYLENE |
| | |
| Violation Status: | No violations found |

FINDS:

| | |
|---|---|
| Registry ID: | 110002935450 |

Environmental Interest/Information System
    California Hazardous Waste Tracking System - Datamart (HWTS-DATAMART)
    provides California with information on hazardous waste shipments for
    generators, transporters, and treatment, storage, and disposal
    facilities.

    RCRAInfo is a national information system that supports the Resource
    Conservation and Recovery Act (RCRA) program through the tracking of
    events and activities related to facilities that generate, transport,
    and treat, store, or dispose of hazardous waste. RCRAInfo allows RCRA
    program staff to track the notification, permit, compliance, and
    corrective action activities required under RCRA.

HAZNET:

| | |
|---|---|
| Gepaid: | CAR000070748 |
| Contact: | T J Jones |
| Telephone: | 9098991751 |
| Facility Addr2: | Not reported |
| Mailing Name: | Not reported |
| Mailing Address: | 8810 Etiwanda Ave |
| Mailing City,St,Zip: | Rancho Cucamonga, CA 917390417 |
| Gen County: | Not reported |
| TSD EPA ID: | Not reported |
| TSD County: | San Bernardino |
| Waste Category: | Aqueous solution with less than 10% total organic residues |
| Disposal Method: | Transfer Station |
| Tons: | 0.25 |
| Facility County: | Not reported |
| | |
| Gepaid: | CAR000070748 |
| Contact: | T J Jones |
| Telephone: | 9098991751 |

Exhibit 3
Page 439

Map ID
Direction
Distance
Elevation | Site

MAP FINDINGS

Database(s)

EDR ID Number
EPA ID Number

**BERNELL HYDRAULICS INC  (Continued)**                                    **1001967580**

| | |
|---|---|
| Facility Addr2: | Not reported |
| Mailing Name: | Not reported |
| Mailing Address: | 8810 Etiwanda Ave |
| Mailing City,St,Zip: | Rancho Cucamonga, CA 917390417 |
| Gen County: | San Bernardino |
| TSD EPA ID: | CAT000613927 |
| TSD County: | San Bernardino |
| Waste Category: | Aqueous solution with less than 10% total organic residues |
| Disposal Method: | Transfer Station |
| Tons: | 2.91 |
| Facility County: | San Bernardino |
| | |
| Gepaid: | CAR000070748 |
| Contact: | T J Jones |
| Telephone: | 9098991751 |
| Facility Addr2: | Not reported |
| Mailing Name: | Not reported |
| Mailing Address: | 8810 Etiwanda Ave |
| Mailing City,St,Zip: | Rancho Cucamonga, CA 917390417 |
| Gen County: | San Bernardino |
| TSD EPA ID: | Not reported |
| TSD County: | San Bernardino |
| Waste Category: | Aqueous solution with less than 10% total organic residues |
| Disposal Method: | Transfer Station |
| Tons: | 1.38 |
| Facility County: | Not reported |
| | |
| Gepaid: | CAR000070748 |
| Contact: | T J Jones |
| Telephone: | 9098991751 |
| Facility Addr2: | Not reported |
| Mailing Name: | Not reported |
| Mailing Address: | 8810 Etiwanda Ave |
| Mailing City,St,Zip: | Rancho Cucamonga, CA 917390417 |
| Gen County: | San Bernardino |
| TSD EPA ID: | CAT000613927 |
| TSD County: | San Bernardino |
| Waste Category: | Aqueous solution with less than 10% total organic residues |
| Disposal Method: | Transfer Station |
| Tons: | 2.71 |
| Facility County: | Not reported |
| | |
| Gepaid: | CAR000070748 |
| Contact: | T J Jones |
| Telephone: | 9098991751 |
| Facility Addr2: | Not reported |
| Mailing Name: | Not reported |
| Mailing Address: | 8810 Etiwanda Ave |
| Mailing City,St,Zip: | Rancho Cucamonga, CA 917390417 |
| Gen County: | San Bernardino |
| TSD EPA ID: | CAT000613927 |
| TSD County: | San Bernardino |
| Waste Category: | Aqueous solution with less than 10% total organic residues |
| Disposal Method: | Transfer Station |
| Tons: | 2.71 |
| Facility County: | Not reported |

Exhibit 3
Page 440

| Map ID Direction Distance Elevation | | MAP FINDINGS | | |
|---|---|---|---|---|
| | Site | | Database(s) | EDR ID Number EPA ID Number |

**BERNELL HYDRAULICS INC  (Continued)**                                                                    1001967580

Click this hyperlink while viewing on your computer to access additional CA_HAZNET: detail in the EDR Site Report.

| | | | |
|---|---|---|---|
| **C15** | **ALLSTATE PAPER & METAL RECYCLING CO** | **SWRCY** | **S107136621** |
| **South** | **8889 ETIWANDA AVE** | **San Bern. Co. Permit** | **N/A** |
| **< 1/8** | **RANCHO CUCAMONGA, CA  91739** | | |
| **0.072 mi.** | | | |
| **378 ft.** | **Site 1 of 6 in cluster C** | | |

**Relative:**    SWRCY:
**Lower**
              Certification Status:                              O
**Actual:**       Facility Phone Number:                        (909) 899-3613
**1121 ft.**      Date facility became certified:               7/22/1999
              Date facility began operating:                9/20/1999
              Date facility ceased operating:               Still operating
              Whether The Facility Is Grandfathered:        Not reported
              Convenience Zone Where Faciltiy Located:      Not Accepted
              Convenience Zone Where Faciltiy Located 2:    Not Accepted
              Convenience Zone Where Faciltiy Located 3:    Not Accepted
              Convenience Zone Where Faciltiy Located 4:    Not Accepted
              Convenience Zone Where Faciltiy Located 5:    Not Accepted
              Convenience Zone Where Faciltiy Located 6:    Not Accepted
              Convenience Zone Where Faciltiy Located 7:    Not Accepted
              Aluminum Beverage Containers Redeemed:        AL
              Glass Beverage Containers Redeemed:           GL
              Plastic Beverage Containers Redeemed:         PL
              Other mat beverage containers redeemed:       Not reported
              Refillable Beverage Containers Redeemed:      Not reported

          San Bern. Co. Permit:
              Region:            SAN BERNARDINO
              Facility ID:       FA0010121
              Owner:             ALLSTATE PAPER & METAL RECYCLG
              Permit Number:     PT0017285
              Permit Category:   GENERATOR - 26-50 EMPLOYEES
              Facility Status:   ACTIVE
              Expiration Date:   1/31/2011  12:00:00AM

              Region:            SAN BERNARDINO
              Facility ID:       FA0010121
              Owner:             ALLSTATE PAPER & METAL RECYCLG
              Permit Number:     PT0017286
              Permit Category:   HAZMAT HANDLER 26-50 EMPLOYEES (W/GEN PRMT)
              Facility Status:   ACTIVE
              Expiration Date:   1/31/2011  12:00:00AM

Exhibit 3
Page 441

| Map ID<br>Direction<br>Distance<br>Elevation | Site | Database(s) | EDR ID Number<br>EPA ID Number |
|---|---|---|---|

**MAP FINDINGS**

| | | | |
|---|---|---|---|
| **C16**<br>**South**<br>**< 1/8**<br>**0.072 mi.**<br>**378 ft.** | **WARREN ENTERPRISES INC**<br>**8889 ETIWANDA AVE**<br>**RANCHO CUCAMONGA, CA  91739**<br><br>**Site 2 of 6 in cluster C** | **CHMIRS**<br>**HAZNET**<br>**PROC** | **S108224813**<br>**N/A** |

**Relative:**
**Lower**

**Actual:**
**1121 ft.**

CHMIRS:

| | |
|---|---|
| OES Incident Number: | 05-7151 |
| OES notification: | 12/12/200508:47:50 AM |
| OES Date: | Not reported |
| OES Time: | Not reported |
| Incident Date: | Not reported |
| **Date Completed:** | **Not reported** |
| Property Use: | Not reported |
| Agency Id Number: | Not reported |
| Agency Incident Number: | Not reported |
| Time Notified: | Not reported |
| Time Completed: | Not reported |
| Surrounding Area: | Not reported |
| Estimated Temperature: | Not reported |
| Property Management: | Not reported |
| Special Studies 1: | Not reported |
| Special Studies 2: | Not reported |
| Special Studies 3: | Not reported |
| Special Studies 4: | Not reported |
| Special Studies 5: | Not reported |
| Special Studies 6: | Not reported |
| More Than Two Substances Involved?: | Not reported |
| Resp Agncy Personel # Of Decontaminated: | Not reported |
| Responding Agency Personel # Of Injuries: | Not reported |
| Responding Agency Personel # Of Fatalities: | Not reported |
| Others Number Of Decontaminated: | Not reported |
| Others Number Of Injuries: | Not reported |
| Others Number Of Fatalities: | Not reported |
| Vehicle Make/year: | Not reported |
| Vehicle License Number: | Not reported |
| Vehicle State: | Not reported |
| Vehicle Id Number: | Not reported |
| CA/DOT/PUC/ICC Number: | Not reported |
| Company Name: | Not reported |
| Reporting Officer Name/ID: | Not reported |
| Report Date: | Not reported |
| Comments: | Not reported |
| Facility Telephone: | Not reported |
| Waterway Involved: | Not reported |
| Waterway: | Not reported |
| Spill Site: | Not reported |
| Cleanup By: | Contractor |
| Containment: | Not reported |
| What Happened: | Not reported |
| Type: | Not reported |
| Measure: | Not reported |
| Other: | Not reported |
| Date/Time: | Not reported |
| Year: | 2005 |
| Agency: | ACT American Compliance |
| Incident Date: | 12/12/200512:00:00 AM |
| Admin Agency: | San Bernardino County Health Department |
| Amount: | Not reported |

Exhibit 3
Page 442

| | | | | MAP FINDINGS | | |

Map ID
Direction
Distance
Elevation   Site        Database(s)    EDR ID Number / EPA ID Number

**WARREN ENTERPRISES INC  (Continued)**        S108224813

Contained:        No
Site Type:        Road
E Date:        Not reported
Substance:        Diesel
Quantity Released:        Not reported
BBLS:        0
Cups:        0
CUFT:        0
Gallons:        75
Grams:        0
Pounds:        0
Liters:        0
Ounces:        0
Pints:        0
Quarts:        0
Sheen:        0
Tons:        0
Unknown:        0
Description:        Not reported
Evacuations:        0
Number of Injuries:        0
Number of Fatalities:        0
Description:        A big rig ran over debris and damaged fuel tank.

HAZNET:
Gepaid:        CAC002598392
Contact:        GARY PETERSON
Telephone:        9097724281
Facility Addr2:        Not reported
Mailing Name:        Not reported
Mailing Address:        PO BOX 45308
Mailing City,St,Zip:        OMAHA, NE 681459845
Gen County:        San Bernardino
TSD EPA ID:        CAD028409019
TSD County:        Los Angeles
Waste Category:        Off-specification, aged, or surplus organics
Disposal Method:        Transfer Station
Tons:        0.1
Facility County:        Not reported

PROC:
Certification Number:        PR0303
Date Processor Became Certified By Division:        7/22/1999
Date Processor Became Operational:        9/20/1999
Date Processor Became Decertified:        Not reported
Aluminum Beverage Containers Redeemed:        PROC
Glass Beverage Containers Redeemed:        PROC
Plastic Beverage Containers Redeemed:        PROC
Other Material Beverage Containers Accepted:        PROC
Refillable Beverage Containers Accepted:        No
Non Redeemable (Non CRV) Glass Accepted:        No
Newspaper Accepted:        No
Cardboard Accepted:        No
White Office Paper Accepted:        No
Computer Paper Accepted:        No
Other Aluminum Metal Accepted:        No

Exhibit 3
Page 443

| Map ID Direction Distance Elevation | Site | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|

MAP FINDINGS

**WARREN ENTERPRISES INC  (Continued)**                                    S108224813

| | |
|---|---|
| Scrap Metals Accepted: | No |
| Auto Batteries Accepted: | No |
| Used Oil Accepted: | No |
| Other Plastic Accepted (Non CRV): | No |
| Other Materials Accepted: | Not reported |

---

**D17**
**North**
**< 1/8**
**0.097 mi.**
**512 ft.**

**Relative:**
**Higher**

**Actual:**
**1142 ft.**

**ECOLOGY AUTO PARTS**
**8639 ETIWANDA AVE**
**RANCHO CUCAMONGA, CA  91739**

NPDES        S108240215
AST          N/A
San Bern. Co. Permit
HAZNET

**Site 1 of 3 in cluster D**

NPDES:
| | |
|---|---|
| Npdes Number: | Not reported |
| Facility Status: | Active |
| Agency Id: | 15244 |
| Region: | 8 |
| Regulatory Measure Id: | 288920 |
| Order No: | 97-03-DWQ |
| Regulatory Measure Type: | Storm water industrial |
| Place Id: | 626329 |
| WDID: | 8 36I019519 |
| Program Type: | INDSTW |
| Adoption Date Of Regulatory Measure: | Not reported |
| Effective Date Of Regulatory Measure: | 5/20/2005 |
| Expiration Date Of Regulatory Measure: | Not reported |
| Termination Date Of Regulatory Measure: | Not reported |
| Discharge Name: | Ecology Auto Parts Inc |
| Discharge Address: | 13780 East Imperial Highway |
| Discharge City: | Santa Fe Springs |
| Discharge State: | CA |
| Discharge Zip: | 90670 |

AST:
| | |
|---|---|
| Owner: | SIROONIAN, CHARLES B. |
| Total Gallons: | 2,600 |
| Certified Unified Program Agencies: | San Bernardino |

San Bern. Co. Permit:
| | |
|---|---|
| Region: | SAN BERNARDINO |
| Facility ID: | FA0010668 |
| Owner: | SIROONIAN, CHARLES B. |
| Permit Number: | PT0018165 |
| Permit Category: | HAZMAT HANDLER 11-25 EMPLOYEES (W/GEN PRMT) |
| Facility Status: | ACTIVE |
| Expiration Date: | 12/31/2010 12:00:00AM |

| | |
|---|---|
| Region: | SAN BERNARDINO |
| Facility ID: | FA0010668 |
| Owner: | SIROONIAN, CHARLES B. |
| Permit Number: | PT0018343 |
| Permit Category: | APSA 1,320-10,000 GAL  FAC CAPACITY |
| Facility Status: | ACTIVE |
| Expiration Date: | 12/31/2009 12:00:00AM |

| | |
|---|---|
| Region: | SAN BERNARDINO |
| Facility ID: | FA0010668 |

Exhibit 3
Page 444

| Map ID | | | | |
|--------|--|--|--|--|
| Direction | | | | |
| Distance | | | | EDR ID Number |
| Elevation | Site | | Database(s) | EPA ID Number |

**MAP FINDINGS**

**ECOLOGY AUTO PARTS  (Continued)**                                         S108240215

    Owner:            SIROONIAN, CHARLES B.
    Permit Number:    PT0018166
    Permit Category:   GENERATOR - 11-25 EMPLOYEES
    Facility Status:    ACTIVE
    Expiration Date:   12/31/2010  12:00:00AM

    Region:           SAN BERNARDINO
    Facility ID:       FA0010668
    Owner:            SIROONIAN, CHARLES B.
    Permit Number:    PT0018344
    Permit Category:   AST OPERATING PERMIT
    Facility Status:    INACTIVE
    Expiration Date:   12/31/2009  12:00:00AM

   HAZNET:
    Gepaid:           CAL000294214
    Contact:          RON COFFMAN
    Telephone:       5629219974
    Facility Addr2:    Not reported
    Mailing Name:    Not reported
    Mailing Address:   14150 VINE PLACE
    Mailing City,St,Zip:  CERRITOS, CA 907030000
    Gen County:      San Bernardino
    TSD EPA ID:      CAT000646117
    TSD County:      Kings
    Waste Category:   Contaminated soil from site clean-ups
    Disposal Method:  Disposal, Land Fill
    Tons:             1.68
    Facility County:   San Bernardino

    Gepaid:           CAL000294214
    Contact:          RON COFFMAN
    Telephone:       5629219974
    Facility Addr2:    Not reported
    Mailing Name:    Not reported
    Mailing Address:   14150 VINE PLACE
    Mailing City,St,Zip:  CERRITOS, CA 907030000
    Gen County:      San Bernardino
    TSD EPA ID:      CAT000646117
    TSD County:      Kings
    Waste Category:   Contaminated soil from site clean-ups
    Disposal Method:  H132
    Tons:             16.52
    Facility County:   San Bernardino

    Gepaid:           CAL000294214
    Contact:          RON COFFMAN
    Telephone:       5629219974
    Facility Addr2:    Not reported
    Mailing Name:    Not reported
    Mailing Address:   14150 VINE PLACE
    Mailing City,St,Zip:  CERRITOS, CA 907030000
    Gen County:      San Bernardino
    TSD EPA ID:      CAT000646117
    TSD County:      Kings
    Waste Category:   Contaminated soil from site clean-ups
    Disposal Method:  H132

Exhibit 3
Page 445

| Map ID Direction Distance Elevation | Site | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|

## MAP FINDINGS

**ECOLOGY AUTO PARTS  (Continued)**                                                                          S108240215

|  | Tons: | 11.8 |
|---|---|---|
|  | Facility County: | San Bernardino |

---

**C18**
**South**
**< 1/8**
**0.110 mi.**
**579 ft.**

**CALIFORNIA HOME BRANDS INC**
**8930 ETIWANDA AVE**
**ETIWANDA, CA  91739**

**RCRA-SQG**  1000252224
**FINDS**  CAD981399843
**HAZNET**

Site 3 of 6 in cluster C

**Relative:**
**Lower**

**Actual:**
**1119 ft.**

RCRA-SQG:
|  | Date form received by agency: | 09/01/1996 |
|---|---|---|
|  | Facility name: | CALIFORNIA HOME BRANDS INC |
|  | Facility address: | 8930 ETIWANDA AVE |
|  |  | ETIWANDA, CA 91739 |
|  | EPA ID: | CAD981399843 |
|  | Mailing address: | PO BOX 477 |
|  |  | ETIWANDA, CA 91739 |
|  | Contact: | Not reported |
|  | Contact address: | Not reported |
|  |  | Not reported |
|  | Contact country: | Not reported |
|  | Contact telephone: | Not reported |
|  | Contact email: | Not reported |
|  | EPA Region: | 09 |
|  | Classification: | Small Small Quantity Generator |
|  | Description: | Handler: generates more than 100 and less than 1000 kg of hazardous waste during any calendar month and accumulates less than 6000 kg of hazardous waste at any time; or generates 100 kg or less of hazardous waste during any calendar month, and accumulates more than 1000 kg of hazardous waste at any time |

|  | Owner/Operator Summary: |  |
|---|---|---|
|  | Owner/operator name: | CALIFORNIA HOME BRANDS |
|  | Owner/operator address: | NOT REQUIRED |
|  |  | NOT REQUIRED, ME 99999 |
|  | Owner/operator country: | Not reported |
|  | Owner/operator telephone: | (415) 555-1212 |
|  | Legal status: | Private |
|  | Owner/Operator Type: | Owner |
|  | Owner/Op start date: | Not reported |
|  | Owner/Op end date: | Not reported |
|  |  |  |
|  | Owner/operator name: | NOT REQUIRED |
|  | Owner/operator address: | NOT REQUIRED |
|  |  | NOT REQUIRED, ME 99999 |
|  | Owner/operator country: | Not reported |
|  | Owner/operator telephone: | (415) 555-1212 |
|  | Legal status: | Private |
|  | Owner/Operator Type: | Operator |
|  | Owner/Op start date: | Not reported |
|  | Owner/Op end date: | Not reported |

|  | Handler Activities Summary: |  |
|---|---|---|
|  | U.S. importer of hazardous waste: | Unknown |
|  | Mixed waste (haz. and radioactive): | Unknown |
|  | Recycler of hazardous waste: | No |
|  | Transporter of hazardous waste: | No |

Exhibit 3
Page 446

| Map ID Direction Distance Elevation | Site | | | | | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|---|---|---|---|

MAP FINDINGS

**CALIFORNIA HOME BRANDS INC  (Continued)**                                                    1000252224

| | |
|---|---|
| Treater, storer or disposer of HW: | No |
| Underground injection activity: | No |
| On-site burner exemption: | Unknown |
| Furnace exemption: | Unknown |
| Used oil fuel burner: | No |
| Used oil processor: | No |
| User oil refiner: | No |
| Used oil fuel marketer to burner: | No |
| Used oil Specification marketer: | No |
| Used oil transfer facility: | No |
| Used oil transporter: | No |
| Off-site waste receiver: | Verified to be non-commercial |

Historical Generators:

| | |
|---|---|
| Date form received by agency: | 04/10/1990 |
| Facility name: | CALIFORNIA HOME BRANDS INC |
| Classification: | Large Quantity Generator |

| | |
|---|---|
| Date form received by agency: | 04/25/1986 |
| Facility name: | CALIFORNIA HOME BRANDS INC |
| Classification: | Large Quantity Generator |

| | |
|---|---|
| Violation Status: | No violations found |

FINDS:

| | |
|---|---|
| Registry ID: | 110002694120 |

Environmental Interest/Information System

RCRAInfo is a national information system that supports the Resource Conservation and Recovery Act (RCRA) program through the tracking of events and activities related to facilities that generate, transport, and treat, store, or dispose of hazardous waste. RCRAInfo allows RCRA program staff to track the notification, permit, compliance, and corrective action activities required under RCRA.

HAZNET:

| | |
|---|---|
| Gepaid: | CAD981399843 |
| Contact: | Not reported |
| Telephone: | 0000000000 |
| Facility Addr2: | Not reported |
| Mailing Name: | Not reported |
| Mailing Address: | 1 RIVERFRONT PL |
| Mailing City,St,Zip: | NEWPORT, KY 410714548 |
| Gen County: | San Bernardino |
| TSD EPA ID: | CAD044429835 |
| TSD County: | Los Angeles |
| Waste Category: | Aqueous solution with 10% or more total organic residues |
| Disposal Method: | Treatment, Incineration |
| Tons: | .1584 |
| Facility County: | San Bernardino |

| | |
|---|---|
| Gepaid: | CAD981399843 |
| Contact: | Not reported |
| Telephone: | 0000000000 |
| Facility Addr2: | Not reported |

Exhibit 3<br>Page 447

| | MAP FINDINGS | |
|---|---|---|

Map ID
Direction
Distance
Elevation  Site

Database(s)

EDR ID Number
EPA ID Number

**CALIFORNIA HOME BRANDS INC  (Continued)**                                    1000252224

| | |
|---|---|
| Mailing Name: | Not reported |
| Mailing Address: | 1 RIVERFRONT PL |
| Mailing City,St,Zip: | NEWPORT, KY 410714548 |
| Gen County: | San Bernardino |
| TSD EPA ID: | CAD000633164 |
| TSD County: | Imperial |
| Waste Category: | *** |
| Disposal Method: | Disposal, Land Fill |
| Tons: | 2.7000 |
| Facility County: | San Bernardino |

| | |
|---|---|
| Gepaid: | CAD981399843 |
| Contact: | Not reported |
| Telephone: | 0000000000 |
| Facility Addr2: | Not reported |
| Mailing Name: | Not reported |
| Mailing Address: | 1 RIVERFRONT PL |
| Mailing City,St,Zip: | NEWPORT, KY 410714548 |
| Gen County: | San Bernardino |
| TSD EPA ID: | CAD067786749 |
| TSD County: | Los Angeles |
| Waste Category: | Asbestos-containing waste |
| Disposal Method: | Disposal, Land Fill |
| Tons: | 52.2536 |
| Facility County: | San Bernardino |

| | |
|---|---|
| Gepaid: | CAD981399843 |
| Contact: | Not reported |
| Telephone: | 0000000000 |
| Facility Addr2: | Not reported |
| Mailing Name: | Not reported |
| Mailing Address: | 1 RIVERFRONT PL |
| Mailing City,St,Zip: | NEWPORT, KY 410714548 |
| Gen County: | San Bernardino |
| TSD EPA ID: | CAD981458466 |
| TSD County: | Los Angeles |
| Waste Category: | Aqueous solution with less than 10% total organic residues |
| Disposal Method: | Recycler |
| Tons: | 1.8765 |
| Facility County: | San Bernardino |

| | |
|---|---|
| Gepaid: | CAD981399843 |
| Contact: | Not reported |
| Telephone: | 0000000000 |
| Facility Addr2: | Not reported |
| Mailing Name: | Not reported |
| Mailing Address: | 1 RIVERFRONT PL |
| Mailing City,St,Zip: | NEWPORT, KY 410714548 |
| Gen County: | San Bernardino |
| TSD EPA ID: | CAT080022148 |
| TSD County: | San Bernardino |
| Waste Category: | Polychlorinated biphenyls and material containing PCB's |
| Disposal Method: | Not reported |
| Tons: | .4000 |
| Facility County: | San Bernardino |

Exhibit 3
Page 448

| | | MAP FINDINGS | | |
|---|---|---|---|---|

| Map ID Direction Distance Elevation | Site | | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|---|

**CALIFORNIA HOME BRANDS INC  (Continued)**                                    1000252224

Click this hyperlink while viewing on your computer to access
13 additional CA_HAZNET: record(s) in the EDR Site Report.

---

| | | | | |
|---|---|---|---|---|
| **C19**<br>**South**<br>**< 1/8**<br>**0.110 mi.**<br>**579 ft.** | **NATIONAL CAN CORP**<br>**8939 ETIWANDA AVE**<br>**ETIWANDA, CA  91739** | | **RCRA-SQG**<br>**FINDS** | 1000260483<br>CAD041580945 |

**Site 4 of 6 in cluster C**

**Relative:**
**Lower**

**Actual:**
**1119 ft.**

RCRA-SQG:
    Date form received by agency: 09/01/1996
    Facility name:              NATIONAL CAN CORP
    Facility address:           8939 ETIWANDA AVE
                                ETIWANDA, CA 91739
    EPA ID:                     CAD041580945
    Mailing address:            PO BOX 347
                                ETIWANDA, CA 91739
    Contact:                    Not reported
    Contact address:            Not reported
                                Not reported
    Contact country:            Not reported
    Contact telephone:          Not reported
    Contact email:              Not reported
    EPA Region:                 09
    Classification:             Small Small Quantity Generator
    Description:                Handler: generates more than 100 and less than 1000 kg of hazardous
                                waste during any calendar month and accumulates less than 6000 kg of
                                hazardous waste at any time; or generates 100 kg or less of hazardous
                                waste during any calendar month, and accumulates more than 1000 kg of
                                hazardous waste at any time

    Owner/Operator Summary:
    Owner/operator name:        NATIONAL CAN CORPORATION
    Owner/operator address:     8101 WEST HIGGINS ROAD
                                CHICAGO, IL 60631
    Owner/operator country:     Not reported
    Owner/operator telephone:   (312) 399-3392
    Legal status:               Private
    Owner/Operator Type:        Owner
    Owner/Op start date:        Not reported
    Owner/Op end date:          Not reported

    Owner/operator name:        NATIONAL CAN CORPORATION
    Owner/operator address:     8101 WEST HIGGINS ROAD
                                CITY NOT REPORTED, IL 99999
    Owner/operator country:     Not reported
    Owner/operator telephone:   (312) 399-3392
    Legal status:               Private
    Owner/Operator Type:        Operator
    Owner/Op start date:        Not reported
    Owner/Op end date:          Not reported

    Handler Activities Summary:
    U.S. importer of hazardous waste:      Unknown
    Mixed waste (haz. and radioactive):    Unknown
    Recycler of hazardous waste:           No
    Transporter of hazardous waste:        No

Exhibit 3
Page 449

| Map ID Direction Distance Elevation | Site | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|

**NATIONAL CAN CORP  (Continued)**                                                                        **1000260483**

| | |
|---|---|
| Treater, storer or disposer of HW: | No |
| Underground injection activity: | No |
| On-site burner exemption: | Unknown |
| Furnace exemption: | Unknown |
| Used oil fuel burner: | No |
| Used oil processor: | No |
| User oil refiner: | No |
| Used oil fuel marketer to burner: | No |
| Used oil Specification marketer: | No |
| Used oil transfer facility: | No |
| Used oil transporter: | No |
| Off-site waste receiver: | Verified to be non-commercial |

Historical Generators:
| | |
|---|---|
| Date form received by agency: | 08/18/1980 |
| Facility name: | NATIONAL CAN CORP |
| Classification: | Large Quantity Generator |
| | |
| Violation Status: | No violations found |

FINDS:

| | |
|---|---|
| Registry ID: | 110001157943 |

Environmental Interest/Information System

US EPA TRIS (Toxics Release Inventory System) contains information from facilities on the amounts of over 300 listed toxic chemicals that these facilities release directly to air, water, land, or that are transported off-site.

RCRAInfo is a national information system that supports the Resource Conservation and Recovery Act (RCRA) program through the tracking of events and activities related to facilities that generate, transport, and treat, store, or dispose of hazardous waste. RCRAInfo allows RCRA program staff to track the notification, permit, compliance, and corrective action activities required under RCRA.

---

| | | | |
|---|---|---|---|
| **C20** **South** **< 1/8** **0.110 mi.** **579 ft.** | **STERLING CAN** **8939 ETIWANDA AVENUE** **RANCHO CUCAMONGA, CA** **Site 5 of 6 in cluster C** | **SLIC** | **S102417030** **N/A** |
| **Relative:** **Lower** | SLIC: | | |
| **Actual:** **1119 ft.** | | | |

| | |
|---|---|
| Region: | STATE |
| **Facility Status:** | **Completed - Case Closed** |
| Status Date: | 1995-06-22 00:00:00 |
| Global Id: | SLT8R1864120 |
| Lead Agency: | SANTA ANA RWQCB (REGION 8) |
| Lead Agency Case Number: | Not reported |
| Latitude: | 34.143184 |
| Longitude: | -117.522669 |
| Case Type: | Cleanup Program Site |
| Case Worker: | Not reported |
| Local Agency: | Not reported |
| RB Case Number: | SLT8R186 |
| File Location: | Regional Board |

Exhibit 3
Page 450

| Map ID<br>Direction<br>Distance<br>Elevation | Site | Database(s) | EDR ID Number<br>EPA ID Number |
|---|---|---|---|

MAP FINDINGS

**STERLING CAN  (Continued)** S102417030

Potential Media Affected:    Soil
Potential Contaminants of Concern:  Tetrachloroethylene (PCE), Toluene, Xylene
General Comments:    Not reported

SLIC:
    Type:    Soil
    Facility Status:    Closed
    Region:    8
    Staff:    PAH
    Substance:    PAH
    Lead Agency:    PAH
    Location Code:    PAH
    Thomas Bros Code:    PAH

---

**C21**
**South**
**< 1/8**
**0.110 mi.**
**579 ft.**

**CHB FOODS INC METAL DECO. DIV**
**8939 ETIWANDA AVE**
**ETIWANDA, CA  91739**

**Site 6 of 6 in cluster C**

**HIST UST**
**EMI**

**U001569535**
**N/A**

**Relative:**
**Lower**

**Actual:**
**1119 ft.**

HIST UST:
    Region:    STATE
    Facility ID:    00000016014
    Facility Type:    Other
    Other Type:    LITHO COATING
    Total Tanks:    0000
    Contact Name:    G DIXON
    Telephone:    7148992544
    Owner Name:    CHB FOODS, INC
    Owner Address:    772 TUNA PO BOX 3510
    Owner City,St,Zip:    TERMINAL ISLAND, CA 90731

    Tank Num:    001
    Container Num:    1
    Year Installed:    1966
    Tank Capacity:    00010000
    Tank Used for:    PRODUCT
    Type of Fuel:    Not reported
    Tank Construction:    Not reported
    Leak Detection:    10

    Tank Num:    002
    Container Num:    M710-1
    Year Installed:    Not reported
    Tank Capacity:    00010000
    Tank Used for:    PRODUCT
    Type of Fuel:    DIESEL
    Tank Construction:    Not reported
    Leak Detection:    None

    Tank Num:    003
    Container Num:    2
    Year Installed:    1966
    Tank Capacity:    00010000
    Tank Used for:    PRODUCT
    Type of Fuel:    Not reported
    Tank Construction:    Not reported

Exhibit 3
Page 451

| | MAP FINDINGS | |
|---|---|---|

Map ID
Direction
Distance
Elevation      Site                                                                    Database(s)      EDR ID Number
EPA ID Number

---

**CHB FOODS INC METAL DECO. DIV  (Continued)**                                          U001569535

    Leak Detection:    10

    Tank Num:    004
    Container Num:    3
    Year Installed:    1966
    Tank Capacity:    00010000
    Tank Used for:    PRODUCT
    Type of Fuel:    Not reported
    Tank Construction:    Not reported
    Leak Detection:    Not reported

    Tank Num:    005
    Container Num:    4
    Year Installed:    1966
    Tank Capacity:    00010000
    Tank Used for:    PRODUCT
    Type of Fuel:    Not reported
    Tank Construction:    Not reported
    Leak Detection:    Not reported

    Tank Num:    006
    Container Num:    5
    Year Installed:    1966
    Tank Capacity:    00010000
    Tank Used for:    PRODUCT
    Type of Fuel:    Not reported
    Tank Construction:    Not reported
    Leak Detection:    Not reported

    Tank Num:    007
    Container Num:    6
    Year Installed:    1966
    Tank Capacity:    00000000
    Tank Used for:    PRODUCT
    Type of Fuel:    Not reported
    Tank Construction:    Not reported
    Leak Detection:    10

    Tank Num:    008
    Container Num:    7
    Year Installed:    1966
    Tank Capacity:    00010000
    Tank Used for:    PRODUCT
    Type of Fuel:    Not reported
    Tank Construction:    Not reported
    Leak Detection:    None, 10

EMI:
    Year:    1987
    County Code:    36
    Air Basin:    SC
    Facility ID:    42008
    Air District Name:    SC
    SIC Code:    2099
    Air District Name:    SOUTH COAST AQMD
    Community Health Air Pollution Info System:    Not reported
    Consolidated Emission Reporting Rule:    Not reported

Exhibit 3
Page 452

| Map ID Direction Distance Elevation | Site | Database(s) | EDR ID Number EPA ID Number |
|---|---|---|---|

**CHB FOODS INC METAL DECO. DIV  (Continued)**                                                     **U001569535**

| Total Organic Hydrocarbon Gases Tons/Yr: | 69 |
| Reactive Organic Gases Tons/Yr: | 68 |
| Carbon Monoxide Emissions Tons/Yr: | 0 |
| NOX - Oxides of Nitrogen Tons/Yr: | 12 |
| SOX - Oxides of Sulphur Tons/Yr: | 0 |
| Particulate Matter Tons/Yr: | 1 |
| Part. Matter 10 Micrometers & Smllr Tons/Yr: | 1 |

---

**D22**      **CARSON IINDUSTRIES**                                      San Bern. Co. Permit   **S106910737**
**North**    **8613 ETIWANDA AVE**                                                            **N/A**
**1/8-1/4**  **RANCHO CUCAMONGA, CA  91730**
**0.138 mi.**
**728 ft.**  **Site 2 of 3 in cluster D**

**Relative:**  San Bern. Co. Permit:
**Higher**        Region:            SAN BERNARDINO
                  Facility ID:       FA0001797
**Actual:**       Owner:             CARSON INDUSTRIES LLC
**1145 ft.**      Permit Number:     PT0004549
                  Permit Category:   SPECIAL GENERATOR(B)
                  Facility Status:   INACTIVE
                  Expiration Date:   7/31/2003  12:00:00AM

---

**D23**      **FREEWAY TRUCK PARTS**                                       RCRA-SQG   **1000225199**
**North**    **8613 ETIWANDA AVE**                                         FINDS      **CAD982002271**
**1/8-1/4**  **ETIWANDA, CA  91739**
**0.138 mi.**
**728 ft.**  **Site 3 of 3 in cluster D**

**Relative:**  RCRA-SQG:
**Higher**        Date form received by agency: 06/01/1987
                  Facility name:        FREEWAY TRUCK PARTS
**Actual:**       Facility address:     8613 ETIWANDA AVE
**1145 ft.**                            ETIWANDA, CA 91739
                  EPA ID:               CAD982002271
                  Mailing address:      ETIWANDA AVE
                                        ETIWANDA, CA 91739
                  Contact:              ENVIRONMENTAL  MANAGER
                  Contact address:      8613 ETIWANDA AVE
                                        ETIWANDA, CA 91739
                  Contact country:      US
                  Contact telephone:    (714) 980-3360
                  Contact email:        Not reported
                  EPA Region:           09
                  Classification:       Small Small Quantity Generator
                  Description:          Handler: generates more than 100 and less than 1000 kg of hazardous
                                        waste during any calendar month and accumulates less than 6000 kg of
                                        hazardous waste at any time; or generates 100 kg or less of hazardous
                                        waste during any calendar month, and accumulates more than 1000 kg of
                                        hazardous waste at any time

                  Owner/Operator Summary:
                  Owner/operator name:     NOT REQUIRED
                  Owner/operator address:  NOT REQUIRED
                                           NOT REQUIRED, ME 99999
                  Owner/operator country:  Not reported

Exhibit 3
Page 453

**FREEWAY TRUCK PARTS  (Continued)**                                                                    1000225199

| | |
| --- | --- |
| Owner/operator telephone: | (415) 555-1212 |
| Legal status: | Private |
| Owner/Operator Type: | Operator |
| Owner/Op start date: | Not reported |
| Owner/Op end date: | Not reported |

| | |
| --- | --- |
| Owner/operator name: | BUD CO |
| Owner/operator address: | NOT REQUIRED |
| | NOT REQUIRED, ME 99999 |
| Owner/operator country: | Not reported |
| Owner/operator telephone: | (415) 555-1212 |
| Legal status: | Private |
| Owner/Operator Type: | Owner |
| Owner/Op start date: | Not reported |
| Owner/Op end date: | Not reported |

Handler Activities Summary:

| | |
| --- | --- |
| U.S. importer of hazardous waste: | No |
| Mixed waste (haz. and radioactive): | Unknown |
| Recycler of hazardous waste: | No |
| Transporter of hazardous waste: | No |
| Treater, storer or disposer of HW: | No |
| Underground injection activity: | No |
| On-site burner exemption: | No |
| Furnace exemption: | No |
| Used oil fuel burner: | No |
| Used oil processor: | No |
| User oil refiner: | No |
| Used oil fuel marketer to burner: | No |
| Used oil Specification marketer: | No |
| Used oil transfer facility: | No |
| Used oil transporter: | No |
| Off-site waste receiver: | Verified to be non-commercial |

| | |
| --- | --- |
| Violation Status: | No violations found |

FINDS:

| | |
| --- | --- |
| Registry ID: | 110002772955 |

Environmental Interest/Information System

RCRAInfo is a national information system that supports the Resource Conservation and Recovery Act (RCRA) program through the tracking of events and activities related to facilities that generate, transport, and treat, store, or dispose of hazardous waste. RCRAInfo allows RCRA program staff to track the notification, permit, compliance, and corrective action activities required under RCRA.

Exhibit 3
Page 454

| | MAP FINDINGS | |
|---|---|---|

| Map ID | | | EDR ID Number |
|---|---|---|---|
| Direction | | | |
| Distance | | | |
| Elevation | Site | Database(s) | EPA ID Number |

| | | | |
|---|---|---|---|
| **E24** | **RELIANT ENERGY ETIWANDA GENERATING STATI** | **RCRA-LQG** | **1001217613** |
| **South** | **8996 ETIWANDA AVENUE** | **HAZNET** | **CAR000038158** |
| **1/8-1/4** | **ETIWANDA, CA  91739** | | |
| **0.152 mi.** | | | |
| **804 ft.** | **Site 1 of 11 in cluster E** | | |

**Relative:**      RCRA-LQG:
**Lower**                Date form received by agency: 02/08/2008
                             Facility name:                  RELIANT ENERGY ETIWANDA GENERATING STATI
**Actual:**             Facility address:              8996 ETIWANDA AVE.
**1112 ft.**                                                     ETIWANDA, CA 91739
                             EPA ID:                          CAR000038158
                             Mailing address:             8996 ETIWANDA AVE
                                                                   ETIWANDA, CA 91739
                             Contact:                         JULIE A BABCOCK
                             Contact address:             Not reported
                                                                   Not reported
                             Contact country:            Not reported
                             Contact telephone:         (702) 400-8818
                             Contact email:               JBABCOCK@RELIANT.COM
                             EPA Region:                   09
                             Classification:               Large Quantity Generator
                             Description:                   Handler: generates 1,000 kg or more of hazardous waste during any
                                                                   calendar month; or generates more than 1 kg of acutely hazardous waste
                                                                   during any calendar month; or generates more than 100 kg of any
                                                                   residue or contaminated soil, waste or other debris resulting from the
                                                                   cleanup of a spill, into or on any land or water, of acutely hazardous
                                                                   waste during any calendar month; or generates 1 kg or less of acutely
                                                                   hazardous waste during any calendar month, and accumulates more than 1
                                                                   kg of acutely hazardous waste at any time; or generates 100 kg or less
                                                                   of any residue or contaminated soil, waste or other debris resulting
                                                                   from the cleanup of a spill, into or on any land or water, of acutely
                                                                   hazardous waste during any calendar month, and accumulates more than
                                                                   100 kg of that material at any time

                             Owner/Operator Summary:
                                 Owner/operator name:        RELIANT ENERGY ETIWANDA GENERATING STATI
                                 Owner/operator address:     8996 ETIWANDA AVE.
                                                                        ETIWANDA, CA 91739
                                 Owner/operator country:     US
                                 Owner/operator telephone:  Not reported
                                 Legal status:                     Private
                                 Owner/Operator Type:        Owner
                                 Owner/Op start date:         04/07/1998
                                 Owner/Op end date:          Not reported

                                 Owner/operator name:        RELIANT ENERGY ETIWANDA GENERATING STATI
                                 Owner/operator address:     Not reported
                                                                        Not reported
                                 Owner/operator country:     US
                                 Owner/operator telephone:  Not reported
                                 Legal status:                     Private
                                 Owner/Operator Type:        Operator
                                 Owner/Op start date:         04/07/1998
                                 Owner/Op end date:          Not reported

                             Handler Activities Summary:
                                 U.S. importer of hazardous waste:     No

Exhibit 3
Page 455

| | MAP FINDINGS | |
|---|---|---|

Map ID
Direction
Distance
Elevation       Site                                                      Database(s)

EDR ID Number
EPA ID Number

**RELIANT ENERGY ETIWANDA GENERATING STATI  (Continued)**                    1001217613

Mixed waste (haz. and radioactive):   No
Recycler of hazardous waste:          No
Transporter of hazardous waste:       No
Treater, storer or disposer of HW:    No
Underground injection activity:       No
On-site burner exemption:             No
Furnace exemption:                    No
Used oil fuel burner:                 No
Used oil processor:                   No
User oil refiner:                     No
Used oil fuel marketer to burner:     No
Used oil Specification marketer:      No
Used oil transfer facility:           No
Used oil transporter:                 No
Off-site waste receiver:              Commercial status unknown

Universal Waste Summary:
Waste type:                           Batteries
Accumulated waste on-site:            No
Generated waste on-site:              Not reported

Waste type:                           Lamps
Accumulated waste on-site:            No
Generated waste on-site:              Not reported

Waste type:                           Pesticides
Accumulated waste on-site:            No
Generated waste on-site:              Not reported

Waste type:                           Thermostats
Accumulated waste on-site:            No
Generated waste on-site:              Not reported

Historical Generators:
Date form received by agency: 02/23/2006
Facility name:                        RELIANT ENERGY ETIWANDA GENERATING STATI
Classification:                       Small Quantity Generator

Date form received by agency: 02/23/2006
Facility name:                        RELIANT ENERGY ETIWANDA GENERATING STATI
Classification:                       Large Quantity Generator

Date form received by agency: 01/21/2004
Facility name:                        RELIANT ENERGY ETIWANDA GENERATING STATI
Site name:                            RELIANT ENERGY ETIWANDA INC
Classification:                       Large Quantity Generator

Date form received by agency: 02/28/2002
Facility name:                        RELIANT ENERGY ETIWANDA GENERATING STATI
Site name:                            RELIANT ENERGY ETIWANDA L.L.C.
Classification:                       Large Quantity Generator

Date form received by agency: 10/12/2000
Facility name:                        RELIANT ENERGY ETIWANDA GENERATING STATI
Site name:                            ETIWANDA GENERATING STATION
Classification:                       Large Quantity Generator

Exhibit 3
Page 456