1  Thomas F. Vandenburg (State Bar No. 163446)
   tvandenburg@wshblaw.com
2  Alice Charkhchyan (State Bar No. 332670)
   acharkhchyan@wshblaw.com
3  **WOOD, SMITH, HENNING & BERMAN LLP**
   505 North Brand Boulevard, Suite 1100
4  Glendale, California 91203
   Phone: 818 551-6000 ♦ Fax: 818 551-6050
5

6  Attorneys for Defendant/Counter-Claimant,
   AMERON INTERNATIONAL, INC.
7

8              **UNITED STATES DISTRICT COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

10

11 DP ETIWANDA, LLC, a California        Case No. 5:21-cv-1238-JGB-SP
   limited liability company,
12                                       **DEFENDANT, AMERON**
                Plaintiff,               **INTERNATIONAL, INC.'S**
13                                       **ANSWER TO PLAINTIFF'S FIRST**
        v.                               **AMENDED COMPLAINT; CROSS-**
14                                       **CLAIMS AGAINST SIMSMETAL**
   SIMSMETAL USA CORP., a New            **USA CORP., SA RECYCLING,**
15 York corporation, SA RECYCLING, a     **FERROMET, INC., and PACIFIC**
   Delaware, limited liability company;  **COAST RECYCLING, LLC**
16 AMERON INTERNATIONAL, MC., a
   Delaware corporation, TAMCO, a
17 California corporation, and Does 1-20  The Hon. Jesus G. Bernal
   inclusive,
18                                        Trial Date:      1/16/24
                Defendants.
19 ─────────────────────────────
   TAMCO,
20
                Counter-Claimant,
21
        v.
22
   DP ETIWANDA, LLC,
23
                Counter-Defendant.
24 ─────────────────────────────
   AMERON INTERNATIONAL, INC.,
25
                Cross-Claimant
26
        v.
27
   SIMSMETAL USA CORP.; SA
28 RECYCLING; FERROMET, INC.;
   PACIFIC COAST RECYCLING; and
   ROES 1 through 100, inclusive.
                Cross-Defendants.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

**COMES NOW**, this Defendant, AMERON INTERNATIONAL, INC. ("Defendant" or "Cross-Claimant"), and in answer to the First Amended Complaint ("FAC") of Plaintiff, DP ETIWANDA, LLC, on file herein, does admit, deny, and/or allege as follows:

1.     Answering Paragraph 1 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

2.     Answering Paragraph 2 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

3.     Answering Paragraph 3 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

4.     Answering Paragraph 4 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

5.     Answering Paragraph 5 of the FAC, Defendant denies each and every allegation as stated therein.

6.     Answering Paragraph 6 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

7.     Answering Paragraph 7 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s)

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

8.      Answering Paragraph 8 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

9.      Answering Paragraph 9 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

10.     Answering Paragraph 10 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

11.     Answering Paragraph 11 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

12.     Answering Paragraph 12 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

13.     Answering Paragraph 13 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

14.     Answering Paragraph 14 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s)

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

15.   Answering Paragraph 15 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

16.   Answering Paragraph 16 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

17.   Answering Paragraph 17 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

18.   Answering Paragraph 18 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

19.   Answering Paragraph 19 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

20.   Answering Paragraph 20 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

21.   Answering Paragraph 21 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s)

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

22.     Answering Paragraph 22 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

23.     Answering Paragraph 23 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

24.     Answering Paragraph 24 of the FAC, Defendant denies each and every allegation as stated therein.

25.     Answering Paragraph 25 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

26.     Answering Paragraph 26 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

27.     Answering Paragraph 27 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

28. Defendant incorporates by reference its responses to the allegations set forth above and below, inclusive, as though set forth in full herein.

29. Answering Paragraph 29 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

30. Answering Paragraph 30 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

31. Answering Paragraph 31 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

32. Answering Paragraph 32 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

33. Answering Paragraph 33 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

34. Answering Paragraph 34 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

35.   Answering Paragraph 35 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

36.   Defendant incorporates by reference its responses to the allegations set forth above and below, inclusive, as though set forth in full herein.

37.   Answering Paragraph 37 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

38.   Answering Paragraph 38 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

39.   Answering Paragraph 39 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

40.   Answering Paragraph 40 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

41.   Answering Paragraph 41 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

Case No. 5:21-cv-1238-JGB-SP

ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; CROSS-CLAIMS AGAINST SIMSMETAL USA CORP., SA RECYCLING, FERROMET, INC., and PACIFIC COAST RECYCLING, LLC

42.  Answering Paragraph 42 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

43.  Answering Paragraph 43 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

44.  Answering Paragraph 44 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

45.  Answering Paragraph 45 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

46.  Answering Paragraph 46 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

47.  Answering Paragraph 47 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants, Defendant is without sufficient knowledge or information to form a

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

Case No. 5:21-cv-1238-JGB-SP
ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; CROSS-CLAIMS AGAINST SIMSMETAL USA CORP., SA RECYCLING, FERROMET, INC., and PACIFIC COAST RECYCLING, LLC

belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

48.    Answering Paragraph 48 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

49.    Defendant incorporates by reference its responses to the allegations set forth above and below, inclusive, as though set forth in full herein.

50.    Answering Paragraph 50 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

51.    Defendant incorporates by reference its responses to the allegations set forth above and below, inclusive, as though set forth in full herein.

52.    Answering Paragraph 52 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

53.    Answering Paragraph 53 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

54.    Answering Paragraph 54 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

Defendants, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

55.   Answering Paragraph 55 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

56.   Defendant incorporates by reference its responses to the allegations set forth above and below, inclusive, as though set forth in full herein.

57.   Answering Paragraph 57 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

58.   Answering Paragraph 58 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

59.   Answering Paragraph 59 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

60.   Answering Paragraph 60 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants, Defendant is without sufficient knowledge or information to form a

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

Case No. 5:21-cv-1238-JGB-SP

ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; CROSS-CLAIMS AGAINST SIMSMETAL USA CORP., SA RECYCLING, FERROMET, INC., and PACIFIC COAST RECYCLING, LLC

belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

61.   Defendant incorporates by reference its responses to the allegations set forth above and below, inclusive, as though set forth in full herein.

62.   Answering Paragraph 62 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

63.   Answering Paragraph 63 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

64.   Answering Paragraph 64 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

65.   Answering Paragraph 65 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

66.   Answering Paragraph 66 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

Case No. 5:21-cv-1238-JGB-SP
ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; CROSS-CLAIMS AGAINST SIMSMETAL USA CORP., SA RECYCLING, FERROMET, INC., and PACIFIC COAST RECYCLING, LLC

67.   Answering Paragraph 67 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

68.   Defendant incorporates by reference its responses to the allegations set forth above and below, inclusive, as though set forth in full herein.

69.   Answering Paragraph 69 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

70.   Answering Paragraph 70 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

71.   Answering Paragraph 71 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

72.   Answering Paragraph 72 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

73.   Answering Paragraph 73 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

74.   Answering Paragraph 74 of the FAC, Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

75.   Answering Paragraph 75 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

76.   Answering Paragraph 76 of the FAC, Defendant denies each and every allegation as stated therein against it. As to the allegations against the other Defendants,  Defendant is without sufficient knowledge or information to form a belief about the truth of the allegation(s) contained in said paragraph, and, on that basis, denies each and every allegation contained therein.

77.   PURSUANT TO RULE 8(c) OF THE FEDERAL RULES OF CIVIL PROCEDURE, DEFENDANT SETS FORTH THE FOLLOWING MATTERS CONSTITUTING AN AVOIDANCE OR AFFIRMATIVE DEFENSE:

78.   As a **FIRST, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that the FAC fails to state facts sufficient to constitute any cause of action against Defendant.

79.   As a **SECOND, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that if punitive damages

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

are sought, the FAC fails to state facts sufficient to constitute any claim, cause of action, or facts upon which punitive damages may be awarded.

80.   As a **THIRD, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that, if punitive damages are sought, *Civil Code* Section 3294 (permitting recovery of punitive damages), is invalid on its face and/or as applied to Defendant, pursuant to the First, Fifth, Eighth, and Fourteenth Amendments to the Constitution of the United States and Article 1 of the Constitution of California.

81.   As a **FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that the FAC and each cause of action alleged therein are barred by applicable statutes of limitations and repose, including, but not limited to, *Code of Civil Procedure* §§ 335, 335.1, 338(a), 338(d), 339(1), 340(3), 340.2, 343, 353, 361, 583.210 and 583.310.

82.   As a **FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that Plaintiff has unreasonably delayed the commencement of this action against this answering Defendant, to its prejudice, whereby the FAC and each cause of action alleged therein is barred by the doctrine of laches.

83.   As a **SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that as a result of the acts, conduct, and/or omissions of Plaintiff, Plaintiff's FAC, and each cause of action alleged therein is barred by the doctrine of estoppel.

84.   As a **SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that Plaintiff's injuries and damages, if any, which Defendant denies, was caused in whole or in part by the acts, conduct, and/or omissions of Plaintiff's predecessor-in-interest.

85.   As an **EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that the FAC and each

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

Case No. 5:21-cv-1238-JGB-SP
ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; CROSS-CLAIMS AGAINST SIMSMETAL USA CORP., SA RECYCLING, FERROMET, INC., and PACIFIC COAST RECYCLING, LLC

cause of action alleged therein, is barred on the grounds that Plaintiff's loss based on his alleged injuries, and/or damages, if any, was solely and proximately caused by Plaintiff's comparative negligence and/or other misconduct.

86. As a **NINTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that the FAC and each cause of action alleged therein is barred on the grounds that Plaintiff knew, or in the exercise of ordinary care should have known, of the risk of the injuries or damages alleged in the FAC , if any, and nevertheless did freely, knowingly and voluntarily assume said risk, and this undertaking proximately caused and contributed to the losses, injuries or damages, if any, alleged by Plaintiff.

87. As a **TENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that the acts, conduct and omissions of Plaintiff (including any agent, representative, or employee thereof) actually and proximately caused the alleged damages and injuries, if any, of which Plaintiff complains, rendering Defendant not liable to Plaintiff for the proportion of fault attributable to Plaintiff and/or to any person or entity whose acts or omissions are imputed to Plaintiff.

88. As an **ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that each of the parties to this action, other than Defendant, and others, whose identities are presently not known to Defendant, were negligently or legally responsible or otherwise at fault for the damages alleged in the FAC and each cause of action alleged therein. Therefore, Defendant requests that in the event of Plaintiff's recovery against Defendant, whether by settlement or judgment, an apportionment of fault be made by the Court or jury as to all parties, and further requests a judgment and declaration of indemnification and contribution against all those parties or persons in accord with the apportionment of fault.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

89.     As a **TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that, if Plaintiff has suffered any damages, which Defendant denies, Defendant alleges that Plaintiff's right of recovery for those damages is barred by Plaintiff's failure to mitigate its damages, if any.

90.     As a **THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that Plaintiff's injuries and damages, if any, were proximately caused by an unforeseeable, independent, intervening, supervening, and/or superseding event beyond the control and unrelated to any conduct of Defendant and Defendant's actions, then Defendant's conduct, if any, was superseded by the negligence and wrongful conduct of others.

91.     As a **FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that the FAC and each cause of action alleged therein are vague, ambiguous, and uncertain, and does not comply with Rules 8(a) and 8(d)(1) of the Federal Rules of Civil Procedure.

92.     As a **FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that the Court lacks jurisdiction over the subject matter of this action.

93.     As a **SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that the FAC and each cause of action alleged therein is barred on the grounds that Plaintiff failed to join indispensable parties under Rule 19 of the Federal Rules of Civil Procedure, and the FAC is thereby defective.

94.     As a **SEVENTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that no defendant to this action was, at the time of Plaintiff's alleged accident, loss and/or damage, acting as an agent or employee of this answering Defendant, such that if any

Case No. 5:21-cv-1238-JGB-SP
ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; CROSS-CLAIMS AGAINST SIMSMETAL USA CORP., SA RECYCLING, FERROMET, INC., and PACIFIC COAST RECYCLING, LLC

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

other defendant caused or contributed to Plaintiff's alleged accident, loss or damage, this answering Defendant is not vicariously liable for the same.

95. As an **EIGHTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that he damages alleged by Plaintiff, if any, were proximately caused by the negligence and fault of other parties, and Defendant is thereby entitled to and request an allocation of such negligence, fault and liability be made among such other parties, and that if any liability is found on the part of this answering Defendant, judgment against said Defendant be only in the amount which is proportionate to the extent and percentage by which its acts or omissions caused or contributed to the Plaintiff's damages.

96. As a **NINETEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that if this answering Defendant is found liable for non-economic damages in the instant action, to the extent and upon the proportion of the fault of each other defendants, and in the event any judgment is entered against such other defendants, this answering Defendant requests a separate judgment be rendered against each of the defendants for any non-economic damages imposed, if any are such awarded.

97. As a **TWENTIETH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that if Plaintiff and/or other parties to the action suffered or sustained any loss, injury, damage or detriment, the same was solely, directly and proximately caused and contributed by superseding actions of other parties, either served or not served, and not by this answering Defendant, and such breaches, conduct, acts, omissions, activities, carelessness, recklessness and/or negligence of said other parties bar recovery by Plaintiff against this answering Defendant.

98. As a **TWENTY-FIRST, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that Plaintiff lacks standing to assert claims against Defendant.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

-17-

99. As a **TWENTY-SECOND, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that Plaintiff agreed to, and participated in, those actions which Plaintiff claims to have caused injury or damage. Since such participation and consent were given knowingly and voluntarily, Plaintiff's claims are invalid.

100. As a **TWENTY-THIRD, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that Plaintiff's negligence under the doctrine of *Witt v. Jackson*, 57 Ca1.2d 57 (1961), shall reduce the liability of Defendant, if any there is, and Defendant is entitled to an offset.

101. As a **TWENTY-FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that Plaintiff's claims are barred by the doctrine of unclean hands.

102. As a **TWENTY-FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that Plaintiff has waived, expressly or impliedly, the right to maintain this action against Defendant.

103. As a **TWENTY-SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges justification and reasonable reliance on statutory authority for privileged entry with respect to any claims for trespass and/or nuisance.

104. As a **TWENTY-SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that the release and resulting damages alleged by Plaintiff were caused by an act of God—an unanticipated grave natural disaster or other natural phenomenon of an exceptional, inevitable, and irresistible character the effects of which could not have been prevented or avoided by the exercise of due care or foresight.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

105. As a **TWENTY-EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that Plaintiff failed to pursue and exhaust all available administrative remedies.

106. As a **TWENTY-NINTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that entry, if any, on to the subject property by this Defendant, was with and within scope of the consent or license of the person(s) with rightful and legal possession of land at all times relevant, as implied from custom, usage, or conduct, as a privilege to trespass.

107. As a **THIRTIETH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that entry, if any, on to the subject property by this Defendant, was out of public necessity and a privilege to trespass.

108. As a **THIRTY-FIRST, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that entry, if any, on to the subject property by this Defendant, was reasonable to abate any public or private nuisance, and did not amount to trespass.

109. As a **THIRTY-SECOND, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that the damages, if any, were caused by the act(s), omission(s), and/or conduct of a third party not in a contractual relationship with the responsible party.

110. As a **THIRTY-THIRD, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that, if the subject property is found to be contaminated with hazardous substances, Plaintiff failed to take affirmative steps, conduct all appropriate inquiry, and exercise pre-purchase due diligence before taking title to the real property.

111. As a **THIRTY-FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that, if the

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

subject property is found to be contaminated with hazardous substances, Plaintiff knowingly took title to the real property.

112. As a **THIRTY-FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges preemption by state or federal law.

113. As a **THIRTY-SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant, based upon current information and belief, alleges that the underlying statute(s) on which Plaintiff brings its cause of action under Section 17200 of the California *Business & Professions Code,* is unconstitutionally vague.

114. As a **THIRTY-SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendant, based upon current information and belief, alleges that, with respect to the cause of action brought by Plaintiff pursuant to Section 17200 of the California *Business & Professions Code*, the underlying violation did not occur, as any alleged act or practice was in compliance and/or did not violate the law at issue.

115. As a **THIRTY-EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendant, based upon current information and belief, alleges that Defendant did not act in a way that either violates the policy or spirit, or fits the interpretation of "unfair" as used by Section 17200 of the California *Business & Professions Code*.

116. As a **THIRTY-NINTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendant, based upon current information and belief, alleges that Defendant's conduct, if any, was a standard industry practice that did not violate Section 17200 of the California *Business & Professions Code*.

117. As a **FORTIETH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendant, based upon current information and belief, alleges that Defendant did not act in a way that either was likely to mislead members of the public, or fits the interpretation of "fraudulent" or "misleading" as used by Section 17200 of the California *Business & Professions Code*.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

118. As a **FORTY-FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant** alleges that it presently has insufficient knowledge or information on which to form a belief as to whether there may be additional, unstated affirmative defenses available. Defendant reserves, herein, the right to assert additional defenses in the event that the discovery indicates they would be appropriate.

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff take nothing by reason of the FAC or any claims stated therein;

2. That the FAC of Plaintiff and each cause of action contained therein, be dismissed with prejudice against this answering Defendant;

3. That Defendant recovers its costs, disbursements, expenses, and any attorneys' fees to which it may now or in the future become entitled; and

4. That the Court Order such other and further compensation and/or relief to this answering Defendant as it may deem just and proper under the circumstances.

## CROSS-CLAIMS AGAINST ALL DEFENDANTS

1. Pursuant to Rule 13 of the Federal Rules of Civil Procedure, Defendant /Cross-Claimant, AMERON INTERNATIONAL, INC. (hereinafter, "Cross-Claimant"), hereby asserts the following Cross-Claims against Cross-Defendants, SIMS GROUP USA, CORP.[1]; SA RECYCLING; FERROMET, INC., PACIFIC COAST RECYCLING, LLC, and ROES 1 through 100, inclusive (hereinafter collectively, "Cross-Defendants"):

/ / /

/ / /

---

[1] This defendant was originally named in the Complaint as Simsmetal USA Corp. As per the Stipulation to Amend the Complaint filed by Plaintiff on March 28, 2022, and again, on April 28, 2022, Cross-Claimant was notified that Simsmetal USA Corp. notified Plaintiff that it changed it name in 2003, and now operates as Sims Group USA Corp., but that Simsmetal USA Corp. and Sims Group USA Corp. are the same entity.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

Case No. 5:21-cv-1238-JGB-SP
ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; CROSS-CLAIMS AGAINST SIMSMETAL USA CORP., SA RECYCLING, FERROMET, INC., and PACIFIC COAST RECYCLING, LLC

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

## JURISDICTION AND VENUE

1.     Jurisdiction over the Cross-Claims is proper pursuant to section 113(b) of the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA") 42 U.S.C. section 9613(b), and 28 U.S.C. section 1367.

2.     Venue is proper in this district pursuant to 42 U.S.C. section 9613(b) and 28 U.S.C. section 1391(b).

## ALLEGATIONS

3.     Cross-Defendant, FERROMET, INC. ("FERROMET) is a named defendant by Plaintiff in the underlying action.  Based upon information and belief, Cross-Claimant alleges that FERROMET had an ownership interest in and/or operated the real property located at 8822 Etiwanda Avenue, Rancho Cucamonga, California ("Site"), from approximately 1973 through 2009.  Furthermore, upon information and belief, FERROMET is a dissolved California corporation.

4.     Cross-Defendant, SIMS GROUP USA, CORP. ("SIMSMETAL"), is a named defendant by Plaintiff in the underlying action.  Based upon information and belief, Cross-Claimant alleges that SIMSMETAL previously owned, operated, controlled and/or used the Site in order to operate a metals recycling business, from 1998 to 2003.  Furthermore, upon information and belief, SIMSMETAL is a New York corporation that does or has done business in California, including in this district.

5.     Cross-Defendant, PACIFIC COAST RECYCLING, LLC ("PCR") is a named defendant by Plaintiff in the underlying action.  Based upon information and belief, Cross-Claimant alleges that PCR, a California corporation, had a prior ownership interest and/or operated at the Site from approximately 2003 to 2008.

6.     Cross-Defendant, SA RECYCLING is a named defendant by Plaintiff in the underlying action.  Based upon information and belief, Cross-Claimant alleges that SA RECYCLING was a prior owner of the Site, and conducted metal recycling operations at the Site from approximately 2009 to 2017.

7.      Cross-Claimant is informed and believes, and based thereon, alleges, that ROES 1 through 100, inclusive, whether individual, corporate, associate, or otherwise, are unknown to Cross-Claimant, that will, upon proper identification, seek leave to amend this pleading when such true names are ascertained.  Cross-claimant is informed and believes, and thereon alleges, that each of the Cross-Defendants designated as a Roe is responsible in some manner for the vents and happenings alleged herein.

8.      The Site is, and at all material times was, a "facility" within the meaning of 42 U.S.C. section 9601(9).

9.      Each of the Cross-Defendants is a "person" within the meaning of 42 U.S.C. section 9601(21) and California Health & Safety Code section 25319.

10.      Based upon information and belief, Cross-Claimant alleges that each of the Cross-Defendants' operations included the generation, storage, use, discharge, release, and disposal of hazardous substances at the Site.

11.      Based upon information and belief, Cross-Claimant alleges that at various times between the early 1970s to the present, Cross-Defendants, and each of them, intentionally, willfully, or negligently caused or contributed to the past or present handling, storage, treatment, transportation, generation, release, or disposal of hazardous substances into the environment in, at, or around the Site, including soil, land, subsurface strata, air vapor, groundwater, surface water, and the waters of the State of California, because of the Cross-Defendants released, discharged, or otherwise discarded said hazardous substances at the Site, or controlled or operated the Site or business from which said hazardous substances were released or otherwise disposed of, and/or failed to prevent or abate contamination of the Site with hazardous substances.

12.      Based upon information and belief, Cross-Claimant alleges that each of the Cross-Defendants failed to properly manage their use and handling of hazardous materials, and failed to comply with laws, statutes, ordinances, government rules,

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

regulations and/or requirements relating to their use, storage and disposal of hazardous substances, where said mismanagement and lack of compliance included but was not limited to the failure to keep the requisite records, including waste manifests, the failure to maintain a current hazardous materials business plan, and the failure to properly contain and dispose of hazardous materials.

13.     Based upon information and belief, Cross-Claimant alleges that Cross-Defendants, and each of them, caused or contributed to the presence of hazardous substances in the soils, soil vapor, groundwater, surface water, and the waters of the State of California, at the Property.  Based upon information and belief, Cross-Claimant alleges that said hazardous substances have continued to spread and migrate, and each of the Cross-Defendants have failed to abate said contamination.

14.     Based upon information and belief, Cross-Claimant alleges that each of the Cross-Defendants' releases or disposals of hazardous substances into the environment at the Site has resulted or may result in the migration of said contamination to real property that is not the subject of this law suit, owed by individuals or entities which are not parties to this lawsuit.

## **FIRST CAUSE OF ACTION**
### **(Contribution Pursuant to <u>CERCLA section 113(f)(1)</u>)**
### **(Against All Cross-Defendants)**

15.     Cross-Claimant incorporates by reference its allegations in Paragraphs 1 through 14 above as though fully set forth herein.

16.     Plaintiff has asserted a claim against Cross-Claimant under CERCLA section 107(a), 42 U.S.C. section 9607(a); and as such, Cross-Claimant is authorized to seek contribution in this action pursuant to CERCLA section 113(f)(1), 42 U.S.C. section 9613(f)(1).

17.     Each of the Cross-Defendants is a liable or potentially liable person under section 107(a) of CERCLA, 42 U.S.C. section 9607(a).

18.     Cross-Claimant denies any liability to Plaintiff; but if Cross-Claimant's

CERCLA liability for Plaintiff's alleged response costs is established, then pursuant to CERCLA section 113(f)(1), 42 U.S.C. § 9613(f)(1), the Court should allocate the response costs sought in Plaintiff's claim among liable or potentially liable parties, including each of the Cross-Defendants, using such equitable factors as the Court determines are appropriate.

19.   WHEREFORE, Cross-Claimant prays for judgment as set forth below.

## SECOND CAUSE OF ACTION

### (Contribution and Indemnity Pursuant to Cal.

### Health & Safety Code section 25363)

### (Against All Cross-Defendants)

20.   Cross-Claimant incorporates by reference its allegations in Paragraphs 1 through 19 above as though fully set forth herein.

21.   Plaintiff has asserted a claim against Cross-Claimant under the Carpenter-Presley-Tanner Hazardous Substances Account Act (HSAA), *California Health & Safety Code* §§ 25300 *et seq.;* meaning Cross-Claimant may seek contribution and indemnity under *California Health & Safety Code* § 25363(d).

22.   Each of the Cross-Defendants is a liable or potentially liable person under section 107(a) of CERCLA, 42 U.S.C. § 9607(a), and a liable person under *California Health & Safety Code* §§ 25323.5(a) and 25363(d).

23.   Cross-Claimant denies any liability to Plaintiff; but if Cross-Claimant's HSAA liability for Plaintiff's alleged response costs is established, then pursuant to *California Health & Safety Code* § 25363(d), the Court should allocate the response or corrective action costs sought in Plaintiff's claim among parties, including each of the Cross-Defendants, using appropriate equitable factors.

24.   WHEREFORE, Cross-Claimant prays for judgment as set forth below.

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

### THIRD CAUSE OF ACTION

### (Contribution Pursuant to Cal. Civil Code section 1432 and
### Cal. Code of Civ. Proc. section 875)

### (Against All Cross-Defendants)

25.    Cross-Claimant incorporates by reference its allegations in Paragraphs 1 through 24 above as though fully set forth herein.

26.    *California Civil Code* § 1432 provides that "a party to a joint, or joint and several obligation, who satisfies more than his share of the claim against all, may require a proportionate contribution from all the parties joined with him."

27.    *California Code of Civil Procedure* § 875 also establishes a right of contribution among jointly liable parties.

28.    As a result of the acts, omissions, and conduct of Cross-Defendants as alleged herein, Cross-Defendants, and each of them, are liable or potentially liable parties within the meaning of *California Civil Code* § 1432 and *California Code of Civil Procedure* § 875.

29.    Cross-Claimant denies any liability to Plaintiff; but if Cross-Claimant's liability for Plaintiff's alleged damages is established, Cross-Claimant is entitled to proportionate contribution from Cross-Defendants, and each of them, for any damages that exceed its judicially determined or equitable share of the obligation.

30.    WHEREFORE, Cross-Claimant prays for judgment as set forth below.

### FOURTH CAUSE OF ACTION

### (Equitable Indemnity Under Common Law)

### (Against All Cross-Defendants)

31.    Cross-Claimant incorporates by reference its allegations in Paragraphs 1 through 30 above as though fully set forth herein.

32.    Based on information and belief, Cross-Claimant alleges that the liability, if any, that they may have to any other person, government or regulatory agency, under any law, regulation, or common law principle, relating to the alleged contamination at

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

1   and emanating from the Property, is the proximate cause, in whole or in part, of the acts

2   of the acts and omissions of Cross-Defendants, and each of them.

3       33.   Cross-Claimant denies any liability to Plaintiff; but if Cross-Claimant's

4   liability for Plaintiff's alleged damages is established, then Cross-Claimant alleges

5   said liability is a direct and proximate result of the acts and omissions of each of the

6   Cross-Defendants as alleged in detail above. Cross-Claimant is therefore entitled to

7   recover indemnity, whether total or partial, equitable, implied and/or expressed, from

8   Cross-Defendants, and each of them.

9       34.   In the event Cross-Claimant is determined to be legally liable for

10  removal or remedial action costs, expenses, or other damages as a result of the claims

11  asserted by Plaintiff or others relating to soil and groundwater contamination on or

12  emanating from the Property, Cross-Claimant is entitled to indemnification from

13  Cross-Defendants, and each of them, for the damages, including attorneys' fees and

14  litigation costs, caused by the acts and omissions of each of the Cross-Defendants.

15      35.   WHEREFORE, Cross-Claimant prays for judgment as set forth below.

16  ## FIFTH CAUSE OF ACTION

17  **(Declaratory Relief Pursuant to CERCLA section 113(g)(2) and**

18  **Other Federal and State Laws)**

19  **(Against All Cross-Defendants)**

20      36.   Cross-Claimant incorporates by reference its allegations in Paragraphs 1

21  through 35 above as though fully set forth herein.

22      37.   An actual and substantial legal controversy exists between Cross-

23  Claimant and Cross-Defendants regarding their respective rights and obligations for

24  response costs that allegedly have been incurred and will be incurred in connection

25  with contamination found at the Property. Cross-Claimant contends that it is entitled

26  to a declaration that each of the Cross-Defendants is liable for all past, present, and

27  future response costs and other damages incurred by Plaintiff in connection with the

28  Property. Based on information and belief, Cross-Claimant alleges that Cross-

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

Defendants contend otherwise.

38.     Cross-Claimant is authorized to seek declaratory relief in this action against each of the Cross-Defendants pursuant to CERCLA section 113(g)(2), 42 U.S.C. § 9613(g)(2); 28 U.S.C. § 2201; and *California Code of Civil Procedure* § 1060.

39.     No adequate or speedy remedy exists for Cross-Claimant in the absence of a judicial declaration pursuant to applicable law. Based on information and belief, Cross-Claimant alleges that if its liability is established, then Cross-Claimant will incur substantial costs over time and after conclusion of this action; and unless declaratory relief is granted, it will be necessary for Cross-Claimant to commence many successive actions against Cross-Defendants, and each of them, to secure compensation for the costs incurred and damages sustained, thus requiring a multiplicity of suits. Cross-Claimant therefore requests a declaration from the Court setting forth Cross-Claimant's and Cross-Defendants' liability for past, present and future response, removal and remediation costs, and other penalties and/or damages imposed on Cross-Claimant in connection with the Property.

## SIXTH CAUSE OF ACTION

### (Trespass)

### (Against All Cross-Defendants)

40.     Cross-Claimant incorporates by reference its allegations in Paragraphs 1 through 39 above as though fully set forth herein.

41.     Cross-Claimant incorporates by reference its allegations in Paragraphs 1 through 35 above as though fully set forth herein.

42.     Cross-Defendants' release, dumping, disposal, treatment, abandonment, and failures to investigate caused or contributed to contamination at the Site and beyond, including but not limited to metals, oils, and other contaminants which physically intruded upon the Site, constituting a permanent as well as a continuing trespass.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

43.     Cross-Defendants released, dumped, disposed, treated and abandoned various materials and wastes, or allowed such release, dumping, disposal, treatment or abandonment, without the authority of Cross-Claimant or any of its successor owners in interest and without taking any remedial actions to address the materials and wastes at the Site.  Cross-Defendants' conduct has been carried on with a conscious disregard of Cross-Complainant's enjoyment of its Site, including but not limited to Plaintiff's right to be free of any obligation to clean up or abate hazardous materials released, dumped, disposed, treated and abandoned by Defendants. Defendants' conduct constitutes trespass to the Site and beyond.

44.     The intrusions of various materials and wastes by Cross-Defendants unreasonably interfered with Cross-Claimant's possession, use, and enjoyment of the Site.  Due to the intrusion of various materials and wastes by Cross-Defendants, Cross-Claimant has suffered damages, and will suffer damages, as set forth above, including other consequential, incidental and general damages in an amount to be determined by proof.

45.     Furthermore, Cross-Defendants unlawfully acted to increase its profits with respect to its activities on and at the Site, such that Cross-Claimant is entitled to a disgorgement of any such profits.

### SEVENTH CAUSE OF ACTION

### (Private Nuisance)

### (Against All Cross-Defendants)

46.     Cross-Claimant incorporates by reference its allegations in Paragraphs 1 through 45 above as though fully set forth herein.

47.     Cross-Defendants' release, dumping, disposal, treatment and abandonment of various materials and wastes, including but not limited to benzene, interfered with Plaintiff's free use and enjoyment of its Site. Defendants' release, dumping, disposal, treatment and abandonment of various materials and wastes onto the Site have caused injury to the Site and Plaintiff.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

48.    Cross-Complainant did not consent or ever sanction Cross-Defendants' release, dumping, disposal, treatment and abandonment of various materials and wastes at the Site.

49.    Cross-Defendants' interference with Cross-Claimant's use and enjoyment of the land was and is substantial.

50.    Cross-Defendants' actions caused, and continue to cause, Cross-Complainant to suffer damage as set forth above, including other consequential, incidental and general damages in an amount to be determined by proof.

## EIGHTH CAUSE OF ACTION

### (Public Nuisance)

### (Against All Cross-Defendants)

51.    In its capacity as private attorney general or otherwise, Cross-Claimant incorporates by reference its allegations in Paragraphs 1 through 50 above as though fully set forth herein.

52.    Cross-Defendants' release, dumping, disposal, treatment and abandonment of various materials and wastes onto the Site and surrounding areas gives rise to a public nuisance which affects not only Cross-Complainant, but also the entire adjacent community and the comfort and convenience of residents and visitors who use the Site and adjoining areas.

53.    These conditions caused by Cross-Defendants' conduct substantially devalued the use and enjoyment of the Site, which Cross-Complainant has spent, and will continue to spend, considerable sums to investigate, maintain, and remediate; therefore, Cross-Complainant has suffered injuries different in kind from those suffered by the general public.

54.    Cross-Complainant, in its capacity as private attorney general, alleges that as a proximate result of the conditions caused by Cross-Defendants' conduct, the Site and other property have been damaged.  Cross-Complainant has suffered special injuries associated with the investigation and remediation.  At the same time, the

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ◆ FAX 818 551-6050

conditions caused by Cross-Defendants' conduct have affected the entire community and the comfort and convenience of a considerable number of residents and visitors who use the Site and adjoining areas.

55.     Cross-Complainant, in its capacity as private attorney general, asserts that its litigation against Cross-Defendants: (a) raises strong issues of public importance and policy which are in need of vindication by litigation; (b) presents the necessity for private enforcement of said issues and rights, the resulting burden of which falls on Cross-Complainant; and (c) will benefit the health and safety of the community.

56.     Cross-Complainant, as a private attorney general, seeks to recover reasonable attorneys' fees and costs incurred in prosecuting this action.

57.     Cross-Defendants' actions caused Cross-Complainant to suffer damages as set forth above, including other consequential, incidental and general damages in an amount to be determined by proof.

## NINTH CAUSE OF ACTION

### (Negligence)

### (Against All Cross-Defendants)

58.     Cross-Claimant incorporates by reference its allegations in Paragraphs 1 through 57 above as though fully set forth herein.

59.     As successor owners and/or operators of the Site, Cross-Defendants, and each of them, owed a duty of care to successor owners of the Site, including Cross-Complainant, with respect to the use, operation, and maintenance of the Site, including without limitation, a duty to operate and maintain the Site in accord with all applicable laws and regulations; prevent the release or threatened release of hazardous substances, hazardous waste, petroleum or petroleum-related products on, under, in the vicinity of the Site; exercise reasonable care in receiving, handling, using, generating, storing, processing, treating, transporting, disposing of and/or releasing hazardous substances, hazardous waste, petroleum or petroleum-related products so as to not cause successor

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

owners of the Site to suffer damages or loss of any nature or kind; investigate, identify, monitor, remove, remediate, or otherwise rectify the environmental conditions on the Site.

60.     Cross-Complainant alleges on information and belief that Cross-Defendants, and each of them, breached their duties of care by among other things not operating or maintaining the Site in accord with all applicable laws and regulations; not preventing the release or threatened release of hazardous substances, hazardous waste, petroleum or petroleum-related products on, under, in the vicinity of the Site; not exercising reasonable care in receiving, handling, using, generating, storing, processing, treating, transporting, disposing of and/or releasing hazardous substances, hazardous waste, petroleum or petroleum-related products so as to not cause successor owners of the Site to suffer damages or loss of any nature or kind; investigate; and failing to identify, monitor, remove, remediate, or otherwise rectify the environmental conditions on the Site.

61.     Cross-Complainant alleges on information and belief that as a direct and proximate result of the breaches by Cross-Defendants, and each of them, of their duties of care, Cross-Complainant has suffered reasonably foreseeable harm.

62.     As a direct and proximate result of Cross-Defendants' negligence, Cross-Complainant has suffered, and will suffer, damages as follows: general damages including a permanent loss of fair market value of the Site; special damages including but not limited to injury to, destruction of, and/or loss of natural resources, including the reasonable costs of assessing such injury, destruction or loss; incidental damages including but not limited to response costs to investigate, identify, assess, monitor, remove, remediate and/or otherwise rectify the conditions; consequential damages including loss of earning capacity, revenue, and/or profit in the use and/or development of the Site, the total of which Cross-Complainant does not know but alleges on information and belief to be equal to or greater than $6 million plus interest plus attorneys' fees, expenses, and costs.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

## TENTH CAUSE OF ACTION

### (Violation of Cal. Business and Professions Code section 17200)

### (Against All Cross-Defendants)

63.     Cross-Claimant incorporates by reference its allegations in Paragraphs 1 through 62 above as though fully set forth herein.

64.     California *Business & Professions Code* § 17200 *et seq.* prohibits unfair competition that is an unfair, unlawful, or a fraudulent business act or practice.

65.     Cross-Defendants engaged in unfair competition through unfair, or unlawful business acts or practices by maintaining environmentally substandard conditions at the Site, by contaminating and failing to remediate the environment, and by a number of other activities that substantially interfered with Cross-Complainant's enjoyment of its Site.  At a minimum, Cross-Complainant is informed and believes failure to correct such conditions resulted in Cross-Defendants not incurring costs to prevent release, dumping, disposal, treatment and abandonment of various materials and wastes at and from the Site.

66.     As a result of Cross-Defendants' unlawful and unfair business practices, Cross-Complainant has been harmed, and will suffer additional harm, and is entitled to restitution in an amount to be determined by proof.

67.     WHEREFORE, Cross-Claimant prays for judgment as set forth below.

### PRAYER FOR RELIEF

WHEREFORE, Cross-Claimant prays for judgment against all Cross-Defendants as follows:

1.     For contribution from Cross-Defendants, and each of them, pursuant to 42 U.S.C. § 9613(f)(1), *California Health and Safety Code* § 25363, *California Civil Code* § 1432, and *California Code of Civil Procedure* § 875, for all of part of the past and future response costs, expenses, and other damages Cross-Claimant is or may be liable for with respect to the Property;

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

2.      For a declaration, pursuant to 42 U.S.C. § 9613(g)(2), 28 U.S.C. § 2201, and *California Code of Civil Procedure* § 1060, that Cross-Claimant is entitled to contribution from each of the Cross-Defendants for all or part of the response costs, expenses, and other damages Cross-Claimant is or may be liable for in any subsequent action or actions to recover further response costs or damages incurred in response to the releases or threatened release of hazardous substances at the Property;

3.      For indemnity, whether total or partial, equitable, implied and/or expressed, or pursuant to *California Health and Safety Code* § 25363, from the Cross-Defendants, and each of them, in an amount for which Cross-Claimant is held liable as a result of the claims asserted by Plaintiff or others relating to soil and/or groundwater contamination on or emanating from the Property;

4.      For damages according to proof;

5.      For costs of suit; and

6      For such other relief that the Court deems just and proper.

DATED: May 13, 2022                 WOOD, SMITH, HENNING & BERMAN LLP


By: ___*/s/ Thomas F. Vandenburg*___
     THOMAS F. VANDENBURG
     ALICE CHARKHCHYAN
Attorneys for Defendant/Counter-Complainant,
AMERON INTERNATIONAL. INC.