AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

<table>
<tr><td>
DP ETIWANDA, LLC, a California<br>limited liability company,<br><br><br><hr><br><i>Plaintiff(s)</i><br><br>v.<br><br>SIMSMETAL USA CORP., a New York corporation,<br>SA RECYCLING, a Delaware, limited liability company;<br>AMERON INTERNATIONAL, MC., a Delaware corporation,<br>TAMCO, a California corporation, and Does 1-20 inclusive,<br><hr><br><i>Defendant(s)</i>
</td>
<td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td>
<td>Civil Action No.  5:21-cv-1238-JGB-SP</td>
</tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Ferromet, Inc.
1505 Corporation
538 Corporation Service Company, dba CSC in California
LAWYERS INCORPORATING SERVICE,
2710 Gateway Oaks Dr Ste. 150N
Sacramento, CA  95833

Pacific Coast Recycling, LLC
1505 Corporation
538 Corporation Service Company, dba CSC in California
LAWYERS INCORPORATING SERVICE
2710 Gateway Oaks Dr Ste. 150N
Sacramento, CA  95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas F. Vandenburg, Esq.
Alice Charkhchyan, Esq.
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100, Glendale, California 91203
Phone: 818 551-6000 ♦ Fax: 818 551-6050
Email: tvandenburg@wshblaw.com
   acharkhchyan@wshblaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*