# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DP ETIWANDA, LLC<br><br>Plaintiff(s), | CASE NUMBER:<br><br>5:21−cv−01238−JGB−SP |
| v.<br><br>SIMS GROUP USA CORPORATION, et al.<br><br>Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   6/3/2022

Document Number(s):   82

Title of Document(s):   Answer, Crossclaim

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1−1 No Notice of Interested Parties and/or no copies.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: June 6, 2022          By:  /s/ Benjamin Moss  Benjamin_Moss@cacd.uscourts.gov
                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**