# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DP Etiwanda LLC, a California limited liability company<br><br>Plaintiff(s)<br>v.<br>Simsmetal USA Corp., a New York Corporation, et al.<br><br>Defendant(s). | CASE NUMBER:<br>5:21-CV-1238<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

<u>Defendant Ameron International, Inc.</u>   ☐ Plaintiff   X Defendant   ☐ Other
*Name of Party*

to substitute   <u>Thomas F. Vandenburg</u>   who is

   x   Retained Counsel      ☐ Counsel appointed by the Court (Criminal cases only)         ☐ Pro Se

<u>505 N. Brand Blvd., Suite 1100</u>
*Street Address*

<u>Glendale, CA 91203</u>                                    <u>TVandenburg@wshblaw.com</u>
*City, State, Zip*                                                      *E-Mail Address*

<u>818-551-6013</u>            <u>310-963-5887</u>                      <u>163446</u>
*Telephone Number*              *Fax Number*                          *State Bar Number*

as attorney of record instead of   <u>Michael J. Fabrega, SB 285843; Jaclyn R. Carney, SB 286448</u>
*List **all** attorneys from same firm or agency who are withdrawing*
<u>Michael D. McLean, SB 207712</u>

**is hereby**      x GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

   Dated  June 3, 2022

                                                                U. S. District Judge

G-01 ORDER (09/17) **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**