**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| | CASE NUMBER: |
| DP ETIWANDA, LLC | 5:21–cv–01238–SSS–SP |
| PLAINTIFF(S) | |
| v. | |
| SIMS GROUP USA CORPORATION , et al. | |
| DEFENDANT(S). | **NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

   06/23/2022          86             Request for Summons

Date Filed        Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

The "SUMMONS IN A CIVIL ACTION" NEEDS TO REFLECT THE TYPE OF COMPLAINT

The summons cannot be issued until this defect has been corrected. Please correct the defect and re–file your summons request.

Clerk, U.S. District Court

Date: June 24, 2022             By:  */s/ Sharon Hall–Brown 213–894–3651*
                                        Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –