Name and address:
Jamison A. Rayfield, Esq. (SBN# 337969)
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West C Street, Suite 1700
San Diego, CA  92101
Email: jamison.rayfield@lewisbrisbois.com
Tel:  (619) 233-1006
Fax: (619) 233-8627

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DP ETIWANDA, LLC, a Limited Liability Company,<br><br>PLAINTIFF(S) | CASE NUMBER:<br><br>5:21-cv-1238-JCB-SP |
| v.<br><br>SIMSMETAL USA CORP, SA RECYCLING, AMERON INTERNATIONAL, INC., and DOES 1-20, inclusive.<br><br>DEFENDANT(S) | **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

_Appearance of Counsel_:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance.  To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case.  (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

_Withdrawal of Counsel_:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations:  (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing.  For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**_Note:_**  _In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court.  In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123).  See Form G-01 for further information._

## SECTION I - IDENTIFYING INFORMATION

_Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it underlined currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):_

Name: Jamison A. Rayfield        CA Bar Number: 337969

Firm or agency:  LEWIS BRISBOIS BISGAARD & SMITH LLP

Address:  550 West C Street, Suite 1700, San Diego, CA 92101

Telephone Number:  (619) 233-1006      Fax Number:  (619) 233-8627

Email:  jamison.rayfield@lewisbrisbois.com

Counsel of record for the following party or parties:  Defendant, SA RECYCLING

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket.  The date of the attorney's first appearance in this case: _____ .

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above.  Other members of this attorney's firm or agency have previously appeared in this case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above.  No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____.  The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO   ☐ FPDO   ☐ CJA Appointment   ☐ Pro Bono   ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

***Notices of Electronic Filing will be terminated***. *Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket.  Date of the order relieving this attorney: _____.

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
*(Note:  if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing.  Date party was dismissed: _____.

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated.  Date the mandate was filed: _____.

## SECTION IV  - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: July 22, 2022 _____

Signature:  /s/ Jamison A. Rayfield _____

Name:  Jamison A. Rayfield _____

**FEDERAL COURT PROOF OF SERVICE**
*DP Etiwanda, LLC v. Sims Metal USA Corp., et al.*
U.S. District Court, Central District of California Case No. 5:21-cv-1238-JGB-SP

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO,

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West C Street, Suite 1700, San Diego, CA 92101.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 22, 2022, I served the following document(s):

**NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒    (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 22, 2022, at San Diego, California.

_/s/ Raquel Legaspi_
Raquel Legaspi

4875-3174-4555.1

**SERVICE LIST**
*DP Etiwanda, LLC v. Sims Metal USA Corp., et al.*
U.S. District Court, Central District of California Case No. 5:21-cv-1238-JGB-SP

1

2

3

4   Perry S. Hughes                         Thomas F. Vandenburg
5   Cathy T. Moses                          Alice Charkhchyan
    Jamie L. Sprague                        Wood, Smith, Henning & Berman LLP
6   Cox, Castle & Nicholson LLP             505 North Brand Boulevard, Suite 1100
7   2029 Century Park East, Suite 2100      Glendale, California 91203
    Los Angeles, CA 90067-3007              Tel: 818 551-6000
8   Tel: (310) 284-2200                     Fax: 818 551-6050
9   Fax: (310) 284-2100                     Email: tvandenburg@wshblaw.com
    Email: PHughes@coxcastle.com                   acharkhchyan@wshblaw.com
10          CMoses@coxcastle.com
11          JSprague@coxcastle.com          *Attorneys for Defendant,*
                                            *AMERON INTERNATIONAL, INC.*
12  *Attorneys for Plaintiff,*
13  *DP Etiwanda. LLC*

14  Mark Elliott                            David Clark
15  Rebecca M. Lee                          HAYNES AND BOONE, LLP
    Pillsbury Winthrop Shaw Pittman LLP     600 Anton Boulevard, Suite 700
16  725 South Figueroa Street, 36th Floor   Costa Mesa, CA 92626
    Los Angeles, CA 90017-5524              Tel: (949) 202-3000
17  Tel: 213.488.7100                       Fax: (949) 202-3001
18  Fax: 213.629.1033                       Email: david.clark@haynesboone.com
    Email: mark.elliott@pillsburylaw.com
19  rebecca.lee@pillsburylaw.com            *Attorney for Defendant,*
                                            *TAMCO*
20
    *Attorneys for Defendant and*
21  *Counter-Claimant, SIMS METAL USA*
22  *CORP.*

23  Ann Al-Bahish (*Admitted Pro Hac Vice*)
24  1221 McKinney Street, Suite 4000
    Houston, TX 77010
25  Tel: (713) 547-2000
26  Fax: (713) 547-2600
    Email: ann.al-bahish@haynesboone.com
27
    *Attorney for Defendant, TAMCO*
28

4875-3174-4555.1                                  2