PILLSBURY WINTHROP SHAW PITTMAN LLP
MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
REBECCA M. LEE (SBN 312039)
rebecca.lee@pillsburylaw.com
725 South Figueroa Street, 36th Floor
Los Angeles, CA  90017-5406
Telephone: (213) 488-7100
Facsimile No.: (213) 629-1033

Attorneys for Defendant
SIMS GROUP USA CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| DP ETIWANDA, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SIMSMETAL USA CORP., a New York corporation, SA RECYCLING, a Delaware, limited liability company; AMERON INTERNATIONAL, MC., a Delaware corporation, TAMCO, a California corporation, and Does 1-20 inclusive,<br><br>Defendants. | Case No. 5:21-cv-1238-SSS-SP<br><br>**STIPULATED AND UNOPPOSED NOTICE OF MOTION AND MOTION FOR:**<br><br>**RECONSIDERATION OF ORDER STRIKING STIPULATION AND ORDER PURSUANT TO FRCP RULE 59(e)**<br><br>DATE: August 12, 2022<br>TIME: 2:00 pm<br>DEPT: 2<br>JUDGE: Hon. Sunshine Suzanne Sykes<br><br>Complaint Filed: 7/27/21<br>Trial Date: 1/16/24 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that on August 12, 2022, or as soon thereafter as this Motion may be heard, in Courtroom 2 of the above-entitled Court, located at 3470 Twelfth Street, Riverside, California 92501-3801, the Parties will and hereby do submit this stipulated and unopposed motion to the Court to reconsider its July 14, 2022 Order striking the "Stipulation and Order re Defendants Deemed to Have Filed Response and General Denials to Ameron's Cross-Claim and Defendants Tamco, Sims Group USA Corp., and SA Recycling LLC be Deemed to Have Filed Cross-Claims Against Each Other," pursuant to Fed. R. Civ. Pro. Rule 59(e).

This motion is made following the conference of counsel pursuant to Local Rule ("L.R.") 7-3 which took place on July 20, 2022. This Motion is based on this notice, memorandum of points and authorities; declarations attached thereto; and any other matters that may properly be considered in connection with this Motion.

Dated: July 28, 2022          Respectfully Submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP
MARK E. ELLIOTT
REBECCA M. LEE

By:     */s/ Mark E. Elliott*
              Mark E. Elliott

Attorneys for Defendant
Sims Group USA Corporation