# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| DP ETIWANDA, LLC, a California limited liability company,<br><br>       Plaintiff,<br><br>v.<br><br>SIMSMETAL USA CORP., a New York corporation, SA RECYCLING, a Delaware, limited liability company; AMERON INTERNATIONAL, MC., a Delaware corporation, TAMCO, a California corporation, and Does 1-20 inclusive,<br><br>       Defendants. | Case No. 5:21-cv-1238-SSS-SP<br><br>**(PROPOSED) ORDER GRANTING PARTIES' STIPULATED AND UNOPPOSED MOTION FOR:**<br><br>**RECONSIDERATION OF ORDER STRIKING STIPULATION AND ORDER PURSUANT TO FRCP RULE 59(e)**<br><br>DATE:   August 12, 2022<br>TIME:   2:00 pm<br>DEPT:   2<br>JUDGE: Hon. Sunshine Suzanne Sykes<br><br>Complaint Filed: 7/27/21<br>Trial Date:          1/16/24 |

On July 28, 2022, the Parties filed the Stipulated and Unopposed Motion for Reconsideration of Order Striking Stipulation Pursuant to Fed. R. Civ. P. 59(e).

The Parties requested that the Court reconsider its July 14, 2022 Order striking the Stipulation and Order re Defendants Deemed to Have Filed Response and General Denials to Ameron's Cross-Claim and Defendants Tamco, Sims Group USA Corp.,

and SA Recycling LLC be Deemed to Have Filed Cross-Claims Against Each Other ("Stipulation and Order").

The Court, having considered the Parties' Stipulated and Unopposed Motion for Reconsideration and finding good cause, hereby GRANTS the Motion and ORDERS as follows:

1. The Court vacates its July 14, 2022 Order;
2. The Parties shall resubmit the Stipulation and Order re Defendants Deemed to Have Filed Response and General Denials to Ameron's Cross-Claims and Defendants Tamco, Sims Group USA Corp., and SA Recycling LLC be Deemed to Have Filed Cross-Claims Against Each Other for approval and entry by the Court by August 19, 2022.

IT IS SO ORDERED.

Dated:

_____
SUNSHINE S. SYKES
United States District Judge