UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:21-cv-01238-SSS-SPx | Date | August 2, 2022 |
| Title | DP Etiwanda, LLC v. Simsmetal USA, Corp., et al. | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):

None Present                                        None Present

**Proceedings:   ORDER (IN CHAMBERS) RE: STIPULATION FOR FILING OF AMENDED COMPLAINT [DKT. 72]**

      As an initial matter, the Court acknowledges that Plaintiff DP Etiwanda's Stipulation to Amend the Complaint [Dkt. 72] was pending prior to the Court's Order [Dkt. 94] striking Defendants Ameron International Inc. ("Ameron"), SIMS Group USA Corp. ("SIMS"), Tamco, and SA Recycling, LLC's ("SA") Stipulation to deem the Defendants to have filed responses and general denials to Ameron's Cross-Claim [Dkt. 65] and to have all filed Cross-Claims against each other [Dkt. 68].  As such, the Court's direction that the Defendant's independently file Answers and Cross-Claims responding to DP Etiwanda's First Amended Complaint [Dkt. 94] was premature and the Court **VACATES** that direction.  The remainder of the Order [Dkt. 94] remains in effect.  Regarding, DP Etiwanda's Stipulation to Amend the Complaint [Dkt. 72] and its First Amended Complaint ("FAC") [Dkt. 71], the Court finds that DP Etiwanda's FAC was filed absent a Court ruling on the stipulation and granting leave to amend the complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).  DP Etiwanda's FAC was also noticed as deficient [Dkt. 73] because it was filed separately from the Stipulation.

      Accordingly, the Court hereby **GRANTS** DP Etiwanda's stipulation [Dkt. 72] and **STRIKES** DP Etiwanda's FAC [Dkt. 71] for failure to secure leave from the Court prior to filing its FAC.  Accordingly, the Court further **STRIKES** as premature Defendant Ameron's Answer to the Amended Complaint [Dkt. 74] and Cross-Claims against the other Defendants [Dkt. 76], Defendant SIMS' Counterclaim [Dkt. 75] and Answer to Cross-Claim/Cross-Claim against Ameron [Dkt. 82], and Ameron's Answer to SIMS' Cross-Claim [Dkt. 87].  These documents may be refiled once there is a properly filed Amended Complaint.  DP Etiwanda is **ORDERED** to file its Amended Complaint within ten (10) days of this order.  All Responsive Pleadings SHALL be filed subsequent to the properly filed Amended Complaint.  DP Etiwanda is further **ORDERED** to file contemporaneously therewith a Notice of Revisions to the Complaint that provides the Court with a redline version that shows the amendments.

      **IT IS SO ORDERED.**