COX, CASTLE & NICHOLSON LLP
Perry S. Hughes (State Bar No. 167784)
Cathy T. Moses (State Bar No. 254791)
Jamie L. Sprague (State Bar No. 287689)
2029 Century Park East, Suite 2100
Los Angeles, California 90067-3007
Telephone: (310) 284-2200
Facsimile: (310) 284-2100
Email: PHughes@coxcastle.com,
CMoses@coxcastle.com,
JSprague@coxcastle.com

Attorneys for Plaintiff and Cross-Defendant
DP Etiwanda, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| DP ETIWANDA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SIMS GROUP USA CORPORATION., *et al.*, <br><br> Defendants. <br><br> And Related Counterclaims. | Case No. 5:21-cv-01238-SSS-SP <br><br> Hon. Sunshine Suzanne Sykes <br><br> **NOTICE OF REVISIONS** |

Pursuant to the Court's August 2, 2022 Order re Stipulation for Filing of Amended Complaint (ECF No. 100), Plaintiff DP Etiwanda, LLC hereby submits this Notice of Revisions.  Attached hereto as **Exhibit 1** is a redline version of the First Amended Complaint (filed concurrently herewith) against the Complaint filed in this action on July 26, 2021 (ECF No. 1)


DATED: August 11, 2022                COX, CASTLE & NICHOLSON LLP


                                      By: */s/ Jamie L. Sprague*
                                           Jamie L. Sprague
                                           Attorneys for Plaintiff
                                           DP Etiwanda, LLC