# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DP ETIWANDA, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>SIMS GROUP USA CORPORATION, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:21-cv-01238-SSS-SP<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __8/11/2022__

Document Number(s):   __102, 103__

Title of Document(s):   __First Amended Complaint and "Notce of Revisions" filed as a First Amended Complaint__

**ERROR(S) WITH DOCUMENT:**

Two First Amended Complaints are now on the docket since the incorrect docketing event was selected for the "Notice of Revisions"

Other:

No proof of service filed with the court

**Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: _August 12, 2022_         By: _/s/ Sharon Hall-Brown  213-894-3651_
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G-112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS