# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DP ETIWANDA, LLC, a Limited Liability Company,<br><br>    Plaintiff,<br><br>    vs.<br><br>SIMS GROUP USA CORPORATION, a New York corporation, SA RECYCLING, AMERON INTERNATIONAL, INC., a Delaware corporation, TAMCO, a California corporation, FERROMET, INC., a California corporation, PACIFIC COAST RECYCLING, LLC, a California limited liability company, and DOES 1-20, inclusive,<br><br>    Defendants,<br><br>AND RELATED CLAIMS. | Case No. 5:21-cv-1238-SSS-SPx<br><br>**STIPULATED DISCOVERY CONFIDENTIALITY ORDER**<br><br>Judge:  Hon. Sunshine Suzanne Sykes |

This action is likely to involve personally sensitive information. Such confidential and proprietary materials and information consist of, among other things, confidential business or financial information, information regarding confidential business practices, or other confidential research, development, or commercial information (including information implicating privacy rights of third parties), is information otherwise generally unavailable to the public, or which may be privileged or otherwise protected from disclosure under state or federal statutes, court rules, case decisions, or common law.

To expedite the flow of information, to facilitate the prompt resolution of disputes over confidentiality of discovery materials, to adequately protect information the Parties are entitled to keep confidential, to ensure that the Parties are permitted reasonable necessary uses of such material in preparation for and in the conduct of trial, to address their handling at the end of the litigation, and serve the ends of justice, a protective order for such information is justified in this matter.

In light of the Parties' stipulation, and good cause appearing, the court ORDERS the stipulated protective order to be entered in this matter.

IT IS SO ORDERED.

Dated: January 19, 2023

Honorable Sheri Pym
United States Magistrate Judge