Name and address:

Adam H. Sencenbaugh, Esq.
HAYNES AND BOONE, LLP
600 Congress Avenue, 13th Floor, Austin, TX 78701

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DP ETIWANDA, LLC, a California limited liability company,<br>Plaintiff(s),<br><br>v.<br><br>SIMS GROUP USA CORPORATION, a New York corporation, et al.<br>Defendant(s), | CASE NUMBER<br>5:21-cv-01238-SSS (SPx)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Sencenbaugh, Adam H.
*Applicant's Name (Last Name, First Name & Middle Initial)*                               check here if federal government attorney ☐

HAYNES AND BOONE, LLP
*Firm/Agency Name*

| | | |
|---|---|---|
| 600 Congress Avenue | (512) 867-8489 | (512) 867-8470 |
| 13th Floor | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Austin, TX 28701 | adam.sencenbaugh@haynesboone.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| | | |
|---|---|---|
| TAMCO | ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☒ Other: | Counter Claimant |
| | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ Other: | Cross-Defendant |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| State of Texas | 11/02/2007 | Good Standing |
| State of Mississippi | 08/18/2008 | Good Standing |
| USDC Western District of Texas | 05/07/2009 | Good Standing |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section **IV** if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated June 20, 2023

Adam H. Sencenbaugh, Esq.
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

SECTION III - DESIGNATION OF LOCAL COUNSEL

Clark, David B.
*Designee's Name (Last Name, First Name & Middle Initial)*

HAYNES AND BOONE, LLP
*Firm/Agency Name*

600 Anton Boulevard
Suite 700
*Street Address*

Costa Mesa, CA 92626
*City, State, Zip Code*

(949) 202-3000
*Telephone Number*

(949) 202-3001
*Fax Number*

david.clark@haynesboone.com
*Email Address*

275204
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated June 20, 2023

David B. Clark
*Designee's Name (please type or print)*

*Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

USDC Eastern District of Texas, Admitted 05/23/2012, Good Standing
USDC Southern District of Texas, Admitted 06/26/2012, Good Standing
USDC Southern District of Mississippi, Admitted 04/22/2010, Good Standing
USDC Northern District of Mississippi, Admitted 04/22/2010, Good Standing
US Court of Appeals, 5th Circuit, Admitted 04/23/2010, Good Standing

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Adam Hugh Sencenbaugh**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 2007.

I further certify that the records of this office show that, as of this date

**Adam Hugh Sencenbaugh**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 23th day of May, 2023.

BLAKE HAWTHORNE, Clerk

*[signature]*
Clerk, Supreme Court of Texas

No. 0427C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 23, 2023

Re: Mr. Adam Hugh Sencenbaugh, State Bar Number 24060584

To Whom It May Concern:

This is to certify that Mr. Adam Hugh Sencenbaugh was licensed to practice law in Texas on November 02, 2007, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



THE MISSISSIPPI BAR

Post Office Box 2168
Jackson, Mississippi 39225-2168
Telephone (601) 948-4471
Fax (601) 355-8635
E-Mail info@msbar.org
Website www.msbar.org

# Letter of Good Standing

TO WHOM IT MAY CONCERN:

As of the date below, the attorney named is a member in good standing of The Mississippi Bar on **Active** status.

**Adam Hugh Sencenbaugh**, Mississippi Bar Identification Number (**102849**) was admitted to practice law, **April 22, 2010.**

_____
Amy S. Ward
Membership Records Coordinator

Date    05/24/2023



# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action. I am employed in the County of Orange, State of California, within which county the subject service occurred. My business address is 600 Anton Boulevard, Suite 700, Costa Mesa, California 92626.

On **June 20, 2023**, I served the following document described as: ***APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE*** on the interested parties in this action, addressed as follows, and in the manner so indicated:

| | |
|---|---|
| Perry S. Hughes, Esq.<br>　phughes@coxcastle.com<br>Jamie L. Sprague, Esq.<br>　jsprague@coxcastle.com<br>Cox Castle and Nicholson LLP<br>2029 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067-3284<br>Telephone: (310) 284-2200<br>Facsimile: (310) 284-2100<br><br>Attorneys for Plaintiff<br>DP ETIWANDA, LLC | Cathy T. Moses, Esq.<br>　cmoses@coxcastle.com<br>Cox Castle and Nicholson LLP<br>3121 Michaelson Drive, Suite 200<br>Irvine, CA 92612<br>Telephone: (949) 260-4600<br>Facsimile: (949) 260-4699<br><br>Attorneys for Plaintiff<br>DP ETIWANDA, LLC |
| Mark Elliott, Esq.<br>　mark.elliott@pillsburylaw.com<br>Rebecca M. Lee, Esq.<br>　rebecca.lee@pillsburylaw.com<br>Pillsbury Winthrop Shaw Pittman, LLP<br>725 South Figueroa Street, 36th Fl.<br>Los Angeles, CA 90017-5524<br>Telephone: (213) 488-7100<br>Facsimile: (213) 629-1033<br><br>Attorneys for Defendant<br>SIMS METAL USA CORP. | Thomas F. Vandenburg, Esq.<br>　tvanderburg@wshblaw.com<br>Alice Charkhchyan, Esq.<br>　acharkhchyan@wshblaw.com<br>Wood, Smith, Henning & Berman LLP<br>505 North Brand Boulevard,<br>Suite 1100<br>Glendale, CA 91203<br>Telephone: (818) 551-6000<br>Facsimile: (818) 551-6050<br><br>Attorneys for Defendant<br>AMERON INTERNATIONAL, INC. |
| Wendy S. Dowse, Esq.<br>　Wendy.dowse@lewisbrisbois.com<br>74-830 Highway 111, Suite 200<br>Indian Wells, CA 92210<br>Telephone: (760) 771-6363<br>Facsimile: (760) 771-6373<br><br>Attorneys for Defendant,<br>SA RECYCLING LLC | R. Gaylord Smith, Esq.<br>　Bob.smith@lewisbrisbois.com<br>550 West C. Street, Suite 1700<br>San Diego, CA 92101<br>Telephone: (619) 233-1006<br>Facsimile: (619) 233-8627<br><br>Attorneys for Defendant,<br>SA RECYCLING LLC |

CERTIFICATE OF SERVICE
Case No. 5:21-cv-1238-JGB (SPx)

☒ **BY ELECTRONIC FILING.** I caused such document(s) to be electronically filed and served through the United States District Court's CM/ECF System for the within action. This service complies with the Federal Rules of Civil Procedure. The file transmission was reported as complete and a copy of the Court's Notice of Electronic Filing will be maintained with the original

☐ **(BY ELECTRONIC SERVICE)** I served a true and correct copy of the foregoing document by electronic delivery to the interested parties in this action as indicated above.

☐ **(BY U.S. MAIL)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I caused such envelope, with postage thereon fully prepaid, to be placed in the United States Mail at Costa Mesa, California as indicated above.

I declare that I am employed in the offices of a member of the bar of this Court at whose direction this service was made. Executed on *June 20, 2023*, at Costa Mesa, California.

*[signature]*
Carrie L. Gagne

**CERTIFICATE OF SERVICE**
Case No. 5:21-cv-1238-JGB (SPx)